AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00228 |
| SANDRA RUTH PARKER | ) | Assigned to: Judge Faruqui, Zia M |
|  | ) | Assign Date: 2/12/2021 |
| BENNIE ALVIN PARKER | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 137 | Conspiracy |
| 18 U.S.C. 1362, 2 | Destruction of Government Property and Aiding and Abetting |
| 18 U.S.C. 1512(c)(2),2 | Obstruction of an Official Proceeding and Aiding and Abetting |
| 18 U.S.C. 1752(a) | Restricted Building or Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Palian, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 02/12/2021

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*