**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIM NO. 21-CR-28 (APM)** |
| **SANDRA PARKER,** | ) | **Judge Mehta** |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

COMES NOW Sandra Parker, through undersigned counsel, and respectfully requests a 60- day extension to file pretrial motions in the present matter. As reasons therefor, defendant Sandra Parker states as follows:

1. At the most recent status conference held on June 1, 2021, this Honorable Court set a July 1, 2021, deadline for pretrial motions that are not related to discovery to be filed by the defendants in this case.

2. Since June 1, 2021, defense counsel has been provided with multiple rounds of discovery in this matter. This discovery is still being provided on a daily basis, including even this morning.

3. The discovery in this case is huge and ongoing and is too voluminous to review in its entirety. Because of the extent and timing of the discovery, it has been

1

impossible for counsel to fully review discovery. Undersigned counsel believes that a more time is needed to fully determine what motions need to be filed in this case. This includes non-discovery related motions.

4. Counsel respectfully requests that this Court extend the time for undersigned counsel to file pre-trial motions for a period of 60 days from the already scheduled June 1, 2021, due date. This will allow counsel the opportunity to engage in a more thorough review of the discovery and have a better sense of what pretrial motions will need to be filed.

5. Undersigned counsel has spoken to Assistant United States Attorney Jeffrey Nestler, and he has indicated that the government does not oppose this motion.

6. To any extent necessary, defendant Sandra Parker waives any speedy trial issues relating to the extension of time requested in this motion.

WHEREFORE, for the following reasons, Sandra Parker respectfully requests that this Court grant a grant a 60- day extension of the deadline for filing pretrial motions from the current July 1, 2021, deadline to August 30, 2021.

Respectfully submitted,

SANDRA PARKER
By Counsel


   /s/ John L. Machado                   
John L. Machado, Esq.
Bar No. 449961
Counsel for Sandra Parker
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com


## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 1st day of July, 2021, which will send a notification of such filing (NEF) to the following to all counsel of record.


   /s/John L. Machado          
John L. Machado, Esq.
Bar Number 449961
Attorney for Sandra Parker
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

3