IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-28 (APM) |
| SANDRA PARKER, | ) Judge Mehta |
| | ) |
| Defendant. | ) |

**MOTION TO JOIN**
**MOTION FOR DISMISSAL OF INDICTMENT**

COMES NOW Sandra Parker, through undersigned counsel, and respectfully requests to join Defendant Robert Caldwell's Motion for Dismissal of Indictment (ECF No. 240). As reasons therefor, defendant Sandra Parker states as follows:

1. On June 15, 2021, codefendant Thomas E. Caldwell filed a Motion for Dismissal of Indictment (ECF No. 240).

2. The arguments made by codefendant Caldwell apply to defendant Sandra Parker as well.

3. Rather than preparing a similar pleading covering the same issues, it would be preferable for judicial economy purposes for defendant to join the motion.

1

WHEREFORE, for the following reasons, Sandra Parker respectfully requests that this Court grant this motion and permit her to join Defendant Caldwell's Motion for Dismissal of Indictment.

Respectfully submitted,

SANDRA PARKER
By Counsel


   /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Sandra Parker
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 1st day of July, 2021, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Sandra Parker
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com