# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-28 ) |
| **SANDRA PARKER,** | Judge Mehta |
| | ) |
| and | ) |
| | ) |
| **BENNIE PARKER,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of Defendants Sandra Parker and Bennie Parkers' Motion to Modify Release Conditions, and good cause having been shown, it is hereby on this _____ day of _____, 2022,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that Defendants Sandra Parker and Bennie Parker shall be permitted to travel to Florida from August 5th, 2022, to August 14th, 2022. It is also

**ORDERED** that Defendants Sandra Parker and Bennie Parker shall be permitted to travel by automobile from their home in Ohio to Florida during that time period. **Defendants shall provide their itinerary to their supervising officer in advance of their travel, including the address(es) where they intend to stay.**

_____
Judge Amit P. Mehta
United States District Court