# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-28-APM |
| SANDRA PARKER, | ) Judge: Mehta |
| | ) |
| Defendant. | ) |

# ORDER

UPON CONSIDERATION of Defendants Sandra Parker's Unopposed Motion to Modify Release Conditions, and good cause having been shown, it is hereby on this _____ day of _____, 2022,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that Defendant Sandra Parker shall be able to travel to the Eastern District of Kentucky between December 3 and December 5, 2022 .

**SO ORDERED.**

_____
Judge Amit P. Mehta
United States District Court