IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-28 |
| SANDRA PARKER, ) | Judge: Mehta |
| ) | |

**NOTICE TO JOIN MOTION TO SEVER**

PLEASE TAKE NOTICE that Defendant Sandra Parker, through undersigned counsel, hereby joins and adopts Defendant Michael Greene's Motion to Sever (ECF Doc. 808) filed by co-defendant Michael Greene so as to sever from this matter co-defendant James Beeks, who is proceeding *pro se* and declared himself a "sovereign citizen." Similarly to Mr. Greene, having Mr. Beeks as a codefendant at trial would result in a jury not being able to fairly decide Ms. Parker's guilt or innocence and would be highly prejudicial.

1

Respectfully submitted,

SANDRA PARKER

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Sandra Parker
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

### Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 9th day of January, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Sandra Parker
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com