# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-28 |
| SANDRA PARKER, | ) Judge: Mehta |
| | ) |

## NOTICE TO JOIN MOTION FOR CONTINUANCE

PLEASE TAKE NOTICE that Defendant Sandra Parker, through undersigned counsel, hereby joins and adopts Defendant Michael Greene's Motion for Continuance (ECF Doc. 819) filed by co-defendant Michael Breene for the same reasons and arguments provided in said motion.

Respectfully submitted,

SANDRA PARKER

　/s/John L. Machado　
John L. Machado, Esq.
Bar Number 449961
Attorney for Sandra Parker
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

1

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 11th day of January, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Sandra Parker
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com