CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SANDRA PARKER, BENNIE PARKER, LAURA STEELE, CONNIE MEGGS, WILLIAM ISAACS, and MICHAEL GREENE

Civil/Criminal No.: 21-cr-28 (APM)

## NOTE FROM JURY

Can we please have 3 more copies of the verdict form?

Date: 3/15/23

Time: 11:13