UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SANDRA RUTH PARKER, et al. )<br>) | Criminal No: 21-cr-28 (APM) |

### Counsel's Acknowledgments Concerning Trial Exhibits and Exhibit List

Counsel acknowledges that they have jointly reviewed the exhibits and exhibit lists that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits and exhibit lists which will be submitted to the jury for the purpose of deliberation.

**Exhibits to Jury:**

_____      3/14/23
Government                     Date

_____      3/14/23
Counsel for Defendant S. Parker   Date

_____      3/13/23
Counsel for Defendant B. Parker   Date

_____      Date
Counsel for Defendant ~~Steele~~ Meggs

_____      3/16/23
Counsel for Defendant ~~Meggs~~ Steele   Date

1

_/s/ Gene Rossi_   Monday 3/13/2023
Counsel for Defendant Isaacs                Date

_/s/_                                       3/13/23
Counsel for Defendant Greene                Date