
**Letter of support for Sandra Parker**
1 message

**Deborah Herrick** <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>  Thu, Mar 30, 2023 at 8:17 PM
To: "johnlmachado@gmail.com" <johnlmachado@gmail.com>

March 30, 2023

TO:  John Machado

RE:  Sandra Parker

My name is Deborah Herrick and I am writing a letter of support for Sandra Parker. I worked at U. C. Blue Ash with Sandra for approximately 20 years.  We worked in different departments but had interactions many times as I would need statistical data and Sandra was the go to person for that information.  We also served on multiple committees together throughout our years at U. C. Blue Ash.

Sandra was helpful, well thought of and is a genuine person and friend.  She and her husband, Ben Parker, are wonderful parents to their daughter Katie and of course a house full of pets.  In my opinion they are a wonderful family.

Sincerely,

Deborah Herrick

Retiree from U. C. Blue Ash