Re: Ben and Sandra Parker

July 4, 2023

To Whom It May Concern:

We, the undersigned have been personally acquainted with Ben Parker for over 50 years and his wife Sandra for nearly 15 years. I worked with Ben as a young man in a factory and again toward the end of our careers with a local county agency. We became acquainted with Sandra Parker years later and knew her background as a computer data analyst with a local university. Over the years we have shared in occasional social interactions and consider both to be responsible and considerate citizens having adopted child as their own and maintaining a respectable position in our community. They were considered to be dedicated and dependable to their employers and happy in retirement.

We don't know about the militia group "Oath Keepers" but believe the Parkers had good intentions in what they thought would be a service to their country. We do not see the Parkers as they are portrayed in the media and if they made some poor choices or got over zealous in their beliefs; they should have the freedom of speech and expression as would any other Citizen of this country.

We do not see the Parkers as hostile, aggressive, or out of control and do not believe they would intentionally inflict harm to person or property. They appear to us people who want a better Country and may not have chosen the best way to accomplish their desires.

Prosecutors seem to claim an ability to understand a person's inner thoughts and culpable state of mind as they proceed to place blame and sway a jury in the direction they want. We respectfully want to offer our perspective of what we know about the Parkers and hope for some compassion on their behalf.

Respectfully,

Stephen A. Winch

Kathleen A Winch

Middletown, Ohio 45042