My name is Kathy Schmadel and I am writing this letter on behalf of Sandi Parker.

I met Sandi in the early nineties when she transferred from the University of Cincinnati Main Campus in Clifton, Ohio to the University of Cincinnati - Blue Ash College (known as Raymond Walters College at that time) which is a branch campus of the Main Campus. We met the first day she started working there in the copier room and became fast, best friends. Things we shared in common with each other were our love of animals and our love of God which continue to this day.

Sandi and Bennie Parker (Sandi's husband and a co-defendant in this case)adopted a 2 year old girl from China and named her Katie. Katie has been raised in a loving and nurturing home. When it was discovered that Katie had learning difficulties and would need extra assistance in pursuing her education, all efforts were made to make sure the necessary assistance was available to her. Katie graduated from high school and is pursuing her college education at the University of Cincinnati - Blue Ash College. Katie is thriving and living at home with Sandi , Bennie and three dogs and a cat. This is a true testament to Sandi's love and devotion to her daughter.

Eventually Sandi became the Director of Institutional Research and represented the Dean in many of the Dean's responsibilities.That was quite an accomplishment. She was highly respected. She retired with 35 years of service.

Sandi is kind, compassionate,passionate, talented and a great friend, As I have told her before, her downfall is being too trusting of others that can make her vulnerable. I truly believe she deserves leniency when she is sentenced. Thank you for your kind consideration.