
## Recommendation letter for Bennie and Sandra Parker
1 message

**ted sandlin** <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>  Sat, Apr 15, 2023 at 11:57 AM
To: "johnlmachado@gmail.com" <johnlmachado@gmail.com>

I met Bennie and Sandra Parker at a yard sale 5 pr 6 years ago. The subdivision where they live has an annual yard sale and they were selling some things. I started talking with them and we hit it off. I probably stayed and talked with them for a couple of hours. I mentioned that I liked to shoot pool and a nice little neighborhood place and asked them to stop in there sometime. They stopped in and we got to talk more and the more we talk, it was clear that we had a lot in common and we became good friends. They have been coming on Friday for years now and everyone loves them.

As for me, we started out as friends but have become more like family. They are great people who will help anyone in need. Sandi periodically brings me homecooked meals. I know they helped a homeless guy, Nick, that comes in periodlically to Critters. One Friday he came in to warm up. The temperature was in single digits. They took him home for the weekend and have helped him from time to time since then. I hope we remain family for many years to come. I know if I ever needed their help in any way, they wouldn't hesitate to be there for me and I feel the same about them. Sometimes God brings people into your life in the strangest ways. Who would have thought that my stopping by for a yard sale would have turned into such a great friendship.

I ask from the bottom of my heart that you show leniency in sentencing for Sandi and Ben. Thank you for your consideration.

Sincerely,

Ted Sandlin

Goshen, Ohio 45122