# COURT REFERENCE LETTER

Angela Blair

MAINEVILLE, Ohio, 45039

Date: August 8 2023

To Whom This May Concern,

My name is Angela Blair and proud to offer my recommendation of Sandra Parker to whom I have personally known for 5 years as my friend.

During my relationship with Sandra Parker I have experienced an individual who is intelligent, loving and carries themselves in a polite, respectful manner. In addition, Sandra is an amazing mother, friend (more like family) and an exceptional wife and care giver to her husband Benny Parker. Sandra has always presented herself with levelheadedness and grace. It's with great confidence that I recommend Sandra Parker as someone who, I truly believe, possesses the character and judgment for the betterment of our community.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

**Signature** _____
By Angela Blair Date: August 8 2023