

**Gmail**                                                                                         John Machado <johnlmachado@gmail.com>

---

# Sandi and Ben Parker
1 message

---

**Jan tracy** <██████████@███████>                                                            Mon, Aug 21, 2023 at 12:50 AM
To: johnlmachado@gmail.com

To whom it may concern,

My name is Jan Tracy and I'm Ben Parkers cousin I try to go down to see him and Sandi very often. Ben is the most wonderful person you would ever meet he had a great paying job in a factory and he left for a job to work at juvenile courts with children that were in trouble and I enjoy listening to his stories about the kids he has helped. He and Sandi never had children of their own so they adopted a daughter from China she is in her 2nd year of collage where Sandi worked, Since Sandi retired she cooks meals for the Masons, she also volunteered at little Miami  high School  for bake sales for choir, she also cooked at Miami Valley communication council. And cooks meals for elderly neighbor, this last Christmas we baked cookies and candy for her to take to all her neighbors. Neither one one of them have ever been in trouble they are the best parents to their daughter. Bens health has went down Hill considerably in the last year, and Sandy is taking him to and from Dr appointments. As he can no longer drive.

Thank you
Jan Tracy

Sent from my iPhone