IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )    CR No. 21-28
                                         )    Washington, D.C.
            vs.                          )    February 8, 2023
                                         )    9:42 a.m.
SANDRA R. PARKER, ET AL.,                )
                                         )    Day 4
            Defendants.                  )    Morning Session
_____ )


TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:            Kathryn Leigh Rakoczy
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               FOR THE DISTRICT OF COLUMBIA
                               555 Fourth Street, NW
                               Washington, D.C. 20530
                               (202) 252-6928
                               Email:
                               kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Sandra Parker:    John L. Machado
                                LAW OFFICE OF JOHN MACHADO
                                503 D Street, NW
                                Suite 310
                                Washington, D.C. 20001
                                (703) 989-0840
                                Email: johnlmachado@gmail.com


For Defendant Bennie Parker:    Stephen F. Brennwald
                                BRENNWALD & ROBERTSON, LLP
                                922 Pennsylvania Avenue, SE
                                Washington, D.C. 20003
                                (301) 928-7727
                                Email: sfbrennwald@cs.com


For Defendant Laura Steele:     Peter A. Cooper
                                LAW OFFICE OF
                                PETER A. COOPER
                                400 5th Street, NW
                                Suite 350
                                Washington, D.C. 20001
                                (202) 400-1434
                                Email:
                                pcooper@petercooperlaw.com

APPEARANCES CONTINUED:

For Defendant Connie Meggs:      Stanley Edmund Woodward, Jr.
                                 BRAND WOODWARD LAW
                                 1808 Park Road NW
                                 Washington, D.C. 20010
                                 (202) 996-7447
                                 Email:
                                 stanley@brandwoodwardlaw.com

                                 Juli Zsuzsa Haller
                                 LAW OFFICES OF JULIA HALLER
                                 601 Pennsylvania Avenue, NW
                                 Suite 900
                                 S. Building
                                 Washington, D.C. 20036
                                 (202) 352-2615
                                 Email: hallerjulia@outlook.com

For Defendant Isaacs:            Eugene Joseph Rossi
                                 CARLTON FIELDS P.A.
                                 1025 Thomas Jefferson St., NW
                                 Suite 400 West
                                 Washington, D.C. 20007
                                 (202) 965-8100
                                 Email:
                                 grossi@carltonfields.com

For Defendant
Michael L. Greene:               Britt Redden
                                 REDDEN LAW, PLLC
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 699-8429
                                 Email:
                                 bredden@reddenlawtexas.com

APPEARANCES CONTINUED:

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S

2            COURTROOM DEPUTY:  All rise.  The United States

3    District Court for the District of Columbia is now in

4    session.  The Honorable Judge Amit Mehta is presiding.

5            THE COURT:  Please be seated, everyone.

6    Good morning.

7            COURTROOM DEPUTY:  Please be seated, everyone.

8    Come to order.

9            Good morning, everyone.  We're here today for jury

10   selection in Criminal Matter No. 21-28, the United States of

11   America versus Sandra Ruth Parker, Bennie Alvin Parker,

12   Laura Steele, Connie Meggs, William Isaacs, and Michael

13   Greene.

14           Beginning with counsel for the government, please

15   approach the lectern and state your name for the record.

16           MS. RAKOCZY:  Good morning, Your Honor.

17   Kate Rakoczy and Troy Edwards on behalf of the

18   United States.

19           THE COURT:  Good morning.

20           MR. MACHADO:  Good morning, Your Honor.

21   John Machado of behalf of Ms. Sandra Parker.

22           THE COURT:  Good morning.

23           MR. BRENNWALD:  Good morning, Your Honor.

24   Stephen Brennwald for Mr. Parker.

25           THE COURT:  Mr. Brennwald, welcome.
```

1          MR. COOPER:  Good morning, Your Honor.

2   Peter Cooper on behalf of Ms. Steele, who is present.

3          THE COURT:  Mr. Cooper.

4          MS. HALLER:  Good morning, Your Honor.

5   Stanley Woodward and Juli Haller for Connnie Meggs.

6          MR. ROSSI:  Your Honor, good morning.  Gene Rossi

7   and Chuck Greene for Mr. Isaacs.  He is not here but he will

8   be in and out.  Thank you, Your Honor.

9          THE COURT:  Okay.

10          All right.  Good morning to all.

11          Apologies for the late start.  JC is not with us

12   this morning so we had to get up to speed a little bit so

13   bear with us.

14          All right.  Just a couple of housekeeping matters

15   before we bring the jurors in.

16          All right.  So overnight, JC had sent you all an

17   email with seeking your input on dismissing certain jurors

18   for cause.  There were no objections, so the following

19   jurors will be dismissed for cause.  Juror 0286 on Line 119,

20   that individual is moving to Switzerland in mid March.

21          The juror on line 222 -- excuse me, Line 120,

22   Line 2261, for hardship.

23          The juror on Line 125, who is Juror 1784, that

24   person is a *Washington Post* reporter who has covered

25   January 6th events.

1          The juror on Line 135, 2331, was already consented
2    to by the parties for cause.
3          And then the juror on 144, Line 144, 05110,
4    because that juror knows Mr. Woodward.  So, that's one.
5          Two, so we will be starting this morning with some
6    of the jurors who have not appeared.  Remember, we sort of
7    ended yesterday with Line 113, but there are a number of
8    jurors who did not show up over the last few days or we
9    didn't call them in by mistake.  So this is the order in
10   which we will be seeing people this morning, including some
11   folks who are supposed to be here but are not.
12          So we have the following jurors present.  Line 69,
13   Juror 1671 will be our first juror.  Line 71, Juror 0839 is
14   our next juror.  Line 73, who is Juror 1702; line 74, 1423;
15   line 75 at 181 -- 1811.  They are all present here today.
16          Juror in line 80, 0313, who was a no-show
17   yesterdays continues to be a no-show today.
18          The juror who was a no-show yesterday on line 92,
19   0420, is present today, so we will speak with her or --
20   I believe it's a her.  Yes.
21          The juror on line 96, 2355, who was a no-show
22   yesterday, is still a no-show today so far.
23          The juror on Line 100, 1381, is present today.
24   That person was a no-show yesterday.
25          Juror on Line 101, 2238, no-show yesterday, is

1    here today.

2              Juror on Line 103, 2564, no-show yesterday, is

3    here today.

4              Juror 1298, line 106, was a no-show yesterday,

5    continues to be a no-show today.

6              Line 107, Juror 0439, no-show yesterday, is here

7    today.

8              And then we jump down to where we left off from

9    yesterday at the end of the day, and we have a juror on

10   Line 114 here.  A juror on Line 115, however, is, so far, a

11   no-show.  So that is our morning group, and then we've got

12   116 forward coming in this afternoon.

13             So, with that, any questions?

14             MR. MACHADO:  Yes, Your Honor, with regard to line

15   72, that person wasn't feeling well.  Is that person being

16   stricken for cause at this point?

17             THE COURT:  Yes, yes.

18             MR. MACHADO:  Okay.

19             And maybe I just marked it wrong, but was 112

20   questioned yesterday?  The Court has been mentioning 113

21   but...

22             THE COURT:  Yes, we did Question 112 and that

23   person was stricken for cause.

24             MR. MACHADO:  I apologize.  I meant 113.

25             THE COURT:  113, we had agreed to strike that

 1   person for cause because of that person's employment.  She

 2   worked for the State Department of counterterrorism matters.

 3        MR. MACHADO:  Oh, okay, thank you.  Thank you,

 4   Your Honor.

 5        MR. WOODWARD:  Line 4, Your Honor?

 6        MR. COOPER:  The Germany person.

 7        MR. WOODWARD:  Germany.

 8        THE COURT:  Germany, correct.  Still in Germany.

 9        MR. COOPER:  Still in Germany.

10        (Pause)

11        (Prospective jurors entered the courtroom.)

12        THE COURT:  Please be seated, everyone.

13        Okay.  Ladies and gentlemen, good morning.  My

14   name is Judge Amit Mehta, and welcome to the U.S. District

15   Court for the District of Columbia.

16        Thank you, all, for being here this morning.  We

17   are glad to have you.

18        You are, each of you are here today as a potential

19   juror in the case of United States versus Sandra Ruth

20   Parker, Bennie Alvin Parker, Laura Steele, Connie Meggs,

21   William Isaacs, and Michael Greene.

22        Before we get started, I want to extend to you my

23   gratitude for making yourselves available for jury service.

24   As you know in our system of justice, juries and jurors play

25   a critical role.  Indeed, it is a fundamental feature of our

1   democracy to have ordinary citizens serve as decision-makers

2   in our courts of law.  You are, therefore, performing an

3   important duty today, so I want to thank you in advance for

4   your service.

5        Before we proceed any further, I'm going to ask

6   all of you to please stand and raise your right hands

7   because with we need to have you sworn in.

8        COURTROOM DEPUTY:  Please raise your right hand.

9        (Prospective jurors placed under oath.)

10       COURTROOM DEPUTY:  Thank you.  You may be seated.

11       THE COURT:  Okay.

12       So for those of you who have been through jury

13  selection before, today will feel both different and

14  familiar.  It will be different in the sense that usually

15  when jurors are considered for service, we will start the

16  process by asking a series of questions to assist us in

17  determining whether a juror can be fair and impartial.  In

18  this case, however, we will not start out the process with

19  questions because you came in a few weeks ago and completed

20  a juror questionnaire that the parties proposed and that I

21  approved.  So that part of the process is complete.

22       What will feel familiar and why you are here today

23  is to ask each of you additional questions based upon your

24  responses to the juror questionnaire.  The way that will

25  work is as follows.  There are approximately 15 of you here

 1   this morning.  After I've completed these initial remarks

 2   and instructions, the Courtroom Deputy will escort all of

 3   you out of the courtroom to a different courtroom, where you

 4   will be seated for the remainder of the morning.  We will

 5   then call each of you back into the courtroom one by one for

 6   additional questionings from the parties and from me.

 7           Now, the questions that we will be asking you may

 8   touch on matters that are personal to you.  Rest assured, it

 9   is not my intention or desire, nor is it the intention or

10   desire of the lawyers, to invade your privacy or to

11   embarrass you.  Our only wish is to select the fairest, most

12   impartial jury possible so that the parties can be assured

13   that the jurors selected will not be biased or pre-judge the

14   case and will return a verdict based only on the law and the

15   evidence.

16           What will also feel familiar about this jury

17   selection process is that some of you will spend some time

18   waiting this morning.  I promise I will try and keep your

19   wait time to a minimum, but some amount of wait time is

20   unavoidable.

21           While you are waiting during jury selection,

22   please feel free if you wish to talk quietly amongst

23   yourselves, to read a book, magazine or whatever you have

24   brought with you.  The courtroom is WiFi enabled so you

25   should feel free to use your phones or other mobile devices

1    to read online or surf the Internet.  I would ask, however,

2    that you place all of your devices on silent mode.

3            Now, this is very important.  While you may use

4    your mobile devices, you should not at any point during the

5    jury selection process, and this will be true afterwards as

6    well, communicate with anyone about this case or do any

7    online research about the case or the parties.  That means

8    no emailing, texting, tweeting or Snapchatting a friend or

9    family member or your followers about the case or posting on

10   Facebook or Instagram that you are a potential juror in this

11   case.  Do not get online and start doing research about the

12   case or the parties.

13           We also asked you as part of your questionnaire to

14   avoid media coverage about this case.  That includes social

15   media.  That instruction continues to apply and is perhaps

16   even more important now that the jury selection process has

17   started.

18           You should avoid any newspaper, television, or

19   radio news, podcasts, and, importantly, any social media

20   about this case or the events of January the 6th.  That

21   means avoiding not only news stories in *The Washington Post*,

22   for example, or on TV news, but also journalists or others

23   who may be tweeting about this case or posting about it on

24   other social media sites.

25           So if you follow journalists or others who cover

1  or comment on the events of January the 6th, I'm going to

2  instruct you to avoid reading their tweets or other social

3  media postings until you are fully dismissed from jury

4  service in this case.  I will also ask you to turn off any

5  push notifications that you may receive on your mobile

6  devices from news organizations.

7  The reason for these restrictions is simple.  If

8  you are selected as a juror, you will be sworn to decide

9  this case based only on the evidence that is presented at

10 trial and the law as to which you will receive instructions.

11 You'll be strictly forbidden to consider anything you might

12 have read or heard about the case from news sources or from

13 social media or from other people.  If at any point during

14 the jury selection process you happen to come across news or

15 a commentary regarding the case, please immediately avert

16 your eyes or ears and please alert the Courtroom Deputy so

17 I can be advised.  A juror who violates these restrictions

18 jeopardizes the jury selection process and possibly the

19 trial itself, which would require -- which could require the

20 entire process to start over.

21 Also, during this jury selection process, if

22 anyone attempts to communicate with you about the case,

23 please notify the Courtroom Deputy or a courtroom security

24 officer immediately.  The lawyers here are under strict

25 instructions not to speak with any juror during the jury

1    selection process.  So if you happen to see them in the

2    courthouse and they walk the other direction, they are not

3    being rude, they are simply following my instructions.

4          I have also issued an order to members of the

5    media and the public not to approach any of you about this

6    case during jury selection.  Still, despite these

7    instructions, if you are approached about this case by

8    anyone, please notify the Courtroom Deputy or a courtroom

9    security officer.

10          One other feature of the selection process today

11   will be different.  In most criminal cases, we complete the

12   jury selection process in one day.  That usually means that

13   unless you are immediately excused, we ask you to remain in

14   the courthouse until near the end of the day when we select

15   a final jury.

16          In this case, however, we will not complete the

17   jury selection process today.  So after we have finished

18   asking you additional questions, you will be done for the

19   day.  You will be given instructions about further jury

20   service in this case after your individual questioning is

21   completed.  So do not leave the courthouse until you have

22   received additional instructions by a member of court staff.

23          If you are excused from further jury service

24   today, we will let you know soon after the questioning is

25   concluded.  If you are excused, you will be relieved of the

1    restrictions I discussed earlier.  If you are not excused

2    from service, however, and we ask you to return, it is

3    critically important that you follow my earlier

4    instructions; that is, do not communicate with anyone about

5    the case, do not read or listen to anything about the case,

6    and do no independent research about the case and do not

7    watch or read about any congressional proceedings that might

8    be taking place.

9           Following these instructions is critical to

10   ensuring a process that will result in a fair and impartial

11   jury to hear the case.

12          Finally, as you can see, everyone in the courtroom

13   is wearing a mask except for me while I'm speaking.

14   Although masking is not required in the public spaces in

15   this courthouse, I will require masking during trial.  The

16   only exception to that rule will be for lawyers who are

17   speaking and witnesses who are testifying.

18          You may be asking yourselves, "Why do we need

19   to mask?"

20          Well, there are two reasons.  The first is that

21   none of you are here today voluntarily.  You're required to

22   be here.  So unlike going to a grocery store, a restaurant,

23   or a concert, you don't have the choice to avoid this

24   location or a person who might choose not to wear a mask.

25          The second reason for masking is to avoid a COVID

1    outbreak that might disrupt the trial.  As you know, this

2    trial is scheduled to last for more than a month, possibly

3    six weeks or more.  If one or more people inside the

4    courtroom, including jurors, tests positive for COVID, that

5    could delay the trial proceedings; and that is something I

6    would rather avoid.  Masking will hopefully prevent any

7    COVID-related trial delays.

8            Okay.  Now, before we dismiss you from the

9    courtroom, one more piece of evidence, and that is you will

10   all recall that with your jury questionnaire, attached to

11   your jury questionnaire was a list of names of potential

12   witnesses or individuals about whom you may hear during the

13   trial.

14           The parties have some additional names to present

15   to you this morning, so I'll ask you all to please listen

16   and pay attention to those names.  If any of those names are

17   people that you recognize, please let us know when we bring

18   you in for individual questioning.

19           Ms. Rakoczy.

20           MS. RAKOCZY:  Thank you, Your Honor.

21           Good morning, ladies and gentlemen.

22           In this trial, you may hear from an additional

23   five witnesses from the government during its case-in-chief.

24   From the United States Capitol Police, Captain

25   Jessica Baboulis, B-a-b-o-u-l-i-s, and Sergeant

1    David VanBenschoten, V-a-n-B-e-n-s-c-h-o-t-e-n.

2           You may also hear from retired FBI Special Agent

3    Norman Kuylen, K-u-y-l-e-n; current Special Agent

4    Richard Maier, M-a-i-e-r; and Special Agent Matthew Oliver.

5           Thank you.  Thank you, Your Honor.

6           THE COURT:  Thank you, Ms. Rakoczy.

7           Ms. Haller.

8           MS. HALLER:  Thank you, Your Honor.

9           And for Defendant Connie Meggs, we may have

10   additional witnesses who would testify during the

11   defendants' case:  FBI Agent Jennifer Moore, Kathryn Cain,

12   and Patricia Gee from Florida.  She's not with the

13   government.  Thank you.

14          THE COURT:  Mr. Rossi.

15          MR. ROSSI:  Thank you, Your Honor.

16          Good morning.  I'm Gene Rossi.  My co-counsel is

17   Chuck Greene.  We represent William Isaacs.

18          We have a few more witnesses.  I just want to read

19   them to you:  Jeff Morelock; our agent, Katie Hill;

20   Alondra Propes, Luis Allen, Ms. Traci Isaacs,

21   Ms. Leslie Gray, Greg McWhirter; Elizabeth "Beth" Santoro; a

22   Dr. Laurie Sperry; Agent Byron Cody; and last but not least

23   is Task Force Officer Paul Ura, U-r-a.

24          Thank you.

25          THE COURT:  Okay.  Ladies and gentlemen, so that

```
 1   is the conclusion of the remarks and the introductory
 2   matters that we need to discuss.  You will all now be shown
 3   out of the courtroom, and we will bring you each
 4   individually one by one for some follow-up questions.  We
 5   look forward to speaking with all of you.  Thank you.
 6             (Prospective jurors exited the courtroom.)
 7             COURTROOM DEPUTY:  Your Honor, are you ready for
 8   the first juror?  Juror No. 1671.  1671.
 9             THE COURT:  Good morning, ma'am.  How are you?
10             PROSPECTIVE JUROR:  Hello.
11             THE COURT:  You are Juror 1671?
12             PROSPECTIVE JUROR:  Yes.
13             THE COURT:  All right.  Feel free to remove your
14   mask if you're comfortable doing so.
15             PROSPECTIVE JUROR:  Okay.
16             THE COURT:  Your juror questionnaire should be
17   there in front of you, and I'll ask you to just hold on for
18   one moment, okay?
19             PROSPECTIVE JUROR:  Sure.
20             THE COURT:  All right.  Thank you for that.
21             So you're Juror 1671.  Your jury questionnaire is
22   there in front of you.  I'll ask you, please, to turn to
23   page 5.
24             In Question 1, we're trying to get a sense of how
25   jury service would impact you if you were here to serve for
```

1   multiple weeks.  You've told us you have scheduled

2   business/work-related trips out of town in February and

3   March that cannot be rescheduled.

4           Can you tell us about that?

5           PROSPECTIVE JUROR:  My parents are going out of

6   town, and I have a family business up in Connecticut.  And I

7   need to take care of the family business while they're away.

8           THE COURT:  Okay.

9           So it's not that you have to travel --

10          PROSPECTIVE JUROR:  It's they have to travel, but

11  I have to go out of town because the family business is in

12  Connecticut.

13          THE COURT:  I see.  Okay.

14          And so is the family business such that you have

15  to physically be in Connecticut?

16          PROSPECTIVE JUROR:  Yes.  There are some things

17  that need to be done in person, yes.

18          THE COURT:  Okay.

19          And is there anybody who could do that for you?

20          PROSPECTIVE JUROR:  No, unfortunately not.

21  I wish.  But, unfortunately, it's just me.

22          THE COURT:  Okay.

23          And when is that travel scheduled for?  And how

24  long will you have to be away?

25          PROSPECTIVE JUROR:  They will be gone for

 1    approximately two weeks.

 2              THE COURT:  Okay.  And that's this month?

 3              PROSPECTIVE JUROR:  That is in March.

 4              THE COURT:  In March.

 5              And in what part of March?

 6              PROSPECTIVE JUROR:  Middle of March.

 7              THE COURT:  Okay.

 8              PROSPECTIVE JUROR:  I'm not sure how long this is

 9    going to -- how long this is going to go or how long jury --

10              THE COURT:  Right.  That's why --

11              PROSPECTIVE JUROR:  That's why I wanted to

12    clarify.

13              THE COURT:  No.  I appreciate that.  That's why I

14    asked the follow-up question.  So -- okay.

15              Any objections, Counsel?

16              MS. RAKOCZY:  Yes, Your Honor, but I think maybe

17    it may help to go on the husher.

18              THE COURT:  I'm sorry?

19              MS. RAKOCZY:  I think it may help to have a

20    discussion just with the Court and counsel about scheduling.

21              THE COURT:  Bear with us.

22              Ms. Rakoczy, we can't hear you.

23              MR. WOODWARD:  Can you hear me?

24              THE COURT:  I can hear you, Mr. Woodward, yeah.

25              Ma'am, hang on.  Let's just -- Gwen, let's do it

1   this way.

2           Ma'am, I'm going to ask you, if you would, please,

3   just to step down.  And if you could, just -- we'll put

4   you -- there's a juror room back there.  This will just take

5   a couple seconds.

6           MS. RAKOCZY:  Your Honor, I'm sorry for that.

7           We're very hopeful that the case could be to the

8   jury by the end of that first week in March.  So we would

9   propose keeping the juror and not striking her now.  She

10  could either be an alternate or we'll see if she went in the

11  box, but I don't know that we need to strike her for cause

12  at this time.

13          THE COURT:  So you think that if we start with

14  evidence on Friday, that the jury will have the case by the

15  end of first week in March?

16          MS. RAKOCZY:  We are hopeful, Your Honor.  We're

17  estimating -- we've been telling the defense we think 10 to

18  12 business days of evidence for the government.  And we're

19  hoping it's closer to the ten-day side.  We don't know how

20  long the defense case will be, obviously, but we're --

21          THE COURT:  Right.

22          MS. RAKOCZY:  If we estimated, say, three full

23  days for them, I think there's still a chance by that week

24  of February 27th or early the week of March 6th, the jury --

25  we could be doing closings and the jury could get it.  So

1    it's a little tight, but it seems a little premature to

2    strike this juror at this time.

3            THE COURT:  Okay.

4            All right.  Well, let's do this.  Why don't we

5    just continue with the questioning and see if we can

6    otherwise qualify her.  If we do not need her, we'll

7    excuse her.

8            MR. WOODWARD:  Can we just nail down the travels

9    plans.  She was a little bit --

10           THE COURT:  Yeah.  I'll do that now, because I,

11    frankly, have anticipated that we would -- that the jury

12    would need to be here at least through the end of that first

13    or second full week.  But why don't we bring her back in and

14    we'll --

15           COURTROOM DEPUTY:  Ma'am, 1671.

16           THE COURT:  Thank you.  Apologies for the

17    interruption.

18           So just to back up about your travel plans, you

19    had initially indicated in your jury questionnaire that you

20    have trips in February.

21           Do you have trips in February?

22           PROSPECTIVE JUROR:  Those can be rescheduled.

23    I do have to appear for some notarization paperwork in

24    New York at the Philippine consulate in person.

25           THE COURT:  Okay.

1           PROSPECTIVE JUROR:  In -- yeah, it has to be done

2     in New York.

3           THE COURT:  And when you say "that can be

4     rescheduled" --

5           PROSPECTIVE JUROR:  That could be -- I can just

6     change -- I can change the date.  It doesn't necessarily

7     have to be in February, but the paperwork should be

8     done soon.

9           THE COURT:  Okay.

10          PROSPECTIVE JUROR:  It's like official paperwork

11    for our overseas business.

12          THE COURT:  Understood.  Okay.

13          So there's that.  And then the March travel, which

14    is currently scheduled, can you tell us when that is set

15    to begin?

16          PROSPECTIVE JUROR:  March 12th, I think.

17    March 12th in the morning.

18          THE COURT:  Okay.

19          And you would be out for two weeks; is that right?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Okay.  All right.  So we

22    appreciate that.

23          Okay.  Let me just ask some additional questions

24    about some of your other answers here.

25          PROSPECTIVE JUROR:  Sure.

1          THE COURT:  If you would please turn to page 15.

2          PROSPECTIVE JUROR:  Yeah.

3          THE COURT:  We asked you whether there's anything

4   beyond the points covered in the questionnaire that creates

5   a question in your mind as to whether you can be fair and

6   impartial.

7          And you wrote, "Only if any participant in the

8   trial turns it into a political rather than legal issue.  I

9   understand people have strong feelings one way or the other

10  about this, and I hope everyone can keep from weaponizing

11  this process for political purposes."

12         So can I ask you what you meant by that?

13         PROSPECTIVE JUROR:  Just that I know there are a

14  lot of feelings on either side about this.  And I'm not

15  saying that anyone here is going to, but I think that things

16  can be interpreted by others in the courtroom as, you know,

17  political one way or the other.  And I'm an attorney myself,

18  so I prefer to just stay within the legal rather than the

19  political aspect of this case.

20         THE COURT:  Sure.  Right.

21         So just to define this a little bit more.

22         PROSPECTIVE JUROR:  Sure.

23         THE COURT:  This is obviously a court of law, and

24  so what will control here are my legal instructions and the

25  evidence that's presented in the courtroom.  And we would

1  instruct you, as a juror, that you may not permit political

2  views, ideologies, differences come into your consideration

3  of the evidence.

4        All that said, it is inescapable that there are

5  some political overtones to the nature of the case, to some

6  of the evidence that will come in.

7        With that description, does that give you any

8  cause for concern in light of what you've just written here

9  in Question 79?

10        PROSPECTIVE JUROR:  If -- yes -- no.

11  I'm sorry.  No.

12        THE COURT:  All right.  That doesn't give you any

13  concern?

14        PROSPECTIVE JUROR:  It shouldn't right now, no.

15        THE COURT:  And so, if, as I said, because of the

16  nature of the case, it's inescapable that there will be some

17  political --

18        PROSPECTIVE JUROR:  Understand.

19        THE COURT:  -- references, but, again, we would

20  ask you to set aside your personal political views, we'd ask

21  you to set aside any views you may have about the

22  defendants' personal political views and, again, focus only

23  on the evidence in the case.

24        PROSPECTIVE JUROR:  On the facts of the case.

25        THE COURT:  And that's something you could do?

```
 1              PROSPECTIVE JUROR:  Yes.  I mean -- yeah.

 2              THE COURT:  Okay.  If you would, please, then turn

 3    to page 12.

 4              All right.  In Question 52, we asked you whether

 5    you have such strong opinions about any aspect of the events

 6    that occurred at the U.S. Capitol on January 6th that would

 7    affect your ability to be fair and impartial, and you

 8    answered "yes."  Can you tell us why you answered that

 9    question "yes."

10              PROSPECTIVE JUROR:  I'm actually not sure why.

11              THE COURT:  Okay.

12              PROSPECTIVE JUROR:  I may have -- yeah, I don't

13    think that I couldn't be -- I think I could be fair and just

14    by based on what is being presented to me.

15              Sorry.  I don't know why.  It was early in the

16    morning, I guess.

17              THE COURT:  That's okay.  You wouldn't be the

18    first person to come in and revise an answer.  That's fine.

19              PROSPECTIVE JUROR:  Okay.

20              THE COURT:  So the answer to Question 52 is "no."

21              PROSPECTIVE JUROR:  Correct.

22              THE COURT:  So then in 53, we did ask you whether

23    you've read, seen, or heard anything about an organization

24    known as the Oath Keepers, and you answered that question

25    "yes."  So is it the case that you've read, seen, or heard
```

1   something about an organization known as the Oath Keepers?

2           PROSPECTIVE JUROR:  I'm sorry.  Please repeat the

3   question.

4           THE COURT:  You answered that question "yes."

5           PROSPECTIVE JUROR:  Yeah.

6           THE COURT:  Question 53.

7           PROSPECTIVE JUROR:  I just heard the name.

8   I don't know anything about it.  I've just heard the name,

9   you know, spoken.

10          THE COURT:  Okay.

11          Can you tell us in what context you've heard the

12   name?

13          PROSPECTIVE JUROR:  Just on the news.

14          THE COURT:  Okay.

15          And, again, in terms of the news, do you know what

16   context the name arose?

17          PROSPECTIVE JUROR:  I can't remember right now,

18   I'm sorry.

19          THE COURT:  Okay.

20          PROSPECTIVE JUROR:  I just -- it was probably to

21   do with -- no, I don't think it was to do with this case.

22          I don't actually remember.  I just remember

23   hearing the name Oath Keepers.

24          THE COURT:  Okay.

25          So other than --

1          PROSPECTIVE JUROR:  It could -- I could have

2     misheard it.  I don't know anything about them.  I just

3     heard the name.

4          THE COURT:  Okay.  Fair enough.

5          So is it accurate to say that the name is

6     something you've heard but beyond that --

7          PROSPECTIVE JUROR:  I don't really know anything

8     about them, no.

9          THE COURT:  Anything, okay, terrific.

10          While we're on page 12, I'll ask you just to,

11     please, turn to Questions 50 and 51, and in those questions,

12     we tried to get a sense of the extent to which you have

13     followed the January 6th Committee hearings.  So can you

14     tell us how closely you followed those hearings.

15          PROSPECTIVE JUROR:  Not very.  Not very,

16     especially after being called for this, I just have tried

17     to, as per your instructions, tried to avoid any coverage or

18     any other --

19          THE COURT:  And so prior to completing your jury

20     questionnaire, to what extent did you follow those

21     proceedings?

22          PROSPECTIVE JUROR:  I mean, it would be on the

23     news and I just hear people talking about it.  But beyond

24     that, not really that much.

25          THE COURT:  Okay.  So you didn't see any of them

```
 1   live; is that correct?

 2             PROSPECTIVE JUROR:  Well, when it happened or?

 3             THE COURT:  Yes, when it happened, when the

 4   hearing was actually --

 5             PROSPECTIVE JUROR:  When the hearing happened?

 6   Not when the actual event happened?

 7             THE COURT:  Correct.  So when the hearings were

 8   live and were --

 9             PROSPECTIVE JUROR:  No, no.

10             THE COURT:  You didn't watch those?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  But you did see coverage of them on

13   the news or --

14             PROSPECTIVE JUROR:  Correct, yes.

15             THE COURT:  So in connection with the coverage

16   that you took in about those Committee proceedings,

17   do you have any recollection of any discussion about

18   Oath Keepers or members of Oath Keepers?

19             PROSPECTIVE JUROR:  No.

20             THE COURT:  We would ask you to set aside anything

21   that you've learned from the events of the -- excuse me,

22   from the Committee hearings.  Do you think you would be able

23   to do that?

24             PROSPECTIVE JUROR:  Yes, Your Honor.

25             THE COURT:  All right.
```

```
1                PROSPECTIVE JUROR:  I will.

2                THE COURT:  All right.  If I could, please, ask

3      you to turn to page 6.

4                So Question 14, we asked you to identify your

5      employment.  You've told us you're an attorney,

6      self-employed, family business.  Can you just give us a

7      description of the kind of legal work you do in and the

8      nature of the business?

9                PROSPECTIVE JUROR:  The nature of the business,

10     it's real property, it's a landlord/tenant situation.  We

11     have commercial and residential properties.  And I am the

12     sort of in-house counsel for the tenants.

13               THE COURT:  Okay.

14               And have you -- you're in-house counsel for the

15     tenants?

16               PROSPECTIVE JUROR:  No.  I'm sorry, for like who

17     deals with the tenants.

18               THE COURT:  Who deals, I understand.

19               PROSPECTIVE JUROR:  Sorry.

20               THE COURT:  So in your career as a lawyer, have

21     you done any criminal work?

22               PROSPECTIVE JUROR:  No, I have not.

23               THE COURT:  I'll ask you to, please, turn to

24     Question 7, page 16.

25               Question 16 asked about close friends or family
```

848

1    members who have been employed by the Federal Government.

2    Can you tell us about that?

3              PROSPECTIVE JUROR:  One of my best friends was a

4    former foreign service officer with the State Department.

5              THE COURT:  Okay.

6              Question 22, we asked you about your presence on

7    the Capitol Grounds or in the Capitol Building at any time.

8              PROSPECTIVE JUROR:  Anytime recently or just

9    anytime?

10             THE COURT:  Just anytime.

11             PROSPECTIVE JUROR:  Well, I visited a couple of

12   times.  I've gone to, you know, the concerts on national

13   holidays.  And I was just at the 4th of July concert last

14   year with some friends, but that's really it.

15             THE COURT:  That's the extent of it?

16             PROSPECTIVE JUROR:  Yeah.

17             THE COURT:  Okay.

18             If I could please ask you to turn to page 11.

19             In Questions 45, 46, and 47, we were trying to get

20   a sense of the amount of news you have been exposed to about

21   the events of January 6th.  Can you tell us generally how

22   closely you followed the news concerning the events of

23   January 6th?

24             PROSPECTIVE JUROR:  When it was happening, I, you

25   know, I had it on, I wasn't -- and I was just sort of trying

 1   to understand what was going on.

 2            THE COURT:  Okay.

 3            PROSPECTIVE JUROR:  But after that, you know, when

 4   people talked about it, yeah, of course, we would -- I would

 5   listen to what was going on in the weeks following.

 6            But then, as for the -- read news coverage --

 7   I don't really know that I followed it super closely, but I

 8   do know what happened and I did watch when it was happening.

 9            THE COURT:  All right.

10            So it sounds like, at the time you consumed some

11   news but you haven't followed it closely since;

12   is that fair?

13            PROSPECTIVE JUROR:  Yes.

14            THE COURT:  We would ask you, if you were selected

15   to serve, that you would set aside any news that you have

16   been exposed to and only evaluate the evidence as presented

17   in the case.  Could you do that?

18            PROSPECTIVE JUROR:  I can.

19            THE COURT:  If you would turn, please, to the

20   bottom of page 12 and Question 59; we asked you in that

21   question about your contacts with the legal profession.

22   Now, you've already told us that you're a lawyer, so that

23   means you know other lawyers presumably.  Are any of your

24   close friends or family members who may be lawyers, do they

25   do criminal work of any kind?

1         PROSPECTIVE JUROR:  None of my close friends, no.

2         THE COURT:  Okay.

3         Do you have friends one step removed who do

4    criminal work?

5         PROSPECTIVE JUROR:  I don't think so.  Not that

6    I can think of right now.

7         THE COURT:  Okay.

8         In Question 60, we asked about friends or family

9    members who are in law enforcement, state or local or

10   federal.  Can you tell us about that?

11        PROSPECTIVE JUROR:  Oh, I just have a couple of

12   friends who -- well, one of them is a corrections officer,

13   but he's down in Florida.  And one of my friends went to the

14   police academy.

15        THE COURT:  Okay.

16        And was that here in Washington or elsewhere?

17        PROSPECTIVE JUROR:  Where was that?  In Virginia.

18        THE COURT:  Okay.

19        And did that person become a police officer?

20        PROSPECTIVE JUROR:  No.

21        THE COURT:  Question 63, we asked you about

22   experience with crime and whether you or a close friend or

23   family member has been the victim of a crime.  Can you tell

24   us -- and you answered that "yes."  Can you tell us about

25   that.

1              PROSPECTIVE JUROR:  Yes.  Well, this was actually
2    a long time ago.  When I was on a trip, my -- my mom and I
3    got mugged and our things were stolen.  And, yeah, we had to
4    go through the process --
5              THE COURT:  Okay.
6              PROSPECTIVE JUROR:  -- for that.
7              THE COURT:  And can you just tell us where that
8    was?
9              PROSPECTIVE JUROR:  That was in Atlanta.
10             THE COURT:  In Atlanta.
11             And was someone arrested?
12             PROSPECTIVE JUROR:  I'm not sure.
13             I think so, because they were able to find him
14   based on the description that I gave.
15             THE COURT:  I see.  Okay.
16             PROSPECTIVE JUROR:  I don't remember his name or
17   anything.  This was a long time ago.
18             THE COURT:  Okay.
19             And anything about that experience that would
20   cause you to think you couldn't be fair and impartial?
21             PROSPECTIVE JUROR:  In this case?
22             THE COURT:  Correct.
23             PROSPECTIVE JUROR:  No.
24             THE COURT:  All right.
25             You've also indicated that, in 64, that you or a

```
1    close friend or family member has been a witness to a crime.
2    You just told us about your past experience?
3              PROSPECTIVE JUROR:  Yes.
4              THE COURT:  Is that the reason you answered?
5              PROSPECTIVE JUROR:  Yes.
6              THE COURT:  In 65, we asked about testimony that
7    you or a close friend or family member may have provided in
8    any court proceedings, and you answered "yes."
9              PROSPECTIVE JUROR:  Yes.  That was -- it was just
10   a small-claims case a few years ago from when we were trying
11   to recover some travel insurance.
12             THE COURT:  Okay.
13             PROSPECTIVE JUROR:  And I was testifying in that
14   case as a witness.
15             THE COURT:  Got you.  Okay.
16             Ms. Rakoczy, any follow-up?
17             MS. RAKOCZY:  No, Your Honor.  Thank you.
18             THE COURT:  Anything from the defense?
19             MS. HALLER:  No, Your Honor.  Thank you,
20   Your Honor.
21             MR. MACHADO:  Yes.
22             Ma'am, I'm not sure if I missed it or not, but I
23   think there's a blank on Question 11.  If you could take a
24   look at it and let us know your answer to that.
25             PROSPECTIVE JUROR:  Oh.  Thank you.  No.  Oh, I'm
```

1   sorry.  I didn't realize I didn't answer that.

2          Yeah, the answer is "no."

3          MR. MACHADO:  Okay.

4          And then also 74, that was also --

5          PROSPECTIVE JUROR:  Gosh, was I really that

6   asleep?

7          Not that I can think of.

8          MR. MACHADO:  Okay.

9          And then just with regard to your term of

10  "weaponized," what did you mean as far as you don't want

11  this to become --

12         PROSPECTIVE JUROR:  Oh, just I don't want it to

13  become heated.

14         MR. MACHADO:  Heated.  All right.  Thank you.

15  Appreciate it.

16         THE COURT:  All right.  Thank you very much,

17  ma'am, for your time.

18         PROSPECTIVE JUROR:  Thank you, Your Honor.

19         Is there anything else?

20         COURTROOM DEPUTY:  Next juror is 0839.

21         THE COURT:  Sir, how are you?

22         PROSPECTIVE JUROR:  Good.

23         THE COURT:  You are juror 0839; is that correct?

24         PROSPECTIVE JUROR:  Correct, Your Honor.

25         THE COURT:  All right.  Feel free to remove your

```
1    mask if you are comfortable doing so.

2              Your jury questionnaire is there in front of you.

3    First thing I'm going to ask you to do is turn to page 6,

4    Question 14.

5              You have told us there that you are employed with

6    the Architect of the Capitol; is that right?

7              PROSPECTIVE JUROR:  That's correct, Your Honor.

8              THE COURT:  And how long have you worked as the

9    architect -- or in that office?

10             PROSPECTIVE JUROR:  Since October.

11             THE COURT:  All right.  So you were not there on

12   January 6th?

13             PROSPECTIVE JUROR:  That is correct.

14             THE COURT:  Have you had discussions with any of

15   your colleagues about the events of January 6th?

16             PROSPECTIVE JUROR:  No; other than just

17   acknowledging its occurrence, but with nothing in the course

18   of my official duties.

19             THE COURT:  And has any of your official duties

20   involved addressing any damages that may have happened to

21   the Capitol Building on that day?

22             PROSPECTIVE JUROR:  No, Your Honor.

23             THE COURT:  And, Ms. Rakoczy, could you identify

24   again the name of the employee.

25             MS. RAKOCZY:  Yes, Your Honor.  Jason McIntyre.
```

1          PROSPECTIVE JUROR:  Yes.  I'm familiar with him.

2     He is organizational leadership.  He's effectively the

3     jurisdiction superintendent at the Capitol.  Within the

4     Architect of the Capitol, there are multiple jurisdictions,

5     House Office Buildings, Senate Office Buildings.  The

6     Capitol is one.  Botanic Garden is one.

7     Library of Congress.

8          So each jurisdiction has leadership.  He is the

9     superintendent at the Capitol.

10         My office is effectively central, safety.  So

11    while I interface with the jurisdictional safety specialists

12    at the Capitol, of which he is the boss of them, we are an

13    office.  Our safety division, Safety and Code Compliance,

14    handles safety for the entire AOC campus.

15         THE COURT:  Okay.  So let me just see if I can

16    understand this.

17         So the office in which you work, if we were

18    looking at an org chart, would that office report up to him?

19         PROSPECTIVE JUROR:  No.

20         THE COURT:  It would not?

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  Do you have any direct line or sort of

23    dotted-line reporting to him?

24         PROSPECTIVE JUROR:  No.  I coordinate with him via

25    email for some endeavors that my office undertakes in the

1  realm of occupational safety and health.

2  We have what is effectively our OSHA reports

3  findings to us, our office; and we will send those back to

4  the respective jurisdiction for their concurrence, whether

5  they're contesting any safety and health findings or ADA

6  findings.

7  So that's effectively my interfacing with him, is

8  providing reports to him and his staff for their concurrence

9  or if they're going to contest findings.  And then we kind

10  of are a middleman, effectively, send that back to the

11  Office of Congressional Workers' rights, which is

12  effectively our OSHA.

13  THE COURT:  Okay.

14  And how frequently would you say that you interact

15  with him?

16  PROSPECTIVE JUROR:  Just, again, just via email,

17  maybe a meeting or two he sat on or I've sat on that he has

18  attended.

19  I would say -- so the inspections are done.

20  Again, it's a large campus.  I have sent probably in my

21  time -- again, I've been there since October of '22.  I've

22  probably sent three emails to him.

23  THE COURT:  Okay.

24  So it may be that he is called to testify in this

25  case.  Do you think, given your professional relationship

```
 1    with him, that you could be an unfair -- excuse me, that you
 2    could be a fair evaluator of his testimony?
 3              PROSPECTIVE JUROR:  Yes, yes, Your Honor.
 4              THE COURT:  Do you think you would have any
 5    trouble, if you had some doubts about his testimony, to not
 6    credit his testimony?
 7              PROSPECTIVE JUROR:  No, I wouldn't have any
 8    problem.
 9              THE COURT:  Okay.
10              Do you think you would -- because you have
11    some work relationship with him, do you think you would
12    come in with a presumption that his testimony was more
13    credible than a witness that you did not know or have any
14    familiarity with?
15              PROSPECTIVE JUROR:  No -- in this forum, it's
16    outside of work.
17              THE COURT:  Okay.
18              Let me ask you if you would please turn to page 8,
19    Question 33.
20              Question 33, we asked about you or a close friend
21    or family member who's had prior jury service in a
22    January 6th matter.  And you've said "yes," and your spouse.
23              PROSPECTIVE JUROR:  Yep.
24              THE COURT:  Can you please tell us about that?
25              PROSPECTIVE JUROR:  Sure.
```

1        My wife actually was on one of Your Honor's

2   trials.  My wife sat in here at the courthouse for a trial a

3   few months back.  Do you want me to go into the --

4        THE COURT:  Please.

5        PROSPECTIVE JUROR:  So this actually is not the

6   first jury service my wife has been on, although it was the

7   first January 6th trial.  She is an upstanding, fine

8   citizen.  She did not discuss any of the ongoings of the

9   trial other than to let me know that she was serving on a

10  jury until the conclusion of the trial, at which time she

11  let me know the bare bones:  the three individuals were

12  found guilty, who they were.  She provided me their names

13  after the trial.

14       THE COURT:  Okay.

15       So she was a juror in about a week-long trial;

16  is that correct?

17       PROSPECTIVE JUROR:  Yes, week-long.

18       THE COURT:  Yep.  All right.

19       Okay.

20       Anything about the fact that your wife has served

21  on a January 6th jury that would cause you to think that you

22  would be predisposed one way or another with respect to

23  defendants in this case if you were to serve?

24       PROSPECTIVE JUROR:  No, no, Your Honor.

25       THE COURT:  Could you set aside the fact that

1     there were convictions in that case from your duty or set

2     that aside if you were to be called to serve because your

3     duty would be to evaluate the evidence as to these

4     defendants in this case?

5                PROSPECTIVE JUROR:  Right.

6                No.  I would be able to compartmentalize it.  It's

7     an exclusive situation.

8                THE COURT:  Okay.

9                All right.  If I could please ask you next to turn

10    to page 12.

11               Question 53, we asked you whether you've read,

12    seen, or heard anything about the Oath Keepers organization

13    or any judicial proceedings involving the organization or

14    its members.  And you answered that question "yes."

15               Can you tell us what you have read, seen, or heard

16    about the Oath Keepers organization?

17               PROSPECTIVE JUROR:  Yeah.  Unfortunately, I can't

18    recall the specifics as to when I first was made aware of

19    the organization.  I would probably posit that it occurred

20    evening TV, either the news or maybe one of the --

21    Stephen Colbert or the like-type shows where they were

22    mentioned.

23               I believe I recall one of the individuals has an

24    eye patch, very distinctive appearance, and that they were

25    adjacent to and involved with the January 6th --

1              THE COURT:  Okay.

2              PROSPECTIVE JUROR:  -- occurrence.

3              THE COURT:  Can you tell us what your

4    understanding is of what involvement they may have had?

5              PROSPECTIVE JUROR:  It's my understanding that

6    they -- like a number of individuals came, prior

7    organization, right?  So there was organizations that

8    collaborated, communicated, planned, and then gathered in

9    the city on January 6th.

10             THE COURT:  Okay.

11             And you would include the Oath Keepers among that

12   group; is that right?

13             PROSPECTIVE JUROR:  Yes; one of the groups, yes.

14             THE COURT:  And do you have any understanding of

15   the purposes for which they collaborated and organized?

16             PROSPECTIVE JUROR:  No, other than to protest what

17   the Congress was undertaking, the transition of -- or the

18   delegation, the counting of the delegations at the official

19   capacity at the Capitol.

20             THE COURT:  Let me ask you, based upon what you've

21   just told us, do you have any opinions or have you formed

22   any opinions about the group or its members?

23             PROSPECTIVE JUROR:  I mean, obviously, they were

24   of the mindset that they were against what was -- what

25   happened on that day.  They were there in protest.

1              THE COURT:  Okay.  And how do you feel about that?

2              PROSPECTIVE JUROR:  I'm not related with them.

3    I know no one in my personal life that is an Oath Keeper or

4    has even supported that organization.  So other than just

5    knowing of their existence and that they were involved in

6    January 6th, you know, I have no strong opinions otherwise.

7              THE COURT:  Okay.

8              Do you think, based upon what you have learned or

9    what you have seen in the news, you could set that aside and

10   be a fair and impartial juror with respect to these

11   defendants, all of whom are either members of or associated

12   with the organization?

13             PROSPECTIVE JUROR:  Yes, Your Honor.

14             THE COURT:  Okay.

15             Let me go back to your employment for a moment.

16             Do you think if you were to serve on this jury and

17   you were to determine that a defendant was not guilty, do

18   you think that would pose a greater difficulty for you in

19   voting to acquit because of your job, that you work in the

20   Architect of the Capitol's office?

21             PROSPECTIVE JUROR:  Right.

22             No, I don't think it would.  Again, I've only been

23   with them for a number of months now.  And I have no

24   involvement in my professional duty with any type of cleanup

25   or safety issues associated with January 6th.

1         And, in fact, none of my immediate program office

2    really had any involvement whatsoever.

3         THE COURT:  Okay.

4         Do you think -- say you were to serve and you did

5    vote to acquit one or more defendants, do you think it would

6    create awkwardness or -- for you to go back to your

7    colleagues and say, I served on this jury and I voted to

8    acquit certain January 6th defendants?

9         PROSPECTIVE JUROR:  Well, potentially, sure.

10   Being honest and frank with you, Your Honor.  You know,

11   while we kind of keep our personal politics under wraps in

12   the office, you know, I would obviously have to inform my

13   direct supervisor, my first-line supervisor that I would be

14   potentially -- if I was to serve on this jury, that I would

15   be out of the office for an extended period of time, and

16   then they would potentially be able to formulate their own

17   opinions, find out what the trial was potentially, and there

18   could be -- I don't know my supervisor's political leanings,

19   but, yeah, sure, there's a potential for it, absolutely.

20        THE COURT:  Okay.

21        Would that potential concern you or be either in

22   the back of your mind or maybe in the forefront of your mind

23   if you were serving?

24        PROSPECTIVE JUROR:  No, no, it wouldn't.  I don't

25   think it would be able to -- just like a potential juror is

1  supposed to be impartial, so is a supervisor for a federal

2  agency when it comes to their employees and doing

3  performance reviews.  That shouldn't affect how my

4  performance is viewed by my supervisor.

5          THE COURT:  Okay.

6          In Questions 50 and 51 right above there, we tried

7  to get a sense of your exposure to the January 6th Committee

8  hearings.  Can you tell us how closely you followed those

9  hearings?

10          PROSPECTIVE JUROR:  Again, just clips that would

11  be replayed in the nightly news or, you know, the evening

12  satire TV, your Stephen Colberts, you know, those types of

13  shows.

14          THE COURT:  Okay.

15          Any recollection of the Oath Keepers being

16  discussed in connection with those committee hearings?

17          PROSPECTIVE JUROR:  No, no, Your Honor.

18          THE COURT:  If I could, please, ask you to turn to

19  page 7.

20          So we asked you in Question 16 about close friends

21  or family members employed by the Federal Government.

22  You've identified yourself.  You've also told us that your

23  spouse works with the Department of Transportation.  Anyone

24  else in your sort of close circle of family or friends who

25  works for the Federal Government?

1          PROSPECTIVE JUROR:  I have friends that work for

2   the Federal Government, yes.

3          THE COURT:  Okay.

4          And do any of them work in a law enforcement

5   capacity?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  Question 22, we now know why you have

8   been on the Capitol Grounds or inside the Capitol Building

9   so we don't need to ask any further questions about that.

10          If you would turn to page 11.  So you have, in

11   Question 43, you've already told us about, you recognize

12   Jason McIntyre, we've talked about him.

13          You've also identified Roger Stone.  I don't

14   expect him to testify in this case but his name could be

15   mentioned.  Do you have any feelings about Mr. Stone or

16   views about Mr. Stone such that if his name were mentioned

17   at trial or if there were some association between him and a

18   defendant, that would cause you to -- difficulty in being

19   fair and impartial?

20          PROSPECTIVE JUROR:  No difficulties, Your Honor.

21          THE COURT:  Question 45 through 47, we tried to

22   get a sense of how much news coverage you have consumed

23   about the events of January 6th.  Can you give us a general

24   sense of how much news you've consumed.

25          PROSPECTIVE JUROR:  I watch the evening news

1    Monday through Fridays pretty much regularly with my wife,

2    as well as the shows typical that I mentioned afterwards.

3           I'm trying to recall if there's -- I typically

4    wouldn't seek out those videos on YouTube or anything like

5    that.  In terms of, you know, maybe more pleasurable content

6    that I consume, it wouldn't be something that I would look

7    to watch.

8           THE COURT:  Okay.

9           So it seems like -- it sounds like that if a story

10   about January 6th happens to be on a news broadcast, you may

11   see it, but you're not otherwise sort of regularly consuming

12   or actively seeking it out, correct?

13          PROSPECTIVE JUROR:  Correct.

14          THE COURT:  So would you be able to set aside

15   anything that you may have heard or seen on the evening news

16   or any other news source, and, again, focus only on the

17   evidence as presented in this case?

18          PROSPECTIVE JUROR:  Yes, I would be able to do

19   that, Your Honor.

20          THE COURT:  All right.

21          If you could finally turn to page 13, please.

22          In Question 63, 64, and 66, you answered "yes" to

23   questions about crime and violence.  First, on 63, you've

24   said that you or a close friend or family member has been

25   the victim of a crime and that you answered that question

1    "yes."

2              PROSPECTIVE JUROR:  Uh-huh.

3              THE COURT:  And can you share with us why that

4    question was answered "yes"?

5              PROSPECTIVE JUROR:  I mean, in terms of just

6    general crime, I've had friends that have been mugged.  I've

7    had my own property vandalized.

8              THE COURT:  Okay.

9              Anything more than that?

10             PROSPECTIVE JUROR:  That would be the extent of

11   the seriousness of a crime experienced by myself or a close

12   friend or family member.

13             THE COURT:  Okay.

14             To the extent that you've had that experience,

15   did you report it to the authorities?

16             PROSPECTIVE JUROR:  I'm sorry to laugh.

17             I did one time and it was kind of brushed off by

18   Metropolitan Police.  The specifics were a bullet came

19   through my rear tailgate windshield when I was driving the

20   car.  They collected it later on.  You know, probably about

21   approximately a year and a half later, a bullet struck my

22   house and I ended up, based on my experiences with the local

23   police and how they dealt with my vehicle getting shot, I

24   decided not to report it, my house catching a bullet.

25             THE COURT:  I'm sorry to hear that.

1        So have you developed feelings or opinions about

2   local law enforcement as a result of those experiences?

3        PROSPECTIVE JUROR:  Yeah, to be frank, I have,

4   Your Honor.  Effectively, if it doesn't maybe rise to the

5   level that I think it's -- you know, I understand they're

6   overworked, potentially underpaid, although I don't know the

7   specifics on that, but I feel that, and maybe it's just I'm

8   a bit callused from living in the city for a number of

9   years, that if it doesn't rise to a serious nature,

10  sometimes it's not worth my time or the officer's time to

11  report.

12       THE COURT:  Okay.

13       I do not know whether there will be a Metropolitan

14  Police Department officers testifying, it may be, or you may

15  hear about them.  Does your experience -- do you think you

16  could judge the testimony of a Metropolitan Police

17  Department officer fairly and impartially?

18       PROSPECTIVE JUROR:  Yes, sir, I mean, Your Honor.

19       THE COURT:  You don't think that your experience

20  of them would cause you to sort of doubt their testimony.

21       PROSPECTIVE JUROR:  No, no, Your Honor.

22       THE COURT:  Okay.

23       And then Question 66, we asked you about a close

24  friend or family member who's been arrested, charged, or

25  prosecuted for a crime.

1          PROSPECTIVE JUROR:  I have -- in my college youth,

2    I had been arrested.

3          THE COURT:  All right.

4          Was that here in D.C. or elsewhere.

5          PROSPECTIVE JUROR:  This was elsewhere.

6          THE COURT:  Okay.  Anything about that experience

7    that would cause you to think you could not be fair and

8    impartial?

9          PROSPECTIVE JUROR:  No.  No, Your Honor.

10         THE COURT:  All right.

11         Any follow-up, Ms. Rakoczy?

12         MS. RAKOCZY:  No, Your Honor.  Thank you.

13         THE COURT:  Anything from the defense?

14         MS. HALLER:  Yes, thank you, Your Honor.

15         Sir, a few questions to follow up on.  With regard

16   to your employment, you said you've been with the Architect

17   of the Capitol since October of '22; is that right?

18         PROSPECTIVE JUROR:  That's correct.

19         MS. HALLER:  Where were you before that?

20         PROSPECTIVE JUROR:  I was with the Department of

21   Energy.

22         MS. HALLER:  And where are they located?

23         PROSPECTIVE JUROR:  Department of Energy, 1000

24   Independence Avenue.

25         MS. HALLER:  Yes.

1           So where were you on January 6th?

2           PROSPECTIVE JUROR:  I was teleworking that day.

3  I was working from home due to the --

4           MS. HALLER:  You were working from home.  Home is?

5           PROSPECTIVE JUROR:  Home is Northwest D.C.,

6  specifically, the North Petworth/Brentwood Park

7  neighborhood.

8           MS. HALLER:  Okay.  And the office for the

9  Architect of the Capitol, where is that located?

10          PROSPECTIVE JUROR:  We are in the Ford House

11 Office Building, Southwest Washington, D.C.

12          MS. HALLER:  How far is it from the Capitol?

13          PROSPECTIVE JUROR:  Oh, I'm pretty -- I've got

14 long legs, I could probably walk it there, which I have, in

15 ten minutes.

16          MS. HALLER:  How often do you go to the Capitol?

17          PROSPECTIVE JUROR:  I have -- again, since

18 October, I have gone there twice since my short employment

19 time with the Architect of the Capitol.

20          MS. HALLER:  And with the Department of Energy,

21 did you have duties with Congress?

22          PROSPECTIVE JUROR:  No.  None whatsoever.

23          MS. HALLER:  Have you had discussions with people

24 at the Capitol or at your office about January 6th?

25          PROSPECTIVE JUROR:  No.

1      I actually asked one of my -- one of the

2   individuals in my program office that had been there the

3   longest, what, you know, prior to my coming on board, what

4   our safety division, what our involvement was, and there was

5   none.  I was informed that our office did not play a role

6   during or after the events of January 6th.  It was outside

7   of our purview, so to speak.  We're more of a policy-driven

8   safety office, not boots on the ground.

9      MS. HALLER:  Do you have any role at your current

10  job in providing for safety since January 6th, meaning to

11  prevent another event like that occurring?

12      PROSPECTIVE JUROR:  No.  To give you an example of

13  what my office would be involved with, there's a current

14  project to repaint some of the pilasters at the Capitol.  So

15  we are reviewing the contractor's plans, designs for

16  potential safety or hazardous material issues.

17      MS. HALLER:  Do you have access to information

18  regarding the cleanup or the safety related to January 6th?

19      PROSPECTIVE JUROR:  No, no.

20      MS. HALLER:  I mean, like, could you go on the

21  computer and pull it up?

22      PROSPECTIVE JUROR:  No.  Our drives are fairly

23  compartmentalized.  I don't have access to that

24  jurisdiction's electronic files.

25      MS. HALLER:  And you used the word "boss" of when

1    it came to superintendent Jason McIntyre.

2              PROSPECTIVE JUROR:  He's not my boss.  I'm sorry

3    to interrupt you.

4              He is organizational leadership.  He's the boss of

5    my jurisdiction's safety specialist counterpart, so to

6    speak.

7              MS. HALLER:  And when you said to the Judge that

8    there would be potential concern because you would have to

9    notify your supervisor and from there it may go up to

10   leadership, can you be fair and impartial with these

11   defendants that sit here based on any of the risk for

12   potential at our employment?

13             PROSPECTIVE JUROR:  Yeah, yeah, I can.

14             Again, my supervisor, again, I'm not familiar with

15   her politics.  She's actually a fairly recent hire as well.

16   She's the deputy director.  The director herself has been

17   there a number of years and I have minimal interactions with

18   her.

19             But, again, other than my direct supervisor taking

20   it upon herself to, you know, find out specifics of the

21   trial that I would potentially be serving on, you know, I

22   can't say one way or the other that I would -- there would

23   be any kind of reprisal regardless of the outcome of the

24   trial on her part.

25             And, again, it would be kind of unethical for her

1   to view my duty here, my civic duty, potential civic duty

2   here as something that would affect my performance review

3   and how those goes with the Federal Government job.

4           MS. HALLER:  Okay.  Well, I appreciate that.

5           Let me follow up a little bit on your answer to

6   No. 53 where you said that -- it was a question about

7   whether or not you recognize the Oath Keepers.  And you

8   spoke a little bit about how you understand they're an

9   organization that collaborated, planned, and organized for

10  January 6th.

11          Do you have an opinion on their intent if they

12  entered the Capitol?  Like, if the evidence shows that a

13  defendant entered the Capitol, do you have an opinion on the

14  planning that was involved?

15          PROSPECTIVE JUROR:  An opinion on the planning?

16  No, I don't know what the plan -- I don't know or have an

17  opinion of the planning that was involved in that.

18          MS. HALLER:  I mean, do you have an opinion that

19  they planned to enter?

20          PROSPECTIVE JUROR:  The only opinion that I have

21  is that they planned to come to the city on that day.

22          MS. HALLER:  And when you say "collaborated," can

23  you tell us what you mean?

24          PROSPECTIVE JUROR:  Communicate.

25          MS. HALLER:  Yes, but --

1              THE COURT:  Ms. Haller, could we wrap up here?

2              MS. HALLER:  Thank you.  I think that the judge is

3    ready to move on, but I appreciate your answers.

4              Thank you, sir.

5              THE COURT:  Any non-repetitive follow-up from any

6    other counsel?

7              MR. MACHADO:  Yes, Your Honor.

8              Sir, with regard to your wife, how long was

9    that trial?

10             PROSPECTIVE JUROR:  It was a week long.

11             THE COURT:  It was a week long.  He answered that.

12             MR. MACHADO:  And so she was under instructions

13   not to speak with regard to the case while it was going on;

14   is that correct?

15             PROSPECTIVE JUROR:  Oh, yes.

16             MR. MACHADO:  There was no obligation on her

17   afterwards, correct?

18             PROSPECTIVE JUROR:  I'm sorry?  Can you

19   repeat that?

20             MR. MACHADO:  She was not limited -- she was able

21   to talk about the case afterwards.  She wasn't instructed

22   not to talk about it.

23             PROSPECTIVE JUROR:  She told me about it, I'll be

24   frank, yeah.

25             MR. MACHADO:  Okay.

```
 1              Well, and all your discussion over this week-long
 2     experience in a place that you worked was essentially that
 3     they were just guilty verdicts.  Am I understanding that?
 4              PROSPECTIVE JUROR:  I'm sorry.  At the conclusion
 5     of the trial, she informed me -- we -- one of the defendants
 6     on that trial is from the south of Pittsburgh, and we're
 7     both from the south of Pittsburgh.  So that was mentioned to
 8     me at the conclusion.
 9              It was mentioned that they were found guilty.
10     And, you know, she relayed their names to me.  And that was
11     the extent of her letting me know about the experience.  And
12     then, obviously, the topic of the trial itself was
13     January 6th.
14              MR. MACHADO:  So the fact that it was in a
15     location that you're related to work-wise, that didn't add
16     any conversation between you and your wife, as far as what
17     happened in the trial?
18              PROSPECTIVE JUROR:  Prior to that, you know, when
19     I first came on board with the Architect of the Capitol, I
20     learned fairly quickly after getting hired that I would have
21     minimal to no involvement at the Capitol specifically.  And
22     I informed my wife of that prior to her trial.
23              MR. MACHADO:  But no curiosity --
24              THE COURT:  Mr. Machado, let's not get into
25     further discussions about their spousal communications.
```

1    I think we've --

2            MR. MACHADO:  Yes, Your Honor.

3            Then nothing further.  Thank you.

4            THE COURT:  All right.  Sir, thank you very much

5    for your time.

6            PROSPECTIVE JUROR:  Thank you.

7            THE COURT:  Madam Clerk will show you out of the

8    courtroom.

9            MR. MACHADO:  Your Honor, I'm to going to ask for

10   a strike for cause.  I think he's too close to this.  And

11   it's little concerning, the fact that he indicates that he

12   didn't have any knowledge or discussions about this incident

13   when I think it would be a natural point of discussion,

14   particularly since he is employed in the Capitol, and so --

15           THE COURT:  So let me make the record clear, which

16   is that the trial his wife served on has nothing to do with

17   the Oath Keepers.

18           MR. MACHADO:  Oh.

19           THE COURT:  It was a week-long trial involving

20   three individuals who were on the east side -- excuse me,

21   the west side of the Capitol, who engaged with law

22   enforcement on the west side of the Capitol, including in

23   the west tunnel.  It was the one-week trial I had between

24   with the first and second Oath Keepers trial.  So the cases

25   are completely unrelated other than the fact that they have

1  to do with January 6th.

2       MR. ROSSI:  Your Honor, with the utmost respect, I

3  stood down because I assumed, Your Honor, this was not a

4  close call.  That is the classic juror who's giving answers

5  so he can get on the jury.  It was painful to listen to his

6  answers.  Painful.

7       THE COURT:  I don't know why you were so pained,

8  Mr. Rossi.  He seemed to be honest and forthright.  If

9  honesty and forthrightness are painful to you, that's

10  unfortunate.

11       MS. HALLER:  Your Honor, if I may just add, the

12  description of Rhodes with an eye patch; the statements of

13  collaboration, planning, and organization as to the

14  Oath Keepers; the statements as to the potential risk in his

15  employment; and he said that he's not concerned, in a four-

16  or five-week-long trial, it's going to be hard to

17  anticipate, but what someone may feel later.

18       But the concern is that he wasn't disclosing how

19  much he knew about the Oath Keepers.  By identifying

20  Stewart Rhodes with an eye patch and talking about

21  the operation --

22       THE COURT:  Okay.  I don't want to besmirch the

23  guy.  The guy was not being -- he wasn't withholding

24  anything.  He answered every single question everybody asked

25  forthrightly.  I have no concerns about his honesty in

```
 1  answering questions.
 2           I will strike him for cause.  There are a number
 3  of factors that I think warrant it, and so I will grant the
 4  request to strike him for cause.
 5           All right.  Let's bring in --
 6           MR. ROSSI:  Thank you, Your Honor.
 7           COURTROOM DEPUTY:  Our next juror is 1702.  That's
 8  line 73.
 9           THE COURT:  Hi, sir.  How are you?
10           PROSPECTIVE JUROR:  I'm doing all right.
11           How are you?
12           THE COURT:  Good.  Thank you for being with us
13  this morning.
14           You are 1702?
15           PROSPECTIVE JUROR:  Correct, yes.
16           THE COURT:  So your juror questionnaire is in
17  front of you.  First thing I'll ask you to do is pick that
18  up and turn to page 12, please.
19           PROSPECTIVE JUROR:  All right.
20           THE COURT:  In Question 53, we asked you whether
21  you've read, seen, or heard anything about the Oath Keepers
22  organization or any judicial proceedings involving that
23  organization.
24           Can you confirm for us today that it is still the
25  case that you've not read, seen, or heard anything about the
```

1    organization?

2            PROSPECTIVE JUROR:  To clarify my answer to that

3    question, I have not heard anything about the judicial

4    proceedings against the organization, but I have heard about

5    them in passing.  So that was my mistake.

6            THE COURT:  I'm sorry.  You have heard about what?

7            PROSPECTIVE JUROR:  The Oath Keepers in passing,

8    but nothing regarding any trials or anything pending or

9    stuff like that.  Just I know of them.

10           THE COURT:  Okay.

11           And can you tell us --

12           PROSPECTIVE JUROR:  I might have understood that

13   question earlier.

14           THE COURT:  Can you tell us what you know about

15   them or what you've heard about them in passing?

16           PROSPECTIVE JUROR:  That they often are present

17   at protests.

18           THE COURT:  Okay.

19           PROSPECTIVE JUROR:  They are organized as

20   one group.

21           I don't really know much else about them.  I don't

22   know anything like who runs them or if they have a leader or

23   anything like that.

24           THE COURT:  Okay.

25           When you say they "participate in protests," do

1    you have a sense of what their mission is, what their

2    purpose is?

3           PROSPECTIVE JUROR:  I assume that they are "right

4    leaning," as I would -- as I've heard.  But other than that,

5    I really don't know much about what their, like, mission

6    might be --

7           THE COURT:  Okay.

8           PROSPECTIVE JUROR:  -- other than being present

9    at protests.

10          THE COURT:  When you say "right leaning," can you

11   tell us what you mean by that?

12          PROSPECTIVE JUROR:  Often when I hear about them,

13   it's often associated with protests that have right-wing

14   associations, whether it be in favor of right-wing policies,

15   politicians, against, I guess, what people would perceive as

16   left-leaning policies.  Usually it's -- I might perceive it

17   as maybe -- the first thing that comes to mind is abortion

18   rights.  Like, that's what I most probably directly

19   associate -- like, when I think of Oath Keepers, it's

20   usually in protesting abortion rights.

21          THE COURT:  Okay.

22          So would it be accurate to say that in your

23   conception when you think of the organization as right

24   leaning, it is with respect to policy?

25          PROSPECTIVE JUROR:  Uh-huh.

1          THE COURT:  Anything more than policy?

2          PROSPECTIVE JUROR:  I mean, I'm not super familiar

3    with them to be able to --

4          THE COURT:  Okay.  Fair enough.  Just trying to

5    get a sense of what you understand.

6          So the organization is not on trial.  Some people

7    who are members of the organization or affiliated with it

8    are on trial.  Whatever thing you think you may know about

9    the organization, could you set that aside and only focus on

10   the evidence that's presented in the case and be fair and

11   impartial to these defendants?

12         PROSPECTIVE JUROR:  I believe I can.  I think that

13   one individual person isn't necessarily the actions of all

14   of their, like, organization, that they may or may not be

15   associated with, either directly or just acquaintance with.

16         THE COURT:  Okay.

17         So you could separate the individual from what

18   your beliefs are about the organization?

19         PROSPECTIVE JUROR:  Yeah, I believe I could.

20         THE COURT:  Okay.

21         All right.  Can you please turn to page 7.  I'll

22   ask you to focus on Question 22.  We asked you whether you'd

23   been on the Capitol Grounds or inside the Capitol Building

24   before.

25         PROSPECTIVE JUROR:  Yes.  I have been to the

1    Capitol Grounds, just having lived around here.  Most

2    recently I can think of is my sister ran in the Marine Corps

3    marathon, so we stood right there to wave.

4              Other than that, eighth-grade field trip back in,

5    like, 2000-and-something, 2002, '3, so whenever that might

6    have been.

7              THE COURT:  Okay.

8              I'll ask you, please, to next turn to page 11.

9              Questions 45, 46, and 47, those concerned news

10   exposure to events of January 6th.  Can you give us a

11   general sense of how much news you've consumed about the

12   events of that day?

13             PROSPECTIVE JUROR:  Just what really comes up in

14   most television and podcasts and that kind of things.  But I

15   really don't go out and search for any news on the event.

16             THE COURT:  Okay.

17             PROSPECTIVE JUROR:  So it's really just what comes

18   up and gets lifted up to, I guess, mainstream perception --

19             THE COURT:  Got you.

20             PROSPECTIVE JUROR:  -- as I'm watching.

21             THE COURT:  It's okay.

22             So it's fair to characterize it as news you would

23   follow if it was incorporated or brought up within something

24   that you ordinarily watch or listen to?

25             PROSPECTIVE JUROR:  Yeah.  I don't normally watch

```
 1   like 24/7 cable news.  Usually it's like a variety, like,
 2   online media.
 3              THE COURT:  Okay.
 4              PROSPECTIVE JUROR:  So it might come up in that
 5   algorithm, I guess, but I don't go out and seek it.
 6              THE COURT:  Okay.
 7              We would ask you, if you were seated as a juror,
 8   to put aside anything that you have seen or read or learned.
 9   Do you think you would have any difficulty doing that?
10              PROSPECTIVE JUROR:  I don't believe I would.
11   I think it's important, especially for something like this
12   to try to consider just what's being presented and
13   considered in a case like this, because, especially kind of
14   what we were talking about previously or to kind of assign
15   biases that may or may not be coming from organizations or
16   from unrelated parties that aren't really anything to do
17   with the trial or the event.  I could focus on just what's
18   presented on what's important.
19              THE COURT:  Okay.  Thank you.
20              All right.  Any follow-up from the government?
21              MS. RAKOCZY:  No, Your Honor.  Thank you.
22              THE COURT:  Any additional questions from the
23   defense?
24              MS. HALLER:  No, Your Honor.  Thank you.
25              MR. ROSSI:  No, Your Honor.
```

1           MR. MACHADO:  Sir, with regard to an answer on 36,

2  you mentioned that some of the sources of news was podcasts.

3  And I'm just wondering, you listed that you don't listen to

4  any podcasts so I'm just curious the reason.

5           PROSPECTIVE JUROR:  What question was that again?

6           MR. MACHADO:  36.

7           PROSPECTIVE JUROR:  36.  Thank you.  Sorry about

8  that.

9           So primarily -- oh, yeah.  I mean, I use Google

10  Podcast, if you're familiar with that app.  When I'm driving

11  my car, I press play and it plays stories.  Usually it's

12  NPR.  So I don't usually often associate those with

13  podcasts, but I guess technically they are a podcast and

14  they go into podcast for it.  I guess in the moment I didn't

15  think about them as podcasts, I thought of them as news

16  because normally they're radio news, and I just re-host them

17  out of podcasts.

18           MR. MACHADO:  I use it too.  Thank you.

19           THE COURT:  Thank you, sir, for your time.  You'll

20  get some additional instructions as you leave the courtroom.

21           PROSPECTIVE JUROR:  Thank you.

22           COURTROOM DEPUTY:  Juror No. 1423, line 74.

23           THE COURT:  Hi, ma'am.  How are you?

24           PROSPECTIVE JUROR:  Fine.

25           THE COURT:  Thank you for being with us this

1    morning.

2                    You are Juror 1423?

3                    PROSPECTIVE JUROR:  Yes.

4                    THE COURT:  All right.  Feel free to remove your

5    mask if you would like to do so.

6                    Your juror questionnaire is in front of you and

7    I'm going to first ask you, please, to turn to page 13.

8                    And in Question 68, we said that there has been an

9    indictment in this case, there's -- an indictment is not

10   evidence of a crime, it merely initiates a case, it's a way

11   of formally presenting charges.  And we asked you, can you

12   think of any reason that would interfere with your ability

13   to follow and apply those principles of law?  You answered

14   "yes."

15                   In 69 we asked you would the fact of an indictment

16   lead you to believe that there are -- that the defendants

17   are, in fact, guilty, and make it difficult for you to apply

18   the presumption of innocence, and you answered that "yes."

19                   Can you tell us why you answered those questions

20   "yes"?

21                   PROSPECTIVE JUROR:  I watched the proceedings and

22   I just thought they were all guilty.

23                   THE COURT:  Okay.

24                   When you say you watched the proceedings, what do

25   you mean?

1          PROSPECTIVE JUROR:  On television.

2          THE COURT:  Okay.

3          You mean the events themselves?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  And you have developed a firm view of

6    the guilt of anybody that participated.

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  And even if you were instructed that

9    you couldn't have that presumption coming in, you would have

10   to view the evidence fairly and impartially, do you think

11   you could do that?

12         PROSPECTIVE JUROR:  No.

13         THE COURT:  You could not do that?

14         PROSPECTIVE JUROR:  No.

15         THE COURT:  Okay.  All right.  We thank you for

16   your time and your being here this morning.  Thank you.

17         PROSPECTIVE JUROR:  Thank you.

18         COURTROOM DEPUTY:  Next juror is 1811.

19         THE COURT:  Hello, sir.  How are you?

20         Hi, sir.  How are you?

21         PROSPECTIVE JUROR:  Good.  How are you today?

22         THE COURT:  Good.  Thank you for being with us

23   this morning.  You are Juror 1811?

24         PROSPECTIVE JUROR:  Yes.

25         THE COURT:  Your juror questionnaire is there in

886

1    front of you.  I'll ask you, please, to pick it up and turn

2    first to page 5.

3            In Question 1, we asked you what hardship would be

4    presented if you were to serve as a juror in this case, and

5    you told us about a recent reorganization, you are now

6    Deputy Chief, and it would be an undue burden on your

7    supervisors.  Can you tell us about that.

8            PROSPECTIVE JUROR:  Yes.  So I work for the U.S.

9    Office of Special Counsel, which is a federal agency.  And

10   my unit, we sort of -- another unit sort of has been

11   subsumed into ours so we're working through the process of

12   incorporating those people and figuring out the chains of

13   command and things like that.  And so it would be kind of a

14   lot to have my boss do the work of the unit we were already

15   part of, plus taking on the new responsibilities of the

16   additional staff as well.

17           THE COURT:  Okay.

18           So you'll understand that there are a lot of

19   people that come through with professional obligations and

20   that obviously would create demands and challenges.  But

21   absent extreme circumstances, I do not consider those

22   professional obligations to be a basis for excusing --

23   excuse from jury service.  But thank you for letting us know

24   that.

25           If you would please turn to page 8, Question 27

```
 1   there, we asked you whether you had a concern for the safety
 2   of yourself or your close friend or family member on
 3   January 6th.  You answered "yes."  Can you tell us about why
 4   you answered that "yes"?
 5             PROSPECTIVE JUROR:  One of my good friends works
 6   for the House Ways -- or he was the chief tax counsel for
 7   the House Ways and Means Committee at that time period, and
 8   I wasn't sure if he was at the Capitol that day or not
 9   working.  So that's why.
10             THE COURT:  Okay.
11             And did you -- did you learn whether he was
12   working and present that day?
13             PROSPECTIVE JUROR:  Probably, but I can't recall
14   what he said.
15             THE COURT:  Okay.
16             So that concern that you had was only for him; is
17   that right?
18             PROSPECTIVE JUROR:  Yeah.  I mean, for -- I was
19   working -- I was at home that day, so it wasn't for me, no
20   family member I know.  He was a close friend, someone I
21   would consider a close friend that I know potentially was
22   there that day.
23             THE COURT:  All right.
24             So if you were to serve as a juror, would you be
25   able to set aside the concern that you felt that day and
```

1    evaluate the evidence fairly and impartially as it relates

2    to these defendants?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  I'll ask you, please, to turn to page

5    13.  I'm sorry, page 12.

6              Questions 53, 55, and 56.

7              Question 53 asked you whether you had read, seen,

8    or heard anything about the Oath Keepers organization or any

9    judicial proceedings involving the organization or its

10   members.

11             In 55, we gave you a list of names.  You said

12   "yes."

13             In 56, we gave you the names of these defendants

14   and you also answered "yes."

15             Can you tell us about your understanding and

16   knowledge about the organization and those individuals?

17             PROSPECTIVE JUROR:  Just through the news media,

18   you know, the *New York Times* or *The Washington Post* or CNN,

19   things like that.  So nothing specific necessarily about the

20   people, just sort of what the news has reported about it.

21             THE COURT:  Okay.

22             So let's start with the organization.  What is

23   your understanding based upon what you've seen on the news

24   about what role the organization or its members may have

25   played on January 6th?

1          PROSPECTIVE JUROR:  Based on what I've seen in the

2    news and read, it's sort of an organized group of people

3    potentially to assist others at the Capitol that day.

4          THE COURT:  Okay.

5          When you say "assist others," what do you mean by

6    that?

7          PROSPECTIVE JUROR:  Sort of like a -- at least the

8    way that it's been described to me, sort of like a

9    paramilitary force to assist potentially those who may have

10   reached the Capitol.

11         MS. HALLER:  I'm sorry, can you just speak more

12   into the microphone?

13         PROSPECTIVE JUROR:  Yes, yes, ma'am.

14         MS. HALLER:  Thank you.

15         THE COURT:  What his answer was paramilitary

16   organization to assist those that breached the Capitol,

17   correct?

18         PROSPECTIVE JUROR:  Yeah, that would be my

19   understanding from what I've seen in the news.

20         THE COURT:  Okay.  Do you have any, have you

21   formed any opinions based upon what you've seen on the news

22   about the intent of somebody who entered the

23   Capitol Building that day, in particular, who might be a

24   member of that organization?

25         PROSPECTIVE JUROR:  Sorry, could you repeat that?

1          THE COURT:  Sorry.

2          One of the questions you'll be asked as a juror --

3    let me back up.

4          There will be evidence in this case that one or

5    more of these defendants did enter the Capitol building.

6    Your job as a juror would be to determine the question of

7    why that occurred.  Do you have any presumptions or

8    preformed opinions about why somebody who is a member of

9    that organization would have entered the Capitol Building?

10          PROSPECTIVE JUROR:  In general or like a specific

11   person?

12          THE COURT:  In general.

13          PROSPECTIVE JUROR:  Essentially because they were

14   upset about the results of the 2020 election.

15          THE COURT:  Okay.

16          And is that a presumption that you would carry

17   with you if you were selected as a juror?

18          PROSPECTIVE JUROR:  No.  I mean, I'm a lawyer, so

19   I understand my role.

20          THE COURT:  Okay.

21          And when you say you understand your role, can you

22   tell us what you mean by that?

23          PROSPECTIVE JUROR:  To be impartial and, you know,

24   rely on the testimony and evidence as presented in court and

25   the jury instructions as given by the judge.

1          THE COURT:  Okay.

2          And so is it -- would you agree with me then that

3    you could set aside whatever you've learned or seen in the

4    news and evaluate the evidence and apply the law and

5    evaluate that evidence as to these defendants?

6          PROSPECTIVE JUROR:  Yes.  I mean, I feel that's an

7    obligation for me as an attorney as well.

8          THE COURT:  And would you have any trouble doing

9    that?

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  You have said that -- you recognize

12    some of these names.  Can you just tell us which of the

13    names in line 55 you recognize?

14          PROSPECTIVE JUROR:  Stewart Rhodes, Kelly Meggs,

15    and Jessica Watkins.

16          THE COURT:  And can you tell us in what context

17    you have heard those names come up?

18          PROSPECTIVE JUROR:  Just in the news about their

19    arrests and their purported roles on January 6th.

20          THE COURT:  And do you have any specific

21    understanding of their purported roles?

22          PROSPECTIVE JUROR:  Sort of, I think for

23    Stewart Rhodes, some more of like an organizational

24    leadership type of position.  And I think Jessica Watkins,

25    something about possession of a gun, or something like that,

1   if I recall correctly.  But that's kind of all I can

2   remember right now.

3           THE COURT:  Okay.

4           And what about Mr. Meggs?

5           PROSPECTIVE JUROR:  He was just part of that

6   group.

7           THE COURT:  Okay.

8           Have you heard anything about any judicial

9   proceedings involving the Oath Keepers organization or any

10  of its members?

11          PROSPECTIVE JUROR:  Nothing specific.  I think

12  just general information that reporters --

13          THE COURT:  Okay.

14          And what general information do you mean?

15          PROSPECTIVE JUROR:  I think there may be like

16  another trial going on.  Or maybe it's the Proud Boys I'm

17  thinking of, but there might be other judicial proceedings

18  going on.

19          THE COURT:  Okay.

20          So when I use the word "judicial proceedings" and

21  that word is referenced in here, what's your level of

22  certainty or understanding as to who is subject to those

23  judicial proceedings?

24          PROSPECTIVE JUROR:  I know there's lots of ongoing

25  criminal prosecutions, but I don't know of any one

1    specifically.

2              THE COURT:  Okay.  All right.  Understood.

3              Line 56, you've also answered "yes."  Can you tell

4    us which of those individuals' names you recognize?

5              PROSPECTIVE JUROR:  Just Connie Meggs.

6              THE COURT:  Just Connie Meggs?

7              PROSPECTIVE JUROR:  Yeah.

8              THE COURT:  And can you tell us in what context

9    you recognize her name?

10             PROSPECTIVE JUROR:  Again, just from the news

11   coverage, that was a name that was either written or

12   mentioned somewhere.

13             THE COURT:  Okay.

14             And do you have any understanding, based upon what

15   you've read or seen, as to what role, if any -- or what role

16   she may have played on January 6th?

17             PROSPECTIVE JUROR:  Not that I recall.

18             THE COURT:  Okay.

19             You've identified both Mr. Meggs and Ms. Meggs as

20   names that you've recognized and seen.  Do you think you

21   would have any -- and Ms. Meggs is on trial in this case.

22   Mr. Meggs is not.  Would you have any difficulty setting

23   aside what you think you may have learned or understand

24   about Mr. Meggs and only evaluate the evidence as it relates

25   to Ms. Meggs?

1          PROSPECTIVE JUROR:  Yeah, I can do that.

2          THE COURT:  Okay.

3          While we're on page 12, I'll ask you to look at

4    50 and 51.  We tried to get a sense of how closely you

5    followed the January 6th Committee hearings.  And can you

6    tell us how closely you installed those hearings?

7          PROSPECTIVE JUROR:  I watched some of the

8    hearings.  I haven't read the report.  But sometimes I had

9    it on in the background while working from home.

10          THE COURT:  And to the extent that you watched

11    those hearings, do you recall any discussions about

12    Oath Keepers?

13          PROSPECTIVE JUROR:  Probably.

14          THE COURT:  Okay.

15          And can you tell us what you remember?

16          PROSPECTIVE JUROR:  Again, I think that's sort of

17    another where -- a place where my understanding of the

18    Oath Keepers came from.  Maybe some kind of organized group

19    that was available to assist.

20          THE COURT:  But you don't have any specific

21    independent recollection of what was said --

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  -- from that hearing?

24          PROSPECTIVE JUROR:  No.

25          THE COURT:  Okay.

1          Okay.  If I could please ask you to turn to

2    page 7.

3          PROSPECTIVE JUROR:  Page 7?

4          THE COURT:  Yes.

5          Question 15, we asked about you or a close friend

6    or family member who's ever been employed at the

7    U.S. Capitol.

8          You mentioned your friend earlier.  Anybody else?

9          PROSPECTIVE JUROR:  I mean, I know some people who

10   are staffers for, one for Senator Hassan, somebody who's a

11   committee staffer in the House.

12         I wouldn't necessarily say they're close friends

13   in the way that this other person was.

14         THE COURT:  So have you discussed with your

15   friends who are employed on the Hill, have you talked to

16   them about the events of January 6th?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Do you think you would have -- it

19   would -- say you were to be a juror here and you were to be

20   convinced that one or mere defendants the government has not

21   met its burden and you voted to acquit.  Do you think it

22   would create any difficulties for your friendships or

23   relationships with people who work on the Hill?

24         PROSPECTIVE JUROR:  No, because, again, I think

25   most of them are pretty sophisticated people, and some of

1   them are attorneys as well.  And they understand that, you

2   know, jury verdicts are based on the evidence, not based on

3   the news media coverage.

4           THE COURT:  Okay.

5           And so to put the question slightly differently,

6   do you have any concerns that if you sat as a juror, that

7   your relationships could be affected, depending upon your

8   verdict?

9           PROSPECTIVE JUROR:  I mean, I can't control how

10  other people react to a verdict, so I imagine that some

11  might.  But, you know, this is a responsibility of being a

12  citizen, so --

13          THE COURT:  Okay.  All right.

14          Question 16, we asked you about close friends or

15  family members employed by the Federal Government or you.

16  You've already told us you are.

17          Anyone else?

18          PROSPECTIVE JUROR:  I mean, I would say I have a

19  lot of close friends who work for the government.

20          THE COURT:  Well, let me ask this question, given

21  the number of friends --

22          PROSPECTIVE JUROR:  I'm a government employee.

23  It's just sort of natural.

24          THE COURT:  Sure.  Understood.  So any of them

25  work in a law enforcement capacity, either as a prosecutor

1    or in some other law enforcement capacity?

2              PROSPECTIVE JUROR:  In terms of close friends.

3              Not that I could think of in terms of, like,

4    criminal law enforcement.  I mean, my job technically is law

5    enforcement.

6              THE COURT:  Right.

7              PROSPECTIVE JUROR:  But not criminal or anything

8    like that.

9              THE COURT:  Okay.

10             In Question 18, you've indicated that you have

11   friends or family members who are in the military.

12             And can you just share who that is and what

13   branch?

14             PROSPECTIVE JUROR:  Oh.

15             I mean, like, my grandfather served in the

16   military type of thing.

17             And I have a friend who doesn't live in D.C.

18   anymore, but he was a major in the Army.  He's now retired.

19             THE COURT:  Okay.

20             Question 20, we asked you about rallies or

21   protests that you have -- protests, excuse me, participated.

22   And you've said, "Immigration rally after President Trump's

23   actions at airports in early 2017."

24             So let me ask you this:  If you -- you know, you

25   may have intuited that the defendants in this case supported

1    the former President.  Do you think it would effect your

2    thinking of them or the case or the outcome if you were --

3    if you had a different view of the former President?

4              PROSPECTIVE JUROR:  No.

5              THE COURT:  And will you be able to set aside any

6    political differences that you think you may have with these

7    defendants and evaluate the evidence fairly and impartially

8    as to them?

9              PROSPECTIVE JUROR:  Yeah, I think I can do that.

10             THE COURT:  Okay.  Question 22 asked about having

11   been on the Capitol Grounds or inside the Capitol Building.

12             Can you tell us about that?

13             PROSPECTIVE JUROR:  I used to work at the

14   Supreme Court, so sometimes it would require me to go to the

15   Capitol for things.

16             THE COURT:  Okay.

17             Any other business reasons that you have gone to

18   the Capitol Building?

19             PROSPECTIVE JUROR:  No.

20             THE COURT:  Question 24 asked, "Did you or a close

21   friend or family member visit the Capitol or the

22   Capitol Grounds in the days prior to January 6th?"

23             PROSPECTIVE JUROR:  Yeah.  Those would be my

24   friend who works on the House Ways and Means Committee,

25   I presume.

1          THE COURT:  I'm sorry.  Can you say that again?

2          PROSPECTIVE JUROR:  My friend who works on the

3     House Ways and Means Committee.

4          THE COURT:  I see.  So you're just assuming that

5     your friend went to work?

6          PROSPECTIVE JUROR:  Yes.

7          THE COURT:  Got you.  Fair enough.

8          All right.  Question 29, you had indicated to us

9     that you've done prior jury service on a criminal trial.  I

10    would just ask whether you will have any difficulty setting

11    aside whatever you remember or whatever you experienced from

12    that trial service, that jury service, and following the

13    instructions as I gave them to you in this case.

14         PROSPECTIVE JUROR:  Yeah.

15         THE COURT:  You'll forgive me if I went over this

16    already.  On page 11, I think we've talked about this, at

17    least relatedly, which is the extent to which you have had

18    news exposure about the events of January 6th.

19         And can you just generally describe for us how

20    much news you've consumed about the events of that day?

21         PROSPECTIVE JUROR:  Well, I mean, I watched it

22    live on TV.  And, generally, the news coverage over the past

23    couple years has been pretty heavy on it.

24         So as someone who, I'd say, tries to be a pretty

25    good news consumer, current-affairs person -- you know, it's

1    in the *New York Times*.  It's on CNN.  It's in *The Washington*
2    *Post*.  It's --
3               THE COURT:  Okay.
4               So if you were to come across a story about
5    January 6th, is that something you'll sometimes read,
6    regularly read?
7               PROSPECTIVE JUROR:  Sometimes, just depending
8    on -- sometimes if a headline is sort of attention-grabbing.
9               THE COURT:  Okay.
10              PROSPECTIVE JUROR:  But it's not something I
11   regularly look to read about.
12              THE COURT:  Okay.
13              So we would ask you, as you understand now, if you
14   didn't before -- as a juror, we would ask you to set all of
15   that aside; and whatever you think you've learned about the
16   events of that day from news sources, news coverage, and,
17   again, focus only on the evidence as it relates to these
18   defendants as it's presented in this courtroom, could you
19   do that?
20              PROSPECTIVE JUROR:  Yes.
21              THE COURT:  Question 48 asked whether you followed
22   anyone on social media who regularly reports or comments on
23   the events of January 6th.
24              PROSPECTIVE JUROR:  Yeah.
25              News reporters, you know, CNN's Twitter feed or

1  *New York Times*' Twitter feed, things like that.

2          THE COURT:  In terms of specific reporters, can

3  you identify for us who those are?

4          PROSPECTIVE JUROR:  Like, Manu Raju,

5  Seung Min Kim.

6          THE COURT:  Sorry.  Who's the other name?

7          PROSPECTIVE JUROR:  Seung Min Kim.  I think she's

8  a *Washington Post* reporter.

9          THE COURT:  Okay.

10          PROSPECTIVE JUROR:  No other names are coming to

11  me right now.

12          THE COURT:  Okay.

13          Question 59 on page 12, again, we were -- well, we

14  were trying to get a sense of your ties to the legal

15  profession.  You've told us you're a lawyer.

16          I think I asked this question earlier.  But just

17  to ensure the record reflects it, among your friends and

18  family members who may be lawyers, do any of them practice

19  criminal law either as prosecutors or as criminal defense

20  lawyers?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  Question 60 asked about friends,

23  family members who are law enforcement.  You've told us

24  about your position.  Is there anyone else that you are

25  talking about?

1          PROSPECTIVE JUROR:  Not that I can recall right

2   now based on when I answered the question.

3          THE COURT:  Okay.

4          Can I ask you this -- I should know the answer to

5   this.  But in your current position, do you work with agents

6   of the FBI?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  All right.  So your investigation is

9   done independently by your office --

10          PROSPECTIVE JUROR:  Correct.

11          THE COURT:  -- okay, and lawyers in it?

12          And do you have investigators in your office?

13          PROSPECTIVE JUROR:  It's mostly lawyers, but there

14   are some people who are investigators.

15          THE COURT:  All right.

16          So there are likely to be -- there will be; there

17   will be law enforcement officers who come in and testify in

18   this case who've investigated this matter.  Do you think you

19   could judge their testimony fairly and impartially?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Would you give them any presumption of

22   truth just because they are in law enforcement?

23          PROSPECTIVE JUROR:  No.

24          THE COURT:  Question 63 asked about whether you or

25   a close friend or family member has ever been the victim of

```
 1   a crime.  Can you tell us about that, sir?
 2                PROSPECTIVE JUROR:  Yeah.  In, I think it was
 3   either 2006 or 2007, I was mugged in Crystal City, Virginia.
 4                THE COURT:  In Crystal City, Virginia?
 5                PROSPECTIVE JUROR:  Yeah.
 6                THE COURT:  Anything about that experience that
 7   would cause you to think you would have difficulty serving
 8   as a fair and impartial juror?
 9                PROSPECTIVE JUROR:  No.
10                THE COURT:  Okay.  Ms. Rakoczy.
11                MS. RAKOCZY:  No further questions.  Thank you,
12   Your Honor.
13                THE COURT:  Anything from the defense?
14                MS. HALLER:  Yes.  Thank you, Your Honor.
15                In your current position with Office of Special
16   Counsel, and you do case review and you're Deputy Chief,
17   correct?
18                PROSPECTIVE JUROR:  That's correct.
19                MS. HALLER:  In that role, have you had to deal
20   with any whistleblowers or anybody in that -- that would
21   come under your review related to January 6th?
22                PROSPECTIVE JUROR:  Well, we only take complaints
23   from government employees or applicants for federal
24   employment.  So to the extent that somebody is blowing the
25   whistle about January 6th, it would have to be a federal
```

1   employee.

2          So I'm not aware -- I don't really handle the

3   disclosures side.  So to the extent that we've received any,

4   I'm not aware.

5          But, potentially, a government employee or Federal

6   Executive Branch employee may have raised that as a

7   whistleblower disclosure to us.

8          MS. HALLER:  Potentially they could have; you're

9   just not aware personally?

10         PROSPECTIVE JUROR:  That's correct.

11         MS. HALLER:  To the extent that -- I understand

12   you're an independent agency, but do you work with DOJ?

13         PROSPECTIVE JUROR:  We're independent from DOJ,

14   and so we receive complaints from employees of DOJ.  And

15   we'll investigate and take corrective action as appropriate.

16         MS. HALLER:  Sorry.  I can't hear you.

17         PROSPECTIVE JUROR:  I mean, we'll get complaints

18   from employees of DOJ, so sometimes we're adversarial

19   to DOJ.

20         MS. HALLER:  Do you refer cases to DOJ?

21         PROSPECTIVE JUROR:  No -- well, disclosures of

22   wrongdoing that come to us under one of our statutes that if

23   we determine there's a substantial likelihood of wrongdoing,

24   we'll refer it to the head of the agency for an

25   investigation and report.

1        So, potentially, if a DOJ employee discloses

2   waste, fraud, and abuse to us we may send that to the

3   Attorney General to do an investigation and send a report

4   back.

5        MS. HALLER:  Okay.

6        So when you refer such cases in those situations

7   to the Attorney General, that means -- would you be involved

8   in that review, like, are you aware of the attorney -- like

9   do you work with the Attorney General's Office.

10       PROSPECTIVE JUROR:  No.  So in that statutory

11  scheme, once the case is referred to them for investigation,

12  the Attorney General or the delegate has to conduct the

13  investigation and issue a report back to us and we'll

14  determine if the report is reasonable and maybe request a

15  supplemental report, and ultimately the Special Counsel will

16  say this report is reasonable and publish it on our website

17  and that's -- and send it to the oversight committees in the

18  House and Senate.

19       MS. HALLER:  Thank you.  I appreciate the

20  explanation, because I know it's --

21       PROSPECTIVE JUROR:  Yeah, we don't take part in

22  that investigation and under that statutory scheme.

23       The different one dealing with prohibited

24  personnel practices in the Federal Executive Branch, we

25  conduct the investigations ourselves.  So if it's a DOJ

1   employee claiming retaliation or some other impropriety, we

2   would be the ones looking into it and determining if further

3   action is necessary.  But under the whistleblower scheme,

4   it's referred to the head of the agency for a report and

5   investigation.

6           MS. HALLER:  Have you dealt with any of the FBI

7   whistleblowers related to January 6th investigations?

8           PROSPECTIVE JUROR:  We don't have authority over

9   the FBI for prohibited personnel --

10          MS. HALLER:  As federal employees, they don't,

11  those cases don't come to you?

12          PROSPECTIVE JUROR:  For the personnel practice

13  side, no, because they're excluded by statute.

14          MS. HALLER:  When you identified in your answers

15  to No. 55 and 56, because I'm going to try to move this

16  along, and you said Mrs. Connie Meggs and Kelly Meggs, what

17  is your understanding of Connie Meggs on January 6th, or her

18  role or anything she did on January 6th?

19          PROSPECTIVE JUROR:  Just for right now, all

20  I recall is that she was there.

21          MS. HALLER:  Do you know what she looks like?

22          PROSPECTIVE JUROR:  No.

23          MS. HALLER:  And when you said in No. 45 and 47

24  that you watched lots of videos and lots of news, is that

25  where you saw Mrs. Meggs or heard of Mrs. Meggs?

1            PROSPECTIVE JUROR:  Yeah, read through the news

2    coverage that I've read and seen.

3            MS. HALLER:  And you would be able to be fair and

4    impartial as to her conduct in this trial?

5            PROSPECTIVE JUROR:  Yes, ma'am.

6            MS. HALLER:  Okay.  Well, thank you.

7            PROSPECTIVE JUROR:  Sure.

8            MR. MACHADO:  No questions, thank you, Your Honor.

9            MR. ROSSI:  Your Honor.

10           I'm going to follow up on Ms. Haller's excellent

11   questions.  Thank you for coming first of all.

12           You work in the Office of Special Counsel,

13   correct?

14           PROSPECTIVE JUROR:  That's correct.

15           MR. ROSSI:  And you get a lot of FOIA requests,

16   you said?

17           PROSPECTIVE JUROR:  Hopefully not.

18           But we get complaints from federal employees and

19   applicants for federal employment, either Hatch Act

20   complaints, prohibited personnel practice complaints or

21   people who want to disclose waste, fraud, and abuse.

22           MR. ROSSI:  And have you personally responded to

23   those matters, if you will?

24           PROSPECTIVE JUROR:  Yes.

25           MR. ROSSI:  Okay.

1           And in those matters, did you have any FOIA

2    requests or documents or reports regarding the events of

3    January 6th?

4           PROSPECTIVE JUROR:  Not that I'm aware of.

5           MR. ROSSI:  Okay.

6           You mentioned that "you were a big consumer of

7    news"?

8           PROSPECTIVE JUROR:  Yes.

9           MR. ROSSI:  Would you call yourself a news junkie?

10          PROSPECTIVE JUROR:  Yeah.

11          MR. ROSSI:  All right.

12          And two of your favorite sources for your

13   addiction, if you will, is CNN and *The Washington Post*?

14          PROSPECTIVE JUROR:  Yeah.  I mean, I have a

15   variety, but those are probably two of the more common ones,

16   especially as a D.C. resident, *The Washington Post*.

17          MR. ROSSI:  I don't know why I kept my mask on.

18          And I want to go to your friend.  You said one of

19   your good friends or one of your close friends is the Chief

20   of Staff or works in the Ways and Means Committee?

21          PROSPECTIVE JUROR:  Yeah, he was the Chief Tax

22   Counsel for the House Ways and Means committee.  Now he's on

23   the minority staff.

24          MR. ROSSI:  And you know where the Ways and Means

25   Committee is, correct?

```
1              PROSPECTIVE JUROR:  I don't know the physical

2    location of it, in one of the House buildings.

3              MR. ROSSI:  Are you aware it's historically in the

4    hallway near the Speaker's office?

5              PROSPECTIVE JUROR:  No, I didn't know that.

6              MR. ROSSI:  Okay.

7              And your friend who worked at the Ways and Means

8    Committee, what conversations, if any, did you have with

9    that friend?

10             PROSPECTIVE JUROR:  About?

11             MR. ROSSI:  About January 6th.  That was unclear.

12             PROSPECTIVE JUROR:  I think just general

13   conversations.  I don't recall anything specifically right

14   now.

15             MR. ROSSI:  Last couple of questions.

16             Oh, you were on a jury case.  We don't want to

17   know the verdict.  Was that case prosecuted by the

18   U.S. Attorney's Office?

19             PROSPECTIVE JUROR:  It was in Superior Court, so,

20   yes.

21             MR. ROSSI:  Okay.

22             A criminal case?

23             PROSPECTIVE JUROR:  Yes.

24             MR. ROSSI:  Yeah.

25             All right.  Question 1 is your extreme hardship.
```

```
 1   Could you go -- echo.  Could you go through just a little
 2   bit, very briefly --
 3              THE COURT:  Mr. Rossi, he's gone through what he
 4   needs to do.  Let's ask the question so we can get him off
 5   the stand, please.
 6              MR. ROSSI:  I will stand down, Your Honor.
 7              THE COURT:  All right.  Thank you.
 8              Sir, thank you very much for your time.  We'll
 9   show you out of the courtroom, provide additional
10   instructions.
11              PROSPECTIVE JUROR:  Okay.  Should I take this with
12   me?
13              THE COURT:  All right.  So we will resume -- we'll
14   take 15 minutes, we'll resume at 11:45.  Thank you,
15   everyone.
16              Don't wait for me, please.  Thank you.
17              (Recess from 11:29 a.m. to 11:46 a.m.)
18              COURTROOM DEPUTY:  All rise.
19              THE COURT:  Please be seated, everyone.
20              0420.
21              MR. ROSSI:  May I make a record, Your Honor?
22              MR. MACHADO:  Mr. Brennwald --
23              MR. ROSSI:  Your Honor, I apologize.  I left my
24   jacket in the other room.
25              I'll go get it.
```

1          Your Honor, I move for cause on Mr. -- well,

2     J75, 1811.

3          I believe him when he said that he can be fair,

4     I believe him.  And he was very forthright and honest.

5     I just think that he's been inundated with news, admitted

6     he's a news junkie, big consumer of news, that's Point 1.

7          Number two, he has a very dear friend, close

8     friend, who works for the House Ways and Means Committee,

9     the Ways and Means Committee's in the Capitol down the hall

10    from the Speaker.  Ms. Haller brought up some excellent

11    points.  His office deals directly or indirectly with issues

12    relating to January 6th.  For those reasons, we move for

13    cause.

14          THE COURT:  Okay.

15          The objection is overruled.  He is a consumer of

16    news, but at each point said he would be able to put aside

17    what he's learned and understood from the news.  He's a

18    lawyer so he has a particular understanding of the ability

19    to do that.  I don't think his work in the Office of Special

20    Counsel really is an issue.  He's had no January 6th

21    Committee -- excuse me, January 6th-related work, and

22    I think he said to the extent that he had contacts with DOJ,

23    it was largely to refer cases to DOJ.

24          MR. ROSSI:  Your Honor, you can go ahead now.

25          THE COURT:  Okay.  Thanks, Mr. Rossi.

1           All right.  We have, so 0420 is our next one on

2     line 92.

3           Ma'am, how are you?

4           PROSPECTIVE JUROR:  Good.  Yourself?

5           THE COURT:  Good.  Thank you for being with us

6     this afternoon -- or this morning.  It's still morning.

7           Feel free to remove your mask if you're

8     comfortable doing so.

9           Your juror questionnaire is in front of you.  And

10    so I'm going to ask you, if you would, please, to turn,

11    first, to Question 10 on page 6.

12          Are you with me?

13          Are you with me?

14          PROSPECTIVE JUROR:  I think so.  I think...

15          THE COURT:  I'm sorry?

16          PROSPECTIVE JUROR:  I think so.  Page 10, right?

17          THE COURT:  Yes.

18          PROSPECTIVE JUROR:  Uh-huh.

19          THE COURT:  I'm sorry.  Page 6, Question 10.

20    I may have misspoken.  Sorry about that.

21          PROSPECTIVE JUROR:  Oh.  Uh-huh.

22          THE COURT:  So Question 10, we asked you about

23    issues concerning eyesight, and I wanted to just talk to you

24    about that.

25          If you were seated as a juror, you would be asked

1    to see a screen like that or look at a screen like that that

2    is in front of you -- that would be in front of you.

3              Would you have any difficulty seeing such

4    a screen?

5              PROSPECTIVE JUROR:  Yeah.  My eyes is blurry.

6              THE COURT:  Your eyes are blurry?

7              PROSPECTIVE JUROR:  Yeah, even with glasses.

8              THE COURT:  Even with glasses?

9              And let me ask you this:  Say you were even seated

10   in that first chair that's closest to you.  How clearly

11   could you see the person who's seated where you are in the

12   witness stand?

13             PROSPECTIVE JUROR:  A little blurry, but I can

14   see them.

15             THE COURT:  Blurry?

16             So it's harder to see closer up than it is

17   further away?

18             PROSPECTIVE JUROR:  Uh-huh, in a way.

19             THE COURT:  Okay.

20             And then in Question 11, we asked you about

21   your comfort level of being in court, given your concerns

22   about COVID.

23             Are you concerned such that being in close

24   proximity to other people for many weeks would make you

25   uncomfortable?

1          PROSPECTIVE JUROR:  In a way, yes, sir, because

2     being my age, I can't take any chances.

3          THE COURT:  Fair enough.  That completely makes

4     sense to me.

5          Thank you very much for being here today.

6     Ms. Franklin will show you out of the room and provide you

7     some additional instructions.

8          PROSPECTIVE JUROR:  That's it?

9          THE COURT:  That's it, ma'am.  Thank you.

10          Our next juror should be 1381 on Line 100.

11          COURTROOM DEPUTY:  1381.

12          THE COURT:  Hi, sir.  How are you?

13          PROSPECTIVE JUROR:  Good morning.

14          THE COURT:  Good morning.

15          Thank you for being with us here this morning.

16          You're Juror 1381?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Okay.

19          Your juror questionnaire, you've got it in your

20     hands.  I'm going to first ask you, please, to turn to

21     page 6.

22          And I'll direct you, please, to Question 11.

23          So in Question 11, we asked you about how

24     comfortable you would be sitting in a courtroom for multiple

25     weeks next to people and your comfort level and worries

1    about COVID, and you answered "yes."

2              Can you tell us what your concerns would be about

3    being here for multiple weeks and COVID?

4              PROSPECTIVE JUROR:  Catching it.

5              THE COURT:  Catching it.  Okay.  Fair enough.

6              So as you learned -- or if everybody were masked

7    and even the people you'd be with seated next to would be

8    masked, would you still have concerns?

9              PROSPECTIVE JUROR:  Yes, because the mask is not

10   100 percent.

11             THE COURT:  Okay.

12             And do you think you would be distracted if you

13   were seated next to people even if they were wearing masks?

14             PROSPECTIVE JUROR:  Yes, because I have people,

15   family members and close people, that passed away from it.

16             THE COURT:  Okay.  I'm sorry to hear that.

17             Okay, sir, thank you very much for being here

18   this morning.

19             PROSPECTIVE JUROR:  Okay.

20             THE COURT:  Ms. Franklin will show you out and

21   provide you with additional instructions.

22             COURTROOM DEPUTY:  Juror No. 2238.

23             THE COURT:  Hi, ma'am.  How are you?

24             PROSPECTIVE JUROR:  Good.  Thank you.

25             THE COURT:  Thank you for being with us here

1    this morning.

2            You are Juror 2238?

3            PROSPECTIVE JUROR:  Yes.

4            THE COURT:  Feel free to remove your mask if you

5    are comfortable doing so.

6            PROSPECTIVE JUROR:  Okay.

7            THE COURT:  Let me ask you, first -- your juror

8    questionnaire is right in front of you.  I'll ask you to

9    turn to page 5, please.

10           So page 5, Question 1, we tried to get a sense of

11   the hardship that would be posed by your serving as a juror.

12   You've told us that you are an elementary schoolteacher.

13           PROSPECTIVE JUROR:  Yes.

14           THE COURT:  And that would be detrimental to your

15   students' academic success.

16           So let me ask you this.  If you were to serve, if

17   you were serving, I take it there would be a substitute for

18   that period of time?

19           PROSPECTIVE JUROR:  If they can find one, yes.

20           THE COURT:  Okay.

21           I don't mean literally.  All I mean is that they

22   would have to sub, but they could clearly match the teacher.

23           PROSPECTIVE JUROR:  Yes.

24           THE COURT:  Let me ask you this:  If you were

25   serving, you would be here four-plus weeks potentially.

1          PROSPECTIVE JUROR:  Yeah.

2          THE COURT:  Do you think, given your job, that you

3    would be able to pay full and complete attention to the

4    case?  Or do you fear that you will be distracted?

5          PROSPECTIVE JUROR:  I can pay attention.

6          THE COURT:  Okay.

7          You don't have any concerns that even if you

8    weren't with your students, that you could pay attention to

9    the case?

10          PROSPECTIVE JUROR:  Yeah, I could pay attention.

11          THE COURT:  So page 6, Question 12, you have told

12    us there that you have followed the news closely about this

13    matter and that you're well informed and have kept updated

14    about the developments.

15          And later on in the questionnaire on page 12, you

16    have told us in Question 52 and 54 that you have strong

17    opinions about January 6th and that you have seen, read, or

18    heard things about the Oath Keepers that would make it

19    difficult for you to be fair and impartial as a juror.

20          So could you share with us why you answered those

21    questions yes and inform us about how closely you followed

22    the events of that day?

23          PROSPECTIVE JUROR:  Sure.

24          I remember January 6th very clearly because I

25    live -- I mean, anywhere in D.C., you live pretty close, but

1    I remember that day.

2            And, yeah, I just remember the strong emotions --

3    I mean, I still feel them today -- about what was happening,

4    and just -- yeah.

5            So I just feel like -- I just think about it, and

6    I can still see it in my head.  And I still see the news,

7    and I still see all the videos.  And it was just

8    unbelievable that that was actually happening.

9            And, yeah, I follow the news very closely.  I live

10   in D.C.  So, yes, I -- I, you know, watch CNN.  I hear the

11   news in the morning on my way to work.  So I feel like I

12   am -- I wanted to know more because it happened here.  I

13   remember it.

14           THE COURT:  Sure.

15           PROSPECTIVE JUROR:  Yeah.

16           And then about the Oath Keepers, you know,

17   obviously, hearing about them and their involvement and

18   everything in that, yeah.

19           THE COURT:  So let me just ask to sort of get to

20   the bottom-line question, which is, given your description

21   of how the day impacted you and how closely you have

22   followed the events of that day, do you think you could set

23   all of that aside and be a fair and impartial juror to

24   these defendants?

25           PROSPECTIVE JUROR:  I don't think so, because I --

```
 1   even now I feel the emotions bubbling up.  And I don't know

 2   if you can tell that, but -- yeah.

 3           THE COURT:  Okay.  That's fair.  All we ask from

 4   you is your honest answers and assessments.  And so thank

 5   you very much.  Ms. Franklin will show you out of the

 6   courtroom and provide you with additional instructions.

 7           COURTROOM DEPUTY:  Juror No. 2564.

 8           THE COURT:  Hi.  How are you?

 9           PROSPECTIVE JUROR:  I'm good.  How are you doing?

10           THE COURT:  Good.  You are Juror 2564?

11           PROSPECTIVE JUROR:  Yes, sir.

12           THE COURT:  All right.  So I'm going to ask you to

13   please keep your voice up so we can hear your answers and,

14   in particular, the lawyers in the back.  And you may want to

15   pull that microphone a little closer to you --

16           PROSPECTIVE JUROR:  Okay.

17           THE COURT:  -- if you'd like.

18           All right.  So you have your juror questionnaire

19   there in front of you.  Could I ask you, please, to first

20   turn to page 12.

21           PROSPECTIVE JUROR:  Okay.

22           THE COURT:  Question 53, we asked you in that

23   question whether you'd read, seen, or heard anything about

24   the Oath Keepers organization or any judicial proceedings

25   involving the organization or any of its members.
```

1          You answered "no."

2          Is the answer to your question today still "no"?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  So is it the case that the first time

5     you heard of that name Oath Keepers was when you received

6     this jury questionnaire.

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  And do you have any idea about what

9     the organization stands for, what its mission is, anything

10    like that?

11         PROSPECTIVE JUROR:  No, not at all.

12         THE COURT:  Okay.

13         If I could please ask you to turn to page 11.

14         And Questions 45, 46, and 47, we tried to get a

15    sense of how much news exposure you've had to the events of

16    January 6th.  And you've indicated you've seen no videos, no

17    live coverage, and you've watched no news at all about those

18    events; is that right?

19         PROSPECTIVE JUROR:  Yeah.  I don't.

20         THE COURT:  Okay.  That's fine.

21         Do you have any idea of what occurred on

22    January 6th?

23         PROSPECTIVE JUROR:  No.

24         THE COURT:  You have no sense one way or another?

25         PROSPECTIVE JUROR:  No, I don't.

1          THE COURT:  Okay.

2          And can I ask you, Question 14, we had asked you

3    to list your current job or occupation.

4          Can you tell us whether you're presently working?

5          PROSPECTIVE JUROR:  I'm a student.

6          THE COURT:  Okay.

7          And can you tell us what you're studying?

8          PROSPECTIVE JUROR:  Respiratory therapy.

9          THE COURT:  Respiratory therapy?

10         PROSPECTIVE JUROR:  Uh-huh.

11         THE COURT:  Well, let me ask you this, given

12   that's what you're studying --

13         PROSPECTIVE JUROR:  Right.

14         THE COURT:  -- you've heard what I've said about

15   COVID and how we will try to ensure people's safety --

16         PROSPECTIVE JUROR:  Right.

17         THE COURT:  -- would you feel comfortable being

18   here for multiple weeks among -- seated in that jury box

19   with regard to COVID?

20         PROSPECTIVE JUROR:  Yeah, that's fine.

21         THE COURT:  Wouldn't present a problem for you?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Okay.

24         Sorry, ma'am.  I'm just making sure I haven't

25   missed anything.

1          PROSPECTIVE JUROR:  You're fine.

2          THE COURT:  Okay.

3          Any follow-up from the government?

4          MS. RAKOCZY:  No, Your Honor.  Thank you.

5          MS. HALLER:  No, Your Honor.

6          MR. WOODWARD:  Excuse me.  The Court's indulgence.

7          MS. HALLER:  Just one brief follow-up.

8          If the Court is from 9:30 to 5:00, is that okay

9   for you with your student program?

10          PROSPECTIVE JUROR:  Yeah, that's fine, because my

11   classes don't start till the afternoon anyway.  Yeah, that's

12   fine.

13          MS. HALLER:  Thank you.

14          THE COURT:  So, I'm sorry, just to be clear, you

15   said your classes don't start until the afternoon?

16          PROSPECTIVE JUROR:  Yeah, it doesn't start until

17   6:00.

18          THE COURT:  Until 6:00.

19          PROSPECTIVE JUROR:  Uh-huh.

20          THE COURT:  And if we were to go till 5:00, would

21   that give you enough time to get to your class?

22          PROSPECTIVE JUROR:  Yeah, it's not far.

23          MS. HALLER:  Nothing further.  Thank you.

24          THE COURT:  All right.

25          MR. ROSSI:  Nothing, Your Honor.

1          THE COURT:  Thank you very much for your time and

2    testimony -- or your answers.  Ms. Franklin will show you

3    out of the courtroom.

4          PROSPECTIVE JUROR:  All right.  Thank you, guys.

5          THE COURT:  Oh, ma'am, sorry about that.

6    I didn't --

7          PROSPECTIVE JUROR:  No, you're fine.

8          THE COURT:  Just one additional couple of

9    questions.  You were scheduled to come in yesterday but did

10   not appear.  Was there any reason for not coming in

11   yesterday?

12         PROSPECTIVE JUROR:  I recently just got out of the

13   hospital.

14         THE COURT:  I'm sorry, say that again.

15         PROSPECTIVE JUROR:  I'd just been discharged from

16   the hospital.

17         THE COURT:  Yesterday you were discharged from the

18   hospital.

19         PROSPECTIVE JUROR:  Yes.

20         THE COURT:  Anything about whatever reason,

21   I'm not asking for an explanation, anything about the reason

22   you went into the hospital that would make it difficult for

23   you to serve as a juror?

24         PROSPECTIVE JUROR:  No.

25         THE COURT:  Okay.  So whatever you went in for --

 1              PROSPECTIVE JUROR:  It's good now.

 2              THE COURT:  It's what?

 3              PROSPECTIVE JUROR:  I'm good now.

 4              THE COURT:  You're good now.

 5              PROSPECTIVE JUROR:  Yeah.

 6              THE COURT:  Okay.  Terrific.  Thank you.

 7              PROSPECTIVE JUROR:  No problem.

 8              THE COURT:  Okay.  You're Juror 1298;

 9    is that correct?

10              PROSPECTIVE JUROR:  Correct.

11              THE COURT:  Hi, how are you?

12              Thank you for being with us.

13              So your juror questionnaire is in front of you and

14    I'll ask you, please, to turn first to page 5.

15              In Question 1, we asked, we're trying to get a

16    sense of how much of a hardship it would present for you to

17    be present here as a juror, and you've told us it's unclear

18    whether your office will compensate you for the time while

19    you're in trial, particularly if it lasts for some period of

20    time.

21              Do you have any better sense now of what the

22    situation would be with your work?

23              PROSPECTIVE JUROR:  I need to follow up with them

24    on that.

25              THE COURT:  Okay.

1          MR. MACHADO:  Your Honor, I'm having trouble

2    hearing.

3          PROSPECTIVE JUROR:  I'm sorry, I need to follow up

4    with my office on that.

5          COURTROOM DEPUTY:  Sir, can you speak into the

6    microphone, please.

7          PROSPECTIVE JUROR:  I need to follow up with my

8    office on that issue.

9          THE COURT:  Okay.

10         If you would turn to question -- page 13, Question

11   69.

12         In Question 69, we asked you, would the fact that

13   an indictment charges the defendants lead you to believe

14   that they are, in fact, guilty or make it difficult for you

15   to apply the presumption of innocence.  You answered that

16   question "yes."

17         PROSPECTIVE JUROR:  Correct.

18         THE COURT:  Okay.

19         Can you tell us why you answered that question

20   "yes"?

21         PROSPECTIVE JUROR:  I think with all the news

22   coverage that I've seen, it's kind of hard to make a fair

23   judgment.

24         THE COURT:  Okay.

25         So are you telling us that even if you are

1    instructed that these defendants should be or must be

2    presumed innocent, that you would not be able to follow that

3    instruction?

4              PROSPECTIVE JUROR:  Can you repeat that question,

5    sorry?

6              THE COURT:  So is what you are saying to us is

7    that even if you were instructed that these defendants must

8    be presumed innocent, you would not be able to follow that

9    instruction?

10             PROSPECTIVE JUROR:  Yeah, I would follow that

11   instruction to the best of my ability, but, you know, if

12   there could be some type of inherent bias based off my

13   knowledge of the case.

14             THE COURT:  Got you.  Okay.  Thank you for your

15   time, sir.  Ms. Franklin will show you out of the courtroom.

16             COURTROOM DEPUTY:  0439.

17             THE COURT:  Hi, sir.  How are you?

18             PROSPECTIVE JUROR:  Excuse me?

19             THE COURT:  I said, how are you?

20             PROSPECTIVE JUROR:  I'm good.

21             THE COURT:  You are Juror 0439; is that correct?

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  Okay.

24             Your juror questionnaire is in front of you there,

25   and I'll ask you to, please, open up that juror

```
 1   questionnaire, I'm going to first ask you -- well, let me
 2   first ask you to turn to page 6.
 3              In Question 9 and Question 12, you have sort of
 4   flagged for us, what you've said is that you don't have a
 5   full understanding of the English language, correct?
 6              PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  So English is your second language.
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  Are you concerned that -- well, let me
10   back up.
11              Were you able to read and understand all of the
12   questions in this questionnaire?
13              PROSPECTIVE JUROR:  Yes.  I mean, I do understand
14   some of the words, but some of the words I didn't understand
15   them.
16              THE COURT:  There were words in here you did not
17   understand?
18              PROSPECTIVE JUROR:  Yeah, uh-huh.
19              THE COURT:  Okay.
20              And so, for example, if I would ask you to,
21   please, turn to page 13 or 14, Question 72, 73, 74, you
22   answered "yes."  These were certain questions about legal
23   principles that would apply at the trial.  Did you have any
24   difficulty understanding the words that were used in those
25   sentences?
```

```
1              PROSPECTIVE JUROR:  Can you repeat the question?
2              THE COURT:  Sure.
3              Question 72, 73, and 74, those are some questions
4    about legal principles and the charges in this case.  Did
5    you have any difficulty understanding those questions or any
6    words in those questions?
7              (Pause)
8              THE COURT:  Sir, is it taking you some time to
9    read those questions?
10             PROSPECTIVE JUROR:  Yes.
11             THE COURT:  Okay.  All right.
12             Sir, thank you very much for coming in, we
13   appreciate your time, and Ms. Franklin will show you out of
14   the courtroom and provide you with some additional
15   instructions.
16             I think this is our last juror, everyone, for the
17   morning.
18             COURTROOM DEPUTY:  Juror No. 1550.
19             THE COURT:  Hi, ma'am.  How are you?
20             PROSPECTIVE JUROR:  Good.  I'm good.  Thanks.  How
21   are you doing?
22             THE COURT:  Good.  Thank you for being with us
23   here today.
24             You're Juror 1550?
25             PROSPECTIVE JUROR:  Correct.
```

1          THE COURT:  Feel free to remove your mask if you
2    would be comfortable doing so.
3          Your juror questionnaire is in front of you.
4          I'm going to ask you to pick it up and open it to
5    page 12 and Question 53.
6          PROSPECTIVE JUROR:  Got it.
7          THE COURT:  Okay.
8          So in Question 53, we asked you whether you had
9    read, seen, or heard anything about the Oath Keepers
10   organization or any judicial proceedings involving the
11   organization or its members, and you answered that question
12   "yes."  Can you tell us why, what you have read, seen, or
13   heard?
14         PROSPECTIVE JUROR:  I just read the news, like,
15   following social media, different people who post,
16   *Washington Post*, *New York Times*.
17         THE COURT:  Okay.
18         And based upon what you've been exposed to, what
19   understanding do you have of the organization?
20         PROSPECTIVE JUROR:  Not a deep understanding.
21         THE COURT:  Okay.  Just share with us whatever the
22   understanding may be even if it's shallow.
23         PROSPECTIVE JUROR:  The understanding is I have a
24   negative feeling towards them without being able to go into
25   great detail about why, but that's the impression I have

1    when I've read about the organization and what they're doing

2    and what they believe in.

3            THE COURT:  Okay.

4            And the negative feeling that you've just

5    described, can you articulate why it is you have that

6    negative feeling?

7            PROSPECTIVE JUROR:  Not really.

8            THE COURT:  Okay.

9            PROSPECTIVE JUROR:  Not really.

10           THE COURT:  It's just a general sense.

11           PROSPECTIVE JUROR:  It's a gut feeling, right?

12           THE COURT:  Okay.

13           PROSPECTIVE JUROR:  Looking -- you know, there's

14   some things that I can just have a gut feeling about and

15   then maybe go back and say, okay, do I want to read more to

16   understand why I feel that way or just go with my initial

17   reaction.

18           And I think without going, again, into the whys,

19   it's what I have read has led me to have that negative

20   impression or feeling about them.

21           THE COURT:  Okay.

22           Let me just, if I could just sort of press you on

23   this a little bit.

24           In terms of the organization, do you have any

25   understanding or sense of its mission, its purpose, its

1    ideology?

2             PROSPECTIVE JUROR:  Not that I could articulate

3    right now.

4             THE COURT:  Okay.

5             That gut feeling that you have described, would

6    you also say you would have such a gut feeling with respect

7    to someone who's a member of or affiliated or associated

8    with the organization?

9             PROSPECTIVE JUROR:  I would want to know more,

10   just founding member versus someone whose partner is a

11   member and they're there as support.  So to me it depends a

12   little bit on the degree of involvement.

13            THE COURT:  Okay.

14            So if I were to tell you that the defendants here

15   are either members of or in some way associated with,

16   there's no one here who would, for example, be considered a

17   founder, how do you think your gut would operate with

18   respect to those defendants?

19            PROSPECTIVE JUROR:  You're talking about looking

20   at people then as individuals, not as the organizations.

21            THE COURT:  Correct.

22            PROSPECTIVE JUROR:  I mean, members of the

23   organization.

24            I would be interested in hearing their stories.

25            Would I still have some bias?  I would be,

1    I think, more open, I think, to hearing what people --

2    people's individual stories, as opposed to saying, this

3    whole group, because that's really stereotyping when you say

4    everyone in this group is awful.  They aren't, I know that.

5              THE COURT:  And so do you have any concerns that

6    you would be unable to judge each of them individually?  Or

7    do you have concerns that your gut with respect to the

8    organization would impair your ability to view them as

9    individuals?

10             PROSPECTIVE JUROR:  I think when I'm looking at an

11   individual, I will take it they're individuals, not --

12   they're not Oath Keepers.  They're not this or that.

13   They're the individual who are -- you know, I'm a member of,

14   I don't know, a professional organization, but that's not

15   who I am.

16             THE COURT:  Okay.

17             Oh, I know what I was going to say.

18             You had said something about wanting to know

19   their stories.

20             Let me make sure you understand that in a criminal

21   trial, it is the government that bears the burden of proving

22   guilt beyond a reasonable doubt.  A defendant has no

23   obligation to come forward with any evidence, come forward,

24   and certainly no obligation to testify.

25             PROSPECTIVE JUROR:  Yes.

1          THE COURT:  So it may be that you don't hear "that

2    person's story."

3          Do you think you could still be fair and impartial

4    to that individual if they presented no defense at trial?

5          PROSPECTIVE JUROR:  I know that they're not

6    required to, and that is -- I mean, that's their choice, and

7    there's no -- just like anybody, if you don't have to do it

8    and you don't do it, no judgment.

9          THE COURT:  Okay.

10          So say a defendant neither presented evidence --

11    that is, any witnesses or any evidence -- and decided not to

12    testify.  Do you think you would be able to hold the

13    government to its burden of proof, beyond a reasonable

14    doubt, and vote to acquit if you think they fell short of

15    that burden?

16          PROSPECTIVE JUROR:  Can you say that again?

17          THE COURT:  Of course.

18          Say a defendant presented no evidence and did not

19    testify.

20          PROSPECTIVE JUROR:  Right.

21          THE COURT:  However, you felt that the government

22    had fallen short of its burden of proof.  Would you have any

23    difficulty voting to acquit, given that the defendant did

24    not present the evidence or testify?

25          PROSPECTIVE JUROR:  Right.

1                    Well, I mean, what you're saying, it sounds like

2       what the jurors do, is like, did they -- you used a term

3       that I didn't quite capture.

4                    But if they didn't make -- the term that you used.

5                    If they didn't have sufficient evidence or

6       whatever to say that they're guilty, then they would be

7       acquitted.

8                    THE COURT:  Okay.

9                    PROSPECTIVE JUROR:  It's the burden of evidence?

10                   THE COURT:  Burden of proof.

11                   PROSPECTIVE JUROR:  Burden of proof, yeah.

12                   THE COURT:  Burden of proof.

13                   Okay.  So -- okay.  I think I understand where

14      you're coming from.

15                   If I could ask you, please, to turn to page 7.

16                   In Question 16, we asked you about you or a close

17      friend or family member has ever been employed by the

18      Federal Government.

19                   You answered that question "yes."

20                   PROSPECTIVE JUROR:  Yes.

21                   THE COURT:  And can you tell us who within your

22      close friends or family members is employed by the

23      Federal Government?

24                   PROSPECTIVE JUROR:  Currently, no.  Has been.

25                   See, I'm thinking.

1        I was a member of the Federal Government for five

2   and a half years ten years ago.  I was working with the

3   Peace Corps.

4            THE COURT:  With the Peace Corps?

5            PROSPECTIVE JUROR:  (Nodding head.)

6            THE COURT:  Okay.

7            Did you in your capacity can have any reason to

8   work with the Legislative Branch and Members of Congress?

9            PROSPECTIVE JUROR:  No.

10            THE COURT:  Question 18, we asked you about close

11   friends or family members or yourself served in the

12   Armed Forces.

13            PROSPECTIVE JUROR:  My father, people that I know,

14   not currently part of my inner family, but friends and

15   acquaintances.

16            THE COURT:  Okay.

17            Question 22, we asked you about whether you'd ever

18   been on the Capitol Grounds or inside the Capitol Building

19   before.

20            PROSPECTIVE JUROR:  I used to live on

21   Capitol Hill.  I've been in D.C. 20 years, so, yes.

22            THE COURT:  Okay.

23            Did your work at any point in time sort of

24   regularly put you inside the Capitol Building or

25   Capitol Complex?

1          PROSPECTIVE JUROR:  No.  No.

2          THE COURT:  Okay.

3          And you said you lived on Capitol Hill at one

4   point in time.  Can you tell us when that was?

5          PROSPECTIVE JUROR:  It was when I was in graduate

6   school, so many years ago.

7          THE COURT:  Okay.  So not on January 6th?

8          PROSPECTIVE JUROR:  No.

9          I have friend who lived in the area that were

10  affected, but not myself personally.

11         THE COURT:  So the friends -- thank you for

12  mentioning that.  The friends that you have that live on

13  The Hill, on January 6th itself, did you have concerns for

14  their safety?

15         PROSPECTIVE JUROR:  Yes.

16         THE COURT:  And did you speak to them about what

17  they observed or saw or how they felt that day?

18         PROSPECTIVE JUROR:  We have sort of group chats.

19  Sometimes it's Facebook, but usually it's just connecting

20  with each other.  And so, you know, they weren't, like,

21  right there.

22         But part of my concern was, like, I didn't know.

23  Like, I could see and imagine what was happening in the

24  immediate area, but how far did that spread into beyond the

25  Capitol, into the residential neighborhood?

1          My gut said that they were safe and that they were

2     smart and that they would stay inside and they would, you

3     know, not go to sight-see what was happening.  I mean, I

4     trust their judgment to be smart and safe and stay inside.

5     But part of it is just like, I don't know.  Wrong place,

6     wrong time.  Someone was just walking and then got caught up

7     in it.  So there's that "I don't know."

8          THE COURT:  Understood.

9          Do you think that uncertainty that you've just

10    described, and maybe even concern for your friends, do you

11    think that is something that you would carry with you if you

12    were selected to serve as a juror in this case?

13         PROSPECTIVE JUROR:  Well, the concern -- what I

14    would carry with me is that the events were such that my

15    friends were potentially at risk.  They were fine.  It

16    didn't happen.  There is that feeling of what they did, the

17    people that were involved.

18         The harm that they caused, not just in that

19    immediate area, but the ripple effect.  Of course, the

20    ripple effect not just of people in the community, but

21    family members and others, I mean, that was huge.

22         THE COURT:  And given what you've just told us,

23    how do you think that would affect your ability to sit in

24    judgment as a juror with respect to people who would have

25    been in that crowd that day?

1          PROSPECTIVE JUROR:  That's a good question.

2          What I said earlier, hearing their stories, I

3   understand that they're not required to and they may choose

4   not to testify and share any of that.

5          When I think about what happened, there's levels

6   of culpability.  There's like -- you know, there's huge

7   levels of culpability and responsibility.  And I think, you

8   know, what were they -- I mean, I saw, I think, on this what

9   they were charged with.

10         Were they the leaders, that would be very

11  different than someone who participated but wasn't leading

12  the effort, wasn't out there front and center.

13         THE COURT:  Okay.

14         PROSPECTIVE JUROR:  Indirect answer to your

15  question.

16         THE COURT:  Yeah, it's a slightly indirect answer

17  to my question.

18         If I could just circle back to the question itself

19  again.

20         You know, we just want an honest answer, which is

21  that if you're seated as a juror, you're going to be asked

22  to judge the evidence, judge these individuals, go back and

23  judge them with your fellow jurors.

24         Do you think the feelings and concerns that you

25  described, that that would shape the way in which you view

1    the evidence and view these people?

2              PROSPECTIVE JUROR:  It's a hard question

3    because -- and I understand why you're doing this, but

4    asking me to predict my future behavior is hard.

5              I can say that I won't, but then I might, right?

6              THE COURT:  Okay.

7              PROSPECTIVE JUROR:  I would try not to, but I'm

8    human.  And this is my city and -- like everyone else's.

9    I care really deeply about the people and the institutions,

10   Capitol Hill, elsewhere in the city.

11             So, you know, would I -- would I want to be

12   unbiased?  I think most of us would say we'd like to live

13   our lives without biases.

14             Is that always the case?  For me, I cannot say,

15   unequivocally, that I would not hold that bias.

16             THE COURT:  Okay.  All right.  We appreciate

17   the answer.

18             Can I ask you to please turn to page 11.

19             Page 11, we asked you questions in 45, 46, 47

20   about your news exposure, your exposure to news about the

21   events of January 6th.

22             Can you give us a general sense of how much news

23   you've consumed about the events of that day?

24             PROSPECTIVE JUROR:  One of my self-care strategies

25   is to not consume a lot of news.  And that's been the case

1    for a number of years.

2              So I would -- I get on Twitter.  I follow some

3    columnists.  I follow some opinion leaders.

4              So I would read Twitter.  I would get push

5    notifications about some things.

6              I would often read the headlines, maybe read a

7    little bit more.  But in terms of in-depth, I just -- that's

8    not good for my soul.

9              THE COURT:  Understood.

10             You said you follow particular journalists.

11             Are any of those journalists, are they ones that

12   would -- that have regularly written about or provided

13   commentary about the events of January 6th?

14             PROSPECTIVE JUROR:  Yes.  Yes.

15             THE COURT:  Okay.

16             Can you identify who that is?

17             PROSPECTIVE JUROR:  A few *New York Times* and

18   *Washington Post* and then *Washington Post* in general,

19   *New York Times* in general.

20             People that tweet things, write things, reading

21   the paper on a website.

22             I don't read everything.  So if there's something

23   that it's:  Do I need to know this?  Will this make my life

24   better or not better?

25             THE COURT:  Okay.

1        So the question, ultimately, is:  Could you set

2    all of that aside?  If you were a juror, you would be

3    instructed that your task would be to focus only on the

4    evidence that's presented and not make any judgments

5    based upon whatever you may have read or heard outside

6    the courtroom.

7        Do you think you could do that?

8        PROSPECTIVE JUROR:  What I read was really --

9    I mean, outside of some very specific people that were in

10   more of a leadership position, there wasn't much -- I mean,

11   those things I did read and just have this broad, overall

12   picture -- and I forgot your question.  Would I...

13       THE COURT:  The question was:  Would you have any

14   difficulty or would you have difficulty setting aside what

15   you've been exposed to?

16       PROSPECTIVE JUROR:  Yes, because what I read was,

17   again, as I said, some of the high-level, big-picture stuff,

18   but not a lot of detail, not in depth, not for extended

19   coverage, read this article.  Yeah.

20       THE COURT:  Okay.  So maybe I -- so you could set

21   it aside; is that right?

22       PROSPECTIVE JUROR:  Yes.

23       THE COURT:  When you say "the leaders," can you

24   put some names to that?

25       PROSPECTIVE JUROR:  I can see them written in my

1   head, but I couldn't articulate them.

2           THE COURT:  Okay.

3           PROSPECTIVE JUROR:  I have images, things that

4   were in the news, people destroying things.  Some images,

5   really, have stuck with me.  In terms of actual names...

6           THE COURT:  Okay.

7           PROSPECTIVE JUROR:  If you told me someone, I

8   would say, "Yes, that person and that person."  But off the

9   top of my head, it wasn't important information for me to

10  hold onto.

11          THE COURT:  Okay.  Have you heard the name

12  Stewart Rhodes?

13          PROSPECTIVE JUROR:  Maybe.  I have a friend named,

14  similar name.  So it rings a bell, I don't know why.

15          THE COURT:  Okay.

16          How about the name Kelly Meggs?

17          PROSPECTIVE JUROR:  (Shaking head.)

18          THE COURT:  No.  Okay.

19          If you could, please, turn to the bottom of

20  page 12, we asked you there whether you had friends or

21  family members or maybe yourself, member of the legal

22  profession or worked in the law.

23          PROSPECTIVE JUROR:  In law, yes.  My mother; my

24  sister; a friend, Pamela, a friend; a sister; a

25  brother-in-law.

1          THE COURT:  So quite a few.

2          PROSPECTIVE JUROR:  Yeah.

3          THE COURT:  Any of those folks work in criminal

4    work?  Either as a prosecutor or public defender or defense

5    lawyer.

6          PROSPECTIVE JUROR:  My mother was with Baltimore

7    City's social services in child protection, so long

8    retired -- deceased and long retired, so it's not current.

9          THE COURT:  Okay.

10         Question 60, we asked you about --

11         PROSPECTIVE JUROR:  Oh, I'm sorry, my sister was

12   in the Attorney General's Office in Baltimore.

13         THE COURT:  Okay.

14         How long was she there and what kind of offenses

15   did she prosecute, to your knowledge?

16         PROSPECTIVE JUROR:  She was there a long time and

17   she did contracts litigation.

18         THE COURT:  Oh, okay, so she didn't do criminal

19   work formally.

20         PROSPECTIVE JUROR:  No.

21         THE COURT:  Question 60, which is on the next

22   page, we asked you about your ties to law enforcement and

23   people that work in law enforcement.

24         PROSPECTIVE JUROR:  Yeah.  It's -- these are

25   interesting questions because I'm thinking like, this is my

1    friend and then what does she do.

2             I have a really good friend, since elementary

3    school, that was with the Park Police from college until she

4    retired not long ago.

5             Other people --

6             THE COURT:  And when did she retire?

7             PROSPECTIVE JUROR:  It was maybe two or three or

8    four years ago.

9             THE COURT:  Okay.  Do you have any -- sounds like

10   this would have been retirement before January 6th.

11            PROSPECTIVE JUROR:  Yeah, definitely.

12            THE COURT:  Question 63, close friends or family

13   members who have ever been victims of crimes.

14            PROSPECTIVE JUROR:  (Self-indicating.)

15            THE COURT:  Okay, can you share with us?

16            PROSPECTIVE JUROR:  City living.

17            So particularly violent, not that I've heard, but

18   the people may not share what exactly happened.  Armed

19   robbery has been, most people's experience, armed robbery,

20   House breakups, carjacking -- not carjacking, but theft,

21   sometimes petty theft.

22            THE COURT:  So were you the victim of an armed

23   robbery or someone else?

24            PROSPECTIVE JUROR:  Uh-huh, yeah.

25            THE COURT:  Did you report that to the

1    Metropolitan Police Department?

2             PROSPECTIVE JUROR:  I did.

3             THE COURT:  Did you have occasion to -- well, was

4    somebody arrested?

5             PROSPECTIVE JUROR:  No.

6             THE COURT:  Okay.

7             PROSPECTIVE JUROR:  Long time ago.

8             THE COURT:  Do you have -- have you formed any

9    opinions based upon that experience about the Metropolitan

10   Police Department?

11            PROSPECTIVE JUROR:  I mean, yes, that the positive

12   and my encounters, not so much around a crime, but, you

13   know, with the community, things that I've just encountered

14   as a member of the community, my impression is positive.

15            THE COURT:  Okay.

16            PROSPECTIVE JUROR:  In this particular case, they

17   responded quickly.  I've seen them respond quickly when

18   something else happened next door.  So I have an overall

19   positive impression.

20            THE COURT:  So, let me ask you this.  There are

21   likely to be law enforcement officers, there will be law

22   enforcement officers who testify in this case, maybe MPD,

23   I'm not sure.  Do you think you would give greater credit to

24   the testimony of a law enforcement officer than you would

25   someone else just because that person is a law enforcement

1    officer?

2              PROSPECTIVE JUROR:  Good question.

3              There's good cops and not good cops.  So

4    I don't have this blanket, you know, they're beyond

5    reproach.

6              Off the top of my head, I would hold them to a

7    higher standard because of whatever oaths they took, the

8    work that they do, I would expect them to behave as fitting

9    their job, their responsibilities.  Not everyone does.

10             THE COURT:  Okay.

11             All right.  Any follow-up from the government?

12             MS. RAKOCZY:  No, Your Honor.  Thank you.

13             THE COURT:  Anything from the defense?

14             MS. HALLER:  No.  Thank you, Your Honor.

15             MR. MACHADO:  Yes.

16             Ma'am, a little with regard to this case, you said

17   that one of your self-care strategies is not to follow all

18   of these types of things, and I think you said it's not good

19   for your soul.

20             PROSPECTIVE JUROR:  Yep.

21             MR. MACHADO:  You're going to be here listening to

22   a lot of evidence for a few weeks.  Do you see yourself

23   possibly that this just be a little too much of an overload

24   and you might not be as fair and impartial as you should?

25             PROSPECTIVE JUROR:  Thank you for asking that,

947

1    because that is one of the concerns just absorbing -- my

2    diet of news is very limited, and being part of a jury,

3    however many -- you know, weeks, and all day, that would be

4    hard.  That's one thing.

5              But I think that would be hard for a lot of

6    people, just the intensity and the amount of time that

7    they're spending.

8              My background is in social work, and we've been

9    talking in my work about, and it's not new, but about

10   vicarious trauma, number one; and then just yesterday we

11   were talking about graphic content and how organizations,

12   what they can do and could do to -- protect is not the word,

13   but care for staff that are directly exposed to graphic

14   content, whether it's hearing stories, bearing witness to

15   the suffering of others, that's a huge concern.

16             And that also came to my mind in thinking about --

17   you know, hearing some graphic content.  And so part of my

18   question is, what does the government do, given that that

19   may be, in this situation, in this room, what is -- how

20   does -- how do you all support people who have been and will

21   be and afterwards may hold onto some graphic content, some

22   recounting of their own experiences, flashbacks, to when

23   I was walking on Capitol Hill, that was the first time I was

24   mugged, it was really scary.

25             I haven't had flashbacks.  I haven't -- it was

1    years ago, but that it is a current concern for me in

2    general, the amount of news, the intensity, the importance

3    of this, because I think this is not something to be taken,

4    and I don't think anyone takes it lightly, but just what I

5    would be hearing.

6            And I know that some of my friends have sat

7    through murder trials and I'm just, like, thank goodness

8    that wasn't me.  I was like, how did you do it?  It was

9    really hard.

10            THE COURT:  All right.

11            PROSPECTIVE JUROR:  It was really hard.

12            Thank you for asking that question.  Yeah.

13            MR. MACHADO:  That's fine.

14            Well, I mean, you would know more than us yourself

15    as far as you how would feel.  What is your thought about if

16    you heard a lot of this content?

17            PROSPECTIVE JUROR:  This is something I teach in

18    my work.  But because I teach it doesn't mean I always do it

19    as well as I could.

20            So I think for me the good news is it's something

21    I'm very aware of and attuned to because of the work that I

22    do and because of the experiences of people that are close

23    to me.  So being attuned to it, knowing what it is, knowing

24    what helps, it's like any other thing, you still have to go

25    through it, you still -- you can't -- there's no

```
 1   immunization for trauma, there's no immunization for stress
 2   or anxiety, but knowing -- being informed, having some
 3   skills, having support through this process would make a
 4   huge difference.  That doesn't mean it will be easy but that
 5   would make a difference.
 6            MR. MACHADO:  All right.  Thank you.
 7            THE COURT:  Thank you, ma'am.  Ms. Franklin will
 8   provide you additional instructions.  Thank you for being
 9   here.
10            You can have a seat, Mr. Rossi.
11            MR. ROSSI:  Thank you, Judge.
12            THE COURT:  Ms. Franklin.
13            Thank you very much.  Ms. Franklin will provide
14   you with some additional instructions.
15            So 1417, line 15, I'll strike for cause.  I'm not
16   quite sure what to make of her.
17            MR. MACHADO:  Was that 1550?
18            THE COURT:  I thought it was 1550.
19            MR. ROSSI:  Thank you, Your Honor.
20            THE COURT:  I don't even know what to write down
21   as the reason.
22            All right.  So that's our morning crop.  We'll see
23   everybody back at 1:35 for the afternoon.
24            MR. COOPER:  Can I approach real quick?
25            MS. HALLER:  I'm sorry, Your Honor, what time did
```

1   you say?

2          THE COURT:  Hang on.

3          Mr. Cooper.

4          MR. COOPER:  So I just want to raise this with the

5   Court and inquire of when the Court would want to address

6   this.

7          Yesterday we were talking about the Zello chat and

8   there was a reference made to Mr. Rossi's omnibus motion

9   that contained discussion about the Zello chat.

10         The Court indicated that it ruled on that.

11         In looking at the transcript, the Court kind of

12  ruled but essentially just referred us to the Rhodes

13  transcript, to the Rhodes order that the Court had entered.

14         There is a discussion in the omnibus motion about

15  a 401 issue, not a hearsay issue, and that wasn't discussed,

16  so at some point, I'd like to discuss that with the Court.

17         THE COURT:  The hearsay issue or the --

18         MR. COOPER:  No.  The admissibility, the 401, the

19  relevance.

20         THE COURT:  Okay.

21         Okay.  We can talk about it.  I mean -- okay.

22  Let's just see where we are in the timing of all of this.

23         Well, we're on the topic, let's just have a

24  conversation about it.

25         What's the -- I mean I alluded to this yesterday,

1    I think, Mr. Rossi had said something about a relevance

2    objection and I sort of addressed it, I thought.

3              MR. COOPER:  So the discussion in the order in

4    Rhodes was all about hearsay.

5              THE COURT:  Right.

6              MR. COOPER:  It wasn't about admissibility at all.

7              Here we have a problem in that Ms. Watkins is not

8    in this trial.  And so her statements or the statements that

9    she made in the Zello chat, in order for them to come in

10   under 401, there would have to be some basis, and if the

11   Court will just indulge me, there was something in the

12   footnotes for 401.  Brief indulgence.

13             It says, "In this situation, probative value

14   depends not only upon satisfying the basic requirements of

15   relevancy as described above but also upon the existence of

16   some matter of fact."

17             There isn't a matter of fact in this trial that

18   any defendant here was actually party or heard those

19   comments that were made by Ms. Watkins such that they could

20   in some way adopt them.  That basis is not there.

21             In fact, it goes on to say, "For example, if

22   evidence of a spoken statement is relied upon to prove

23   notice, probative value is lacking unless the person sought

24   to be charged heard the statement."  And there's no proffer

25   here that any of these defendants actually heard

1    Ms. Watkins' statements as she is making them.

2            THE COURT:  So that fair, though, I don't think

3    anybody is -- well, I think two things.  One is, maybe,

4    maybe not.  I mean, there was a group of them walking

5    together towards the Capitol when Ms. Watkins was making

6    some of these statements, so they may or may not have heard

7    them.  And I don't know whether the government will have any

8    testimony to support that one way or another.

9            But more importantly, Ms. Watkins is a

10   co-conspirator.  She is a co-conspirator in the 1512(c)

11   conspiracy.  Her statements are in furtherance of the

12   conspiracy, as I've stated in the order.

13           And they're clearly relevant.  She is essentially

14   providing a play-by-play of what she is observing and what

15   she is intending to do.  And that when she actually gets in

16   the Capitol, at least one of the defendants, Mr. Isaacs, is

17   in the same hall with her, and I think maybe even Ms. Steele

18   is in the hallway with her as well.

19           So Ms. Watkins' words, her conduct that day is

20   clearly relevant and is going to come up at trial.  And the

21   fact that they may not have heard what she said doesn't

22   disqualify it as a co-conspirator statement or a statement

23   against penal interest, which were the basis for the

24   admissibility of those statements.

25           MR. COOPER:  But it's the fact of them being

1  co-conspirators that is the very issue of this trial.  And

2  to say that something comes in because they are

3  co-conspirators, it kind of -- is kind of putting the cart

4  before the horse here.

5          THE COURT:  No, it's not, because it's two

6  different inquiries.  It's an admissibility inquiry in which

7  I am supposed to make a determination based upon whether

8  there's a prima facie case of a conspiracy in order to admit

9  co-conspirator statements.

10          Based upon what I've seen at both trials, there

11  clearly is a basis to establish that Ms. Watkins is a

12  co-conspirator in the alleged conspiracy.

13          Ultimately.  The jury will have to determine

14  whether she and these defendants were co-conspirators.

15          MR. COOPER:  Well, I think at the very least, we'd

16  require some kind of limiting instruction to the jury that

17  says you can't assume that these defendants are

18  co-conspirators.  That's what with the government is trying

19  to prove.

20          THE COURT:  But we say that anyway.  I mean, we

21  say that they're presumed to be innocent.

22          MR. COOPER:  But the Court is letting in a

23  statement that actually assumes they are co-conspirators to

24  start with.

25          THE COURT:  Correct.  But I don't tell the jury

1  that I'm letting these in because these are co-conspirator

2  statements.  They're just let in.  I'm not telegraphing to

3  the jury the basis for their admissibility.

4       I mean, they're told these defendants are presumed

5  to be innocent.  They will understand they're not presumed

6  to be co-conspirators; and, therefore, the ultimate

7  question as to whether they are co-conspirators will be put

8  before them.

9       MR. COOPER:  But it does allow in a statement that

10  is extremely prejudicial.

11       THE COURT:  Okay.

12       MR. COOPER:  And it doesn't really have any

13  probative value as to -- if they didn't hear it -- it

14  doesn't have any probative value as to what they even heard.

15       THE COURT:  Sure, it does.  It has plenty of

16  probative value, because, again, I think there's a basis to

17  say she is a co-conspirator.  She is describing her intent

18  and what she intends to do that day.  She refers to a plan

19  in that Zello chat.  She refers to being with multiple

20  Oath Keepers that day.

21       And then, as I said, once she gets into the

22  Capitol, at least the videotaped evidence suggests that at

23  least two of these defendants go into the same hallway with

24  her to push up against a line of police officers who are

25  blockading the hallway to the House -- Senate?  House?

1   Senate?

2          MR. EDWARDS:  Senate.

3          THE COURT:  Senate.

4          So, look, I mean, Mr. Cooper, you know, you

5   understand a co-conspirator statement doesn't have to be

6   heard by a member of the conspiracy to be admissible against

7   members of the conspiracy.

8          MR. COOPER:  But there has to be some kind of act

9   that somebody does to join a conspiracy.  And if somebody

10  has no idea about this grand scheme or plan, then --

11         THE COURT:  But that's the ultimate question for

12  the jury.  I'm just making an evidentiary decision.

13         MR. COOPER:  I understand that.

14         What I'm saying, though, is we're putting in,

15  though, as a statement that assumes that these people are.

16         THE COURT:  It's not an assumption at all.  What

17  I'm telling you is that I have made a determination, based

18  upon the prima facie -- that's the standard as -- is there a

19  prima facie case of a conspiracy?

20         And what I am saying to you is that there is

21  plenty of prima facie evidence of a conspiracy involving

22  Ms. Watkins and these defendants, as has been alleged in the

23  indictment.

24         MR. COOPER:  Very well.

25         MS. HALLER:  Your Honor, if I may just remind the

1    Court that there was a limiting instruction on the Zello

2    related to the non-co-conspirators on the Zello chat.

3            So when it came to 1 Percent Watchdog statements

4    and the others that made comments, we did get a limiting

5    instruction at the time the Zello was played.

6            THE COURT:  Yeah, that may be.  And I'm happy to

7    give a limiting instruction that the non-conspirators, like

8    1 Percent Watchdog, that those statements are being offered

9    not for the truth but simply to provide context for the

10   other statements that are made in the Zello chat.

11           MS. HALLER:  Thank you, Your Honor.

12           MR. WOODWARD:  There were actually three buckets

13   in the Court's order.  I think maybe we could all go back

14   and look at that, because some of the statements were deemed

15   co-conspirator statements by the Court.  But others were

16   also deemed party opponent, and then others were deemed

17   effect on the listener.

18           The party opponent, I'm not sure what we're

19   applying anymore, given that she did testify in the trial

20   and, therefore, is no longer unavailable to the government.

21           And the effect on the listener, I'm not sure that

22   would come in as a co-conspirator statement.

23           But the order is very thorough.  And so I'll just

24   pull it up, and I'll look at it over lunch.  And I'm happy

25   to address that further afterwards.

1          MR. ROSSI:  Your Honor, I just want to make one

2     point.  I can never pronounce it.  Sounds like "blind."  The

3     *Bourjaily* case, I don't know if it's prima facie.  I think

4     it requires a preponderance.  So is Your Honor making a

5     finding that by a preponderance, there is a conspiracy?

6          THE COURT:  If I misspoke as to what the

7     evidentiary standard is, I -- if it's a preponderance of the

8     evidence, I'm making that finding.

9          MR. ROSSI:  Okay.  Thank you.

10         THE COURT:  So whatever the standard is, I'm

11    making the finding that is the requisite finding required to

12    establish a conspiracy for evidentiary purposes --

13         MR. ROSSI:  Thank you.

14         THE COURT:  -- to admit co-conspirators

15    statements.  I thought it was prima facie, but am I --

16    anyway.

17         To your point, Mr. Woodward, I don't know that the

18    fact that the effect on the listener may have been a basis

19    would be a problem, given that she is a co-conspirator.  And

20    it would provide some context for co-conspirator statements.

21         Insofar as the statement against penal interest, I

22    guess that's a fair point.  But I think the question would

23    be then:  Can the government establish her unavailability?

24    And maybe we should have asked -- Mr. Crisp was here.

25         MS. RAKOCZY:  I do believe that Mr. Crisp said --

1    made a passing comment in the hallway about how she would

2    not be a witness until sentencing.

3            THE COURT:  Okay.  So does that satisfy you as to

4    her unavailability?

5            MS. RAKOCZY:  To be clear, not because we asked

6    but, because we just made a joke about whether he was here

7    to represent her.  And he said she would not be testifying,

8    not because the government was actually asking for her to be

9    a witness.

10           MR. WOODWARD:  Honestly, I don't know.

11           But it seems to me that if the rule provides that

12   a statement against penal interest would come in because a

13   witness is unavailable to the government, given the

14   expectation that they will assert the Fifth Amendment as

15   they are a defendant in the trial and then that defendant

16   waives her Fifth Amendment with respect to the testimony in

17   question, she is available to the government.  They can

18   serve her a trial subpoena.  They can arrange for her come

19   to in here and testify about those statements.  She doesn't

20   have to have the Fifth Amendment.

21           THE COURT:  Maybe she does; maybe she doesn't.

22   I'd have to look at the case law of whether just because a

23   criminal defendant testifies in their own case, that somehow

24   that is a waiver for all subsequent proceedings.  I'm not so

25   sure the waiver applies so broadly.  Maybe it does, but I'm

 1    not sure.

 2              MR. WOODWARD:  No, and we had issue of whether we

 3    looked at whether Rhodes could be cross-examined by counsel

 4    on issues other than his testimony.  And, of course, he

 5    decided to waive as to all things related.

 6              So you're right, Your Honor.  There is a

 7    limitation on waiver.  It's not a blanket waiver.

 8              But I would think that if one waives their

 9    Fifth Amendment with respect to a specific line of inquiry,

10    they can't then later come in and assert the Fifth Amendment

11    as to that inquiry.

12              Where I've had this come up is in the grand jury,

13    and the case law says that if you don't assert your

14    Fifth Amendment with respect to a particular question, you

15    may still later assert Fifth Amendment with respect to a

16    subsequent question, that the waiver would not apply to the

17    subsequent question.

18              So I think the waiver would be limited to the

19    Zello chat, given that she testified about that.  It

20    wouldn't be open season on her as a witness.

21              MS. RAKOCZY:  I feel like a lot of this is

22    academic, Your Honor, because I'm not sure that any of

23    Ms. Watkins' own statements were admitted for effect on the

24    listener.  I think it was some of the statements of other

25    people in the chat that were admitted.

1          THE COURT:  That's right.

2          But, look, the bottom line is I'll go back; I'll

3   look at the order.  I don't remember whether there was any

4   statement that was admitted exclusively on the ground of

5   statement against penal interest.

6          In other words, there may have been an alternative

7   basis, including a statement against -- a co-conspirator

8   statement that there were alternative grounds, because I did

9   that with respect to at least one, if not all, of the

10  statements.  I'd have to just go back and look.

11         If there's a statement as to which statement

12  against penal interest is the exclusive basis for which I

13  admitted it, then we may have to sort of run through the

14  hoops that we've just been talking about of establishing her

15  unavailability and whether she had waived for -- has waived.

16  It's a fair point.

17         MR. WOODWARD:  We'll re-read the order as well.

18         THE COURT:  Okay.

19         Just one final note.

20         I haven't looked at Mr. Edwards' email -- I mean,

21  I've read it.  I haven't looked at some of the cases about

22  prior testimony serving as foundation evidence for purposes

23  of establishing authenticity.  I'll take a look.

24         I mean, just my thoughts.  I've looked myself a

25  little bit overnight at the case law; and it's come up but

1    largely in the context of documents and certifications of

2    documents, both for authentication and business record

3    exceptions.

4          My concern about doing what I at least had

5    ruminated about is the confrontation issue.  We sort of

6    alluded to that yesterday.  I mean, I think clearly prior

7    trial testimony would qualify as testimonial.  And if that

8    testimony is being used to establish the authenticity of

9    evidence, I think it arguably does trigger confrontation

10   rights.

11         MR. EDWARDS:  I don't mean to interrupt.

12         We included a paragraph on the issue citing to the

13   *Kilpatrick* case -- I know it's not from D.C. -- that

14   specifically addressed that argument from the defense in

15   which they cite to a Sixth Circuit case -- a Fifth Circuit

16   case and a Supreme Court case to say that confrontation

17   clause issues don't arise because there's no right to

18   cross-examine on this specific issue of authenticity.  And

19   then that was affirmed, *Kilpatrick*, on the Sixth Circuit.

20         We also cite to *Khatallah* from the D.C. Circuit,

21   and then a Second Circuit case as examples of grand jury

22   testimony or other types.

23         I'm not sure in those cases that they dealt

24   specifically with the issue of confrontation clause, but

25   those cases did cite the fact that prior records or

1   testimony from different proceedings other than a trial

2   could serve as part of the basis to authenticate, which the

3   logical conclusion would be that there wasn't a

4   confrontation clause issue.

5            THE COURT:  Okay.

6            All right.  Well, I'll take -- I'll look at the

7   cases more closely, and you all should as well.

8            We'll resume at 2:00 -- actually, let's say 1:45.

9   I want to just make sure we leave enough time this

10  afternoon.  So let's say 1:45.

11           COURTROOM DEPUTY:  All rise.  This Honorable Court

12  stands adjourned until 1:45 p.m.

13           (Recess from 12:55 p.m. to 1:45 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__February 8, 2023_____   

      William P. Zaremba, RMR, CRR

**COURTROOM**
**DEPUTY: [18]** 822/2
822/7 827/8 827/10
835/7 839/15 853/20
877/7 883/22 885/18
910/18 914/11 915/22
919/7 925/5 926/16
928/18 962/11
**MR. BRENNWALD: [1]**
822/23
**MR. COOPER: [16]**
823/1 826/6 826/9
949/24 950/4 950/18
951/3 951/6 952/25
953/15 953/22 954/9
954/12 955/8 955/13
955/24
**MR. EDWARDS: [2]**
955/2 961/11
**MR. MACHADO: [30]**
822/20 825/14 825/18
825/24 826/3 852/21
853/3 853/8 853/14
873/7 873/12 873/16
873/20 873/25 874/14
874/23 875/2 875/9
875/18 883/1 883/6
883/18 907/8 910/22
925/1 946/15 946/21
948/13 949/6 949/17
**MR. ROSSI: [30]**
823/6 834/15 876/2
877/6 882/25 907/9
907/15 907/22 907/25
908/5 908/9 908/11
908/17 908/24 909/3
909/6 909/11 909/15
909/21 909/24 910/6
910/21 910/23 911/24
922/25 949/11 949/19
957/1 957/9 957/12
**MR. WOODWARD: [9]**
826/5 826/7 837/23
839/8 922/6 956/12
958/10 959/2 960/17
**MS. HALLER: [50]**
823/4 834/8 852/19
868/14 868/19 868/22
868/25 869/4 869/8
869/12 869/16 869/20
869/23 870/9 870/17
870/20 870/25 871/7
872/4 872/18 872/22
872/25 873/2 876/11
882/24 889/11 889/14
903/14 903/19 904/8
904/11 904/16 904/20
905/5 905/19 906/6
906/10 906/14 906/21
906/23 907/3 907/6
922/5 922/7 922/13
922/23 946/14 949/25
955/25 956/11
**MS. RAKOCZY: [17]**
822/16 833/20 837/16
837/19 838/6 838/16
838/22 852/17 854/25

922/4 946/12 957/25
958/5 959/5 959/21
**PROSPECTIVE**
**JUROR: [442]**
**THE COURT: [458]**

**'**

**'22 [2]** 856/21 868/17
**'3 [1]** 881/5

**0**

**0286 [1]** 823/19
**0313 [1]** 824/16
**0420 [3]** 824/19 910/20
912/1
**0439 [3]** 825/6 926/16
926/21
**05110 [1]** 824/3
**0839 [3]** 824/13 853/20
853/23
**0840 [1]** 819/4

**1**

**1 Percent Watchdog**
**[2]** 956/3 956/8
**10 [5]** 838/17 912/11
912/16 912/19 912/22
**100 [2]** 824/23 914/10
**100 percent [1]** 915/10
**1000 [1]** 868/23
**101 [1]** 824/25
**1025 [1]** 820/11
**103 [1]** 825/2
**106 [1]** 825/4
**107 [1]** 825/6
**11 [11]** 848/18 852/23
864/10 881/8 899/16
913/20 914/22 914/23
920/13 939/18 939/19
**112 [2]** 825/19 825/22
**113 [4]** 824/7 825/20
825/24 825/25
**114 [1]** 825/10
**115 [1]** 825/10
**116 [1]** 825/12
**119 [1]** 823/19
**11:29 a.m [1]** 910/17
**11:45 [1]** 910/14
**11:46 a.m [1]** 910/17
**12 [15]** 838/18 843/3
845/10 849/20 859/10
877/18 888/5 894/3
901/13 917/11 917/15
919/20 927/3 929/5
942/20
**120 [1]** 823/21
**125 [1]** 823/23
**1298 [2]** 825/4 924/8
**12:55 [1]** 962/13
**12th [2]** 840/16 840/17
**13 [5]** 865/21 884/7
888/5 925/10 927/21
**135 [1]** 824/1
**1381 [4]** 824/23 914/10
914/11 914/16
**14 [4]** 847/4 854/4
921/2 927/21

**1423 [3]** 824/14 883/22
884/2
**1434 [1]** 819/12
**144 [2]** 824/3 824/3
**15 [5]** 827/25 841/1
895/5 910/14 949/15
**1512 [1]** 952/10
**1550 [4]** 928/18 928/24
949/17 949/18
**16 [5]** 847/24 847/25
863/20 896/14 934/16
**1671 [6]** 824/13 835/8
835/8 835/11 835/21
839/15
**1702 [3]** 824/14 877/7
877/14
**1784 [1]** 823/23
**18 [2]** 897/10 935/10
**1808 [1]** 820/3
**181 [1]** 824/15
**1811 [4]** 824/15 885/18
885/23 911/2
**1:35 [1]** 949/23
**1:45 [4]** 962/8 962/10
962/12 962/13

**2**

**20 [2]** 897/20 935/21
**20001 [3]** 819/4 819/12
821/5
**20003 [1]** 819/7
**20007 [1]** 820/12
**20010 [1]** 820/3
**2002 [1]** 881/5
**20036 [1]** 820/8
**2006 [1]** 903/3
**2007 [1]** 903/3
**2017 [1]** 897/23
**202 [6]** 818/16 819/12
820/4 820/9 820/13
821/5
**2020 [1]** 890/14
**2023 [2]** 818/5 963/7
**20530 [1]** 818/15
**21-28 [2]** 818/4 822/10
**214 [1]** 820/18
**22 [5]** 848/6 864/7
880/22 898/10 935/17
**222 [1]** 823/21
**2238 [3]** 824/25 915/22
916/2
**2261 [1]** 823/22
**2331 [1]** 824/1
**2355 [1]** 824/21
**24 [1]** 898/20
**24/7 [1]** 882/1
**252-6928 [1]** 818/16
**2564 [3]** 825/2 919/7
919/10
**2615 [1]** 820/9
**27 [1]** 886/25
**27th [1]** 838/24
**28 [2]** 818/4 822/10
**29 [1]** 899/8
**2:00 [1]** 962/8

**3**

**301 [1]** 819/8
**310 [1]** 819/3
**3249 [1]** 821/5
**33 [2]** 857/19 857/20
**3300 [1]** 820/16
**333 [1]** 821/4
**350 [1]** 819/11
**352-2615 [1]** 820/9
**354-3249 [1]** 821/5
**36 [3]** 883/1 883/6
883/7

**4**

**400 [2]** 819/11 820/12
**400-1434 [1]** 819/12
**401 [4]** 950/15 950/18
951/10 951/12
**43 [1]** 864/11
**45 [6]** 848/19 864/21
881/9 906/23 920/14
939/19
**46 [4]** 848/19 881/9
920/14 939/19
**47 [6]** 848/19 864/21
881/9 906/23 920/14
939/19
**48 [1]** 900/21
**4th [1]** 848/13

**5**

**50 [2]** 845/11 863/6
**503 [1]** 819/3
**51 [3]** 845/11 863/6
894/4
**52 [3]** 843/4 843/20
917/16
**53 [10]** 843/22 844/6
859/11 872/6 877/20
888/6 888/7 919/22
929/5 929/8
**54 [1]** 917/16
**55 [4]** 888/6 888/11
891/13 906/15
**555 [1]** 818/15
**56 [4]** 888/6 888/13
893/3 906/15
**59 [2]** 849/20 901/13
**5:00 [2]** 922/8 922/20
**5th [1]** 819/11

**6**

**60 [4]** 850/8 901/22
943/10 943/21
**601 [1]** 820/7
**63 [5]** 850/21 865/22
865/23 902/24 944/12
**64 [2]** 851/25 865/22
**65 [1]** 852/6
**66 [2]** 865/22 867/23
**68 [1]** 884/8
**69 [4]** 824/12 884/15
925/11 925/12
**6928 [1]** 818/16
**699-8429 [1]** 820/18
**6:00 [2]** 922/17 922/18
**6th [58]** 823/25 829/20
830/1 838/24 843/6

013 848/21 848/23
854/12 854/15 857/22
858/7 858/21 859/25
860/9 861/6 861/25
862/8 863/7 864/23
865/10 869/1 869/24
870/6 870/10 870/18
872/10 874/13 876/1
881/10 887/3 888/25
891/19 893/16 894/5
895/16 898/22 899/18
900/5 900/23 903/21
903/25 906/7 906/17
906/18 908/3 909/11
911/12 911/20 917/17
917/24 920/16 920/22
936/7 936/13 939/21
940/13 944/10

**7**

**700 [1]** 820/17
**703 [1]** 819/4
**71 [1]** 824/13
**72 [3]** 825/15 927/21
928/3
**73 [4]** 824/14 877/8
927/21 928/3
**74 [5]** 824/14 853/4
883/22 927/21 928/3
**7447 [1]** 820/4
**75 [1]** 824/15
**75219 [1]** 820/17
**7727 [1]** 819/8
**79 [1]** 842/9

**8**

**80 [1]** 824/16
**8100 [1]** 820/13
**8429 [1]** 820/18

**9**

**900 [1]** 820/7
**92 [2]** 824/18 912/2
**922 [1]** 819/7
**928-7727 [1]** 819/8
**96 [1]** 824/21
**965-8100 [1]** 820/13
**989-0840 [1]** 819/4
**996-7447 [1]** 820/4
**9:30 [1]** 922/8
**9:42 [1]** 818/6

**A**

**a.m [3]** 818/6 910/17
910/17
**ability [6]** 843/7 884/12
911/18 926/11 932/8
937/23
**able [19]** 846/22
851/13 859/6 862/16
862/25 865/14 865/18
873/20 880/3 887/25
898/5 907/3 911/16
917/3 926/2 926/8
927/11 929/24 933/12
**abortion [2]** 879/17
879/20
**about [210]**
**about COVID [1]**

**A**

about COVID... [1]
913/22

above [3] 863/6 951/15
963/4

above-titled [1] 963/4

absent [1] 886/21

absolutely [1] 862/19

absorbing [1] 947/1

abuse [2] 905/2 907/21

academic [2] 916/15
959/22

academy [1] 850/14

access [2] 870/17
870/23

accurate [2] 845/5
879/22

acknowledging [1]
854/17

acquaintance [1]
880/15

acquaintances [1]
935/15

acquit [6] 861/19 862/5
862/8 895/21 933/14
933/23

acquitted [1] 934/7

across [2] 830/14
900/4

act [2] 907/19 955/8

action [2] 904/15 906/3

actions [2] 880/13
897/23

actively [1] 865/12

actual [2] 846/6 942/5

actually [16] 843/10
844/22 846/4 851/1
858/1 858/5 870/1
871/15 918/8 951/18
951/25 952/15 953/23
956/12 958/8 962/8

ADA [1] 856/5

add [2] 874/15 876/11

addiction [1] 908/13

additional [19] 827/23
828/6 831/18 831/22
833/14 833/22 834/10
840/23 882/22 883/20
886/16 910/9 914/7
915/21 919/6 923/8
928/14 949/8 949/14

address [2] 950/5
956/25

addressed [2] 951/2
961/14

addressing [1] 854/20

adjacent [1] 859/25

adjourned [1] 962/12

admissibility [5]
950/18 951/6 952/24
953/6 954/3

admissible [1] 955/6

admit [2] 953/8 957/14

admitted [5] 911/5
959/23 959/25 960/4
960/13

adopt [1] 951/20

advance [1] 827/3

advised [1] 830/17

affairs [1] 899/25

affect [4] 843/7 863/3
872/2 937/23

affected [2] 896/7
936/10

affiliated [2] 880/7
931/7

affirmed [1] 961/19

after [10] 828/1 831/17
831/20 831/24 845/16
849/3 858/13 870/6
874/20 897/22

afternoon [6] 825/12
912/6 922/11 922/15
949/23 962/10

afterwards [6] 829/5
865/2 873/17 873/21
947/21 956/25

again [28] 842/19
842/22 844/15 854/24
856/16 856/20 856/21
861/22 863/10 865/16
869/17 871/14 871/14
871/19 871/25 883/5
893/10 894/16 895/24
899/1 900/17 901/13
923/14 930/18 933/16
938/19 941/17 954/16

against [11] 860/24
878/4 879/15 952/23
954/24 955/6 957/21
958/12 960/5 960/7
960/12

age [1] 914/2

agency [5] 863/2 886/9
904/12 904/24 906/4

agent [6] 834/2 834/3
834/4 834/11 834/19
834/22

agents [1] 902/5

ago [10] 827/19 851/2
851/17 852/10 935/2
936/6 944/4 944/8
945/7 948/1

agree [1] 891/2

agreed [1] 825/25

ahead [1] 911/24

aided [1] 821/7

airports [1] 897/23

AL [1] 818/6

alert [1] 830/16

algorithm [1] 882/5

all [96] 822/2 823/10
823/10 823/14 823/16
823/16 824/15 826/16
827/6 828/2 829/2
833/10 833/15 835/2
835/5 835/13 835/20
839/4 840/21 842/4
842/12 843/4 846/25
847/2 849/9 851/24
853/14 853/16 853/25
854/11 858/18 859/9
861/11 865/20 868/3
868/10 874/1 875/4
877/5 877/10 877/19

884/4 884/22 885/15
887/23 892/1 893/2
896/13 899/8 900/14
902/8 902/15 906/19
907/11 908/11 909/25
910/7 910/13 910/18
912/1 916/21 918/7
918/23 919/3 919/12
919/18 920/11 920/17
922/24 923/4 925/21
927/11 928/11 939/16
941/2 946/11 946/17
947/3 947/20 948/10
949/6 949/22 950/22
951/4 951/6 955/16
956/13 958/24 959/5
960/9 962/6 962/7
962/11

All right [12] 846/25
849/9 851/24 877/19
887/23 896/13 902/8
902/15 908/11 910/7
922/24 949/6

alleged [2] 953/12
955/22

Allen [1] 834/20

allow [1] 954/9

alluded [2] 950/25
961/6

Alondra [1] 834/20

Alondra Propes [1]
834/20

along [1] 906/16

already [6] 824/1
849/22 864/11 886/14
896/16 899/16

also [19] 828/16
829/13 829/22 830/4
830/21 831/4 834/2
851/25 853/4 853/4
863/22 864/13 888/14
893/3 931/6 947/16
951/15 956/16 961/20

alternate [1] 838/10

alternative [2] 960/6
960/8

although [3] 832/14
836/8 867/6

Alvin [2] 822/11 826/20

always [2] 939/14
948/18

am [7] 847/11 874/3
918/12 932/15 953/7
955/20 957/15

Amendment [7] 958/14
958/16 958/20 959/9
959/10 959/14 959/15

AMERICA [2] 818/3
822/11

AMIT [3] 818/10 822/4
826/14

among [3] 860/11
901/17 921/18

amongst [1] 828/22

amount [4] 828/19
848/20 947/6 948/2

another [7] 858/22

894/17 920/24 952/8

answer [15] 843/18
843/20 852/24 853/1
853/2 872/5 878/2
883/1 889/15 902/4
920/2 938/14 938/16
938/20 939/17

answered [29] 843/8
843/8 843/24 844/4
850/24 852/4 852/8
859/14 865/22 865/25
866/4 873/11 876/24
884/13 884/18 884/19
887/3 887/4 888/14
893/3 902/2 915/1
917/20 920/1 925/15
925/19 927/22 929/11
934/19

answering [1] 877/1

answers [8] 840/24
873/3 876/4 876/6
906/14 919/4 919/13
923/2

anticipate [1] 876/17

anticipated [1] 839/11

anxiety [1] 949/2

any [133] 825/13 827/5
829/4 829/6 829/18
829/19 830/4 830/13
830/25 831/5 832/7
833/6 833/16 837/15
841/7 842/7 842/12
842/21 843/5 845/17
845/18 845/25 846/17
846/17 847/21 848/7
849/15 849/23 849/25
852/8 852/16 854/14
854/19 854/20 855/22
856/5 857/4 857/7
857/13 858/8 859/13
860/14 860/21 860/22
861/24 862/2 863/15
864/4 864/9 864/15
865/16 868/11 870/9
871/11 871/23 873/5
873/5 874/16 875/12
877/22 878/8 881/15
882/9 882/20 882/22
883/4 884/12 888/8
889/20 889/21 890/7
891/8 891/20 892/8
892/9 892/25 893/14
893/15 893/21 893/22
894/11 894/20 895/22
896/6 896/24 897/18
898/17 899/10 901/18
902/21 903/20 904/3
906/6 908/1 909/8
913/3 914/2 917/7
919/24 919/25 920/8
920/21 922/3 923/10
924/21 927/23 928/5
928/5 929/10 934/10
932/5 932/23 933/11
933/11 933/22 935/7
935/23 938/4 940/11
941/4 941/13 943/3

945/8 946/11

948/24 951/18 951/25
952/7 954/12 954/14
959/22 960/3

anybody [6] 836/19
885/6 895/8 903/20
933/7 952/3

anymore [2] 897/18
956/19

anyone [10] 829/6
830/22 831/8 832/4
841/15 863/23 896/17
900/22 901/24 948/4

anything [44] 830/11
832/5 841/3 843/23
844/8 845/2 845/7
845/9 846/20 851/17
851/19 852/18 853/19
858/20 859/12 865/4
865/15 866/9 868/6
868/13 876/24 877/21
877/25 878/3 878/8
878/22 878/23 880/1
882/8 882/16 888/8
892/8 897/7 903/6
903/13 906/18 909/13
919/23 920/9 921/25
923/20 923/21 929/9
946/13

anytime [3] 848/8
848/9 848/10

anyway [3] 922/11
953/20 957/16

anywhere [1] 917/25

AOC [1] 855/14

Apologies [2] 823/11
839/16

apologize [2] 825/24
910/23

app [1] 883/10

appear [2] 839/23
923/10

appearance [1] 859/24

APPEARANCES [4]
818/12 818/18 819/14
820/19

appeared [1] 824/6

applicants [2] 903/23
907/19

applies [1] 958/25

apply [7] 829/15
884/13 884/17 891/4
925/15 927/23 959/16

applying [1] 956/19

appreciate [8] 837/13
840/22 853/15 872/4
873/3 905/19 928/13
939/16

appreciate that [1]
840/22

approach [3] 822/15
831/5 949/24

approached [1] 831/7

appropriate [1] 904/15

approved [1] 827/21

approximately [3]
827/25 837/1 866/21

architect [8] 854/6

**A**

**architect... [7]** 854/9
855/4 861/20 868/16
869/9 869/19 874/19
**are [141]** 824/7 824/11
824/11 824/15 826/17
826/18 826/18 827/2
827/15 827/22 827/25
828/8 828/21 829/10
830/3 830/8 830/24
831/2 831/3 831/7
831/13 831/23 831/25
832/1 832/16 832/17
832/20 832/21 833/16
835/7 835/9 835/11
836/5 836/16 838/16
841/13 841/24 842/4
849/23 850/9 853/21
853/23 854/1 854/5
855/4 855/12 856/10
856/19 861/11 868/22
869/10 870/15 870/22
875/25 876/9 877/2
877/9 877/11 877/14
878/16 878/19 879/3
880/7 880/8 880/18
883/13 883/23 884/2
884/16 884/17 885/19
885/20 885/21 885/23
886/5 886/18 895/10
895/15 895/25 896/1
896/2 896/16 897/11
901/3 901/10 901/23
901/24 902/14 902/14
902/16 902/22 905/8
908/15 909/3 912/3
912/12 912/13 913/6
913/11 913/23 914/12
915/23 916/2 916/5
916/12 919/8 919/9
919/10 924/11 925/14
925/25 925/25 926/6
926/17 926/19 926/21
927/9 928/3 928/19
928/21 931/15 932/13
940/11 940/11 943/24
945/20 947/13 948/22
950/22 952/11 953/2
953/17 953/23 954/1
954/4 954/7 954/24
955/15 956/8 956/10
958/15
**area [3]** 936/9 936/24
937/19
**aren't [2]** 882/16 932/4
**arguably [1]** 961/9
**argument [1]** 961/14
**arise [1]** 961/17
**armed [4]** 935/12
944/18 944/19 944/22
**Armed Forces [1]**
935/12
**Army [1]** 897/18
**arose [1]** 844/16
**around [2]** 881/1
945/12
**arrange [1]** 958/18
**arrested [4]** 851/11

**arrests [1]** 891/19
**article [1]** 941/19
**articulate [3]** 930/5
931/2 942/1
**as [134]** 826/18 826/24
827/1 827/25 829/5
829/13 830/8 830/10
832/12 833/1 841/5
841/16 842/1 842/15
843/24 844/1 845/17
847/20 849/6 849/16
852/14 853/10 853/10
854/8 859/3 859/18
865/2 865/2 865/17
867/2 871/15 872/2
874/16 874/16 876/13
876/14 878/19 879/4
879/4 879/15 879/17
879/23 881/20 881/22
882/7 883/15 883/15
883/20 886/4 886/16
887/24 888/1 890/2
890/6 890/17 890/24
890/25 891/5 891/7
891/7 892/22 893/15
893/19 893/24 896/1
896/6 896/25 898/8
899/13 899/24 900/13
900/14 900/17 900/18
901/19 901/19 903/8
904/6 904/15 906/10
907/4 908/16 912/25
915/6 916/11 917/19
923/23 924/17 931/11
931/20 931/20 932/2
932/8 937/12 937/24
938/21 941/17 943/4
945/14 946/8 946/24
946/24 948/15 948/15
948/19 948/19 949/21
951/15 952/1 952/12
952/18 952/22 954/7
954/13 954/14 954/21
955/15 955/18 955/22
956/22 957/6 957/21
958/3 958/14 959/5
959/11 959/20 960/11
960/17 960/22 961/7
961/21 962/2 962/7
**aside [21]** 842/20
842/21 846/20 849/15
858/25 859/2 861/9
865/14 880/9 882/8
887/25 891/3 893/23
898/5 899/11 900/15
911/16 918/23 941/2
941/14 941/21
**ask [67]** 827/5 827/23
829/1 830/4 831/13
832/2 833/15 835/17
835/22 838/2 840/23
841/12 842/20 842/20
843/22 845/10 846/20
847/2 847/23 848/18
849/14 854/3 857/18
859/9 860/20 863/18
864/9 875/9 877/17

884/7 886/1 888/4
894/3 895/1 896/20
897/24 899/10 900/13
900/14 902/4 910/4
912/10 913/9 914/20
916/7 916/8 916/16
916/24 918/19 919/3
919/12 919/19 920/13
921/2 921/11 924/14
926/25 927/1 927/2
927/20 929/4 934/15
939/18 945/20
**asked [53]** 829/13
837/14 841/3 843/4
847/4 847/25 848/6
849/20 850/8 850/21
852/6 857/20 859/11
863/20 867/23 870/1
876/24 877/20 880/22
884/11 884/15 886/3
887/1 888/7 890/2
895/5 896/14 897/20
898/10 898/20 900/21
901/16 901/22 902/24
912/22 912/25 913/20
914/23 919/22 921/2
924/15 925/12 929/8
934/16 935/10 935/17
938/21 939/19 942/20
943/10 943/22 957/24
958/5
**asking [9]** 827/16
828/7 831/18 832/18
923/21 939/4 946/25
948/12 958/8
**asleep [1]** 853/6
**aspect [2]** 841/19
843/5
**assert [4]** 958/14
959/10 959/13 959/15
**assessments [1]** 919/4
**assign [1]** 882/14
**assist [6]** 827/16 889/3
889/5 889/9 889/16
894/19
**associate [2]** 879/19
883/12
**associated [6]** 861/11
861/25 879/13 880/15
931/7 931/15
**association [1]** 864/17
**associations [1]**
879/14
**assume [2]** 879/3
953/17
**assumed [1]** 876/3
**assumes [2]** 953/23
955/15
**assuming [1]** 899/4
**assumption [1]** 955/16
**assured [2]** 828/8
828/12
**Atlanta [2]** 851/9
851/10
**attached [1]** 833/10
**attempts [1]** 830/22
**attended [1]** 856/18

**attention [2]** 831/19
900/8 917/3 917/5
917/8 917/10
**attention-grabbing [1]**
900/8
**attorney [9]** 841/17
847/5 891/7 905/3
905/7 905/8 905/9
905/12 943/12
**Attorney General [3]**
905/3 905/7 905/12
**Attorney General's
Office [2]** 905/9
943/12
**ATTORNEY'S [2]**
818/14 909/18
**attorneys [1]** 896/1
**attuned [2]** 948/21
948/23
**authenticate [1]** 962/2
**authentication [1]**
961/2
**authenticity [3]** 960/23
961/8 961/18
**authorities [1]** 866/15
**authority [1]** 906/8
**available [3]** 826/23
894/19 958/17
**Avenue [5]** 819/7 820/7
820/16 821/4 868/24
868/25
**avert [1]** 830/15
**avoid [7]** 829/14
829/18 830/2 832/23
832/25 833/6 845/17
**avoiding [1]** 829/21
**aware [8]** 859/18 904/2
904/4 904/9 905/8
908/4 909/3 948/21
**away [4]** 836/7 836/24
913/17 915/15
**awful [1]** 932/4
**awkwardness [1]**
862/6

**B**

**B-a-b-o-u-l-i-s [1]**
833/25
**Baboulis [1]** 833/25
**back [23]** 828/5 838/4
839/13 839/18 856/3
856/10 858/3 861/15
862/6 862/22 881/4
890/3 905/4 905/13
919/14 927/10 930/15
938/18 938/22 949/23
956/13 960/2 960/10
**background [2]** 894/9
947/8
**Baltimore [2]** 943/6
943/12
**bare [1]** 858/11
**Barrett [1]** 821/4
**based [23]** 827/23
828/14 830/9 843/14
851/14 860/20 861/8
866/22 871/11 888/23
889/1 889/21 893/14
896/2 896/2 902/2

900/8 917/3 917/5
917/8 917/10
**based upon [1]** 941/5
**basic [1]** 951/14
**basis [11]** 886/22
951/10 951/20 952/23
953/11 954/3 954/16
957/18 960/7 960/12
962/2
**be [208]**
**bear [2]** 823/13 837/21
**bearing [1]** 947/14
**bears [1]** 932/21
**because [52]** 824/4
826/1 827/7 827/19
836/11 839/10 842/15
851/13 857/10 859/2
861/19 871/8 876/3
882/13 883/16 890/13
895/24 902/22 905/20
906/13 906/15 914/1
915/9 915/14 917/24
918/12 918/25 922/10
932/3 939/3 941/16
943/25 945/25 946/7
947/1 948/3 948/18
948/21 948/22 952/3
953/5 954/1 954/16
956/14 958/5 958/6
958/8 958/12 958/22
959/22 960/6 961/17
**become [3]** 850/19
853/11 853/13
**been [48]** 825/20
827/12 838/17 848/1
848/20 849/16 850/23
852/1 856/21 858/6
861/22 864/8 865/24
866/6 867/24 868/2
868/16 870/2 871/16
880/23 880/25 881/6
884/8 886/10 889/8
895/6 898/11 899/23
902/25 911/5 923/15
929/19 934/17 934/24
935/18 935/21 937/25
939/25 941/15 944/10
944/13 944/19 947/8
947/20 955/22 957/18
960/6 960/14
**before [13]** 818/10
823/15 826/22 827/5
827/13 833/8 868/19
880/24 900/14 935/19
944/10 953/4 954/8
**before them [1]** 954/8
**begin [1]** 840/15
**Beginning [1]** 822/14
**behalf [3]** 822/17
822/21 823/2
**behave [1]** 946/8
**behavior [1]** 939/4
**being [37]** 825/15
826/16 831/3 843/14
845/16 862/10 863/15
864/18 876/23 877/12
879/8 882/12 883/25

**B**

**being... [24]** 885/16
885/22 896/11 912/5
913/21 913/23 914/2
914/5 914/15 915/3
915/17 915/25 921/17
924/12 928/22 929/24
947/2 948/23 949/2
949/8 952/25 954/19
956/8 961/8

**beliefs [1]** 880/18

**believe [11]** 824/20
859/23 880/12 880/19
882/10 884/16 911/3
911/4 925/13 930/2
957/25

**bell [1]** 942/14

**Bennie [3]** 819/6
822/11 826/20

**Bennie Alvin Parker [1]**
826/20

**besmirch [1]** 876/22

**best [2]** 848/3 926/11

**Beth [1]** 834/21

**better [3]** 924/21
940/24 940/24

**between [3]** 864/17
874/16 875/23

**beyond [7]** 841/4 845/6
845/23 932/22 933/13
936/24 946/4

**bias [3]** 926/12 931/25
939/15

**biased [1]** 828/13

**biases [2]** 882/15
939/13

**big [3]** 908/6 911/6
941/17

**big-picture [1]** 941/17

**bit [11]** 823/12 839/9
841/21 867/8 872/5
872/8 910/2 930/23
931/12 940/7 960/25

**blank [1]** 852/23

**blanket [2]** 946/4 959/7

**blind [1]** 957/2

**blockading [1]** 954/25

**blowing [1]** 903/24

**blurry [4]** 913/5 913/6
913/13 913/15

**board [2]** 870/3 874/19

**bones: [1]** 858/11

**bones: the [1]** 858/11

**book [1]** 828/23

**boots [1]** 870/8

**boss [5]** 855/12 870/25
871/2 871/4 886/14

**Botanic [1]** 855/6

**both [5]** 827/13 874/7
893/19 953/10 961/2

**bottom [4]** 849/20
918/20 942/19 960/22

**bottom-line [1]** 918/20

**Bourjaily [1]** 957/3

**box [2]** 838/11 921/18

**Boys [1]** 892/16

**branch [4]** 897/13
904/6 905/24 935/8

**brandwoodwardlaw.c
om [1]** 820/5

**breached [1]** 889/16

**breakups [1]** 944/20

**bredden [1]** 820/19

**Brennwald [5]** 819/6
819/6 822/24 822/25
910/22

**Brentwood [1]** 869/6

**brief [2]** 922/7 951/12

**briefly [1]** 910/2

**bring [5]** 823/15
833/17 835/3 839/13
877/5

**Britt [1]** 820/15

**broad [1]** 941/11

**broadcast [1]** 865/10

**broadly [1]** 958/25

**brother [1]** 942/25

**brought [3]** 828/24
881/23 911/10

**brushed [1]** 866/17

**bubbling [1]** 919/1

**buckets [1]** 956/12

**building [13]** 820/8
848/7 854/21 864/8
869/11 880/23 889/23
890/5 890/9 898/11
898/18 935/18 935/24

**buildings [3]** 855/5
855/5 909/2

**bullet [3]** 866/18
866/21 866/24

**burden [10]** 886/6
895/21 932/21 933/13
933/15 933/22 934/9
934/10 934/11 934/12

**business [12]** 836/2
836/6 836/7 836/11
836/14 838/18 840/11
847/6 847/8 847/9
898/17 961/2

**business/work-related
[1]** 836/2

**Byron [1]** 834/22

**Byron Cody [1]** 834/22

**C**

**cable [1]** 882/1

**Cain [1]** 834/11

**call [4]** 824/9 828/5
876/4 908/9

**called [3]** 845/16
856/24 859/2

**callused [1]** 867/8

**came [8]** 827/19 860/6
866/18 871/1 874/19
894/18 947/16 956/3

**campus [2]** 855/14
856/20

**can [114]** 827/17
828/12 830/17 832/12
836/4 837/23 837/24
839/5 839/8 839/22
840/3 840/5 840/6
840/14 841/5 841/10
841/12 841/16 843/8

848/2 848/21 849/18
850/6 850/10 850/23
850/24 851/7 853/7
855/15 857/24 859/15
860/3 863/8 864/23
866/3 871/10 871/13
872/22 873/18 876/5
877/24 878/11 878/14
879/10 880/12 880/21
881/2 881/10 884/11
884/19 886/7 887/3
888/15 889/11 890/21
891/12 891/16 892/1
893/3 893/8 894/1
894/5 894/15 897/12
898/9 898/12 899/1
899/19 901/2 902/1
902/4 903/1 910/4
911/3 911/24 913/13
915/2 916/19 917/5
918/6 919/2 919/13
921/2 921/4 921/7
925/5 925/19 926/4
928/1 929/12 930/5
930/14 933/16 934/21
935/7 936/4 939/5
939/18 939/22 940/16
941/23 941/25 944/15
947/12 949/10 949/24
950/21 957/2 957/23
958/17 958/18

**can't [11]** 837/22
844/17 859/17 871/22
887/13 896/9 904/16
914/2 948/25 953/17
959/10

**cannot [2]** 836/3
939/14

**capacity [5]** 860/19
864/5 896/25 897/1
935/7

**Capitol [58]** 833/24
843/6 848/7 848/7
854/6 854/21 855/3
855/4 855/6 855/9
855/12 860/19 864/8
864/8 868/17 869/9
869/12 869/16 869/19
869/24 870/14 872/12
872/13 874/19 874/21
875/14 875/21 875/22
880/23 880/23 881/1
887/8 889/3 889/10
889/16 889/23 890/5
890/9 895/7 898/11
898/11 898/15 898/18
898/21 898/22 911/9
935/18 935/18 935/21
935/24 935/25 936/3
936/25 939/10 947/23
952/5 952/16 954/22

**Capitol Building [9]**
848/7 854/21 864/8
880/23 889/23 890/9
898/11 898/18 935/24

**Capitol Complex [1]**
935/25

848/7 864/8 880/23
881/1 898/11 898/22
935/18

**Capitol Hill [4]** 935/21
936/3 939/10 947/23

**Capitol's [1]** 861/20

**Captain [1]** 833/24

**capture [1]** 934/3

**car [2]** 866/20 883/11

**care [5]** 836/7 939/9
939/24 946/17 947/13

**career [1]** 847/20

**carjacking [2]** 944/20
944/20

**CARLTON [1]** 820/11

**carltonfields.com [1]**
820/14

**carry [3]** 890/16 937/11
937/14

**cart [1]** 953/3

**case [88]** 826/19
827/18 828/14 829/6
829/7 829/9 829/11
829/12 829/14 829/20
829/23 830/4 830/9
830/12 830/15 830/22
831/6 831/7 831/16
831/20 832/5 832/5
832/6 832/11 833/23
834/11 838/7 838/14
838/20 841/19 842/5
842/16 842/23 842/24
843/25 844/21 849/17
851/21 852/10 852/14
856/25 858/23 859/1
859/4 864/14 865/17
873/13 873/21 877/25
880/10 882/13 884/9
884/10 886/4 890/4
893/21 897/25 898/2
899/13 902/18 903/16
905/11 909/16 909/17
909/22 917/4 917/9
920/4 926/13 928/4
937/12 939/14 939/25
945/16 945/22 946/16
953/8 955/19 957/3
958/22 958/23 959/13
960/25 961/13 961/15
961/16 961/16 961/21

**cases [10]** 831/11
875/24 904/20 905/6
906/11 911/23 960/21
961/23 961/25 962/7

**catching [3]** 866/24
915/4 915/5

**caught [1]** 937/6

**cause [20]** 823/18
823/19 824/2 825/16
825/23 826/1 838/11
842/8 851/20 858/21
864/18 867/20 868/7
875/10 877/2 877/4
903/7 911/1 911/13
949/15

**caused [1]** 937/18

**center [1]** 938/12

848/7 864/3 880/23
881/1 898/11 898/22
935/18

**central [1]** 855/10

**certain [3]** 823/17
862/8 927/22

**certainly [1]** 932/24

**certainty [1]** 892/22

**certifications [1]** 961/1

**Certified [1]** 821/3

**certify [1]** 963/2

**CH [1]** 821/4

**chains [1]** 886/12

**chair [1]** 913/10

**challenges [1]** 886/20

**chance [1]** 838/23

**chances [1]** 914/2

**change [2]** 840/6 840/6

**characterize [1]**
881/22

**charged [3]** 867/24
938/9 951/24

**charges [3]** 884/11
925/13 928/4

**chart [1]** 855/18

**chat [8]** 950/7 950/9
951/9 954/19 956/2
956/10 959/19 959/25

**chats [1]** 936/18

**chief [6]** 833/23 886/6
887/6 903/16 908/19
908/21

**child [1]** 943/7

**choice [2]** 832/23
933/6

**choose [2]** 832/24
938/3

**Chuck [2]** 823/7
834/17

**Chuck Greene [1]**
834/17

**circle [2]** 863/24
938/18

**Circuit [5]** 961/15
961/15 961/19 961/20
961/21

**circumstances [1]**
886/21

**cite [3]** 961/15 961/20
961/25

**citing [1]** 961/12

**citizen [2]** 858/8
896/12

**citizens [1]** 827/1

**city [8]** 860/9 867/8
872/21 903/3 903/4
939/8 939/10 944/16

**City's [1]** 943/7

**civic [2]** 872/1 872/1

**claiming [1]** 906/1

**claims [1]** 852/10

**clarify [2]** 837/12 878/2

**class [1]** 922/21

**classes [2]** 922/11
922/15

**classic [1]** 876/4

**clause [3]** 961/17
961/24 962/4

**cleanup [2]** 861/24
870/18

**clear [3]** 875/15 922/14

**C**

clear... [1] 958/5
clearly [7] 913/10
916/22 917/24 952/13
952/20 953/11 961/6
Clerk [1] 875/7
clips [1] 863/10
close [34] 847/25
849/24 850/1 850/22
852/1 852/7 857/20
863/20 863/24 865/24
866/11 867/23 875/10
876/4 887/2 887/20
887/21 895/5 895/12
896/14 896/19 897/2
898/20 902/25 908/19
911/7 913/23 915/15
917/25 934/16 934/22
935/10 944/12 948/22
closely [12] 845/14
848/22 849/7 849/11
863/8 894/4 894/6
917/12 917/21 918/9
918/21 962/7
closer [3] 838/19
913/16 919/15
closest [1] 913/10
closings [1] 838/25
CNN [4] 888/18 900/1
908/13 918/10
CNN's [1] 900/25
co [23] 834/16 952/10
952/10 952/22 953/1
953/3 953/9 953/12
953/14 953/18 953/23
954/1 954/6 954/7
954/17 955/5 956/2
956/15 956/22 957/14
957/19 957/20 960/7
co-conspirator [13]
952/10 952/10 952/22
953/9 953/12 954/1
954/17 955/5 956/15
956/22 957/19 957/20
960/7
co-conspirators [8]
953/1 953/3 953/14
953/18 953/23 954/6
954/7 957/14
co-counsel [1] 834/16
Code [1] 855/13
Cody [1] 834/22
Colbert [1] 859/21
Colberts [1] 863/12
collaborated [4] 860/8
860/15 872/9 872/22
collaboration [1]
876/13
colleagues [2] 854/15
862/7
collected [1] 866/20
college [2] 868/1 944/3
COLUMBIA [4] 818/1
818/14 822/3 826/15
columnists [1] 940/3
come [26] 822/8
830/14 842/2 842/6
843/18 857/12 872/21

900/4 902/17 903/21
904/22 906/11 923/9
932/23 932/23 951/9
952/20 956/22 958/12
958/18 959/10 959/12
960/25
comes [5] 863/2
879/17 881/13 881/17
953/2
comfort [2] 913/21
914/25
comfortable [7] 835/14
854/1 912/8 914/24
916/5 921/17 929/2
coming [9] 825/12
870/3 882/15 885/9
901/10 907/11 923/10
928/12 934/14
command [1] 886/13
comment [2] 830/1
958/1
commentary [1]
830/15 940/13
comments [3] 900/22
951/19 956/4
commercial [1] 847/11
committee [16] 845/13
846/16 846/22 863/7
863/16 887/7 894/5
895/11 898/24 899/3
908/20 908/22 908/25
909/8 911/8 911/21
Committee's [1] 911/9
committees [1] 905/17
common [1] 908/15
communicate [4]
829/6 830/22 832/4
872/24
communicated [1]
860/8
communications [1]
874/25
community [3] 937/20
945/13 945/14
compartmentalize [1]
859/6
compartmentalized [1]
870/23
compensate [1]
924/18
complaints [6] 903/22
904/14 904/17 907/18
907/20 907/20
complete [4] 827/21
831/11 831/16 917/3
completed [3] 827/19
828/1 831/21
completely [2] 875/25
914/3
completing [1] 845/19
Complex [1] 935/25
Compliance [1] 855/13
computer [2] 821/7
870/21
computer-aided [1]
821/7
conception [1] 879/23

842/13 862/21 871/8
876/18 887/1 887/16
887/25 936/22 937/10
937/13 947/15 948/1
961/4
concerned [4] 876/15
881/9 913/23 927/9
concerning [3] 848/22
875/11 912/23
concerns [11] 876/25
896/6 913/21 915/2
915/8 917/7 932/5
932/7 936/13 938/24
947/1
concert [2] 832/23
848/13
concerts [1] 848/12
concluded [1] 831/25
conclusion [5] 835/1
858/10 874/4 874/8
962/3
concurrence [2] 856/4
856/8
conduct [4] 905/12
905/25 907/4 952/19
confirm [1] 877/24
confrontation [5]
961/5 961/9 961/16
961/24 962/4
Congress [4] 855/7
860/17 869/21 935/8
congressional [2]
832/7 856/11
Connecticut [3] 836/6
836/12 836/15
connecting [1] 936/19
connection [2] 846/15
863/16
Connie [8] 820/2
822/12 826/20 834/9
893/5 893/6 906/16
906/17
Connie Meggs [4]
826/20 893/5 893/6
906/17
Connnie [1] 823/5
Connnie Meggs [1]
823/5
consented [1] 824/1
consider [4] 830/11
882/12 886/21 887/21
consideration [1]
842/2
considered [3] 827/15
882/13 931/16
conspiracy [11]
952/11 952/12 953/8
953/12 955/6 955/7
955/9 955/19 955/21
957/5 957/12
conspirator [13]
952/10 952/10 952/22
953/9 953/12 954/1
954/17 955/5 956/15
956/22 957/19 957/20
960/7
conspirators [10]

953/18 953/23 954/6
954/7 956/2 956/7
957/14
Constitution [1] 821/4
consulate [1] 839/24
consume [2] 865/6
939/25
consumed [6] 849/10
864/22 864/24 881/11
899/20 939/23
consumer [4] 899/25
908/6 911/6 911/15
consuming [1] 865/11
contacts [2] 849/21
911/22
contained [1] 950/9
content [6] 865/5
947/11 947/14 947/17
947/21 948/16
contest [1] 856/9
contesting [1] 856/5
context [7] 844/11
844/16 891/16 893/8
956/9 957/20 961/1
continue [1] 839/5
CONTINUED [3] 819/1
820/1 821/1
continues [3] 824/17
825/5 829/15
contractor's [1] 870/15
contracts [1] 943/17
control [2] 841/24
896/9
conversation [2]
874/16 950/24
conversations [2]
909/8 909/13
convictions [1] 859/1
convinced [1] 895/20
Cooper [6] 819/9
819/10 823/2 823/3
950/3 955/4
coordinate [1] 855/24
cops [2] 946/3 946/3
Corps [3] 881/2 935/3
935/4
correct [34] 826/8
843/21 846/1 846/7
846/14 851/22 853/23
853/24 854/7 854/13
858/16 865/12 865/13
868/18 873/14 873/17
877/15 889/17 902/10
903/17 903/18 904/10
907/13 907/14 908/25
924/9 924/10 925/17
926/21 927/5 928/25
931/21 953/25 963/3
corrections [1] 850/12
corrective [1] 904/15
correctly [1] 892/1
could [73] 830/19
833/5 836/19 838/3
838/7 838/10 838/25
838/25 840/5 842/25
843/13 845/1 845/1
847/2 848/18 849/17

854/23 854/23 857/1
857/2 858/25 859/9
861/9 862/18 863/18
864/14 865/21 867/16
868/7 869/14 870/20
873/1 880/9 880/17
880/19 882/17 885/11
885/13 889/25 891/3
895/1 896/7 897/3
900/18 902/19 904/8
910/1 910/1 913/11
916/22 917/8 917/10
917/20 918/22 919/19
920/13 926/12 930/22
931/2 933/3 934/15
936/23 938/18 941/1
941/7 941/20 942/19
947/12 948/19 951/19
956/13 959/3 962/2
couldn't [4] 843/13
851/20 885/9 942/1
counsel [15] 822/14
834/16 837/15 837/20
847/12 847/14 873/6
886/9 887/6 903/16
905/15 907/12 908/22
911/20 959/3
counterpart [1] 871/5
counterterrorism [1]
826/2
counting [1] 860/18
couple [7] 823/14
838/5 848/11 850/11
899/23 909/15 923/8
course [5] 849/4
854/17 933/17 937/19
959/4
court [27] 818/1 821/2
821/3 822/3 825/20
826/15 831/22 837/20
841/23 852/8 890/24
898/14 909/19 913/21
922/8 950/5 950/5
950/10 950/11 950/13
950/16 951/11 953/22
956/1 956/15 961/16
962/11
Court's [2] 922/6
956/13
courthouse [5] 831/2
831/14 831/21 832/15
858/2
courtroom [28] 826/11
828/2 828/3 828/3
828/5 828/24 830/16
830/23 830/23 831/8
831/8 832/12 833/4
833/9 835/3 835/6
841/16 841/25 875/8
883/20 900/18 910/9
914/24 919/6 923/3
926/15 928/14 941/6
courts [1] 827/2
cover [1] 829/25
coverage [14] 829/14
845/17 846/12 846/15
849/6 864/22 893/11
896/3 899/22 900/16

**C**

coverage... [4] 907/2 920/17 925/22 941/19
covered [2] 823/24 841/4
COVID [8] 832/25 833/4 833/7 913/22 915/1 915/3 921/15 921/19
COVID-related [1] 833/7
CR [1] 818/4
create [3] 862/6 886/20 895/22
creates [1] 841/4
credible [1] 857/13
credit [2] 857/6 945/23
crime [11] 850/22 850/23 852/1 865/23 865/25 866/6 866/11 867/25 884/10 903/1 945/12
crimes [1] 944/13
criminal [16] 822/10 831/11 847/21 849/25 850/4 892/25 897/4 897/7 899/9 901/19 901/19 909/22 932/20 943/3 943/18 958/23
Crisp [2] 957/24 957/25
critical [2] 826/25 832/9
critically [1] 832/3
crop [1] 949/22
cross [2] 959/3 961/18
cross-examine [1] 961/18
cross-examined [1] 959/3
crowd [1] 937/25
CRR [2] 963/2 963/8
Crystal [2] 903/3 903/4
Crystal City [2] 903/3 903/4
cs.com [1] 819/8
culpability [2] 938/6 938/7
curiosity [1] 874/23
curious [1] 883/4
current [9] 834/3 870/9 870/13 899/25 902/5 903/15 921/3 943/8 948/1
current-affairs [1] 899/25
currently [3] 840/14 934/24 935/14

**D**

D.C [18] 818/5 818/15 819/4 819/7 819/12 820/3 820/8 820/12 821/5 868/4 869/5 869/11 897/17 908/16 917/25 918/10 935/21 961/13
D.C. [1] 961/20

Dallas [1] 820/17
damages [1] 854/20
date [2] 840/6 963/7
David [1] 834/1
David VanBenschoten [1] 834/1
day [31] 818/7 825/9 831/12 831/14 831/19 838/19 854/21 860/25 869/2 872/21 881/12 887/8 887/12 887/19 887/22 887/25 889/3 889/23 899/20 900/16 917/22 918/1 918/21 918/22 936/17 937/25 939/23 947/3 952/19 954/18 954/20
days [4] 824/8 838/18 838/23 898/22
deal [1] 903/19
dealing [1] 905/23
deals [3] 847/17 847/18 911/11
dealt [3] 866/23 906/6 961/23
dear [1] 911/7
deceased [1] 943/8
decide [1] 830/8
decided [3] 866/24 933/11 959/5
decision [2] 827/1 955/12
decision-makers [1] 827/1
deemed [3] 956/14 956/16 956/16
deep [1] 929/20
deeply [1] 939/9
defendant [18] 819/2 819/6 819/9 820/2 820/10 820/15 834/9 861/17 864/18 872/13 932/22 933/10 933/18 933/23 951/18 958/15 958/15 958/23
Defendant Connie Meggs [1] 834/9
defendants [31] 818/7 858/23 859/4 861/11 862/5 862/8 871/11 874/5 880/11 884/16 888/2 888/13 890/5 891/5 895/20 897/25 898/7 900/18 918/24 925/13 926/1 926/7 931/14 931/18 951/25 952/16 953/14 953/17 954/4 954/23 955/22
defendants' [2] 834/11 842/22
defender [1] 943/4
defense [11] 838/17 838/20 852/18 868/13 882/23 901/19 903/13 933/4 943/4 946/13 961/13
did you [4] 845/20 866/15 887/11 944/25
define [1] 841/21

degree [1] 931/12
delay [1] 833/5
delays [1] 833/7
delegate [1] 905/12
delegation [1] 860/18
delegations [1] 860/18
demands [1] 886/20
democracy [1] 827/1
Department [10] 826/2 848/4 863/23 867/14 867/17 868/20 868/23 869/20 945/1 945/10
depending [2] 896/7 900/7
depends [2] 931/11 951/14
depth [2] 940/7 941/18
deputy [7] 828/2 830/16 830/23 831/8 871/16 886/6 903/16
describe [1] 899/19
described [6] 889/8 930/5 931/5 937/10 938/25 951/15
describing [1] 954/17
description [5] 842/7 847/7 851/14 876/12 918/20
designs [1] 870/15
desire [2] 828/9 828/10
despite [1] 831/6
destroying [1] 942/4
detail [2] 929/25 941/18
determination [2] 953/7 955/17
determine [5] 861/17 890/6 904/23 905/14 953/13
determining [2] 827/17 906/2
detrimental [1] 916/14
developed [2] 867/1 885/5
developments [1] 917/14
devices [4] 828/25 829/2 829/4 830/6
did [48] 824/8 825/22 843/22 845/20 846/12 849/8 850/19 853/10 857/13 858/8 862/4 866/15 866/17 869/21 870/5 887/11 887/11 890/5 898/20 906/18 908/1 909/8 923/9 927/16 927/23 928/4 933/18 933/23 934/2 935/7 935/23 936/13 936/16 936/24 937/16 941/11 943/15 943/17 944/6 944/25 945/2 945/3 948/8 949/25 956/4 956/19 960/8 961/5
didn't [4] 845/20

DISTRICT [8] 818/1 818/1 818/10 818/14 822/3 822/3 826/14 826/15
division [2] 855/13 870/4
do [138] 829/6 829/11 831/21 832/4 832/5

845/25 846/10 853/1 853/1 874/15 875/12 883/14 900/14 909/5 923/6 927/14 934/3 934/4 934/5 936/22 937/16 943/18 954/13
diet [1] 947/2
difference [7] 949/4 949/5
differences [2] 842/2 898/6
different [10] 827/13 827/14 828/3 831/11 898/3 905/23 929/15 938/11 953/6 962/1
differently [1] 896/5
difficult [4] 884/17 917/19 923/22 925/14
difficulties [2] 864/20 895/22
difficulty [12] 861/18 864/18 882/9 893/22 899/10 903/7 913/3 927/24 928/5 933/23 941/14 941/14
direct [4] 855/22 862/13 871/19 914/22
direction [1] 831/2
directly [4] 879/18 880/15 911/11 947/13
director [2] 871/16 871/16
discharged [2] 923/15 923/17
disclose [1] 907/21
discloses [1] 905/1
disclosing [1] 876/18
disclosure [1] 904/7
disclosures [2] 904/3 904/21
discuss [1] 835/2 858/8 950/16
discussed [4] 832/1 863/16 895/14 950/15
discussion [7] 837/20 846/17 874/1 875/13 950/9 950/14 951/3
discussions [5] 854/14 869/23 874/25 875/12 894/11
dismiss [1] 833/8
dismissed [2] 823/19 830/3
dismissing [1] 823/17
disqualify [1] 952/22
disrupt [1] 833/1
distinctive [1] 859/24
distracted [2] 915/12 917/4

do [138] 829/6 829/11 831/21 832/4 832/5

836/19 837/25 839/4 839/6 839/10 839/21 839/23 842/25 844/15 844/21 844/21 846/17 846/22 846/23 847/7 849/8 849/17 849/24 849/25 850/3 850/3 854/3 855/22 856/25 857/4 857/10 857/11 858/3 860/14 860/21 861/1 861/8 861/16 861/17 862/4 862/5 864/4 864/15 865/18 867/13 867/15 869/16 870/9 870/17 872/11 872/13 872/18 875/16 876/1 877/17 878/25 882/9 882/16 884/5 884/24 885/10 885/11 885/13 886/14 886/21 889/5 889/20 890/7 891/20 892/14 893/14 893/20 894/1 894/11 895/18 895/21 896/6 898/1 898/9 900/19 901/18 902/5 902/12 902/18 903/16 904/12 904/20 905/3 905/9 906/21 910/4 911/19 915/12 917/2 917/4 918/22 920/8 920/21 924/21 927/13 929/19 930/15 930/24 931/17 932/5 932/7 933/3 933/7 933/8 933/12 934/2 937/9 937/10 937/23 938/24 940/23 941/7 941/7 943/18 944/1 944/9 945/8 945/23 946/8 946/22 947/12 947/12 947/18 947/20 948/8 948/18 948/22 952/15 954/18 957/25
do that [1] 900/19
do you [2] 905/9 947/20
do you have [13] 846/17 850/3 864/15 870/9 870/17 889/20 890/7 891/20 924/21 929/19 930/24 932/7 945/8
do you know [2] 844/15 906/21
Do you see [1] 946/22
Do you think [1] 933/12
documents [3] 908/2 961/1 961/2
does [13] 842/7 867/15 941/1 946/9 947/18 947/20 954/9 954/15 955/9 958/3 958/21 958/25 961/9
doesn't [14] 840/6 842/12 867/4 867/9

**doesn't... [10]** 897/17
922/16 948/18 949/4
952/21 954/12 954/14
955/5 958/19 958/21
**doing [5]** 829/11
835/14 838/25 854/1
863/2 877/10 882/9
891/8 912/8 916/5
919/9 928/21 929/2
930/1 939/3 961/4
**DOJ [10]** 904/12
904/13 904/14 904/18
904/19 904/20 905/1
905/25 911/22 911/23
**don't [81]** 832/23
838/11 838/19 839/4
839/13 843/12 843/15
844/8 844/21 844/22
845/2 845/7 849/7
850/5 851/16 853/10
853/12 861/22 862/18
862/24 864/9 864/13
867/6 867/19 870/23
872/16 872/16 876/7
876/22 878/21 878/21
879/5 881/15 881/25
882/5 882/10 883/3
883/12 892/25 894/20
904/2 905/21 906/8
906/10 906/11 908/17
909/1 909/13 909/16
910/16 911/19 916/21
917/7 918/25 919/1
920/19 920/25 922/11
922/15 927/4 932/14
933/1 933/7 933/8
937/5 937/7 940/22
942/14 946/4 948/4
949/20 952/2 952/7
953/25 957/3 957/17
958/10 959/13 960/3
961/11 961/17
**done [8]** 831/18 836/17
840/1 840/8 847/21
856/19 899/9 902/9
**done soon [1]** 840/8
**door [1]** 945/18
**dotted [1]** 855/23
**dotted-line [1]** 855/23
**doubt [3]** 867/20
932/22 933/14
**doubts [1]** 857/5
**down [8]** 825/8 838/3
839/8 850/13 876/3
910/6 911/9 949/20
**Dr. [1]** 834/22
**Dr. Laurie [1]** 834/22
**driven [1]** 870/7
**drives [1]** 870/22
**driving [2]** 866/19
883/10
**due [1]** 869/3
**during [11]** 828/21
829/4 830/13 830/21
830/25 831/6 832/15
833/12 833/23 834/10
870/6

---

854/19 869/21
**duty [7]** 827/3 859/1
859/3 861/24 872/1
872/1 872/1

---

## E

**each [8]** 826/18 827/23
828/5 835/3 855/8
911/16 932/6 936/20
**earlier [6]** 832/1 832/3
878/13 895/8 901/16
938/2
**early [3]** 838/24 843/15
897/23
**ears [1]** 830/16
**east [1]** 875/20
**easy [1]** 949/4
**echo [1]** 910/1
**Edmund [1]** 820/2
**Edwards [2]** 818/13
822/17
**Edwards' [1]** 960/20
**effect [7]** 898/1 937/19
937/20 956/17 956/21
957/18 959/23
**effectively [7]** 855/2
855/10 856/2 856/7
856/10 856/12 867/4
**effort [1]** 938/12
**eighth [1]** 881/4
**eighth-grade [1]** 881/4
**either [13]** 838/10
841/14 859/20 861/11
862/21 880/15 893/11
896/25 901/19 903/3
907/19 931/15 943/4
**election [1]** 890/14
**electronic [1]** 870/24
**elementary [2]** 916/12
944/2
**Elizabeth [1]** 834/21
**else [9]** 853/19 863/24
878/21 895/8 896/17
901/24 944/23 945/18
945/25
**else's [1]** 939/8
**elsewhere [4]** 850/16
868/4 868/5 939/10
**email [12]** 818/16
819/5 819/8 819/13
820/4 820/9 820/13
820/18 823/17 855/25
856/16 960/20
**emailing [1]** 829/8
**emails [1]** 856/22
**embarrass [1]** 828/11
**emotions [2]** 918/2
919/1
**employed [10]** 847/6
848/1 854/5 863/21
875/14 895/6 895/15
896/15 934/17 934/22
**employee [7]** 854/24
896/22 904/1 904/5
904/6 905/1 906/1
**employees [6]** 863/2
903/23 904/14 904/18

---

**employment [9]** 826/1
847/5 861/15 868/16
869/18 871/12 876/15
903/24 907/19
**enabled [1]** 828/24
**encountered [1]**
945/13
**encounters [1]** 945/12
**end [5]** 825/9 831/14
838/8 838/15 839/12
**endeavors [1]** 855/25
**ended [2]** 824/7 866/22
**Energy [3]** 868/21
868/23 869/20
**enforcement [17]**
850/9 864/4 867/2
875/22 896/25 897/1
897/4 897/5 901/23
902/17 902/22 943/22
943/23 945/21 945/22
945/24 945/25
**engaged [1]** 875/21
**English [2]** 927/5
927/7
**enough [7]** 845/4
880/4 899/7 914/3
915/5 922/21 962/9
**ensure [2]** 901/17
921/15
**ensuring [1]** 832/10
**enter [2]** 872/19 890/5
**entered [6]** 826/11
872/12 872/13 889/22
890/9 950/13
**entire [2]** 830/20
855/14
**escort [1]** 828/2
**especially [4]** 845/16
882/11 882/13 908/16
**essentially [4]** 874/2
890/13 950/12 952/13
**establish [4]** 953/11
957/12 957/23 961/8
**establishing [2]**
960/14 960/23
**estimated [1]** 838/22
**estimating [1]** 838/17
**ET [1]** 818/6
**Eugene [1]** 820/10
**evaluate [7]** 849/16
859/3 888/1 891/4
891/5 893/24 898/7
**evaluator [1]** 857/2
**even [17]** 829/16 861/4
885/8 913/7 913/8
913/9 915/7 915/13
917/7 919/1 925/25
926/7 929/22 937/10
949/20 952/17 954/14
**evening [1]** 859/20
863/11 864/25 865/15
896/15 934/17 934/22
**event [4]** 846/6 870/11
881/15 882/17
**events [27]** 823/25
829/20 830/1 843/5
846/21 848/21 848/22
854/15 864/23 870/6

---

895/16 899/18 899/20
900/16 900/23 908/2
917/22 918/22 920/15
920/18 937/14 939/21
939/23 940/13
**ever [5]** 895/6 902/25
934/17 935/17 944/13
**every [1]** 876/24
**everybody [3]** 876/24
915/6 949/23
**everyone [12]** 822/5
822/7 822/9 826/12
832/12 841/10 910/15
910/19 928/16 932/4
939/8 946/9
**everything [2]** 918/18
940/22
**evidence [42]** 828/15
830/9 833/9 838/14
838/18 841/25 842/3
842/6 842/23 849/16
859/3 865/17 872/12
880/10 884/10 885/10
888/1 890/4 890/24
891/4 891/5 893/24
896/2 898/7 900/17
932/23 933/10 933/11
933/18 933/24 934/5
934/9 938/22 939/1
941/4 946/22 951/22
954/22 955/21 957/8
960/22 961/9
**evidentiary [3]** 955/12
957/7 957/12
**exactly [1]** 944/18
**examine [1]** 961/18
**examined [1]** 959/3
**example [5]** 829/22
870/12 927/20 931/16
951/21
**examples [1]** 961/21
**excellent [2]** 907/10
911/10
**except [1]** 832/13
**exception [1]** 832/16
**exceptions [1]** 961/3
**excluded [1]** 906/13
**exclusive [2]** 859/7
960/12
**exclusively [1]** 960/4
**excuse [10]** 823/21
839/7 846/21 857/1
875/20 886/23 897/21
911/21 922/6 926/18
**excuse her [1]** 839/7
**excused [4]** 831/13
831/23 831/25 832/1
**excusing [1]** 886/22
**Executive [2]** 904/6
905/24
**Executive Branch [2]**
904/6 905/24
**existence [2]** 861/5
951/15
**exited [1]** 835/6
**expect [2]** 864/14
946/8

---

**expectation [1]** 958/14
**experience [12]** 850/22
851/19 852/2 866/14
867/15 867/19 868/6
874/2 874/11 903/6
944/19 945/9
**experienced [2]**
866/11 899/11
**experiences [4]** 866/22
867/2 947/22 948/22
**explanation [2]** 905/20
923/21
**exposed [5]** 848/20
849/16 929/18 941/15
947/13
**exposure [6]** 863/7
881/10 899/18 920/15
939/20 939/20
**extend [1]** 826/22
**extended [2]** 862/15
941/18
**extent [12]** 845/12
845/20 848/15 866/10
866/14 874/11 894/10
899/17 903/24 904/3
904/11 911/22
**extreme [1]** 886/21
909/25
**extremely [1]** 954/10
**eye [3]** 859/24 876/12
876/20
**eyes [3]** 830/16 913/5
913/6
**eyesight [1]** 912/23

---

## F

**Facebook [2]** 829/10
936/19
**facie [6]** 953/8 955/18
955/19 955/21 957/3
957/15
**fact [17]** 858/20 858/25
862/1 874/14 875/11
875/25 884/15 884/17
925/12 925/14 951/16
951/17 951/21 952/21
952/25 957/18 961/25
**factors [1]** 877/3
**facts [1]** 842/24
**fair [31]** 827/17 832/10
841/5 843/7 843/13
845/4 849/12 851/20
857/2 861/10 864/19
868/7 871/10 880/4
880/10 881/22 899/7
903/8 907/3 911/3
914/3 915/5 917/19
918/23 919/3 925/22
933/3 946/24 952/2
957/22 960/16
**fairest [1]** 828/11
**fairly [8]** 867/17 870/22
871/15 874/20 885/10
888/1 898/7 902/19
**fallen [1]** 933/22
**familiar [7]** 827/14
827/22 828/16 855/1
871/14 880/2 883/10

**F**

**familiarity [1]** 857/14
**familiarity with [1]** 857/14
**family [35]** 829/9 836/6 836/7 836/11 836/14 847/6 847/25 849/24 850/8 850/23 852/1 852/7 857/21 863/21 863/24 865/24 866/12 867/24 887/2 887/20 895/6 896/15 897/11 898/21 901/18 901/23 902/25 915/15 934/17 934/22 935/11 935/14 937/21 942/21 944/12
**far [8]** 824/22 825/10 853/10 869/12 874/16 922/22 936/24 948/15
**father [1]** 935/13
**favor [1]** 879/14
**favorite [1]** 908/12
**FBI [5]** 834/2 834/11 902/6 906/6 906/9
**fear [1]** 917/4
**feature [2]** 826/25 831/10
**February [7]** 818/5 836/2 838/24 839/20 839/21 840/7 963/7
**federal [19]** 848/1 850/10 863/1 863/21 863/25 864/2 872/3 886/9 896/15 903/23 903/25 904/5 905/24 906/10 907/18 907/19 934/18 934/23 935/1
**Federal Government [1]** 934/23
**feed [2]** 900/25 901/1
**feel [23]** 827/13 827/22 828/16 828/22 828/25 835/13 853/25 861/1 867/7 876/17 884/4 891/6 912/7 916/4 918/3 918/5 918/11 919/1 921/17 929/1 930/16 948/15 959/21
**feeling [10]** 825/15 929/24 930/4 930/6 930/11 930/14 930/20 931/5 931/6 937/16
**feelings [5]** 841/9 841/14 864/15 867/1 938/24
**fell [1]** 933/14
**fellow [1]** 938/23
**felt [3]** 887/25 933/21 936/17
**few [9]** 824/8 827/19 834/18 852/10 858/3 868/15 940/17 943/1 946/22
**field [1]** 881/4
**FIELDS [1]** 820/11
**Fifth [8]** 958/14 958/16 958/20 959/9 959/10 959/14 959/15 961/15

959/9 959/14
**Fifth Circuit [1]** 961/15
**figuring [1]** 886/12
**files [1]** 870/24
**final [2]** 831/15 960/19
**finally [2]** 832/12 865/21
**find [4]** 851/13 862/17 871/20 916/19
**finding [4]** 957/5 957/8 957/11 957/11
**findings [4]** 856/3 856/5 856/6 856/9
**fine [11]** 843/18 858/7 883/24 920/20 921/20 922/1 922/10 922/12 923/7 937/15 948/13
**finished [1]** 831/17
**firm [1]** 885/5
**first [30]** 824/13 832/20 835/8 838/8 838/15 839/12 843/18 854/3 858/6 858/7 859/18 862/13 865/23 874/19 875/24 877/17 879/17 884/7 886/2 907/11 912/11 913/10 914/20 916/7 919/19 920/4 924/14 927/1 927/2 947/23
**first-line [1]** 862/13
**fitting [1]** 946/8
**five [3]** 833/23 876/16 935/1
**five-week-long [1]** 876/16
**flagged [1]** 927/4
**flashbacks [2]** 947/22 947/25
**Florida [1]** 834/12 850/13
**focus [7]** 842/22 865/16 880/9 880/22 882/17 900/17 941/3
**FOIA [2]** 907/15 908/1
**folks [2]** 824/11 943/3
**follow [28]** 829/25 832/3 835/4 837/14 845/20 852/16 868/11 868/15 872/5 873/5 881/23 882/20 884/13 907/10 918/9 922/3 922/7 924/23 925/3 925/7 926/2 926/8 926/10 940/2 940/3 940/10 946/11 946/17
**follow-up [9]** 835/4 837/14 852/16 868/11 873/5 882/20 922/3 922/7 946/11
**followed [11]** 845/13 845/14 848/22 849/7 849/11 863/8 894/5 900/21 917/12 917/21 918/22
**followers [1]** 829/9
**following [7]** 823/18

849/5 899/12 929/15
**follows [1]** 827/25
**footnotes [1]** 951/12
**forbidden [1]** 830/11
**force [2]** 834/23 889/9
**Forces [1]** 935/12
**Ford [1]** 869/10
**forefront [1]** 862/22
**foregoing [1]** 963/3
**foreign [1]** 848/4
**forgive [1]** 899/15
**forgot [1]** 941/12
**formally [2]** 884/11 943/19
**formed [3]** 860/21 889/21 945/8
**former [2]** 848/4 898/1 898/3
**formulate [1]** 862/16
**forthright [2]** 876/8 911/4
**forthrightly [1]** 876/25
**forthrightness [1]** 876/9
**forum [1]** 857/15
**forward [4]** 825/12 835/5 932/23 932/23
**found [2]** 858/12 874/9
**foundation [1]** 960/22
**founder [1]** 931/17
**founding [1]** 931/10
**four [3]** 876/15 916/25 944/8
**four-plus [1]** 916/25
**Fourth [1]** 818/15
**frank [3]** 862/10 867/3 873/24
**Franklin [9]** 914/6 915/20 919/5 923/2 926/15 928/13 949/7 949/12 949/13
**frankly [1]** 839/11
**fraud [2]** 905/2 907/21
**free [8]** 828/22 828/25 835/13 853/25 884/4 912/7 916/4 929/1
**frequently [1]** 856/14
**Friday [1]** 838/14
**Fridays [1]** 865/1
**friend [31]** 829/8 850/22 852/1 852/7 857/20 865/24 866/12 867/24 887/2 887/20 887/21 895/5 895/8 897/17 898/21 898/24 899/2 899/5 902/25 908/18 909/7 909/9 911/7 911/8 934/17 936/9 942/13 942/24 942/24 944/1 944/2
**friends [35]** 847/25 848/3 848/14 849/24 850/1 850/3 850/8 850/12 850/13 863/20 863/24 864/1 866/6 887/5 895/12 895/15 896/14 896/19 896/21

901/22 908/19 908/19 934/22 935/11 935/14 936/11 936/12 937/10 937/15 942/20 944/12 948/6
**friendships [1]** 895/22
**front [15]** 835/17 835/22 854/2 877/17 884/6 886/1 912/9 913/2 913/2 916/8 919/19 924/13 926/24 929/3 938/12
**full [4]** 838/22 839/13 917/3 927/5
**fully [1]** 830/3
**fundamental [1]** 826/25
**further [11]** 827/5 831/19 831/23 864/9 874/25 875/3 903/11 906/2 913/17 922/23 956/25
**further away [1]** 913/17
**furtherance [1]** 952/11
**future [1]** 939/4

**G**

**Garden [1]** 855/6
**gathered [1]** 860/8
**gave [4]** 851/14 888/11 888/13 899/13
**Gee [1]** 834/12
**Gene [2]** 823/6 834/16
**Gene Rossi [2]** 823/6 834/16
**general [16]** 864/23 866/6 881/11 890/10 890/12 892/12 892/14 905/3 905/7 905/12 909/12 930/10 939/22 940/18 940/19 948/2
**General's [2]** 905/9 943/12
**generally [3]** 848/21 899/19 899/22
**gentlemen [3]** 826/13 833/21 834/25
**Germany [5]** 826/6 826/7 826/8 826/8 826/9
**get [28]** 823/12 826/22 829/11 835/24 838/25 845/12 848/19 863/7 864/22 874/24 876/5 880/5 883/20 894/4 901/14 904/17 907/15 907/18 910/4 910/25 916/10 918/19 920/14 922/21 924/15 940/2 940/4 956/4
**gets [3]** 881/18 952/15 954/21
**getting [2]** 866/23 874/20
**give [11]** 842/7 842/12 847/6 864/23 870/12

**go [30]** 836/11 837/9 837/17 851/4 858/3 861/15 862/6 869/16 870/20 871/9 881/15 882/5 883/14 898/14 908/18 910/1 910/1 910/25 911/24 922/20 929/24 930/15 930/16 937/3 938/22 948/24 954/23 956/13 960/2 960/10
**go ahead [1]** 911/24
**goes [2]** 873/2 951/21
**going [30]** 827/5 830/1 832/22 836/5 837/9 837/9 838/2 841/15 849/1 849/5 854/3 856/9 873/13 875/9 876/16 884/7 892/16 892/18 906/15 907/10 912/10 914/20 919/12 927/1 929/4 930/18 932/17 938/21 946/21 952/20
**gone [5]** 836/25 848/12 869/18 898/17 910/3
**good [44]** 822/6 822/9 822/16 822/19 822/20 822/22 822/23 823/1 823/4 823/6 823/10 826/13 833/21 834/16 835/9 853/22 877/12 885/21 885/22 887/5 899/25 908/19 912/4 912/5 914/13 914/14 915/24 919/9 919/10 924/1 924/3 924/4 926/20 928/20 928/20 928/22 938/1 940/8 944/2 946/2 946/3 946/3 946/18 948/20
**good morning [14]** 822/6 822/9 822/16 822/19 823/1 823/4 823/6 823/10 826/13 833/21 834/16 835/9 914/13 914/14
**goodness [1]** 948/7
**Google [1]** 883/9
**Gosh [1]** 853/5
**got [11]** 825/11 851/3 852/15 869/13 881/19 899/7 914/19 923/12 926/14 929/6 937/6
**government [33]**

**G**

**government... [33]**
818/13 822/14 833/23
834/13 838/18 848/1
863/21 863/25 864/2
872/3 882/20 895/20
896/15 896/19 896/22
903/23 904/5 922/3
932/21 933/13 933/21
934/18 934/23 935/1
946/11 947/18 952/7
953/18 956/20 957/23
958/8 958/13 958/17
**grabbing [1]** 900/8
**grade [1]** 881/4
**graduate [1]** 936/5
**grand [3]** 955/10
959/12 961/21
**grandfather [1]** 897/15
**grant [1]** 877/3
**graphic [4]** 947/11
947/13 947/17 947/21
**gratitude [1]** 826/23
**Gray [1]** 834/21
**great [1]** 929/25
**greater [2]** 861/18
945/23
**Greene [5]** 820/15
822/13 823/7 826/21
834/17
**Greg [1]** 834/21
**Greg McWhirter [1]**
834/21
**grocery [1]** 832/22
**grossi [1]** 820/14
**ground [2]** 870/8 960/4
**grounds [8]** 848/7
864/8 880/23 881/1
898/11 898/22 935/18
960/8
**group [11]** 825/11
860/12 860/22 878/20
889/2 892/6 894/18
932/3 932/4 936/18
952/4
**groups [1]** 860/13
**guess [7]** 843/16
879/15 881/18 882/5
883/13 883/14 957/22
**guilt [2]** 885/6 932/22
**guilty [8]** 858/12
861/17 874/3 874/9
884/17 884/22 925/14
934/6
**gun [1]** 891/25
**gut [7]** 930/11 930/14
931/5 931/6 931/17
932/7 937/1
**guy [2]** 876/23 876/23
**guys [1]** 923/4
**Gwen [1]** 837/25

**H**

**had [41]** 823/12 823/16
825/25 839/19 848/25
851/3 854/14 857/5
857/21 860/4 862/2
866/6 866/7 866/14
875/23 887/1 887/16
888/7 894/8 898/3
899/8 899/17 903/19
911/20 911/22 920/15
921/2 929/8 932/18
933/22 942/20 947/25
950/13 951/1 959/2
959/12 960/16 961/4
**half [2]** 866/21 935/2
**hall [2]** 911/9 952/17
**Haller [6]** 820/6 820/6
823/5 834/7 873/1
911/10
**Haller's [1]** 907/10
**hallerjulia [1]** 820/9
**hallway [5]** 909/4
952/18 954/23 954/25
958/1
**hand [1]** 827/8
**handle [1]** 904/2
**handles [1]** 855/14
**hands [2]** 827/6 914/20
**hang [2]** 837/25 950/2
**happen [3]** 830/14
831/1 937/16
**happened [12]** 846/2
846/3 846/5 846/6
849/8 854/20 860/25
874/17 918/12 938/5
944/18 945/18
**happening [6]** 848/24
849/8 918/3 918/8
936/23 937/3
**happens [1]** 865/10
**happy [2]** 956/6 956/24
**hard [8]** 876/16 925/22
939/2 939/4 947/4
947/5 948/9 948/11
**harder [1]** 913/16
**hardship [5]** 823/22
886/3 909/25 916/11
924/16
**harm [1]** 937/18
**has [35]** 823/24 825/20
829/16 840/1 850/23
852/1 854/19 855/8
856/17 858/6 858/20
859/23 861/4 865/24
871/16 875/16 884/8
886/10 888/20 895/20
899/23 902/25 905/12
911/7 911/18 930/19
932/22 934/17 934/24
944/19 954/15 955/8
955/10 955/22 960/15
**Hassan [1]** 895/10
**Hatch [1]** 907/19
**have [242]**
**haven't [7]** 849/11
894/8 921/24 947/25
947/25 960/20 960/21
**having [5]** 881/1
898/10 925/1 949/2
949/3
**hazardous [1]** 870/16
**he [41]** 823/7 823/7
855/2 855/8 855/12
871/4 871/11 875/11
875/11 875/14 876/5
876/8 876/16 876/18
876/19 876/23 876/24
887/6 887/8 887/11
887/14 887/20 892/5
897/18 908/21 910/3
911/3 911/3 911/4
911/7 911/15 911/16
911/18 911/22 911/22
958/6 958/7 959/4
**he said [2]** 887/14
911/3
**he's [14]** 850/13 855/2
871/2 871/4 875/10
876/15 897/18 908/22
910/3 911/5 911/6
911/17 911/17 911/20
**head [8]** 904/24 906/4
918/6 935/5 942/1
942/9 942/17 946/6
**headline [1]** 900/8
**headlines [1]** 940/6
**health [2]** 856/1 856/5
**hear [17]** 832/11
833/12 833/22 834/2
837/22 837/23 837/24
845/23 866/25 867/15
879/12 904/16 915/16
918/10 919/13 933/1
954/13
**heard [39]** 830/12
843/23 843/25 844/7
844/8 844/11 845/3
845/6 859/12 859/15
865/15 877/21 877/25
878/3 878/4 878/6
878/15 879/4 888/8
891/17 892/8 906/25
917/18 919/23 920/5
921/14 929/9 929/13
941/5 942/11 944/17
948/16 951/18 951/24
951/25 952/6 952/21
954/14 955/6
**hearing [12]** 844/23
846/4 846/5 894/23
918/17 925/2 931/24
932/1 938/2 947/14
947/17 948/5
**hearings [11]** 845/13
845/14 846/7 846/22
863/8 863/9 863/16
894/5 894/6 894/8
894/11
**hearsay [3]** 950/15
950/17 951/4
**heated [2]** 853/13
853/14
**heavy [1]** 899/23
**Hello [1]** 835/10 885/19
**help [2]** 837/17 837/19
**helps [1]** 948/24
**her [35]** 824/19 824/20
838/9 838/11 839/6
839/6 839/7 839/13
871/15 871/18 871/24
871/4 871/11 875/11
875/11 875/14 876/5
876/8 876/19 876/24
887/6 887/20 892/5
897/18 908/21 910/3
911/3 911/3 911/4
911/7 911/15 911/16
911/18 911/22 911/22
958/6 958/7 959/4
**he said [2]** 887/14
911/3
**he's [14]** 850/13 855/2
871/2 871/4 875/10
876/15 897/18 908/22
910/3 911/5 911/6
911/17 911/17 911/20
**head [8]** 904/24 906/4
918/6 935/5 942/1
942/9 942/17 946/6
**headline [1]** 900/8
**headlines [1]** 940/6
**health [2]** 856/1 856/5
**hear [17]** 832/11
833/12 833/22 834/2
837/22 837/23 837/24
845/23 866/25 867/15
879/12 904/16 915/16
918/10 919/13 933/1
954/13
**heard [39]** 830/12
843/23 843/25 844/7
844/8 844/11 845/3
845/6 859/12 859/15
865/15 877/21 877/25
878/3 878/4 878/6
878/15 879/4 888/8
891/17 892/8 906/25
917/18 919/23 920/5
921/14 929/9 929/13
941/5 942/11 944/17
948/16 951/18 951/24
951/25 952/6 952/21
954/14 955/6
**hearing [12]** 844/23
846/4 846/5 894/23
918/17 925/2 931/24
932/1 938/2 947/14
947/17 948/5
**hearings [11]** 845/13
845/14 846/7 846/22
863/8 863/9 863/16
894/5 894/6 894/8
894/11
**hearsay [3]** 950/15
950/17 951/4
**heated [2]** 853/13
853/14
**heavy [1]** 899/23
**Hello [1]** 835/10 885/19
**help [2]** 837/17 837/19
**helps [1]** 948/24
**her [35]** 824/19 824/20
838/9 838/11 839/6
839/6 839/7 839/13
871/15 871/18 871/24
874/22 893/9 906/17
907/4 949/16 951/8
952/11 952/17 952/18
952/19 954/17 954/24
957/23 958/4 958/7
958/8 958/16 958/19
**here [54]** 822/9 823/7
824/11 824/15 825/1
825/3 825/6 825/10
826/16 826/18 827/22
827/25 830/24 832/21
832/22 835/25 839/12
840/24 841/15 841/24
842/8 850/16 858/2
868/4 871/11 872/1
872/2 873/1 881/1
885/16 892/21 895/19
914/5 914/15 915/3
915/17 915/25 916/25
918/12 921/18 924/17
927/16 928/23 931/14
931/16 946/21 949/9
951/7 951/18 951/25
953/4 957/24 958/6
958/19
**herself [2]** 871/16
871/20
**Hi [9]** 877/9 883/23
885/20 914/12 915/23
919/8 924/11 926/17
928/19
**high [1]** 941/17
**high-level [1]** 941/17
**higher [1]** 946/7
**Hill [8]** 834/19 895/15
895/23 935/21 936/3
936/13 939/10 947/23
**him [20]** 851/13 855/1
855/18 855/23 855/24
856/7 856/8 856/15
856/22 857/1 857/11
864/12 864/14 864/17
877/2 877/4 887/16
910/4 911/3 911/4
**hire [1]** 871/15
**hired [1]** 874/20
**his [16]** 851/16 856/8
857/2 857/5 857/6
857/12 864/14 864/16
875/16 876/5 876/14
876/25 889/15 911/11
911/19 959/4
**historically [1]** 909/3
**hold [6]** 835/17 933/12
939/15 942/10 946/6
947/21
**holidays [1]** 848/13
**home [6]** 869/3 869/4
869/4 869/5 887/19
894/9
**honest [5]** 862/10
876/8 911/4 919/4
938/20
**Honestly [1]** 958/10
**honesty [2]** 876/9
876/25
**Honor [73]** 822/16
822/20 822/23 823/1
823/4 823/6 823/8
825/14 826/4 826/5
833/20 834/5 834/8
834/15 835/7 837/16
838/6 838/16 846/24
852/17 852/19 852/20
853/18 853/24 854/7
854/22 854/25 857/3
858/24 861/13 862/10
863/17 864/20 865/19
867/4 867/18 867/21
868/9 868/12 868/14
873/7 875/2 875/9
876/2 876/3 876/11
877/6 882/21 882/24
882/25 903/12 903/14
907/8 907/9 910/6
910/21 910/23 911/1
911/24 922/4 922/5
922/25 925/1 946/12
946/14 949/19 949/25
955/25 956/11 957/1
957/4 959/6 959/22
**Honor's [1]** 858/1
**HONORABLE [3]**
818/10 822/4 962/11
**hoops [1]** 960/14
**hope [1]** 841/10
**hopeful [2]** 838/7
838/16
**hopefully [2]** 833/6
907/17
**hoping [1]** 838/19
**horse [1]** 953/4
**hospital [4]** 923/13
923/16 923/18 923/22
**host [1]** 883/16
**house [18]** 847/12
847/14 855/5 866/22
866/24 869/10 887/6
887/7 895/11 898/24
899/3 905/18 908/22
909/2 911/8 944/20
954/25 954/25
**housekeeping [1]**
823/14
**how [66]** 835/9 835/24
836/23 837/8 837/9
837/9 838/19 845/14
848/21 853/21 854/8
856/14 861/1 863/3
863/8 864/22 864/24
866/23 869/12 869/16
872/3 872/8 873/8
876/18 877/9 877/11
881/11 883/23 885/19
885/20 885/21 894/4
894/6 896/9 899/19
912/3 913/10 914/12
915/15 915/23 917/21
918/21 918/21 919/8
919/9 920/15 921/15
924/11 924/16 926/17
926/19 928/19 928/20
931/17 936/17 936/24
937/15 939/22 942/16

**H**

**how... [7]** 943/14
947/11 947/19 947/20
948/8 948/15 958/1
**however [7]** 825/10
827/18 829/1 831/16
832/2 933/21 947/3
**huge [4]** 937/21 938/6
947/15 949/4
**human [1]** 939/8
**husher [1]** 837/17

**I**

**I am [2]** 847/11 932/15
**I apologize [2]** 825/24
910/23
**I believe [3]** 824/20
911/3 911/4
**I can [10]** 830/17
837/24 840/5 840/6
849/18 850/6 871/13
892/1 913/13 930/14
**I care [1]** 939/9
**I did [3]** 849/8 866/17
945/2
**I didn't [2]** 923/6
927/14
**I didn't know [1]**
936/22
**I do [1]** 839/23
**I don't [14]** 843/12
844/8 844/22 845/7
849/7 851/16 862/24
864/13 882/10 883/12
911/19 920/19 948/4
949/20
**I don't have [2]** 870/23
946/4
**I don't recall [1]**
909/13
**I don't think [1]** 844/21
**I guess [3]** 843/16
882/5 883/14
**I have [17]** 831/4
856/20 864/1 867/3
868/1 869/14 869/17
869/18 871/17 876/25
908/14 915/14 929/23
930/19 942/3 944/2
945/18
**I haven't [2]** 947/25
947/25
**I just [13]** 825/19
834/18 844/7 844/20
844/22 845/2 845/16
845/23 850/11 884/22
911/5 929/14 950/4
**I know [8]** 861/3
887/20 887/21 905/20
932/4 932/17 935/13
948/6
**I may [1]** 912/20
**I mean [25]** 843/1
845/22 860/23 866/5

887/18 890/18 891/6
899/21 904/17 908/14
916/21 917/25 927/13
937/3 938/8 941/9
941/10 945/11 948/14
950/21 950/25 953/20
**I presume [1]** 898/25
**I recall [1]** 906/20
**I think [22]** 840/16
843/13 851/13 866/2
875/1 882/11 891/22
891/24 901/7 909/12
911/22 912/14 925/21
928/16 930/18 932/1
932/1 946/18 947/5
948/3 951/1 957/3
**I thought [2]** 949/18
951/2
**I understand [2]** 867/5
890/19
**I want [4]** 827/3 908/18
930/15 962/9
**I was [11]** 851/2
868/20 869/2 869/3
870/5 887/18 887/19
932/17 947/23 947/23
948/8
**I will [4]** 828/18 830/4
847/1 910/6
**I wish [1]** 836/21
**I'd [5]** 899/24 923/15
950/16 958/22 960/10
**I'll [26]** 833/15 835/17
835/22 839/10 845/10
847/23 873/23 877/17
880/21 881/8 886/1
888/4 894/3 910/25
914/22 916/8 924/14
926/25 949/15 956/23
956/24 960/2 960/2
960/23 962/6 962/6
**I'll look [1]** 956/24
**I'm [95]** 827/5 830/1
832/13 834/16 837/8
837/18 838/2 838/6
841/14 841/17 842/11
843/10 844/2 844/18
847/16 851/12 852/22
852/25 854/3 855/1
861/2 865/3 866/16
866/25 867/7 869/13
871/2 871/14 873/18
874/4 875/9 877/10
878/6 880/2 881/20
883/3 883/4 883/10
884/7 888/5 889/11
890/18 892/16 896/22
899/1 904/2 904/4
906/15 907/10 908/4
912/10 912/15 912/19
914/20 915/16 919/9
919/12 921/5 921/24
922/14 923/14 923/21
924/3 925/1 925/3
926/20 927/1 928/20
929/4 932/10 932/13
934/25 939/7 943/11

948/21 949/15 949/25
954/1 954/2 955/12
955/14 955/17 956/6
956/18 956/21 956/24
957/8 957/10 958/24
958/25 959/22 961/23
**I'm going [4]** 827/5
830/17 907/10 927/1
**I'm just [3]** 883/3 883/4
948/7
**I'm not [3]** 871/14
923/21 949/15
**I'm not sure [1]** 945/23
**I'm sorry [21]** 837/18
838/6 844/2 844/18
847/16 866/16 866/25
871/2 873/18 874/4
878/6 888/5 889/11
899/1 912/15 912/19
922/14 923/14 925/3
943/11 949/25
**I'm sorry. No [1]**
842/11
**I've [26]** 828/1 844/8
848/12 856/17 856/21
856/21 861/22 866/6
866/6 869/13 879/4
889/1 889/19 907/2
921/14 925/22 930/1
935/21 944/17 945/13
945/17 952/12 953/10
959/12 960/21 960/24
**idea [3]** 920/8 920/21
955/10
**identified [4]** 863/22
864/13 893/19 906/14
**identify [4]** 847/4
854/23 901/3 940/16
**identifying [1]** 876/19
**ideologies [1]** 842/2
**ideology [1]** 931/1
**images [2]** 942/3 942/4
**imagine [2]** 896/10
936/23
**immediate [3]** 862/1
936/24 937/19
**immediately [3]** 830/15
830/24 831/13
**Immigration [1]** 897/22
**immunization [2]**
949/1 949/1
**impact [1]** 835/25
**impacted [1]** 918/21
**impair [1]** 932/8
**impartial [19]** 827/17
828/12 832/10 841/6
843/7 851/20 861/10
863/1 864/19 868/8
871/10 880/11 890/23
903/8 907/4 917/19
918/23 933/3 946/24
**impartially [5]** 867/17
885/10 888/1 898/7
902/19
**importance [1]** 948/2
**important [7]** 827/3
829/16 832/3

**importantly [2]** 829/19
952/9
**impression [4]** 929/25
930/20 945/14 945/19
**impropriety [1]** 906/1
**incident [1]** 875/12
**include [1]** 860/11
**included [1]** 961/12
**includes [1]** 829/14
**including [4]** 824/10
833/4 875/22 960/7
**incorporated [1]**
881/23
**incorporating [1]**
886/12
**Indeed [1]** 826/25
**Independence [1]**
868/24
**independent [4]** 832/6
894/21 904/12 904/13
**independently [1]**
902/9
**indicated [6]** 839/19
851/25 897/10 899/8
920/16 950/10
**indicates [1]** 875/11
**indicating [1]** 944/14
**indictment [5]** 884/9
884/9 884/15 925/13
955/23
**indirect [2]** 938/14
938/16
**indirectly [1]** 911/11
**individual [9]** 823/20
831/20 833/18 880/13
880/17 932/2 932/11
932/13 933/4
**individually [2]** 835/4
932/6
**individuals [11]** 833/12
858/11 859/23 860/6
870/2 875/20 888/16
931/20 932/9 932/11
938/22
**individuals' [1]** 893/4
**indulge [1]** 951/11
**indulgence [2]** 922/6
951/12
**inescapable [1]** 842/4
842/16
**inform [2]** 862/12
917/21
**information [4]** 870/17
892/12 892/14 942/9
**informed [5]** 870/5
874/5 874/22 917/13
949/2
**inherent [1]** 926/12
**initial [2]** 828/1 930/16
**initially [1]** 839/19
**initiates [1]** 884/10
**inner [1]** 935/14
**innocence [2]** 884/18
925/15
**innocent [4]** 926/2
926/8 953/21 954/5
**input [1]** 823/17

**inquire [1]** 950/5
**inquiries [1]** 953/6
**inquiry [3]** 953/6 959/9
959/11
**inside [8]** 833/3 864/8
880/23 898/11 935/18
935/24 937/2 937/4
**Insofar [1]** 957/21
**inspections [1]** 856/19
**Instagram [1]** 829/10
**installed [1]** 894/6
**institutions [1]** 939/9
**instruct [2]** 830/2
842/1
**instructed [5]** 873/21
885/8 926/1 926/7
941/3
**instruction [8]** 829/15
926/3 926/9 926/11
933/16 956/1 956/5
956/7
**instructions [22]** 828/2
830/10 830/25 831/3
831/7 831/19 831/22
832/4 832/9 841/24
845/17 873/12 883/20
890/25 899/13 910/10
914/7 915/21 919/6
928/15 949/8 949/14
**insurance [1]** 852/11
**intending [1]** 952/15
**intends [1]** 954/18
**intensity [2]** 947/6
948/2
**intent [3]** 872/11
889/22 954/17
**intention [2]** 828/9
828/9
**interact [1]** 856/14
**interactions [1]** 871/17
**interest [5]** 952/23
957/21 958/12 960/5
960/12
**interested [1]** 931/24
**interesting [1]** 943/25
**interface [1]** 855/11
**interfacing [1]** 856/7
**interfere [1]** 884/12
**Internet [1]** 829/1
**interpreted [1]** 841/16
**interrupt [2]** 871/3
961/11
**interruption [1]** 839/17
**introductory [1]** 835/1
**intuited [1]** 897/25
**inundated [1]** 911/5
**invade [1]** 828/10
**investigate [1]** 904/15
**investigated [1]**
902/18
**investigation [7]** 902/8
904/25 905/3 905/11
905/13 905/22 906/5
**investigations [2]**
905/25 906/7
**investigators [1]**
902/12 902/14
**involved [8]** 854/20

**I**

involved... [7]  859/25
861/5 870/13 872/14
872/17 905/7 937/17
involvement [7]  860/4
861/24 862/2 870/4
874/21 918/17 931/12
involving [8]  859/13
875/19 877/22 888/9
892/9 919/25 929/10
955/21
is [276]
is that correct [5]
846/1 853/23 858/16
924/9 926/21
is that fair [1]  849/12
Isaacs [7]  820/10
822/12 823/7 826/21
834/17 834/20 952/16
isn't [2]  880/13 951/17
issue [14]  841/8
905/13 911/20 925/8
950/15 950/15 950/17
953/1 959/2 961/5
961/12 961/18 961/24
962/4
issued [1]  831/4
issues [6]  861/25
870/16 911/11 912/23
959/4 961/17
it [213]
it happened [2]  846/2
846/3
it would be [5]  845/22
862/25 871/25 886/6
886/13
it's [79]  824/20 836/9
836/10 836/21 838/19
839/1 840/10 842/16
847/10 847/10 856/20
857/15 859/6 860/5
867/5 867/7 867/10
875/11 876/16 879/13
879/16 879/19 881/17
881/21 881/22 882/1
882/11 883/11 884/10
889/2 889/8 892/16
896/23 899/25 900/1
900/1 900/2 900/10
900/18 902/13 905/20
905/25 906/4 909/3
912/6 913/16 922/22
924/1 924/2 924/17
925/22 929/22 930/10
930/11 930/19 934/9
936/19 936/19 938/16
939/2 940/23 943/8
943/24 946/18 947/9
947/14 948/20 948/24
952/25 953/5 953/5
953/6 955/16 957/3
957/7 959/7 960/16
960/25 961/13
it's like [1]  948/24
its [16]  833/23 854/17
859/14 860/22 888/9
888/24 892/10 895/21
919/25 920/9 929/11

**J**

933/13 933/22
itself [4]  830/19 874/12
936/13 938/18

**J**

J75, [1]  911/2
J75, 1811 [1]  911/2
jacket [1]  910/24
January [58]  823/25
829/20 830/1 843/6
845/13 848/21 848/23
854/12 854/15 857/22
858/7 858/21 859/25
860/9 861/6 861/25
862/8 863/7 864/23
865/10 869/1 869/24
870/6 870/10 870/18
872/10 874/13 876/1
881/10 887/3 888/25
891/19 893/16 894/5
895/16 898/22 899/18
900/5 900/23 903/21
903/25 906/7 906/17
906/18 908/3 909/11
911/12 911/20 911/21
917/17 917/24 920/16
920/22 936/7 936/13
939/21 940/13 944/10
January 6th [55]
823/25 843/6 845/13
848/21 848/23 854/12
854/15 857/22 858/7
858/21 859/25 860/9
861/6 861/25 862/8
863/7 864/23 865/10
869/1 869/24 870/6
870/10 870/18 872/10
874/13 876/1 881/10
887/3 888/25 891/19
893/16 894/5 895/16
898/22 899/18 900/5
900/23 903/21 903/25
906/7 906/17 906/18
908/3 909/11 911/12
911/20 917/17 917/24
920/16 920/22 936/7
936/13 939/21 940/13
944/10
January 6th-related [1]
911/21
Jason [3]  854/25
864/12 871/1
Jason McIntyre [3]
854/25 864/12 871/1
JC [2]  823/11 823/16
Jeff [1]  834/19
Jeff Morelock [1]
834/19
Jefferson [1]  820/11
Jennifer [1]  834/11
Jennifer Moore [1]
834/11
jeopardizes [1]  830/18
Jessica [3]  833/25
891/15 891/24
Jessica Baboulis [1]
833/25

891/24
job [8]  861/19 870/10
872/3 890/6 897/4
917/2 921/3 946/9
John [3]  819/2 819/2
822/21
John Machado [1]
822/21
johnlmachado [1]
819/5
join [1]  955/9
joke [1]  958/6
Joseph [1]  820/10
journalists [4]  829/22
829/25 940/10 940/11
Jr [1]  820/2
judge [14]  818/10
822/4 826/14 828/13
867/16 871/7 873/2
890/25 902/19 932/6
938/22 938/22 938/23
949/11
Judge Amit [2]  822/4
826/14
judgment [4]  925/23
933/8 937/4 937/24
judgments [1]  941/4
judicial [10]  859/13
877/22 878/3 888/9
892/8 892/17 892/20
892/23 919/24 929/10
Juli [2]  820/6 823/5
JULIA [1]  820/6
July [1]  848/13
jump [1]  825/8
junkie [2]  908/9 911/6
juries [1]  826/24
jurisdiction [3]  855/3
855/8 856/4
jurisdiction's [2]
870/24 871/5
jurisdictional [1]
855/11
jurisdictions [1]  855/4
juror [92]  823/19
823/21 823/23 823/23
824/1 824/3 824/4
824/13 824/13 824/13
824/14 824/14 824/16
824/18 824/21 824/23
824/25 825/2 825/4
825/6 825/9 825/10
826/19 827/17 827/20
827/24 829/10 830/8
830/17 830/25 835/8
835/8 835/11 835/16
835/21 838/4 838/9
839/2 842/1 853/20
853/23 858/15 861/10
862/25 876/4 877/7
877/16 882/7 883/22
884/2 884/6 885/18
885/23 885/25 886/4
887/24 890/2 890/6
890/17 895/19 896/6
900/14 903/8 912/9
912/25 914/10 914/16

916/7 916/11 917/19
918/23 919/7 919/10
919/18 923/23 924/8
924/13 924/17 926/21
926/24 926/25 928/16
928/18 928/24 929/3
937/12 937/24 938/21
941/2
Juror 1381 [1]  914/16
Juror 1671 [2]  835/11
835/21
Juror 2564 [1]  919/10
Juror No. 1671 [1]
835/8
Juror No. 2238 [1]
915/22
Juror No. 2564 [1]
919/7
jurors [15]  823/15
823/17 823/19 824/6
824/8 824/12 826/11
826/24 827/9 827/15
828/13 833/4 835/6
934/2 938/23
jury [58]  818/9 822/9
826/23 827/12 828/12
828/16 828/21 829/5
829/16 830/3 830/14
830/18 830/21 830/25
831/6 831/12 831/15
831/17 831/19 831/23
832/11 833/10 833/11
835/21 835/25 837/9
838/8 838/14 838/24
838/25 839/11 839/19
845/19 854/2 857/21
858/6 858/10 858/21
861/16 862/7 862/14
876/5 886/23 890/25
896/2 899/9 899/12
909/16 920/6 921/18
947/2 953/1 953/16
953/25 954/3 955/12
959/12 961/21
just [146]  823/14
825/19 834/18 835/17
836/21 837/20 837/25
838/3 838/3 838/4
839/5 839/8 839/18
840/5 840/23 841/13
841/18 841/21 842/8
843/13 844/7 844/8
844/13 844/20 844/22
845/2 845/10 845/16
845/23 847/6 848/8
848/10 848/13 848/25
850/11 851/7 852/2
852/9 853/9 853/12
854/16 855/15 856/16
856/16 860/21 861/4
862/25 863/10 866/5
867/7 874/3 876/11
878/9 880/4 880/15
881/1 881/13 881/17
882/12 882/17 883/3
883/4 883/16 884/22
888/17 888/20 889/11

916/7 891/18 892/5
892/12 893/5 893/6
893/10 896/23 897/12
899/4 899/10 899/19
900/7 901/16 902/22
904/9 906/19 909/12
910/1 911/5 912/23
918/2 918/4 918/5
918/5 918/7 918/19
921/24 922/7 922/14
923/8 923/12 923/15
929/14 929/21 930/4
930/10 930/14 930/16
930/22 930/22 931/10
933/7 936/19 937/5
937/6 937/9 937/18
937/20 937/22 938/18
938/20 940/7 941/11
945/13 945/25 946/23
947/1 947/6 947/10
948/4 948/7 950/4
950/12 950/22 950/23
951/11 954/2 955/12
955/25 956/23 957/1
958/6 958/22 960/10
960/14 960/19 960/24
962/9
justice [1]  826/24

**K**

K-u-y-l-e-n [1]  834/3
Kate [1]  822/17
Kate Rakoczy [1]
822/17
Kathryn [1]  818/13
834/11
Kathryn Cain [1]
834/11
kathryn.rakoczy [1]
818/17
Katie [1]  834/19
Katie Hill [1]  834/19
keep [4]  828/18 841/10
862/11 919/13
Keeper [1]  861/3
Keepers [28]  843/24
844/1 844/23 846/18
846/18 859/12 859/16
860/11 863/15 872/7
875/17 875/24 876/14
876/19 877/21 878/7
879/19 888/8 892/9
894/12 894/18 917/18
918/16 919/24 920/5
929/9 932/12 954/20
keeping [1]  838/9
Kelly [3]  891/14 906/16
942/16
Kelly Meggs [3]
891/14 906/16 942/16
kept [2]  908/17 917/13
Khatallah [1]  961/20
Kilpatrick [2]  961/13
961/19
Kim [2]  901/5 901/7
kind [20]  847/7 849/25
856/9 862/11 866/17
871/23 871/25 884/12

**K**

kind... [12] 882/13
882/14 886/13 892/1
894/18 925/22 943/14
950/11 953/3 953/3
953/16 955/8
knew [1] 876/19
know [111] 826/24
831/24 833/1 833/17
838/11 838/19 841/13
841/16 843/15 844/8
844/9 844/15 845/2
845/7 848/12 848/25
849/3 849/7 849/8
849/23 852/24 857/13
858/9 858/11 861/3
861/6 862/10 862/12
862/18 863/11 863/12
864/7 865/5 866/20
867/5 867/6 867/13
870/3 871/20 871/21
872/16 872/16 874/10
874/11 874/18 876/7
878/9 878/14 878/21
878/22 879/5 880/8
886/23 887/20 887/21
888/18 890/23 892/24
892/25 895/9 896/2
896/11 897/24 899/25
900/25 902/4 905/20
906/21 908/17 908/24
909/1 909/5 909/17
918/10 918/12 918/16
919/1 926/11 930/13
931/9 932/4 932/13
932/14 932/17 932/18
933/5 935/13 936/20
936/22 937/3 937/5
937/7 938/6 938/8
938/20 939/11 940/23
942/14 945/13 946/4
947/3 947/17 948/6
948/14 949/20 952/7
955/4 957/3 957/17
958/10 961/13
knowing [4] 861/5
948/23 948/23 949/2
knowledge [4] 875/12
888/16 926/13 943/15
known [23] 843/24
844/1
knows [1] 824/4
Kuylen [1] 834/3

**L**

lacking [1] 951/23
ladies [3] 826/13
833/21 834/25
landlord [1] 847/10
landlord/tenant [1]
847/10
language [2] 927/5
927/7
large [1] 856/20
largely [2] 911/23
961/1
last [6] 824/8 833/2
834/22 848/13 909/15

lasts [1] 924/19
late [1] 823/11
later [6] 866/20 866/21
876/17 917/15 959/10
959/15
laugh [1] 866/16
Laura [1] 819/9 822/12
826/20
Laura Steele [1]
826/20
Laurie [1] 834/22
law [35] 812/9 819/10
820/2 820/6 820/16
827/2 828/14 830/10
841/23 850/9 864/4
867/2 875/21 884/13
891/4 896/25 897/1
897/4 897/4 901/19
901/23 902/17 902/22
942/22 942/23 942/25
943/22 943/23 945/21
945/21 945/24 945/25
958/22 959/13 960/25
Lawn [1] 820/16
lawyer [6] 847/20
849/22 890/18 901/15
911/18 943/5
lawyers [10] 828/10
830/24 832/16 849/23
849/24 901/18 901/20
902/11 902/13 919/14
lead [2] 884/16 925/13
leader [1] 878/22
leaders [3] 938/10
940/3 941/23
leadership [6] 855/2
855/8 871/4 871/10
891/24 941/10
leading [1] 938/11
leaning [4] 879/4
879/10 879/16 879/24
leanings [1] 862/18
learn [1] 887/11
learned [9] 846/21
861/8 874/20 882/8
891/3 893/23 900/15
911/17 915/6
least [10] 834/22
839/12 889/7 899/17
952/16 953/15 954/22
954/23 960/9 961/4
leave [3] 831/21 883/20
962/9
lectern [1] 822/15
led [1] 930/19
left [6] 825/8 879/16
910/23
left-leaning [1] 879/16
legal [9] 841/8 841/18
841/24 847/7 849/21
901/14 927/22 928/4
942/21
Legislative [1] 935/8
legs [1] 869/14
Leigh [1] 818/13
Leslie [1] 834/21
let [27] 831/24 833/17

857/11 858/9 858/11
860/20 861/15 872/5
875/15 890/3 896/20
897/24 913/9 916/7
916/16 916/24 918/19
921/11 927/1 927/9
930/22 932/20 945/20
954/2
let's [11] 837/25
837/25 839/4 874/24
877/5 888/22 910/4
950/22 950/23 962/8
962/10
letting [4] 874/11
886/23 953/22 954/1
level [5] 867/5 892/21
913/21 914/25 941/17
levels [2] 938/5 938/7
Library [1] 855/7
life [2] 861/3 940/23
lifted [1] 881/18
light [1] 842/8
lightly [1] 948/4
like [68] 840/10 847/16
849/10 859/21 860/6
862/25 865/4 865/9
865/9 870/11 870/20
872/12 878/9 878/22
878/23 879/5 879/18
879/19 880/14 881/5
882/1 882/1 882/1
882/11 882/13 884/5
886/13 888/19 889/7
889/8 890/10 891/23
891/25 892/15 897/3
897/8 897/15 901/1
901/4 905/8 905/8
906/21 913/1 913/1
918/5 918/11 919/17
920/10 929/14 933/7
934/1 934/2 936/20
936/22 936/23 937/5
938/6 939/8 939/12
943/25 944/9 948/7
948/8 948/24 950/16
956/7 957/2 959/21
like-type [1] 859/21
likelihood [1] 904/23
likely [2] 902/16
945/21
limitation [1] 959/7
limited [3] 873/20
947/2 959/18
limiting [4] 953/16
956/1 956/4 956/7
line [39] 823/19 823/21
823/21 823/22 823/23
824/1 824/3 824/7
824/12 824/13 824/14
824/14 824/15 824/16
824/18 824/21 824/23
824/25 825/2 825/4
825/6 825/10 825/10
825/14 826/5 855/22
855/23 862/13 877/8
883/22 891/13 893/3
912/2 914/10 918/20

960/2
Line 100 [2] 824/23
914/10
Line 101 [1] 824/25
Line 103 [1] 825/2
Line 113 [1] 824/7
Line 114 [1] 825/10
Line 115 [1] 825/10
Line 119 [1] 823/19
Line 120 [1] 823/21
Line 125 [1] 823/23
Line 135 [1] 824/1
Line 144 [1] 824/3
Line 2261 [1] 823/22
Line 56 [1] 893/3
line 73 [1] 877/8
list [3] 833/11 888/11
921/3
listed [1] 883/3
listen [6] 832/5 833/15
849/5 876/5 881/24
883/3
listener [4] 956/17
956/21 957/18 959/24
listening [1] 946/21
literally [1] 916/21
litigation [1] 943/17
little [17] 823/12 839/1
839/1 839/9 841/21
872/5 872/8 875/11
910/1 913/13 919/15
930/23 931/12 940/7
946/16 946/23 960/25
live [11] 846/1 846/8
897/17 899/22 917/25
917/25 918/9 920/17
935/20 936/12 939/12
lived [3] 881/1 936/3
936/9
lives [1] 939/13
living [2] 867/8 944/16
LLP [1] 819/6
local [3] 850/9 866/22
867/2
located [2] 868/22
869/9
location [3] 832/24
874/15 909/2
logical [1] 962/3
long [23] 836/24 837/8
837/9 837/9 838/20
851/2 851/17 854/8
858/15 858/17 869/14
873/8 873/10 873/11
874/1 875/19 876/16
943/7 943/8 943/14
943/16 944/4 945/7
longer [1] 956/20
longest [1] 870/3
look [15] 835/5 852/24
865/6 894/3 900/11
913/1 955/4 956/14
956/24 958/22 960/2
960/3 960/10 960/23
962/6
looked [4] 959/3
960/20 960/21 960/24

looking [6] 855/18
906/2 930/13 931/19
932/10 950/11
looks [1] 906/21
lot [11] 841/14 886/14
886/18 896/19 907/15
939/25 941/18 946/22
947/5 948/16 959/21
lots [3] 892/24 906/24
906/24
Luis [1] 834/20
Luis Allen [1] 834/20
lunch [1] 956/24

**M**

M-a-i-e-r [1] 834/4
ma'am [17] 835/9
837/25 838/2 839/15
852/22 853/17 883/23
889/13 907/5 912/3
914/9 915/23 921/24
923/5 928/19 946/16
949/7
Machado [4] 819/2
819/2 822/21 874/24
Madam [1] 875/7
made [9] 859/18 950/8
951/9 951/19 955/17
956/4 956/10 958/1
958/6
magazine [1] 828/23
Maier [1] 834/4
mainstream [1] 881/18
major [1] 897/18
make [18] 875/15
884/17 910/21 913/24
917/18 923/22 925/14
925/22 932/20 934/4
940/23 941/4 949/3
949/5 949/16 953/7
957/1 962/9
makers [1] 827/1
makes [1] 914/3
making [8] 826/23
921/24 952/1 952/5
955/12 957/4 957/8
957/11
Manu [1] 901/4
Manu Raju [1] 901/4
many [3] 913/24 936/6
947/3
marathon [1] 881/3
March [12] 823/20
836/3 837/3 837/4
837/5 837/6 838/8
838/15 838/24 840/13
840/16 840/17
March 12th [1] 840/17
Marine [1] 881/2
Marine Corps [1]
881/2
marked [1] 825/19
mask [11] 832/13
832/19 832/24 835/14
854/1 884/5 908/17
912/7 915/9 916/4
929/1
masked [2] 915/6

976

**masked...** [1] 915/8
**masking** [4] 832/14
832/15 832/25 833/6
**masks** [1] 915/13
**match** [1] 916/22
**material** [1] 870/16
**matter** [7] 822/10
857/22 902/18 917/13
951/16 951/17 963/4
**matters** [6] 823/14
826/2 828/8 835/2
907/23 908/1
**Matthew** [1] 834/4
**Matthew Oliver** [1]
834/4
**may** [61] 827/10 828/7
829/3 829/23 830/5
832/18 833/12 833/22
834/2 834/9 837/17
837/19 842/1 842/21
843/12 849/24 852/7
854/20 856/24 860/4
865/10 865/15 867/14
867/14 871/9 876/11
876/17 880/8 880/14
880/14 882/15 882/15
888/24 889/9 892/15
893/16 893/23 897/25
898/6 901/18 904/6
905/2 910/21 912/20
919/14 929/22 933/1
938/3 941/5 944/18
947/19 947/21 952/6
952/6 952/21 955/25
956/6 957/18 959/15
960/6 960/13
**maybe** [28] 825/19
837/16 856/17 859/20
862/22 865/5 867/4
867/7 879/17 892/16
894/18 905/14 930/15
937/10 940/6 941/20
942/13 942/21 944/7
945/22 952/3 952/4
952/17 956/13 957/24
958/21 958/21 958/25
**McIntyre** [3] 854/25
864/12 871/1
**McWhirter** [1] 834/21
**me** [69] 823/21 828/6
832/13 836/21 837/23
840/23 843/14 846/21
855/15 857/1 857/18
858/3 858/9 858/11
858/12 860/20 861/15
872/5 873/23 874/5
874/8 874/10 874/11
875/15 875/20 887/19
889/8 890/3 891/2
891/7 896/20 897/21
897/24 898/14 899/15
901/11 910/12 910/16
911/21 912/12 912/13
913/9 914/4 916/7
916/16 916/24 918/19
921/11 922/6 926/18
927/1 927/9 930/19

937/14 939/4 939/14
942/5 942/7 942/9
945/20 948/1 948/8
948/20 948/23 951/11
958/11
**mean** [55] 843/1
845/22 853/10 860/20
866/5 867/18 870/20
872/18 872/23 879/11
880/2 883/9 884/25
885/3 887/18 889/5
890/18 890/22 891/6
892/14 895/9 896/9
896/18 897/4 897/15
899/21 904/17 908/14
916/21 916/21 917/25
918/3 927/13 931/22
933/6 934/1 937/3
937/21 938/8 941/9
941/10 945/11 948/14
948/18 949/4 950/21
950/25 952/4 953/20
954/4 955/4 960/20
960/24 961/6 961/11
**meaning** [1] 870/10
**means** [14] 829/7
829/21 831/12 849/23
887/7 898/24 899/3
905/7 908/20 908/22
908/24 909/7 911/8
911/9
**meant** [2] 825/24
841/12
**mechanical** [1] 821/7
**media** [12] 829/14
829/15 829/19 829/24
830/3 830/13 831/5
882/2 888/17 896/3
900/22 929/15
**meeting** [1] 856/17
**Meggs** [21] 820/2
822/12 823/5 826/20
834/9 891/14 892/4
893/5 893/6 893/19
893/19 893/21 893/22
893/24 893/25 906/16
906/16 906/17 906/25
906/25 942/16
**MEHTA** [3] 818/10
822/4 826/14
**member** [25] 829/9
831/22 850/23 852/1
852/7 857/21 865/24
866/12 867/24 887/2
887/20 889/24 890/8
895/6 898/21 902/25
931/7 931/10 931/11
932/13 934/17 935/1
942/21 945/14 955/6
**members** [29] 831/4
846/18 848/1 849/24
850/9 859/14 860/22
861/11 863/21 880/7
888/10 888/24 892/10
896/15 897/11 901/18
901/23 915/15 919/25
929/11 931/15 931/22

937/21 942/21 944/13
955/7
**mentioned** [10] 859/22
864/15 864/16 865/2
874/7 874/9 883/2
893/12 895/8 908/6
**mentioning** [2] 825/20
936/12
**mere** [1] 895/20
**merely** [1] 884/10
**Merit** [1] 821/2
**met** [1] 895/21
**Metropolitan** [5]
866/18 867/13 867/16
945/1 945/9
**Michael** [3] 820/15
822/12 826/21
**Michael Greene** [1]
826/21
**microphone** [3] 889/12
919/15 925/6
**mid** [1] 823/20
**Middle** [1] 837/6
**middleman** [1] 856/10
**might** [14] 830/11
832/7 832/24 833/1
878/12 879/6 879/16
881/5 882/4 889/23
892/17 896/11 939/5
946/24
**military** [2] 897/11
897/16
**Min** [2] 901/5 901/7
**mind** [5] 841/5 862/22
862/22 879/17 947/16
**mindset** [1] 860/24
**minimal** [2] 871/17
874/21
**minimum** [1] 828/19
**minority** [1] 908/23
**minutes** [2] 869/15
910/14
**misheard** [1] 845/2
**missed** [2] 852/22
921/25
**mission** [4] 879/1
879/5 920/9 930/25
**misspoke** [1] 957/6
**misspoken** [1] 912/20
**mistake** [2] 824/9
878/5
**mobile** [3] 828/25
829/4 830/5
**mode** [1] 829/2
**mom** [1] 851/2
**moment** [3] 835/18
861/15 883/14
**Monday** [1] 865/1
**month** [2] 833/2 837/2
**months** [2] 858/3
861/23
**Moore** [1] 834/11
**more** [26] 829/16 833/2
833/3 833/3 833/9
834/18 841/21 857/12
862/5 865/5 866/9
870/7 880/1 889/11

918/12 930/15 931/9
932/1 940/7 941/10
948/14 952/9 962/7
**Morelock** [1] 834/19
**morning** [41] 818/7
822/6 822/9 822/16
822/19 822/20 822/22
822/23 823/1 823/4
823/6 823/10 823/12
824/5 824/10 825/11
826/13 826/16 828/1
828/4 828/18 833/15
833/21 834/16 835/9
840/17 843/16 877/13
884/1 885/16 885/23
912/6 912/6 914/13
914/14 914/15 915/18
916/1 918/11 928/17
949/22
**most** [8] 828/11 831/11
879/18 881/1 881/14
895/25 939/12 944/19
**mostly** [1] 902/13
**mother** [2] 942/23
943/6
**motion** [2] 950/8
950/14
**move** [4] 873/3 906/15
911/1 911/12
**moving** [1] 823/20
**MPD** [1] 945/22
**Mr** [2] 910/3 911/1
**Mr.** [27] 822/24 822/25
823/3 823/7 824/4
834/14 837/24 864/15
864/16 874/24 876/8
892/4 893/19 893/22
893/24 910/22 911/25
949/10 950/3 950/8
951/1 952/16 955/4
957/17 957/24 957/25
960/20
**Mr. Brennwald** [2]
822/25 910/22
**Mr. Cooper** [3] 823/3
950/3 955/4
**Mr. Crisp** [2] 957/24
957/25
**Mr. Edwards'** [1]
960/20
**Mr. Isaacs** [2] 823/7
952/16
**Mr. Machado** [1]
874/24
**Mr. Meggs** [4] 892/4
893/19 893/22 893/24
**Mr. Parker** [1] 822/24
**Mr. Rossi** [5] 834/14
876/8 911/25 949/10
951/1
**Mr. Rossi's** [1] 950/8
**Mr. Stone** [2] 864/15
864/16
**Mr. Woodward** [3]
824/4 837/24 957/17
**Mrs.** [3] 906/16 906/25
906/25

**Mrs. Connie Meggs** [1]
906/16
**Mrs. Meggs** [2] 906/25
906/25
**Ms** [1] 949/13
**Ms.** [36] 822/21 823/2
833/19 834/6 834/7
834/20 834/21 837/22
852/16 854/23 868/11
873/1 893/19 893/21
893/25 903/10 907/10
911/10 914/6 915/20
919/5 923/2 926/13
928/13 949/7 949/12
951/7 951/19 952/1
952/5 952/9 952/22
952/19 953/11 955/22
959/23
**Ms. Franklin** [8] 914/6
915/20 919/5 923/2
926/15 928/13 949/7
949/12
**Ms. Haller** [3] 834/7
873/1 911/10
**Ms. Haller's** [1] 907/10
**Ms. Leslie Gray** [1]
834/21
**Ms. Meggs** [3] 893/19
893/21 893/25
**Ms. Rakoczy** [7]
833/19 834/6 837/22
852/16 854/23 868/11
903/10
**Ms. Sandra Parker** [1]
822/21
**Ms. Steele** [2] 823/2
952/17
**Ms. Traci Isaacs** [1]
834/20
**Ms. Watkins** [6] 951/7
951/19 952/5 952/9
953/11 955/22
**Ms. Watkins'** [3] 952/1
952/19 959/23
**much** [24] 845/24
853/16 864/22 864/24
865/1 875/4 876/19
878/21 879/5 881/11
899/20 910/8 914/5
915/17 919/5 920/15
923/1 924/16 928/12
939/22 941/10 945/12
946/23 949/13
**mugged** [4] 851/3
866/6 903/3 947/24
**multiple** [6] 836/1
855/4 914/24 915/3
921/18 954/19
**murder** [1] 948/7
**must** [2] 926/1 926/7
**my** [108] 826/13
826/22 828/9 831/3
832/3 834/16 836/5
841/24 848/3 850/1
850/13 851/2 851/2
854/18 855/10 855/25
856/7 856/20 858/1
858/2 858/6 860/5

**M**

my... [86] 861/3 861/24
862/1 862/12 862/13
862/18 863/3 863/4
865/1 866/7 866/19
866/21 866/22 866/23
866/24 867/10 868/1
869/18 870/1 870/2
870/3 870/13 871/2
871/5 871/14 871/19
872/1 872/1 872/2
874/22 878/2 878/5
881/2 883/11 886/10
886/14 887/5 889/18
890/19 894/17 897/4
897/15 898/23 899/2
908/17 910/23 913/5
914/2 918/6 918/11
922/10 925/4 925/7
926/11 926/12 930/16
935/13 935/14 936/12
937/1 937/14 938/17
939/4 939/8 939/24
940/8 940/23 941/25
942/9 942/23 942/23
943/6 943/11 943/25
945/12 945/14 946/6
947/1 947/8 947/9
947/16 947/17 948/6
948/18 960/24 961/4
myself [4] 841/17
866/11 936/10 960/24

**N**

nail [1] 839/8
name [20] 822/15
826/14 844/7 844/8
844/12 844/16 844/23
845/3 845/5 851/16
854/24 864/14 864/16
893/9 893/11 901/6
920/5 942/11 942/14
942/16
named [1] 942/13
names [16] 833/11
833/14 833/16 833/16
858/12 874/10 888/11
888/13 891/12 891/13
891/17 893/4 893/20
901/10 941/24 942/5
national [1] 848/12
natural [2] 875/13
896/23
nature [5] 842/5
842/16 847/8 847/9
867/9
near [2] 831/14 909/4
necessarily [4] 840/6
880/13 888/19 895/12
necessary [1] 906/3
need [13] 827/7 832/18
835/2 836/7 836/17
838/11 839/6 839/12
864/9 924/23 925/3
925/7 940/23
needs [1] 910/4
negative [4] 929/24
930/4 930/6 930/19

neighborhood [2]
869/7 936/25
neither [1] 933/10
never [1] 957/2
new [10] 839/24 840/2
886/15 888/18 900/1
901/1 929/16 940/17
940/19 947/9
New York [7] 839/24
840/2 900/1 901/1
929/16 940/17 940/19
news [74] 829/19
829/21 829/22 830/6
830/12 830/14 844/13
844/15 845/23 846/13
848/20 848/22 849/6
849/11 849/15 859/20
861/9 863/11 864/22
864/24 864/25 865/10
865/15 865/16 881/9
881/11 881/15 881/22
882/1 883/2 883/15
883/16 888/17 888/20
888/23 889/2 889/19
889/21 891/4 891/18
893/10 896/3 899/18
899/20 899/22 899/25
900/16 900/16 900/25
906/24 907/1 908/7
908/9 911/5 911/6
911/6 911/16 911/17
917/12 918/6 918/9
918/11 920/15 920/17
925/21 929/14 939/20
939/20 939/22 939/25
942/4 947/2 948/2
948/20
newspaper [1] 829/18
next [13] 824/14
853/20 859/9 877/7
881/8 885/18 912/1
914/10 914/25 915/7
915/13 943/21 945/18
nightly [1] 863/11
no [147]
no-show [12] 824/16
824/17 824/18 824/21
824/22 824/24 824/25
825/2 825/4 825/5
825/6 825/11
No. [4] 835/8 872/6
915/22 919/7
No. 53 [1] 872/6
Nodding [1] 935/5
non [3] 873/5 956/2
956/7
non-co-conspirators
[1] 956/2
non-conspirators [1]
956/7
non-repetitive [1]
873/5
none [5] 832/21 850/1
862/1 869/22 870/5
normally [2] 881/25
883/16
Norman [1] 834/3
Norman Kuylen [1]

North [1] 869/6
Northwest [1] 869/5
not [171]
not sure [1] 959/1
notarization [1] 839/23
note [1] 960/19
nothing [8] 854/17
875/3 875/16 878/8
888/19 892/11 922/23
922/25
notice [1] 951/23
notifications [2] 830/5
940/5
notify [3] 830/23 831/8
871/9
now [30] 822/3 828/7
829/3 829/16 833/8
835/2 838/9 839/10
842/14 844/17 849/22
850/6 861/23 864/7
886/5 892/2 897/18
900/13 901/11 902/2
906/19 908/22 909/14
911/24 919/1 924/1
924/3 924/4 924/21
931/3
NPR [1] 883/12
number [10] 824/7
860/6 861/23 867/8
871/17 877/2 896/21
911/7 940/1 947/10
NW [7] 818/15 819/3
819/11 820/3 820/7
820/11 821/4

**O**

Oak [1] 820/16
oath [30] 827/9 843/24
844/1 844/23 846/18
846/18 859/12 859/16
860/11 861/3 863/15
872/7 875/17 875/24
876/14 876/19 877/21
878/7 879/19 888/8
892/9 894/12 894/18
917/18 918/16 919/24
920/5 929/9 932/12
954/20
Oath Keeper [1] 861/3
Oath Keepers [28]
843/24 844/1 844/23
846/18 846/18 859/12
859/16 860/11 863/15
872/7 875/17 875/24
876/14 876/19 877/21
878/7 879/19 888/8
892/9 894/12 894/18
917/18 918/16 919/24
920/5 929/9 932/12
954/20
oaths [1] 946/7
objection [2] 911/15
951/2
objections [2] 823/18
837/15
obligation [4] 873/16
891/7 932/23 932/24

obligations [2] 886/21
886/22
observed [1] 936/17
observing [1] 952/14
obviously [7] 838/20
841/23 860/23 862/12
874/12 886/20 918/17
occasion [1] 945/3
occupation [1] 921/3
occupational [1] 856/1
occurred [4] 843/6
859/19 890/7 920/21
occurrence [2] 854/17
860/2
occurring [1] 870/11
October [4] 854/10
856/21 868/17 869/18
off [7] 825/8 830/4
866/17 910/4 926/12
942/8 946/6
offenses [1] 943/14
offered [1] 956/8
office [38] 818/14
819/2 819/10 854/9
855/5 855/5 855/10
855/13 855/17 855/18
855/25 856/3 856/11
861/20 862/1 862/12
862/15 869/8 869/11
869/24 870/2 870/5
870/8 870/13 886/9
902/9 902/12 903/15
905/9 907/12 909/4
909/18 911/11 911/19
924/18 925/4 925/8
943/12
officer [9] 830/24
831/9 834/23 848/4
850/12 850/19 867/17
945/24 946/1
officer's [1] 867/10
officers [5] 867/14
902/14 945/21 945/22
954/24
OFFICES [1] 820/6
official [5] 821/3
840/10 854/18 854/19
860/18
often [6] 869/16 878/16
879/12 879/13 883/12
940/6
oh [16] 826/3 850/11
852/25 852/25 853/12
869/13 873/15 875/18
883/9 897/14 909/16
912/21 923/5 932/17
943/11 943/18
okay [215]
Oliver [1] 834/4
omnibus [2] 950/8
950/14
once [2] 905/11 954/21
one [63] 824/4 828/5
828/5 831/10 831/12
833/3 833/9 835/4
835/4 835/18 841/9
841/17 848/3 850/3
850/12 850/13 855/6

869/5 858/1 858/22
859/20 859/23 860/13
861/3 862/5 866/17
870/1 870/1 871/22
874/5 875/23 878/20
880/13 887/5 890/2
890/4 892/25 895/10
895/20 904/22 905/23
908/18 908/19 909/2
912/1 916/19 920/24
922/7 923/8 931/16
936/3 939/24 946/17
947/1 947/4 947/10
952/3 952/8 952/16
957/1 959/8 960/9
960/19
one group [1] 878/20
one-week [1] 875/23
ones [2] 906/2 908/15
940/11
ongoing [1] 892/24
ongoings [1] 858/8
online [6] 829/1 829/7
829/11 882/2
online media [1] 882/2
only [18] 828/11
828/14 829/21 830/9
832/16 841/7 842/22
849/16 861/22 865/16
872/20 880/9 887/16
893/24 900/17 903/22
941/3 951/14
open [4] 926/25 929/4
932/1 959/20
operate [1] 931/17
operation [1] 876/21
opinion [7] 872/11
872/13 872/15 872/17
872/18 872/20 940/3
opinions [10] 843/5
860/21 860/22 861/6
862/17 867/1 889/21
890/8 917/17 945/9
opponent [2] 956/16
956/18
opposed [1] 932/2
order [12] 822/8 824/9
831/4 950/13 951/3
951/9 952/12 953/8
956/13 956/23 960/3
960/17
ordinarily [1] 881/24
ordinary [1] 827/1
org [1] 855/18
organization [42]
843/23 844/1 859/12
859/13 859/16 859/19
860/7 861/4 861/12
872/9 876/13 877/22
877/23 878/1 878/4
879/23 880/6 880/7
880/9 880/14 880/18
888/8 888/9 888/16
888/22 888/24 889/16
889/24 890/9 892/9
919/24 919/25 920/9
930/1 930/24 931/8

**organization... [3]**
931/23 932/8 932/14

**organizational [3]**
855/2 871/4 891/23

**organizations [5]**
830/6 860/7 882/15
931/20 947/11

**organized [5]** 860/15
872/9 878/19 889/2
894/18

**OSHA [2]** 856/2 856/12

**other [43]** 828/25
829/24 830/2 830/13
831/2 831/10 840/24
841/9 841/17 844/25
845/18 849/23 854/16
858/9 860/16 861/4
865/16 871/19 871/22
873/6 875/25 879/4
879/8 881/4 892/17
895/13 896/10 897/11
898/17 901/6 901/10
906/1 910/24 913/24
936/20 944/5 948/24
956/10 959/4 959/24
960/6 961/22 962/1

**others [10]** 829/22
829/25 841/16 889/3
889/5 937/21 947/15
956/4 956/15 956/16

**otherwise [3]** 839/6
861/6 865/11

**our [29]** 824/13 824/14
825/11 826/24 826/25
827/2 828/11 834/19
840/11 851/3 855/13
856/2 856/3 856/12
862/11 870/4 870/4
870/5 870/7 870/22
871/12 877/7 904/22
905/16 912/1 914/10
928/16 939/13 949/22

**ours [1]** 886/11

**ourselves [1]** 905/25

**out [27]** 823/8 827/18
828/3 835/3 836/2
836/5 836/11 840/19
862/15 862/17 865/4
865/12 871/20 875/7
881/15 882/5 883/17
886/12 910/9 914/6
915/20 919/5 923/3
923/12 926/15 928/13
938/12

**outbreak [1]** 833/1

**outcome [2]** 871/23
898/2

**outlook.com [1]** 820/9

**outside [4]** 857/16
870/6 941/5 941/9

**over [7]** 824/8 830/20
874/1 899/15 899/22
906/8 956/24

**overall [2]** 941/11
945/18

**overload [1]** 946/23

**overnight [2]** 823/16

**overruled [1]** 911/15

**overseas [1]** 840/11

**oversight [1]** 905/17

**overtones [1]** 842/5

**overworked [1]** 867/6

**own [5]** 862/16 866/7
947/22 958/23 959/23

**P**

**P.A [1]** 820/11

**p.m [3]** 962/12 962/13
962/13

**page [47]** 835/23 841/1
843/3 845/10 847/3
847/24 848/18 849/20
854/3 857/18 859/10
863/19 864/10 865/21
877/18 880/21 881/8
884/7 886/2 886/25
888/4 888/5 894/3
895/2 895/3 899/16
901/13 912/11 912/16
912/19 914/21 916/9
916/10 917/11 917/15
919/20 920/13 924/14
925/10 927/2 927/21
929/5 934/15 939/18
939/19 942/20 943/22

**Page 10 [1]** 912/16

**page 11 [7]** 848/18
864/10 881/8 899/16
920/13 939/18 939/19

**page 12 [11]** 843/3
845/10 859/10 877/18
888/5 894/3 901/13
917/15 919/20 929/5
942/20

**page 13 [3]** 865/21
925/10 927/21

**page 15 [1]** 841/1

**page 5 [4]** 835/23
886/2 916/9 916/10

**page 6 [7]** 847/3 854/3
912/11 912/19 914/21
917/11 927/2

**page 7 [5]** 863/19
880/21 895/2 895/3
934/15

**page 8 [2]** 857/18
886/25

**pained [1]** 876/7

**painful [3]** 876/5 876/6
876/9

**Pamela [1]** 942/24

**paper [1]** 940/21

**paperwork [3]** 839/23
840/7 840/10

**paragraph [1]** 961/12

**paramilitary [2]** 889/9
889/15

**parents [1]** 836/5

**Park [3]** 820/3 869/6
944/3

**PARKER [9]** 818/6
819/2 819/6 822/11
822/11 822/21 822/24
826/20 826/20

**part [12]** 827/21 829/20
837/5 871/24 886/15
892/5 905/21 935/14
936/22 937/5 947/2
947/17 962/2

**participant [1]** 841/7

**participate [1]** 878/25

**participated [3]** 885/6
897/21 938/11

**particular [6]** 889/23
911/18 919/14 940/10
945/16 959/14

**particularly [3]** 875/14
924/19 944/17

**parties [8]** 824/2
827/20 828/6 828/12
829/7 829/12 833/14
882/16

**partner [1]** 931/10

**party [3]** 951/18 956/16
956/18

**passed [1]** 915/15

**passing [4]** 878/5
878/7 878/15 958/1

**past [2]** 852/2 899/22

**patch [3]** 859/24
876/12 876/20

**Patricia [1]** 834/12

**Patricia Gee [1]** 834/12

**Paul [1]** 834/23

**Paul Ura [1]** 834/23

**Pause [2]** 826/10 928/7

**pay [5]** 833/16 917/3
917/5 917/8 917/10

**pcooper [1]** 819/13

**Peace [1]** 935/3 935/4

**Peace Corps [2]** 935/3
935/4

**penal [5]** 952/23
957/21 958/12 960/5
960/12

**pending [1]** 878/8

**Pennsylvania [2]**
819/7 820/7

**people [46]** 824/10
830/13 833/3 833/17
841/9 845/23 849/4
869/23 879/15 880/6
886/12 886/19 888/20
889/2 895/9 895/23
895/25 896/10 902/14
907/21 913/24 914/25
915/7 915/13 915/14
915/15 929/15 931/20
932/1 935/13 937/17
937/20 937/24 939/1
939/9 940/20 941/9
942/4 943/23 944/5
944/18 947/6 947/20
948/22 955/15 959/25

**people's [3]** 921/15
932/2 944/19

**per [1]** 845/17

**perceive [2]** 879/15
879/16

**percent [3]** 915/10
956/3 956/8

**perception [1]** 881/18

**performance [3]** 863/4
863/4 872/2

**performing [1]** 827/2

**perhaps [1]** 829/15

**period [4]** 862/15
887/7 916/18 924/19

**permit [1]** 842/1

**person [21]** 823/24
824/24 825/15 825/15
825/23 826/1 826/6
832/24 836/17 839/24
843/18 850/19 880/13
890/1 895/13 899/25
913/11 942/8 942/8
945/25 951/23

**person's [2]** 826/1
933/2

**personal [5]** 828/8
842/20 842/22 861/3
862/11

**personally [3]** 904/9
907/22 936/10

**personnel [4]** 905/24
906/9 906/12 907/20

**Peter [3]** 819/9 819/10
823/2

**Peter Cooper [1]** 823/2

**petercooperlaw.com
[1]** 819/13

**petty [1]** 944/21

**Petworth [1]** 869/6

**Petworth/Brentwood
[1]** 869/6

**Philippine [1]** 839/24

**phones [1]** 828/25

**physical [1]** 909/1

**physically [1]** 836/15

**pick [3]** 877/17 886/1
929/4

**picture [2]** 941/12
941/17

**piece [1]** 833/9

**pilasters [1]** 870/14

**Pittsburgh [2]** 874/6
874/7

**place [5]** 829/2 832/8
874/2 894/17 937/5

**placed [1]** 827/9

**Plaintiff [1]** 818/4

**plan [3]** 872/16 954/18
955/10

**planned [4]** 860/8
872/9 872/19 872/21

**planning [4]** 872/14
872/15 872/17 876/13

**plans [3]** 839/9 839/18
870/15

**play [5]** 826/24 870/5
883/11 952/14 952/14

**played [3]** 888/25
893/16 956/5

**plays [1]** 883/11

**please [54]** 822/5
822/7 822/14 826/12
827/6 827/8 828/22
830/15 830/16 830/23
831/8 833/15 833/17
835/22 838/2 841/1

**pleasurable [1]** 865/5

**plenty [2]** 954/15
955/21

**PLLC [1]** 820/16

**plus [2]** 886/15 916/25

**podcast [1]** 883/10
883/13 883/14

**podcasts [7]** 829/19
881/14 883/2 883/4
883/13 883/15 883/17

**point [13]** 825/16 829/4
830/13 875/13 911/6
911/16 935/23 936/4
950/16 957/2 957/17
957/22 960/16

**Point 1 [1]** 911/6

**points [2]** 841/4 911/11

**police [11]** 833/24
850/14 850/19 866/18
866/23 867/14 867/16
944/3 945/1 945/10
954/24

**policies [2]** 879/14
879/16

**policy [3]** 870/7 879/24
880/1

**policy-driven [1]** 870/7

**political [11]** 841/8
841/11 841/17 841/19
842/1 842/5 842/17
842/20 842/22 862/18
898/6

**politicians [1]** 879/15

**politics [2]** 862/11
871/15

**pose [1]** 861/18

**posed [1]** 916/11

**posit [1]** 859/19

**position [5]** 891/24
901/24 902/5 903/15
941/10

**positive [4]** 833/4
945/11 945/14 945/19

**possession [1]** 891/25

**possible [1]** 828/12

**possibly [3]** 830/18
833/2 946/23

**post [11]** 823/24
829/21 888/18 900/2
901/8 908/13 908/16
929/15 929/16 940/18
940/18

**posting [2]** 829/9
829/23

**postings [1]** 830/3

**P**

**potential [11]** 826/18
829/10 833/11 862/19
862/21 862/25 870/16
871/8 871/12 872/1
876/14
**potentially [14]** 862/9
862/14 862/16 862/17
867/6 871/21 887/21
889/3 889/9 904/5
904/8 905/1 916/25
937/15
**practice [3]** 901/18
906/12 907/20
**practices [1]** 905/24
**pre [1]** 828/13
**pre-judge [1]** 828/13
**predict [1]** 939/4
**predisposed [1]**
858/22
**prefer [1]** 841/18
**preformed [1]** 890/8
**prejudicial [1]** 954/10
**premature [1]** 839/1
**preponderance [3]**
957/4 957/5 957/7
**presence [1]** 848/6
**present [13]** 823/2
824/12 824/15 824/19
824/23 833/14 878/16
879/8 887/12 921/21
924/16 924/17 933/24
**presented [15]** 830/9
841/25 843/14 849/16
865/17 880/10 882/12
882/18 886/4 890/24
900/18 933/4 933/10
933/18 941/4
**presenting [1]** 884/11
**presently [1]** 921/4
**President [3]** 897/22
898/1 898/3
**President Trump's [1]**
897/22
**presiding [1]** 822/4
**press [2]** 883/11
930/22
**presumably [1]** 849/23
**presume [1]** 898/25
**presumed [5]** 926/2
926/8 953/21 954/4
954/5
**presumption [6]**
857/12 884/18 885/9
890/16 902/21 925/15
**presumptions [1]**
890/7
**pretty [6]** 865/1 869/13
895/25 899/23 899/24
917/25
**Prettyman [1]** 821/4
**prevent [2]** 833/6
870/11
**previously [1]** 882/14
**prima [6]** 953/8 955/18
955/19 955/21 957/3
957/15
**prima facie [1]** 957/3

**principles [3]** 884/13
927/23 928/4
**prior [11]** 845/19
857/21 860/6 870/3
874/18 874/22 898/22
899/9 960/22 961/6
961/25
**privacy [1]** 828/10
**probably [10]** 844/20
856/20 856/22 859/19
866/20 869/14 879/18
887/13 894/13 908/15
**probative [1]** 951/13
951/23 954/13 954/14
954/16
**problem [5]** 857/8
921/21 924/7 951/7
957/19
**proceed [1]** 827/5
**proceedings [22]**
818/9 821/7 832/7
833/5 845/21 846/16
852/8 859/13 877/22
878/4 884/21 884/24
888/9 892/9 892/17
892/20 892/23 919/24
929/10 958/24 962/1
963/4
**process [19]** 827/16
827/18 827/21 828/17
829/5 829/16 830/14
830/18 830/20 830/21
831/1 831/10 831/12
831/17 832/10 841/11
851/4 886/11 949/3
**produced [1]** 821/7
**profession [3]** 849/21
901/15 942/22
**professional [5]**
856/25 861/24 886/19
886/22 932/14
**proffer [1]** 951/24
**program [3]** 862/1
870/2 922/9
**prohibited [3]** 905/23
906/9 907/20
**project [1]** 870/14
**promise [1]** 828/18
**pronounce [1]** 957/2
**proof [5]** 933/13
933/22 934/10 934/11
934/12
**properties [1]** 847/11
**property [2]** 847/10
866/7
**Propes [1]** 834/20
**propose [1]** 838/9
**proposed [1]** 827/20
**prosecute [1]** 943/15
**prosecuted [2]** 867/25
909/17
**prosecutions [1]**
892/25
**prosecutor [2]** 896/25
943/4
**prosecutors [1]** 901/19
**Prospective [3]** 826/11

**summarily [1]** 883/9
**protect [1]** 947/12
**protection [1]** 943/7
**protest [2]** 860/16
860/25
**protesting [1]** 879/20
**protests [6]** 878/17
878/25 879/9 879/13
897/21 897/21
**Proud [1]** 892/16
**Proud Boys [1]** 892/16
**prove [2]** 951/22
953/19
**provide [9]** 910/9
914/6 915/21 919/6
928/14 949/8 949/13
956/9 957/20
**provided [3]** 852/7
858/12 940/12
**provides [1]** 958/11
**providing [1]** 856/8
870/10 952/14
**proving [1]** 932/21
**proximity [1]** 913/24
**public [3]** 831/5 832/14
943/4
**publish [1]** 905/16
**pull [3]** 870/21 919/15
956/24
**purported [2]** 891/19
891/21
**purpose [2]** 879/2
930/25
**purposes [4]** 841/11
860/15 957/12 960/22
**purview [1]** 870/7
**push [3]** 830/5 940/4
954/24
**put [7]** 838/3 882/8
896/5 911/16 935/24
941/24 954/7
**putting [1]** 953/3
955/14

**Q**

**qualify [2]** 839/6 961/7
**question [117]** 825/22
835/24 837/14 841/5
842/9 843/4 843/9
843/20 843/24 844/3
844/4 844/6 847/4
847/24 847/25 848/6
849/20 849/21 850/8
850/21 852/23 854/4
857/19 857/20 859/11
859/14 863/20 864/7
864/11 864/21 865/22
865/25 866/4 867/23
872/6 876/24 877/20
878/3 878/13 880/22
883/5 884/8 886/3
886/25 888/7 890/6
895/5 896/5 896/14
896/20 897/10 897/20
898/10 898/20 899/8
900/21 901/13 901/16
901/22 902/2 902/24
909/25 910/4 912/11

914/22 914/23 916/10
917/11 917/16 918/20
919/22 919/23 920/2
921/2 924/15 925/10
925/10 925/12 925/16
925/19 926/4 927/3
927/3 927/21 928/1
928/3 929/5 929/8
929/11 934/16 934/19
935/10 935/17 938/1
938/15 938/17 938/18
939/2 941/1 941/12
941/13 943/10 943/21
944/12 946/2 947/18
948/12 954/7 955/11
957/22 958/17 959/14
959/16 959/17
**Question 1 [4]** 835/24
886/3 909/25 916/10
**Question 10 [2]** 912/11
912/19 912/22
**Question 11 [4]** 852/23
913/20 914/22 914/23
**Question 112 [1]**
825/22
**Question 12 [2]** 917/11
927/3
**Question 14 [3]** 847/4
854/4 921/2
**Question 15 [1]** 895/5
**Question 16 [4]** 847/25
863/20 896/14 934/16
**Question 18 [2]** 897/10
935/10
**Question 20 [1]** 897/20
**Question 22 [5]** 848/6
864/7 880/22 898/10
935/17
**Question 24 [1]** 898/20
**Question 27 [1]** 886/25
**Question 29 [1]** 899/8
**Question 33 [2]** 857/19
857/20
**Question 43 [1]** 864/11
**Question 48 [1]** 900/21
**Question 52 [3]** 843/4
843/20 917/16
**Question 53 [7]** 844/6
859/11 877/20 888/7
919/22 929/5 929/8
**Question 59 [2]** 849/20
901/13
**Question 60 [4]** 850/8
901/22 943/10 943/21
**Question 63 [4]** 850/21
865/22 902/24 944/12
**Question 66 [1]** 867/23
**Question 7 [1]** 847/24
**Question 79 [1]** 842/9
**Question 9 [1]** 927/3
**question as [1]** 954/7
**questioned [1]** 825/20
**questioning [4]** 831/20
831/24 833/18 839/5
**questionings [1]** 828/6
**questionnaire [25]**
827/20 827/24 829/13

910/10 833/11 835/16
835/21 839/19 841/4
845/20 854/2 877/16
884/6 885/25 912/9
914/19 916/8 917/15
919/18 920/6 924/13
926/24 927/1 927/12
929/3
**questions [36]** 825/13
827/16 827/19 827/23
828/7 831/18 835/4
840/23 845/11 845/11
848/19 863/6 864/9
865/23 868/15 877/1
881/9 882/22 884/19
888/6 890/2 903/11
907/8 907/11 909/15
917/21 920/14 923/9
927/12 927/22 928/3
928/5 928/6 928/9
939/19 943/25
**Questions 45 [3]**
848/19 881/9 920/14
**quick [1]** 949/24
**quickly [3]** 874/20
945/17 945/17
**quietly [1]** 828/22
**quite [3]** 934/3 943/1
949/16

**R**

**radio [2]** 829/19 883/16
**raise [3]** 827/6 827/8
950/4
**raised [1]** 904/6
**Raju [1]** 901/4
**Rakoczy [5]** 818/13
822/17 833/19 834/6
837/22 852/16 854/23
868/11 903/10
**rallies [1]** 897/20
**rally [1]** 897/22
**ran [1]** 881/2
**rather [3]** 833/6 841/8
841/18
**re [2]** 883/16 960/17
**re-host [1]** 883/16
**re-read [1]** 960/17
**reached [1]** 889/10
**react [1]** 896/10
**reaction [1]** 930/17
**read [44]** 828/23 829/1
830/12 832/5 832/7
834/18 843/23 843/25
849/6 859/11 859/15
877/21 877/25 882/8
888/7 889/2 893/15
894/8 900/5 900/6
900/11 907/1 907/2
917/17 919/23 927/11
928/9 929/9 929/12
929/14 930/1 930/15
930/19 940/4 940/6
940/6 940/22 941/5
941/8 941/11 941/16
941/19 960/17 960/21
**reading [2]** 830/2
940/20

**R**

ready [2] 835/7 873/3
real [2] 847/10 949/24
realize [1] 853/1
really [25] 845/7
845/24 848/14 849/7
853/5 862/2 878/21
879/5 881/13 881/15
881/17 882/16 904/2
911/20 930/7 930/9
932/3 939/9 941/8
942/5 944/2 947/24
948/9 948/11 954/12
realm [1] 856/1
Realtime [1] 821/3
rear [1] 866/19
reason [10] 830/7
832/25 852/4 883/4
884/12 923/10 923/20
923/21 935/7 949/21
reasonable [4] 905/14
905/16 932/22 933/13
reasons [3] 832/20
898/17 911/12
recall [11] 833/10
859/18 859/23 865/3
887/13 892/1 893/17
894/11 902/1 906/20
909/13
receive [3] 830/5
830/10 904/14
received [3] 831/22
904/3 920/5
recent [2] 871/15 886/5
recently [3] 848/8
881/2 923/12
Recess [2] 910/17
962/13
recognize [7] 833/17
864/11 872/7 891/11
891/13 893/4 893/9
recognized [1] 893/20
recollection [3] 846/17
863/15 894/21
record [6] 822/15
875/15 901/17 910/21
961/2 963/3
recorded [1] 821/7
records [1] 961/25
recounting [1] 947/22
recover [1] 852/11
Redden [2] 820/15
820/16
reddenlawtexas.com
[1] 820/19
refer [4] 904/20 904/24
905/6 911/23
reference [1] 950/8
referenced [1] 892/21
references [1] 842/19
referred [3] 905/11
906/4 950/12
refers [2] 954/18
954/19
reflects [1] 901/17
regard [8] 825/14
853/9 868/15 873/8
873/13 883/1 921/19

regarding [4] 830/15
870/18 878/8 908/2
regardless [1] 871/23
Registered [1] 821/2
regularly [7] 865/1
865/11 900/6 900/11
900/22 935/24 940/12
related [10] 833/7
836/2 861/2 870/18
874/15 903/21 906/7
911/21 956/2 959/5
relatedly [1] 899/17
relates [3] 888/1
893/24 900/17
relating [1] 911/12
relationship [2] 856/25
857/11
relationships [2]
895/23 896/7
relayed [1] 874/10
relevance [2] 950/19
951/1
relevancy [1] 951/15
relevant [2] 952/13
952/20
relied [1] 951/22
relieved [1] 831/25
rely [1] 890/24
remain [1] 831/13
remainder [1] 828/4
remarks [2] 828/1
835/1
remember [13] 824/6
844/17 844/22 844/22
851/16 892/2 894/15
899/11 917/24 918/1
918/2 918/13 960/3
remind [1] 955/25
remove [6] 835/13
853/25 884/4 912/7
916/4 929/1
removed [1] 850/3
reorganization [1]
886/5
repaint [1] 870/14
repeat [5] 844/2 873/19
889/25 926/4 928/1
repeat that [1] 873/19
repetitive [1] 873/5
replayed [1] 863/11
report [13] 855/18
866/15 866/24 867/11
894/8 904/25 905/3
905/13 905/14 905/15
905/16 906/4 944/25
reported [1] 888/20
reporter [6] 821/2
821/2 821/3 821/3
823/24 901/8
reporters [3] 892/12
900/25 901/2
reporting [1] 855/23
reports [4] 856/2 856/8
900/22 908/2
represent [2] 834/17
958/7
reprisal [1] 871/23

request [2] 877/4
905/14
requests [2] 907/15
908/2
require [5] 830/19
830/19 832/15 898/14
953/16
required [5] 832/14
832/21 933/6 938/3
957/11
requirements [1]
951/14
requires [1] 957/4
requisite [1] 957/11
rescheduled [3] 836/3
839/22 840/4
research [3] 829/7
829/11 832/6
resident [1] 908/16
residential [2] 847/11
936/25
respect [13] 858/22
861/10 876/2 879/24
931/6 931/18 932/7
937/24 958/16 959/9
959/14 959/15 960/9
respective [1] 856/4
Respiratory [2] 921/8
921/9
respond [1] 945/17
responded [2] 907/22
945/17
responses [1] 827/24
responsibilities [2]
886/15 946/9
responsibility [2]
896/11 938/7
Rest [1] 828/8
restaurant [1] 832/22
restrictions [1] 830/7
830/17 832/1
result [2] 832/10 867/2
results [1] 890/14
resume [3] 910/13
910/14 962/8
retaliation [1] 906/1
retire [1] 944/6
retired [5] 834/2
897/18 943/8 943/8
944/4
retirement [1] 944/10
return [2] 828/14 832/2
review [4] 872/2
903/16 903/21 905/8
reviewing [1] 870/15
reviews [1] 863/3
revise [1] 843/18
Rhodes [9] 876/12
876/20 891/14 891/23
942/12 950/12 950/13
951/4 959/3
Richard [1] 834/4
Richard Maier [1]
834/4
right [97] 823/10
823/14 823/16 827/6
827/8 835/13 835/20

840/19 840/21 841/20
842/12 842/14 843/4
844/17 846/25 847/2
849/9 850/6 851/24
853/14 853/16 853/25
854/6 854/11 858/18
859/5 859/9 860/7
860/12 861/21 863/6
865/20 868/3 868/10
868/17 875/4 877/5
877/10 877/19 879/3
879/10 879/13 879/14
879/23 880/21 881/3
882/20 884/4 885/15
887/17 887/23 892/2
893/2 896/13 897/6
899/8 901/11 902/1
902/8 902/15 906/19
908/11 909/13 909/25
910/7 910/13 912/1
912/16 916/8 919/12
919/18 920/18 921/13
921/16 922/24 923/4
928/11 930/11 931/3
933/20 933/25 936/21
939/5 939/16 941/21
946/11 948/10 949/6
949/22 951/5 959/6
960/1 961/17 962/6
right-wing [2] 879/13
879/14
rights [4] 856/11
879/18 879/20 961/10
rings [1] 942/14
ripple [2] 937/19
937/20
rise [5] 822/2 867/4
867/9 910/18 962/11
risk [3] 871/11 876/14
937/15
RMR [2] 963/2 963/8
Road [1] 820/3
robbery [3] 944/19
944/19 944/23
ROBERTSON [1]
819/6
Roger [1] 864/13
Roger Stone [1]
864/13
role [10] 826/25 870/5
870/9 888/24 890/19
890/21 893/15 893/15
903/19 906/18
roles [2] 891/19 891/21
room [4] 838/4 910/24
914/6 947/19
Rossi [9] 820/10 823/6
834/14 834/16 876/8
910/3 911/25 949/10
951/1
Rossi's [1] 950/8
rude [1] 831/3
rule [2] 832/16 958/11
ruled [2] 950/10 950/12
ruminated [1] 961/5
run [1] 960/13
runs [1] 878/22

**S**

safe [2] 937/1 937/4
safety [17] 855/10
855/11 855/13 855/13
855/14 856/1 856/5
861/25 870/4 870/8
870/10 870/16 870/18
871/5 887/1 921/15
936/14
said [38] 842/4 842/15
857/22 865/24 868/16
871/7 872/6 876/15
884/8 887/14 888/11
891/11 894/21 897/22
906/16 906/23 907/16
908/18 911/3 911/16
911/22 921/14 922/15
926/19 927/4 932/18
936/3 937/1 938/2
940/10 941/17 946/16
946/18 951/1 952/21
954/21 957/25 958/7
same [2] 952/17
954/23
SANDRA [5] 818/6
819/2 822/11 822/21
826/19
Santoro [1] 834/21
sat [5] 856/17 856/17
858/2 896/6 948/6
satire [1] 863/12
satisfy [1] 958/3
satisfying [1] 951/14
saw [3] 906/25 936/17
938/8
say [45] 838/22 840/3
845/5 856/14 856/19
862/4 862/7 871/22
872/22 878/25 879/10
879/22 884/24 889/5
890/21 895/12 895/19
896/18 899/1 899/24
905/16 913/9 923/14
930/15 931/6 932/3
932/17 933/10 933/16
933/18 934/6 939/5
939/12 939/14 941/23
942/8 950/1 951/21
953/2 953/20 953/21
954/17 961/16 962/8
962/10
saying [6] 841/15
926/6 932/2 934/1
955/14 955/20
says [3] 951/13 953/17
959/13
scary [1] 947/24
scheduled [5] 833/2
836/1 836/23 840/14
923/9
scheduling [1] 837/20
scheme [4] 905/11
905/22 906/3 955/10
school [2] 936/6 944/3
schoolteacher [1]
916/12

**S**

screen [3] 913/1 913/1
913/4
SE [1] 819/7
search [1] 881/15
season [1] 959/20
seat [1] 949/10
seated [14] 822/5
822/7 826/12 827/10
828/4 882/7 910/19
912/25 913/9 913/11
915/7 915/13 921/18
938/21
second [5] 832/25
839/13 875/24 927/7
961/21
Second Circuit [1]
961/21
seconds [1] 838/5
security [2] 830/23
831/9
see [25] 831/1 832/12
836/13 838/10 839/5
845/25 846/12 851/15
855/15 865/11 899/4
913/1 913/11 913/14
913/16 918/6 918/6
918/7 934/25 936/23
937/3 941/25 946/22
949/22 950/22
see them [1] 913/14
seeing [2] 824/10
913/3
seek [2] 865/4 882/5
seeking [2] 823/17
865/12
seemed [1] 876/8
seems [3] 839/1 865/9
958/11
seen [26] 843/23
843/25 859/12 859/15
861/9 865/15 877/21
877/25 882/8 888/7
888/23 889/1 889/19
889/21 891/3 893/15
893/20 907/2 917/17
919/23 920/16 925/22
929/9 929/12 945/17
953/10
select [2] 828/11
831/14
selected [5] 828/13
830/8 849/14 890/17
937/12
selection [15] 818/9
822/10 827/13 828/17
828/21 829/5 829/16
830/14 830/18 830/21
831/1 831/6 831/10
831/12 831/17
self [4] 847/6 939/24
944/14 946/17
self-care [2] 939/24
946/17
self-employed [1]
847/6
Self-indicating [1]
944/14

Senate [4] 855/7
905/18 954/25 955/1
955/2 955/3
Senator [1] 895/10
Senator Hassan [1]
895/10
send [5] 856/3 856/10
905/2 905/3 905/17
sense [21] 827/14
835/24 845/12 848/20
863/7 864/22 864/24
879/1 880/5 881/11
894/4 901/14 914/4
916/10 920/15 920/24
924/16 924/21 930/10
930/25 939/22
sent [3] 823/16 856/20
856/22
sentences [1] 927/25
sentencing [1] 958/2
separate [1] 880/17
Sergeant [1] 833/25
series [1] 827/16
serious [1] 867/9
seriousness [1]
866/11
serve [15] 827/1
835/25 849/15 858/23
859/2 861/16 862/4
862/14 886/4 887/24
916/16 923/23 937/12
958/18 962/2
served [5] 858/20
862/7 875/16 897/15
935/11
service [15] 826/23
827/4 827/15 830/4
831/20 831/23 832/2
835/25 848/4 857/21
858/6 886/23 899/9
899/12 899/12
services [1] 943/7
serving [8] 858/9
862/23 871/21 903/7
916/11 916/17 916/25
960/22
session [2] 818/7
822/4
set [17] 840/14 842/20
842/21 846/20 849/15
858/25 859/1 861/9
865/14 880/9 887/25
891/3 898/5 900/14
918/22 941/1 941/20
setting [3] 893/22
899/10 941/14
Seung [2] 901/5 901/7
Seung Min Kim [2]
901/5 901/7
sfbrennwald [1] 819/8
Shaking [1] 942/17
shallow [1] 929/21
shape [1] 938/25
share [7] 866/3 897/12
917/20 929/21 938/4
944/15 944/18
she [54] 826/1 838/9
838/10 839/9 858/7

858/12 858/15 873/12
873/20 873/20 873/21
873/23 874/5 874/10
893/16 906/18 906/20
906/21 943/14 943/15
943/16 943/17 943/18
944/1 944/3 944/6
951/9 952/1 952/10
952/13 952/14 952/15
952/15 952/21 953/14
954/17 954/17 954/18
954/18 954/19 954/21
956/19 957/19 958/1
958/7 958/17 958/19
958/21 958/21 959/19
960/15
she's [4] 834/12
871/15 871/16 901/7
short [3] 869/18
933/14 933/22
shot [1] 866/23
should [12] 828/25
829/4 829/18 835/16
840/7 902/4 910/11
914/10 926/1 946/24
957/24 962/7
shouldn't [2] 842/14
863/3
show [21] 824/8
824/16 824/17 824/18
824/21 824/22 824/24
824/25 825/2 825/4
825/5 825/6 825/11
875/7 910/9 914/6
915/20 919/5 923/2
926/15 928/13
shown [1] 835/2
shows [4] 859/21
863/13 865/2 872/12
side [7] 838/19 841/14
875/20 875/21 875/22
904/3 906/13
sight [1] 937/3
sight-see [1] 937/3
silent [1] 829/2
similar [1] 942/14
simple [1] 830/7
simply [2] 831/3 956/9
since [9] 849/11
854/10 856/21 868/17
869/17 869/18 870/10
875/14 944/2
single [1] 876/24
sir [22] 853/21 867/18
868/15 873/4 873/8
875/4 877/9 883/1
883/19 885/19 885/20
903/1 910/8 914/1
914/12 915/17 919/11
925/5 926/15 926/17
928/8 928/12
sister [4] 881/2 942/24
942/24 943/11
sit [2] 871/11 937/23
sites [1] 829/24
sitting [1] 914/24
situation [1] 847/10

951/13
situations [1] 905/6
six [1] 833/3
Sixth [2] 961/15 961/19
skills [1] 949/3
slightly [2] 896/5
938/16
small [1] 852/10
small-claims [1]
852/10
smart [2] 937/2 937/4
Snapchatting [1]
829/8
so [230]
So I think [1] 948/20
So this is [1] 824/9
social [9] 829/14
829/19 829/24 830/2
830/13 900/22 929/15
943/7 947/8
some [71] 824/5
824/10 828/17 828/17
828/19 833/14 835/4
836/16 839/23 840/23
840/24 842/5 842/5
842/16 848/14 849/10
852/11 855/25 857/5
857/11 864/17 870/14
880/6 883/2 883/20
891/12 891/23 894/7
894/18 895/9 895/25
896/10 897/1 902/14
906/1 911/10 914/7
924/19 926/12 927/14
927/14 928/3 928/8
928/14 930/14 931/15
931/25 940/2 940/3
940/5 941/9 941/17
941/24 942/4 947/17
947/21 947/21 948/6
949/2 949/14 950/16
951/10 951/16 951/20
952/6 953/16 955/8
956/14 957/20 959/24
960/21
some work [1] 857/11
somebody [7] 889/22
890/8 895/10 903/24
945/4 955/9 955/9
somehow [1] 958/23
someone [11] 851/11
876/17 887/20 899/24
931/7 931/10 937/6
938/11 942/7 944/23
945/25
something [23] 833/5
842/25 844/1 845/6
865/6 872/2 881/5
881/23 882/11 891/25
891/25 900/5 900/10
932/18 937/11 940/22
945/18 948/3 948/17
948/20 951/1 951/11
953/2
sometimes [9] 867/10
894/8 898/14 900/5
900/7 900/8 904/18

somewhere [1] 893/12
soon [2] 831/24 840/8
sophisticated [1]
895/25
sorry [34] 837/18
838/6 843/15 844/2
844/18 847/16 847/19
853/1 866/16 866/25
871/2 873/18 874/4
878/6 883/7 888/5
889/11 889/25 890/1
899/1 901/6 904/16
912/15 912/19 912/20
915/16 921/24 922/14
923/5 923/14 925/3
926/5 943/11 949/25
sorry. [1] 842/11
sort [25] 824/6 847/12
848/25 855/22 863/24
865/11 867/20 886/10
886/10 888/20 889/2
889/7 889/8 891/22
894/16 896/23 900/8
918/19 927/3 930/22
935/23 936/18 951/2
960/13 961/5
sought [1] 951/23
soul [2] 940/8 946/19
sounds [5] 849/10
865/9 934/1 944/9
957/2
source [1] 865/16
sources [4] 830/12
883/2 900/16 908/12
south [2] 874/6 874/7
Southwest [1] 869/11
spaces [1] 832/14
speak [8] 824/19
830/25 870/7 871/6
873/13 889/11 925/5
936/16
Speaker [1] 911/10
Speaker's [1] 909/4
speaking [3] 832/13
832/17 835/5
Special [8] 834/2 834/3
834/4 886/9 903/15
905/15 907/12 911/19
Special Agent [3]
834/2 834/3 834/4
specialist [1] 871/5
specialists [1] 855/11
specific [9] 888/19
890/10 891/20 892/11
894/20 901/2 941/9
959/9 961/18
specifically [6] 869/6
874/21 893/1 909/13
961/14 961/24
specifics [4] 859/18
866/18 867/7 871/20
speed [1] 823/12
spend [1] 828/17
spending [1] 947/7
Sperry [1] 834/22
spoke [1] 872/8
spoken [2] 844/9

982

**spoken...** [1] 951/22
**spousal** [1] 874/25
**spouse** [2] 857/22 863/23
**spread** [1] 936/24
**St** [1] 820/11
**staff** [6] 831/22 856/8 886/16 908/20 908/23 947/13
**staffer** [1] 895/11
**staffers** [1] 895/10
**stand** [4] 827/6 910/5 910/6 913/12
**standard** [4] 946/7 955/18 957/7 957/10
**stands** [2] 920/9 962/12
**stanley** [3] 820/2 820/5 823/5
**Stanley Woodward** [1] 823/5
**start** [11] 823/11 827/15 827/18 829/11 830/20 838/13 888/22 922/11 922/15 922/16 953/24
**started** [2] 826/22 829/17
**starting** [1] 824/5
**state** [4] 822/15 826/2 848/4 850/9
**stated** [1] 952/12
**statement** [17] 951/22 951/24 952/22 952/22 953/23 954/9 955/5 955/15 956/22 957/21 958/12 960/4 960/5 960/7 960/8 960/11 960/11
**statements** [21] 876/12 876/14 951/8 951/8 952/1 952/6 952/11 952/24 953/9 954/2 956/3 956/8 956/10 956/14 956/15 957/15 957/20 958/19 959/23 959/24 960/10
**STATES** [8] 818/1 818/3 818/10 822/2 822/10 822/18 826/19 833/24
**statute** [1] 906/13
**statutes** [1] 904/22
**statutory** [2] 905/10 905/22
**stay** [3] 841/18 937/22 937/4
**Steele** [5] 819/9 822/12 823/2 826/20 952/17
**stenography** [1] 821/7
**step** [2] 838/3 850/3
**Stephen** [4] 819/6 822/24 859/21 863/12
**Stephen Brennwald** [1] 822/24
**Stephen Colbert** [1] 859/21

**Stephen Colbert Document** [1] 863/12
**stereotyping** [1] 932/3
**Stewart** [4] 876/20 891/14 891/23 942/12
**Stewart Rhodes** [4] 876/20 891/14 891/23 942/12
**still** [18] 824/22 826/8 826/9 831/6 838/23 877/24 912/6 915/8 918/3 918/6 918/6 918/7 920/2 931/25 933/3 948/24 948/25 959/15
**stolen** [1] 851/3
**Stone** [3] 864/13 864/15 864/16
**stood** [2] 876/3 881/3
**store** [1] 832/22
**stories** [7] 829/21 883/11 931/24 932/2 932/19 938/2 947/14
**story** [3] 865/9 900/4 933/2
**strategies** [2] 939/24 946/17
**Street** [3] 818/15 819/3 819/11
**stress** [1] 949/1
**stricken** [2] 825/16 825/23
**strict** [1] 830/24
**strictly** [1] 830/11
**strike** [7] 825/25 838/11 839/2 875/10 877/2 877/4 949/15
**striking** [1] 838/9
**strong** [5] 841/9 843/5 861/6 917/16 918/2
**struck** [1] 866/21
**stuck** [1] 942/5
**student** [2] 921/5 922/9
**students** [1] 917/8
**students'** [1] 916/15
**studying** [2] 921/7 921/12
**stuff** [2] 878/9 941/17
**sub** [1] 916/22
**subject** [1] 892/22
**subpoena** [1] 958/18
**subsequent** [3] 958/24 959/16 959/17
**substantial** [1] 904/23
**substitute** [1] 916/17
**subsumed** [1] 886/11
**success** [1] 916/15
**such** [9] 836/14 843/5 864/16 905/6 913/3 913/23 931/6 937/14 951/19
**suffering** [1] 947/15
**sufficient** [1] 934/5
**suggests** [1] 954/22
**Suite** [5] 819/3 819/11 820/7 820/12 820/17
**super** [2] 849/7 880/2

**super-intendent** [1] 855/3 855/9 871/1
**Superior** [1] 909/19
**supervisor** [7] 862/13 862/13 863/1 863/4 871/9 871/14 871/19
**supervisor's** [1] 862/18
**supervisors** [1] 886/7
**supplemental** [1] 905/15
**support** [4] 931/11 947/20 949/3 952/8
**supported** [2] 861/4 897/25
**supposed** [3] 824/11 863/1 953/7
**Supreme** [2] 898/14 961/16
**Supreme Court** [2] 898/14 961/16
**sure** [29] 835/19 837/8 840/25 841/20 841/22 843/10 851/12 852/22 857/25 862/9 862/19 887/8 896/24 907/7 917/23 918/14 921/24 928/2 932/20 945/23 949/16 954/15 956/18 956/21 958/25 959/1 959/22 961/23 962/9
**surf** [1] 829/1
**Switzerland** [1] 823/20
**sworn** [2] 827/7 830/8
**system** [1] 826/24

---

**T**

**tailgate** [1] 866/19
**take** [13] 836/7 838/4 852/23 903/22 904/15 905/21 910/11 910/14 914/2 916/17 932/11 960/23 962/6
**taken** [1] 948/3
**takes** [1] 948/4
**taking** [4] 832/8 871/19 886/15 928/8
**talk** [5] 828/22 873/21 873/22 912/23 950/21
**talked** [4] 849/4 864/12 895/15 899/16
**talking** [9] 845/23 876/20 882/14 901/25 931/19 947/9 947/11 950/7 960/14
**task** [2] 834/23 941/3
**tax** [2] 887/6 908/21
**teach** [2] 948/17 948/18
**teacher** [1] 916/22
**technically** [2] 883/13 897/4
**telegraphing** [1] 954/2
**television** [3] 829/18 881/14 885/1
**teleworking** [1] 869/2
**tell** [42] 836/4 840/14 843/8 844/11 845/14

**than** [89] 823/8 826/3 826/3 826/16 827/3 827/10 833/20 834/5 834/5 834/6 834/8 834/8 834/13 834/14 834/24 835/5 835/20 839/16 852/17 852/19 852/25 853/14 853/16 853/18 868/12 868/14 873/2 873/4 875/3 875/4 875/6 877/6 877/12 882/19 882/21 882/24
**Superior** [1] 850/23 850/24 851/7 857/24 859/15 860/3 863/8 872/23 878/11 878/14 879/11 884/19 886/7 887/3 888/15 890/22 891/12 891/16 893/3 893/8 894/6 894/15 898/12 903/1 915/2 919/2 921/4 921/7 925/19 929/12 931/14 934/21 936/4 953/25
**telling** [3] 838/17 925/25 955/17
**ten** [3] 838/19 869/15 935/2
**ten-day** [1] 838/19
**tenant** [1] 847/10
**tenants** [3] 847/12 847/15 847/17
**term** [3] 853/9 934/2 934/4
**terms** [9] 844/15 865/5 866/5 897/2 897/3 901/2 930/24 940/7 942/5
**terrific** [2] 845/9 924/6
**testified** [1] 959/19
**testifies** [1] 958/23
**testify** [12] 834/10 856/24 864/14 902/17 932/24 933/12 933/19 933/24 938/4 945/22 956/19 958/19
**testifying** [4] 832/17 852/13 867/14 958/7
**testimonial** [1] 961/7
**testimony** [19] 852/6 857/2 857/5 857/6 857/12 867/16 867/20 890/24 902/19 923/2 945/24 952/8 958/16 959/4 960/22 961/7 961/8 961/22 962/1
**tests** [1] 833/4
**texting** [1] 829/8
**than** [22] 833/2 841/8 841/18 844/25 854/16 857/13 858/9 860/16 861/4 866/9 871/19 875/25 879/4 879/8 880/1 881/4 913/16 938/11 945/24 948/14 959/4 962/1
**than a** [1] 857/13
**thank** [89] 823/8 826/3 826/3 826/16 827/3 827/10 833/20 834/5 834/5 834/6 834/8 834/8 834/13 834/14 834/24 835/5 835/20 839/16 852/17 852/19 852/25 853/14 853/16 853/18 868/12 868/14 873/2 873/4 875/3 875/4 875/6 877/6 877/12 882/19 882/21 882/24

**3891** 883/18 883/19 883/21 883/25 885/15 885/16 885/17 885/22 886/23 889/14 903/11 903/14 905/19 907/6 907/8 907/11 910/7 910/8 910/14 910/16 912/5 914/5 914/9 914/15 915/17 915/24 915/25 919/4 922/4 922/13 922/23 923/1 923/4 924/6 924/12 926/14 928/12 928/22 936/11 946/12 946/14 946/25 948/7 948/12 949/6 949/7 949/8 949/11 949/13 949/19 956/11 957/9 957/13
**thank you** [69] 823/8 826/3 826/3 826/16 827/3 827/10 833/20 834/5 834/5 834/6 834/8 834/14 834/24 835/5 835/20 839/16 852/19 852/25 853/14 853/16 853/18 868/12 868/14 875/3 875/6 877/6 877/12 882/19 882/21 882/24 883/7 883/18 883/19 883/21 883/25 885/15 885/22 886/23 889/14 903/11 903/14 905/19 907/6 907/8 907/11 910/7 910/8 910/14 910/16 912/5 914/5 914/9 915/17 915/24 915/25 919/4 922/4 922/13 922/23 923/1 923/4 924/6 924/12 926/14 928/12 928/22 936/11 946/12 946/14 946/25 948/7 948/12 949/6 949/7 949/8 949/11 949/13 949/19 956/11 957/13
**Thanks** [2] 911/25 928/20
**that** [683]
**that trial** [1] 873/9
**that's** [53] 824/4 837/2 837/10 837/11 837/13 841/25 842/25 843/17 843/18 848/14 848/15 854/7 856/7 868/18 876/9 877/7 879/18 880/10 887/9 891/6 892/1 894/16 903/18 904/10 905/17 907/14 911/6 913/10 914/8 914/9 919/3 920/20 921/12 921/20 922/10 922/11 929/25 932/3 932/14 933/6 938/1 939/25 940/7 941/4 947/4 947/15 948/13 949/22 953/18 955/11 955/18 957/22 960/1
**theft** [2] 944/20 944/21
**their** [32] 830/2 856/4 856/8 858/12 861/5 862/16 863/2 867/20

**T**

their... [24] 872/11
874/10 874/25 879/1
879/1 879/5 880/14
891/18 891/19 891/21
902/19 918/17 931/24
932/19 933/6 936/14
937/4 938/2 946/9
946/9 947/22 954/3
958/23 959/8
**their stories [1]** 932/19
**them [59]** 824/9 831/1
834/19 838/23 845/2
845/8 845/25 846/12
850/12 855/12 861/2
861/23 864/4 867/15
867/20 878/5 878/9
878/15 878/15 878/21
878/22 879/12 880/3
883/15 883/15 883/16
895/16 895/25 896/1
896/24 898/2 898/8
899/13 901/18 902/21
905/11 913/14 918/13
918/17 924/23 927/15
929/24 930/20 932/6
932/8 936/16 938/23
941/25 942/1 945/17
946/6 946/8 951/9
951/20 952/1 952/4
952/7 952/25 954/8
**themselves [1]** 885/3
**then [36]** 824/3 825/8
825/11 828/5 840/13
843/2 843/22 849/6
853/4 853/9 856/9
860/8 862/16 867/23
874/12 875/3 891/2
913/20 918/16 930/15
931/20 934/6 937/6
939/5 940/18 944/1
947/10 954/21 955/10
956/16 957/23 958/15
959/10 960/13 961/19
961/21
**therapy [2]** 921/8
921/9
**there [87]** 823/18 824/7
827/25 832/20 835/17
835/22 836/16 836/19
838/4 841/13 842/4
842/16 853/19 854/2
854/5 854/11 855/4
856/21 859/1 860/7
860/25 862/17 863/6
864/17 867/13 869/14
869/18 870/2 870/4
871/8 871/9 871/17
871/22 873/16 877/2
881/3 884/8 884/16
885/25 886/18 887/1
887/22 890/4 892/15
892/17 901/24 902/13
902/16 902/16 902/16
906/20 916/17 917/12
919/19 923/10 926/12
926/24 927/16 931/11
936/21 937/16 938/12

943/16 945/20 945/21
950/8 950/14 951/10
951/11 951/17 951/20
952/4 953/10 955/8
955/18 955/20 956/1
956/12 957/5 959/6
960/3 960/6 960/8
962/3
**there's [27]** 838/4
838/23 840/13 841/3
852/23 862/19 865/3
870/13 884/9 892/24
904/23 930/13 931/16
933/7 937/7 938/5
938/6 938/6 940/22
946/3 948/25 949/1
951/24 953/8 954/16
960/11 961/17
**therefore [3]** 827/2
954/6 956/20
**these [34]** 828/1 830/7
830/17 831/6 832/9
859/3 861/10 871/10
880/11 888/2 888/13
890/5 891/5 891/12
898/6 900/17 918/24
926/1 926/7 927/22
938/22 939/1 943/24
946/18 951/25 952/6
953/14 953/17 954/1
954/1 954/4 954/23
955/15 955/22
**these defendants [1]**
918/24
**they [90]** 824/15 831/2
831/2 831/3 836/10
836/25 849/24 851/13
858/12 859/21 859/24
860/4 860/6 860/15
860/23 860/24 860/25
861/5 862/16 866/20
866/23 868/22 872/11
872/19 872/21 874/3
874/9 875/25 878/16
878/19 878/22 878/25
879/3 880/14 883/13
883/14 884/22 890/13
896/1 902/22 904/8
906/10 915/13 916/19
916/21 916/22 925/14
930/2 932/4 933/4
933/14 934/2 934/4
934/5 934/6 936/17
936/17 936/20 937/1
937/1 937/2 937/2
937/15 937/16 937/18
938/3 938/8 938/9
938/10 940/11 945/16
946/7 946/8 947/12
951/19 952/6 952/21
953/2 953/23 954/5
954/7 954/13 954/14
958/14 958/15 958/17
958/18 959/10 961/15
961/23
**they're [24]** 836/7
856/5 856/9 867/5

906/13 930/1 931/11
932/11 932/12 932/12
932/13 933/5 934/6
938/3 946/4 947/7
952/13 953/21 954/2
954/4 954/5
**thing [7]** 854/3 877/17
879/17 880/8 897/16
947/4 948/24
**things [20]** 836/16
841/15 851/3 881/14
886/13 888/19 898/15
901/1 917/18 930/14
940/5 940/20 940/20
941/11 942/3 942/4
945/13 946/18 952/3
959/5
**think [121]** 837/16
837/19 838/13 838/17
838/23 840/16 841/15
843/13 843/13 844/21
846/22 850/5 850/6
851/13 851/20 852/23
853/7 856/25 857/4
857/10 857/11 858/21
861/8 861/16 861/18
861/22 862/4 862/5
862/25 867/5 867/15
867/19 868/7 873/2
875/1 875/10 875/13
877/3 879/19 879/23
880/8 880/12 881/2
882/9 882/11 883/15
884/12 885/10 891/22
891/24 892/11 892/15
893/20 893/23 894/16
895/18 895/21 895/24
897/3 898/1 898/6
898/9 899/16 900/15
901/7 901/16 902/18
903/2 903/7 909/12
911/5 911/19 911/22
912/14 912/14 912/16
915/12 917/2 918/5
918/22 918/25 925/21
928/16 930/18 931/17
932/1 932/1 932/10
933/3 933/12 933/14
934/13 937/9 937/11
937/23 938/5 938/7
938/8 938/24 939/12
941/7 945/23 946/18
947/5 948/3 948/4
948/20 951/1 952/2
952/3 952/17 953/15
954/16 956/13 957/3
957/22 959/8 959/18
959/24 961/6 961/9
**thinking [5]** 892/17
898/2 934/25 943/25
947/16
**this [150]**
**this morning [2]**
915/18 916/1
**Thomas [1]** 820/11
**thorough [1]** 956/23
**those [55]** 827/12

845/11 845/14 845/20
846/10 846/16 856/3
863/8 863/12 863/16
865/4 867/2 872/3
881/9 883/12 884/13
884/19 886/12 886/21
888/16 889/9 889/16
891/17 892/22 893/4
894/6 894/11 898/23
901/3 905/6 906/11
907/23 908/1 908/15
911/12 917/20 920/17
927/24 928/3 928/5
928/6 928/9 931/18
940/11 941/11 943/3
951/18 952/24 956/8
958/19 961/23 961/25
**though [3]** 952/2
955/14 955/15
**thought [6]** 883/15
884/22 948/15 949/18
951/2 957/15
**thoughts [1]** 960/24
**three [6]** 838/22 856/22
858/11 875/20 944/7
956/12
**through [16]** 827/12
839/12 851/4 864/21
865/1 866/19 886/11
886/19 888/17 907/1
910/1 910/3 948/7
948/25 949/3 960/13
**ties [2]** 901/14 943/22
**tight [1]** 839/1
**till [2]** 922/11 922/20
**time [41]** 828/17
828/19 828/19 838/12
839/2 848/7 849/10
851/2 851/17 853/17
856/21 858/10 862/15
866/17 867/10 867/10
869/19 875/5 883/19
885/16 887/7 910/8
916/18 920/4 922/21
923/1 924/18 924/20
926/15 928/8 928/13
935/23 936/4 937/6
943/16 945/7 947/6
947/23 949/25 956/5
962/9
**times [6]** 848/12
888/18 900/1 929/16
940/17 940/19
**Times' [1]** 901/1
**timing [1]** 950/22
**titled [1]** 963/4
**today [24]** 822/9
824/15 824/17 824/19
824/22 824/23 825/1
825/3 825/5 825/7
826/18 827/3 827/13
827/22 831/10 831/17
831/24 832/21 877/24
885/21 914/5 918/3
920/2 928/23
**together [1]** 952/5
**told [20]** 836/1 847/5

860/21 863/22 864/5
873/23 886/5 896/16
901/15 901/23 916/12
917/11 917/16 924/17
937/22 942/7 954/4
**too [3]** 875/10 883/18
946/23
**took [2]** 846/16 946/7
**top [2]** 942/9 946/6
**topic [2]** 874/12 950/23
**touch [1]** 828/8
**towards [2]** 929/24
952/5
**town [3]** 836/2 836/6
836/11
**Traci [1]** 834/20
**transcript [5]** 818/9
821/7 950/11 950/13
963/3
**transcription [1]** 821/7
**transition [1]** 860/17
**Transportation [1]**
863/23
**trauma [2]** 947/10
949/1
**travel [6]** 836/9 836/10
836/23 839/18 840/13
852/11
**travels [1]** 839/8
**trial [52]** 830/10 830/19
832/15 833/1 833/2
833/5 833/7 833/13
833/22 841/8 858/2
858/7 858/9 858/10
858/13 858/15 862/17
864/17 871/21 871/24
873/9 874/5 874/6
874/12 874/17 874/22
875/16 875/19 875/23
875/24 876/16 880/6
880/8 882/17 892/16
893/21 899/9 899/12
907/4 924/19 927/23
932/21 933/4 951/8
951/17 952/20 953/1
956/19 958/15 958/18
961/7 962/1
**trials [4]** 858/2 878/8
948/7 953/10
**tried [8]** 845/12 845/16
845/17 863/6 864/21
894/4 916/10 920/14
**tries [1]** 899/24
**trigger [1]** 961/9
**trip [2]** 851/2 881/4
**trips [3]** 836/2 839/20
839/21
**trouble [3]** 857/5 891/8
925/1
**Troy [2]** 818/13 822/17
**Troy Edwards [1]**
822/17
**true [1]** 829/5
**Trump's [1]** 897/22
**trust [1]** 937/4
**truth [2]** 902/22 956/9
**try [5]** 828/18 862/11

try... [3] 906/15 921/15
939/7
trying [9] 835/24
848/19 848/25 852/10
865/3 880/4 901/14
924/15 953/18
tunnel [1] 875/23
turn [35] 830/4 835/22
841/1 843/2 845/11
847/3 847/23 848/18
849/19 854/3 857/18
859/9 863/18 864/10
865/21 877/18 880/21
881/8 884/7 886/1
886/25 888/4 895/1
912/10 914/20 916/9
919/20 920/13 924/14
925/10 927/2 927/21
934/15 939/18 942/19
turns [1] 841/8
TV [4] 829/22 859/20
863/12 899/22
tweet [1] 940/20
tweeting [2] 829/8
829/23
tweets [1] 830/2
twice [1] 869/18
Twitter [4] 900/25
901/1 940/2 940/4
two [12] 824/5 832/20
837/1 840/19 856/17
908/12 908/15 911/7
944/7 952/3 953/5
954/23
TX [1] 820/17
type [5] 859/21 861/24
891/24 897/16 926/12
types [3] 863/12
946/18 961/22
typical [1] 865/2
typically [1] 865/3

U

U-r-a [1] 834/23
U.S [3] 818/14 826/14
886/8
U.S. [3] 843/6 895/7
909/18
U.S. Attorney's Office
[1] 909/18
U.S. Capitol [2] 843/6
895/7
uh [9] 866/2 879/25
912/18 912/21 913/18
921/10 922/19 927/18
944/24
uh-huh [9] 866/2
879/25 912/18 912/21
913/18 921/10 922/19
927/18 944/24
ultimate [2] 954/6
955/11
ultimately [3] 905/15
941/1 953/13
unable [1] 932/6
unavailability [3]
957/23 958/4 960/15

unavailable [2] 906/20
958/13
unavoidable [1]
828/20
unbelievable [1] 918/8
unbiased [1] 939/12
uncertainty [1] 937/9
unclear [2] 909/11
924/17
uncomfortable [1]
913/25
under [9] 827/9 830/24
862/11 873/12 903/21
904/22 905/22 906/3
951/10
underpaid [1] 867/6
understand [27] 841/9
842/18 847/18 849/1
855/16 867/5 872/8
880/5 886/18 890/19
890/21 893/23 896/1
900/13 904/11 927/11
927/13 927/14 927/17
930/16 932/20 934/13
938/3 939/3 954/5
955/5 955/13
understanding [21]
860/4 860/5 860/14
874/3 888/15 888/23
889/19 891/21 892/22
893/14 894/17 906/17
911/18 927/5 927/24
928/5 929/19 929/20
929/22 929/23 930/25
understood [7] 840/12
878/12 893/2 896/24
911/17 937/8 940/9
undertakes [1] 855/25
undertaking [1] 860/17
undue [1] 886/6
unequivocally [1]
939/15
unethical [1] 871/25
unfair [1] 857/1
unfortunate [1] 876/10
unfortunately [3]
836/20 836/21 859/17
unit [3] 886/10 886/10
886/14
UNITED [8] 818/1
818/3 818/10 822/2
822/10 822/18 826/19
833/24
United States [4]
822/2 822/18 826/19
833/24
unless [2] 831/13
951/23
unlike [1] 832/22
unrelated [2] 875/25
882/16
until [10] 830/3 831/14
831/21 858/10 922/15
922/16 922/18 944/3
958/2 962/12
up [46] 823/12 824/8
835/4 836/6 837/14
839/18 852/16 855/18

870/21 871/9 872/5
873/1 873/5 877/18
881/13 881/18 881/18
881/23 882/4 882/20
886/1 890/3 891/17
907/10 911/10 913/16
919/1 919/13 922/3
922/7 924/23 925/3
925/7 926/25 927/10
929/4 937/6 946/11
952/20 954/24 956/24
959/12 960/25
updated [1] 917/13
upon [17] 827/23
860/20 861/8 871/20
888/23 889/21 893/14
896/7 929/18 941/5
945/9 951/14 951/15
951/22 953/7 953/10
955/18
upset [1] 890/14
upstanding [1] 858/7
Ura [1] 834/23
us [95] 823/11 823/13
827/16 833/17 836/1
836/4 837/21 840/14
843/8 844/11 845/14
847/5 847/6 848/2
848/21 849/22 850/10
850/24 850/24 851/7
852/2 852/24 854/5
856/3 857/24 859/15
860/3 860/21 863/8
863/22 864/11 864/23
866/3 872/23 877/12
877/24 878/11 878/14
879/11 881/10 883/25
884/19 885/22 886/5
886/7 886/23 887/3
888/15 890/22 891/12
891/16 893/4 893/8
894/6 894/15 896/16
898/12 899/8 899/19
901/3 901/15 901/23
903/1 904/7 904/22
905/2 905/13 912/5
914/15 915/2 915/25
916/12 917/12 917/16
917/20 917/21 921/4
921/7 924/12 924/17
925/19 925/25 926/6
927/4 928/22 929/12
929/21 934/21 936/4
937/22 939/12 939/22
944/15 948/14 950/12
usdoj.gov [1] 818/17
use [5] 828/25 829/3
883/9 883/18 892/20
used [7] 870/25 898/13
927/24 934/2 934/4
935/20 961/8
usually [6] 827/14
831/12 879/16 879/20
882/1 883/11 883/12
936/19
utmost [1] 876/2

V-a-n-B-e-n-s-c-h-o-t-e-n
[1] 834/1
value [5] 951/13
951/23 954/13 954/14
954/16
VanBenschoten [1]
834/1
vandalized [1] 866/7
variety [2] 882/1
908/15
vehicle [1] 866/23
verdict [4] 828/14
896/8 896/10 909/17
verdicts [2] 874/3
896/2
versus [3] 822/11
826/19 931/10
very [27] 829/3 838/7
845/15 845/15 853/16
859/24 875/4 910/2
910/8 911/4 911/7
914/5 915/17 917/24
918/9 919/5 923/1
928/12 938/10 941/9
947/2 948/21 949/13
953/1 953/15 955/24
956/23
via [2] 855/24 856/16
vicarious [1] 947/10
victim [4] 850/23
865/25 902/25 944/22
victims [1] 944/13
videos [4] 865/4
906/24 918/7 920/16
videotaped [1] 954/22
view [7] 872/1 885/5
885/10 898/3 932/8
938/25 939/1
viewed [1] 863/4
views [5] 842/2 842/20
842/21 842/22 864/16
violates [1] 830/17
violence [1] 865/23
violent [1] 944/17
Virginia [3] 850/17
903/3 903/4
visit [1] 898/21
visited [1] 848/11
voice [1] 919/13
voluntarily [1] 832/21
vote [2] 862/5 933/14
voted [2] 862/7 895/21
voting [2] 861/19
933/23
vs [1] 818/5

W

wait [3] 828/19 828/19
910/16
waiting [2] 828/18
828/21
waive [1] 959/5
waived [2] 960/15
960/15
waiver [6] 958/24
958/25 959/7 959/7
959/16 959/18

waives [2] 958/16
959/8
walk [2] 831/2 869/14
walking [3] 937/6
947/23 952/4
want [19] 826/22 827/3
834/18 853/10 853/12
858/3 876/22 907/21
908/18 909/16 919/14
930/15 931/9 938/20
939/11 950/4 950/5
957/1 962/9
wanted [3] 837/11
912/23 918/12
wanting [1] 932/18
warrant [1] 877/3
was [161]
Washington [21] 818/6
818/15 819/4 819/7
819/12 820/3 820/8
820/12 821/5 823/24
829/21 850/16 869/11
888/18 900/1 901/8
908/13 908/16 929/16
940/18 940/18
Washington Post [1]
940/18
wasn't [15] 825/15
848/25 873/21 876/18
876/23 887/8 887/19
938/11 938/12 941/10
942/9 948/8 950/15
951/6 962/3
waste [2] 905/2 907/21
watch [8] 832/7 846/10
849/8 864/25 865/7
881/24 881/25 918/10
Watchdog [2] 956/3
956/8
watched [7] 884/21
884/24 894/7 894/10
899/21 906/24 920/17
watching [1] 881/20
Watkins [8] 891/15
891/24 951/7 951/19
952/5 952/9 953/11
955/22
Watkins' [3] 952/1
952/19 959/23
wave [1] 881/3
way [18] 827/24 838/1
841/9 841/17 858/22
851/22 884/10 889/8
895/13 913/18 914/1
918/11 920/24 930/16
931/15 938/25 951/20
952/8
Ways [10] 887/6 887/7
898/24 899/3 908/20
908/22 908/24 909/7
911/8 911/9
we [172]
we will [10] 824/5
824/10 824/19 827/15
827/18 828/4 828/7
831/16 831/24 910/13
we would [1] 849/4
we'd [3] 842/20 939/12

**we'd... [1]** 953/15
**we'll [14]** 838/3 838/10
839/6 839/14 904/15
904/17 904/24 905/13
910/8 910/13 910/14
949/22 960/17 962/8
**we're [17]** 822/9
835/24 838/7 838/16
838/18 838/20 845/10
870/7 874/6 886/11
894/3 904/13 904/18
924/15 950/23 955/14
956/18
**we've [8]** 825/11
838/17 864/12 875/11
899/16 904/3 947/8
960/14
**weaponized [1]** 853/10
**weaponizing [1]**
841/10
**wear [1]** 832/24
**wearing [2]** 832/13
915/13
**website [2]** 905/16
940/21
**week [13]** 838/8
838/15 838/23 838/24
839/13 858/15 858/17
873/10 873/11 874/1
875/19 875/23 876/16
**week-long [4]** 858/15
858/17 874/1 875/19
**weeks [13]** 827/19
833/3 836/1 837/1
840/19 849/5 913/24
914/25 915/3 916/25
921/18 946/22 947/3
**welcome [2]** 822/25
826/14
**well [40]** 825/15 829/6
832/20 839/4 846/2
848/11 850/12 851/1
862/9 865/2 871/15
872/4 874/1 886/16
891/7 896/1 896/20
899/21 901/13 903/22
904/21 907/6 911/1
917/13 921/11 927/1
927/9 934/1 937/13
945/3 948/14 948/19
950/23 952/3 952/18
953/15 955/24 960/17
962/6 962/7
**went [6]** 838/10 850/13
899/5 899/15 923/22
923/25
**were [97]** 823/18
835/25 846/7 846/8
848/19 849/14 851/3
851/13 852/10 854/11
855/17 858/11 858/12
858/23 859/1 859/2
859/21 859/24 860/23
860/24 860/25 861/5
861/16 861/17 862/4
862/23 864/16 864/17
866/18 868/19 869/1

875/20 876/7 882/7
882/14 884/22 885/8
886/4 886/14 887/24
890/13 890/17 895/19
895/19 898/2 900/4
901/13 901/14 908/6
909/16 912/25 913/9
915/6 915/13 915/13
916/16 916/17 916/24
922/20 923/9 923/17
926/7 927/11 927/16
927/22 927/24 931/14
936/9 937/1 937/1
937/12 937/14 937/15
937/15 937/17 938/8
938/9 938/10 941/2
941/9 942/4 944/22
947/11 950/7 951/19
952/23 953/14 956/12
956/14 956/15 956/16
959/23 959/25 960/8
**weren't [2]** 917/8
936/20
**west [4]** 820/12 875/21
875/22 875/23
**what [138]** 827/22
828/16 837/5 841/12
841/24 842/8 843/14
844/11 844/15 845/20
849/1 849/5 849/8
853/10 856/2 859/15
860/3 860/4 860/16
860/20 860/24 860/24
861/8 861/9 862/17
870/3 870/3 870/4
870/13 872/16 872/23
874/16 876/17 878/6
878/14 878/15 879/1
879/1 879/5 879/11
879/15 879/18 880/5
880/17 881/13 881/17
882/14 883/5 884/24
886/3 887/14 888/20
888/22 888/23 888/24
889/1 889/5 889/15
889/19 889/21 890/22
891/16 892/4 892/14
893/8 893/14 893/15
893/15 893/23 894/15
894/21 897/12 906/16
906/21 909/8 910/3
911/17 915/2 918/3
920/8 920/9 920/21
921/7 921/12 921/14
924/2 924/21 926/6
927/4 929/12 929/18
929/18 930/1 930/2
930/19 932/1 932/17
934/1 934/2 936/16
936/23 937/3 937/13
937/16 937/22 938/2
938/5 938/8 938/8
941/8 941/14 941/16
943/14 944/1 944/18
947/12 947/18 947/19
948/4 948/15 948/23
948/24 949/16 949/20

952/21 953/10 953/18
954/14 954/18 955/14
955/16 955/20 956/18
957/6 961/4
**what's [5]** 882/12
882/17 882/18 892/21
950/25
**whatever [13]** 828/23
880/8 891/3 899/11
899/11 900/15 923/20
923/25 929/21 934/6
941/5 946/7 957/10
**whatsoever [2]** 862/2
869/22
**when [55]** 827/15
831/14 833/17 836/23
840/3 840/14 846/2
846/3 846/3 846/5
846/6 846/7 848/24
849/3 849/8 851/2
852/10 859/18 863/2
866/19 870/25 871/7
872/22 874/18 875/13
878/25 879/10 879/12
879/19 879/23 883/10
884/24 889/5 890/21
892/20 902/2 905/6
906/14 906/23 911/3
920/5 930/1 932/3
932/10 936/4 936/5
938/5 941/23 944/6
945/17 947/22 950/5
952/5 952/15 956/3
**whenever [1]** 881/5
**where [18]** 825/8 828/3
850/17 851/7 859/21
868/19 868/22 869/1
869/9 872/6 894/17
894/17 906/25 908/24
913/11 934/13 950/22
959/12
**whether [36]** 827/17
841/3 841/5 843/4
843/22 850/22 856/4
859/11 867/13 872/7
877/20 879/14 880/22
887/1 887/11 888/7
899/10 900/21 902/24
919/23 921/4 924/18
929/8 935/17 942/20
947/14 952/7 953/7
953/14 954/7 958/6
958/22 959/2 959/3
960/3 960/15
**which [28]** 824/10
830/10 830/19 830/19
840/13 845/12 855/12
855/17 856/11 858/10
860/15 869/14 875/15
886/9 891/12 893/4
899/17 899/17 918/20
938/20 938/25 943/21
952/23 953/6 960/11
960/12 961/15 962/2
**while [11]** 828/21
829/3 832/13 836/7
845/10 855/11 862/11

924/18
**whistle [1]** 903/25
**whistleblower [2]**
904/7 906/3
**whistleblowers [2]**
903/20 906/7
**who [69]** 823/2 823/23
823/24 824/6 824/8
824/11 824/14 824/16
824/18 824/21 827/12
829/23 829/25 830/17
832/16 832/17 832/24
834/10 836/19 847/16
847/18 848/1 849/24
850/3 850/9 850/12
858/12 863/24 875/20
875/21 878/22 880/7
889/9 889/22 889/23
890/8 892/22 895/9
895/15 895/23 896/19
897/11 897/12 897/17
898/24 899/2 899/24
900/22 901/3 901/18
901/23 902/14 902/17
907/21 909/7 911/8
929/15 931/16 932/13
932/15 934/21 936/9
937/24 938/11 940/16
944/13 945/22 947/20
954/24
**who's [8]** 857/21
867/24 876/4 895/6
895/10 901/6 913/11
931/7
**who've [1]** 902/18
**whole [1]** 932/3
**whom [2]** 833/12
861/11
**whose [1]** 931/10
**why [27]** 827/22
832/18 837/10 837/11
837/13 839/4 839/13
843/8 843/10 843/15
864/7 866/3 876/7
884/19 887/3 887/9
890/7 890/8 908/17
917/20 925/19 929/12
929/25 930/5 930/16
939/3 942/14
**whys [1]** 930/18
**wife [9]** 858/1 858/2
858/6 858/20 865/1
873/8 874/16 874/22
875/16
**WiFi [1]** 828/24
**will [84]** 823/7 823/19
824/5 824/10 824/13
824/19 827/13 827/14
827/15 827/18 827/22
827/24 828/2 828/4
828/4 828/7 828/13
828/14 828/16 828/17
828/18 829/5 830/4
830/8 830/10 831/11
831/16 831/18 831/19
831/24 831/25 832/10
832/15 832/16 833/6

838/24 835/2 835/3
836/24 836/25 838/4
838/14 838/20 841/24
842/6 842/16 847/1
856/3 867/13 875/7
877/2 877/3 890/4
898/5 899/10 902/16
902/17 905/15 907/23
908/13 910/6 910/13
914/6 915/20 917/4
919/5 921/15 923/2
924/18 926/15 928/13
932/11 940/23 945/21
947/20 949/4 949/7
949/13 951/11 952/7
953/13 954/5 954/7
958/14
**William [6]** 821/2
822/12 826/21 834/17
963/2 963/8
**William Isaacs [2]**
826/21 834/17
**windshield [1]** 866/19
**wing [2]** 879/13 879/14
**wise [1]** 874/15
**wish [3]** 828/11 828/22
836/21
**withholding [1]** 876/23
**within [4]** 841/18 855/3
881/23 934/21
**without [3]** 929/24
930/18 939/13
**witness [9]** 852/1
852/14 857/13 913/12
947/14 958/2 958/9
958/13 959/20
**witnesses [6]** 832/17
833/12 833/23 834/10
834/18 933/11
**won't [1]** 939/5
**wondering [1]** 883/3
**Woodward [6]** 820/2
820/2 823/5 824/4
837/24 957/17
**word [4]** 870/25 892/20
892/21 947/12
**words [7]** 927/14
927/14 927/16 927/24
928/6 952/19 960/6
**work [39]** 827/25 836/2
847/7 847/21 849/25
850/4 855/17 857/11
857/16 861/19 864/1
864/4 874/15 886/8
886/14 895/23 896/19
896/25 898/13 899/5
902/5 904/12 905/9
907/12 911/19 911/21
918/11 924/22 935/8
935/23 943/3 943/4
943/19 943/23 946/8
947/8 947/9 948/18
948/21
**work-wise [1]** 874/15
**worked [5]** 826/2 854/8
874/2 909/7 942/22
**Workers' [1]** 856/11
**working [9]** 869/3

986

**W**

**working... [8]** 869/4
886/11 887/9 887/12
887/19 894/9 921/4
935/2
**works [7]** 863/23
863/25 887/5 898/24
899/2 908/20 911/8
**worries [1]** 914/25
**worth [1]** 867/10
**would [205]**
**wouldn't [8]** 843/17
857/7 862/24 865/4
865/6 895/12 921/21
959/20
**wrap [1]** 873/1
**wraps [1]** 862/11
**write [2]** 940/20 949/20
**written [4]** 842/8
893/11 940/12 941/25
**wrong [3]** 825/19
937/5 937/6
**wrongdoing [2]**
904/22 904/23
**wrote [1]** 841/7

**Y**

**yeah [64]** 837/24
839/10 840/1 841/2
843/1 843/12 844/5
848/16 849/4 851/3
853/2 859/17 862/19
867/3 871/13 871/13
873/24 880/19 881/25
883/9 887/18 889/18
893/7 894/1 898/9
898/23 899/14 900/24
903/2 903/5 905/21
907/1 908/10 908/14
908/21 909/24 913/5
913/7 917/1 917/10
918/2 918/4 918/9
918/15 918/18 919/2
920/19 921/20 922/10
922/11 922/16 922/22
924/5 926/10 927/18
934/11 938/16 941/19
943/2 943/24 944/11
944/24 948/12 956/6
**year [2]** 848/14 866/21
**years [11]** 852/10
867/9 871/17 899/23
935/2 935/2 935/21
936/6 940/1 944/8
948/1
**Yep [3]** 857/23 858/18
946/20
**yes [116]** 824/20
825/14 825/17 825/17
825/22 835/12 836/16
836/17 837/16 840/20
842/10 843/1 843/8
843/9 843/25 844/4
846/3 846/14 846/24
849/13 850/24 851/1
852/3 852/5 852/8
852/9 852/21 854/25
855/1 857/3 857/3

860/13 860/13 861/13
864/2 865/18 865/22
866/1 866/4 867/18
868/14 868/25 872/25
873/7 873/15 875/2
877/15 880/25 884/3
884/14 884/18 884/20
885/4 885/7 885/24
886/8 887/3 887/4
888/3 888/12 888/14
889/13 889/13 891/6
893/3 895/4 899/6
900/20 902/20 903/14
907/5 907/24 908/8
909/20 909/23 912/17
914/1 914/17 915/1
915/9 915/14 916/3
916/13 916/19 916/23
917/21 918/10 919/11
920/3 920/7 923/19
925/16 925/20 926/22
927/6 927/8 927/13
927/22 928/10 929/12
932/25 934/19 934/20
935/21 936/15 940/14
940/14 941/16 941/22
942/8 942/23 945/11
946/15
**yesterday [17]** 824/7
824/18 824/22 824/24
824/25 825/2 825/4
825/6 825/9 825/20
923/9 923/11 923/17
947/10 950/7 950/25
961/6
**yesterdays [1]** 824/17
**York [8]** 839/24 840/2
888/18 900/1 901/1
929/16 940/17 940/19
**you [958]**
**you understand [1]**
890/21
**you'd [5]** 880/22 915/7
919/17 919/23 935/17
**you'll [6]** 830/11
883/19 886/18 890/2
899/15 900/5
**you're [34]** 832/21
835/14 835/21 847/5
847/14 849/22 865/11
874/15 883/10 899/4
901/15 903/16 904/8
904/12 912/7 914/16
917/13 921/4 921/7
921/12 922/1 923/7
924/4 924/8 924/19
928/24 931/19 934/1
934/14 938/21 938/21
939/3 946/21 959/6
**you've [55]** 836/1
842/8 843/23 843/25
844/11 845/6 846/21
847/5 849/22 851/25
857/22 859/11 860/20
863/22 863/22 864/11
864/13 864/24 865/23
866/14 868/16 877/21

888/23 889/21 891/3
893/3 893/15 893/19
893/20 896/16 897/10
897/22 899/9 899/20
900/15 901/15 901/23
914/19 916/12 920/15
920/16 920/16 920/17
921/14 924/17 927/4
929/19 930/4 937/9
937/22 939/23 941/15
**your [244]**
**your comfort [1]**
913/21
**Your Honor [72]**
822/16 822/20 822/23
823/4 823/6 823/8
825/14 826/4 826/5
833/20 834/5 834/8
834/15 835/7 837/16
838/6 838/16 846/24
852/17 852/19 852/20
853/18 853/24 854/7
854/22 854/25 857/3
858/24 861/13 862/10
863/17 864/20 865/19
867/4 867/18 867/21
868/9 868/12 868/14
873/7 875/2 875/9
876/2 876/3 876/11
877/6 882/21 882/24
882/25 903/12 903/14
907/8 907/9 910/6
910/21 910/23 911/1
911/24 922/4 922/5
922/25 925/1 946/12
946/14 949/19 949/25
955/25 956/11 957/1
957/4 959/6 959/22
**Your Honor's [1]** 858/1
**yourself [2]** 863/22
887/2 908/9 912/4
935/11 942/21 946/22
948/14
**yourselves [3]** 826/23
828/23 832/18
**youth [1]** 868/1
**YouTube [1]** 865/4

**Z**

**Zaremba [3]** 821/2
963/2 963/8
**Zello [9]** 950/7 950/9
951/9 954/19 956/1
956/2 956/5 956/10
959/19
**Zsuzsa [1]** 820/6