1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,               No. 21-28

5        vs.                            February 9, 2023
                                        2:25 p.m.
6   SANDRA R. PARKER, ET AL.,

7              Defendants.              Afternoon Session
    _____

8

9     TRANSCRIPT OF THE JURY TRIAL OPENING STATEMENT PROCEEDINGS
              BEFORE THE HONORABLE AMIT P. MEHTA
10                 UNITED STATES DISTRICT JUDGE

11

12  APPEARANCES:

13  For the Government:

14          Kathryn Leigh Rakoczy
            Troy Edwards
15          Jeffrey S. Nestler
            U.S. ATTORNEY'S OFFICE
16          FOR THE DISTRICT OF COLUMBIA
            555 Fourth Street, NW
17          Washington, D.C. 20530

18

19  For the Defendant Sandra Parker:

20          John L. Machado
            LAW OFFICE OF JOHN MACHADO
21          503 D Street, NW
            Suite 310
22          Washington, D.C. 20001

23

24

25

```
1    (APPEARANCES CONTINUED:)

2

     For the Defendant Bennie Parker:
3
             Stephen F. Brennwald
4            BRENNWALD & ROBERTSON, LLP
             922 Pennsylvania Avenue, SE
5            Washington, D.C. 20003

6

7    For the Defendant Laura Steele:

8            Peter A. Cooper
             LAW OFFICE OF PETER A. COOPER
9            400 5th Street, NW
             Suite 350
10           Washington, D.C. 20001

11

     For the Defendant Connie Meggs:
12
             Juli Zsuzsa Haller
13           LAW OFFICES OF JULIA HALLER
             601 Pennsylvania Avenue, NW
14           Suite 900
             S. Building
15           Washington, D.C. 20036

16

     For the Defendant William Isaacs:
17
             Eugene Joseph Rossi
18           CARLTON FIELDS, P.A.
             1025 Thomas Jefferson Street, NW
19           Suite 400 West
             Washington, D.C. 20007
20

21   For the Defendant Michael Greene:

22           Britt Redden
             REDDEN LAW, LLC
23           3300 Oak Lawn Avenue
             Suite 700
24           Dallas, TX 75219

25
```

```
1    (APPEARANCES CONTINUED:)

2

3

4    Court Reporter:

5

6                    Stacy Heavenridge, RPR
                     Official Court Reporter
7            U.S. District & Bankruptcy Courts
                  for the District of Columbia
8         333 Constitution Avenue, NW, Room 4700-A
                    Washington, D.C. 20001
9     Proceedings recorded by mechanical stenography, transcript
                  produced by computer-aided transcription

10

11          (The jury entered the courtroom.)

12          THE COURT:  Please have a seat, everyone.  Welcome

13   back, everyone.  I hope you had a nice lunch hour.

14          So we are ready to begin with defense opening

15   statements, if they wish to make any.

16          So we'll start with Mr. Brennwald on behalf of

17   Mr. Parker.

18          Do you wish to make an opening statement?

19          MR. BRENNWALD:  I do, Your Honor.  Thank you.

20          Good afternoon, ladies and gentlemen.  I have the

21   enviable task of speaking to you after lunch.  My wife will

22   tell you that if she's having a hard time going to sleep, I

23   just need to tell her some legal -- use some legal words and

24   she's out like a light.  So I will try not to do that.

25          I represent Bennie Parker.  You've heard about him
```

1    this morning a little bit -- this afternoon, actually, and his

2    wife, Sandra Parker, who's sitting there next to him.

3         Bennie and Sandy are from Ohio and they've lived there

4    pretty much their whole life.  They are not members of the Oath

5    Keepers.  To become a member of the Oath Keepers, you have to

6    fill out a form, pay some dues, et cetera.  They are not

7    members.

8         Bennie and Sandra, after the November election, went

9    to a political rally in Columbus, Ohio.  There they met Jessica

10   Watkins, and she seemed like a nice person and they talked to

11   her about the rally and about politics.

12        What Bennie eventually learned of the Oath Keepers in

13   his mind was that they were retired police, retired military,

14   EMS people, people who took care of others and were trying to

15   uphold the law.  That was his vision, his impression of them.

16        He spoke to Jessica.  They exchanged phone numbers and

17   they talked about this January 6th rally in D.C.  Bennie and

18   Sandy wanted to come to this rally in D.C. because they wanted

19   to hear the former president talk.  And they thought that this

20   would probably be the last time they could see him talk, and

21   this would be a good time to go.

22        There was no thought in their mind about interfering

23   with the certification.  Bennie wasn't even that conversant

24   about it.

25        And I want to make sure that you keep something in

1   mind.  It's been two years, one month, and three days since
2   January 6th, 2021.  And I know from jury selection that some of
3   you pay more attention to the news than others.  But I also
4   know that we've learned an awful lot more in the last two years
5   about the entire process than we knew on January 6th.

6          I was aware that morning that there was going to be a
7   certification process because I am the proverbial news junky.
8   I get push notifications on my phone from every news agency or
9   organization you can think of that's center left.  I live on
10  the Hill.  I walk here every day to court.  I know what people
11  here were thinking that day because they're my friends.

12         So I'm sitting in my house that day working remotely.
13  My wife, who works at the Pentagon, decided not to go into the
14  Pentagon that day and just work at our house.  And as I'm
15  watching the events unfold, CNN went to a split screen at one
16  point where they had the rally and the Trump event going on,
17  and then they were covering the Capitol and Congress.

18         And at some point in the afternoon, I'm watching this.
19  Pardon my voice.  I've had kind of a cough.  And if I run out
20  of the court -- seriously, I told this to the Judge before we
21  started that I have this cough, and yesterday I had to run out
22  of the courtroom in front of another judge for two minutes
23  because I just couldn't stop coughing.  So I apologize.

24         But I was watching this, and at some point when I'm
25  seeing all these people streaming towards the Capitol, CNN

commentators weren't saying anything about it.  And I said to
my wife, This is not looking good.  It's not looking good.
It's just a lot of people showing up, and it's just not good.
It made me think something wasn't a good thing.  And she just
kept working on her Pentagon stuff.

So I remember the emotions I felt when I watched all
this happen.  And I don't know how many of you feel strongly
about what happened.  I know I did.  And I never in my life
thought I would represent anybody who was accused of going
there.  And then you get to talk to your client.  You talk to
Bennie.  You talk to Sandra.  I don't represent Sandra.  She's
ably represented by John Machado.

But you find out the rest of the story, and that's
what I want to briefly talk to you about this afternoon.
Because what you heard this morning, or this afternoon, from
the Government was a very limited and, ultimately,
incomplete -- I'll put it that way -- incomplete picture of
what happened.

So you saw a statement, a clip, that Bennie said
something about there's too many of us, whatever.  That
actually came from a video, a one-minute, 13-second interview
where somebody from a Swiss television station asked him
questions, and he's there talking.

Why was he there talking?  Because he didn't go inside
the Capitol.  Why didn't he go inside the Capitol?  A couple

1     reasons.

2           Number one, he has bad arthritis in his hip and he

3     can't walk that far, and he had already walked a long way that

4     day.  Number two, he just didn't want to go in.

5           Sandy went in -- and pardon me for calling her by her

6     first name but that's kind of how we know them.  She went in

7     with Jessica and a couple other people.  She thought, she says,

8     that they were there just in case people needed help.

9           I submit to you in opening that these two people were

10    sort of duped.  And when I say "duped," I mean they didn't have

11    the full picture.  And I know that the Government is going to

12    try to paint all of these people as all-knowing everything that

13    everybody else was knowing or being connected to the top, and

14    all the little people heard everything that the top people were

15    talking about in their own chats.  That just was not the case.

16          And so they're not members of the Oath Keepers.

17    They're not part of this group.  They went there because they

18    both wanted to come to the rally, and they didn't feel safe

19    coming here by themselves.  They didn't know how to get around.

20    They didn't know where to park.

21          So Jessica Watkins and Donovan Crowl, C-R-O-W-L, lived

22    in Ohio and said, We're going down, you can come with us.  So,

23    actually, Sandy ended up driving her car, all four of them.

24          And as I spell names of people for you, I'm actually

25    glad that a number of you are taking notes because there are

1    six people on trial here.  And the reason there are six people

2    on trial at the same time is honestly, simply, just to save

3    time and money.  It's not because it's the best way to try

4    somebody.  It's not because it's the fairest way to give

5    everybody a fair shot --

6             MS. RAKOCZY:  Objection.

7             THE COURT:  Mr. Brennwald, it's not appropriate.

8             MR. BRENNWALD:  So these people are not even

9    connected, by and large.  Sandy is connected to Bennie.  They

10   didn't know Connie Meggs.  They didn't know Michael Greene, in

11   the purple or burgundy shirt.  They didn't know William Isaacs,

12   who has the headset on.  They met Laura Steele --

13            Could you raise your hand, please?

14            They met her there that day.  These are people who are

15   accused of conspiring together to stop the certification.

16            So when the Government pulls out this chart and it has

17   this neatly outlined, and very nicely done -- the risk,

18   elemental risk -- very nicely done chart, it makes it look like

19   it's all part of the regular organizational chart.  These are

20   these people.  They're all connected.  They're all in the same

21   company, business group, and there's no question about it.

22            But this is just not the reality of it at all.  Bennie

23   Parker didn't know whoever that guy is on the left.  I don't

24   even know who he is.  They didn't know Michael Greene.  They

25   didn't know Stewart Rhodes.  They didn't know Kellye SoRelle.

1    You'll find out she's a lawyer and she was with Rhodes in some

2    romantic capacity, maybe.  They didn't know Kelly Meggs.  They

3    didn't know Kenneth Harrelson.  They didn't know Hackett.  They

4    didn't know David Marshall.  They didn't know Golden.  They met

5    Laura Steele there.  They didn't know Isaacs.  They didn't know

6    Connie Meggs.  They didn't know Kelly Meggs.

7          These are all the folks from either Florida or Ohio.

8    They met her, like I said, at the Columbus, Ohio, rally, about

9    month earlier, maybe two or three weeks earlier.  And they met

10   him there.  They only knew them by first names, Jessica and

11   Donald.  That's all they knew.

12         They didn't know these people.  They actually ran into

13   him in the hotel where they stayed, and Ms. Parker later

14   recognized that she had seen him at the hotel, I think the day

15   that they were leaving, after all this had happened.

16         So that's what we have.  And so you have this nice

17   chart but that's just not reality.

18         So back to my comment about your note-taking.  I

19   talked about six people being tried together.  They don't know

20   each other.  You're going to have to render a verdict on

21   multiple counts for multiple people.  So if you do the math

22   about how many counts everybody's charged with and how many

23   people are here, if you don't have good notes, it's going to be

24   really hard.

25         We're going to try to help you, but I never want a

1   jury -- I've been doing this 36 years.  I never want a jury to

2   look at me and say, do I trust him when he gives me the closing

3   argument and says that this witness said that?  I don't want

4   you to have to trust me.  Not because I'm not trustworthy, but

5   because I want you to be sure in your heart.  So the better you

6   can do as far as keeping track of all this -- and I'm sorry

7   that you're in this situation, but it is what it is.  So I hope

8   you'll take the best notes you can.  Some of you, all of you,

9   whoever.

10          Judge Mehta told you at the beginning -- and I don't

11   know if you caught this because there are so many instructions

12   that come flying by.  You're not going to have a transcript at

13   the end of this case.  There's not transcript.  There's a court

14   reporter but there's no transcript for you.

15          We have juries all the time who say, hey, can we see

16   the transcript of the testimony of Officer Johnson, and the

17   jury is brought back and the Judge says, sorry, you can't.  And

18   I'm sure the jury goes back and thinks, thanks, that's helpful.

19   But that's what it is.

20          So here we are.  So we're going to all keep you clear

21   on everybody.  But let me just go through the people again real

22   quick.

23          So we have my client, Bennie Parker, who's 72 years

24   old.  He was a machinist for 27 years in Ohio.  After he left

25   the company where he was a machinist, he worked for a juvenile

correction facility, and apparently all the kids loved him and when he left they gave him a hug because he didn't treat them like dirt.  He treated them like kids who just had problems.

His wife, Sandy, 64, just had a birthday two days ago. I'll let Mr. Machado talk about her.  Then we have Laura Steele.  I don't know much about Ms. Steele.  She was there that day, met my clients at some point.  But they're charged with conspiring together.

I don't know Connie Meggs.  I've seen her throughout the five days we've been picking the jury in the hallway.  I've talked to Mr. Greene a few times since we've been here.  Nobody knew him.  None of us knew him.  And then we have Mr. Isaacs.

So this is not a typical conspiracy where you have like a drug conspiracy where 6 guys or 10 guys work together and they're lieutenant and enforcer, this and that.  These are just disparate people.

Now, let's talk about politics for a second.  Everybody at that rally that day thought the election was stolen.  So there's nothing wrong -- I don't mean factually, I mean philosophically with thinking that, if that's what you want to think.  All right.

If you get your news sources -- if your news sources are certain news sources, you're going to hear all kinds of stuff. This is not about that.  Mr. Parker and Ms. Parker were entitled to believe what they wanted to believe, whether it was

 1    right or wrong.

 2         Everybody there that day at the Ellipse, where this all

 3    started when people spoke, thought that this was wrong.  How do

 4    I know that?  It was called the Stop the Steal rally, right?

 5    That's what it was called the Stop the Steal rally.

 6         And so I know for those of us who live in a different

 7    political world, it's mind-boggling and it makes no sense.  And

 8    I'm not assuming all of you are on one side of the political

 9    aisle or the other, but that's what they believe.  That doesn't

10    make them guilty of anything.

11         And then after the speech by the former president, people

12    were told to go to the Capitol and let their voices be heard.

13         So a lot of people went to the Capitol that day.  A lot of

14    people did different things.  Some went inside, walked around,

15    looked around.  They're in this statuary hall with all these

16    amazing historical figures, and they're, like, looking around

17    like they were overwhelmed by the building, as they should be.

18    And then they left.  Other people clearly came there for

19    really, really bad purposes.

20         Some people -- some people went there to stop the

21    certification, or at least to try to shout and yell and protest

22    and say, hey, don't do this.  Did they know that by being

23    inside and shouting that they would force the proceedings to

24    stop?  I don't know.

25         And one of the things I try to do when I'm defending

1    somebody in a case, it doesn't help me and it doesn't help my

2    client if I'm so lost in their version of the world that I

3    can't step back and look at it objectively.  Does that make

4    sense?  I'm trying to step back and like, okay, what would my

5    neighbors on the Hill think?  What would my friends think?

6        And I'll tell you, most of them think things that are not

7    really nice for my clients.  But not everybody was there

8    thinking we're going to go in here and we're going to cause

9    this to stop.

10        And the Government has presented an opening PowerPoint that

11   tries to pull the tiny, tiny little fragments from Ben Parker

12   and make them look like something that they're really not.

13        When I told you earlier that they were duped, basically,

14   they thought they were coming with Jessica and Donovan because

15   they would go to the rally.  When they get here, they then were

16   told, oh, yeah, we're also going to provide security for some

17   people.  Senators, people like that, VIPs.

18        So they were there the day before on January 5th, and there

19   was a speech by somebody, and they went there and were

20   basically guarding people's vests and other outfits because,

21   apparently, the Secret Service told people who were going

22   inside of this fence there, you can't wear this certain

23   clothing, whatever, for safety reasons.  So they stood guard by

24   this stuff.  So they think they're there being useful, which I

25   guess they were, to that extent.

1    The next day, like, oh, yeah, we're going to do security

2    for these people.  Now, you might think, well, how's this 70 --

3    I guess he was 70 at the time, 62 for Sandra.  How's he going

4    to provide security?  He has a bad hip.  Well, they're people

5    with a good heart who want to help.  If we can help on top of

6    coming to the rally, that's cool.

7         When I say "people with a good heart," they're the

8    kind of people who take kids in when they don't have anywhere

9    to go, animals in, that's just how they are.  A little naive,

10   maybe.

11        So Mr. Parker will tell you that he did not think this

12   was about stopping the certification.

13        If you watch right-wing news, you'll hear story after

14   story about people flooding the Southern border, terrorists,

15   criminals, et cetera.  You also hear that Antifa, who is

16   referred to this afternoon by Ms. Rakoczy, is out there and

17   they're going to get you.

18        It's actually not that crazy because there have been

19   rallies in the past, both in this city and elsewhere, where

20   Antifa and some more right-wing groups clashed.  So when they

21   hear that we expect at this January 6th Trump rally, we expect

22   there to be other groups that are going to try to oppose us,

23   it's very logical for Mr. Parker and Ms. Parker to think two

24   things.

25        Number one, we can have of some use because if they

try to attack, at least we'll be some more bodies.  It's almost

like the Russians.  You know, they throw bodies after bodies in

the war.  They don't have any fight, any training.  They don't

have any weapons.  They have maybe one bullet.  They just have

bodies.

The second thing is this, and I want you to think

about this for a second.  Ms. Parker and Mr. Parker were

wearing these camouflage outfits and helmets.  And the

Government's version of it is that they were there for war.

What Mr. Parker and Mrs. Parker, their reason for

wearing those, however, was because at prior events where

Antifa and others showed up, people had frozen water bottles

thrown at them.  They had metallic objects thrown at them.

People would try to beat others over the head with whatever

they could find.  So they were told that if you're going to

provide security and whatever, here's a helmet for you.  Here's

something to wear.

In this city we're not allowed to carry guns unless

you have a permit.  Up until 19 -- was it 2000 -- whenever the

Heller case came out in the Supreme Court 10 years ago, you

couldn't have a gun at all unless you were a police officer or

very limited exceptions.

So we have a completely different view of the world

because in every other state in the country, just about, things

are a lot looser.  And where Mr. and Mrs. Parker live in Ohio,

1    people just have guns.  They literally walk around the street.

2    Mr. Parker always has a .45 on him when he's not in D.C.  He's

3    always in Ohio is where he is.  He just always has it on him.

4    It's like, you know, I got my wallet, my keys, my phone, my

5    gun.  We can all think that's paranoid, but that's what it is.

6         When they were told they were coming to D.C., Bennie

7    asked Jessica, can I bring my gun?  And at first they were like

8    no, then yes.  So they actually brought a gun and an AR-15, an

9    assault rifle.  Because guess what?  There's a burglar in every

10   bush and a crook around every corner, watch out.  It's just the

11   mentality.

12        Bennie actually had, I think, 20 more guns at his

13   house.  He likes to collect guns.  Some of them were antique,

14   some of them were special guns.  I know for us it's creepy.  I

15   know that for a lot of people, it's scary.  What kind of person

16   would do that?  But you can't really judge him for that.  He's

17   abiding by the law.

18        And the interesting thing about Bennie Parker --

19   actually, Sandy brought a gun too.  She has a license.  It's

20   called a CC, concealed carry permit.  But we mostly look at

21   guns like they're dangerous and bad things, right?  But when

22   you're in the country and the police are not going to be

23   anywhere near you for a while, and people can come to your

24   house and kill you, rape you, whatever, it actually isn't that

25   crazy.

1          I won't get into stories about that but there have

2     been stories about people who live out in the foothills above

3     Denver, and a family of four gets killed because nobody's out

4     at the ranch.  It's just the family is there and people come to

5     rob them.

6          So we look at it differently.  I actually think you're

7     safer in the city without a gun because there's enough police

8     around.  We have capitol police, metropolitan police, metro

9     police, Secret Service.  I mean, every kind of police you can

10    think of.  Pentagon police.  But out there, they just don't

11    look at the world that way.

12         So when you hear about guns and you get this kind of

13    reaction, visceral reaction in your body, like, oh, God.

14    Please remember, he didn't bring it to D.C.  He obeyed the law.

15    He's supposedly here for an insurrection, right?  That's what

16    the Government wants you to believe.  He's here for an

17    insurrection.  But he leaves his gun in Virginia at the hotel

18    where they're staying.

19         That really useful.  I mean, if you're ever going to

20    need a gun, it might be when you're trying to overthrow the

21    government, right?  That's what he's supposedly doing.  So

22    think about that.

23         Mr. Parker and Mrs. Parker did not conspire with

24    anybody to break a law.  They thought they were here to see the

25    rally.  They thought they were here because they could be

1    helpful.  And, yes, he thought that the election had been

2    stolen.  He also thought that if things didn't go well that

3    day, there might have to be in the future a civil war because

4    we can't let a Biden government that's controlled by the

5    Chinese Communist Party -- this is the right-wing news.  We

6    can't let that take over our country.  We're Americans and

7    we're going to fight for our country.

8          And this is so ironic that these people who thought

9    that they were there fighting for right and honor and truth and

10   justice, the ones who were doing that type of thing were

11   actually upside down, if you know what I mean.

12         So Mr. Parker is charged with conspiracy to obstruct

13   an official proceeding with these other folks.  He's charged

14   with actual obstruction of an official proceeding and several

15   other counts, and he's charged with unlawfully remaining --

16   entering and remaining on the Capitol grounds.  That would seem

17   to be the most obvious case where you can say, well, we're sure

18   we're going to find him guilty of that.

19         Interestingly enough, when he and Sandra and the

20   others got to the Capitol, however, whatever bike racks were

21   there had been knocked down, moved away, and literally, when

22   you see a video of him, as I'm sure the Government will play,

23   talking to the Swiss reporter, it looks like a bunch of people

24   milling about the plaza, just like the Capitol today, where you

25   just go hang out and talk.

1           Now, they weren't allowed to be there, but if you

2      didn't know that the barriers had been there -- if you weren't

3      there when everything was knocked down, if you weren't there

4      when all the officers retreated and people just kind of swarmed

5      the plaza, you wouldn't necessarily know that.  But that's a

6      minor issue.

7           So keep in mind that people went there for different

8      reasons.  Not everybody was there for the same reason.  And

9      you're going to hear a lot of evidence and you need to do your

10     best -- and I'll try to help with that in my questioning of

11     witnesses -- to understand what Mr. Parker did and did not do,

12     and how he was or wasn't involved.

13          So I appreciate your time.  Thank you for being here.

14     One last hopefully happy tidbit.  I don't think this is going

15     to take six weeks.  A lot of us tend to -- on the legal team,

16     we're all separate people.  We know each other kind of

17     generally but we're all representing our own people.  We're all

18     trying to just get through this and do our jobs well.  But

19     we're going to try to make this as efficient for you as we can.

20     So thank you so much for listening.

21          THE COURT:  Thank you, Mr. Brennwald.

22          Mr. Machado.

23          MR. MANCHADO:  Thank you, Your Honor.

24          Good afternoon.  My name is John Machado and I

25     represent Sandy Parker.

1        Sandy, could you stand up for a moment?  Thank you.

2        You know, when you have one of these cases as a

3   husband and wife, you know, they're married together.  You kind

4   of have a similar marriage with your attorney, Mr. Brennwald.

5   I'm fortunate that I have a good partner there and he was nice

6   enough to cover a lot of ground that I was going to cover, and

7   kind of coordinated.  So I'm going to try to not repeat a lot

8   of what he said.

9        He spoke both of Sandy and Bennie.  They're good,

10  upstanding people, who apparently, or most likely, have

11  different political opinions, as we all have different

12  opinions, but they are good people.

13       And you heard how Mr. Brennwald explained that they

14  were duped.  We agree with that.  I agree with that with him.

15  These individuals were from Ohio and they were not Oath Keeper

16  members.  They were here to see a rally.

17       Now, the government has made a fine presentation as

18  far as what was going on, and there are pictures of Ms. Parker

19  within those -- within those different videos and photos, and

20  they freeze it and they put a circle there to make sure you

21  knew who she is.

22       What you will not hear, and that's probably the theme

23  that I'm going to give you, is the fact that there's a lot here

24  in this case that is a little bit of some supposition of some,

25  you know, well, she must have known.

```
 1              But the problem is, first of all, the evidence --
 2    people usually say to attorneys, the evidence will show.  But
 3    actually, at this point, the evidence will not show that she
 4    had any communications.  All these texts and all these
 5    messages, Sandy Parker is not in any of them.  And you will see
 6    that.
 7              So I invite you to pay attention to see, wait a
 8    second, how's Sandy supposed to know?  Maybe that's a theme
 9    that I have as far as this opening statement is, how did Sandy
10    know?  Or how did Ms. Parker know?  I should refer to her as
11    Ms. Parker, but we've gotten close and we're friendly.
12              So how did Ms. Parker know?  And that's what the
13    Government has to prove.  And the Government is going to say,
14    well, there were all these communications.  And my client,
15    nowhere within those communications.  Mr. Parker may or may not
16    have been in them.  I'll leave that to Mr. Brennwald.
17              But the fact to of the matter is the how did Sandy
18    know is important, because how did Sandy know?  How did
19    Ms. Parker know?  I'm sorry.  How did Ms. Parker know about
20    these different things that were going on?  As Mr. Brennwald
21    indicated, some things were kind of brought upon them by
22    surprise, so to speak, or here's what we're doing.
23              Now, one difference between them is that Mr. Parker,
24    the evidence will show that he didn't go inside.  What it will
25    show is that Ms. Parker went inside, and although there was
```

1   sort of a line of them and they made a big deal about the sign

2   and the hands over the shoulders, the fact of the matter is

3   Ms. Parker was in the back.

4          And the reason that Ms. Parker was there, the evidence

5   will show, is that she was there to render aid to anyone who

6   needed it.  And that included people who were in that line,

7   people she barely knew.  As indicated, she only knew a couple

8   people before getting there, but that was the reason that she

9   was there, to render aid.

10         And you'll see pictures and you'll see that she had a

11  belt, and you might even identify some things as far as health

12  is concerned.  We'll submit to you that there will be a picture

13  showing her rendering aid.

14         And what you will not see is her yelling.  You won't

15  see her charging up.  You will just see her following the

16  leader, so to speak.  And I'll suggest to you that when you're

17  about seven or eight people back in a follow-the-leader,

18  particularly when you're, for instance, going up some stairs,

19  what's going on up in the front doesn't necessarily communicate

20  to what's going on in the back.

21         And, frankly, while things were going on, she broke

22  off and rendered aid, and that was what she understood.  She

23  wasn't there to storm anything.  She wasn't there to stop

24  anything.  I didn't think she was there to stop bleeding or

25  pain in people's eyes because of pepper spray and all that.

1    But that was what Sandy Parker, Ms. Parker, was doing.

2           So the Government is looking to show -- present you

3    with this evidence and with kind of a cloudy, well, obviously

4    they knew.  Well, if you listen to a lot of the presentation,

5    half of the conversations and pieces that they were presenting

6    were people who aren't even sitting here.  They were talking

7    about the upper layer out there.  You know, all these people

8    and this is the person in charge of this and that and that.

9           Our clients were along for the ride, basically.  When

10   I say "along for the ride," they knew they were going to D.C.

11   They knew that they were going to see President Trump speak,

12   but they didn't know about any other intentions as far as what

13   to do with the Capitol.

14          So I'm going to -- I should mention one thing that

15   Steve -- Mr. Brennwald left out is that they have a teenage

16   child.  Besides the guns that Mr. Brennwald mentioned, they

17   have a teenage child that they left behind, with people

18   checking in with her.  She was 16 or 17 at that point.

19          But the fact of the matter is, if you're planning to

20   do some sort of revolution, you don't leave your child behind

21   like that, because there was no plan for that.  There was no

22   plan for attacking and taking some action.  That was not their

23   intention.

24          Basically, their intention was to see President Trump

25   speak.  And then other things developed and they said, okay,

1    well, Ms. Parker, you're going to be the one -- you're going to

2    help as far as health is concerned.  And so she chose to do

3    that.  But not with the caveat of, okay, well, we're going to

4    storm the Capitol and we're going to stop the vote and you're

5    going to help us in case something goes on.  She didn't get the

6    memo.

7         The one last thing that I'll leave because I really

8    just want to summarize things, is I want you to keep an open

9    mind, and I'd like you to listen to the evidence and I'd like

10   for you to -- we're not trying to hide anything.  This is not a

11   smoke-and-mirrors game.  We're trying to show you that the

12   Government is trying to piece things together when it really

13   isn't there, and they want you to do the guesswork and they

14   want you to put things together without the evidence being

15   there, and I would ask for you not to do that.

16        One last aspect of keeping an open mind.  You know,

17   it's been several years since all of this happened.  And the

18   fact of the matter is we now know more about the electoral

19   college than you ever learned in elementary, high school,

20   college, because it's just everywhere, and everyone knows

21   exactly what was going on that day.

22        Well, think back before then.  Think back eight years

23   ago, 12 years ago, when it really wasn't a big deal.  And the

24   fact of the matter is, as you're thinking, do you remember the

25   significance of January 6th?  This is before January 6th, 2021.

1    Do you remember what the big deal of January 6th?  No.

2         So I would submit to you that, ladies and gentlemen,

3    that when January 6th rolls around and they're going to see

4    Trump, it is an absolute possibility that they have no idea

5    about the election and about what was going on inside the

6    Capitol.  Because -- and I would suggest prior to this here or

7    prior to January 6th, 2021, you didn't either.

8         And so, ladies and gentlemen, I'm asking you to pay

9    attention, keep an open mind, don't prejudge even though you've

10   seen a lot of news that -- you know, about some horrible things

11   that some people did.  But none of that stuff was done by

12   Sandra or Bennie Parker.  So I'd ask you to keep an open mind.

13   And after you hear the evidence, we ask you to return a verdict

14   of not guilty.

15        Thank you.

16        THE COURT:  Thank you, Mr. Machado.

17        Mr. Cooper, do you wish to make an opening statement?

18        MR. COOPER:  Thank you, Your Honor.

19        Good afternoon, everyone.  My name is Peter Cooper and

20   I represent Laura Steele.  So I'm not going to keep you here

21   today very long at all.

22        A few things I want to point out to you all.  First of

23   all, January 6th of 2021, Laura Steele was not involved in any

24   conspiracy to obstruct Congress, this job, certifying the

25   electoral college.  What the Government's going to have you --

1    wants you to find was basically saying is she is automatically

2    guilty because she was there.

3          All she was doing when she was there was following the

4    herd.  Automatically guilty by being merely present, merely

5    present.

6          To follow up on something my colleague just mentioned,

7    the Government's giving you a conclusion, it's the result that

8    it wants.  And that's to find that there was a conspiracy,

9    certainly, involving these people to obstruct Congress that

10   day.

11         What they've done, essentially, think of it like this.

12   They've given you -- it's like a jigsaw puzzle.  And what

13   they've done is they've given you the picture on the box.

14   Said, here you go, there it is, conspiracy to obstruct

15   Congress.

16         And the evidence that you're going to hear kind of

17   represents the pieces that's in the box.  What they're saying

18   to you is when you put those pieces together, what you're going

19   to finish up with is the picture on the box.  The problem with

20   that is, is that what they're asking you to do is because

21   they're giving you the result first and giving you the

22   conclusion first, they're asking you to mold the evidence into

23   the picture they want.

24         Now, what we would suggest to you is there's a little

25   more of a more appropriate way to go about this.  It's just

1    very simply this, folks:  Look at the evidence.  But don't look

2    at the evidence to try to get you to a particular result you

3    want.  Look at the evidence and see where it takes you.  See

4    what the end result is.  I put it to you that there are quite a

5    few different end results other than the one the Government

6    suggests.

7          In fact, in their opening, they actually alluded to a

8    couple of them.  The first one is talk about roles for a

9    minute.  Now, the Government alluded or said in its opening, at

10   some point I think they played a clip or showed the text, that

11   Rhodes changed his mind.  That something happened basically

12   that he said Pence had betrayed them, and he changed his mind.

13         Well, changed his mind from what?  I thought the

14   evidence was going to show that all along this was a conspiracy

15   to obstruct Congress.  But they said Rhodes changed his mind to

16   that.  So that's one.

17         So Stop the Steal can mean quite a few different

18   things.  Let me give you a couple of examples.  The first is

19   the Pence example.  There are people out there that believe

20   that Pence had the authority to actually stop congress taking

21   the votes that they believed were fraudulent and actually keep

22   Trump as president.  Whether he had the power to do that or not

23   is immaterial.  But they believed it.  They believed that that

24   was actually a legitimate role of the vice president and the

25   vice presidential powers.  That's not obstructing congress.

```
 1            The second one is, and this did happen, there were
 2    several members of Congress -- the evidence will show this --
 3    that actually did object to certain states' votes coming in,
 4    Pennsylvania, Arizona, and what happened at that point in time,
 5    when they were objected to, then each part of Congress retired
 6    to their own chamber.  The House went back to the house chamber
 7    to debate it.  That happened.  That's also another way of
 8    keeping Trump as president, which isn't illegal.  It isn't a
 9    conspiracy.  And that happened.
10            Now, we suggest that when you look at what these
11    people are supposed to have done, according to the Government,
12    certainly when they came to D.C., those two examples that I
13    suggest to you, entirely plausible.  And, again, the fact that
14    the Government agrees that Rhodes changed his mind kind of
15    indicates something else was going on aside from the
16    obstruction of Congress before that day.
17            So let's assume for a second that what the Government
18    said is true, and that the evidence you'll hear is that Rhodes
19    changed his mind when he heard about Pence.  So the question
20    then is:  How does that get conveyed to the foot soldiers, as
21    they've been termed?  Well, does he convey to Watkins?
22    Potentially.  There is a discussion between Watkins and Rhodes.
23    But what does Watkins say to the others?  The evidence, as
24    you've heard -- or you will hear; openings are not evidence.
25    The evidence will say she says one word:  Move.  Move.
```

1         She doesn't tell them to go to Congress to obstruct

2    it.  She doesn't say, we're going now to obstruct it.  We've

3    changed -- she doesn't say, we've changed our plans.  She

4    doesn't even tell them that Rhodes has changed his mind.  The

5    evidence will show you she says:  Move.

6         So they move.  That's all they did.  They moved.

7         Now, interestingly enough, we also suggest that the

8    evidence will show to you that there were people there that day

9    that may have had much more nefarious intent than these people.

10   When these people were at the Stop the Steal rally, they were

11   there.  Some of them weren't.  Some went directly to Congress.

12   These people went to Congress because Trump said, go fight like

13   hell.  Whatever that means.  That's a good idea.  Off we go.

14        You're also, incidentally, going to hear:  Why were

15   they here in the first place?  The Government used a phrase,

16   which I think is appropriate, actually, to a lot of right-wing

17   people, Antifa is the bogeyman.  So there was discussion about

18   Antifa infiltrating.  I think it might have been some of the

19   texts you've already seen.  Antifa infiltrating.  These people

20   were only there to keep the peace and make sure people were

21   safe.

22        Now, that's why Laura Steele was in D.C. that day.

23   But how are you going to know that Laura Steele was not in D.C.

24   in furtherance of the Government's alleged conspiracy to

25   obstruct Congress in certifying the electoral result?

1          As I said, look at the evidence.  No helmet.  You've

2     seen it.  You will see it.  She wasn't wearing a helmet.  The

3     evidence will show you that she was not geared up for combat.

4          The Government played some -- or showed some footage

5     of evidence, you will see, of individuals bringing in large

6     amounts of equipment to hotels and then taking it home again

7     afterwards.  Who's missing from that?  Laura Steele.

8          Did the Government tell you you'll hear any connection

9     with Laura Steele being involved in any of that kind of

10    planning?  Irrespective of what planning there was actually

11    meant to be, was she even involved in it?  What will the

12    evidence tell you?  No.

13         The Government flashed up different chats,

14    discussions, meetings that they say you will see evidence of

15    the conspiracy.  The conspiracy date, they try and tell you,

16    was decided upon.  Was decided upon.  Who's missing from that?

17    Laura Steele.

18         Now, something else, too.  The Government showed you

19    part of its tape, parts of footage, and you'll see more of it,

20    of what was going on.  I think they mentioned pushing -- I

21    think that's the word they used -- in the Senate hallway, where

22    Laura Steele is alleged to have been one of the people in that

23    hallway.

24         Well, two things.  You're going to hear evidence that

25    that day the Senate was breached.  But not by these -- not by

 1   these people.  And interestingly enough, too -- and you're

 2   going to see this again, but in the footage they showed you --

 3   in some of the footage they showed you, where it was

 4   identifying different people, and you saw a little image of the

 5   person where they outlined him in white, and kind of jumped out

 6   and said, this is person X.  You saw that.

 7          Did it with Watkins, right as they're going into the

 8   hallway.  But in the hallway there, when they named off who was

 9   in the hallway, pushing and shoving, who was not highlighted?

10   Do I have to tell you?  Laura Steele.

11          They said she was there.

12          Now, the last thing on the evidence.  Government

13   promised you you were going to hear evidence of what took place

14   afterwards.  The conversations between the parties, the texts,

15   hide stuff, get rid of stuff, destroy stuff, anything they can

16   use against us.  Who's not involved in any of that discussion?

17   Laura Steele.

18          They said she lit a fire and burned some clothes.

19   Okay.  Okay.

20          Now, as with my colleagues, I'm going to talk about

21   politics for a minute.  Because you've heard a lot of it in

22   voir dire.  I'm sure you're sick of the question.  But I want

23   to address it briefly.

24          We are not here, you are not here, any of us, to pass

25   judgment on somebody's political beliefs, on anybody's

1   opinions.  This is a criminal trial and we're here, you're

2   here, to judge upon whether or not these people, in point,

3   Ms. Steele, broke the law.  It's not a popularity contest.  Did

4   they break the law and how did they break the law?

5          Now, it has been discussed or mentioned of how the

6   events of January 6th as a whole were an effort to undermine

7   the republic.  And so it might seem -- it might strike you as

8   ironic that the people, the Government, are alleging, trying to

9   damage irreparably our republic, are the very people that come

10  to you and ask for its protections.  And you might think to

11  yourself, well, if those people didn't respect the rule of law,

12  then why should I?  I'll tell you why.  Because we're above

13  that.  We're better than that.  It's who we are.

14         Here we stand in this temple of law, and we hold the

15  very sacrosanct ideas that the founders gave us that somebody

16  is presumed innocent until the government has proved, by

17  evidence, guilty beyond a reasonable doubt.  That's who we are.

18         So here's what I want you to do.  I want you to view

19  the evidence.  It always comes back to the evidence.  Always.

20  I want you to view the evidence, as I said earlier, and just go

21  where it takes you.  Just go where it leads.  Be cold.  Be

22  impartial.  Be jurors that you, yourself, would be proud to be.

23  Don't get drawn down by the rhetoric.

24         It reminds me of something Michelle Obama once said.

25  Don't go low.  Go high.  So that's what I want you to do.  I

 1   want you to go high.  And when you do that, we believe that you
 2   will come back with the only fair, the only just, the only
 3   right verdict, and that is to find Laura Steele not guilty on
 4   these counts.
 5         And I thank you very much for your time.
 6         THE COURT:  Thank you very much.
 7         MS. HALLER:  Yes, Your Honor.
 8         With the Court's indulgence, this should just take me
 9   a moment.
10         Good afternoon, ladies and gentlemen of the jury.  My
11   name is Juli Haller and I represent Connie Meggs, who's sitting
12   right over here.  And I'm here to follow up on a few of the
13   points that counsel has already made.  But I want to talk about
14   something.  It's called *Vantage Point*.  I don't know if you've
15   ever seen a movie called *Vantage Point*.  It's kind of an old
16   movie.
17         But in the story it is about an incident that takes
18   place, and there are different cameras at different locations
19   and the investigators follow the cameras, and there are very
20   different stories that unfold, depending on the camera that you
21   are looking at.
22         And a lot of what this evidence is about from the
23   Government is a certain perspective that they're looking at.
24   January 6th was a horrible day.  We don't disagree.  But what
25   was the vantage point?  What did they know from where they were

1    standing on that day?

2            The whole case is built on this idea of five -- well,

3    let me say, Mrs. Meggs is charged with five counts, and they

4    range from very serious, the conspiracy charges that you've

5    heard about, to Count 5, which is serious but it's something

6    that relates to remaining at the Capitol for -- the Judge will

7    instruct you on the instructions.

8            But the reason I raise that is because there are some

9    things that are undisputed in this case.  Mrs. Meggs does not

10   dispute that she was in Washington, D.C., on January 6th.

11   Mrs. Meggs does not dispute that she attended a rally for

12   President Trump on that day.  Mrs. Meggs -- the evidence will

13   also show that that day there was a scheduled event at the

14   Capitol, and the evidence will show that there was a permit for

15   that on Capitol grounds.

16           The evidence will show that Mrs. Meggs was a member of

17   the Oath Keepers, but the evidence is also going to show that

18   her husband signed her up, sent in the check or made the

19   payment, but Mrs. Meggs was not in any of the chats.

20           You will see evidence of group text messages, and

21   that's sort of, I would suggest, what the Government is arguing

22   is the basis of the conspiracy, people who were in these group

23   chats.  Some people said some extreme things, politically or

24   otherwise.  Some may find those statements that were made, like

25   by Stewart Rhodes on November 5th and 7th, that we saw the

1   Government raise.

2              But the question for you is to look at the evidence

3   because you will not find Mrs. Meggs on that chat, where he

4   said that.  And he said that in the leadership chat, I believe.

5   And he may have posted it elsewhere.  But there is no evidence

6   that Mrs. Meggs was in any of those chats.  And there is no

7   evidence she knew what was on the website.

8              The evidence will also show that Connie Meggs is

9   married to a man named Kelly Meggs, and she is a mother and she

10  is a grandmother and she has three grandchildren, and they

11  range from the ages of 12 to a baby, Ava.  She's still

12  six months old.  And then there is a four-year-old, Jenna.

13             And you will hear evidence of how she helps her

14  daughter, who needs help with the 12-year-old.  She takes him

15  to school.  She takes him to basketball games.  She takes care

16  of him, essentially.  They live with her, all of them.

17             She also has a farm and she has at least eight dogs

18  and she has a number of animals and she takes care of them.

19  And she's got a senior mom who is recently widowed after

20  Mrs. Meggs took care of her father -- and I don't want to cry

21  because I've been through some of that.  But she took care of

22  her father before he died in his 90s, and she takes care of her

23  mother, who is now widowed.  She is from Florida and they all

24  live in Florida.

25             The evidence is going to show that Connie Meggs, on

1    January 6th, never pushed anyone, never used force.  The

2    evidence is going to show she had no weapons on her.  She was

3    wearing a helmet.  The evidence is going to show that she

4    didn't damage any property.  She didn't touch anything.  And,

5    in fact, she told people not to touch anything.

6           You will hear evidence that Connie Meggs didn't even

7    know what Signal was.  Signal is one of the messaging apps that

8    were used for these group text messages.  You will also hear

9    that Connie Meggs did not know what Stewart Rhodes wrote.  So

10   when you see a message, dated November 5th or 7th by

11   Mr. Rhodes, there's no evidence that Mrs. Meggs knew about that

12   until she's sitting in this courtroom with you today.

13          The evidence is also going to show that Mrs. Meggs

14   came to D.C. for the first time in November of 2020, and she

15   came for a rally that was scheduled on November 14th, and it

16   was called the MAGA March.  You're going to see that Connie

17   Meggs attended that rally with her husband, and she briefly met

18   a few people from the Oath Keepers.

19          But you will not hear that she did any security at

20   that rally.  Instead, what you will hear is that she walked

21   around with her husband.  They visited Arlington Cemetery.  You

22   will hear that they went to dinner.  You will hear that they

23   were sitting outside on the patio having dinner, and they were,

24   I guess, wearing Trump gear, because what happened was

25   counter-protesters, or people who didn't like Trump, shot off

1     fireworks around them and they were scared.  She was scared.

2              The evidence will show that she was scared and that is

3     why the next time she comes back to Washington, D.C. for a

4     rally, she thinks it's a good idea to wear a helmet.  She

5     doesn't want to get hit in the head by someone.

6              So one of the things that the Government raised, which

7     I think you want to keep track of as far as dates go, is the

8     fact that the election occurred on November 3rd, but they

9     didn't finish counting until days later.  There were five

10    states still counting.

11             So when Rhodes sends a message on November a 5th or

12    7th, you have to ask yourselves:  Is it about the ECA?  Is it

13    about January 6th?  On November 6th or 7th, is anybody actually

14    thinking about January 6th?

15             There is a MAGA March on November 14th.  There is a

16    rally.  A lot of people come to Washington, D.C.  A lot of us

17    may not have known about it, but a lot of people did come.  And

18    then you're also going to hear about a rally called the Jericho

19    March, where various people on that board came for a rally and

20    were doing security, and security is volunteer security.  And

21    you will see a post on the Oath Keepers website that says, Oath

22    Keepers will have voluntary security teams in Washington, D.C.

23    this Saturday, December 12th.

24             And I'm showing a picture from January 6th, but let me

25    show you the -- hang on.  The Oath Keepers website -- bear with

me.  Oath Keepers will have -- it's kind of small but at the
top:  Oath Keepers will have voluntary security in Washington,
D.C., this Saturday, December 12th, to provide volunteer
escorts for rally attendees as they walk back to their hotels,
vehicles or to the Metro stations, as we have done many times
in the past at Trump rallies across the nation.

        The point is there was a reason they came to
Washington.  Voluntary security is about standing with others,
safety in numbers, making sure somebody can walk to their car,
they go with them.  It doesn't mean anything more than that.

        But it was the reason, as the evidence will show, that
they got VIP passes to attend the rally on January 6th for
President Trump.  And you will see pictures related to the
rally where thousands of Americans came.  And they're there, in
part, to see the rally and, in part, to help as they can, to
walk people back to their locations and to walk people to where
they need to be.

        You will also hear evidence that Mrs. Meggs came to
Washington, D.C., on the morning of January 5th, and on that
day there were a number of events, speakers and otherwise, and
that she went to an event at the Supreme Court.  And the
evidence will show that she was at an America First, Women for
Trump event, and that she was back at her hotel by about
6:00 p.m.

        You will also hear evidence about weapons in Virginia,

1  as the Government has raised.  But Mrs. Meggs stayed in a hotel

2  in D.C. called the Hilton Garden Inn, and Mrs. Meggs did not

3  bring weapons with her to D.C.  Mrs. Meggs does have a

4  concealed carry permit.  She lives in Florida.  It's okay

5  there.  But she is not exactly -- well, there's no allegation,

6  there is no charge that she had wrongful possession of any

7  weapon, because she didn't.

8        The reality of the QRF is that it's a moniker, and

9  some of these people that are former military and law

10 enforcement in these chats, they often use language that is

11 remnants of their time in the military.  They say "operations

12 leader."  That means operations of the volunteer security

13 teams.  But that doesn't mean it's an operation to attack the

14 Capitol.

15       And you will see that that evidence is never -- never

16 shows up.  There's not going to be a message that says they

17 intended to attack the Capitol.  You're not going to hear

18 cooperate- -- cooperators say the event was anything but

19 spontaneous.

20       They will, however, have cooperators testify.  And you

21 have to listen carefully because a cooperator -- you have to

22 think about bias and credibility concerns.  I mean, that's the

23 nature of a cooperator.

24       The evidence will show Mrs. Meggs does not dispute

25 that she entered the Capitol.  She does not dispute that.  She

1    doesn't dispute that they walked along the sidewalk that day on

2    the east side of the Capitol.  They were planning to go up to

3    the Capitol.  And she doesn't dispute that she was walking with

4    a group of people, that included her husband, and that she was

5    talking to a woman who was the -- related in some manner to a

6    speaker that was supposed to speak, and they were escorting

7    that person.

8            When she gets to the walkway on the east side, she

9    doesn't see barriers.  The evidence will show that there are no

10   barriers at 2:29, when she walks up the sidewalk.  You will see

11   CCTV that shows that clearly.  There's a sidewalk and they can

12   walk up -- they think they can walk up it.  She's not on notice

13   that she can't.

14           Her vantage point is that it's just a sidewalk along

15   the area where they're going to the Capitol grounds for a

16   scheduled event.

17           The evidence will also show things were quieter on the

18   east side, which is why I wanted to show you that picture.

19   Because when they get there to the stairs of the Capitol

20   stairs, it's already full of people.  Police are around but

21   everything seems fairly calm.  That's her vantage point.

22           The evidence will show that people are singing the

23   national anthem.  They walk up the stairs and they're standing

24   on the stairs singing the national anthem.

25           And I'll bring that picture back up because you're

1    going to see a lot -- a lot of different images.  And it's

2    about vantage point.  It's about what could they see when they

3    were there.

4              And at this time of the day, which is taken by an

5    individual by the name of Jason Dolan, you can see if you go

6    where the ambulance is, if I make this bigger, you can see

7    there's not a big crowd behind the people standing around.  And

8    in this picture you get a feeling of a rally.  Whether you

9    agree with it or not, technically, people are standing there

10   singing the national anthem.

11             She can only see what's in front of her.  She's not a

12   super-tall woman.  She can't see if there's something going on

13   that's 10 feet away with someone else if there's a skirmish.

14   What she sees is a rally and people singing and standing.

15             The evidence will show that she held onto her husband

16   and did walk up the stairs as she held onto him because she was

17   afraid to lose him.  You will also see that the doors, when she

18   enters -- you will see from CCTV that she enters the Capitol at

19   2:41, about.  Technically, I think it's 2:39:59 -- excuse me,

20   2:41, 2:40:59.

21             The police can be seen standing inside on the sides

22   but the door's open, and after they enter the door gets closed.

23   They go in and she enters what's called the rotunda, a large

24   room.  The evidence will show she's never been in the Capitol.

25   And the evidence will show they had no map of the inside of the

1    Capitol.  And the evidence will show that it's spontaneous.

2    She's going into this Capitol, and she's being pushed from

3    behind and pulled from the other side by a man standing by the

4    door.  And she nearly falls as she enters.

5         She doesn't touch anything in that rotunda.  She walks

6    around.  She can be seen on CCTV.  She walks around and she's

7    inside for a total of about 18 minutes.  The evidence will show

8    that during those 18 minutes she does not touch anything.  The

9    evidence will also show Dolan and another individual by the

10   name of Ken Harrelson, standing in front of the Capitol,

11   talking alone, asking should we go.  They see people going up.

12   They say, should we go?

13        The point is you have to listen to all of the evidence

14   because everybody has a different story.

15        And the fact that Mrs. Meggs texted a friend at night

16   will be the text message the Government focuses on.  When she's

17   back in her hotel room, after the day's events, after it's over

18   and she says something to the effect that everyone was there

19   and doing bad things, like trying to stop the vote.  That

20   doesn't mean she's saying she did.

21        But you have to listen to the evidence because she's

22   talking to a friend of hers.  And she's communicating about

23   what she saw on the news, because she's back in her hotel room,

24   and she's not talking about anything else.

25        Mrs. Meggs comes from a family of law enforcement.

1    She -- her father was a police officer in Chicago.  Her uncle

2    was a police officer in Chicago.  Her other uncle was a police

3    officer in Chicago.  Her grandfather was a police officer.  Her

4    aunt was a dispatcher for the police department in Chicago.

5    Her one uncle got stabbed.  The other one was on a motorcycle,

6    a police motorcycle rider, who ultimately got thrown after a

7    perpetrator -- he was in some kind of altercation with a

8    perpetrator, and he was thrown.

9          She comes from a family of law enforcement.  Why does

10   that matter?  Because it goes to her intent that day.

11         She is there because she actually thinks she can help.

12   And I know that's hard to understand, but you will hear about

13   the intent that's required behind the charge for conspiracy.

14   Conspiracy to obstruct an official proceeding.  You'll also

15   hear evidence that Congress had already recessed by the time

16   they're at the top of the stairs, by the time they're at the

17   stairs.

18         Congress recessed for the first time at about 2:15 in

19   the afternoon, and it recessed a second time at about 2:29.

20   The Meggs, Connie following her husband, are seen entering at

21   2:41.  The question for you becomes:  If this is a coordinated

22   plan, where is the evidence that they had steps to follow a

23   real plan, a real operation?  Where are the specifics?  Where's

24   even a general statement that they're going to attack the

25   Capitol?

 1              You won't find it in the evidence.  They are there.

 2      She's a child of a law enforcement family.  She cares about

 3      people.  She cares about her children.  She cares about her

 4      family.  She is a person who literally thinks she can just

 5      help.  And maybe it sounds naive, but the reality is it is her

 6      intent.

 7              And the question for you in these charges, on these

 8      very serious charges, is that she doesn't dispute her location

 9      and she doesn't deny being inside, but what is very much in

10      dispute, and which the Government cannot show beyond a

11      reasonable doubt, that Connie Meggs had an intent to attack

12      anyone, to stop anyone from doing their work, or that she even

13      knew what the ECA was when she entered.

14              Regardless of what others may have done that day, even

15      Kelly Meggs, when you see messages from him, you have to keep

16      in mind what is the evidence that Connie knew?  Where is the

17      text message?  Where is anything to show that Connie knew any

18      of those chats were going on?

19              It is the Government's burden to prove beyond a

20      reasonable doubt -- beyond a reasonable doubt; those are very

21      significant words -- that she had an intent to stop the ECA and

22      attack.

23              We are going to prove to you beyond a reasonable doubt

24      that Connie Meggs is not guilty; that she is innocent of these

25      very serious charges.  And we thank you for all of your

1   patience and your service in doing the duty that we are asking

2   you to do.

3            THE COURT:  Thank you, Ms. Haller.

4            All right.  Ladies and gentlemen, it is about 20 of

5   4:00 now.  Why don't we take a little over 15 minutes.  We will

6   reconvene at 4:00.  Thank you very much.  We'll see you

7   shortly.

8        (The jury left the courtroom.)

9            MS. RAKOCZY:  We have one issue to raise.  I don't

10  know if you want to do it now or after the break.

11           We would ask Your Honor, in light of Mr. Brennwald's

12  comment about these defendants being tried just for efficiency

13  purposes, there's some language that I can email to chambers

14  that is in our final instructions that says words to the effect

15  of:  The Court has decided that these defendants should be

16  tried together, and you're not to speculate about any other

17  reasons why.

18           Something to that effect.  I forget.  We would ask for

19  that instruction to be given to the jury at the end of

20  closings -- openings, sorry.

21           MR. EDWARDS:  It's in Your Honor's final jury

22  instructions you gave in the first two trials.

23           THE COURT:  Right.  I'd rather not highlight it.  I

24  think it was something that went by quickly.  I admonished

25  Mr. Brennwald when he said it.  And so I don't think we need to

1    highlight it any more than it already was.

2              MS. RAKOCZY:  Very well, Your Honor.

3              (A recess was taken from 3:45 p.m. to 4:02 p.m.)

4              MS. RAKOCZY:  One other quick issue to raise, Your

5    Honor.  We notice that the juror in seat number 15 had her

6    phone out for a while during some of the defense openings.  I

7    don't know if she was texting or what she was doing.

8              But we thought it might be useful at the end of the

9    day for Mr. Douyan to just remind all jurors that phones should

10   only come out if they have an emergency they need to alert the

11   Court to.

12             THE COURT:  Okay.

13             Mr. Rossi, are you going to need the tripod?

14             MR. ROSSI:  I will at some point.

15             (The jury enters the courtroom.)

16             THE COURT:  All right.  Have a seat, everyone.

17   Welcome back, everyone.

18             So we have up next Mr. Rossi on behalf of Mr. Isaacs.

19             MR. ROSSI:  Thank you, Your Honor.

20             Members of the jury, good afternoon.  I have very good

21   news.  I am the last attorney to speak with you today.  I know

22   we're all tired.  But please bear with me.

23             Members of the jury, this is a case about a very young

24   man, a kid, who is different.  Who is different in many, many

25   ways.  His very age of 21 on January 6th, his inexperience, his

1   vulnerabilities, and he had challenges, including autism.

2           I'd like you to be introduced to my client,

3   William Isaacs.

4           Can you stand up, William, very briefly?  Thank you,

5   sir.

6           And also, my co-counsel, Chuck Greene.  Mr. Isaacs

7   will be wearing headphones because it relates to his autism.

8           I want to say this at the beginning.  During this

9   trial, neither myself nor Mr. Greene, on behalf of Mr. Isaacs,

10  will be defending president Donald Trump.  Game over.  That

11  will not happen.  We are not going to defend the purpose of the

12  Stop the Steal rally, the big lie that draw people there, the

13  contesting of the electoral vote.

14          And I know, in history, we've head some passion about

15  the electoral vote.  And I remember very vividly in

16  December 2020 [sic], when Vice President Al Gore conceded

17  because he came 537 votes shy of winning the state of Florida.

18  And he beat George W. Bush in the popular vote by 600,000.  So

19  the electoral college vote -- and this case is about that.  The

20  electoral college vote, imperfect as it is, is not going to be

21  debated.

22          The major issue in this case -- and I want to thank

23  all my co-counsel because they passionately represented their

24  clients, but they all touched on one thing.  You, all of you

25  jurors, have a mission.  You all have a mission.  And you have

1   to get into the brains, the mind, of William Isaacs.  Because
2   you have to decide for each count in this indictment -- and I'm
3   going to get to the indictment in a moment.

4          For each count in that indictment, you have to be
5   almost a doctor, in a figurative sense, and figure out did he
6   have the premeditation, the purposefulness, the willfulness to
7   do what has been charged?  And at the end of this case, I'm
8   going to come back to you and I'm going to confidently --
9   confidently -- say to you that the government of the United
10  States of America came up short.

11         And the reason is this:  When William walked through
12  that door today, last week, during the long jury selection --
13  and it's not anybody's fault.  And the Judge had the patience
14  of Job, herding all these cats, especially the attorneys.  But
15  every time he entered that courtroom, especially today, in
16  spite of this indictment, as William sits here right now facing
17  you, he's innocent.  I want to repeat that.  As he faces you
18  right now, William Andrew Isaacs is innocent.

19         And here's why.  The most beautiful document on the
20  planet, the bible of the United States of America, the greatest
21  country on earth, even on a bad day, and January 6th was a bad
22  day, we have a criminal justice system that doesn't say just
23  because you've been indicted, you must be guilty, or you're
24  likely guilty, or you're possibly guilty.  That's not the test.

25         Because, members of the jury, a grand jury returned

1    this indictment.  And there's a famous saying -- well, I'm not

2    going to say it, but there's a famous saying about a grand

3    jury.  I'm not going to repeat it.  But a grand jury has a

4    different burden of proof.  Compared to beyond a reasonable

5    doubt, it's right here.  Probable cause, much lower.  In a

6    grand jury, I wasn't there.  William wasn't there.  And there's

7    nothing wrong with that.  That's our system and that's the way

8    people are charged with serious, serious crimes.

9          So I don't begrudge the United States for seeking an

10   indictment.  That's how they do it.  But please, throughout

11   this trial, especially now, if you have concluded -- and I have

12   to stress this.  I have to pound this.  If you have concluded,

13   based on Mrs. Rakoczy's outstanding opening, outstanding, but

14   it's what the Government was going to show.  If you have

15   concluded that William is guilty or likely guilty, possibly

16   guilty, maybe guilty, that's wrong.

17         You have to keep a blank slate until the Government

18   puts on evidence in that witness box, documents and other

19   things, and if we decide to put on a case, you can analyze our

20   case, too.  But at the end of the day when they put on a case,

21   we put on a case, they may put on a rebuttal case, that's all

22   you are allowed to look at.

23         What we say is helpful to you.  And Ms. Rakoczy said

24   it's like a roadmap.  I agree.  But I want to give you --

25   Ms. Rakoczy gave us a different road than the one I want you to

follow and go down, with utmost respect to her.  And I'm going
to get to her chart in a moment.

One thing I've got to stress right now is what I call
the lumping William in with everybody else.  What the evidence
will show is you have a little bit of guilt by association,
guilt by association, and I want to commend Juli Haller.  I
haven't seen that movie.  I'll probably see it this weekend,
*Vantage Point*.

Ms. Rakoczy ethically and professionally gave her
vantage of the evidence, but like a pancake for breakfast, a
pancake has two sides, a coin has two sides, a vantage point
has multiple sides, angles.  And I want to try to present to
you William's road, his side of the story.

Let's now go to the chart.  Can you-all see that?  Can
you-all see that?  Okay.  That's a beautiful chart.  It's
beautiful.  All these photos with the circles, the Line 1,
Florida, quick reaction force.  Perfection.  But when it comes
to William and for our purposes, Mr. Greene's purposes, with
all due respect to my co-counsel, that's our focus in this
case.

But when it comes to William Isaacs, this chart, God
bless it, is like cotton candy:  A lot of sugar, no nutrients.
And here's why I say that.  The evidence will show, yes,
William came to the Capitol.  Yes, he had protective gear.
Yes, he had a walkie-talkie that didn't even work.  Yes, he had

1    a T-shirt he got for volunteering.  But they still were going

2    to charge him 20 bucks.

3            Yes, he had all that.  And, yes, he went to the rally

4    and tried to listen to his hero, who was basically from here to

5    that clock away from him, but he didn't know this dude,

6    Siekerman, and the evidence will show the following.  He didn't

7    know Michael Greene.  He's sitting near Michael Greene right

8    now, but he didn't know him until this trial.  Stewart Rhodes,

9    Elmer Stewart Rhodes.  He could have been Elmer Fudd in the

10   mind of William Isaacs, as the evidence will show.  He didn't

11   know him.  Kellye SoRelle?  No way.  And I'm not going to go

12   through every one of them, but on and on and on.

13           The only time he knew these people -- and when I say

14   "knew," I'm using it loosely.  He was at a rally with a bunch

15   of people who had the same gear, the same shirts, the same

16   passion, the same love for Donald Trump.

17           As I said before, this is not about love for Donald

18   Trump and whether he should love him.  It's not.  But they all

19   came up here, especially William.  They loved him.  They

20   believed in him.  That's what drew him to the rally.  You may

21   think it's crazy.  Joe Biden won by 7,000 -- 207,200,000 votes.

22           Electoral college is different.  I get it.  But it was

23   a popular vote landslide.  But they came up here thinking that

24   in the electoral college, at the Stop the Steal rally, there

25   was fraud.  But when he came up here, he came up here for a

different reason than stopping the electoral vote.  And I'm
going to get to that in a moment because I want to go back to
his state of mind.

But I want to just talk about William Isaacs before
January 6th.  Because it's important to know who he is, because
if you know who someone is and you know their motivations,
you'll be able to better understand what was in his brain on
January 6th.  That's highly relevant.

Let's talk about the kid, William Isaacs.  His dad was
an EMS captain in a fire department near the Orlando area.  I
think he started as a fireman, his father, in 1993.  His father
was his hero.  His hero.  And fast forward to January of 2019.
His dad died.  He didn't pass away.  His dad died of a drug
overdose, in front of William in their home.

I'm not going to go into how that affected him, but
after that death, after his hero, EMS, emergency medical
service, captain -- after he passed away, William continued to
follow his dream to be EMS.

He had one dream a couple months before that went down
the tubes, to be blunt.  Ms. Rakoczy mentions foot soldiers.  I
heard the word "soldiers" several times.  William tried to be a
soldier for the United States Navy, but in October of 2018, he
was discharged from boot camp because of challenges in his
performance.

And we will offer to you the discharge paper where

they rank why.  He had RE-8, RE-8.  That is the lowest ranking
you can get in boot camp, and that's why he was let go.  So in
October of 2018, one dream went by the wayside, but he clung
deeply to be an EMT, EMS like his dad.

But what happened after his father died in his arms?
His stepmother, at the funeral of his father, told William, I'm
kicking you out of the house.  And then he lived with his nana,
his grandmother, who is in her 70s, and she was experiencing
early signs of dementia.

So for about two years before January 6th, this
soldier, this foot soldier in this grand conspiracy, was
wandering, and his aunt, Tracy Isaacs, filled the void.  And
over the next several months she filled the void and persuaded
him about Donald Trump, about QAnon, about all those things
that we think are cuckoo.  She influenced him and persuaded him
to go to the rally on January 6th.

He was in school, Valencia Community College, taking
courses to eventually become an EMT.  And his Aunt Tracy, who
was at the rally, who was at the Capitol, she persuaded him,
hey, nephew, you should go to the rally.  It's going to be fun.
And, by the way, volunteer and it will help you -- if you do
security, maybe it will help you with your EMT courses.

So in the first week of January, late December, first
week of January, there's significant communication verbally and
by text between William and his Aunt Tracy Isaacs.  She's

1    persuading him to come.  He's a little bit hesitant because he

2    has school.  And this foot soldier, if you will, made the

3    decision, I'm going to D.C. to see my hero because I'm going to

4    stand right next to him.  I'm going to be a VIP and do

5    security.

6           That may have been a pipe dream to many people.  It

7    may have been a pipe dream to many people, but to William

8    Isaacs, the evidence will show, he believed he was going to do

9    security, get some training for his EMT, and stand next to the

10   President of the United States.  And for a kid of his age and

11   his inexperience, that was unbelievable.

12          Sunday, the Super Bowl.  For William Isaacs, the

13   evidence will show, that trip to D.C. on January 6th or

14   thereabouts was like going to the Super Bowl.  And I'm not

15   going to tell you whether I like the Eagles or the Chiefs.  I'm

16   staying away from that.  Okay?  But it was a big deal for him.

17          So the other thing I want to say is this:  Lumping,

18   guilt by association.  And when I go back to my notes, I'm

19   going to go through all the things that differentiate William

20   Isaacs from everybody else.  I'm just going to go through the

21   list.  And we're going to repeat that, hopefully, in my

22   closing.

23          I just went through the chart.  Before January 6th, he

24   didn't know anybody on that chart but had been around several

25   to the left.  We're not disputing that.  And we're not

1    disputing that William put his hand on somebody's back, on

2    someone that he had really never met before, and walked up the

3    steps of the Capitol on the east side, not the west side where

4    the major violence was.

5         He did not plan -- the evidence will show, he did not

6    plan anything.  He did not organize anything.  He didn't plot

7    anything.  He didn't go to any meetings in November, hey, let's

8    go to the Capitol and stop that vote if they don't do what

9    Pence is supposed to do.

10        He was not part of any chat in November or December.

11   Ms. Rakoczy put on the Zello -- I call it the Jello chats but

12   it's the Zello.  He wasn't part of that.  You're going to hear

13   about another meeting, a go-to meeting, possibly.  He wasn't

14   part of that.  He was William.  Going to a community college,

15   trying to be an EMT.

16        He wasn't part of the QRF that was stationed and

17   headquartered in Arlington, where all the guns were.  He didn't

18   even know they were bringing guns.  Let's talk about guns.  He

19   didn't have one.  He didn't bring one.  He didn't possess one.

20        He was -- he was, after he made the decision, because

21   of his aunt's persuasion to come to D.C. around January 2nd or

22   3rd, he did join what they call a Signal chat.  But his

23   activity on that chat was de minimis.  He wasn't talking about

24   storming the Capitol.  On that Signal chat he wasn't talking

25   about bringing guns and violence.  I think there was a -- he

1    responded about the weather.

2              So let's now talk about when he was at the speaker

3    stage, when President Trump spoke and -- how should I say this?

4    Politicians are known to engage in hyperbole and rhetoric, but

5    I think it's fair to say that the rhetoric that came out of the

6    mouth of Donald Trump on January 6th was rhetoric on triple

7    steroids.  There was a crowd of followers, devoted followers,

8    in front of him.  And the words that came out of his mouth were

9    like putting gasoline on a fire.

10             He used the word -- they played something about

11   William -- or referenced William saying the fight's not over.

12   That was in the rotunda.  That happened.  I'm not going to

13   dispute it.  A lot of other people were using the word "fight."

14   The President of the United States said fight like H-E double

15   hockey sticks.  He used "fight" several other times.  He even

16   said, I'm going with you.  I'm going to walk with you.  I'm

17   going to walk with you.

18             And William is listening because he's only a little

19   bit away.  I'm going to walk with you.  So when William got to

20   the rally initially -- and this is important for those taking

21   notes.  When he got to the rally on January 6th, he got there

22   about 6:00 in the morning.  Early, to William, is on time.

23   That's his motto.  Early is on time.  I'm sorry, 6:00 a.m. is

24   really early.

25             He got to the rally stage at 6:00 a.m.  Nobody was

1    there.  This foot soldier, who's part of this beautiful chart,

2    he's alone at the annex in front of the White House.  Nobody's

3    really there, because the stage didn't really get into high

4    gear until about noon, when President Trump showed up.

5            So when he got to the rally, he was going to just do

6    whatever he was supposed to do, security, escort people, things

7    like that.  And after that speech or those speeches, because

8    there were several, he was going to call it a day and go back

9    to his hotel.  He wanted to go to museums but they were closed

10   down, but he wasn't going to go to the Capitol.  He had no

11   intentions.  He was here to do security, get some experience so

12   he could help in his EMT courses, or his pursuit of being an

13   EMT/EMS.

14           But then we have the "I'm going to walk with you to

15   the Capitol" comment.  And before I get to his walk to the

16   Capitol, and we know why he walked, I want to show you what he

17   was wearing, the soldier, ready for battle, going to climb San

18   Juan Hill.

19           This thing is heavy.  No doubt about it.  And I'm not

20   going to try to put it on.  But he had a Red Cross first-aid

21   pouch.  Now, I can tell you this right now, some of his fellow

22   Oath Keepers at that rally didn't have a Red Cross pouch.  And,

23   of course, you will have an opportunity -- I think it will be

24   introduced in evidence.  Inside are Band-Aids and -- a lot of

25   Band-Aids, actually, but stuff that -- to help people.

1          So what did this pouch -- oh, I forgot, if I didn't

2     mention it.  He got this as a Christmas gift in December of

3     2020 from Aunt Tracy.  He had this with him.  It didn't work.

4     He didn't use it.  So this foot soldier, as part of that big

5     chart, woo, man.

6          Because he drove up in a car with Aunt Tracy Isaacs,

7     Ms. Leslie Gray and Uncle Luis Hallon, the four of them, and he

8     was the one who was doing VIP security, because he came all the

9     way up and volunteered, volunteered to be an Oath Keeper

10    security person, he got a T-shirt.  And he put it on.  But he

11    got the T-shirt that day.

12         And oh, by the way, he got the T-shirt and was told

13    it's not a freebie.  You've got to pay 20 bucks.  He didn't

14    even get a free T-shirt, this foot soldier.

15         But here's what makes him different.  And as I said in

16    the beginning, this is a person who is different from everybody

17    else.  He should not be lumped and guilt by association.

18         What is different in addition to what I just said?  In

19    that pouch or jacket, no bullets, no bullets.  No grenades.  No

20    explosive devices.  No helmet.  He didn't have a helmet.  This

21    foot soldier did not have a helmet.  Didn't even have a hat.

22      I mentioned the walkie-talkie.  He didn't have any goggles

23    to protect him from pepper spray.  He did not have pepper spray

24    or bear spray or any liquid.  I don't know what the proper

25    word -- my dictionary stopped.  Like, something you can shoot

```
 1   at somebody.  He didn't have any of that.  When I say shoot, I
 2   mean liquid.
 3       No knife.  No billy club.  No shank, which is basically
 4   something you can stab.  No zip ties or ropes.  You may see in
 5   this trial the -- what do you call it, the hanging rope.  They
 6   would hang Mike Pence.  And you may see some videos or visuals
 7   of people with rope ties in one of the chambers, House or
 8   Senate.  He had no Taser.  No baseball bat.  He had no gun
 9   waiting at the hotel.
10       By the way, he stayed at the Hilton Garden Inn in D.C.  He
11   did not stay -- he did not stay at the Comfort Inn in
12   Arlington.  He didn't even know people were staying there.
13       Different.  Different in many ways.
14       I'm begging your indulgence for a moment.
15       Let's now talk about after President Trump -- after
16   President Trump said, I'm going to walk with you, well, guess
17   what.  We're not arguing that President Trump ordered them to
18   go to the Capitol or that William had authority to do what he
19   did.  No.  That's improper.
20       But in his mind, hey, the President is going to walk to the
21   Capitol or go to the Capitol.  And you know what was in
22   William's mind?  It wasn't a criminal conspiracy, as the
23   evidence will show, to do no good in the Capitol, especially
24   stop the vote.
25       In his brain, he walked to that Capitol with this thing on,
```

1    which is heavy, and he walked to the Capitol, which is about

2    two football fields from this courthouse, because he thought

3    the President was going to give a second speech on the steps of

4    the Supreme Court facing the east side of the Capitol.

5        That's what he thought.  He didn't know -- he wasn't aware

6    of actually what was happening in Congress.  Believe it or not,

7    this young kid didn't know.  But he knew there was going to be

8    a potential second set of speeches.

9        And there's going to be evidence that they were planning to

10   have a second set of speeches on or near the steps of the

11   Supreme Court, facing the east side, and those speeches were

12   going to be fiery because First Amendment protects fiery speech

13   but not speech that incites violence.  Because a lot of

14   politicians engage in fiery speeches.  Fight.  We can't back

15   down.

16       I think Rudy Giuliani, former mayor of New York City,

17   talked about combat.  Fiery.  So there was going to be another

18   big, fiery speech, because in their heart, in their brain, they

19   were passionate that something was wrong.  But William at no

20   time agreed or conspired or plotted with anyone to engage in

21   violence, in violence.

22       Now, the west side is a lot different, and you're going to

23   see videos about the west side, possibly -- also the east side,

24   I should say.  And I'm going to get to your role as judges of

25   the facts, but when you watch those videos, if you love the

United States of America, if you love the United States of America, imperfect as it sometimes is, it gets your blood flowing. As my late Italian mom used to say, it gets your blood boiling.

But you are a special group and that's why we picked you. You're going to rise above letting your emotions overcome your logic and your fairness and your impartiality. It's a hard thing to do. And I'm going to get to emotion in a moment.

So he's at the Capitol. And there aren't as many signs, if any -- if any -- on the east side, like the west side, that say stop. It's a lot different. The east side was a lot different. And here's why. And their witnesses will admit this.

In January of 1981, Ronald Reagan was sworn in as president of the United States. I was a law student and I went to that inauguration because I love history. I love history. And an inauguration is an inauguration. And Ronald Reagan had his inauguration on the west side of the Capitol. John F. Kennedy and other presidents, they always had it on the east side. Abraham Lincoln, east side.

But 1981, they moved to the west side. And that's why you'll see on the west side a lot more security. Why? That's where President-elect Joe Biden was going to be inaugurated. There was security on the east side but it wasn't as intense and it didn't have all the red flags and loud gongs about where

1    you could go.

2         So he's there.  And you're going to hear testimony while

3    he's there.  After he walked I don't know how many miles from

4    the rally -- and when you get this thing right here, this

5    sucker is heavy.  Okay?  This sucker is heavy.  He walked with

6    this a long -- about a mile and a half.  It's a long walk.

7    Let's put it that way.

8         When he got to the east side, he was completely exhausted.

9    And you're going to hear about this huddle.  This huddle.

10   Before the stack went up the stairs, there was this NFL huddle

11   that you'll see on Sunday, and they all got together.  And one

12   of them probably had the signal thing, like quarterback Tom

13   Brady.  Hey, we're going to go in the Capitol and we're going

14   to stop the electoral vote.  You're going to hear something to

15   that effect.  And we're going to challenge that accuracy.

16        But when that huddle was going on, was William down with

17   them?  Was he like, hey, let's go?  He's standing to the side,

18   catching his breath.  This young kid who just wanted to see the

19   speeches.  Did he conspire to go to the Capitol and stop the

20   electoral vote?  No.

21        Now, I'm going to skip ahead here, because he did go in the

22   stack.  He did put his arm on somebody in front of him,

23   somebody he never met before, didn't know.  And he did go in

24   the Capitol.

25        But this is important.  When he got into the Capitol first,

1    he was pushed in, pushed in, and he gets into the Capitol.

2    Does he wait and huddle, if you will, with the other alleged

3    conspirators?  No.  He goes off.  He goes off on his own to the

4    Rotunda.

5        By the way, William had been to the Capitol a couple years

6    before, and he went to Statuary Hall.  So he was familiar with

7    the Capitol.  No doubt about it.  Not an expert.

8        And why did he go to Statuary Hall?  Robert Fulton.

9    There's a statue of Robert Fulton in Statuary Hall, an ancestor

10   of his dad, his hero.

11       So Ms. Rakoczy had that chart where they got to the middle.

12   Seven went to the right; seven went to the left, if I got my

13   numbers right.  Okay.  You're going to see if that happened, it

14   was pretty darn disorganized.  It wasn't like a Napoleonic

15   exercise.  It wasn't like General Patton in World War II.  It

16   was a bunch of people who were together in the rotunda,

17   yelling, screaming, venting.  But it's not a conspiracy.

18       And here's what else is different about William.  Unlike

19   some on the west side, many on the west side, who engaged in

20   brutal violence, brutal, it just turns your stomach, William

21   did not destroy any property.  He did not hit a police officer.

22   He did not spit on a police officer.  But he was there with

23   other people who were yelling at the police.  He's guilty of

24   that.

25                THE COURT:  Mr. Rossi, it's been 40 minutes now.

1          MR. ROSSI:  Could I have a couple more minutes?

2          THE COURT:  Yes.

3          MR. ROSSI:  Judge, two more minutes.

4          I want to end with this, and I'll be done.  The Judge

5    has been gracious to give me a couple minutes, and I know it's

6    been a long day, but this is probably the most important thing

7    I'm going to say in my opening.

8          If we could afford it, we would give you black robes

9    because all of you are judges of the facts.  You have to follow

10   the law that Judge Mehta gives you.  It's the bible in this

11   case, the law that comes from Judge Mehta.  And you, as judges

12   of the facts, have to take that law and apply your view of what

13   the facts are, take the law and apply it to your view of the

14   facts.  That's why you're called judges of the facts.

15         And I have one major ask to end my opening.  When you

16   do that, applying law to the facts as you see them, please,

17   please keep that family of emotion that may be in your gut from

18   infecting your view of the facts.  And the four major members

19   of the family of emotion are bias towards one side, prejudice

20   towards another, empathy with somebody, or sympathy for

21   somebody.

22         If you can keep that out of your deliberations and

23   look at the facts fairly and impartially, then justice will be

24   done in this case for William Isaacs because we will come back

25   at the end of this case and ask you to find him not guilty.

1           Thank you so much for your patience.

2           THE COURT:  Mr. Rossi, thank you very much.

3           Ms. Redden, will you be making an opening statement?

4           MS. REDDEN:  Your Honor, we will be reserving.

5           THE COURT:  Okay.  So, ladies and gentlemen, what that

6   means is that you have now heard all of the opening statements

7   from the parties.  Given that it is now quarter of 5:00, we

8   will break for the day.  We will begin with the Government's

9   case in chief tomorrow.

10          So we will, again, start at 9:30.  So if you-all will

11  be in the courtroom by 9:15, we'll get started on time.  Just,

12  again, the reminders now that the case has started, please keep

13  an open mind.  Don't discuss the case.  No independent

14  research.  Avoid the media.

15          We look forward to seeing you in the morning.  Thank

16  you, everyone.  Be well.

17          (The jury was dismissed.)

18          THE COURT:  Please be seated, everyone.

19          So start time 9:30 tomorrow.  If there are objections

20  about the Government's exhibits tomorrow, on completeness

21  grounds or something else that we need to discuss before 9:30,

22  please text JC.  We can start that as early as 9:00, if not

23  earlier, because I'd like to get started at 9:30 tomorrow,

24  since we only have a half a day.

25          MR. BRENNWALD:  Your Honor, I'm sorry.  Could

1    Mr. Machado and I approach ex parte whenever we're done with

2    everything just -- it's nothing of concern to the Government.

3    Okay?  Just for a second.

4            MS. RAKOCZY:  And there's one evidentiary issue we'll

5    need to resolve before the end of Special Agent Palian's

6    testimony.  He'll be the second witness.  Probably not need to

7    be addressed before some time on Monday.  But some messages

8    sent by Mr. Isaacs that the Court is not letting us use.  One

9    of them we discussed potentially editing a word to the word

10   "attack" in the second message.  The Court had not finalized

11   ruling on that.

12           So if we could have maybe 10, 15 minutes to discuss

13   that issue, perhaps at the end of the day tomorrow or Monday

14   morning, that would be fine.

15           THE COURT:  That will be fine.

16           Anything else before we adjourn?

17           MR. ROSSI:  No, Your Honor.

18           THE COURT:  Thank you all very much.  We will see you

19   in the morning.

20       (Proceedings concluded at 4:48 PM)

21

22

23

24

25

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate
transcription of the proceedings in the above-entitled
matter.


                         Stacy Heavenridge, RPR
                         Official Court Reporter
                         333 Constitution Avenue NW
                         Washington, D.C. 20001
                         Stacy_Heavenridge@dcd.uscourts.gov

**MR. BRENNWALD: [3]**
1248/19 1253/8 1310/25
**MR. COOPER: [1]** 1270/18
**MR. EDWARDS: [1]** 1290/21
**MR. MANCHADO: [1]**
1264/23
**MR. ROSSI: [5]** 1291/14
1291/19 1309/1 1309/3
1311/17
**MS. HALLER: [1]** 1278/7
**MS. RAKOCZY: [5]** 1253/6
1290/9 1291/2 1291/4 1311/4
**MS. REDDEN: [1]** 1310/4
**THE COURT: [16]** 1248/12
1253/7 1264/21 1270/16
1278/6 1290/3 1290/23
1291/12 1291/16 1308/25
1309/2 1310/2 1310/5
1310/18 1311/15 1311/18

**.**

**.45 [1]** 1261/2

**1**

**10 [1]** 1311/12
**10 feet [1]** 1286/13
**10 guys [1]** 1256/14
**10 years [1]** 1260/20
**1025 [1]** 1247/18
**12 [1]** 1280/11
**12 years [1]** 1269/23
**12-year-old [1]** 1280/14
**12th [2]** 1282/23 1283/3
**13-second [1]** 1251/21
**14th [2]** 1281/15 1282/15
**15 [2]** 1261/8 1291/5
**15 minutes [2]** 1290/5
1311/12
**16 [1]** 1268/18
**17 [1]** 1268/18
**18 minutes [2]** 1287/7
1287/8
**19 [1]** 1260/19
**1981 [2]** 1306/14 1306/21
**1993 [1]** 1297/11

**2**

**20 [4]** 1261/12 1290/4 1296/2
1303/13
**2000 [1]** 1260/19

**20001 [4]** 1246/21 1247/10
1248/8 1312/9
**20003 [1]** 1247/5
**20007 [1]** 1247/19
**20036 [1]** 1247/15
**2018 [2]** 1297/22 1298/3
**2019 [1]** 1297/12
**2020 [3]** 1281/14 1292/16
1303/3
**2021 [4]** 1250/2 1269/25
1270/7 1270/23
**2023 [1]** 1246/5
**20530 [1]** 1246/17
**207,200,000 [1]** 1296/21
**21 [1]** 1291/25
**21-28 [1]** 1246/4
**27 years [1]** 1255/24
**28 [1]** 1246/4
**2:15 [1]** 1288/18
**2:25 [1]** 1246/5
**2:29 [2]** 1285/10 1288/19
**2:39:59 [1]** 1286/19
**2:40:59 [1]** 1286/20
**2:41 [3]** 1286/19 1286/20
1288/21
**2nd [1]** 1300/21

**3**

**310 [1]** 1246/21
**3300 [1]** 1247/23
**333 [2]** 1248/8 1312/9
**350 [1]** 1247/9
**36 years [1]** 1255/1
**3:45 [1]** 1291/3
**3rd [2]** 1282/8 1300/22

**4**

**40 minutes [1]** 1308/25
**400 [2]** 1247/9 1247/19
**4700-A [1]** 1248/8
**4:00 [2]** 1290/5 1290/6
**4:02 [1]** 1291/3
**4:48 [1]** 1311/20

**5**

**503 [1]** 1246/20
**537 [1]** 1292/17
**555 [1]** 1246/16
**5:00 [1]** 1310/7
**5th [6]** 1247/9 1258/18
1279/25 1281/10 1282/11
1283/19

**6**

**600,000 [1]** 1292/18
**601 [1]** 1247/13
**62 [1]** 1259/3
**64 [1]** 1256/4
**6:00 a.m [2]** 1301/23 1301/25
**6:00 in [1]** 1301/22
**6:00 p.m [1]** 1283/24
**6th [29]** 1249/17 1250/2
1250/5 1259/21 1269/25
1269/25 1270/1 1270/3
1270/7 1270/23 1277/6
1278/24 1279/10 1281/1
1282/13 1282/13 1282/14
1282/24 1283/12 1291/25
1293/21 1297/5 1297/8
1298/10 1298/16 1299/13
1299/23 1301/6 1301/21

**7**

**7,000 [1]** 1296/21
**70 [2]** 1259/2 1259/3
**700 [1]** 1247/23
**70s [1]** 1298/8
**72 years [1]** 1255/23
**75219 [1]** 1247/24
**7th [4]** 1279/25 1281/10
1282/12 1282/13

**9**

**900 [1]** 1247/14
**90s [1]** 1280/22
**922 [1]** 1247/4
**9:00 [1]** 1310/22
**9:15 [1]** 1310/11
**9:30 [2]** 1310/10 1310/21
**9:30 tomorrow [2]** 1310/19
1310/23

**A**

**a.m [2]** 1301/23 1301/25
**abiding [1]** 1261/17
**able [1]** 1297/7
**ably [1]** 1251/12
**about [105]**
**above [4]** 1262/2 1277/12
1306/6 1312/4
**above-entitled [1]** 1312/4
**Abraham [1]** 1306/20
**absolute [1]** 1270/4
**according [1]** 1273/11

**accuracy [1]** 1307/15
**accurate [1]** 1312/3
**accused [2]** 1251/9 1253/15
**across [1]** 1283/6
**action [2]** 1246/3 1268/22
**activity [1]** 1300/23
**actual [1]** 1263/14
**actually [24]** 1249/1 1251/21
1252/23 1252/24 1254/12
1259/18 1261/8 1261/12
1261/19 1261/24 1262/6
1263/11 1266/3 1272/7
1272/20 1272/21 1272/24
1273/3 1274/16 1275/10
1282/13 1288/11 1302/25
1305/6
**addition [1]** 1303/18
**address [1]** 1276/23
**addressed [1]** 1311/7
**adjourn [1]** 1311/16
**admit [1]** 1306/12
**admonished [1]** 1290/24
**affected [1]** 1297/15
**afford [1]** 1309/8
**afraid [1]** 1286/17
**after [23]** 1248/21 1249/8
1254/15 1255/24 1257/11
1259/13 1260/2 1270/13
1280/19 1286/22 1287/17
1287/17 1288/6 1290/10
1297/16 1297/16 1297/17
1298/5 1300/20 1302/7
1304/15 1304/15 1307/3
**afternoon [12]** 1246/7
1248/20 1249/1 1250/18
1251/14 1251/15 1259/16
1264/24 1270/19 1278/10
1288/19 1291/20
**afterwards [2]** 1275/7
1276/14
**again [6]** 1255/21 1273/13
1275/6 1276/2 1310/10
1310/12
**against [1]** 1276/16
**age [2]** 1291/25 1299/10
**agency [1]** 1250/8
**Agent [1]** 1311/5
**ages [1]** 1280/11
**ago [4]** 1256/4 1260/20
1269/23 1269/23

**agree [4]** 1265/14 1265/14
1286/9 1294/24
**agreed [1]** 1305/20
**agrees [1]** 1273/14
**ahead [1]** 1307/21
**aid [5]** 1267/5 1267/9
1267/13 1267/22 1302/20
**aided [1]** 1248/9
**aisle [1]** 1257/9
**AL [2]** 1246/6 1292/16
**alert [1]** 1291/10
**all [73]**
**all-knowing [1]** 1252/12
**allegation [1]** 1284/5
**alleged [3]** 1274/24 1275/22
1308/2
**alleging [1]** 1277/8
**allowed [3]** 1260/18 1264/1
1294/22
**alluded [2]** 1272/7 1272/9
**almost [2]** 1260/1 1293/5
**alone [2]** 1287/11 1302/2
**along [5]** 1268/9 1268/10
1272/14 1285/1 1285/14
**already [6]** 1252/3 1274/19
1278/13 1285/20 1288/15
1291/1
**also [22]** 1250/3 1258/16
1259/15 1263/2 1273/7
1274/7 1274/14 1279/13
1279/17 1280/8 1280/17
1281/8 1281/13 1282/18
1283/18 1283/25 1285/17
1286/17 1287/9 1288/14
1292/6 1305/23
**altercation [1]** 1288/7
**although [1]** 1266/25
**always [6]** 1261/2 1261/3
1261/3 1277/19 1277/19
1306/19
**am [2]** 1250/7 1291/21
**amazing [1]** 1257/16
**ambulance [1]** 1286/6
**Amendment [1]** 1305/12
**AMERICA [6]** 1246/3
1283/22 1293/10 1293/20
1306/1 1306/2
**Americans [2]** 1263/6
1283/14
**AMIT [1]** 1246/9

**amounts [1]** 1275/6
**analyze [1]** 1294/19
**ancestor [1]** 1308/9
**Andrew [1]** 1293/18
**angles [1]** 1295/12
**animals [2]** 1259/9 1280/18
**annex [1]** 1302/2
**another [6]** 1250/22 1273/7
1287/9 1300/13 1305/17
1309/20
**anthem [3]** 1285/23 1285/24
1286/10
**Antifa [6]** 1259/15 1259/20
1260/12 1274/17 1274/18
1274/19
**antique [1]** 1261/13
**any [28]** 1248/15 1260/3
1260/3 1260/4 1266/4 1266/5
1268/12 1270/23 1275/8
1275/9 1276/16 1276/24
1279/19 1280/6 1281/4
1281/19 1284/6 1289/17
1290/16 1291/1 1300/7
1300/10 1303/22 1303/24
1304/1 1306/10 1306/10
1308/21
**anybody [4]** 1251/9 1262/24
1282/13 1299/24
**anybody's [2]** 1276/25
1293/13
**anyone [5]** 1267/5 1281/1
1289/12 1289/12 1305/20
**anything [18]** 1251/1
1257/10 1267/23 1267/24
1269/10 1276/15 1281/4
1281/5 1283/10 1284/18
1287/5 1287/8 1287/24
1289/17 1300/6 1300/6
1300/7 1311/16
**anywhere [2]** 1259/8
1261/23
**apologize [1]** 1250/23
**apparently [3]** 1256/1
1258/21 1265/10
**APPEARANCES [3]** 1246/12
1247/1 1248/1
**apply [2]** 1309/12 1309/13
**applying [1]** 1309/16
**appreciate [1]** 1264/13
**approach [1]** 1311/1
**appropriate [3]** 1253/7

**A**

appropriate... **[2]** 1271/25
1274/16
apps **[1]** 1281/7
AR **[1]** 1261/8
AR-15 **[1]** 1261/8
are **[64]** 1248/14 1249/3
1249/4 1249/6 1252/25
1252/25 1253/1 1253/8
1253/14 1253/14 1253/19
1254/7 1254/23 1255/11
1255/20 1256/15 1256/22
1257/8 1258/6 1259/9
1259/22 1260/25 1261/22
1265/12 1265/18 1272/4
1272/19 1273/11 1273/24
1274/23 1276/24 1276/24
1277/8 1277/9 1277/13
1277/17 1278/18 1278/19
1278/21 1279/8 1279/9
1284/9 1285/9 1285/20
1285/22 1286/9 1288/20
1288/23 1289/1 1289/20
1289/23 1290/1 1291/13
1292/11 1294/8 1294/22
1298/15 1301/4 1302/24
1306/5 1309/9 1309/13
1309/19 1310/19
area **[2]** 1285/15 1297/10
aren't **[2]** 1268/6 1306/9
arguing **[2]** 1279/21 1304/17
argument **[1]** 1255/3
Arizona **[1]** 1273/4
Arlington **[3]** 1281/21
1300/17 1304/12
arm **[1]** 1307/22
arms **[1]** 1298/5
around **[16]** 1252/19 1257/14
1257/15 1257/16 1261/1
1261/10 1262/8 1270/3
1281/21 1282/1 1285/20
1286/7 1287/6 1287/6
1299/24 1300/21
arthritis **[1]** 1252/2
as **[64]** 1250/14 1252/12
1252/24 1255/6 1255/6
1257/17 1263/22 1264/19
1264/19 1265/2 1265/11
1265/17 1265/18 1266/9
1266/9 1266/10 1266/20
1267/7 1267/11 1267/11

1268/12 1268/12 1269/2
1269/2 1269/24 1272/22
1273/8 1273/20 1273/23
1275/1 1276/7 1276/20
1277/6 1277/7 1277/20
1282/7 1282/7 1283/4 1283/5
1283/11 1283/15 1284/1
1286/16 1287/4 1292/20
1293/16 1293/17 1296/10
1296/17 1297/11 1303/2
1303/4 1303/15 1304/22
1305/24 1306/2 1306/3
1306/9 1306/14 1306/24
1309/11 1309/16 1310/22
1310/22
aside **[1]** 1273/15
ask **[9]** 1269/15 1270/12
1270/13 1277/10 1282/12
1290/11 1290/18 1309/15
1309/25
asked **[2]** 1251/22 1261/7
asking **[5]** 1270/8 1271/20
1271/22 1287/11 1290/1
aspect **[1]** 1269/16
assault **[1]** 1261/9
association **[4]** 1295/5
1295/6 1299/18 1303/17
assume **[1]** 1273/17
assuming **[1]** 1257/8
attack **[7]** 1260/1 1284/13
1284/17 1288/24 1289/11
1289/22 1311/10
attacking **[1]** 1268/22
attend **[1]** 1283/12
attended **[2]** 1279/11
1281/17
attendees **[1]** 1283/4
attention **[3]** 1250/3 1266/7
1270/9
attorney **[2]** 1265/4 1291/21
ATTORNEY'S **[1]** 1246/15
attorneys **[2]** 1266/2 1293/14
aunt **[6]** 1288/4 1298/12
1298/18 1298/25 1303/3
1303/6
aunt's **[1]** 1300/21
authority **[2]** 1272/20
1304/18
autism **[2]** 1292/1 1292/7
automatically **[2]** 1271/1
1271/4

Ava **[1]** 1280/11
Avenue **[5]** 1247/4 1247/13
1247/23 1248/8 1312/9
Avoid **[1]** 1310/14
aware **[2]** 1250/6 1305/5
away **[7]** 1263/21 1286/13
1296/5 1297/13 1297/17
1299/16 1301/19
awful **[1]** 1250/4

**B**

baby **[1]** 1280/11
back **[29]** 1248/13 1254/18
1255/17 1255/18 1258/3
1258/4 1267/3 1267/17
1267/20 1269/22 1269/22
1273/6 1277/19 1278/2
1282/3 1283/4 1283/16
1283/23 1285/25 1287/17
1287/23 1291/17 1293/8
1297/2 1299/18 1300/1
1302/8 1305/14 1309/24
bad **[7]** 1252/2 1257/19
1259/4 1261/21 1287/19
1293/21 1293/21
Band **[2]** 1302/24 1302/25
Band-Aids **[2]** 1302/24
1302/25
Bankruptcy **[1]** 1248/7
barely **[1]** 1267/7
barriers **[3]** 1264/2 1285/9
1285/10
baseball **[1]** 1304/8
based **[1]** 1294/13
basically **[8]** 1258/13
1258/20 1268/9 1268/24
1271/1 1272/11 1296/4
1304/3
basis **[1]** 1279/22
basketball **[1]** 1280/15
bat **[1]** 1304/8
battle **[1]** 1302/17
be **[65]** 1249/20 1249/21
1250/6 1254/23 1255/5
1257/12 1257/17 1259/22
1260/1 1261/22 1262/20
1262/25 1263/3 1263/17
1264/1 1267/12 1269/1
1275/11 1277/21 1277/21
1277/22 1277/22 1277/22
1283/17 1284/16 1286/21

**be... [39]** 1287/6 1287/16 1290/15 1290/19 1291/8 1292/2 1292/7 1292/10 1292/20 1293/4 1293/23 1297/7 1297/18 1297/20 1297/21 1298/4 1298/20 1299/4 1300/15 1302/23 1303/9 1303/17 1305/7 1305/9 1305/12 1305/17 1306/23 1309/4 1309/17 1309/23 1310/3 1310/4 1310/11 1310/16 1310/18 1311/6 1311/7 1311/14 1311/15

**bear [3]** 1282/25 1291/22 1303/24

**beat [2]** 1260/14 1292/18

**beautiful [4]** 1293/19 1295/15 1295/16 1302/1

**because [77]**

**become [2]** 1249/5 1298/18

**becomes [1]** 1288/21

**been [27]** 1250/1 1255/1 1256/10 1256/11 1259/18 1262/2 1263/1 1263/21 1264/2 1266/16 1269/17 1273/21 1274/18 1275/22 1277/5 1280/21 1286/24 1293/7 1293/23 1296/9 1299/6 1299/7 1299/24 1308/5 1308/25 1309/5 1309/6

**before [22]** 1246/9 1250/20 1258/18 1267/8 1269/22 1269/25 1273/16 1280/22 1296/17 1297/4 1297/19 1298/10 1299/23 1300/2 1302/15 1307/10 1307/23 1308/6 1310/21 1311/5 1311/7 1311/16

**begging [1]** 1304/14

**begin [2]** 1248/14 1310/8

**beginning [3]** 1255/10 1292/8 1303/16

**begrudge [1]** 1294/9

**behalf [3]** 1248/16 1291/18 1292/9

**behind [5]** 1268/17 1268/20 1286/7 1287/3 1288/13

**being [12]** 1252/13 1254/19

1257/22 1258/24 1264/13 1269/14 1271/4 1275/9 1287/2 1289/9 1290/12 1302/12

**beliefs [1]** 1276/25

**believe [8]** 1256/25 1256/25 1257/9 1262/16 1272/19 1278/1 1280/4 1305/6

**believed [5]** 1272/21 1272/23 1272/23 1296/20 1299/8

**belt [1]** 1267/11

**Ben [1]** 1258/11

**Bennie [17]** 1247/2 1248/25 1249/3 1249/8 1249/12 1249/17 1249/23 1251/11 1251/19 1253/9 1253/22 1255/23 1261/6 1261/12 1261/18 1265/9 1270/12

**Besides [1]** 1268/16

**best [3]** 1253/3 1255/8 1264/10

**betrayed [1]** 1272/12

**better [3]** 1255/5 1277/13 1297/7

**between [4]** 1266/23 1273/22 1276/14 1298/25

**beyond [6]** 1277/17 1289/10 1289/19 1289/20 1289/23 1294/4

**bias [2]** 1284/22 1309/19

**bible [2]** 1293/20 1309/10

**Biden [3]** 1263/4 1296/21 1306/23

**big [8]** 1267/1 1269/23 1270/1 1286/7 1292/12 1299/16 1303/4 1305/18

**bigger [1]** 1286/6

**bike [1]** 1263/20

**billy [1]** 1304/3

**birthday [1]** 1256/4

**bit [5]** 1249/1 1265/24 1295/5 1299/1 1301/19

**black [1]** 1309/8

**blank [1]** 1294/17

**bleeding [1]** 1267/24

**bless [1]** 1295/22

**blood [2]** 1306/2 1306/4

**blunt [1]** 1297/20

**board [1]** 1282/19

**bodies [4]** 1260/1 1260/2 1260/2 1260/5

**body [1]** 1262/3

**bogeyman [1]** 1274/17

**boggling [1]** 1257/7

**boiling [1]** 1306/4

**boot [2]** 1297/23 1298/2

**border [1]** 1259/14

**both [3]** 1252/18 1259/19 1265/9

**bottles [1]** 1260/12

**Bowl [2]** 1299/12 1299/14

**box [4]** 1271/13 1271/17 1271/19 1294/18

**Brady [1]** 1307/13

**brain [3]** 1297/7 1304/25 1305/18

**brains [1]** 1293/1

**breached [1]** 1275/25

**break [5]** 1262/24 1277/4 1277/4 1290/10 1310/8

**breakfast [1]** 1295/10

**breath [1]** 1307/18

**Brennwald [12]** 1247/3 1247/4 1248/16 1253/7 1264/21 1265/4 1265/13 1266/16 1266/20 1268/15 1268/16 1290/25

**Brennwald's [1]** 1290/11

**briefly [4]** 1251/14 1276/23 1281/17 1292/4

**bring [5]** 1261/7 1262/14 1284/3 1285/25 1300/19

**bringing [3]** 1275/5 1300/18 1300/25

**Britt [1]** 1247/22

**broke [2]** 1267/21 1277/3

**brought [4]** 1255/17 1261/8 1261/19 1266/21

**brutal [2]** 1308/20 1308/20

**bucks [2]** 1296/2 1303/13

**building [2]** 1247/14 1257/17

**built [1]** 1279/2

**bullet [1]** 1260/4

**bullets [2]** 1303/19 1303/19

**bunch [3]** 1263/23 1296/14 1308/16

**burden [2]** 1289/19 1294/4

**burglar [1]** 1261/9

**burgundy [1]** 1253/11

**burned [1]** 1276/18

**bush [2]** 1261/10 1292/18

**business [1]** 1253/21

**C-R-O-W-L [1]** 1252/21
**call [5]** 1295/3 1300/11 1300/22 1302/8 1304/5
**called [10]** 1257/4 1257/5 1261/20 1278/14 1278/15 1281/16 1282/18 1284/2 1286/23 1309/14
**calling [1]** 1252/5
**calm [1]** 1285/21
**came [20]** 1251/21 1257/18 1260/20 1273/12 1281/14 1281/15 1282/19 1283/7 1283/14 1283/18 1292/17 1293/10 1295/24 1296/19 1296/23 1296/25 1296/25 1301/5 1301/8 1303/8
**camera [1]** 1278/20
**cameras [2]** 1278/18 1278/19
**camouflage [1]** 1260/8
**camp [2]** 1297/23 1298/2
**can [37]** 1250/9 1252/22 1255/6 1255/8 1255/15 1259/5 1259/25 1261/5 1261/7 1261/23 1262/9 1263/17 1264/19 1272/17 1276/15 1283/9 1283/15 1285/11 1285/12 1286/5 1286/6 1286/11 1286/21 1287/6 1288/11 1289/4 1290/13 1292/4 1294/19 1295/14 1295/14 1298/2 1302/21 1303/25 1304/4 1309/22 1310/22
**can't [10]** 1252/3 1255/17 1258/3 1258/22 1261/16 1263/4 1263/6 1285/13 1286/12 1305/14
**candy [1]** 1295/22
**cannot [1]** 1289/10
**capacity [1]** 1254/2
**capitol [53]** 1250/17 1250/25 1251/25 1251/25 1257/12 1257/13 1262/8 1263/16 1263/20 1263/24 1268/13 1269/4 1270/6 1279/6 1279/14 1279/15 1284/14 1284/17 1284/25 1285/2 1285/3 1285/15 1285/19 1286/18 1286/24 1287/1

1287/2 1287/19 1288/25 1295/24 1298/19 1300/3 1300/8 1300/24 1302/10 1302/15 1302/16 1304/18 1304/21 1304/21 1304/23 1304/25 1305/1 1305/4 1306/9 1306/18 1307/13 1307/19 1307/24 1307/25 1308/1 1308/5 1308/7
**captain [2]** 1297/10 1297/17
**car [3]** 1252/23 1283/9 1303/6
**care [6]** 1249/14 1280/15 1280/18 1280/20 1280/21 1280/22
**carefully [1]** 1284/21
**cares [3]** 1289/2 1289/3 1289/3
**CARLTON [1]** 1247/18
**carry [3]** 1260/18 1261/20 1284/4
**case [26]** 1252/8 1252/15 1255/13 1258/1 1260/20 1263/17 1265/24 1269/5 1279/2 1279/9 1291/23 1292/19 1292/22 1293/7 1294/19 1294/20 1294/20 1294/21 1294/21 1295/20 1309/11 1309/24 1309/25 1310/9 1310/12 1310/13
**cases [1]** 1265/2
**catching [1]** 1307/18
**cats [1]** 1293/14
**caught [1]** 1255/11
**cause [2]** 1258/8 1294/5
**caveat [1]** 1269/3
**CC [1]** 1261/20
**CCTV [3]** 1285/11 1286/18 1287/6
**Cemetery [1]** 1281/21
**center [1]** 1250/9
**certain [4]** 1256/23 1258/22 1273/3 1278/23
**certainly [2]** 1271/9 1273/12
**certification [5]** 1249/23 1250/7 1253/15 1257/21 1259/12
**certify [1]** 1312/3
**certifying [2]** 1270/24 1274/25
**cetera [2]** 1249/6 1259/15

**challenge [1]** 1307/15
**challenges [2]** 1292/1 1297/23
**chamber [2]** 1273/6 1273/6
**chambers [2]** 1290/13 1304/7
**changed [9]** 1272/11 1272/12 1272/13 1272/15 1273/14 1273/19 1274/3 1274/3 1274/4
**charge [4]** 1268/8 1284/6 1288/13 1296/2
**charged [8]** 1254/22 1256/7 1263/12 1263/13 1263/15 1279/3 1293/7 1294/8
**charges [4]** 1279/4 1289/7 1289/8 1289/25
**charging [1]** 1267/15
**chart [13]** 1253/16 1253/18 1253/19 1254/17 1295/2 1295/14 1295/15 1295/21 1299/23 1299/24 1302/1 1303/5 1308/11
**chat [6]** 1280/3 1280/4 1300/10 1300/22 1300/23 1300/24
**chats [8]** 1252/15 1275/13 1279/19 1279/23 1280/6 1284/10 1289/18 1300/11
**check [1]** 1279/18
**checking [1]** 1268/18
**Chicago [4]** 1288/1 1288/2 1288/3 1288/4
**chief [1]** 1310/9
**Chiefs [1]** 1299/15
**child [4]** 1268/16 1268/17 1268/20 1289/2
**children [1]** 1289/3
**Chinese [1]** 1263/5
**chose [1]** 1269/2
**Christmas [1]** 1303/2
**Chuck [1]** 1292/6
**circle [1]** 1265/20
**circles [1]** 1295/16
**city [4]** 1259/19 1260/18 1262/7 1305/16
**civil [1]** 1263/3
**clashed [1]** 1259/20
**clear [1]** 1255/20
**clearly [2]** 1257/18 1285/11
**client [5]** 1251/10 1255/23

**client... [3]** 1258/2 1266/14 1292/2
**clients [4]** 1256/7 1258/7 1268/9 1292/24
**climb [1]** 1302/17
**clip [2]** 1251/19 1272/10
**clock [1]** 1296/5
**close [1]** 1266/11
**closed [2]** 1286/22 1302/9
**closing [2]** 1255/2 1299/22
**closings [1]** 1290/20
**clothes [1]** 1276/18
**clothing [1]** 1258/23
**cloudy [1]** 1268/3
**club [1]** 1304/3
**clung [1]** 1298/3
**CNN [2]** 1250/15 1250/25
**co [3]** 1292/6 1292/23 1295/19
**co-counsel [3]** 1292/6 1292/23 1295/19
**coin [1]** 1295/11
**cold [1]** 1277/21
**colleague [1]** 1271/6
**colleagues [1]** 1276/20
**collect [1]** 1261/13
**college [9]** 1269/19 1269/20 1270/25 1292/19 1292/20 1296/22 1296/24 1298/17 1300/14
**COLUMBIA [3]** 1246/1 1246/16 1248/7
**Columbus [2]** 1249/9 1254/8
**combat [2]** 1275/3 1305/17
**come [15]** 1249/18 1252/18 1252/22 1255/12 1261/23 1262/4 1277/9 1278/2 1282/16 1282/17 1291/10 1293/8 1299/1 1300/21 1309/24
**comes [7]** 1277/19 1282/3 1287/25 1288/9 1295/17 1295/21 1309/11
**Comfort [1]** 1304/11
**coming [5]** 1252/19 1258/14 1259/6 1261/6 1273/3
**commend [1]** 1295/6
**comment [3]** 1254/18 1290/12 1302/15
**commentators [1]** 1251/1

**communicate [1]** 1267/19
**communicating [1]** 1287/22
**communication [1]** 1298/24
**communications [3]** 1266/4 1266/14 1266/15
**Communist [1]** 1263/5
**community [2]** 1298/17 1300/14
**company [2]** 1253/21 1255/25
**Compared [1]** 1294/4
**completely [2]** 1260/23 1307/8
**completeness [1]** 1310/20
**computer [1]** 1248/9
**computer-aided [1]** 1248/9
**concealed [2]** 1261/20 1284/4
**conceded [1]** 1292/16
**concern [1]** 1311/2
**concerned [2]** 1267/12 1269/2
**concerns [1]** 1284/22
**concluded [4]** 1294/11 1294/12 1294/15 1311/20
**conclusion [2]** 1271/7 1271/22
**confidently [2]** 1293/8 1293/9
**congress [17]** 1250/17 1270/24 1271/9 1271/15 1272/15 1272/20 1272/25 1273/2 1273/5 1273/16 1274/1 1274/11 1274/12 1274/25 1288/15 1288/18 1305/6
**connected [4]** 1252/13 1253/9 1253/9 1253/20
**connection [1]** 1275/8
**Connie [15]** 1247/11 1253/10 1254/6 1256/9 1278/11 1280/8 1280/25 1281/6 1281/9 1281/16 1288/20 1289/11 1289/16 1289/17 1289/24
**conspiracy [18]** 1256/13 1256/14 1263/12 1270/24 1271/8 1271/14 1272/14 1273/9 1274/24 1275/15 1275/15 1279/4 1279/22 1288/13 1288/14 1298/11

**conspirators [1]** 1308/3
**conspire [2]** 1262/23 1307/19
**conspired [1]** 1305/20
**conspiring [2]** 1253/15 1256/8
**Constitution [2]** 1248/8 1312/9
**contest [1]** 1277/3
**contesting [1]** 1292/13
**continued [3]** 1247/1 1248/1 1297/17
**controlled [1]** 1263/4
**conversant [1]** 1249/23
**conversations [2]** 1268/5 1276/14
**convey [1]** 1273/21
**conveyed [1]** 1273/20
**cool [1]** 1259/6
**Cooper [4]** 1247/8 1247/8 1270/17 1270/19
**cooperate [1]** 1284/18
**cooperator [2]** 1284/21 1284/23
**cooperators [2]** 1284/18 1284/20
**coordinated [2]** 1265/7 1288/21
**corner [1]** 1261/10
**correction [1]** 1256/1
**cotton [1]** 1295/22
**cough [2]** 1250/19 1250/21
**coughing [1]** 1250/23
**could [13]** 1249/20 1253/13 1260/15 1262/25 1265/1 1286/2 1296/9 1302/12 1307/1 1309/1 1309/8 1310/25 1311/12
**couldn't [2]** 1250/23 1260/21
**counsel [4]** 1278/13 1292/6 1292/23 1295/19
**count [3]** 1279/5 1293/2 1293/4
**Count 5 [1]** 1279/5
**counter [1]** 1281/25
**counter-protesters [1]** 1281/25
**counting [2]** 1282/9 1282/10
**country [5]** 1260/24 1261/22 1263/6 1263/7 1293/21

## C

**counts [5]** 1254/21 1254/22
1263/15 1278/4 1279/3
**couple [9]** 1251/25 1252/7
1267/7 1272/8 1272/18
1297/19 1308/5 1309/1
1309/5
**course [1]** 1302/23
**courses [3]** 1298/18 1298/22
1302/12
**court [15]** 1246/1 1248/4
1248/6 1250/10 1250/20
1255/13 1260/20 1283/21
1290/15 1291/11 1305/4
1305/11 1311/8 1311/10
1312/8
**Court's [1]** 1278/8
**courthouse [1]** 1305/2
**courtroom [7]** 1248/11
1250/22 1281/12 1290/8
1291/15 1293/15 1310/11
**Courts [1]** 1248/7
**cover [2]** 1265/6 1265/6
**covering [1]** 1250/17
**crazy [3]** 1259/18 1261/25
1296/21
**credibility [1]** 1284/22
**creepy [1]** 1261/14
**crimes [1]** 1294/8
**criminal [4]** 1246/3 1277/1
1293/22 1304/22
**criminals [1]** 1259/15
**crook [1]** 1261/10
**Cross [2]** 1302/20 1302/22
**crowd [2]** 1286/7 1301/7
**Crowl [1]** 1252/21
**cry [1]** 1280/20
**cuckoo [1]** 1298/15

## D

**D.C [30]** 1246/17 1246/21
1247/5 1247/10 1247/15
1247/19 1248/8 1249/17
1249/18 1261/2 1261/6
1262/14 1268/10 1273/12
1274/22 1274/23 1279/10
1281/14 1282/3 1282/16
1282/22 1283/3 1283/19
1284/2 1284/3 1299/3
1299/13 1300/21 1304/10
1312/9

**dad [5]** 1297/9 1297/13
1297/13 1298/4 1308/10
**Dallas [1]** 1247/24
**damage [2]** 1277/9 1281/4
**dangerous [1]** 1261/21
**darn [1]** 1308/14
**date [1]** 1275/15
**dated [1]** 1281/10
**dates [1]** 1282/7
**daughter [1]** 1280/14
**David [1]** 1254/4
**day [39]** 1250/10 1250/11
1250/12 1250/14 1252/4
1253/14 1254/14 1256/7
1256/18 1257/2 1257/13
1258/18 1259/1 1263/3
1269/21 1271/10 1273/16
1274/8 1274/22 1275/25
1278/24 1279/1 1279/12
1279/13 1283/20 1285/1
1286/4 1288/10 1289/14
1291/9 1293/21 1293/22
1294/20 1302/8 1303/11
1309/6 1310/8 1310/24
1311/13
**day's [1]** 1287/17
**days [4]** 1250/1 1256/4
1256/10 1282/9
**dcd.uscourts.gov [1]**
1312/10
**de [1]** 1300/23
**deal [4]** 1267/2 1269/23
1270/1 1299/16
**death [1]** 1297/16
**debate [1]** 1273/7
**debated [1]** 1292/21
**December [6]** 1282/23
1283/3 1292/16 1298/23
1300/10 1303/2
**December 12th [2]** 1282/23
1283/3
**December 2020 [1]** 1292/16
**decide [2]** 1293/2 1294/19
**decided [4]** 1250/13 1275/16
1275/16 1290/15
**decision [2]** 1299/3 1300/20
**deeply [1]** 1298/4
**defend [1]** 1292/11
**Defendant [6]** 1246/18
1247/2 1247/7 1247/11
1247/16 1247/21

**defendants [3]** 1246/7
1290/12 1290/15
**defending [2]** 1257/25
1292/10
**defense [2]** 1248/14 1291/6
**deliberations [1]** 1309/22
**dementia [1]** 1298/9
**Denver [1]** 1262/3
**deny [1]** 1289/9
**department [2]** 1288/4
1297/10
**depending [1]** 1278/20
**destroy [2]** 1276/15 1308/21
**developed [1]** 1268/25
**devices [1]** 1303/20
**devoted [1]** 1301/7
**dictionary [1]** 1303/25
**did [48]** 1251/3 1257/14
1257/22 1259/11 1262/23
1264/11 1264/11 1266/9
1266/10 1266/12 1266/17
1266/18 1266/18 1266/19
1270/11 1273/1 1273/3
1274/6 1275/8 1276/7 1277/3
1277/4 1278/25 1281/9
1281/19 1282/17 1284/2
1286/16 1287/20 1293/5
1300/5 1300/5 1300/6
1300/22 1303/1 1303/21
1303/23 1304/11 1304/11
1304/19 1307/19 1307/21
1307/22 1307/23 1308/8
1308/21 1308/21 1308/22
**didn't [67]** 1251/24 1251/25
1252/4 1252/10 1252/18
1252/19 1252/20 1253/10
1253/10 1253/11 1253/23
1253/24 1253/25 1253/25
1254/2 1254/3 1254/3 1254/4
1254/4 1254/5 1254/5 1254/6
1254/12 1256/2 1262/14
1263/2 1264/2 1266/24
1267/24 1268/12 1269/5
1270/7 1277/11 1281/4
1281/4 1281/6 1281/25
1282/9 1284/7 1295/25
1296/5 1296/6 1296/8
1296/10 1297/13 1299/24
1300/6 1300/7 1300/17
1300/19 1300/19 1300/19
1302/3 1302/22 1303/1

**didn't... [12]** 1303/3 1303/4 1303/13 1303/20 1303/21 1303/22 1304/1 1304/12 1305/5 1305/7 1306/25 1307/23
**died [4]** 1280/22 1297/13 1297/13 1298/5
**difference [1]** 1266/23
**different [32]** 1257/6 1257/14 1260/23 1264/7 1265/11 1265/11 1265/19 1266/20 1272/5 1272/17 1275/13 1276/4 1278/18 1278/18 1278/20 1286/1 1287/14 1291/24 1291/24 1294/4 1294/25 1296/22 1297/1 1303/15 1303/16 1303/18 1304/13 1304/13 1305/22 1306/11 1306/12 1308/18
**differentiate [1]** 1299/19
**differently [1]** 1262/6
**dinner [2]** 1281/22 1281/23
**dire [1]** 1276/22
**directly [1]** 1274/11
**dirt [1]** 1256/3
**disagree [1]** 1278/24
**discharge [1]** 1297/25
**discharged [1]** 1297/23
**discuss [3]** 1310/13 1310/21 1311/12
**discussed [2]** 1277/5 1311/9
**discussion [3]** 1273/22 1274/17 1276/16
**discussions [1]** 1275/14
**dismissed [1]** 1310/17
**disorganized [1]** 1308/14
**disparate [1]** 1256/16
**dispatcher [1]** 1288/4
**dispute [9]** 1279/10 1279/11 1284/24 1284/25 1285/1 1285/3 1289/8 1289/10 1301/13
**disputing [2]** 1299/25 1300/1
**DISTRICT [6]** 1246/1 1246/1 1246/10 1246/16 1248/7 1248/7
**do [45]** 1248/18 1248/19 1248/24 1254/21 1255/2 1255/6 1257/3 1257/22 1257/25 1259/1 1261/16

1264/9 1264/11 1264/18 1268/13 1268/20 1269/2 1269/13 1269/15 1269/24 1270/1 1270/17 1271/20 1272/22 1276/10 1277/18 1277/25 1278/1 1290/2 1290/10 1293/7 1294/10 1298/21 1299/4 1299/8 1300/8 1300/9 1302/5 1302/6 1302/11 1304/5 1304/18 1304/23 1306/8 1309/16
**doctor [1]** 1293/5
**document [1]** 1293/19
**documents [1]** 1294/18
**does [12]** 1258/3 1273/20 1273/21 1273/23 1279/9 1279/11 1284/3 1284/24 1284/25 1287/8 1288/9 1308/2
**doesn't [19]** 1257/9 1258/1 1258/1 1267/19 1274/1 1274/2 1274/3 1274/4 1282/5 1283/10 1284/13 1285/1 1285/3 1285/9 1287/5 1287/20 1289/8 1289/9 1293/22
**dogs [1]** 1280/17
**doing [12]** 1255/1 1262/21 1263/10 1266/22 1268/1 1271/3 1282/20 1287/19 1289/12 1290/1 1291/7 1303/8
**Dolan [2]** 1286/5 1287/9
**don't [34]** 1251/7 1251/11 1253/23 1254/19 1254/23 1255/3 1255/10 1256/6 1256/9 1256/19 1257/22 1257/24 1259/8 1260/3 1260/3 1262/10 1264/14 1268/20 1270/9 1272/1 1277/23 1277/25 1278/14 1278/24 1280/20 1290/5 1290/9 1290/25 1291/7 1294/9 1300/8 1303/24 1307/3 1310/13
**Donald [6]** 1254/11 1292/10 1296/16 1296/17 1298/14 1301/6
**done [11]** 1253/17 1253/18 1270/11 1271/11 1271/13 1273/11 1283/5 1289/14

1309/4 1309/24 1311/1
**Donovan [2]** 1252/21 1258/14
**door [3]** 1286/22 1287/4 1293/12
**door's [1]** 1286/22
**doors [1]** 1286/17
**double [1]** 1301/14
**doubt [8]** 1277/17 1289/11 1289/20 1289/20 1289/23 1294/5 1302/19 1308/7
**Douyan [1]** 1291/9
**down [10]** 1252/22 1263/11 1263/21 1264/3 1277/23 1295/1 1297/19 1302/10 1305/15 1307/16
**draw [1]** 1292/12
**drawn [1]** 1277/23
**dream [5]** 1297/18 1297/19 1298/3 1299/6 1299/7
**drew [1]** 1296/20
**driving [1]** 1252/22
**drove [1]** 1303/6
**drug [2]** 1256/14 1297/13
**dude [1]** 1296/5
**due [1]** 1295/19
**dues [1]** 1249/6
**duped [4]** 1252/10 1252/10 1258/13 1265/14
**during [4]** 1287/8 1291/6 1292/8 1293/12
**duty [1]** 1290/1

**E**

**each [5]** 1254/20 1264/16 1273/5 1293/2 1293/4
**Eagles [1]** 1299/15
**earlier [5]** 1254/9 1254/9 1258/13 1277/20 1310/23
**early [5]** 1298/9 1301/22 1301/23 1301/24 1310/22
**earth [1]** 1293/21
**east [13]** 1285/2 1285/8 1285/18 1300/3 1305/4 1305/11 1305/23 1306/10 1306/11 1306/19 1306/20 1306/24 1307/8
**ECA [3]** 1282/12 1289/13 1289/21
**editing [1]** 1311/9
**Edwards [1]** 1246/14

**E**

**effect [4]** 1287/18 1290/14 1290/18 1307/15
**efficiency [1]** 1290/12
**efficient [1]** 1264/19
**effort [1]** 1277/6
**eight [3]** 1267/17 1269/22 1280/17
**eight years [1]** 1269/22
**either [2]** 1254/7 1270/7
**elect [1]** 1306/23
**election [5]** 1249/8 1256/18 1263/1 1270/5 1282/8
**electoral [12]** 1269/18 1270/25 1274/25 1292/13 1292/15 1292/19 1292/20 1296/22 1296/24 1297/1 1307/14 1307/20
**elemental [1]** 1253/18
**elementary [1]** 1269/19
**Ellipse [1]** 1257/2
**Elmer [2]** 1296/9 1296/9
**else [11]** 1252/13 1273/15 1275/18 1286/13 1287/24 1295/4 1299/20 1303/17 1308/18 1310/21 1311/16
**elsewhere [2]** 1259/19 1280/5
**email [1]** 1290/13
**emergency [2]** 1291/10 1297/16
**emotion [3]** 1306/8 1309/17 1309/19
**emotions [2]** 1251/6 1306/6
**empathy [1]** 1309/20
**EMS [6]** 1249/14 1297/10 1297/16 1297/18 1298/4 1302/13
**EMT [7]** 1298/4 1298/18 1298/22 1299/9 1300/15 1302/12 1302/13
**EMT/EMS [1]** 1302/13
**end [12]** 1255/13 1272/4 1272/5 1290/19 1291/8 1293/7 1294/20 1309/4 1309/15 1309/25 1311/5 1311/13
**ended [1]** 1252/23
**enforcement [4]** 1284/10 1287/25 1288/9 1289/2
**enforcer [1]** 1256/15

**engage [3]** 1301/4 1305/14 1305/20
**engaged [1]** 1308/19
**enough [5]** 1262/7 1263/19 1265/6 1274/7 1276/1
**enter [1]** 1286/22
**entered [4]** 1248/11 1284/25 1289/13 1293/15
**entering [2]** 1263/16 1288/20
**enters [5]** 1286/18 1286/18 1286/23 1287/4 1291/15
**entire [1]** 1250/5
**entirely [1]** 1273/13
**entitled [2]** 1256/25 1312/4
**enviable [1]** 1248/21
**equipment [1]** 1275/6
**escort [1]** 1302/6
**escorting [1]** 1285/6
**escorts [1]** 1283/4
**especially [5]** 1293/14 1293/15 1294/11 1296/19 1304/23
**essentially [2]** 1271/11 1280/16
**et [3]** 1246/6 1249/6 1259/15
**ethically [1]** 1295/9
**Eugene [1]** 1247/17
**even [19]** 1249/23 1253/8 1253/24 1267/11 1268/6 1270/9 1274/4 1275/11 1281/6 1288/24 1289/12 1289/14 1293/21 1295/25 1300/18 1301/15 1303/14 1303/21 1304/12
**event [6]** 1250/16 1279/13 1283/21 1283/23 1284/18 1285/16
**events [5]** 1250/15 1260/11 1277/6 1283/20 1287/17
**eventually [2]** 1249/12 1298/18
**ever [3]** 1262/19 1269/19 1278/15
**every [8]** 1250/8 1250/10 1260/24 1261/9 1261/10 1262/9 1293/15 1296/12
**everybody [11]** 1252/13 1253/5 1255/21 1256/17 1257/2 1258/7 1264/8 1287/14 1295/4 1299/20 1303/16

**everybody's [1]** 1254/22
**everyone [9]** 1248/12 1248/13 1269/20 1270/19 1287/18 1291/16 1291/17 1310/16 1310/18
**everything [5]** 1252/12 1252/14 1264/3 1285/21 1311/2
**everywhere [1]** 1269/20
**evidence [86]**
**evidentiary [1]** 1311/4
**ex [1]** 1311/1
**exactly [2]** 1269/21 1284/5
**example [1]** 1272/19
**examples [2]** 1272/18 1273/12
**exceptions [1]** 1260/22
**exchanged [1]** 1249/16
**excuse [1]** 1286/19
**exercise [1]** 1308/15
**exhausted [1]** 1307/8
**exhibits [1]** 1310/20
**expect [2]** 1259/21 1259/21
**experience [1]** 1302/11
**experiencing [1]** 1298/8
**expert [1]** 1308/7
**explained [1]** 1265/13
**explosive [1]** 1303/20
**extent [1]** 1258/25
**extreme [1]** 1279/23
**eyes [1]** 1267/25

**F**

**faces [1]** 1293/17
**facility [1]** 1256/1
**facing [3]** 1293/16 1305/4 1305/11
**fact [11]** 1265/23 1266/17 1267/2 1268/19 1269/18 1269/24 1272/7 1273/13 1281/5 1282/8 1287/15
**facts [9]** 1305/25 1309/9 1309/12 1309/13 1309/14 1309/14 1309/16 1309/18 1309/23
**factually [1]** 1256/19
**fair [3]** 1253/5 1278/2 1301/5
**fairest [1]** 1253/4
**fairly [2]** 1285/21 1309/23
**fairness [1]** 1306/7
**falls [1]** 1287/4

## F

**familiar** [1] 1308/6
**family** [8] 1262/3 1262/4
 1287/25 1288/9 1289/2
 1289/4 1309/17 1309/19
**famous** [2] 1294/1 1294/2
**far** [8] 1252/3 1255/6
 1265/18 1266/9 1267/11
 1268/12 1269/2 1282/7
**farm** [1] 1280/17
**fast** [1] 1297/12
**father** [7] 1280/20 1280/22
 1288/1 1297/11 1297/11
 1298/5 1298/6
**fault** [1] 1293/13
**February** [1] 1246/5
**feel** [2] 1251/7 1252/18
**feeling** [1] 1286/8
**feet** [1] 1286/13
**fellow** [1] 1302/21
**felt** [1] 1251/6
**fence** [1] 1258/22
**few** [6] 1256/11 1270/22
 1272/5 1272/17 1278/12
 1281/18
**fields** [2] 1247/18 1305/2
**fiery** [5] 1305/12 1305/12
 1305/14 1305/17 1305/18
**fight** [7] 1260/3 1263/7
 1274/12 1301/13 1301/14
 1301/15 1305/14
**fight's** [1] 1301/11
**fighting** [1] 1263/9
**figurative** [1] 1293/5
**figure** [1] 1293/5
**figures** [1] 1257/16
**fill** [1] 1249/6
**filled** [2] 1298/12 1298/13
**final** [2] 1290/14 1290/21
**finalized** [1] 1311/10
**find** [11] 1251/13 1254/1
 1260/15 1263/18 1271/1
 1271/8 1278/3 1279/24
 1280/3 1289/1 1309/25
**fine** [3] 1265/17 1311/14
 1311/15
**finish** [2] 1271/19 1282/9
**fire** [3] 1276/18 1297/19
 1301/9
**fireman** [1] 1297/11
**fireworks** [1] 1282/1

**first** [19] 1252/6 1254/10
 1261/7 1266/1 1270/22
 1271/21 1271/22 1272/8
 1272/18 1274/15 1281/14
 1283/22 1288/18 1290/22
 1298/23 1298/23 1302/20
 1305/12 1307/25
**first-aid** [1] 1302/20
**five** [4] 1256/10 1279/2
 1279/3 1282/9
**five days** [1] 1256/10
**flags** [1] 1306/25
**flashed** [1] 1275/13
**flooding** [1] 1259/14
**Florida** [6] 1254/7 1280/23
 1280/24 1284/4 1292/17
 1295/17
**flowing** [1] 1306/3
**flying** [1] 1255/12
**focus** [1] 1295/19
**focuses** [1] 1287/16
**folks** [3] 1254/7 1263/13
 1272/1
**follow** [8] 1267/17 1271/6
 1278/12 1278/19 1288/22
 1295/1 1297/18 1309/9
**followers** [2] 1301/7 1301/7
**following** [4] 1267/15 1271/3
 1288/20 1296/6
**foot** [8] 1273/20 1297/20
 1298/11 1299/2 1302/1
 1303/4 1303/14 1303/21
**footage** [4] 1275/4 1275/19
 1276/2 1276/3
**football** [1] 1305/2
**foothills** [1] 1262/2
**force** [3] 1257/23 1281/1
 1295/17
**foregoing** [1] 1312/3
**forget** [1] 1290/18
**forgot** [1] 1303/1
**form** [1] 1249/6
**former** [4] 1249/19 1257/11
 1284/9 1305/16
**fortunate** [1] 1265/5
**forward** [2] 1297/12 1310/15
**founders** [1] 1277/15
**four** [5] 1252/23 1262/3
 1280/12 1303/7 1309/18
**four-year-old** [1] 1280/12
**Fourth** [1] 1246/16

**fragments** [1] 1258/11
**frankly** [1] 1267/21
**fraud** [1] 1296/25
**fraudulent** [1] 1272/21
**free** [1] 1303/14
**freebie** [1] 1303/13
**freeze** [1] 1265/20
**friend** [2] 1287/15 1287/22
**friendly** [1] 1266/11
**friends** [2] 1250/11 1258/5
**front** [8] 1250/22 1267/19
 1286/11 1287/10 1297/14
 1301/8 1302/2 1307/22
**frozen** [1] 1260/12
**Fudd** [1] 1296/9
**full** [2] 1252/11 1285/20
**Fulton** [2] 1308/8 1308/9
**fun** [1] 1298/20
**funeral** [1] 1298/6
**furtherance** [1] 1274/24
**future** [1] 1263/3

## G

**game** [2] 1269/11 1292/10
**games** [1] 1280/15
**Garden** [2] 1284/2 1304/10
**gasoline** [1] 1301/9
**gave** [5] 1256/2 1277/15
 1290/22 1294/25 1295/9
**gear** [4] 1281/24 1295/24
 1296/15 1302/4
**geared** [1] 1275/3
**general** [2] 1288/24 1308/15
**generally** [1] 1264/17
**gentlemen** [6] 1248/20
 1270/2 1270/8 1278/10
 1290/4 1310/5
**George** [1] 1292/18
**get** [33] 1250/8 1251/10
 1252/19 1256/22 1258/15
 1259/17 1262/1 1262/12
 1264/18 1269/5 1272/2
 1273/20 1276/15 1277/23
 1282/5 1285/19 1286/8
 1293/1 1293/3 1295/2
 1296/22 1297/2 1298/2
 1299/9 1302/3 1302/11
 1302/15 1303/14 1305/24
 1306/8 1307/4 1310/11
 1310/23
**gets** [6] 1262/3 1285/8

**gets... [4]** 1286/22 1306/2 1306/3 1308/1
**getting [1]** 1267/8
**gift [1]** 1303/2
**Giuliani [1]** 1305/16
**give [7]** 1253/4 1265/23 1272/18 1294/24 1305/3 1309/5 1309/8
**given [4]** 1271/12 1271/13 1290/19 1310/7
**gives [2]** 1255/2 1309/10
**giving [3]** 1271/7 1271/21 1271/21
**glad [1]** 1252/25
**go [56]** 1249/21 1250/13 1251/24 1251/25 1252/4 1255/21 1257/12 1258/8 1258/15 1259/9 1263/2 1263/25 1266/24 1271/14 1271/25 1274/1 1274/12 1274/13 1277/20 1277/21 1277/25 1277/25 1278/1 1282/7 1283/10 1285/2 1286/5 1286/23 1287/11 1287/12 1295/1 1295/14 1296/11 1297/2 1297/15 1298/2 1298/16 1298/20 1299/18 1299/19 1299/20 1300/7 1300/8 1300/13 1302/8 1302/9 1302/10 1304/18 1304/21 1307/1 1307/13 1307/17 1307/19 1307/21 1307/23 1308/8
**go-to [1]** 1300/13
**God [2]** 1262/13 1295/21
**goes [5]** 1255/18 1269/5 1288/10 1308/3 1308/3
**goggles [1]** 1303/22
**going [140]**
**Golden [1]** 1254/4
**gongs [1]** 1306/25
**good [20]** 1248/20 1249/21 1251/2 1251/2 1251/3 1251/4 1254/23 1259/5 1259/7 1264/24 1265/5 1265/9 1265/12 1270/19 1274/13 1278/10 1282/4 1291/20 1291/20 1304/23
**Gore [1]** 1292/16
**got [23]** 1261/4 1263/20

1280/19 1283/12 1288/5 1288/6 1295/3 1296/1 1301/19 1301/21 1301/21 1301/25 1302/5 1303/2 1303/10 1303/11 1303/12 1303/13 1307/8 1307/11 1307/25 1308/11 1308/12
**gotten [1]** 1266/11
**government [38]** 1246/13 1251/16 1252/11 1253/16 1258/10 1262/16 1262/21 1263/4 1263/22 1265/17 1266/13 1266/13 1268/2 1269/12 1272/5 1272/9 1273/11 1273/14 1273/17 1274/15 1275/4 1275/8 1275/13 1275/18 1276/12 1277/8 1277/16 1278/23 1279/21 1280/1 1282/6 1284/1 1287/16 1289/10 1293/9 1294/14 1294/17 1311/2
**Government's [7]** 1260/9 1270/25 1271/7 1274/24 1289/19 1310/8 1310/20
**gracious [1]** 1309/5
**grand [5]** 1293/25 1294/2 1294/3 1294/6 1298/11
**grandchildren [1]** 1280/10
**grandfather [1]** 1288/3
**grandmother [2]** 1280/10 1298/8
**Gray [1]** 1303/7
**greatest [1]** 1293/20
**Greene [8]** 1247/21 1253/10 1253/24 1256/11 1292/6 1292/9 1296/7 1296/7
**Greene's [1]** 1295/18
**grenades [1]** 1303/19
**ground [1]** 1265/6
**grounds [4]** 1263/16 1279/15 1285/15 1310/21
**group [7]** 1252/17 1253/21 1279/20 1279/22 1281/8 1285/4 1306/5
**groups [2]** 1259/20 1259/22
**guard [1]** 1258/23
**guarding [1]** 1258/20
**guess [5]** 1258/25 1259/3 1261/9 1281/24 1304/16
**guesswork [1]** 1269/13

**guilt [4]** 1295/5 1295/6 1299/18 1303/17
**guilty [17]** 1257/10 1263/18 1270/14 1271/2 1271/4 1277/17 1278/3 1289/24 1293/23 1293/24 1293/24 1294/15 1294/15 1294/16 1294/16 1308/23 1309/25
**gun [9]** 1260/21 1261/5 1261/7 1261/8 1261/19 1262/7 1262/17 1262/20 1304/8
**guns [12]** 1260/18 1261/1 1261/12 1261/13 1261/14 1261/21 1262/12 1268/16 1300/17 1300/18 1300/18 1300/25
**gut [1]** 1309/17
**guy [1]** 1253/23
**guys [2]** 1256/14 1256/14

**H**

**H-E [1]** 1301/14
**Hackett [1]** 1254/3
**had [52]** 1248/13 1250/16 1250/19 1250/21 1252/3 1254/14 1254/15 1256/3 1256/4 1260/12 1260/13 1261/12 1263/1 1263/21 1264/2 1266/4 1267/10 1272/12 1272/20 1272/22 1274/9 1281/2 1284/6 1286/25 1288/15 1288/22 1289/11 1289/21 1291/5 1292/1 1293/13 1295/24 1295/25 1295/25 1296/3 1296/15 1297/19 1298/1 1299/24 1300/2 1302/10 1302/20 1303/3 1304/8 1304/8 1304/18 1306/17 1306/19 1307/12 1308/5 1308/11 1311/10
**half [3]** 1268/5 1307/6 1310/24
**hall [4]** 1257/15 1308/6 1308/8 1308/9
**Haller [5]** 1247/12 1247/13 1278/11 1290/3 1295/6
**Hallon [1]** 1303/7
**hallway [6]** 1256/10 1275/21 1275/23 1276/8 1276/8

**hallway... [1]** 1276/9
**hand [2]** 1253/13 1300/1
**hands [1]** 1267/2
**hang [3]** 1263/25 1282/25 1304/6
**hanging [1]** 1304/5
**happen [3]** 1251/7 1273/1 1292/11
**happened [12]** 1251/8 1251/18 1254/15 1269/17 1272/11 1273/4 1273/7 1273/9 1281/24 1298/5 1301/12 1308/13
**happening [1]** 1305/6
**happy [1]** 1264/14
**hard [4]** 1248/22 1254/24 1288/12 1306/7
**Harrelson [2]** 1254/3 1287/10
**has [29]** 1252/2 1253/12 1253/16 1258/10 1259/4 1261/2 1261/3 1261/19 1265/17 1266/13 1274/4 1277/5 1277/16 1278/13 1280/10 1280/17 1280/17 1280/18 1284/1 1287/14 1290/15 1293/7 1294/3 1295/11 1295/11 1295/12 1299/2 1309/5 1310/12
**hat [1]** 1303/21
**have [103]**
**haven't [1]** 1295/7
**having [2]** 1248/22 1281/23
**he [177]**
**He'll [1]** 1311/6
**he's [19]** 1251/23 1261/2 1261/2 1261/16 1262/15 1262/16 1262/21 1263/13 1263/15 1293/17 1296/7 1299/1 1301/18 1302/2 1306/9 1307/2 1307/3 1307/17 1308/23
**head [3]** 1260/14 1282/5 1292/14
**headphones [1]** 1292/7
**headquartered [1]** 1300/17
**headset [1]** 1253/12
**health [2]** 1267/11 1269/2
**hear [33]** 1249/19 1256/23 1259/13 1259/15 1259/21

1262/12 1264/9 1265/22 1270/13 1271/16 1273/18 1273/24 1274/14 1275/8 1275/24 1276/13 1280/13 1281/6 1281/8 1281/19 1281/20 1281/22 1281/22 1282/18 1283/18 1283/25 1284/17 1288/12 1288/15 1300/12 1307/2 1307/9 1307/14
**heard [11]** 1248/25 1251/15 1252/14 1257/12 1265/13 1273/19 1274/24 1276/21 1279/5 1297/21 1310/6
**heart [4]** 1255/5 1259/5 1259/7 1305/18
**Heavenridge [3]** 1248/6 1312/8 1312/10
**heavy [4]** 1302/19 1305/1 1307/5 1307/5
**held [2]** 1286/15 1286/16
**hell [1]** 1274/13
**Heller [1]** 1260/20
**helmet [8]** 1260/16 1275/1 1275/2 1281/3 1282/4 1303/20 1303/20 1303/21
**helmets [1]** 1260/8
**help [17]** 1252/8 1254/25 1258/1 1258/1 1259/5 1259/5 1264/10 1269/2 1269/5 1280/14 1283/15 1288/11 1289/5 1298/21 1298/22 1302/12 1302/25
**helpful [3]** 1255/18 1263/1 1294/23
**helps [1]** 1280/13
**her [52]** 1248/23 1249/11 1251/5 1252/5 1252/5 1252/23 1253/14 1254/8 1256/5 1256/9 1266/10 1267/13 1267/14 1267/15 1267/15 1268/18 1279/18 1279/18 1280/13 1280/16 1280/20 1280/22 1280/22 1281/2 1281/17 1281/21 1283/23 1284/3 1285/4 1285/14 1285/21 1286/11 1286/15 1287/17 1287/23 1288/1 1288/1 1288/2 1288/3 1288/3 1288/5 1288/10 1288/20 1289/3 1289/3

1289/5 1289/8 1291/5 1295/1 1295/2 1295/9 1298/8
**herd [1]** 1271/4
**herding [1]** 1293/14
**here [38]** 1250/10 1250/11 1252/19 1253/1 1254/23 1255/20 1256/11 1258/8 1258/15 1262/15 1262/16 1262/24 1262/25 1264/13 1265/16 1265/23 1268/6 1270/6 1270/20 1271/14 1274/15 1276/24 1276/24 1277/1 1277/2 1277/14 1278/12 1278/12 1293/16 1294/5 1296/4 1296/19 1296/23 1296/25 1296/25 1302/11 1307/4 1307/21
**here's [9]** 1260/16 1260/16 1266/22 1277/18 1293/19 1295/23 1303/15 1306/12 1308/18
**hereby [1]** 1312/3
**hero [6]** 1296/4 1297/12 1297/12 1297/16 1299/3 1308/10
**hers [1]** 1287/22
**hesitant [1]** 1299/1
**hey [7]** 1255/15 1257/22 1298/20 1300/7 1304/20 1307/13 1307/17
**hide [2]** 1269/10 1276/15
**high [4]** 1269/19 1277/25 1278/1 1302/3
**highlight [2]** 1290/23 1291/1
**highlighted [1]** 1276/9
**highly [1]** 1297/8
**Hill [3]** 1250/10 1258/5 1302/18
**Hilton [2]** 1284/2 1304/10
**him [47]** 1248/25 1249/2 1249/20 1251/22 1254/10 1254/13 1254/14 1255/2 1256/1 1256/2 1256/12 1256/12 1261/2 1261/3 1261/16 1263/18 1263/22 1265/14 1276/5 1280/14 1280/15 1280/16 1286/16 1286/17 1289/15 1296/2 1296/5 1296/8 1296/11 1296/18 1296/19 1296/20 1296/20 1297/15 1298/14

**him... [12]** 1298/15 1298/15
1298/19 1299/1 1299/4
1299/16 1301/8 1303/3
1303/15 1303/23 1307/22
1309/25
**hip [2]** 1252/2 1259/4
**his [65]** 1249/1 1249/13
1249/15 1249/15 1252/2
1256/4 1261/12 1262/17
1272/11 1272/12 1272/13
1272/15 1273/14 1273/19
1274/4 1280/22 1291/25
1291/25 1291/25 1292/7
1295/13 1296/4 1297/3
1297/7 1297/9 1297/11
1297/11 1297/12 1297/12
1297/13 1297/13 1297/16
1297/18 1297/23 1298/4
1298/5 1298/5 1298/6 1298/6
1298/7 1298/8 1298/12
1298/18 1298/25 1299/9
1299/10 1299/11 1300/1
1300/21 1300/22 1301/8
1301/23 1302/9 1302/12
1302/12 1302/15 1302/21
1304/20 1304/25 1306/17
1307/18 1307/22 1308/3
1308/10 1308/10
**historical [1]** 1257/16
**history [3]** 1292/14 1306/16
1306/16
**hit [2]** 1282/5 1308/21
**hockey [1]** 1301/15
**hold [1]** 1277/14
**home [2]** 1275/6 1297/14
**honestly [1]** 1253/2
**honor [12]** 1248/19 1263/9
1264/23 1270/18 1278/7
1290/11 1291/2 1291/5
1291/19 1310/4 1310/25
1311/17
**Honor's [1]** 1290/21
**HONORABLE [1]** 1246/9
**hope [2]** 1248/13 1255/7
**hopefully [2]** 1264/14
1299/21
**horrible [2]** 1270/10 1278/24
**hotel [9]** 1254/13 1254/14
1262/17 1283/23 1284/1
1287/17 1287/23 1302/9

1304/9
**hotels [2]** 1275/6 1283/4
**hour [1]** 1248/13
**house [9]** 1250/12 1250/14
1261/13 1261/24 1273/6
1273/6 1298/7 1302/2 1304/7
**how [25]** 1251/7 1252/6
1252/19 1254/22 1254/22
1257/3 1259/9 1264/12
1265/13 1266/9 1266/10
1266/12 1266/17 1266/18
1266/18 1266/19 1273/20
1274/23 1277/4 1277/5
1280/13 1294/10 1297/15
1301/3 1307/3
**how's [3]** 1259/2 1259/3
1266/8
**however [3]** 1260/11
1263/20 1284/20
**huddle [5]** 1307/9 1307/9
1307/10 1307/16 1308/2
**hug [1]** 1256/2
**husband [7]** 1265/3 1279/18
1281/17 1281/21 1285/4
1286/15 1288/20
**hyperbole [1]** 1301/4

**I**

**I'd [6]** 1269/9 1269/9 1270/12
1290/23 1292/2 1310/23
**I'll [11]** 1251/17 1256/5
1258/6 1264/10 1266/16
1267/16 1269/7 1277/12
1285/25 1295/9 1309/4
**I'm [57]** 1250/12 1250/14
1250/18 1250/24 1252/24
1255/4 1255/6 1255/18
1257/8 1257/25 1258/2
1258/4 1263/22 1265/5
1265/7 1265/23 1266/19
1268/14 1270/8 1270/20
1276/20 1276/22 1278/12
1282/24 1293/2 1293/7
1293/8 1294/1 1294/3 1295/1
1296/11 1296/14 1297/1
1297/15 1298/6 1299/3
1299/3 1299/4 1299/14
1299/15 1299/18 1299/20
1301/12 1301/16 1301/16
1301/16 1301/19 1301/23
1302/14 1302/19 1304/14

1304/16 1305/24 1306/8
1307/21 1309/7 1310/25
**I've [6]** 1250/19 1255/1
1256/9 1256/10 1280/21
1295/3
**idea [4]** 1270/4 1274/13
1279/2 1282/4
**ideas [1]** 1277/15
**identify [1]** 1267/11
**identifying [1]** 1276/4
**II [1]** 1308/15
**illegal [1]** 1273/8
**image [1]** 1276/4
**images [1]** 1286/1
**immaterial [1]** 1272/23
**impartial [1]** 1277/22
**impartiality [1]** 1306/7
**impartially [1]** 1309/23
**imperfect [2]** 1292/20 1306/2
**important [5]** 1266/18
1297/5 1301/20 1307/25
1309/6
**impression [1]** 1249/15
**improper [1]** 1304/19
**inaugurated [1]** 1306/23
**inauguration [4]** 1306/16
1306/17 1306/17 1306/18
**incident [1]** 1278/17
**incidentally [1]** 1274/14
**incites [1]** 1305/13
**included [2]** 1267/6 1285/4
**including [1]** 1292/1
**incomplete [2]** 1251/17
1251/17
**independent [1]** 1310/13
**indicated [2]** 1266/21 1267/7
**indicates [1]** 1273/15
**indicted [1]** 1293/23
**indictment [6]** 1293/2 1293/3
1293/4 1293/16 1294/1
1294/10
**individual [2]** 1286/5 1287/9
**individuals [2]** 1265/15
1275/5
**indulgence [2]** 1278/8
1304/14
**inexperience [2]** 1291/25
1299/11
**infecting [1]** 1309/18
**infiltrating [2]** 1274/18
1274/19

**I**

**influenced [1]** 1298/15
**initially [1]** 1301/20
**Inn [3]** 1284/2 1304/10 1304/11
**innocent [4]** 1277/16 1289/24 1293/17 1293/18
**inside [13]** 1251/24 1251/25 1257/14 1257/23 1258/22 1266/24 1266/25 1270/5 1286/21 1286/25 1287/7 1289/9 1302/24
**instance [1]** 1267/18
**Instead [1]** 1281/20
**instruct [1]** 1279/7
**instruction [1]** 1290/19
**instructions [4]** 1255/11 1279/7 1290/14 1290/22
**insurrection [2]** 1262/15 1262/17
**intended [1]** 1284/17
**intense [1]** 1306/24
**intent [6]** 1274/9 1288/10 1288/13 1289/6 1289/11 1289/21
**intention [2]** 1268/23 1268/24
**intentions [2]** 1268/12 1302/11
**interesting [1]** 1261/18
**interestingly [3]** 1263/19 1274/7 1276/1
**interfering [1]** 1249/22
**interview [1]** 1251/21
**introduced [2]** 1292/2 1302/24
**investigators [1]** 1278/19
**invite [1]** 1266/7
**involved [5]** 1264/12 1270/23 1275/9 1275/11 1276/16
**involving [1]** 1271/9
**ironic [2]** 1263/8 1277/8
**irreparably [1]** 1277/9
**Irrespective [1]** 1275/10
**is [190]**
**Isaacs [22]** 1247/16 1253/11 1254/5 1256/12 1291/18 1292/3 1292/6 1292/9 1293/1 1293/18 1295/21 1296/10 1297/4 1297/9 1298/12 1298/25 1299/8 1299/12

1299/20 1303/6 1309/24 1311/8
**isn't [4]** 1261/24 1269/13 1273/8 1273/8
**issue [6]** 1264/6 1290/9 1291/4 1292/22 1311/4 1311/13
**it [130]**
**it's [64]** 1250/1 1251/2 1251/3 1251/3 1253/3 1253/3 1253/4 1253/4 1253/7 1253/19 1254/23 1257/7 1259/18 1259/23 1260/1 1261/4 1261/10 1261/14 1261/15 1261/19 1262/4 1269/17 1269/20 1271/7 1271/12 1271/25 1277/3 1277/13 1278/14 1278/15 1279/5 1282/4 1283/1 1284/4 1284/8 1284/13 1285/14 1285/20 1286/1 1286/2 1286/19 1287/1 1287/17 1290/21 1293/13 1294/5 1294/14 1294/24 1295/15 1296/18 1296/21 1297/5 1298/20 1300/12 1301/5 1303/13 1306/7 1306/11 1307/6 1308/17 1308/25 1309/5 1309/10 1311/2
**Italian [1]** 1306/3
**its [3]** 1272/9 1275/19 1277/10

**J**

**jacket [1]** 1303/19
**January [35]** 1249/17 1250/2 1250/5 1258/18 1259/21 1269/25 1269/25 1270/1 1270/3 1270/7 1270/23 1277/6 1278/24 1279/10 1281/1 1282/13 1282/14 1282/24 1283/12 1283/19 1291/25 1293/21 1297/5 1297/8 1297/12 1298/10 1298/16 1298/23 1298/24 1299/13 1299/23 1300/21 1301/6 1301/21 1306/14
**January 2nd [1]** 1300/21
**January 5th [1]** 1258/18
**January 6th [28]** 1249/17 1250/2 1250/5 1259/21

1269/25 1269/25 1270/1 1270/3 1270/7 1270/23 1277/6 1278/24 1279/10 1281/1 1282/13 1282/14 1282/24 1283/21 1291/25 1293/21 1297/5 1297/8 1298/10 1298/16 1299/13 1299/23 1301/6 1301/21
**Jason [1]** 1286/5
**JC [1]** 1310/22
**Jefferson [1]** 1247/18
**Jeffrey [1]** 1246/15
**Jello [1]** 1300/11
**Jenna [1]** 1280/12
**Jericho [1]** 1282/18
**Jessica [7]** 1249/9 1249/16 1252/7 1252/21 1254/10 1258/14 1261/7
**jigsaw [1]** 1271/12
**job [2]** 1270/24 1293/14
**jobs [1]** 1264/18
**Joe [2]** 1296/21 1306/23
**John [5]** 1246/19 1246/20 1251/12 1264/24 1306/18
**Johnson [1]** 1255/16
**join [1]** 1300/22
**Joseph [1]** 1247/17
**Juan [1]** 1302/18
**judge [13]** 1246/10 1250/20 1250/22 1255/10 1255/17 1261/16 1277/2 1279/6 1293/13 1309/3 1309/4 1309/10 1309/11
**Judge Mehta [3]** 1255/10 1309/10 1309/11
**judges [4]** 1305/24 1309/9 1309/11 1309/14
**judgment [1]** 1276/25
**Juli [3]** 1247/12 1278/11 1295/6
**JULIA [1]** 1247/13
**jumped [1]** 1276/5
**junky [1]** 1250/7
**juries [1]** 1255/15
**juror [1]** 1291/5
**jurors [3]** 1277/22 1291/9 1292/25
**jury [22]** 1246/9 1248/11 1250/2 1255/1 1255/1 1255/17 1255/18 1256/10 1278/10 1290/8 1290/19

**J**

**jury... [11]** 1290/21 1291/15 1291/20 1291/23 1293/12 1293/25 1293/25 1294/3 1294/3 1294/6 1310/17
**just [52]** 1248/23 1250/14 1250/23 1251/3 1251/3 1251/4 1252/4 1252/8 1252/15 1253/2 1253/22 1254/17 1255/21 1256/3 1256/4 1256/16 1259/9 1260/4 1260/24 1261/1 1261/3 1261/10 1262/4 1262/10 1263/24 1263/25 1264/4 1264/18 1267/15 1269/8 1269/20 1271/6 1271/25 1277/20 1277/21 1278/2 1278/8 1285/14 1289/4 1290/12 1291/9 1293/22 1297/4 1299/20 1299/23 1302/5 1303/18 1307/18 1308/20 1310/11 1311/2 1311/3
**justice [3]** 1263/10 1293/22 1309/23
**juvenile [1]** 1255/25

**K**

**Kathryn [1]** 1246/14
**keep [15]** 1249/25 1255/20 1264/7 1269/8 1270/9 1270/12 1270/20 1272/21 1274/20 1282/7 1289/15 1294/17 1309/17 1309/22 1310/12
**Keeper [2]** 1265/15 1303/9
**Keepers [12]** 1249/5 1249/5 1249/12 1252/16 1279/17 1281/18 1282/21 1282/22 1282/25 1283/1 1283/2 1302/22
**keeping [3]** 1255/6 1269/16 1273/8
**Kelly [4]** 1254/2 1254/6 1280/9 1289/15
**Kellye [2]** 1253/25 1296/11
**Ken [1]** 1287/10
**Kennedy [1]** 1306/18
**Kenneth [1]** 1254/3
**kept [1]** 1251/5
**keys [1]** 1261/4

**kicking [1]** 1298/7
**kid [5]** 1291/24 1297/9 1299/10 1305/7 1307/18
**kids [3]** 1256/1 1256/3 1259/8
**kill [1]** 1261/24
**killed [1]** 1262/3
**kind [19]** 1250/19 1252/6 1259/8 1261/15 1262/9 1262/12 1264/4 1264/16 1265/3 1265/7 1266/21 1268/3 1271/16 1273/14 1275/9 1276/5 1278/15 1283/1 1288/7
**kinds [1]** 1256/23
**knew [19]** 1250/5 1254/10 1254/11 1256/12 1256/12 1265/21 1267/7 1267/7 1268/4 1268/10 1268/11 1280/7 1281/11 1289/13 1289/16 1289/17 1296/13 1296/14 1305/7
**knife [1]** 1304/3
**knocked [2]** 1263/21 1264/3
**know [86]**
**knowing [2]** 1252/12 1252/13
**known [3]** 1265/25 1282/17 1301/4
**knows [1]** 1269/20

**L**

**ladies [6]** 1248/20 1270/2 1270/8 1278/10 1290/4 1310/5
**landslide [1]** 1296/23
**language [2]** 1284/10 1290/13
**large [3]** 1253/9 1275/5 1286/23
**last [8]** 1249/20 1250/4 1264/14 1269/7 1269/16 1276/12 1291/21 1293/12
**late [2]** 1298/23 1306/3
**later [2]** 1254/13 1282/9
**Laura [15]** 1247/4 1253/12 1254/5 1256/5 1270/20 1270/23 1274/22 1274/23 1275/7 1275/9 1275/17 1275/22 1276/10 1276/17 1278/3

**law [23]** 1246/20 1247/8 1247/13 1247/22 1249/15 1261/17 1262/14 1262/24 1277/3 1277/4 1277/4 1277/11 1277/14 1284/9 1287/25 1288/9 1289/2 1306/15 1309/10 1309/11 1309/13 1309/13 1309/16
**Lawn [1]** 1247/23
**lawyer [1]** 1254/1
**layer [1]** 1268/7
**leader [3]** 1267/16 1267/17 1284/12
**leadership [1]** 1280/4
**leads [1]** 1277/21
**learned [3]** 1249/12 1250/4 1269/19
**least [3]** 1257/21 1260/1 1280/17
**leave [3]** 1266/16 1268/20 1269/7
**leaves [1]** 1262/17
**leaving [1]** 1254/15
**left [10]** 1250/9 1253/23 1255/24 1256/2 1257/18 1268/15 1268/17 1290/8 1299/25 1308/12
**legal [3]** 1248/23 1248/23 1264/15
**legitimate [1]** 1272/24
**Leigh [1]** 1246/14
**Leslie [1]** 1303/7
**let [9]** 1255/21 1256/5 1257/12 1263/4 1263/6 1272/18 1279/3 1282/24 1298/2
**let's [10]** 1256/17 1273/17 1295/14 1297/9 1300/7 1300/18 1301/2 1304/15 1307/7 1307/17
**letting [2]** 1306/6 1311/8
**license [1]** 1261/19
**lie [1]** 1292/12
**lieutenant [1]** 1256/15
**life [2]** 1249/4 1251/8
**light [2]** 1248/24 1290/11
**like [46]** 1248/24 1249/10 1253/18 1254/8 1256/3 1256/3 1256/14 1257/16 1257/17 1258/4 1258/12 1258/17 1259/1 1260/2

## L

**like... [32]**  1261/4 1261/7 1261/21 1262/13 1263/23 1263/24 1268/21 1269/9 1269/9 1271/11 1271/12 1274/12 1279/24 1281/25 1287/19 1292/2 1294/24 1295/10 1295/22 1298/4 1299/14 1299/15 1301/9 1301/14 1302/7 1303/25 1306/10 1307/12 1307/17 1308/14 1308/15 1310/23
**likely [3]**  1265/10 1293/24 1294/15
**likes [1]**  1261/13
**limited [2]**  1251/16 1260/22
**Lincoln [1]**  1306/20
**line [3]**  1267/1 1267/6 1295/16
**Line 1 [1]**  1295/16
**liquid [2]**  1303/24 1304/2
**list [1]**  1299/21
**listen [6]**  1268/4 1269/9 1284/21 1287/13 1287/21 1296/4
**listening [2]**  1264/20 1301/18
**lit [1]**  1276/18
**literally [3]**  1261/1 1263/21 1289/4
**little [11]**  1249/1 1252/14 1258/11 1259/9 1265/24 1271/24 1276/4 1290/5 1295/5 1299/1 1301/18
**live [6]**  1250/9 1257/6 1260/25 1262/2 1280/16 1280/24
**lived [3]**  1249/3 1252/21 1298/7
**lives [1]**  1284/4
**LLC [1]**  1247/22
**LLP [1]**  1247/4
**location [1]**  1289/8
**locations [2]**  1278/18 1283/16
**logic [1]**  1306/7
**logical [1]**  1259/23
**long [6]**  1252/3 1270/21 1293/12 1307/6 1307/6 1309/6
**look [16]**  1253/18 1255/2

1258/3 1258/12 1261/20 1262/6 1262/11 1272/1 1272/1 1272/3 1273/10 1275/1 1280/2 1294/22 1309/23 1310/15
**looked [1]**  1257/15
**looking [6]**  1251/2 1251/2 1257/16 1268/2 1278/21 1278/23
**looks [1]**  1263/23
**loosely [1]**  1296/14
**looser [1]**  1260/25
**lose [1]**  1286/17
**lost [1]**  1258/2
**lot [29]**  1250/4 1251/3 1257/13 1257/13 1260/25 1261/15 1264/9 1264/15 1265/6 1265/7 1265/23 1268/4 1270/10 1274/16 1276/21 1278/22 1282/16 1282/16 1282/17 1286/1 1286/1 1295/22 1301/13 1302/24 1305/13 1305/22 1306/11 1306/11 1306/22
**loud [1]**  1306/25
**love [7]**  1296/16 1296/17 1296/18 1305/25 1306/1 1306/16 1306/16
**loved [2]**  1256/1 1296/19
**low [1]**  1277/25
**lower [1]**  1294/5
**lowest [1]**  1298/1
**Luis [1]**  1303/7
**lumped [1]**  1303/17
**lumping [2]**  1295/4 1299/17
**lunch [2]**  1248/13 1248/21

## M

**Machado [8]**  1246/19 1246/20 1251/12 1256/5 1264/22 1264/24 1270/16 1311/1
**machinist [2]**  1255/24 1255/25
**made [8]**  1251/4 1265/17 1267/1 1278/13 1279/18 1279/24 1299/2 1300/20
**MAGA [2]**  1281/16 1282/15
**major [4]**  1292/22 1300/4 1309/15 1309/18
**make [11]**  1248/15 1248/18

1249/25 1257/19 1258/3 1258/12 1264/19 1265/20 1270/17 1274/20 1286/6
**makes [3]**  1253/18 1257/7 1303/15
**making [2]**  1283/9 1310/3
**man [4]**  1280/9 1287/3 1291/24 1303/5
**manner [1]**  1285/5
**many [14]**  1251/7 1251/20 1254/22 1254/22 1255/11 1283/5 1291/24 1291/24 1299/6 1299/7 1304/13 1306/9 1307/3 1308/19
**map [1]**  1286/25
**March [3]**  1281/16 1282/15 1282/19
**marriage [1]**  1265/4
**married [2]**  1265/3 1280/9
**Marshall [1]**  1254/4
**math [1]**  1254/21
**matter [7]**  1266/17 1267/2 1268/19 1269/18 1269/24 1288/10 1312/5
**may [14]**  1266/15 1266/15 1274/9 1279/24 1280/5 1282/17 1289/14 1294/21 1296/20 1299/6 1299/7 1304/4 1304/6 1309/17
**maybe [9]**  1254/2 1254/9 1259/10 1260/4 1266/8 1289/5 1294/16 1298/22 1311/12
**mayor [1]**  1305/16
**me [16]**  1251/4 1252/5 1255/2 1255/2 1255/4 1255/21 1258/1 1272/18 1277/24 1278/8 1279/3 1282/24 1283/1 1286/19 1291/22 1309/5
**mean [12]**  1252/10 1256/19 1256/19 1262/9 1262/19 1263/11 1272/17 1283/10 1284/13 1284/22 1287/20 1304/2
**means [3]**  1274/13 1284/12 1310/6
**meant [1]**  1275/11
**mechanical [1]**  1248/9
**media [1]**  1310/14
**medical [1]**  1297/16

**M**

**meeting [2]** 1300/13 1300/13
**meetings [2]** 1275/14 1300/7
**Meggs [35]** 1247/11 1253/10
1254/2 1254/6 1254/6 1256/9
1278/11 1279/3 1279/9
1279/11 1279/12 1279/16
1279/19 1280/3 1280/6
1280/8 1280/9 1280/20
1280/25 1281/6 1281/9
1281/11 1281/13 1281/17
1283/18 1284/1 1284/2
1284/3 1284/24 1287/15
1287/25 1288/20 1289/11
1289/15 1289/24
**MEHTA [4]** 1246/9 1255/10
1309/10 1309/11
**member [2]** 1249/5 1279/16
**members [9]** 1249/4 1249/7
1252/16 1265/16 1273/2
1291/20 1291/23 1293/25
1309/18
**memo [1]** 1269/6
**mentality [1]** 1261/11
**mention [2]** 1268/14 1303/2
**mentioned [5]** 1268/16
1271/6 1275/20 1277/5
1303/22
**mentions [1]** 1297/20
**merely [2]** 1271/4 1271/4
**message [6]** 1281/10
1282/11 1284/16 1287/16
1289/17 1311/10
**messages [5]** 1266/5
1279/20 1281/8 1289/15
1311/7
**messaging [1]** 1281/7
**met [10]** 1249/9 1253/12
1253/14 1254/4 1254/8
1254/9 1256/7 1281/17
1300/2 1307/23
**metallic [1]** 1260/13
**metro [2]** 1262/8 1283/5
**metropolitan [1]** 1262/8
**Michael [5]** 1247/21 1253/10
1253/24 1296/7 1296/7
**Michelle [1]** 1277/24
**middle [1]** 1308/11
**might [9]** 1259/2 1262/20
1263/3 1267/11 1274/18
1277/7 1277/7 1277/10

1291/8
**Mike [1]** 1304/6
**mile [1]** 1307/6
**miles [1]** 1307/3
**military [3]** 1249/13 1284/9
1284/11
**milling [1]** 1263/24
**mind [23]** 1249/13 1249/22
1250/1 1257/7 1264/7 1269/9
1269/16 1270/9 1270/12
1272/11 1272/12 1272/13
1272/15 1273/14 1273/19
1274/4 1289/16 1293/1
1296/10 1297/3 1304/20
1304/22 1310/13
**mind-boggling [1]** 1257/7
**minimis [1]** 1300/23
**minor [1]** 1264/6
**minute [3]** 1251/21 1272/9
1276/21
**minutes [9]** 1250/22 1287/7
1287/8 1290/5 1308/25
1309/1 1309/3 1309/5
1311/12
**mirrors [1]** 1269/11
**missing [2]** 1275/7 1275/16
**mission [2]** 1292/25 1292/25
**mold [1]** 1271/22
**mom [2]** 1280/19 1306/3
**moment [7]** 1265/1 1278/9
1293/3 1295/2 1297/2
1304/14 1306/8
**Monday [2]** 1311/7 1311/13
**money [1]** 1253/3
**moniker [1]** 1284/8
**month [2]** 1250/1 1254/9
**months [3]** 1280/12 1297/19
1298/13
**more [15]** 1250/3 1250/4
1259/20 1260/1 1261/12
1269/18 1271/25 1271/25
1274/9 1275/19 1283/10
1291/1 1306/22 1309/1
1309/3
**morning [8]** 1249/1 1250/6
1251/15 1283/19 1301/22
1310/15 1311/14 1311/19
**most [5]** 1258/6 1263/17
1265/10 1293/19 1309/6
**mostly [1]** 1261/20
**mother [2]** 1280/9 1280/23

**motivations [1]** 1297/6
**motorcycle [2]** 1288/5
1288/6
**motto [1]** 1301/23
**mouth [2]** 1301/6 1301/8
**move [4]** 1273/25 1273/25
1274/5 1274/6
**moved [3]** 1263/21 1274/6
1306/21
**movie [3]** 1278/15 1278/16
1295/7
**Mr. [43]** 1248/16 1248/17
1253/7 1256/5 1256/11
1256/12 1256/24 1259/11
1259/23 1260/7 1260/10
1260/25 1261/2 1262/23
1263/12 1264/11 1264/21
1264/22 1265/4 1265/13
1266/15 1266/16 1266/20
1266/23 1268/15 1268/16
1270/16 1270/17 1281/11
1290/11 1290/25 1291/9
1291/13 1291/18 1291/18
1292/6 1292/9 1292/9
1295/18 1308/25 1310/2
1311/1 1311/8
**Mr. and [1]** 1260/25
**Mr. Brennwald [10]** 1248/16
1253/7 1264/21 1265/4
1265/13 1266/16 1266/20
1268/15 1268/16 1290/25
**Mr. Brennwald's [1]** 1290/11
**Mr. Cooper [1]** 1270/17
**Mr. Douyan [1]** 1291/9
**Mr. Greene [2]** 1256/11
1292/9
**Mr. Greene's [1]** 1295/18
**Mr. Isaacs [5]** 1256/12
1291/18 1292/6 1292/9
1311/8
**Mr. Machado [4]** 1256/5
1264/22 1270/16 1311/1
**Mr. Parker [12]** 1248/17
1256/24 1259/11 1259/23
1260/7 1260/10 1261/2
1262/23 1263/12 1264/11
1266/15 1266/23
**Mr. Rhodes [1]** 1281/11
**Mr. Rossi [4]** 1291/13
1291/18 1308/25 1310/2
**Mrs. [22]** 1260/10 1260/25

# M

**Mrs.... [20]** 1262/23 1279/3
1279/9 1279/11 1279/12
1279/16 1279/19 1280/3
1280/6 1280/20 1281/11
1281/13 1283/18 1284/1
1284/2 1284/3 1284/24
1287/15 1287/25 1294/13
**Mrs. Meggs [18]** 1279/3
1279/9 1279/11 1279/12
1279/16 1279/19 1280/3
1280/6 1280/20 1281/11
1281/13 1283/18 1284/1
1284/2 1284/3 1284/24
1287/15 1287/25
**Mrs. Parker [3]** 1260/10
1260/25 1262/23
**Mrs. Rakoczy's [1]** 1294/13
**Ms. [27]** 1254/13 1256/6
1256/24 1259/16 1259/23
1260/7 1265/18 1266/10
1266/11 1266/12 1266/19
1266/19 1266/25 1267/3
1267/4 1268/1 1269/1 1277/3
1290/3 1294/23 1294/25
1295/9 1297/20 1300/11
1303/7 1308/11 1310/3
**Ms. Haller [1]** 1290/3
**Ms. Leslie [1]** 1303/7
**Ms. Parker [15]** 1254/13
1256/24 1259/23 1260/7
1265/18 1266/10 1266/11
1266/12 1266/19 1266/19
1266/25 1267/3 1267/4
1268/1 1269/1
**Ms. Rakoczy [7]** 1259/16
1294/23 1294/25 1295/9
1297/20 1300/11 1308/11
**Ms. Redden [1]** 1310/3
**Ms. Steele [2]** 1256/6 1277/3
**much [12]** 1249/4 1256/6
1264/20 1274/9 1278/5
1278/6 1289/9 1290/6 1294/5
1310/1 1310/2 1311/18
**multiple [3]** 1254/21 1254/21
1295/12
**museums [1]** 1302/9
**must [2]** 1265/25 1293/23
**my [39]** 1248/21 1250/8
1250/11 1250/12 1250/13
1250/19 1251/2 1251/8

1254/18 1255/23 1256/7
1258/1 1258/4 1258/5 1258/7
1261/4 1261/4 1261/4 1261/4
1261/7 1264/10 1264/24
1266/14 1270/19 1271/6
1276/20 1278/10 1292/2
1292/6 1292/23 1295/19
1299/3 1299/18 1299/21
1303/25 1306/3 1308/12
1309/7 1309/15
**myself [1]** 1292/9

# N

**naive [2]** 1259/9 1289/5
**name [6]** 1252/6 1264/24
1270/19 1278/11 1286/5
1287/10
**named [2]** 1276/8 1280/9
**names [2]** 1252/24 1254/10
**nana [1]** 1298/7
**Napoleonic [1]** 1308/14
**nation [1]** 1283/6
**national [3]** 1285/23 1285/24
1286/10
**nature [1]** 1284/23
**Navy [1]** 1297/22
**near [4]** 1261/23 1296/7
1297/10 1305/10
**nearly [1]** 1287/4
**neatly [1]** 1253/17
**necessarily [2]** 1264/5
1267/19
**need [10]** 1248/23 1262/20
1264/9 1283/17 1290/25
1291/10 1291/13 1310/21
1311/5 1311/6
**needed [2]** 1252/8 1267/6
**needs [1]** 1280/14
**nefarious [1]** 1274/9
**neighbors [1]** 1258/5
**neither [1]** 1292/9
**nephew [1]** 1298/20
**Nestler [1]** 1246/15
**never [10]** 1251/8 1254/25
1255/1 1281/1 1281/1
1284/15 1284/15 1286/24
1300/2 1307/23
**New [1]** 1305/16
**news [11]** 1250/3 1250/7
1250/8 1256/22 1256/22
1256/23 1259/13 1263/5

1270/10 1287/23 1291/21
**next [7]** 1249/2 1259/1
1282/3 1291/18 1298/13
1299/4 1299/9
**NFL [1]** 1307/10
**nice [5]** 1248/13 1249/10
1254/16 1258/7 1265/5
**nicely [2]** 1253/17 1253/18
**night [1]** 1287/15
**no [44]** 1246/4 1249/22
1253/21 1255/14 1257/7
1261/8 1268/21 1268/21
1270/1 1270/4 1275/1
1275/12 1280/5 1280/6
1281/2 1281/11 1284/5
1284/6 1285/9 1286/25
1295/22 1296/11 1302/10
1302/19 1303/19 1303/19
1303/19 1303/19 1303/20
1304/3 1304/3 1304/3 1304/4
1304/8 1304/8 1304/8
1304/19 1304/23 1305/19
1307/20 1308/3 1308/7
1310/13 1311/17
**Nobody [2]** 1256/11 1301/25
**nobody's [2]** 1262/3 1302/2
**none [2]** 1256/12 1270/11
**noon [1]** 1302/4
**not [127]**
**note [1]** 1254/18
**note-taking [1]** 1254/18
**notes [5]** 1252/25 1254/23
1255/8 1299/18 1301/21
**nothing [3]** 1256/19 1294/7
1311/2
**notice [2]** 1285/12 1291/18
**notifications [1]** 1250/8
**November [11]** 1249/8
1279/25 1281/10 1281/14
1281/15 1282/8 1282/11
1282/13 1282/15 1300/7
1300/10
**November 14th [2]** 1281/15
1282/15
**November 3rd [1]** 1282/8
**November 5th [2]** 1279/25
1281/10
**November 6th [1]** 1282/13
**now [35]** 1256/17 1259/2
1264/1 1265/17 1266/23
1269/18 1271/24 1272/9

# N

**now... [27]** 1273/10 1274/2 1274/7 1274/22 1275/18 1276/12 1276/20 1277/5 1280/23 1290/5 1290/10 1293/16 1293/18 1294/11 1295/3 1295/14 1296/8 1301/2 1302/21 1302/21 1304/15 1305/22 1307/21 1308/25 1310/6 1310/7 1310/12
**nowhere [1]** 1266/15
**number [7]** 1252/2 1252/4 1252/25 1259/25 1280/18 1283/20 1291/5
**numbers [3]** 1249/16 1283/9 1308/13
**nutrients [1]** 1295/22
**NW [7]** 1246/16 1246/20 1247/9 1247/13 1247/18 1248/8 1312/9

# O

**Oak [1]** 1247/23
**Oath [14]** 1249/4 1249/5 1249/12 1252/16 1265/15 1279/17 1281/18 1282/21 1282/21 1282/25 1283/1 1283/2 1302/22 1303/9
**Obama [1]** 1277/24
**obeyed [1]** 1262/14
**object [1]** 1273/3
**objected [1]** 1273/5
**Objection [1]** 1253/6
**objections [1]** 1310/19
**objectively [1]** 1258/3
**objects [1]** 1260/13
**obstruct [9]** 1263/12 1270/24 1271/9 1271/14 1272/15 1274/1 1274/2 1274/25 1288/14
**obstructing [1]** 1272/25
**obstruction [2]** 1263/14 1273/16
**obvious [1]** 1263/17
**obviously [1]** 1268/3
**occurred [1]** 1282/8
**October [2]** 1297/22 1298/3
**off [6]** 1267/22 1274/13 1276/8 1281/25 1308/3 1308/3

**offer [1]** 1297/25
**OFFICE [3]** 1246/15 1246/20 1247/8
**officer [8]** 1255/16 1260/21 1288/1 1288/2 1288/3 1288/3 1308/21 1308/22
**Officer Johnson [1]** 1255/16
**officers [1]** 1264/4
**OFFICES [1]** 1247/13
**official [5]** 1248/6 1263/13 1263/14 1288/14 1312/8
**often [1]** 1284/10
**oh [5]** 1258/16 1259/1 1262/13 1303/1 1303/12
**Ohio [9]** 1249/3 1249/9 1252/22 1254/7 1254/8 1255/24 1260/25 1261/3 1265/15
**okay [13]** 1258/4 1268/25 1269/3 1276/19 1276/19 1284/4 1291/12 1295/15 1299/16 1307/5 1308/13 1310/5 1311/3
**old [5]** 1255/24 1278/15 1280/12 1280/12 1280/14
**once [1]** 1277/24
**one [43]** 1250/1 1250/15 1251/21 1252/2 1257/8 1257/25 1259/25 1260/4 1264/14 1265/2 1266/23 1268/14 1269/1 1269/7 1269/16 1272/5 1272/8 1272/16 1273/1 1273/25 1275/22 1281/7 1282/6 1288/5 1288/5 1290/9 1291/4 1292/24 1294/25 1295/3 1296/12 1297/19 1298/3 1300/19 1300/19 1300/19 1303/8 1304/7 1307/11 1309/15 1309/19 1311/4 1311/8
**one-minute [1]** 1251/21
**ones [1]** 1263/10
**only [11]** 1254/10 1267/7 1274/20 1278/2 1278/2 1278/2 1286/11 1291/10 1296/13 1301/18 1310/24
**open [6]** 1269/8 1269/16 1270/9 1270/12 1286/22 1310/13
**opening [14]** 1246/9 1248/14

1248/18 1252/9 1258/10 1266/9 1270/17 1272/7 1272/9 1294/13 1309/7 1309/15 1310/3 1310/6
**openings [3]** 1273/24 1290/20 1291/6
**operation [2]** 1284/13 1288/23
**operations [2]** 1284/11 1284/12
**opinions [3]** 1265/11 1265/12 1277/1
**opportunity [1]** 1302/23
**oppose [1]** 1259/22
**ordered [1]** 1304/17
**organization [1]** 1250/9
**organizational [1]** 1253/19
**organize [1]** 1300/6
**Orlando [1]** 1297/10
**other [25]** 1252/7 1254/20 1257/9 1257/18 1258/20 1259/22 1260/24 1263/13 1263/15 1264/16 1268/12 1268/25 1272/5 1287/3 1288/2 1288/5 1290/16 1291/4 1294/18 1299/17 1301/13 1301/15 1306/19 1308/2 1308/23
**others [8]** 1249/14 1250/3 1260/12 1260/14 1263/20 1273/23 1283/8 1289/14
**otherwise [2]** 1279/24 1283/20
**our [13]** 1250/14 1263/6 1263/7 1264/17 1264/18 1268/9 1274/3 1277/9 1290/14 1294/7 1294/19 1295/18 1295/19
**out [26]** 1248/24 1249/6 1250/19 1250/21 1251/13 1253/16 1254/1 1259/16 1260/20 1261/10 1262/2 1262/3 1262/10 1263/25 1268/7 1268/15 1270/22 1272/19 1276/5 1291/6 1291/10 1293/5 1298/7 1301/5 1301/8 1309/22
**outfits [2]** 1258/20 1260/8
**outlined [2]** 1253/17 1276/5
**outside [1]** 1281/23
**outstanding [2]** 1294/13

**O**

outstanding... **[1]** 1294/13
over **[9]** 1260/14 1263/6
1267/2 1278/12 1287/17
1290/5 1292/10 1298/13
1301/11
overcome **[1]** 1306/6
overdose **[1]** 1297/14
overthrow **[1]** 1262/20
overwhelmed **[1]** 1257/17
own **[4]** 1252/15 1264/17
1273/6 1308/3

**P**

P.A **[1]** 1247/18
p.m **[4]** 1246/5 1283/24
1291/3 1291/3
pain **[1]** 1267/25
paint **[1]** 1252/12
Palian's **[1]** 1311/5
pancake **[2]** 1295/10 1295/11
paper **[1]** 1297/25
paranoid **[1]** 1261/5
pardon **[2]** 1250/19 1252/5
park **[1]** 1252/20
PARKER **[43]** 1246/6
1246/18 1247/2 1248/17
1248/25 1249/2 1253/23
1254/13 1255/23 1256/24
1256/24 1258/11 1259/11
1259/23 1259/23 1260/7
1260/7 1260/10 1260/10
1260/25 1261/2 1261/18
1262/23 1262/23 1263/12
1264/11 1264/25 1265/18
1266/5 1266/10 1266/11
1266/12 1266/15 1266/19
1266/19 1266/23 1266/25
1267/3 1267/4 1268/1 1268/1
1269/1 1270/12
part **[12]** 1252/17 1253/19
1273/5 1275/19 1283/15
1283/15 1300/10 1300/12
1300/14 1300/16 1302/1
1303/4
parte **[1]** 1311/1
particular **[1]** 1272/2
particularly **[1]** 1267/18
parties **[2]** 1276/14 1310/7
partner **[1]** 1265/5
parts **[1]** 1275/19

Party **[1]** 1263/5
pass **[2]** 1276/24 1297/13
passed **[1]** 1297/17
passes **[1]** 1283/12
passion **[2]** 1292/14 1296/16
passionate **[1]** 1305/19
passionately **[1]** 1292/23
past **[2]** 1259/19 1283/6
patience **[3]** 1290/1 1293/13
1310/1
patio **[1]** 1281/23
Patton **[1]** 1308/15
pay **[5]** 1249/6 1250/3 1266/7
1270/8 1303/13
payment **[1]** 1279/19
peace **[1]** 1274/20
Pence **[6]** 1272/12 1272/19
1272/20 1273/19 1300/9
1304/6
Pennsylvania **[3]** 1247/4
1247/13 1273/4
Pentagon **[4]** 1250/13
1250/14 1251/5 1262/10
people **[111]**
people's **[2]** 1258/20 1267/25
pepper **[3]** 1267/25 1303/23
1303/23
Perfection **[1]** 1295/17
performance **[1]** 1297/24
perhaps **[1]** 1311/13
permit **[4]** 1260/19 1261/20
1279/14 1284/4
perpetrator **[2]** 1288/7
1288/8
person **[9]** 1249/10 1261/15
1268/8 1276/5 1276/6 1285/7
1289/4 1303/10 1303/16
perspective **[1]** 1278/23
persuaded **[3]** 1298/13
1298/15 1298/19
persuading **[1]** 1299/1
persuasion **[1]** 1300/21
Peter **[3]** 1247/8 1247/8
1270/19
philosophically **[1]** 1256/20
phone **[4]** 1249/16 1250/8
1261/4 1291/6
phones **[1]** 1291/9
photos **[2]** 1265/19 1295/16
phrase **[1]** 1274/15
picked **[1]** 1306/5

picking **[1]** 1256/10
picture **[10]** 1251/17 1252/11
1267/12 1271/13 1271/19
1271/23 1282/24 1285/18
1285/25 1286/8
pictures **[3]** 1265/18 1267/10
1283/13
piece **[1]** 1269/12
pieces **[3]** 1268/5 1271/17
1271/18
pipe **[2]** 1299/6 1299/7
place **[3]** 1274/15 1276/13
1278/18
Plaintiff **[1]** 1246/4
plan **[6]** 1268/21 1268/22
1288/22 1288/23 1300/5
1300/6
planet **[1]** 1293/20
planning **[5]** 1268/19
1275/10 1275/10 1285/2
1305/9
plans **[1]** 1274/3
plausible **[1]** 1273/13
play **[1]** 1263/22
played **[3]** 1272/10 1275/4
1301/10
plaza **[2]** 1263/24 1264/5
please **[10]** 1248/12 1253/13
1262/14 1291/22 1294/10
1309/16 1309/17 1310/12
1310/18 1310/22
plot **[1]** 1300/6
plotted **[1]** 1305/20
PM **[1]** 1311/20
point **[21]** 1250/16 1250/18
1250/24 1256/7 1266/3
1268/18 1270/22 1272/10
1273/4 1277/2 1278/14
1278/15 1278/25 1283/7
1285/14 1285/21 1286/2
1287/13 1291/14 1295/8
1295/11
points **[1]** 1278/13
police **[20]** 1249/13 1260/21
1261/22 1262/7 1262/8
1262/8 1262/9 1262/9
1262/10 1285/20 1286/21
1288/1 1288/2 1288/2 1288/3
1288/4 1288/6 1308/21
1308/22 1308/23
political **[5]** 1249/9 1257/7

**P**

**political...** [3]  1257/8 1265/11 1276/25
**politically** [1]  1279/23
**politicians** [2]  1301/4 1305/14
**politics** [3]  1249/11 1256/17 1276/21
**popular** [2]  1292/18 1296/23
**popularity** [1]  1277/3
**possess** [1]  1300/19
**possession** [1]  1284/6
**possibility** [1]  1270/4
**possibly** [4]  1293/24 1294/15 1300/13 1305/23
**post** [1]  1282/21
**posted** [1]  1280/5
**potential** [1]  1305/8
**potentially** [2]  1273/22 1311/9
**pouch** [4]  1302/21 1302/22 1303/1 1303/19
**pound** [1]  1294/12
**power** [1]  1272/22
**PowerPoint** [1]  1258/10
**powers** [1]  1272/25
**prejudge** [1]  1270/9
**prejudice** [1]  1309/19
**premeditation** [1]  1293/6
**present** [4]  1268/2 1271/4 1271/5 1295/12
**presentation** [2]  1265/17 1268/4
**presented** [1]  1258/10
**presenting** [1]  1268/5
**president** [22]  1249/19 1257/11 1268/11 1268/24 1272/22 1272/24 1273/8 1279/12 1283/13 1292/10 1292/16 1299/10 1301/3 1301/14 1302/4 1304/15 1304/16 1304/17 1304/20 1305/3 1306/14 1306/23
**President Trump** [7]  1268/11 1268/24 1279/12 1283/13 1304/15 1304/16 1304/17
**President-elect** [1]  1306/23
**presidential** [1]  1272/25
**presidents** [1]  1306/19
**presumed** [1]  1277/16

**pretty** [2]  1249/4 1308/14
**prior** [3]  1260/11 1270/6 1270/7
**Probable** [1]  1294/5
**probably** [6]  1249/20 1265/22 1295/7 1307/12 1309/6 1311/6
**problem** [2]  1266/1 1271/19
**problems** [1]  1256/3
**proceeding** [3]  1263/13 1263/14 1288/14
**proceedings** [5]  1246/9 1248/9 1257/23 1311/20 1312/4
**process** [2]  1250/5 1250/7
**produced** [1]  1248/9
**professionally** [1]  1295/9
**promised** [1]  1276/13
**proof** [1]  1294/4
**proper** [1]  1303/24
**property** [2]  1281/4 1308/21
**protect** [1]  1303/23
**protections** [1]  1277/10
**protective** [1]  1295/24
**protects** [1]  1305/12
**protest** [1]  1257/21
**protesters** [1]  1281/25
**proud** [1]  1277/22
**prove** [3]  1266/13 1289/19 1289/23
**proved** [1]  1277/16
**proverbial** [1]  1250/7
**provide** [4]  1258/16 1259/4 1260/16 1283/3
**pull** [1]  1258/11
**pulled** [1]  1287/3
**pulls** [1]  1253/16
**purple** [1]  1253/11
**purpose** [1]  1292/11
**purposefulness** [1]  1293/6
**purposes** [4]  1257/19 1290/13 1295/15 1295/18
**pursuit** [1]  1302/12
**push** [1]  1250/8
**pushed** [4]  1281/1 1287/2 1308/1 1308/1
**pushing** [2]  1275/20 1276/9
**put** [15]  1251/17 1265/20 1269/14 1271/18 1272/4 1294/19 1294/20 1294/21 1294/21 1300/1 1300/11

1302/20 1303/10 1307/7 1307/22
**puts** [1]  1294/18
**putting** [1]  1301/9
**puzzle** [1]  1271/12

**Q**

**QAnon** [1]  1298/14
**QRF** [2]  1284/8 1300/16
**quarter** [1]  1310/7
**quarterback** [1]  1307/12
**question** [6]  1253/21 1273/19 1276/22 1280/2 1288/21 1289/7
**questioning** [1]  1264/10
**questions** [1]  1251/23
**quick** [3]  1255/22 1291/4 1295/17
**quickly** [1]  1290/24
**quieter** [1]  1285/17
**quite** [2]  1272/4 1272/17

**R**

**racks** [1]  1263/20
**raise** [5]  1253/13 1279/8 1280/1 1290/9 1291/4
**raised** [2]  1282/6 1284/1
**Rakoczy** [8]  1246/14 1259/16 1294/23 1294/25 1295/9 1297/20 1300/11 1308/11
**Rakoczy's** [1]  1294/13
**rallies** [2]  1259/19 1283/6
**rally** [44]  1249/9 1249/11 1249/17 1249/18 1250/16 1252/18 1254/8 1256/18 1257/4 1257/5 1258/15 1259/6 1259/21 1262/25 1265/16 1274/10 1279/11 1281/15 1281/17 1281/20 1282/4 1282/16 1282/18 1282/19 1283/4 1283/12 1283/14 1283/15 1286/8 1286/14 1292/12 1296/3 1296/14 1296/20 1296/24 1298/16 1298/19 1298/20 1301/20 1301/21 1301/25 1302/5 1302/22 1307/4
**ran** [1]  1254/12
**ranch** [1]  1262/4
**range** [2]  1279/4 1280/11
**rank** [1]  1298/1

# R

ranking [1] 1298/1
rape [1] 1261/24
rather [1] 1290/23
RE [2] 1298/1 1298/1
RE-8 [2] 1298/1 1298/1
reaction [3] 1262/13 1262/13
 1295/17
ready [2] 1248/14 1302/17
Reagan [2] 1306/14 1306/17
real [3] 1255/21 1288/23
 1288/23
reality [4] 1253/22 1254/17
 1284/8 1289/5
really [14] 1254/24 1257/19
 1257/19 1258/7 1258/12
 1261/16 1262/19 1269/7
 1269/12 1269/23 1300/2
 1301/24 1302/3 1302/3
reason [10] 1253/1 1260/10
 1264/8 1267/4 1267/8 1279/8
 1283/7 1283/11 1293/11
 1297/1
reasonable [6] 1277/17
 1289/11 1289/20 1289/20
 1289/23 1294/4
reasons [4] 1252/1 1258/23
 1264/8 1290/17
rebuttal [1] 1294/21
recently [1] 1280/19
recess [1] 1291/3
recessed [3] 1288/15
 1288/18 1288/19
recognized [1] 1254/14
reconvene [1] 1290/6
recorded [1] 1248/9
red [3] 1302/20 1302/22
 1306/25
Redden [3] 1247/22 1247/22
 1310/3
refer [1] 1266/10
referenced [1] 1301/11
referred [1] 1259/16
Regardless [1] 1289/14
regular [1] 1253/19
related [2] 1283/13 1285/5
relates [2] 1279/6 1292/7
relevant [1] 1297/18
remaining [3] 1263/15
 1263/16 1279/6
remember [5] 1251/6

1262/14 1269/24 1270/1
1292/15
remind [1] 1291/9
reminders [1] 1310/12
reminds [1] 1277/24
remnants [1] 1284/11
remotely [1] 1250/12
render [3] 1254/20 1267/5
 1267/9
rendered [1] 1267/22
rendering [1] 1267/13
repeat [4] 1265/7 1293/17
 1294/3 1299/21
reporter [5] 1248/4 1248/6
 1255/14 1263/23 1312/8
represent [6] 1248/25 1251/9
 1251/11 1264/25 1270/20
 1278/11
represented [2] 1251/12
 1292/23
representing [1] 1264/17
represents [1] 1271/17
republic [2] 1277/7 1277/9
required [1] 1288/13
research [1] 1310/14
reserving [1] 1310/4
resolve [1] 1311/5
respect [3] 1277/11 1295/1
 1295/19
responded [1] 1301/1
rest [1] 1251/13
result [5] 1271/7 1271/21
 1272/2 1272/4 1274/25
results [1] 1272/5
retired [3] 1249/13 1249/13
 1273/5
retreated [1] 1264/4
return [1] 1270/13
returned [1] 1293/25
revolution [1] 1268/20
rhetoric [4] 1277/23 1301/4
 1301/5 1301/6
Rhodes [14] 1253/25 1254/1
 1272/11 1272/15 1273/14
 1273/18 1273/22 1274/4
 1279/25 1281/9 1281/11
 1282/11 1296/8 1296/9
rid [1] 1276/15
ride [2] 1268/9 1268/10
rider [1] 1288/6
rifle [1] 1261/9

right [27] 1256/21 1257/1
1257/4 1259/13 1259/20
1261/21 1262/15 1262/21
1263/5 1263/9 1274/16
1276/7 1278/3 1278/12
1290/4 1290/23 1291/16
1293/16 1293/18 1294/5
1295/3 1296/7 1299/4
1302/21 1307/4 1308/12
1308/13
right-wing [4] 1259/13
 1259/20 1263/5 1274/16
rise [1] 1306/6
risk [2] 1253/17 1253/18
road [2] 1294/25 1295/13
roadmap [1] 1294/24
rob [1] 1262/5
Robert [2] 1308/8 1308/9
ROBERTSON [1] 1247/4
robes [1] 1309/8
role [2] 1272/24 1305/24
roles [1] 1272/8
rolls [1] 1270/3
romantic [1] 1254/2
Ronald [2] 1306/14 1306/17
room [4] 1248/8 1286/24
 1287/17 1287/23
rope [2] 1304/5 1304/7
ropes [1] 1304/4
Rossi [5] 1247/17 1291/13
 1291/18 1308/25 1310/2
rotunda [5] 1286/23 1287/5
 1301/12 1308/14 1308/16
RPR [2] 1248/6 1312/8
Rudy [1] 1305/16
rule [1] 1277/11
ruling [1] 1311/11
run [2] 1250/19 1250/21
Russians [1] 1260/2

# S

sacrosanct [1] 1277/15
safe [2] 1252/18 1274/21
safer [1] 1262/7
safety [2] 1258/23 1283/9
said [30] 1251/1 1251/19
 1252/22 1254/8 1255/3
 1265/8 1268/25 1271/14
 1272/9 1272/12 1272/15
 1273/18 1274/12 1275/1
 1276/6 1276/11 1276/18

**said... [13]** 1277/20 1277/24
1279/23 1280/4 1280/4
1290/25 1294/23 1296/17
1301/14 1301/16 1303/15
1303/18 1304/16
**same [7]** 1253/2 1253/20
1264/8 1296/15 1296/15
1296/15 1296/16
**San [1]** 1302/17
**SANDRA [9]** 1246/6 1246/18
1249/2 1249/8 1251/11
1251/11 1259/3 1263/19
1270/12
**Sandy [16]** 1249/3 1249/18
1252/5 1252/23 1253/9
1256/4 1261/19 1264/25
1265/1 1265/9 1266/5 1266/8
1266/9 1266/17 1266/18
1268/1
**Saturday [2]** 1282/23 1283/3
**save [1]** 1253/2
**saw [5]** 1251/19 1276/4
1276/6 1279/25 1287/23
**say [33]** 1252/10 1255/2
1255/15 1257/22 1259/7
1263/17 1266/2 1266/13
1268/10 1273/23 1273/25
1274/2 1274/3 1275/14
1279/3 1284/11 1284/18
1287/12 1292/8 1293/9
1293/22 1294/2 1294/23
1295/23 1296/13 1299/17
1301/3 1301/5 1304/1
1305/24 1306/3 1306/10
1309/7
**saying [7]** 1251/1 1271/1
1271/17 1287/20 1294/1
1294/2 1301/11
**says [9]** 1252/7 1255/3
1255/17 1273/25 1274/5
1282/21 1284/16 1287/18
1290/14
**scared [3]** 1282/1 1282/1
1282/2
**scary [1]** 1261/15
**scheduled [3]** 1279/13
1281/15 1285/16
**school [4]** 1269/19 1280/15
1298/17 1299/2
**screaming [1]** 1308/17

**screen [1]** 1250/15
**SE [1]** 1247/4
**seat [3]** 1248/12 1291/5
1291/16
**seated [1]** 1310/18
**second [14]** 1251/21
1256/17 1260/6 1260/7
1266/8 1273/1 1273/17
1288/19 1305/3 1305/8
1305/10 1311/3 1311/6
1311/10
**Secret [2]** 1258/21 1262/9
**security [21]** 1258/16 1259/1
1259/4 1260/16 1281/19
1282/20 1282/20 1282/20
1282/22 1283/2 1283/8
1284/12 1298/22 1299/5
1299/9 1302/6 1302/11
1303/8 1303/10 1306/22
1306/24
**see [55]** 1249/20 1255/15
1262/24 1263/22 1265/16
1266/5 1266/7 1267/10
1267/10 1267/14 1267/15
1267/15 1268/11 1268/24
1270/3 1272/3 1272/3 1275/2
1275/5 1275/14 1275/19
1276/2 1279/20 1281/10
1281/16 1282/21 1283/13
1283/15 1284/15 1285/9
1285/10 1286/1 1286/2
1286/5 1286/6 1286/11
1286/12 1286/17 1286/18
1287/11 1289/15 1290/6
1295/7 1295/14 1295/15
1299/3 1304/4 1304/6
1305/23 1306/22 1307/11
1307/18 1308/13 1309/16
1311/18
**seeing [2]** 1250/25 1310/15
**seeking [1]** 1294/9
**seem [2]** 1263/16 1277/7
**seemed [1]** 1249/10
**seems [1]** 1285/21
**seen [10]** 1254/14 1256/9
1270/10 1274/19 1275/2
1278/15 1286/21 1287/6
1288/20 1295/7
**sees [1]** 1286/14
**selection [2]** 1250/2 1293/12
**Senate [3]** 1275/21 1275/25

**Senators [1]** 1258/17
**sends [1]** 1282/11
**senior [1]** 1280/19
**sense [3]** 1257/7 1258/4
1293/5
**sent [2]** 1279/18 1311/8
**separate [1]** 1264/16
**serious [6]** 1279/4 1279/5
1289/8 1289/25 1294/8
1294/8
**seriously [1]** 1250/20
**service [4]** 1258/21 1262/9
1290/1 1297/17
**Session [1]** 1246/7
**set [2]** 1305/8 1305/10
**seven [3]** 1267/17 1308/12
1308/12
**several [8]** 1263/14 1269/17
1273/2 1297/21 1298/13
1299/24 1301/15 1302/8
**shank [1]** 1304/3
**she [129]**
**she's [21]** 1248/22 1248/24
1251/11 1254/1 1280/11
1280/19 1281/12 1285/12
1286/11 1286/24 1287/2
1287/2 1287/6 1287/16
1287/20 1287/21 1287/22
1287/23 1287/24 1289/2
1298/25
**shirt [6]** 1253/11 1296/1
1303/10 1303/11 1303/12
1303/14
**shirts [1]** 1296/15
**shoot [2]** 1303/25 1304/1
**short [1]** 1293/10
**shortly [1]** 1290/7
**shot [2]** 1253/5 1281/25
**should [14]** 1257/17 1266/10
1268/14 1277/12 1278/8
1287/11 1287/12 1290/15
1291/9 1296/18 1298/20
1301/3 1303/17 1305/24
**shoulders [1]** 1267/2
**shout [1]** 1257/21
**shouting [1]** 1257/23
**shoving [1]** 1276/9
**show [48]** 1266/2 1266/3
1266/24 1266/25 1267/5
1268/2 1269/11 1272/14

**show... [40]**  1273/2 1274/5
1274/8 1275/3 1279/13
1279/14 1279/16 1279/17
1280/8 1280/25 1281/2
1281/3 1281/13 1282/2
1282/25 1283/11 1283/22
1284/24 1285/9 1285/17
1285/18 1285/22 1286/15
1286/24 1286/25 1287/1
1287/7 1287/9 1289/10
1289/17 1294/14 1295/5
1295/23 1296/6 1296/10
1299/8 1299/13 1300/5
1302/16 1304/23
**showed [7]**  1260/12 1272/10
1275/4 1275/18 1276/2
1276/3 1302/4
**showing [3]**  1251/3 1267/13
1282/24
**shows [2]**  1284/16 1285/11
**shy [1]**  1292/17
**sic [1]**  1292/16
**sick [1]**  1276/22
**side [27]**  1257/8 1285/2
1285/8 1285/18 1287/3
1295/13 1300/3 1300/3
1305/4 1305/11 1305/22
1305/23 1305/23 1306/10
1306/10 1306/11 1306/18
1306/19 1306/20 1306/21
1306/22 1306/24 1307/8
1307/17 1308/19 1308/19
1309/19
**sides [4]**  1286/21 1295/11
1295/11 1295/12
**sidewalk [4]**  1285/1 1285/10
1285/11 1285/14
**Siekerman [1]**  1296/6
**sign [1]**  1267/1
**signal [5]**  1281/7 1281/7
1300/22 1300/24 1307/12
**signed [1]**  1279/18
**significance [1]**  1269/25
**significant [2]**  1289/21
1298/24
**signs [2]**  1298/9 1306/9
**similar [1]**  1265/4
**simply [2]**  1253/2 1272/1
**since [4]**  1250/1 1256/11
1269/17 1310/24

**singing [4]**  1285/22 1285/24
1286/10 1286/14
**sir [1]**  1292/5
**sits [1]**  1293/16
**sitting [7]**  1249/2 1250/12
1268/6 1278/11 1281/12
1281/23 1296/7
**situation [1]**  1255/7
**six [5]**  1253/1 1253/1
1254/19 1264/15 1280/12
**six months [1]**  1280/12
**six weeks [1]**  1264/15
**skip [1]**  1307/21
**skirmish [1]**  1286/13
**slate [1]**  1294/17
**sleep [1]**  1248/22
**small [1]**  1283/1
**smoke [1]**  1269/11
**so [93]**
**soldier [9]**  1297/22 1298/11
1298/11 1299/2 1302/1
1302/17 1303/4 1303/14
1303/21
**soldiers [3]**  1273/20 1297/20
1297/21
**some [54]**  1248/23 1248/23
1249/6 1250/2 1250/18
1250/24 1254/1 1255/8
1256/7 1257/14 1257/20
1257/20 1258/16 1259/20
1259/25 1260/1 1261/13
1261/14 1265/24 1265/24
1266/21 1267/11 1267/18
1268/20 1268/22 1270/10
1270/11 1272/10 1274/11
1274/11 1274/18 1275/4
1275/4 1276/3 1276/18
1279/8 1279/23 1279/23
1279/24 1280/21 1284/9
1285/5 1288/7 1290/13
1291/6 1291/14 1292/14
1299/9 1302/11 1302/21
1304/6 1308/19 1311/7
1311/7
**somebody [11]**  1251/22
1253/4 1258/1 1258/19
1277/15 1283/9 1304/1
1307/22 1307/23 1309/20
1309/21
**somebody's [2]**  1276/25
1300/1

**someone [4]**  1282/5 1286/13
1297/6 1300/2
**something [23]**  1249/25
1251/4 1251/20 1258/12
1260/17 1269/5 1271/6
1272/11 1273/15 1275/18
1277/24 1278/14 1279/5
1286/12 1287/18 1290/18
1290/24 1301/10 1303/25
1304/4 1305/19 1307/14
1310/21
**sometimes [2]**  1306/2
**SoRelle [2]**  1253/25 1296/11
**sorry [6]**  1255/6 1255/17
1266/19 1290/20 1301/23
1310/25
**sort [4]**  1252/10 1267/1
1268/20 1279/21
**sounds [1]**  1289/5
**sources [3]**  1256/22 1256/22
1256/23
**Southern [1]**  1259/14
**speak [6]**  1266/22 1267/16
1268/11 1268/25 1285/6
1291/21
**speaker [2]**  1285/6 1301/2
**speakers [1]**  1283/20
**speaking [1]**  1248/21
**special [3]**  1261/14 1306/5
1311/5
**specifics [1]**  1288/23
**speculate [1]**  1290/16
**speech [7]**  1257/11 1258/19
1302/7 1305/3 1305/12
1305/13 1305/18
**speeches [6]**  1302/7 1305/8
1305/10 1305/11 1305/14
1307/19
**spell [1]**  1252/24
**spit [1]**  1308/22
**spite [1]**  1293/16
**split [1]**  1250/15
**spoke [4]**  1249/16 1257/3
1265/9 1301/3
**spontaneous [2]**  1284/19
1287/1
**spray [4]**  1267/25 1303/23
1303/23 1303/24
**stab [1]**  1304/4
**stabbed [1]**  1288/5
**stack [2]**  1307/10 1307/22

**S**

**Stacy [3]** 1248/6 1312/8 1312/10

**stage [3]** 1301/3 1301/25 1302/3

**stairs [9]** 1267/18 1285/19 1285/20 1285/23 1285/24 1286/16 1288/16 1288/17 1307/10

**stand [5]** 1265/1 1277/14 1292/4 1299/4 1299/9

**standing [10]** 1279/1 1283/8 1285/23 1286/7 1286/9 1286/14 1286/21 1287/3 1287/10 1307/17

**start [4]** 1248/16 1310/10 1310/19 1310/22

**started [6]** 1250/21 1257/3 1297/11 1310/11 1310/12 1310/23

**state [3]** 1260/24 1292/17 1297/3

**statement [7]** 1246/9 1248/18 1251/19 1266/9 1270/17 1288/24 1310/3

**statements [3]** 1248/15 1279/24 1310/6

**states [13]** 1246/1 1246/3 1246/10 1282/10 1293/10 1293/20 1294/9 1297/22 1299/10 1301/14 1306/1 1306/1 1306/15

**states' [1]** 1273/3

**station [1]** 1251/22

**stationed [1]** 1300/16

**stations [1]** 1283/5

**statuary [4]** 1257/15 1308/6 1308/8 1308/9

**statue [1]** 1308/9

**stay [2]** 1304/11 1304/11

**stayed [3]** 1254/13 1284/1 1304/10

**staying [3]** 1262/18 1299/16 1304/12

**Steal [6]** 1257/4 1257/5 1272/17 1274/10 1292/12 1296/24

**Steele [17]** 1247/7 1253/12 1254/5 1256/6 1256/6 1270/20 1270/23 1274/22 1274/23 1275/7 1275/9

1275/17 1275/22 1276/10 1276/17 1277/3 1278/3

**stenography [1]** 1248/9

**step [2]** 1258/3 1258/4

**Stephen [1]** 1247/3

**stepmother [1]** 1298/6

**steps [4]** 1288/22 1300/3 1305/3 1305/10

**steroids [1]** 1301/7

**Steve [1]** 1268/15

**Stewart [5]** 1253/25 1279/25 1281/9 1296/8 1296/9

**sticks [1]** 1301/15

**still [3]** 1280/11 1282/10 1296/1

**stolen [2]** 1256/18 1263/2

**stomach [1]** 1308/20

**stood [1]** 1258/23

**stop [23]** 1250/23 1253/15 1257/4 1257/5 1257/20 1257/24 1258/9 1267/23 1267/24 1269/4 1272/17 1272/20 1274/10 1287/19 1289/12 1289/21 1292/12 1296/24 1300/8 1304/24 1306/11 1307/14 1307/19

**stopped [1]** 1303/25

**stopping [2]** 1259/12 1297/1

**stories [3]** 1262/1 1262/2 1278/20

**storm [2]** 1267/23 1269/4

**storming [1]** 1300/24

**story [6]** 1251/13 1259/13 1259/14 1278/17 1287/14 1295/13

**streaming [1]** 1250/25

**street [5]** 1246/16 1246/20 1247/9 1247/18 1261/1

**stress [2]** 1294/12 1295/3

**strike [1]** 1277/7

**strongly [1]** 1251/7

**student [1]** 1306/15

**stuff [8]** 1251/5 1256/23 1258/24 1270/11 1276/15 1276/15 1276/15 1302/25

**submit [3]** 1252/9 1267/12 1270/2

**sucker [2]** 1307/5 1307/5

**sugar [1]** 1295/22

**suggest [7]** 1267/16 1270/6 1271/24 1273/10 1273/13

1274/7 1279/21

**suggests [1]** 1272/6

**Suite [5]** 1246/21 1247/9 1247/14 1247/19 1247/23

**summarize [1]** 1269/8

**Sunday [2]** 1299/12 1307/11

**super [3]** 1286/12 1299/12 1299/14

**super-tall [1]** 1286/12

**supposed [5]** 1266/8 1273/11 1285/6 1300/9 1302/6

**supposedly [2]** 1262/15 1262/21

**supposition [1]** 1265/24

**Supreme [4]** 1260/20 1283/21 1305/4 1305/11

**sure [9]** 1249/25 1255/5 1255/18 1263/17 1263/22 1265/20 1274/20 1276/22 1283/9

**surprise [1]** 1266/22

**swarmed [1]** 1264/4

**Swiss [2]** 1251/22 1263/23

**sworn [1]** 1306/14

**sympathy [1]** 1309/20

**system [2]** 1293/22 1294/7

**T**

**T-shirt [5]** 1296/1 1303/10 1303/11 1303/12 1303/14

**take [8]** 1255/8 1259/8 1263/6 1264/15 1278/8 1290/5 1309/12 1309/13

**taken [2]** 1286/4 1291/3

**takes [8]** 1272/3 1277/21 1278/17 1280/14 1280/15 1280/15 1280/18 1280/22

**taking [7]** 1252/25 1254/18 1268/22 1272/20 1275/6 1298/17 1301/20

**talk [17]** 1249/19 1249/20 1251/10 1251/10 1251/11 1251/14 1256/5 1256/17 1263/25 1272/8 1276/20 1278/13 1297/4 1297/9 1300/18 1301/2 1304/15

**talked [5]** 1249/10 1249/17 1254/19 1256/11 1305/17

**talkie [2]** 1295/25 1303/22

**talking [11]** 1251/23 1251/24

# T

**talking... [9]** 1252/15 1263/23 1268/6 1285/5 1287/11 1287/22 1287/24 1300/23 1300/24
**tall [1]** 1286/12
**tape [1]** 1275/19
**Taser [1]** 1304/8
**task [1]** 1248/21
**team [1]** 1264/15
**teams [2]** 1282/22 1284/13
**technically [2]** 1286/9 1286/19
**teenage [2]** 1268/15 1268/17
**television [1]** 1251/22
**tell [13]** 1248/22 1248/23 1258/6 1259/11 1274/1 1274/4 1275/8 1275/12 1275/15 1276/10 1277/12 1299/15 1302/21
**temple [1]** 1277/14
**tend [1]** 1264/15
**termed [1]** 1273/21
**terrorists [1]** 1259/14
**test [1]** 1293/24
**testify [1]** 1284/20
**testimony [3]** 1255/16 1307/2 1311/6
**text [7]** 1272/10 1279/20 1281/8 1287/16 1289/17 1298/25 1310/22
**texted [1]** 1287/15
**texting [1]** 1291/7
**texts [3]** 1266/4 1274/19 1276/14
**than [10]** 1250/3 1250/5 1269/19 1272/5 1274/9 1277/13 1283/10 1291/1 1294/25 1297/1
**thank [21]** 1248/19 1264/13 1264/20 1264/21 1264/23 1265/1 1270/15 1270/16 1270/18 1278/5 1278/6 1289/25 1290/3 1290/6 1291/19 1292/4 1292/22 1310/1 1310/2 1310/15 1311/18
**thanks [1]** 1255/18
**that [399]**
**that's [57]** 1250/9 1251/13 1252/6 1254/11 1254/16

1254/17 1255/18 1255/19 1256/20 1257/5 1257/9 1259/6 1259/9 1261/5 1261/5 1262/15 1262/21 1263/4 1264/5 1265/22 1266/8 1266/12 1271/8 1271/17 1272/16 1272/25 1273/7 1274/6 1274/13 1274/22 1275/21 1277/17 1277/25 1279/21 1284/22 1285/21 1286/13 1288/12 1288/13 1293/24 1294/7 1294/7 1294/10 1294/16 1294/21 1295/15 1295/19 1296/20 1297/8 1298/2 1301/23 1304/19 1305/5 1306/5 1306/21 1306/22 1309/14
**their [21]** 1249/4 1249/22 1252/15 1257/12 1258/2 1260/10 1268/22 1268/24 1272/7 1273/6 1283/4 1283/9 1283/16 1284/11 1289/12 1292/23 1297/6 1297/14 1305/18 1305/18 1306/12
**them [35]** 1249/15 1252/6 1252/23 1254/10 1256/2 1256/3 1257/10 1258/6 1258/12 1260/13 1260/13 1261/13 1261/14 1262/5 1266/5 1266/16 1266/21 1266/23 1267/1 1272/8 1272/12 1274/1 1274/4 1274/11 1280/16 1280/18 1282/1 1283/10 1296/12 1303/7 1304/17 1307/12 1307/17 1309/16 1311/9
**theme [2]** 1265/22 1266/8
**themselves [1]** 1252/19
**then [19]** 1250/17 1251/10 1256/5 1256/12 1257/11 1257/18 1258/15 1261/8 1268/25 1269/22 1273/5 1273/20 1275/6 1277/12 1280/12 1282/18 1298/7 1302/14 1309/23
**there [120]**
**there's [25]** 1251/20 1253/21 1255/13 1255/13 1255/14 1256/19 1261/9 1262/7 1265/23 1271/24 1281/11 1284/5 1284/16 1285/11

1286/7 1286/12 1286/13 1290/13 1294/1 1294/2 1294/24 1298/24 1305/9 1308/9 1311/4
**thereabouts [1]** 1299/14
**these [44]** 1250/25 1252/9 1252/12 1253/8 1253/14 1253/19 1253/20 1254/7 1254/12 1256/15 1257/15 1259/2 1260/8 1263/8 1263/13 1265/2 1265/15 1266/4 1266/4 1266/14 1266/20 1268/7 1271/9 1273/10 1274/9 1274/10 1274/12 1274/19 1275/25 1276/1 1277/2 1278/4 1279/22 1281/8 1284/9 1284/10 1289/7 1289/7 1289/24 1290/12 1290/15 1293/14 1295/16 1296/13
**they [204]**
**they're [31]** 1250/11 1252/16 1252/17 1253/20 1253/20 1256/7 1256/15 1257/15 1257/16 1258/12 1258/24 1259/4 1259/7 1259/17 1261/21 1262/18 1265/3 1265/9 1270/3 1271/17 1271/20 1271/21 1271/22 1276/7 1278/23 1283/14 1285/15 1285/23 1288/16 1288/16 1288/24
**they've [6]** 1249/3 1271/11 1271/12 1271/13 1271/13 1273/21
**thing [16]** 1251/4 1260/6 1261/18 1263/10 1268/14 1269/7 1276/12 1292/24 1295/3 1299/17 1302/19 1304/25 1306/8 1307/4 1307/12 1309/6
**things [28]** 1257/14 1257/25 1258/6 1259/24 1260/24 1261/21 1263/2 1266/20 1266/21 1267/11 1267/21 1268/25 1269/8 1269/12 1269/14 1270/10 1270/22 1272/18 1275/24 1279/9 1279/23 1282/6 1285/17 1287/19 1294/19 1298/14 1299/19 1302/6

**T**

**think [41]** 1250/9 1251/4
1254/14 1256/21 1258/5
1258/5 1258/6 1258/24
1259/2 1259/11 1259/23
1260/6 1261/5 1261/12
1262/6 1262/10 1262/22
1264/14 1267/24 1269/22
1269/22 1271/11 1272/10
1274/16 1274/18 1275/20
1275/21 1277/10 1282/7
1284/22 1285/12 1286/19
1290/24 1290/25 1296/21
1297/11 1298/15 1300/25
1301/5 1302/23 1305/16
**thinking [6]** 1250/11 1256/20
1258/8 1269/24 1282/14
1296/23
**thinks [4]** 1255/18 1282/4
1288/11 1289/4
**this [141]**
**Thomas [1]** 1247/18
**those [18]** 1257/6 1260/11
1265/19 1265/19 1266/15
1271/18 1273/12 1277/11
1279/24 1280/6 1287/8
1289/18 1289/20 1298/14
1301/20 1302/7 1305/11
1305/25
**though [1]** 1270/9
**thought [16]** 1249/19
1249/22 1251/9 1252/7
1256/18 1257/3 1258/14
1262/24 1262/25 1263/1
1263/2 1263/8 1272/13
1291/8 1305/2 1305/5
**thousands [1]** 1283/14
**three [3]** 1250/1 1254/9
1280/10
**three days [1]** 1250/1
**three weeks [1]** 1254/9
**through [8]** 1255/21 1264/18
1280/21 1293/11 1296/12
1299/19 1299/20 1299/23
**throughout [2]** 1256/9
1294/10
**throw [1]** 1260/2
**thrown [4]** 1260/13 1260/13
1288/6 1288/8
**tidbit [1]** 1264/14
**ties [2]** 1304/4 1304/7

**time [26]** 1248/23 1249/20
1249/21 1253/2 1253/3
1255/15 1259/3 1264/13
1273/4 1278/5 1281/14
1282/3 1284/11 1286/4
1288/15 1288/16 1288/18
1288/19 1293/15 1296/13
1301/22 1301/23 1305/20
1310/11 1310/19 1311/7
**times [4]** 1256/11 1283/5
1297/21 1301/15
**tiny [2]** 1258/11 1258/11
**tired [1]** 1291/22
**today [6]** 1263/24 1270/21
1281/12 1291/21 1293/12
1293/15
**together [11]** 1253/15
1254/19 1256/8 1256/14
1265/3 1269/12 1269/14
1271/18 1290/16 1307/11
1308/16
**told [11]** 1250/20 1255/10
1257/2 1258/13 1258/16
1258/21 1260/15 1261/6
1281/5 1298/6 1303/12
**Tom [1]** 1307/12
**tomorrow [5]** 1310/9
1310/19 1310/20 1310/23
1311/13
**too [5]** 1251/20 1261/19
1275/18 1276/1 1294/20
**took [4]** 1249/14 1276/13
1280/20 1280/21
**top [5]** 1252/13 1252/14
1259/5 1283/2 1288/16
**total [1]** 1287/7
**touch [4]** 1281/4 1281/5
1287/5 1287/8
**touched [1]** 1292/24
**towards [3]** 1250/25 1309/19
1309/20
**track [2]** 1255/6 1282/7
**Tracy [5]** 1298/12 1298/18
1298/25 1303/3 1303/6
**training [2]** 1260/3 1299/9
**transcript [6]** 1246/9 1248/9
1255/12 1255/13 1255/14
1255/16
**transcription [2]** 1248/9
1312/4
**treat [1]** 1256/2

**treated [1]** 1256/3
**trial [8]** 1246/9 1253/1
1253/2 1277/1 1292/9
1294/11 1296/8 1304/5
**trials [1]** 1290/22
**tried [5]** 1254/19 1290/12
1290/16 1296/4 1297/21
**tries [1]** 1258/11
**trip [1]** 1299/13
**triple [1]** 1301/6
**tripod [1]** 1291/13
**Troy [1]** 1246/14
**true [1]** 1273/18
**Trump [24]** 1250/16 1259/21
1268/11 1268/24 1270/4
1272/22 1273/8 1274/12
1279/12 1281/24 1281/25
1283/6 1283/13 1283/23
1292/10 1296/16 1296/18
1298/14 1301/3 1301/6
1302/4 1304/15 1304/16
1304/17
**trust [2]** 1255/2 1255/4
**trustworthy [1]** 1255/4
**truth [1]** 1263/9
**try [16]** 1248/24 1252/12
1253/3 1254/25 1257/21
1257/25 1259/22 1260/1
1260/14 1264/10 1264/19
1265/7 1272/2 1275/15
1295/12 1302/20
**trying [10]** 1249/14 1258/4
1262/20 1264/18 1269/10
1269/11 1269/12 1277/8
1287/19 1300/15
**tubes [1]** 1297/20
**turns [1]** 1308/20
**two [16]** 1250/1 1250/4
1250/22 1252/4 1252/9
1254/9 1256/4 1259/23
1273/12 1275/24 1290/22
1295/11 1295/11 1298/10
1305/2 1309/3
**two days [1]** 1256/4
**two minutes [1]** 1250/22
**two years [3]** 1250/1 1250/4
1298/10
**TX [1]** 1247/24
**type [1]** 1263/10
**typical [1]** 1256/13

## U

**ultimately [2]** 1251/16 1288/6
**unbelievable [1]** 1299/11
**uncle [4]** 1288/1 1288/2 1288/5 1303/7
**undermine [1]** 1277/6
**understand [3]** 1264/11 1288/12 1297/7
**understood [1]** 1267/22
**undisputed [1]** 1279/9
**unfold [2]** 1250/15 1278/20
**UNITED [12]** 1246/1 1246/3 1246/10 1293/9 1293/20 1294/9 1297/22 1299/10 1301/14 1306/1 1306/1 1306/15
**unlawfully [1]** 1263/15
**unless [2]** 1260/18 1260/21
**Unlike [1]** 1308/18
**until [7]** 1260/19 1277/16 1281/12 1282/9 1294/17 1296/8 1302/4
**up [35]** 1251/3 1252/23 1260/12 1260/19 1265/1 1267/15 1267/18 1267/19 1271/6 1271/19 1275/3 1275/13 1278/12 1279/18 1284/16 1285/2 1285/10 1285/12 1285/12 1285/23 1285/25 1286/16 1287/11 1291/18 1292/4 1293/10 1296/19 1296/23 1296/25 1296/25 1300/2 1302/4 1303/6 1303/9 1307/10
**uphold [1]** 1249/15
**upon [4]** 1266/21 1275/16 1275/16 1277/2
**upper [1]** 1268/7
**upside [1]** 1263/11
**upstanding [1]** 1265/10
**us [14]** 1251/20 1252/22 1256/12 1257/6 1259/22 1261/14 1264/15 1269/5 1276/16 1276/24 1277/15 1282/16 1294/25 1311/8
**use [6]** 1248/23 1259/25 1276/16 1284/10 1303/4 1311/8
**used [7]** 1274/15 1275/21 1281/1 1281/8 1301/10

1301/15 1306/3
**useful [3]** 1258/24 1262/19 1291/8
**using [2]** 1296/14 1301/13
**usually [1]** 1266/2
**utmost [1]** 1295/1

## V

**Valencia [1]** 1298/17
**vantage [9]** 1278/14 1278/15 1278/25 1285/14 1285/21 1286/2 1295/8 1295/10 1295/11
**various [1]** 1282/19
**vehicles [1]** 1283/5
**venting [1]** 1308/17
**verbally [1]** 1298/24
**verdict [3]** 1254/20 1270/13 1278/3
**version [2]** 1258/2 1260/9
**very [26]** 1251/16 1253/17 1253/18 1259/23 1260/22 1270/21 1272/1 1277/9 1277/15 1278/5 1278/6 1278/19 1279/4 1289/8 1289/9 1289/20 1289/25 1290/6 1291/2 1291/20 1291/23 1291/25 1292/4 1292/15 1310/2 1311/18
**vests [1]** 1258/20
**vice [3]** 1272/24 1272/25 1292/16
**video [2]** 1251/21 1263/22
**videos [4]** 1265/19 1304/6 1305/23 1305/25
**view [6]** 1260/23 1277/18 1277/20 1309/12 1309/13 1309/18
**violence [6]** 1300/4 1300/25 1305/13 1305/21 1305/21 1308/20
**VIP [3]** 1283/12 1299/4 1303/8
**VIPs [1]** 1258/17
**Virginia [2]** 1262/17 1283/25
**visceral [1]** 1262/13
**vision [1]** 1249/15
**visited [1]** 1281/21
**visuals [1]** 1304/6
**vividly [1]** 1292/15
**voice [1]** 1250/19

**voices [1]** 1257/12
**void [2]** 1298/12 1298/13
**voir [1]** 1276/22
**voluntary [3]** 1282/22 1283/2 1283/8
**volunteer [4]** 1282/20 1283/3 1284/12 1298/21
**volunteered [2]** 1303/9 1303/9
**volunteering [1]** 1296/1
**vote [13]** 1269/4 1287/19 1292/13 1292/15 1292/18 1292/19 1292/20 1296/23 1297/1 1300/8 1304/24 1307/14 1307/20
**votes [4]** 1272/21 1273/3 1292/17 1296/21
**vs [1]** 1246/5
**vulnerabilities [1]** 1292/1

## W

**wait [2]** 1266/7 1308/2
**waiting [1]** 1304/9
**walk [19]** 1250/10 1252/3 1261/1 1283/4 1283/9 1283/16 1285/16 1285/12 1285/23 1286/16 1301/16 1301/17 1301/19 1302/14 1302/15 1304/16 1304/20 1307/6
**walked [11]** 1252/3 1257/14 1281/20 1285/1 1293/11 1300/2 1302/16 1304/25 1305/1 1307/3 1307/5
**walkie [2]** 1295/25 1303/22
**walkie-talkie [2]** 1295/25 1303/22
**walking [1]** 1285/3
**walks [3]** 1285/10 1287/5 1287/6
**walkway [1]** 1285/8
**wallet [1]** 1261/4
**wandering [1]** 1298/12
**want [40]** 1249/25 1251/14 1252/4 1254/25 1255/1 1255/3 1255/5 1256/20 1259/5 1260/6 1269/8 1269/8 1269/13 1269/14 1270/22 1271/23 1272/3 1276/22 1277/18 1277/18 1277/20 1277/25 1278/1 1278/13

**want...** **[16]** 1280/20 1282/5
1282/7 1290/10 1292/8
1292/22 1293/17 1294/24
1294/25 1295/6 1295/12
1297/2 1297/4 1299/17
1302/16 1309/4
**wanted** **[7]** 1249/18 1249/18
1252/18 1256/25 1285/18
1302/9 1307/18
**wants** **[3]** 1262/16 1271/1
1271/8
**war** **[4]** 1260/3 1260/9 1263/3
1308/15
**was** **[179]**
**Washington** **[15]** 1246/17
1246/21 1247/5 1247/10
1247/15 1247/19 1248/8
1279/10 1282/3 1282/16
1282/22 1283/2 1283/8
1283/19 1312/9
**wasn't** **[20]** 1249/23 1251/4
1264/12 1267/23 1267/23
1269/23 1275/2 1294/6
1294/6 1300/12 1300/13
1300/16 1300/23 1300/24
1302/10 1304/22 1305/5
1306/24 1308/14 1308/15
**watch** **[3]** 1259/13 1261/10
1305/25
**watched** **[1]** 1251/6
**watching** **[3]** 1250/15
1250/18 1250/24
**water** **[1]** 1260/12
**Watkins** **[6]** 1249/10 1252/21
1273/21 1273/22 1273/23
1276/7
**way** **[15]** 1251/17 1252/3
1253/3 1253/4 1262/11
1271/25 1273/7 1294/7
1296/11 1298/21 1303/9
1303/12 1304/10 1307/7
1308/5
**ways** **[2]** 1291/25 1304/13
**wayside** **[1]** 1298/3
**we** **[81]**
**we'll** **[6]** 1248/16 1260/1
1267/12 1290/6 1310/11
1311/4
**we're** **[35]** 1252/22 1254/25
1255/20 1258/8 1258/8

1258/16 1259/12 1260/18
1263/6 1263/7 1263/17
1263/18 1264/16 1264/17
1264/17 1264/19 1266/11
1266/22 1269/3 1269/4
1269/10 1269/11 1274/2
1277/1 1277/12 1277/13
1291/22 1299/21 1299/25
1299/25 1304/17 1307/13
1307/13 1307/15 1311/1
**we've** **[7]** 1250/4 1256/10
1256/11 1266/11 1274/2
1274/3 1292/14
**weapon** **[1]** 1284/7
**weapons** **[4]** 1260/4 1281/2
1283/25 1284/3
**wear** **[3]** 1258/22 1260/17
1282/4
**wearing** **[7]** 1260/8 1260/11
1275/2 1281/3 1281/24
1292/7 1302/17
**weather** **[1]** 1301/1
**website** **[3]** 1280/7 1282/21
1282/25
**week** **[3]** 1293/12 1298/23
1298/24
**weekend** **[1]** 1295/7
**weeks** **[2]** 1254/9 1264/15
**Welcome** **[2]** 1248/12
1291/17
**well** **[22]** 1259/2 1259/4
1263/2 1263/17 1264/18
1265/25 1266/14 1268/3
1268/4 1269/1 1269/3
1269/22 1272/13 1273/21
1275/24 1277/11 1279/2
1284/5 1291/2 1294/1
1304/16 1310/16
**went** **[26]** 1249/8 1250/15
1252/5 1252/6 1252/17
1257/13 1257/14 1257/20
1258/19 1264/7 1266/25
1273/6 1274/11 1274/12
1281/22 1283/21 1290/24
1296/3 1297/19 1298/3
1299/23 1306/15 1307/10
1308/6 1308/12 1308/12
**were** **[87]**
**weren't** **[5]** 1251/1 1264/1
1264/2 1264/3 1274/11
**west** **[10]** 1247/19 1300/3

1305/22 1305/23 1306/10
1306/18 1306/21 1306/22
1308/19 1308/19
**what** **[97]**
**what's** **[4]** 1267/19 1267/20
1286/11 1286/23
**whatever** **[8]** 1251/20
1258/23 1260/14 1260/16
1261/24 1263/20 1274/13
1302/6
**when** **[70]**
**whenever** **[2]** 1260/19
1311/1
**where** **[38]** 1250/16 1251/22
1252/20 1254/13 1255/25
1256/13 1256/14 1257/2
1259/19 1260/11 1260/25
1261/3 1262/18 1263/17
1263/24 1272/3 1275/21
1276/3 1276/5 1277/21
1277/21 1278/25 1280/3
1282/19 1283/14 1283/16
1285/15 1286/6 1288/22
1288/23 1289/16 1289/17
1297/25 1300/3 1300/17
1306/23 1306/25 1308/11
**Where's** **[1]** 1288/23
**whether** **[6]** 1256/25 1272/22
1277/2 1286/8 1296/18
1299/15
**which** **[11]** 1258/24 1273/8
1274/16 1279/5 1282/6
1285/18 1286/4 1289/10
1304/3 1305/1 1305/1
**while** **[4]** 1261/23 1267/21
1291/6 1307/2
**white** **[2]** 1276/5 1302/2
**who** **[48]** 1249/14 1250/13
1251/9 1253/12 1253/14
1253/24 1255/15 1256/3
1257/6 1258/21 1259/5
1259/8 1259/15 1262/2
1263/8 1263/10 1265/10
1265/21 1267/5 1267/6
1268/6 1276/8 1276/9
1277/13 1277/17 1279/22
1280/14 1280/19 1280/23
1281/25 1285/5 1288/6
1289/4 1291/24 1291/24
1296/4 1296/15 1297/5
1297/6 1298/8 1298/18

# W

**who... [7]** 1298/19 1303/8 1303/16 1307/18 1308/16 1308/19 1308/23
**who's [7]** 1249/2 1255/23 1275/7 1275/16 1276/16 1278/11 1302/1
**whoever [2]** 1253/23 1255/9
**whole [3]** 1249/4 1277/6 1279/2
**why [22]** 1251/24 1251/25 1274/14 1274/22 1277/12 1277/12 1282/3 1285/18 1288/9 1290/5 1290/17 1293/19 1295/23 1298/1 1298/2 1302/16 1306/5 1306/12 1306/21 1306/22 1308/8 1309/14
**widowed [2]** 1280/19 1280/23
**wife [6]** 1248/21 1249/2 1250/13 1251/2 1256/4 1265/3
**will [97]**
**willfulness [1]** 1293/6
**William [40]** 1247/16 1253/11 1292/3 1292/4 1293/1 1293/11 1293/16 1293/18 1294/6 1294/15 1295/4 1295/18 1295/21 1295/24 1296/10 1296/19 1297/4 1297/9 1297/14 1297/17 1297/21 1298/6 1298/25 1299/7 1299/12 1299/19 1300/1 1300/14 1301/11 1301/11 1301/18 1301/19 1301/22 1304/18 1305/19 1307/16 1308/5 1308/18 1308/20 1309/24
**William Isaacs [1]** 1292/3
**William's [2]** 1295/13 1304/22
**wing [4]** 1259/13 1259/20 1263/5 1274/16
**winning [1]** 1292/17
**wish [3]** 1248/15 1248/18 1270/17
**within [3]** 1265/19 1265/19 1266/15
**without [2]** 1262/7 1269/14
**witness [3]** 1255/3 1294/18

**witnesses [2]** 1264/11 1306/12
**woman [2]** 1285/5 1286/12
**Women [1]** 1283/22
**won [1]** 1296/21
**won't [3]** 1262/1 1267/14 1289/1
**woo [1]** 1303/5
**word [8]** 1273/25 1275/21 1297/21 1301/10 1301/13 1303/25 1311/9 1311/9
**words [4]** 1248/23 1289/21 1290/14 1301/8
**work [5]** 1250/14 1256/14 1289/12 1295/25 1303/3
**worked [1]** 1255/25
**working [2]** 1250/12 1251/5
**works [1]** 1250/13
**world [5]** 1257/7 1258/2 1260/23 1262/11 1308/15
**would [21]** 1249/20 1249/21 1251/9 1257/23 1258/4 1258/5 1258/15 1260/14 1261/16 1263/16 1269/15 1270/2 1270/6 1271/24 1277/22 1279/21 1290/11 1290/18 1304/6 1309/8 1311/14
**wouldn't [1]** 1264/5
**wrong [6]** 1256/19 1257/1 1257/3 1294/7 1294/16 1305/19
**wrongful [1]** 1284/6
**wrote [1]** 1281/9

# Y

**yeah [2]** 1258/16 1259/1
**year [2]** 1280/12 1280/14
**years [11]** 1250/1 1250/4 1255/1 1255/23 1255/24 1260/20 1269/17 1269/22 1269/23 1298/10 1308/5
**yell [1]** 1257/21
**yelling [3]** 1267/14 1308/17 1308/23
**yes [10]** 1261/8 1263/1 1278/7 1295/23 1295/24 1295/25 1295/25 1296/3 1296/3 1309/2
**yesterday [1]** 1250/21

**York [1]** 1305/16
**you [312]**
**you'll [12]** 1254/1 1255/8 1259/13 1267/10 1267/10 1273/18 1275/8 1275/19 1288/14 1297/7 1306/22 1307/11
**you're [39]** 1254/20 1255/7 1255/12 1256/23 1260/15 1261/22 1262/6 1262/19 1262/20 1264/9 1267/16 1267/18 1268/19 1269/1 1269/1 1269/4 1269/24 1271/16 1271/18 1274/14 1275/24 1276/1 1276/22 1277/1 1281/16 1282/18 1284/17 1285/25 1290/16 1293/23 1293/24 1300/12 1305/22 1306/6 1307/2 1307/9 1307/14 1308/13 1309/14
**you've [10]** 1248/25 1270/9 1273/24 1274/19 1275/1 1276/21 1278/14 1279/4 1293/23 1303/13
**you-all [3]** 1295/14 1295/15 1310/10
**young [3]** 1291/23 1305/7 1307/18
**your [43]** 1248/19 1251/10 1253/13 1254/18 1255/5 1256/22 1256/22 1261/23 1262/13 1264/9 1264/13 1264/23 1265/4 1268/20 1270/18 1278/5 1278/7 1289/25 1290/1 1290/21 1291/2 1291/4 1291/19 1298/22 1304/14 1305/24 1306/2 1306/3 1306/6 1306/6 1306/7 1306/7 1308/20 1309/12 1309/13 1309/17 1309/18 1309/22 1310/1 1310/4 1310/25 1311/17
**yourself [2]** 1277/11 1277/22
**yourselves [1]** 1282/12

# Z

**Zello [2]** 1300/11 1300/12
**zip [1]** 1304/4
**Zsuzsa [1]** 1247/12