IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )      CR No. 21-28
                                    )      Washington, D.C.
          vs.                       )      February 27, 2023
                                    )      9:15 a.m.
SANDRA R. PARKER, ET AL.,           )
                                    )      Day 16
          Defendants.               )      Morning Session
_____     )


TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             Jeffrey Nestler
                             Troy Edwards
                             Alexandra Hughes
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Sandra Parker:  John L. Machado
                              LAW OFFICE OF JOHN MACHADO
                              503 D Street, NW
                              Suite 310
                              Washington, D.C. 20001
                              (703) 989-0840
                              Email: johnlmachado@gmail.com

For Defendant Bennie Parker:  Stephen F. Brennwald
                              BRENNWALD & ROBERTSON, LLP
                              922 Pennsylvania Avenue, SE
                              Washington, D.C. 20003
                              (301) 928-7727
                              Email: sfbrennwald@cs.com

For Defendant Laura Steele:   Peter A. Cooper
                              LAW OFFICE OF
                              PETER A. COOPER
                              400 5th Street, NW
                              Suite 350
                              Washington, D.C. 20001
                              (202) 400-1434
                              Email:
                              pcooper@petercooperlaw.com

APPEARANCES CONTINUED:

For Defendant Connie Meggs:    Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW
                               1808 Park Road NW
                               Washington, D.C. 20010
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com

                               Juli Zsuzsa Haller
                               LAW OFFICES OF JULIA HALLER
                               601 Pennsylvania Avenue, NW
                               Suite 900
                               S. Building
                               Washington, D.C. 20036
                               (202) 352-2615
                               Email: hallerjulia@outlook.com

For Defendant Isaacs:          Eugene Joseph Rossi
                               CARLTON FIELDS P.A.
                               1025 Thomas Jefferson St., NW
                               Suite 400 West
                               Washington, D.C. 20007
                               (202) 965-8100
                               Email:
                               grossi@carltonfields.com

                               Charles Greene
                               LAW OFFICE OF
                               CHARLES M. GREENE, P.A.
                               55 East Pine Street
                               Orlando, FL 32801
                               (407) 648-1700
                               Email: cmg@cmgpa.com

4299

APPEARANCES CONTINUED:

For Defendant
Michael L. Greene:                 Britt Redden
                                   REDDEN LAW, PLLC
                                   3300 Oak Lawn Avenue
                                   Suite 700
                                   Dallas, TX 75219
                                   (214) 699-8429
                                   Email:
                                   bredden@reddenlawtexas.com

                                   William Lee Shipley, Jr.
                                   LAW OFFICES OF
                                   WILLIAM L. SHIPLEY
                                   PO Box 745
                                   Kailua, HI 96734
                                   (808) 228-1341
                                   Email: 808Shipleylaw@gmail.com

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                          - - -

                     WITNESS INDEX

                          - - -

WITNESSES            DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA NORMAN KUYLEN      4315  4345
ANTHONY JACKSON       4346  4379
ANTHONY JACKSON             4380
ANTHONY JACKSON             4391
ANTHONY JACKSON             4407
ANTHONY JACKSON             4417
SA BYRON CODY         4420
```

                          - - -

                   INDEX OF EXHIBITS

                          - - -

| GOVERNMENT'S | ADMITTED |
|---|---|
| 9951 AND 9952 | 4321 |
| 9950.1 THRU 9950.40 | 4327 |
| 8000.2 AND 8002 | 4354 |
| 9603 | 4370 |
| 1089.1 | 4372 |
| 9601 | 4377 |
| 9826 | 4425 |
| 50.V.1 | 4429 |

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.

3          All rise.  The Court is now in session; the

4    Honorable Amit P. Mehta now presiding.

5          THE COURT:  Good morning.  Please be seated,

6    everyone.

7          COURTROOM DEPUTY:  Your Honor, this is Criminal

8    Case No. 21-28, United States of America versus Defendant

9    No. 4, Sandra Ruth Parker; Defendant 5, Bennie Alvin Parker;

10   Defendant 7, Laura Steele; Defendant 9, Connie Meggs;

11   Defendant 16, William Isaacs; and Defendant 20, Michael L.

12   Greene.

13         Kathryn Rakoczy, Jeffrey Nestler, Alexandra

14   Hughes, Troy Edwards, and Louis Manzo for the government.

15         John Machado for Defendant Sandra Parker.

16         Stephen Brennwald for Defendant Bennie Parker.

17         Peter Cooper for Defendant Laura Steele.

18         Stanley Woodward and Juli Haller for

19   Defendant Meggs.

20         Gene Rossi and Charles Greene for Defendant

21   Isaacs.

22         Britt Redden and William Shipley for

23   Defendant Greene.

24         MR. SHIPLEY:  Mr. Meggs is not present, he's going

25   through security; but since we're dealing with preliminary

1     matters, we'll waive his presence.

2            MR. BRENNWALD:  There are a lot of jurors coming

3     in today for a new case so the security lines are taking a

4     while longer this morning.

5            THE COURT:  Okay.  All right.

6            Welcome, everyone.  I hope everybody had a nice

7     weekend.

8            I called everybody in just to, I want to resolve a

9     few outstanding evidentiary issues before the government

10    concludes its case this morning, at least that's as

11    expected.

12           First, there was the issue of whether Mr. Berry's

13    notes will be admitted into evidence.  They were presented

14    to impeach by omission the fact that Mr. Berry had not

15    included in his notes primarily the statement that he

16    testified Mr. Meggs made before the group entered the

17    Capitol.

18           I'm not going to permit the full notes to be

19    admitted.  The government has pointed to a Fourth Circuit

20    case that I think is pretty helpful, *United States versus*

21    *Young*, 248 F.3d 260 at 268 from 2001, which stands for the

22    proposition that Rule 613(b) speaks about -- sort of talks

23    about when extrinsic proof of a prior inconsistent statement

24    is inadmissible but it says nothing about the admissibility

25    of such evidence, "thus even if all the foundational

1    elements of Rule 16 -- 613 are met, a District Court is not

2    unequivocally bound to omit any or all extrinsic evidence of

3    prior inconsistent statement, but, rather, a District Court

4    may still exercise its discretion to exclude such evidence

5    where its probative value is substantially outweighed by the

6    danger of unfair prejudice, confusion on the issues, or

7    misleading the jury or, by consideration of undue delay,

8    waste of time or needless presentation of cumulative

9    evidence."

10          So the Berry notes, which are 11 handwritten pages

11   of notes that Mr. Berry testified that he drafted before his

12   FBI interview, although they were properly used for

13   impeachment by omission by the defense, admitting the

14   entirety of the notes, I think, creates potential -- real

15   cause for confusion and misleading and speculation by the

16   jury.

17          You know, the jury is supposed to focus on

18   Mr. Berry's credibility and his testimony here in court and

19   not his out-of-court statement, which is 11 pages long and

20   handwritten and in some detail, risks the fact that the jury

21   may not only seek to look at those notes in terms of

22   impeachment for the purposes for which they were admitted --

23   for which they were presented, but also that they could

24   scrutinize those notes for other inconsistencies that were

25   not used for purposes -- were not raised in

```
1    cross-examination.

2              And so I think there's real dangers to admitting a

3    full 11 pages of prior statements, only a portion of which

4    was even used for -- well, I don't think -- I'm trying to

5    remember -- I don't know if any portion was actually used to

6    cross-examine Mr. Berry for direct inconsistencies; that is,

7    he said something that was different than what was in the

8    notes.

9              The use of the notes for purposes of omission was

10   firmly established by multiple counsel.  It's clear to the

11   jury that he drafted these 11 pages of notes and that the

12   inclusion of the testimony that he's given at trial

13   concerning Mr. Meggs' statement is not in those notes, so

14   there will be no prejudice to the defense in terms of not

15   having those notes before the jury and the purpose for which

16   they were largely brought to the jury's attention.

17             So I'll exclude the notes in full.  Obviously the

18   defense can still make use of the absence of that critical

19   information from the notes as it deems fit.

20             I had reserved on admitting the board, that is,

21   the large board.  I can't remember what the exhibit number

22   is that the government has.

23             MR. EDWARDS:  1529.

24             THE COURT:  Government 1529, from time to time,

25   multiple times, I should say, frequently referred to.
```

1          I will admit the board into evidence, not the

2     physical board itself but a single sheet depiction of the

3     board in the same way that I did during the second trial.

4     I think it's useful for the jury to have the board before

5     it.  One of the jurors had expressed some concern,

6     difficulty following along in terms of the use of monikers,

7     for example, by the various defendants and others.

8          And so what the board depicts is the government's

9     view of the organization of defendants and co-conspirators.

10    It also includes information about monikers and the chats

11    that they were on, among other things, also where particular

12    defendants were from, with the exception -- or

13    co-conspirators were from -- with the exception of

14    Mr. Minuta, who's associated with a different geographic

15    group because he was actual physically with them on

16    January 6th.  I think it's useful to have it for just -- to

17    allow the jury to organize its mind and deep track of who

18    the various actors are in the case.

19         I will give the same limiting instruction that

20    I did give at the last trial, which basically tells the jury

21    that the board is not independent evidence but, rather, is

22    the government's view of the evidence and that ultimately

23    it's for them to determine whether the board itself

24    accurately reflects evidence or not.

25         But I think it's a helpful cheat sheet, if you

```
 1    will, just to allow the jury to recall who different people

 2    are and, in particular, what their Signal monikers are, most

 3    importantly.

 4            MS. HALLER:  Your Honor, just for the record,

 5    I believe it's already admitted as 1529 in the actual

 6    exhibits.  It's just a physical copy of it on the board.

 7            THE COURT:  So I think I reserved on its

 8    admission.  And so I'm not going to let the big board back

 9    in, the actual big board, but the single page that we've

10    seen.

11            MS. HALLER:  Oh, I'm sorry, Your Honor.

12    Thank you.

13            THE COURT:  It's okay.

14            Finally, just two things.  With respect to

15    transcripts of audio recordings, I've given the requested

16    instruction -- the limiting instruction when those

17    transcripts have appeared.

18            As I have done at the prior trials, I will permit

19    the transcripts to go back with the audio.  That is

20    permitted in this District.  I'll obviously give the

21    limiting instruction as part of the final closing

22    instructions.

23            If there is a belief by any defendant that the

24    transcript is inaccurate, you should let me know so I can,

25    one, take a look at it and determine whether, in fact, it is
```

1    inaccurate; and, two, you have the opportunity under the

2    Circuit's rules to propose an alternative transcript, one

3    that you think is accurate and actually reflects the audio.

4    And so the defense should be on notice that if there is any

5    inaccuracy or you believe there's any inaccuracy and/or if

6    you wish to present an alternative transcript, you have the

7    opportunity to do so.

8            Mr. Shipley.

9            MR. SHIPLEY:  Yeah, on that point, Your Honor,

10   that exhibit that I believe the government intends to play

11   today with Officer Jackson is the encounter, from maybe a

12   couple different angles, of Mr. James and the officers right

13   there where there's a few moments where nothing is going on

14   and then Mr. James reacts to something and the scuffle

15   breaks out.

16           THE COURT:  Right.

17           MR. SHIPLEY:  There's a couple of versions of this

18   that don't have the audio activated.  I'm not going to

19   represent right now exactly when it kicks in, but it doesn't

20   kick in at the very beginning.  In fact, there's one of them

21   where there's no audio on it.  However, there is one where

22   there is audio that the government has and there's no

23   transcript.  The government has opted not to put a

24   transcript with that particular video, even though you can

25   hear the audio.  So I expect that I will prepare a

1    transcript to go with that particular video.  I'll meet with

2    the government to discuss that.

3              THE COURT:  Sure.

4              MR. SHIPLEY:  If I could just for a moment make a

5    record and revisit Caleb Berry's statement.  I understand

6    this Court's ruled.  I think it's independently admissible

7    as a hearsay objection as a declaration against interest.

8    His foundational testimony was clearly, he knew he was

9    meeting with the FBI.  He knew people he had been with had

10   already been arrested for exactly the same thing he did.  He

11   testified he wrote it in a way that minimized his role but

12   didn't exonerate himself.

13             THE COURT:  You'll forgive me, but it's not a

14   declaration against penal interest because he was here.

15             MR. SHIPLEY:  Well, I understand that, but

16   I think -- and we could ask him about.

17             THE COURT:  No, no.  The predicate for admitting a

18   statement against penal interest is that the declarant is

19   unavailable.  He's available.

20             MR. SHIPLEY:  No, that's 804.

21             I can't say that I've got 803 and 804 separated in

22   my head.

23             THE COURT:  He has to be unavailable.

24             MR. SHIPLEY:  If that's an 804 exception, then I

25   let them run together sometimes, then that is the predicate.

1   All right.  Thank you.

2          MR. BRENNWALD:  Your Honor, while we're discussing

3   transcripts, the one I can think of off the top of my head

4   is the one where the government has "shots fired" when it's

5   clearly that it was "shot fired."

6          Does the Court want us to produce our own separate

7   transcript that has the correct version, or can does that

8   work?

9          THE COURT:  So I think the way it works, I'll have

10  to go back and look, but you are always free to propose an

11  alternative transcript, and present it to the jury.  The

12  jury will be instructed that ultimately it's their

13  determination as to which -- what the actual audio says, and

14  you've been given different transcripts to assist you in

15  making that determination.

16         MR. BRENNWALD:  Okay.

17         I'm sorry, as to Mr. Berry's 11-page statement,

18  I did question him about, because he talked about the huddle

19  before they went in, whatever.  I questioned him about that

20  statement and he looked at it and he agreed that he never

21  said anything about the huddle before, he talked about a

22  huddle afterwards when they were talking about other things.

23         Am I allowed to have that statement in front of me

24  in closing and reference that part of it when I say to the

25  jury, I read him -- or I asked him about the huddle, what

```
 1   happened, and he admitted that in his statement, he said
 2   that, or can we not refer to that statement at all?
 3            THE COURT:  Maybe I'm not following, but refresh
 4   my memory as to what specific inconsistency there was
 5   between -- and I'm not talking about an omission.
 6            MR. BRENNWALD:  Right.
 7            THE COURT:  What you're suggesting is that there
 8   was an inconsistency between his testimony and what he wrote
 9   in the statement.
10            MR. BRENNWALD:  Right.
11            THE COURT:  What was that?
12            MR. BRENNWALD:  What he wrote in his statement was
13   that they all gathered -- he didn't say huddled, but in a
14   circle after they came out of the Capitol.  And in his
15   statement, he doesn't talk about meeting before or having
16   the circle before.  He only talks about it afterwards.
17            THE COURT:  Okay.
18            I think that's, depending on how you look at it,
19   I suppose that could either be impeachment by omission or
20   inconsistency.  He did testify that there were two huddles,
21   one before and one after.  And so arguably what you're
22   referencing is maybe impeachment by omission, at least
23   impeachment by omission, let me put it that way.
24            But in any event, Mr. Brennwald, your point is --
25   your question is, can you make reference to the notes and
```

```
 1   what the notes say and compare it to his testimony?  The
 2   answer is of course.
 3              MR. BRENNWALD:  Okay.  Thank you.
 4              THE COURT:  Okay.
 5              MS. HALLER:  I'm sorry, Your Honor.  Just to flag
 6   for this -- because I don't know the timing, but Agent Brody
 7   is to testify, and we have some objections to the exhibits.
 8   I don't know if the Court wants to do them now or wait
 9   after -- maybe during a break or something.
10              THE COURT:  Who's first?
11              MR. EDWARDS:  We have two witnesses before
12   Agent Cody.
13              THE COURT:  Okay.
14              MR. EDWARDS:  We'd like to flag one thing,
15   Your Honor, we can do this later, but we intend to move the
16   component parts underlying the montages into evidence.  What
17   we thought would be most efficient is to say that in front
18   of the jury before the government rests and highlight in
19   front of the jury that we would file something written for
20   the Court that identifies the specific numbers.  As opposed
21   to reading a laundry list of numbers, we would just --
22              THE COURT:  Fine.
23              MR. EDWARDS:  Okay.  I just wanted to make sure
24   that was okay with the Court.
25              THE COURT:  No, that's fine.
```

1           MR. MACHADO:  While we have 30 seconds,

2    Your Honor, just with regard to the video that we're going

3    to be introducing with regard to the stop by MPD police

4    officers, we're planning to move that in.

5           It was a portion of the government's.  We're

6    putting the whole thing as our part.  And no one -- I've

7    already spoken to all parties.  No one has objections to

8    either the video or the stipulation because we pixelated and

9    took out audio to -- for personal information removal.  So

10   everyone's okay with that.  So it went smoother.

11          THE COURT:  Okay.  Thank you.

12          Finally, I'm prepared to rule on the Isaacs'

13   expert testimony request, but I think there is a matter we

14   need to resolve and that the defense needs to consider

15   before I make a Final Ruling that I alluded to when we first

16   talked about this but didn't again raise it, and that is the

17   extent to which Mr. Isaacs' statements to either

18   psychiatrist during the evaluations would be admissible.

19          For your consideration, I would direct you to

20   two things:  *United States v. Byers*, B-y-e-r-s, 740 F.2d

21   1104 from the D.C. Circuit 1984.  The long and short of is

22   it's an en banc decision in which the Circuit held that if a

23   defendant raises an insanity defense, statements that he

24   made to psychiatrists that evaluated him that would rebut

25   the insanity defense are admissible.

1          In addition, please take a look at Rule 12.2, this

2     is Federal Rule of Criminal Procedure 12.2(c)(4)(A), which

3     states as follows:  No statement made by a defendant in the

4     course of any examination conducted under this rule, whether

5     conducted with or without the defendant's consent, no

6     testimony by the expert based on the statement, and no other

7     fruits of the statement may be admitted into evidence

8     against the defendant in any criminal proceeding except on

9     an issue regarding mental condition on which the defendant,

10    A, has introduced evidence of incompetency or evidence

11    requiring notice under Rule 12.2(a) or (b)(1).  And the

12    defense proposal in this case to admit expert testimony did

13    require notice under Rule 12.2(b)(1).

14          So we'll talk about that at some point later

15    today, but I just want you all to be aware that it's

16    something I'm thinking about, it's not resolved, and I think

17    it's something that the defense ought to at least have --

18    well, perhaps you've considered it, but I want to just make

19    sure that you have before I finally rule.  So in any

20    event --

21          MR. GREENE:  Thank you, Your Honor.  I'll take a

22    look at that case.

23          THE COURT:  All right.  Ready to go?

24          MR. WOODWARD:  I just sent the Court a copy and

25    all counsel the messages that Ms. Haller is referencing.

4314

1          THE COURT:  Okay.  Ready to go?

2          MR. EDWARDS:  Yes, Your Honor.

3          COURTROOM DEPUTY:  Jury panel.

4          (Jury entered the courtroom.)

5          THE COURT:  All right.  Please be seated,

6   everyone.

7          Ladies and gentlemen, welcome back.  It's good to

8   have all of you with us again.  I hope everybody had a nice

9   weekend.

10          So we are ready to continue with the government's

11   next witness.

12          Mr. Edwards.

13          MR. EDWARDS:  Yes, Your Honor.  Thank you.  The

14   government calls former FBI Special Agent Norman Kuylen.

15          COURTROOM DEPUTY:  Please raise your right hand.

16          (Witness is placed under oath.)

17          COURTROOM DEPUTY:  Thank you.

18          THE COURT:  Mr. Kuylen, welcome.

19          THE WITNESS:  Thank you.

20

21

22

23

24

25

4315

```
 1                            - - -

 2   SA NORMAN KUYLEN, WITNESS FOR THE GOVERNMENT, SWORN

 3                      DIRECT EXAMINATION

 4                            - - -

 5   BY MR. EDWARDS:

 6       Q    Good morning.  How are you?

 7       A    Good, thank you, sir.

 8       Q    Can you please state your name and spell it as you

 9   introduce yourself to the jury, please.

10       A    My name is Norman Kuylen.  Last name is spelled

11   K-u-y-l-e-n.

12       Q    And if I could ask you, just for the purposes of

13   the court reporter and the large number of people here, to

14   use that mic and speak up just a little bit.

15       A    Okay.

16       Q    Thank you, sir.

17       A    Thank you.

18       Q    Special Agent Kuylen -- well, first of all,

19   did you used to be a special agent?

20       A    Yes, sir.  I recently retired after 20 years in

21   service in the Federal Bureau of Investigation as a special

22   agent.

23       Q    And can you describe generally what roles you had

24   in the FBI in those 20-plus years?

25       A    Yes.
```

1           So the whole time, like I said, I was a special

2    agent.  I was assigned mostly to do investigations, both in

3    the criminal and national security realm within the FBI in

4    differing capacities within those.

5        Q    And can you describe briefly what kinds of

6    training you experienced during your time in the FBI?

7        A    Yeah.

8           Generally speaking, I went through -- like most

9    agents do, through Quantico.  Back in my time, it was

10   four months of training, 16 weeks of basic training, and

11   after that, I had the opportunity to attend several

12   specialized schools, whether it be on computer crime,

13   white-collar, national security investigations.

14          But most of the trainings that I attended as

15   ancillary duty was evidence response team training.

16       Q    And can you describe briefly, what kind of

17   training was the evidence response or review training?

18       A    So what we call ERT, evidence response team, is

19   what the FBI has as a component for crimes and response,

20   pretty much.

21          We are trained on how to conduct a search

22   thoroughly, document it properly, and then, as I'm doing

23   here, partially, how to testify to that.

24       Q    And when you were at the tail end of your career

25   in the FBI, where were you stationed?

4317

1        A     I was in the Charlotte division, the Greensboro

2   resident agency.

3        Q     In what state?

4        A     North Carolina.

5        Q     And did you, on February 17th, 2021, have a role

6   in the search of Ms. Laura Steele's residence at 249

7   Newcastle Court, Thomasville, North Carolina?

8        A     I did.

9        Q     Why did you do that?

10       A     I was picked as a team leader that day to serve a

11   search warrant that had been granted to one of our task

12   force officers out of the Greensboro area.

13       Q     And can you describe generally what the FBI does

14   in the process of a search, for the jury?

15       A     Yes, sir.

16             So first of all, we get familiarized with the

17   contents of the search warrant.  We read thoroughly the

18   attachment that tell us what we could seize or take at the

19   time the search is conducted.

20             After that, we secure the scene, make sure

21   everybody is safe, including the occupants of the residence,

22   should be the case if somebody's inside.

23             And then we proceed on to take photographs, do the

24   entry photographs of the scene.

25             Then we find items specific to the warrant.  We

1    marked them as such.  We mark all the rooms.  We conduct a

2    search thoroughly of the entire property.

3              And then we document that as we go along, like I

4    said, with photographs but also in writing with a sketch, if

5    necessary, and then we do an evidence collection log.

6              And at the end, we do receipt for property, which

7    we leave with a copy of the warrant.

8         Q    Did you undergo that entire process during this

9    search on February 17th in North Carolina?

10        A    Yes, I did.

11        Q    Generally, what kind of items was the FBI looking

12   for according to the search warrant when you were at

13   Ms. Steele's residence?

14        A    Any documents, any belongings that may link

15   Ms. Steele to any other -- herself or any other persons who

16   may have been planning or been present at the happenings of

17   January 6th in the U.S. Capitol.

18        Q    And why look for that kind of evidence?

19        A    Well, it is important to prove beyond a reasonable

20   doubt whether the person may have committed the crimes

21   alleged in the body of the warrant.

22        Q    So specifically, what kinds of items from

23   Ms. Steele were you looking for?

24        A    In this case, we were looking for items of

25   clothing.

4319

```
1              We had reviewed photographs that show her at the
2    U.S. Capitol on January 6th.
3              Also, any other belongings that could have been
4    shown in those photographs.  So we're looking for those in
5    order to seize as evidence.
6              MR. EDWARDS:  Ms. Rouhi, if we could please pull
7    up just for the witness Exhibit 9951 and Exhibit 9952.
8    BY MR. EDWARDS:
9         Q    And, Special Agent Kuylen, if you could take a
10   look at both of those exhibits, and let me know when you're
11   through.
12        A    I have reviewed them.
13        Q    Do these sets of photographs appear to be similar
14   to the photographs you reviewed before executing the search
15   warrant at Ms. Steele's residence?
16        A    They are.
17        Q    And generally, what do these two photographs
18   depict?
19        A    They depict Ms. Steele in a pair of black shoes,
20   khaki cargo pants, what seems to be body armor of some sort,
21   maybe some kind of a vest, a pullover or a shirt, black in
22   color, then what we normally refer to as a floppy hat, also
23   black in color --
24        Q    And that's --
25        A    -- and a pair of -- sorry -- and a pair of gloves
```

1    sticking out of her right-hand pocket from the cargo pants.

2         Q    And that's Exhibit 9951.

3              Can we turn to Exhibit 9952.

4              And just generally, do these include some of the

5    photographs that the FBI included in the search warrant and

6    reviewed before executing the warrant?

7         A    That is correct.

8         Q    And on 9952, does it similarly depict Ms. Steele

9    in the attire that she was wearing around the time of

10   January 6th in D.C.?

11        A    Yes, sir.

12             MR. EDWARDS:  At this time, Your Honor, we'd move

13   to admit and publish Exhibits 9951 and 9952.

14             MR. COOPER:  Objection.

15             THE COURT:  Objection or no objection?

16             MR. COOPER:  Foundation.

17   BY MR. EDWARDS:

18        Q    Agent Kuylen, are these the photographs -- are

19   these and other photographs similar to what you reviewed

20   before executing the search warrant?

21        A    Yes, sir.

22             MR. COOPER:  Same objection.  There's still no

23   foundation.

24             THE COURT:  Well, the objection is overruled.

25             The paragraphs will be admitted insofar as the

1  agent has testified that these are the photographs that he

2  received.  Ultimately whether or not they depict Ms. Steele,

3  that'll be a determination for the jury.

4           MR. EDWARDS:  Thank you, Your Honor.

5                           (Government's Exhibit 9951 and 9952
                            received into evidence.)
6           MR. EDWARDS:  If we could start, Ms. Rouhi, by

7  showing the jury Exhibit 9951.

8  BY MR. EDWARDS:

9      Q    And, Agent Kuylen, now that the jury can see

10  these, can you just describe what it is you're looking at

11  here if you're able to do it.

12          I'm sorry, when you describe to -- the jury hasn't

13  seen it yet.  If you could just take the time to describe

14  for the jury what we're looking at here in 9951.

15     A    Sure.

16          As I said previously, these are -- this photo on

17  the screen right now, on the left-hand side is Ms. Steele,

18  wearing khaki pants, khaki cargo pants.

19          You can see her left black shoe, a pair of gloves

20  sticking out of the right-hand pocket from her pants.

21          She is holding with both hands what seems to be

22  body armor, black in color, worn over what seems to be a

23  black pullover shirt and then a black hat.  Normally we call

24  that a floppy hat, black in color.

25     Q    Thank you.

4322

1           And if we could turn, Ms. Rouhi, to Government's

2     Exhibit 9952.

3           What kind of attire were you looking for based on

4     these photographs when you entered Ms. Steele's residence?

5     A     We were looking for any items that would match or

6     resemble what she was wearing in this photo, so the khaki

7     pants, black shoes, a pullover or a shirt saying

8     "Oath Keepers," and a black hat and black gloves.

9     Q     Now, Agent Kuylen, were you able, at the time of

10    this search warrant on February 17th, 2021, to find all of

11    the clothing Ms. Steele was wearing?

12    A     No.

13    Q     What, if anything, were you not able to find?

14    A     Particularly the black hat and the Oath Keepers

15    pullover or shirt, we were not able to find those.

16    Q     For the record, are you identifying, when you

17    describe those articles of clothing, are you talking about

18    the hat here on the left on Ms. Steele's head and this

19    particular shirt here on the left?

20    A     Correct.

21    Q     Thank you.

22          Let's talk generally about the search process on

23    February 17th.

24          Can you describe for the jury how many people from

25    the FBI were part of this search?

1        A     From what I can recall, there was approximately

2   seven or eight of us from the Charlotte division, mostly

3   from the Greensboro resident agency, myself-included.

4        All of us, because of the nature of this case,

5   were armed personnel, so either special agents or task force

6   officers assigned to our area.

7        Q     And about -- well, what kinds of different roles

8   did some of those agents and TFOs play during the search?

9        A     Generally speaking, it was broken down into search

10  personnel and interviewing personnel.  Those involved in the

11  search, including myself, we took photographs, documented

12  the scene with a sketch.  We assigned searchers, so people

13  who would literally search every room in the house in pairs

14  for the integrity of the process.

15       Q     Why pairs?

16       A     We always say it's better to have two sets of eyes

17  than one.  And also when an item is found, we have what we

18  call a person who found it or located the item, and then a

19  person who witnessed that item being located in that room.

20       Q     And if you recall, about how long did the search

21  process go on February 17th?

22       A     Generally speaking, if I recall, it was about

23  three hours.

24       Q     And about what time did you start?

25       A     I want to say it was around 6:30, 7:00 in the

1    morning.

2        Q    Can you describe for the jury the residence that

3    you searched for those three hours?

4        A    Yeah, so the house was located in Thomasville,

5    North Carolina.  Generally speaking, a semi rural area.  The

6    house is a single-family home, three stories.  The bottom

7    floor, we can call it a basement, that was a storage shop

8    area, not connected inside to the house, only through the

9    outside.

10            The main floor of the house had two or three

11   bedrooms, kitchen, living room, and then the upstairs had

12   another bedroom and a family room.

13       Q    And then, well, what about around the house on the

14   property?

15       A    So around the house, the lot, if I'm not mistaken,

16   was just over an acre in size, had two sheds in the

17   backyard, and near the two sheds for storage, there was a

18   fire pit.

19       Q    And did you search everything that you've just

20   described for the jury?

21       A    Yes, we did.

22            MR. EDWARDS:  Ms. Rouhi, can we please open for

23   the agent Government's Exhibit 9950 binder.

24   BY MR. EDWARDS:

25       Q    If we could leaf through a couple of these,

```
 1    Agent Kuylen.  Have you taken the time to review Exhibit
 2    9950 in preparation for your testimony?
 3         A    I did.
 4         Q    Generally, what is included in 9950?
 5         A    These are photos that I personally took either
 6    during the entry of the search or during the course of the
 7    search.
 8         Q    Thank you.
 9              Now, Agent --
10              Or, Ms. Rouhi --
11              Well, do they depict fair and accurate
12    representations of the photographs you took that day on
13    February 17th?
14         A    Correct.
15              MR. EDWARDS:  At this time, we'd move to admit
16    Government's Exhibit 9950.
17              MR. COOPER:  Objection.
18              THE COURT:  Basis?
19              MR. COOPER:  Relevance.  These are random -- May
20    I?
21              (Bench conference)
22              MR. COOPER:  These are random photographs of
23    Ms. Steele's House.  They don't have any probative value at
24    all.
25              MR. EDWARDS:  Your Honor, we're attempting to show
```

```
1    the thoroughness of the search to show -- we won't go

2    through all 40, but this is an opportunity for Agent Kuylen

3    to explain what they did during the search and to show that

4    they searched every nook and cranny of the house.

5              MR. COOPER:  I think the agent can do that quite

6    well without just going through just random photographs of

7    Ms. Steele's house.  They just have no probative value at

8    all.

9              THE COURT:  Well, I'll disagree.  I do think they

10   have probative value.  I mean the jury can see what the

11   house looks like and he can explain what areas of the house

12   they searched and the jury can draw determinations about the

13   thoroughness of the FBI's search and what that means about

14   their inability to find a couple items of clothing, so I'll

15   overrule the objection.

16             MR. EDWARDS:  Okay.  Thank you.

17             MR. COOPER:  But, Your Honor, the point is that

18   nothing was found at all.  So I just don't understand what

19   the point of this is.  I mean, if something was found, then

20   fine, but...

21             THE COURT:  The point is -- the point is if the

22   government wants to establish that the search was thorough,

23   they can use photographs to establish the rooms they

24   searched, and they're not going to go through all 40 of

25   them, but some number of them is appropriate, okay?
```

4327

1              MR. COOPER:  Very well.

2              (Open court)

3              MR. EDWARDS:  May I proceed, Your Honor?

4              THE COURT:  You may.

5              The objection is overruled.

6              MR. EDWARDS:  For the record, we move now to admit

7    the individual components of 9950, which include 9950.1

8    through 9950.40.

9              THE COURT:  They will be admitted.

10             MR. EDWARDS:  Thank you.

11                       (Government's Exhibit 9950.1 thru 9950.40
                                    received into evidence.)
12

13   BY MR. EDWARDS:

14        Q    Agent Kuylen, we won't go through all of these but

15   I'd like to show a couple photographs that you took on

16   February 17th.

17             Ms. Rouhi, if we could start with 9950.2.

18             If we could publish to the jury.

19             Agent Kuylen, can you just describe what we're

20   looking at here in 9950.2?

21        A    Yes, this is the photograph of the front of 249

22   New Castle Road in Thomasville, North Carolina.

23        Q    And this is the residence the FBI team searched

24   that day?

25        A    Yes, sir.

4328

1     Q     Can we go to the next, .3, Ms. Rouhi.

2           If we could continue to describe what the FBI

3     searched on February 17th.

4     A     Yes, this is the same residence that we searched

5     on that day.

6           The left-hand side of the house, the parking apron

7     with several vehicles on it.

8     Q     Did the FBI also search some of the vehicles that

9     were at the property that day?

10    A     We searched two of the vehicles, yes.

11    Q     And if we could go to .4, Ms. Rouhi.

12          And, Agent Kuylen, what's the jury looking at here

13    in .4?

14    A     This is a rear perspective of the same residence,

15    including the entry under the deck to that storage area that

16    I talked about earlier.

17    Q     And when -- is it safe to assume, Agent Kuylen,

18    that when we look at either -- any of the floors on this

19    house or the entryways, that the FBI searched that area?

20    A     Yes, we did.

21    Q     If it we could go to .5, Ms. Rouhi.

22          Agent Kuylen, is this the front area of the house?

23    A     Correct, this is the inside of the front area of

24    the house.  That's the front door looking from the inside.

25    Q     Can you describe generally, when the FBI enters a

1    hallway, for example, that day on February 17th, what does

2    the search look like, what do you all do?

3        A    So, generally speaking, as you can see, there's,

4    on the right-hand side of the photo, there's a letter A.  We

5    placed that as a placard for the room so we mark each room,

6    and then we look at every area of that hallway in this case,

7    see if there's any closets, we searched the closets top to

8    bottom.  Then we go into the next area.

9        Q    Just for the record, when you say the placard with

10   an A, are you talking about here in the center right of the

11   photograph?

12       A    Correct.

13       Q    On the wall?  Thank you.

14            Ms. Rouhi if we could go to .6, please, 9950.6.

15            Is this another area on that first floor?

16       A    Yes, sir, that's the dining room of the house.

17       Q    Now, apart from a hallway, Agent Kuylen, what did

18   the FBI do when they searched an actual living space?

19       A    Again, we photograph, first of all.  We photograph

20   everything as it was found initially, any items in place,

21   and then we search any contents within that room top to

22   bottom, inside and out as we call it.

23       Q    Ms. Rouhi, if we could go to 9950.9.

24            Agent Kuylen, did the FBI also search the bedrooms

25   of the house?

1     A    Yes, we did.

2     Q    Can you describe that process for the jury?

3     A    Yes.

4          So for a bedroom is similar in principle, where

5     you go document everything accordingly initially with

6     photos.

7          And then in the case of a bedroom, if there's a

8     bed, as it is the case here, removal of the bedding, we lift

9     the mattress, we look under the bed, we look in the

10    nightstand, so on, so forth.

11    Q    Now, Ms. Rouhi, could we please go to .11.

12         Earlier you said you searched the living closets

13    on the first floor.  Did the FBI also do the same on the

14    second floor?

15    A    Yes, sir, we did.

16    Q    Can you describe that process generally for the

17    jury?

18    A    Yes.

19         So it doesn't matter which floor of the house, the

20    room with the closet might be in, we go into that space and

21    thoroughly search every item within that space.

22         In this case, as you can see, several items of

23    clothing.  We take every item of clothing off the rack and

24    we pat-down or search in the pockets of each item of

25    clothing.

1    Q    Now, Ms. Rouhi --

2         Or, Agent Kuylen, did the FBI engage in that

3    process for the other bedrooms and closets throughout the

4    house?

5    A    Every space in the house is searched accordingly.

6         MR. EDWARDS:  Ms. Rouhi, can we please turn to

7    9950.24.

8    BY MR. EDWARDS:

9    Q    And Agent Kuylen, what does this photograph

10   depict?

11   A    This is a photograph of the basement space that

12   I've referred to earlier that's under the house that you can

13   access through the backyard under the deck of the house.

14   Q    And can you describe for the jury the FBI's

15   process of searching this area of the house?

16   A    Yes.

17        This one took a little bit longer.  Obviously,

18   there's a lot of items, miscellaneous items in this area,

19   and it encompassed the entire length of the house pretty

20   much.

21        So we went in there, we photographed every space

22   in here first, and then we searched every item contained

23   within the space.

24        MR. EDWARDS:  Ms. Rouhi, if we could turn to

25   9950.26.

1    BY MR. EDWARDS:

2        Q    Moving out of the house, Agent Kuylen, can you

3    describe for the jury what .26 is depicting?

4        A    Yes.

5             These are the two sheds that I mentioned earlier,

6    storage sheds that were on the back left corner of the yard

7    and the house.

8        Q    And can you describe the process that the FBI

9    underwent in searching these two areas of the house?

10       A    Yes.

11            So for each of these sheds, we removed every item

12   in the shed.  And if there was any storage containers, as

13   you can see on the shed on the right, we opened those

14   containers and searched every piece of -- or any item within

15   those containers as well.

16       Q    Thank you.

17            MR. EDWARDS:  Ms. Rouhi, if we could please turn

18   now to 9950.29.

19   BY MR. EDWARDS:

20       Q    And does this appear to be one of the vehicles

21   that the FBI searched?

22       A    It is.

23       Q    Can you describe the process of searching a

24   vehicle to the jury?

25       A    Yes.

1           So a vehicle in this case was marked with a "room

2   number," in other words, another area to search.

3           Vehicles in particular, we take it one section at

4   a time, via the driver's seat, the front passenger seat, or

5   the rear passenger area.  We take those one area at a time,

6   and we go top to bottom, left to right.

7           We look in compartments, we look in door pockets,

8   and we document everything appropriately just like with

9   inside the house, photograph, and map the area.

10          MR. EDWARDS:  Now, Ms. Rouhi, can we please turn

11  to 9950.31.

12  BY MR. EDWARDS:

13      Q    Stepping way from some of the areas around the

14  property, Agent Kuylen, can you describe what .31 shows?

15      A    Yes.

16          So at this point of the search process, we then --

17  after doing the entry photos, we hone in on searching,

18  physically searching.  When an item is found that is of

19  interest, we marked it with a placard here as you see on

20  No. 1 of this item.  This is considered to be an item of

21  evidence.  We photograph it.  We document it in the evidence

22  collection log.

23          And then after that, we seize it, lift it, package

24  it, put into evidence.

25          And here in this case is a battery pack that we

4334

1    thought might be a walkie-talkie from the photos of

2    Laura Steele at the U.S. Capitol.

3         Q    And can we please turn to 9950.34.

4              And, Agent Kuylen, what does 9950.34 depict?

5         A    So these are two khaki pants.  As the -- under the

6    warrant, we're allowed to look for such items and seize such

7    items.

8              These two pairs of pants were found within the

9    master bedroom, so in the closet where Laura Steele property

10   or clothing were.

11        Q    And did they at least appear consistent with what

12   Ms. Steele is wearing based on the photographs that you

13   reviewed beforehand?

14        A    Correct.

15             MR. EDWARDS:  Can we go with 9950.35, please,

16   Ms. Rouhi.

17   BY MR. EDWARDS:

18        Q    And again, Agent Kuylen, can you describe for the

19   jury what this photograph depicts?

20        A    Yes.  These are three pairs of black shoes,

21   women's shoes, that were found in the sub declass where

22   Laura Steele's clothing were.

23        Q    And, again, why photograph the black sneakers?

24        A    If you refer back to the photo that we saw earlier

25   of Laura Steele at the Capitol, we could see that she was

1    wearing black shoes.  So this would be of interest to the

2    search.

3              MR. COOPER:  I'm going to object to this,

4    Your Honor.

5              (Bench conference)

6              MR. COOPER:  I'm not sure I understand the

7    probative value of just random khaki pants and random black

8    shoes without any foundational basis that they are similar

9    to something that's in a photograph they showed earlier.

10   I can't think of anything more generic than black shoes.

11             MR. EDWARDS:  Well, I would actually tend to

12   agree.  But the point of this is they found three pairs of

13   black shoes that appear to be consistent with what the FBI

14   found as they compared it to the photographs of what

15   Ms. Steele was wearing on January 6th.

16             So this is to show that there are some items they

17   were able to find that appeared consistent.  There were

18   other items that they were not able to find.

19             MR. COOPER:  I take the point, but I just can't

20   think of anything more generic than just black shoes.

21   I mean, how many pairs of black shoes do any of us have in

22   our closet.  And to the extent that the government is trying

23   to make something out of a pair of black shoes without

24   anything more than to identify them from the photograph,

25   I think -- I just think is, quite frankly, just wasting the

4336

```
1    jury's time.  It doesn't have any probative value, period.
2              THE COURT:  Well, look, I mean, it's got some
3    probative value, and I don't think it's unduly prejudicial.
4    It's not wasting anybody's time.  We're going to spend a few
5    minutes on this and move on.
6              It's hardly, you know, the most damning evidence
7    we've seen, so it is what it is.
8              Let's go ahead.
9              (Open court)
10             THE COURT:  Objection is overruled.
11             MR. EDWARDS:  Thank you, Your Honor.
12             Ms. Rouhi, may we please now turn to 99 --
13   BY MR. EDWARDS:
14   Q    Well, first of all, Agent Kuylen, were you able
15   to -- in looking at the particular kinds of clothing, were
16   you constantly comparing back to the photographs that you
17   reviewed of Ms. Steele from January 6th?
18   A    Yes, we did.
19   Q    Now, Ms. Rouhi, can we turn to 9950.37.
20             And stepping outside of the house, Agent Kuylen,
21   can you describe -- earlier you testified that there was a
22   fire pit.  Can you describe that fire pit to the jury?
23   A    Yes.
24             So this is a fire pit area that was located in the
25   backyard of the house with items that had been obviously
```

1   burned throughout, as well as some other items that were

2   just laying around the fire pit area.

3        Q    And where in proximity to the house was this fire

4   pit?

5        A    I would say it was closer to the shed, to the

6   storage sheds, which you can see in the background of the

7   photo, than to the house.

8        Q    Can you describe -- just because sometimes it's

9   tough on a photograph, can you describe the general size of

10  the fire pit or the pile of ashes here for the jury?

11       A    Yeah, this fire pit must have been 6 to 7 feet

12  across in size.

13       Q    And about how high?

14       A    It wasn't very high at all.  It was down to ground

15  level.  It actually was dug into the ground somewhat.

16       Q    Now, can you describe the state of some of the

17  items that were found in the fire pit based on this

18  photograph?

19       A    Yes.

20            As it's seen here in the photo, most of the

21  contents in the fire pit were burned through.  There was

22  some remnants of some items and some other items that are

23  sitting on top, looks like waiting to be burned later.

24       Q    Now, did the FBI take the time to look at some of

25  the items that were found in the fire pit?

4338

1      A    Yes.  We had two people, two of our agents, search

2   that area.

3           MR. EDWARDS:  Ms. Rouhi, can we turn to 9950.40,

4   please.

5   BY MR. EDWARDS:

6      Q    Agent Kuylen, can you describe what's depicted in

7   9950.40?

8           MR. COOPER:  Objection.

9      A    Yeah, this is a --

10          MR. EDWARDS:  Hold on, sorry.

11          MR. COOPER:  Objection.

12          THE COURT:  Bench.

13          (Bench conference)

14          MR. COOPER:  Your Honor, Ms. Steele is not alleged

15   anywhere in this indictment to have anything to do with

16   firearms.  I'm not sure what the probative value of this is.

17   This is purely prejudicial.

18          THE COURT:  I've got to tell you, Mr. Cooper,

19   you've seen this slide deck, and it would have been nice for

20   you to raise this before the entirety of it was admitted now

21   that the jury has seen it.

22          MR. COOPER:  Well, I didn't know exactly what the

23   government was going to use.  I mean --

24          THE COURT:  Well, we admitted 40 photographs.  If

25   you have issues with one of them like this one, it would

4339

1   have been nice to have known that.

2           Hang on for a second.

3           In any event, go ahead.  I mean, she wasn't

4   charged -- you're right, she's not charged with anything

5   related to firearms.

6           MR. EDWARDS:  She's not, though she is charged

7   with destruction of evidence using a fire pit, and so

8   because of the nature of the firearms in this case and the

9   nature of the use of firearms by many of the

10  co-conspirators -- now, this part is not in evidence -- but

11  including Ms. Steele on the day of January 6th, that the

12  government submits that it's its prerogative to show that

13  she burnt certain items in this fire pit.

14          THE COURT:  Well -- but there's no evidence that

15  she brought anything.

16          MR. EDWARDS:  Correct, but there is evidence that

17  the co-conspirators used firearms and brought them from

18  across the country, and so it's -- the government submits

19  it's showing that one of the items in this fire pit that was

20  burned is a firearm.  It's relevant to showing that she

21  burned various items in this fire pit.

22          The government's argument later will be that you

23  could see that they burned items, including firearms, not

24  just trash.

25          MR. COOPER:  Your Honor, Ms. Steele, there's

1   nothing in this trial so far to connect Ms. Steele to

2   anything to do with firearms.  There is no connection to --

3   with the hotel in Ballston.  There is no --

4           THE COURT:  Hang on, hand on.  Here's the problem

5   with the government's theory, which is that if this is the

6   basis for the destruction of evidence, there's got to be

7   some basis to think that this is evidence.

8           And I don't know why she burned a firearm; maybe

9   it was in connection with January 6th, maybe it wasn't.  But

10  there hasn't been a single bead of testimony that she

11  herself brought a firearm, and you're asking the jury to

12  speculate that she did based upon there being a burnt

13  firearm in a burn pit.

14          And when was this search conducted?

15          MR. EDWARDS:  February 17th.

16          THE COURT:  So a year later.

17          MR. EDWARDS:  No, one month later, sorry, 2021.

18          THE COURT:  2021.

19          MR. EDWARDS:  Right.  And so the -- look,

20  two points from the government at least here.  One is,

21  having owned many fire pits growing up where I grew up, many

22  times we would use them for trash.

23          What we're attempting to show the jury is that

24  Ms. Steele and her family did not just use this fire pit for

25  trash, they used it for other items, because the government

```
1    will later argue that what she's charged with is burning
2    clothes.  So that's one.
3            Two, there is another witness that will come in
4    and show some of Ms. Steele's statements showing her
5    consciousness of guilt and knowing that she needed to hide,
6    essentially, after January 6th.  And so showing that
7    Ms. Steele was conscious of the fact that she needed to hide
8    and that she used this fire pit for things that are not just
9    cardboard boxes is relevant to the government's charge that
10   she used that fire pit in particular to delete or destroy
11   evidence from January 6th.
12           THE COURT:  Okay.
13           MS. HALLER:  Your Honor, I'm sorry to interrupt
14   again, but I think the jury can see the photo from the
15   computers.
16           THE COURT:  No, it's been taken down.
17           MS. HALLER:  Not over here.
18           THE COURT:  Well, that's because you can see
19   photos that they can't.
20           MS. HALLER:  I'm sorry, but it's on the government
21   counsel's computers, which is facing the jury and they've
22   been looking over there.
23           THE COURT:  Okay.  Can I focus on what I need to
24   focus on here for a moment, Ms. Haller?
25           Look, I'm going to exclude it.  There's absolutely
```

 1   no evidence that Ms. Steele brought a weapon with her to

 2   Washington, D.C. or the outskirts of Washington, D.C.  It's

 3   true that other co-defendants did, but there's been no

 4   evidence that she did, there's no suggestion she's on any

 5   kind of chat in which people were discussing firearms.

 6          You know, the photograph is not only causing the

 7   jury -- would prompt the jury to speculate about why she had

 8   a firearm that was being burnt and that maybe she brought

 9   one to D.C. when there's no basis for such speculation.  And

10   given the fact that she's burning a firearm, it seems to me

11   highly, no pun intended, inflammatory, and I do think could

12   prejudice the jury unfavorably in a way that is not -- that

13   is unduly prejudicial, so I'll exclude the photograph.

14          MR. EDWARDS:  And respectfully, Your Honor, one

15   additional point that I failed to mention was that there is

16   evidence that Ms. Steele traveled with her brother,

17   Mr. Young.  We have shown messages from Mr. Young to the

18   "OK FL Hangout" chat that included -- he was included in a

19   group thread that included discussion of the QRF and

20   firearms.

21          THE COURT:  Look, I guess the bottom line is, if

22   there was some evidentiary foundation that either Ms. Steele

23   or Mr. Young brought a weapon to Washington, D.C. and that

24   Ms. Steele or Mr. Young -- well, we know Ms. Steele had

25   access to the fire pit, it's not clear to me that Mr. Young

 1   did.  So, you know, the links in the chain that are

 2   necessary to make this thing relevant are just absent at

 3   this point.

 4               MR. EDWARDS:  Yes, Your Honor.

 5               THE COURT:  All right.  Thank you.

 6               (Open court)

 7               THE COURT:  Ladies and gentlemen, so that was

 8   9950.40.  The objection will be sustained.  To the extent

 9   that was something that was shown to you all, it will be

10   stricken from the record and you all should ignore it and

11   put it out of your minds.

12               Go ahead.

13               MR. EDWARDS:  Thank you, Your Honor.

14   BY MR. EDWARDS:

15   Q    Agent Kuylen, can you describe the end of the

16   search warrant process after having searched through the

17   fire pit?

18   A    Yes.

19               So after the search has been completed, we assess

20   that any items of evidence allowed under the warrant have

21   been collected, have been documented, and have been put in

22   our possession.

23               Then we go ahead and finalize by taking exit

24   photos.  So we take photos of how the residence is left in

25   this case.

1          Then we go ahead and assign -- or draft a receipt

2    for property for the occupants of the residence.  In this

3    case, Ms. Steele's husband was there.

4          We executed the receipt with him and we left a

5    copy of the warrant, and then we vacated the residence.

6      Q    And having gone through that three-hour process,

7    Agent Kuylen, at the end of the day, was the FBI able to

8    recover from Ms. Steele's residence the black floppy hat in

9    the photographs from January 6th?

10     A    No.

11     Q    Was the FBI able to recover from her residence the

12   black and yellow Oath Keepers shirt that it appeared she was

13   wearing on January 6th?

14     A    No.

15          MR. EDWARDS:  Thank you, Your Honor.  No further

16   questions.

17          THE COURT:  Okay.  Mr. Cooper.

18          MR. COOPER:  Nothing, Your Honor.  Thank you.

19          THE COURT:  Okay.

20          MR. BRENNWALD:  Thank you, Your Honor.

21          Can we pull up 9951, please.

22

23

24

25

```
 1                         -  -  -

 2                    CROSS-EXAMINATION

 3   BY MR. BRENNWALD:

 4        Q    Good morning, Former Special Agent.

 5        A    Good morning, sir.

 6        Q    I represent Bennie Parker.

 7             I just want to make sure for the jury's sake that

 8   we're not confused.

 9             The person to the right there, do you know his

10   name?

11        A    No, sir.

12        Q    Okay.

13             Do you know if that's Bennie Parker?

14        A    I'm sorry?

15        Q    Do you know if that's Bennie Parker?

16        A    I don't know, sir.

17        Q    You don't know who that is?

18        A    No.

19        Q    Okay.

20             I will try to work out a stipulation.

21             THE COURT:  Okay.

22             MR. BRENNWALD:  Thank you.

23             MR. MACHADO:  No questions on behalf of

24   Sandra Parker.

25             THE COURT:  Okay.
```

4346

```
 1              MR. ROSSI:  No questions.

 2              THE COURT:  All right.

 3              Any redirect?

 4              MR. EDWARDS:  No, Your Honor.

 5              THE COURT:  Okay.

 6              Special Agent Kuylen, thank you very much for your

 7    testimony and your time.

 8              All right.  Is the government ready with its next

 9    witness?

10              MR. EDWARDS:  At this time, the government calls

11    Metropolitan Police Department Officer Anthony Jackson.

12              COURTROOM DEPUTY:  Please raise your right hand.

13              (Witness is placed under oath.)

14              COURTROOM DEPUTY:  Thank you.

15                            - - -

16    ANTHONY JACKSON, WITNESS FOR THE GOVERNMENT, SWORN

17                      DIRECT EXAMINATION

18                            - - -

19              THE COURT:  All right.  Officer Jackson, welcome.

20    BY MR. EDWARDS:

21        Q    Good morning.

22        A    Good morning, sir.

23        Q    How are you?

24        A    Doing good.  How are you with doing.

25        Q    Good.
```

1          Can you please state in a loud, clear voice, your

2    name and introduce yourself to the jury.

3          A    My name is Anthony Jackson.

4          Q    And can you please spell your last frame for the

5    record?

6          A    Jackson, J-a-c-k-s-o-n.

7          Q    Thank you.

8               Officer Jackson, where are you employed?

9          A    Metropolitan Police Department, Fifth District.

10         Q    Fifth District?

11         A    Yes, sir.

12         Q    And does that, is that the police department for

13   Washington, D.C.?

14         A    Yes, it is.

15         Q    Before you began at the Metropolitan Police

16   Department, did you attend school?

17         A    I did.

18         Q    Where?

19         A    I started out at Georgia State, played basketball,

20   came home and finished my schooling.

21         Q    And what did you -- generally, what did you study?

22         A    Criminal justice.

23         Q    Did you -- when you came back home to D.C.,

24   did you later join the police cadet program?

25         A    Yes, I sir, I did.

1     Q    Can you describe for jury what is the police cadet

2  program?

3     A    The cadet program, you start out, 18 to 25 years

4  old, you go through the process that teach you D.C. law,

5  D.C. Code, certain things like getting you in shape for the

6  actual academy.  And it's for all D.C. residents if you

7  graduated from D.C. high school.

8     Q    And how did you learn about that program?

9     A    My father.

10    Q    What did your father do?

11    A    He was an MPD officer.

12    Q    Part of the family?

13    A    Uh-huh.

14    Q    Did you eventually do the same after the cadet

15  program?  Did you join MPD right after?

16    A    Yes, I did.

17    Q    And how long have you been working with the

18  Metropolitan Police Department?

19    A    This will be my fourth year.

20    Q    Where all have you been in assigned in your four

21  years with MPD?

22    A    All four years I've been at 5D.

23    Q    Were you working on January 6th, 2021?

24    A    Yes, I was.

25    Q    What was your role with MPD on January 6th, 2021?

1       A    On January 6th, I was assigned to the Fifth

2   District CDU 51 so to respond to civil disturbance

3   activities in D.C.

4       Q    So you said you were CDU 51.  Can you take some

5   time and describe what does that mean.

6       A    So CDU, all CDU basically, whenever something in

7   D.C. that's First Amendment activity that can become a

8   rioter site, we activate CDU from all seven drink and they

9   all have four platoons.  On that particular day, I was 51.

10      Q    And so what do you do as a CDU officer?

11      A    You respond to First Amendment activities like

12  riots, protests, peaceful and non-peaceful.

13      Q    And what kind of gear do you normally wear as a

14  CDU officer?

15      A    For a CDU, they give us a gas mask, ballistic

16  helmet, ballistic vest, an ASP baton.  It's bigger than the

17  regular police baton.  It's about this big (indicating), and

18  you take that wherever you go for that day.

19      Q    On January 6th, 2021, what deployment was that for

20  you as a CDU officer?

21      A    That was my first one ever.

22      Q    Let's talk about that first deployment.

23           When -- what time of day did you report for duty

24  on January 6th?

25      A    At 1300 hours.

4350

1      Q    And is that military time?

2      A    Yes, sir, so that's -- regular time that's 1:00

3  p.m.

4      Q    Where did you go?

5      A    I responded to 5D to get loaded up in the vans.

6      Q    And what do you mean?  Can you describe that

7  process?

8      A    Sure.

9           So every day on that platoon for that deployment,

10  we got there at 1:00.  CDU 51 had 28 officers and it was

11  four vans, so we all split up into seven.  So it's four

12  squads of seven.  I was in CDU 51 squad No. 1.  So I was the

13  first one to get to the Capitol on January 6th.

14      Q    And when you say load up in the vans, can you

15  describe what is it you saw when you reported to the police

16  department that day?

17      A    Oh.  So January 6th was a lot different.

18           So that deployment had started maybe like two or

19  three days previous.  The first three days, that deployment

20  were fairly smooth, you know, we had time to actually get

21  ready to go out.

22           On January 6th, I usually get there early, like

23  12:30.  When I got there, I basically had no time to get

24  ready.  It was like you need to hurry up to get where you

25  need to get, get your staff, it's time to roll.  It was

```
 1    hectic, to say the least.
 2         Q    And did you have all of your gear in your locker?
 3         A    I did not.
 4         Q    What did you do?
 5         A    So I had took my gas mask, it was in my personal
 6    vehicle.  So I had to run from the station all the way back
 7    to my personal car to get my gas mask and then run back to
 8    the van and jump in and go.
 9         Q    And did you forget anything?
10         A    My BWC.
11         Q    What's BWC?
12         A    My body-worn camera.
13         Q    Can you describe briefly for the jury what a
14    body-worn camera is and how it works?
15         A    Right.
16              So a body-worn camera, every officer has them in
17    D.C.  They're used to record our interactions with the
18    public.  They have audio and visual.
19         Q    So where do you normally wear it?
20         A    Right in middle of your chest.
21         Q    And when you grabbed the rest of your gear,
22    though, where did you jump?
23         A    Oh, I totally forgot my camera.
24              So when I grabbed my stuff, because I was in a
25    serious rush, I just grabbed everything that I could
```

1    remember, and I ran in the van.

2         Q    And who else was with you when you jumped in the

3    van?

4         A    It was me and seven other officer.

5         Q    Where did you go?

6         A    We responded to the Capitol.

7         Q    The Capitol Building itself?

8         A    Yes, sir.

9         Q    Can you describe, if you recall, the scene outside

10   the Capitol Building when you approached?

11        A    Crazy.  Ridiculous.

12             When I got there, we were on the west side of the

13   building.  Before I got out of the van, you could see, from

14   down the street, thousands of people in the front yard of

15   the Capitol.

16             I couldn't hear what they were saying at first.

17   We opened up the van, and they were like telling us, don't

18   go in.  I'm ordering you not to go in because I pay your

19   salary.  It was just very hectic.

20        Q    Now, do you remember how you entered the building?

21        A    We went through the west -- the west entrance, the

22   western doors.

23        Q    And when you entered inside the -- well, first,

24   I want to talk to you about two areas only in the Capitol.

25             So, first, on the Senate side, can you just

1   describe when you entered the building, what you saw?

2       A    When I got into the building, the first thing I

3   noticed was the smell.  It smelled like marijuana.

4            Some of the statues already had blood on them.  It

5   was very intense, to say the least.

6            When I got to the actual hallway, we were

7   confronted with like a group of 20 people.  They had gas

8   masks on, prepared to fight us or to get through us any way

9   that they saw fit.

10      Q    Did you see -- well, did you have any superiors

11  there with you when you were in that hallway?

12      A    I did.

13      Q    Did your superiors tell you anything?

14      A    No, not at the time.

15      Q    Okay.

16           Did you receive any instructions when you stopped

17  at some point in that hallway?

18      A    We did.

19      Q    What instructions were you given?

20      A    We were instructed not to let the crowd get past

21  us.

22      Q    And did you, at some point, learn what was behind

23  you?

24      A    Later that day, I did learn that behind me were

25  U.S. Senators.

1    Q    Now, when you received that instruction, what did

2    you do, and what did you and your platoon do?

3    A    Once they told us not to let anyone pass, for a

4    moment, the rioters, they were just saying things to us,

5    they didn't rush us at that point.

6         So we waited for the signal from our officials to

7    push them backwards.  And once we got the signal to push

8    them back, we began to push them back.

9         MR. EDWARDS:  Now, at this time, Your Honor, we'd

10   move to admit, subject to prior discussions, and subject to

11   stipulation between the parties, Government's Exhibit 8000.2

12   and 8002.

13        MS. HALLER:  So, excuse me, Your Honor, subject to

14   the same objections previously raised.

15        THE COURT:  Okay.  They'll be admitted subject to

16   the prior discussions.

17        MR. EDWARDS:  Thank you.

18                        (Government's Exhibit 8000.2 and 8002
                                      received into evidence.)
19

20        MR. EDWARDS:  Ms. Rouhi, if we could pull up

21   8000.2, please, and just play the first five seconds for

22   agents Jackson here, just the first couple seconds.  And

23   pause here, please.

24   BY MR. EDWARDS:

25        Q    Agent Jackson, generally, have you reviewed

1    Government's 8000.2?

2        A    I have.

3        Q    And what is it?

4        A    This is body-worn camera footage from January 6th.

5        Q    And is this body-worn camera footage from -- well,

6    is it from yours?

7        A    No, sir.

8        Q    Is it from one of your platoon members in that

9    hallway?

10       A    Yes, sir.

11       Q    If we could jump to 1 minute, please.

12            Thank you, Ms. Rouhi.

13            And before we play forward from 1 minute,

14   Agent Jackson, are you in this hallway at about this time,

15   2:44 p.m.?

16       A    I am, yes, sir.

17       Q    And generally on body-worn camera, if you can

18   remind the jury, is there a timestamp on here?

19       A    Yes, it is.

20       Q    And is that up here in this upper right corner?

21       A    That's correct.

22       Q    Is it in military time like the military time you

23   used a second ago?

24       A    Yes, sir, it is.

25       Q    Okay.

1          MR. EDWARDS:  Now, Ms. Rouhi, if we could play

2    from 1 minute to 1 minute 34 seconds, please.

3          In fact, before you hit play there, if we could

4    check the audio is working.

5    BY MR. EDWARDS:

6    Q    While we do that, Agent Jackson, is this the group

7    of rioters that you described a second ago that was in front

8    of the police officers?

9    A    Yes, sir.

10   Q    Okay.

11         And so where are you generally in relation to this

12   camera?

13   A    I mean, it's somewhere.  I should be in the front

14   somewhere.

15   Q    Okay.

16         Now, if we could play -- and I'll tell you some

17   seconds.  If we could play forward from 1 minute to 1 minute

18   34 seconds.

19         (Video played)

20         MR. EDWARDS:  If we could pause there, Ms. Rouhi,

21   before the video ends.

22   BY MR. EDWARDS:

23   Q    Officer Jackson, I want to ask you a couple

24   questions about this.

25         Generally, did you start here at the precipice of

1    this hallway here, this entrance, when you confronted the

2    line of rioters?

3         A    Yes, sir.

4         Q    And for the record, I'm just circling the entrance

5    here to this hallway.

6              At some point -- well, first, let me ask you.  Is

7    this the only row of rioters, or are there more behind them?

8         A    There's more behind them.

9         Q    And at some point, does that crowd of rioters push

10   your officers backwards?

11        A    They do.

12             MS. HALLER:  Objection; form.

13             THE COURT:  Sustained.  Just rephrase the

14   question, please.

15   BY MR. EDWARDS:

16        Q    At some point during this interaction with the

17   rioters, where do you, as the officers, where do your group

18   of officers end up?

19        A    We end up further to the rear because it's closer

20   to the Senators.

21        Q    Closer to the Senators?

22        A    Further from where we started at.

23        Q    Now, describe generally at this point at

24   2:45 p.m., around that time, what is your objective in this

25   hallway?

4358

1        A     To remove these individuals from the hallway.

2              MR. EDWARDS:  Ms. Rouhi, if we could open

3    Government's Exhibit 8002, please.

4    BY MR. EDWARDS:

5        Q     Officer Jackson, are there other body-worn camera

6    angles from other platoon members in this hallway?

7        A     Yes, there are.

8              MR. EDWARDS:  And, Ms. Rouhi, if we could play

9    Government's Exhibit 8002 to the 20-second mark, please.

10             (Video played)

11   BY MR. EDWARDS:

12       Q     Now, Officer Jackson, at what -- can you describe

13   some of the tactics your platoon used to stop the rioters

14   from moving forward down that Senate hallway?

15       A     Yes, I can.

16             So one tactic we used, we lined up, basically a

17   fence method, side by side, and then behind us, the person

18   behind you grabs the back of your vest so that you know

19   they're back there and to give you support for when it's

20   time to start pushing them.

21       Q     And is that something that you trained on, using

22   hand -- using your hands to communicate with one another?

23       A     Yes.

24             MR. EDWARDS:  Ms. Rouhi, if we could play to

25   1 minute and 50 seconds, please.

1          (Video played)

2     BY MR. EDWARDS:

3          Q     If we could pause here at 35 seconds.

4                Officer Jackson, is this an example of what you

5     were just describing here?  I'm circling his hand on the

6     left.

7          A     Yes, it is.

8          Q     And can we play it forward, please.  Thank you.

9                (Video played)

10               MR. EDWARDS:  If we could pause here, Ms. Rouhi,

11    thank you, at 1 minute 55 seconds.

12    BY MR. EDWARDS:

13         Q     Entering the 2:46 time frame, Officer Jackson,

14    were you able to hear what the rioters were chanting?

15         A     Yes, sir.

16         Q     What was it?

17         A     "Whose House?  Our House."

18         Q     Now, did you always stay in the front of this

19    formation?

20         A     No, I didn't.

21         Q     Can you describe for the jury what your tactics

22    were while in this hallway?

23         A     Right.

24               So some of us that started in the front, it was

25    very taxing, very heavy.  So we would -- every once in a

```
1   while, we would switch out.  The ones that are in the back

2   that were doing support would move to the front, to, you

3   know, push them.  And we did that until we succeeded.

4           MR. EDWARDS:  Now, if we could play it forward to

5   3 minutes, please, Ms. Rouhi.

6           (Video played)

7   BY MR. EDWARDS:

8       Q    Now, Officer Jackson, at around 2:47 time frame,

9   why did your group or your platoon of officers get closer to

10  one another, tighten up?

11      A    We knew it was almost time to start pushing them

12  back.

13      Q    Why?

14      A    I could -- for one, we could hear our sergeant

15  say, "Get ready for tear gas."

16           And for two, they getting louder and more

17  agitated, so at that point, we knew it was time to get them

18  out of there.

19      Q    When you said your sergeant said, "Get ready for

20  tear gas," what is tar gas, if you can just describe it

21  generally?

22      A    So, tear gas, OC spray, bear mace, like -- like a

23  mace, but the one that we carry for this particular

24  situation, it's something that could put a bear down.

25           MR. EDWARDS:  And if we could pause here on this
```

```
 1   exhibit, Ms. Rouhi, and turn to Government's Exhibit 8001,

 2   please, and admit this pursuant to a 902(11) certificate of

 3   authenticity.

 4   BY MR. EDWARDS:

 5        Q    Officer Jackson, have you seen this exhibit?

 6        A    I have.

 7        Q    And if we could publish to the jury,

 8   Officer Jackson, what are we looking at here?

 9        A    What you looking at is my platoon tensing up,

10   ready for a fight.

11        Q    And are you able to identify any of the officers

12   in this photograph?

13        A    Yes, I can.

14        Q    Who?

15        A    This?

16        Q    You can use the screen, yes.  Thank you.

17        A    Right here, this is James Love.

18             And this young lady, the real short one right

19   here, that's Martha Lazo.

20        Q    Are they members of your platoon?

21        A    Yes, they are.

22        Q    Is this at about the moment that you formed this

23   tighter formation in the Senate hallway?

24        A    Yes, it is.

25        Q    Just looking at the other angle?
```

1          A     Correct.

2          Q     I'll clear the screen.  Thank you,

3     Officer Jackson.

4                For the record, you've circled from the right to

5     the left two individuals.

6                Officer Jackson, if we could --

7                Or, Ms. Rouhi, if we could go back to Government's

8     Exhibit 8002, please.

9                Now, I apologize, can I go back to 8001.

10               Officer Jackson, looking at 8001, what is behind

11    the officers back here in this doorway?

12         A     In that doorway are U.S. Senators.

13         Q     So is that what you were referring to when you

14    heard that this is what you were, what was behind you and

15    you were guarding?

16         A     That's correct.

17         Q     Thank you.

18               Ms. Rouhi, could we go back to 8002 and play to

19    3 minutes, 50 seconds, please.

20               (Video played)

21    BY MR. EDWARDS:

22         Q     Now, Officer Jackson, were you able to hear the

23    rioters yelling "Push"?

24         A     Yes, sir.

25         Q     What did you and your platoon do at that moment

1  going into 2:48 p.m.?

2      A    We began to push them back.

3      Q    Now, from your memory, what occurred there at --

4  between the rioters and the officers at that front line?

5      A    At that point, things became physical.

6          At no point did they stop or try to quit pushing

7  us.  We had to push them.

8          It got to the point where they actually gained

9  ground on us and began to push us backwards.  So, yeah, it

10  was a lot.

11          MR. EDWARDS:  Ms. Rouhi, if we could go to

12  Government's Exhibit 9603 just for the witness.

13          I apologize, Ms. Rouhi.  Can we take that down for

14  one second.

15          Thank you.

16          There we go.

17  BY MR. EDWARDS:

18      Q    Now, staying in that hallway, Officer Jackson,

19  what do some of your platoon members do in response to the

20  rioters pushing against your group of officers?

21      A    They begin to deploy the OC spray.

22          MR. EDWARDS:  Can we please play forward on that

23  same exhibit, 8002, to 4 minutes and 41 seconds.

24          (Video played)

25          MR. EDWARDS:  If we could pause here, Ms. Rouhi,

4364

1    at 4 minutes, 47 seconds.

2    BY MR. EDWARDS:

3        Q    Officer Jackson, were you in this scrum at the

4    2:48 mark?

5        A    Yes, I was.

6        Q    Can you describe for the jury that experience.

7        A    That was tough.

8             The thing I remember the most is like the weight

9    of all the people.  Like, it's only like 28 of us.  And in

10   this video, you can't see it, but it's at least 60, 40, 50,

11   maybe 60 of them pushing us back.

12            And they not quitting, like they were intent on

13   getting to where they wanted to get to.  So for me it was

14   very tough because I started off in the front and I had to

15   push consistently for maybe about three or four, maybe five

16   minutes before somebody pulled me back.

17       Q    And at the end of this clip here, Officer Jackson,

18   is that what you were describing when another of your

19   platoon members deployed the OC spray?

20       A    Yes, sir.

21            MR. EDWARDS:  Ms. Rouhi, can we jump now to

22   Government's Exhibit 1505.  And can we jump to and pause at

23   2 minutes and 52 seconds.  This has been admitted in a prior

24   witness.

25            Thank you, Ms. Rouhi.

1   BY MR. EDWARDS:

2       Q    Officer Jackson, before I play forward, have you

3   reviewed this video clip before?

4       A    Yes, I have.

5       Q    And can you describe what hallway this is to the

6   jury.

7       A    This is the same hallway you just saw us pushing

8   them in.

9       Q    So are you in this line of officers here?

10      A    Yes, I am.

11      Q    Can we please play to 2 minutes and 55 seconds.

12           (Video played)

13  BY MR. EDWARDS:

14      Q    Now, we'll pause here.

15           Officer Jackson, do you see yourself based on the

16  number on the helmet?

17      A    Yes, I do.

18      Q    Can you please circle yourself for the jury.

19      A    (Witness complied.)

20      Q    For the record, you've circled about three

21  officers from the left.

22           Do you recall the number that was on your helmet

23  at that time?

24      A    2775.

25      Q    What is that number?

4366

1      A    It's my badge number.

2      Q    Thank you.

3           Can we please play to 3 minutes and 15 seconds.

4           (Video played)

5  BY MR. EDWARDS:

6      Q    Now, Officer Jackson, are the rioters making

7  progress or not at this moment?

8      A    They making progress.

9      Q    Can you just describe generally on this moment the

10 comparison of your platoon number and the number of rioters

11 in front of you?

12     A    A lot to a little.

13          So it's about -- in this, maybe like 10 of us,

14 maybe 12.  It's about 40 of them.

15          MR. EDWARDS:  Ms. Rouhi, can we jump to 5 minutes

16 and 53 seconds, please.

17          MS. HALLER:  I'm sorry, we're having trouble

18 hearing.  Could you just repeat the last?

19          MR. EDWARDS:  5 minutes and 53 seconds.

20          MS. HALLER:  I mean, I'm sorry, the witness.

21 BY MR. EDWARDS:

22     Q    Officer Jackson, I can ask you again.  Can you

23 describe the ratio or how many of them there were compared

24 to your number of officers?

25     A    Yes, it's probably like ten of us, and maybe like

1    40 of them.

2              MS. HALLER:  Thank you.

3    BY MR. EDWARDS:

4         Q    And from what you could see, is the entire group

5    of rioters pushing against you?

6         A    Correct.

7         Q    Now, at 5 minutes and 53 seconds, is this still

8    that same hallway that you were in?

9         A    Yes, it is.

10             MR. EDWARDS:  And can we please play to about

11   6 minutes and 8 seconds.

12             (Video played)

13   BY MR. EDWARDS:

14        Q    Officer Jackson, while this plays through, is this

15   another angle of your officers in your platoon deploying

16   chemical spray?

17        A    Yes, it is.

18        Q    Now --

19             (Video played)

20   BY MR. EDWARDS:

21        Q    After your platoon deployed chemical spray, what

22   happened?

23        A    Once we deployed the spray, they began to back up

24   and run in the other direction.

25        Q    Had they relented at any point before that

4368

1    deployment of chemical spray?

2        A    Negative.

3        Q    Negative?

4        A    No, sir.

5        Q    And when the rioters started to retreat backwards,

6    which direction -- do you recall, where did they go?

7        A    They ran into the Capitol Rotunda.

8        Q    Okay.

9             At this point, what did your objective become now

10   that you've cleared the hallway?

11       A    So once we cleared this hallway, we were told to

12   go into the Rotunda and then clear that section of the

13   building out.

14       Q    So did you follow them into that Rotunda?

15       A    Yes, we did.

16       Q    Can you describe the scene when you entered the

17   Rotunda of the Capitol?

18       A    Yes.

19             Once again, the smell, you could definitely smell

20   marijuana.

21             People had cell phones out.

22             People were swinging off the statues, cursing,

23   playing loud music.  It was like a party to them.

24       Q    And about how many people were in the Rotunda

25   compared to the officers now?

1      A     In the Rotunda, it's probably about 100 plus

2   people.  In comparison to the officers, maybe about -- when

3   I originally got it in there, maybe about 20 of us, 30 of us

4   at the most.

5      Q     And so what did you and your platoon do when you

6   entered the Rotunda?

7      A     We were ordered to push them out the double doors

8   of the Rotunda back onto the front lawn of the Capitol.

9      Q     How did you go about doing that?

10     A     Originally, we made like a circle.

11           So the people that were already close to the

12   doors, we circled them.  We began to push them out.

13           But there were people behind us, to the side of

14   us, both sides of us.  So that was difficult to do.

15     Q     And so did you end up changing your formation?

16     A     Yes.

17     Q     What did you do?

18     A     So when that didn't work, we waited for backup to

19   come, Capitol came and assisted us.  Other platoons from

20   other districts came and assisted us, and we expanded and

21   eventually we did succeed in pushing them out.

22     Q     What, if anything, do you recall the rioters

23   yelling at you and your platoon?

24     A     "This is my fucking Capitol.  You don't belong

25   here.  We fighting for our rights.  Get the fuck off me.

4370

```
 1    I'm getting in here."
 2         Q    Did any of the rioters, in fact, fight you and
 3    your officers?
 4         A    Yes, sir.
 5              MR. EDWARDS:  Ms. Rouhi, can we show the witness
 6    Government's Exhibit 9603, just for the witness, please.
 7    BY MR. EDWARDS:
 8         Q    Officer Jackson, have you seen this photograph
 9    before?
10         A    Yes, I have.
11         Q    Are you able to identify yourself in the photo?
12         A    Yes, I can.
13         Q    And does it fairly and accurately depict you in
14    the Rotunda on January 6th?
15         A    Yes, it does.
16              MR. EDWARDS:  Your Honor, at this time, we'd move
17    to admit and publish 9603.
18              THE COURT:  9603 will be admitted.
19                                   (Government's Exhibit 9603
20                                     received into evidence.)
21    BY MR. EDWARDS:
22         Q    Officer Jackson, you said you've seen this
23    photograph before.  Where?
24         A    My mom had this photo.  I also seen it on the
25    news.  I've seen it everywhere.
```

4371

1       Q    Where does your mom have this photo?

2       A    So this photo was on the cover of a newspaper.  So

3   she bought the newspaper and got it like laminated and it's

4   up in the house.

5       Q    If you can use your screen and identify yourself

6   in this photograph for the jury?

7       A    (Witness complied.)

8       Q    So this, for the record, you've circled this

9   officer with the sunglasses; is that right?

10      A    That's me.

11      Q    Now, generally using this photograph, can you

12  describe the scene in the Rotunda after you started to push

13  the rioters out the door?

14      A    So before this, and during this, this is a

15  full-blown riot.  They are refusing all orders.  They're

16  fighting us physically.  They're pushing us.  They're

17  grabbing our equipment.

18           I actually lost my original badge somewhere in

19  here.  I had a gas mask originally when I started this day.

20  They ripped that off my face.  It was very, very aggressive.

21      Q    And were you and your platoon eventually able to

22  move some of the rioters out of the double doors?

23      A    Yes, sir.

24      Q    Did anyone impede that process at that point?

25      A    Yes, sir.

4372

1          MR. EDWARDS:  Ms. Rouhi, can we please show

2    Government's Exhibit 1089.1 just for the witness for now.

3    BY MR. EDWARDS:

4        Q    Now, Officer Jackson, have you reviewed this

5    video?

6        A    Yes, I have.

7        Q    Does it fairly -- well, what does it -- generally

8    what does it show?

9        A    It shows the Capitol Rotunda on January 6th.

10       Q    And are you in this video?

11       A    Yes, I am.

12       Q    Does it fairly and accurately depict some of the

13   events when you were at those doors?

14       A    Yes, sir.

15          MR. EDWARDS:  At this time, Your Honor, we'd move

16   to admit and publish 1089.1.

17          THE COURT:  Okay.  1089.1 will be admitted.

18                          (Government's Exhibit 1089.1
                             received into evidence.)
19

20          MS. HALLER:  With the Court's indulgence.

21          No objection, Your Honor.

22          MR. BRENNWALD:  Was there a reference to the time?

23   BY MR. EDWARDS:

24       Q    Yes, Your Honor, is -- Officer Jackson, is this at

25   about 3:18 p.m.?

1        A     Yes, sir.

2        Q     And do you know that having reviewed body-worn

3    camera of this incident?

4        A     Yes, sir.

5              MR. EDWARDS:  Ms. Rouhi, can we please play to

6    19 seconds in 1089.1.

7              (Video played)

8              MR. EDWARDS:  Pause there, Ms. Rouhi.

9              I'm sorry, I cut you off there at 7 seconds.

10   BY MR. EDWARDS:

11       Q     Officer Jackson, do you see yourself?  Can you

12   orient the jury?  Do you see yourself in this video?

13       A     Yes, I do.

14       Q     Where are you?

15       A     (Witness indicated.)

16       Q     And are there -- where in relation to you -- so

17   for the record, you've circled the officer on the far right.

18             Where is the rest of your platoon mates at this

19   point?

20       A     Some are to the side of me.  Some are behind me.

21       Q     And what are they wearing in relation to what

22   you're wearing?

23       A     They all have on the -- well, I don't know about

24   all, but most of them still had on their gas masks.

25             MR. EDWARDS:  Okay.

1          Can we please play to 36 seconds, Ms. Rouhi.

2          (Video played)

3     BY MR. EDWARDS:

4     Q    So, Officer Jackson, before we continue this

5     video, are you back here?

6     A    Yes, I am.

7     Q    What are you doing?

8     A    I'm holding on to the back of one of my partner's

9     vests.

10    Q    And, for the record, I've circled officers behind

11    this front officer in the video.

12         Why are you holding that officer's vest?

13    A    At that point, multiple individuals attempted to

14    pull him into the crowd, to my knowledge, to try to assault

15    him.

16    Q    So who is that officer, do you remember?

17    A    That would be Jose Mendoza.

18    Q    What happens after you grab his vest?

19    A    I'm able to get him back with the platoon.

20         MR. EDWARDS:  And, Ms. Rouhi, can we please play

21    to 1 minute and 3 seconds.

22         (Video played)

23    BY MR. EDWARDS:

24    Q    Now, Officer Jackson, do you recall this moment on

25    January 6th?

4375

```
 1        A     I do.

 2        Q     And at that moment, what are you thinking?

 3        A     I don't know how we're going to make it out of

 4   here.

 5              My personal thoughts were, what have I got myself

 6   into.

 7              MS. HALLER:  Objection, Your Honor.

 8              THE COURT:  All right.  I'll sustain it.

 9              MR. EDWARDS:  We'll move on.

10              THE COURT:  Move on, please.

11              MR. EDWARDS:  Thank you, Your Honor.

12              Ms. Rouhi, can we please --

13   BY MR. EDWARDS:

14        Q     Well, generally, what happened in that moment?

15        A     At that moment, they began to make progress,

16   pushing back into the Rotunda.

17        Q     And where do you end up?

18        A     We end up further from the Capitol doors than we

19   started.

20        Q     Now, have you reviewed other angles of this

21   moment?

22        A     Yes, I have.

23        Q     Including Officer Mendoza's body worn?

24        A     Yes, sir.

25              MR. EDWARDS:  Ms. Rouhi, can we please open
```

4376

```
 1   Exhibit 9601, and jump to and pause at 1 minute and
 2   24 seconds.
 3             Thank you, Ms. Rouhi.
 4             (Graphic played)
 5   BY MR. EDWARDS:
 6        Q    Agent -- or Officer Jackson, is this the body-worn
 7   camera you reviewed?
 8        A    Yes, sir.
 9        Q    Does it fairly and accurately depict what you
10   recall seeing that happened at this moment at 3:18 in the
11   Rotunda?
12        A    Yes, sir.
13             MR. EDWARDS:  We'd move to admit and publish.
14   Your Honor.  9601?
15             MS. HALLER:  Your Honor, may we get on?
16             (Bench conference)
17             MS. HALLER:  We didn't object to the last video.
18   This is going to be the same from a different perspective,
19   and I believe there's another exhibit that follows on.
20             These are all related to the 3:18 time period with
21   Minuta and those guys, so we're not objecting on that
22   ground, but we would raise a 403.  None of our defendants
23   are in this melee, you know, this incident, and at a point,
24   this gets prejudicial because it's going to come up again,
25   so I would like to flag this for the Court.
```

4377

1          MR. ROSSI:  Your Honor, for William Isaacs,

2    Gene Rossi here.

3          I join in on Ms. Haller's remarks.

4          MR. EDWARDS:  We've cut this down from four angles

5    to two.  This is the last one we're showing the angle from

6    the officer who is grabbed in front of Officer Jackson.

7          THE COURT:  Okay.  I'll allow one additional, and

8    if that's all the government intends to, then I don't think

9    it's unduly prejudicial or cumulative, okay.

10         MS. HALLER:  Thank you.

11         (Open court)

12         MR. EDWARDS:  May I proceed, Your Honor?

13         THE COURT:  You may.

14   BY MR. EDWARDS:

15     Q    Officer Jackson -- if we could move to admit and

16   publish this exhibit.

17         THE COURT:  All right.  9601 will be admitted.

18         MR. EDWARDS:  Thank you.

19                              (Government's Exhibit 9601
                                  received into evidence.)
20

21   BY MR. EDWARDS:

22     Q    Officer Jackson, is this the body-worn camera of

23   Officer Mendoza at about 3:18 p.m.?

24     A    Yes, it is.

25     Q    Remind the jury, where was Officer Mendoza in that

4378

1    video clip we watched a second ago?

2        A    He would be in front of me.

3        Q    And is that the officer you grabbed from behind?

4        A    That's correct.

5             MR. EDWARDS:  Ms. Rouhi, can we please play to

6    1 minute and 29 seconds.

7             (Video played)

8    BY MR. EDWARDS:

9        Q    So, Officer Jackson, if you could just describe

10   the vantage point.  Where are you -- where is

11   Officer Mendoza looking?

12       A    He's looking directly -- he's looking directly at

13   the individual in the black.

14       Q    Okay.

15            And so what's behind Officer Mendoza?

16       A    Myself, other officers, and it would be the

17   U.S. Senators still.

18       Q    Could we please play to 2 minutes and 45 seconds.

19            (Video played)

20   BY MR. EDWARDS:

21       Q    Officer Jackson, have you heard Officer Mendoza

22   speak before?

23       A    I have.

24       Q    What, if anything, did you hear Officer Mendoza

25   say at that moment?

1        A      "Please, get out, that's all I ask."

2               MR. EDWARDS:  Can we please play to 3 minutes and

3     29 seconds, Ms. Rouhi.

4               (Video played)

5     BY MR. EDWARDS:

6        Q      Officer Jackson, were you able to hear what

7     Officer Mendoza said in that moment at 3:29?

8        A      I can, yes.

9        Q      What did he say?

10       A      He couldn't breathe.

11              MR. EDWARDS:  No further questions, Your Honor.

12              THE COURT:  All right.  Any cross-examination?

13                            - - -

14                       CROSS-EXAMINATION

15    BY MR. MACHADO:

16       Q      Good morning, sir.

17       A      Good morning.

18       Q      Just with regard to the videos, did you at any

19    point see my client, Ms. Sandra Parker?

20              Ms. Parker, if you could stand up.

21       A      She got a mask on.

22       Q      All right.  How about now?

23       A      I can't remember.

24       Q      Okay.  All right.  But -- and you've seen videos,

25    and you've reviewed these videos, correct?

```
 1        A    Yes, sir.

 2        Q    And you didn't see her in any of the videos?

 3        A    I don't recall.

 4        Q    You don't recall -- okay, thank you.

 5             THE COURT:  Anyone else?

 6             MS. HALLER:  Yes, Your Honor.

 7                          - - -

 8                    CROSS-EXAMINATION

 9   BY MS. HALLER:

10        Q    Good afternoon, Officer.

11             I'm Juli Haller.  I represent

12   Defendant Connie Meggs in the black, and I'm just going to

13   ask you a few questions, but one moment, please.

14             Okay.  Going backwards, could we pull up the

15   Government's Exhibit 8001.

16             Going to this photo in 8001, this you described as

17   your platoon, correct?

18        A    Yes, ma'am.

19        Q    And on that day, it's safe to say that you cleared

20   them out of the Senate hallway, correct?

21        A    Yes, ma'am.

22        Q    And when you did that, you also testified about

23   the ratio, correct?  I think you said there -- you know,

24   there's about 10 of us, 40 of them, but 10 or so; would that

25   be fair to say?
```

4381

1      A      Yes, ma'am.

2      Q      But you got them out of there, and then you were

3  in that Rotunda room, correct?

4      A      Yes, ma'am.

5      Q      When you said it was like a party to them and that

6  you smelled marijuana and you heard cursing, did you witness

7  or -- or let me rephrase and let me ask it this way.

8             Were you, at any time in your review of these

9  videos or working with the government in preparation of

10  today, asked to identify my client at that table?

11      A      No, ma'am.

12      Q      Okay.

13             And is it correct to say were you asked to

14  identify any of the defendants here in the middle of these

15  two tables?

16      A      I don't know who's a defendant and who's not.

17      Q      Okay.

18             But you weren't specifically asked to circle or

19  identify any of these people, would that be correct?

20      A      Correct.

21      Q      Okay.

22             And when you got there that day, you heard -- you

23  testified, I think, that you had been there the day before

24  and the day before that, correct?

25      A      I was at work, yes, but I wasn't at the Capitol.

1      Q    Right, but did you say something that there were

2 First Amendment activities going on for a few days in a row?

3      A    Correct.

4      Q    And the other days you were ready but you had

5 trouble getting ready because you had to hurry on

6 January 6th?

7      A    Yes, ma'am.

8      Q    And you forgot your body-worn camera?

9      A    Yes, ma'am.

10     Q    Okay.

11          And you left at 1:00, I believe you testified?

12     A    I got to work at 1:00, yes, ma'am.

13     Q    And then you would have gotten to the Capitol by

14 what time?

15     A    Maybe about 15 minutes after that.

16     Q    Okay.

17     A    Probably.

18     Q    And then you were with a group so you said you

19 were one of seven, but there were several groups of seven?

20     A    Yes, ma'am.

21     Q    And did you all meet outside the Capitol at some

22 point on your way in or how did that work?

23     A    No.

24          So every platoon goes to a different place.

25          So my squad, we went to a certain location.  The

1    other three squads went somewhere else.

2         Q    Okay.

3              And do you remember where you went first when you

4    got there?

5         A    Yes, ma'am.  My squad went to the west side of the

6    Capitol.

7         Q    Okay.

8              So it's correct to say you weren't on the east

9    side of the Capitol, correct?

10        A    Yes, ma'am.

11        Q    Okay.

12             And then you testified that you saw -- that in

13   your platoon, you were able to identify some of these

14   officers, correct?

15        A    Yes, ma'am.

16        Q    Okay.

17             Just for the witness, I'm going to show -- the

18   Court's indulgence -- I'm going to show you, just you,

19   Officer, and ask you if you can --

20             MR. EDWARDS:  Objection, Your Honor.

21             (Bench conference)

22             MR. EDWARDS:  Your Honor, there's been -- this is

23   a video that is outside of the Capitol Building of other

24   officers.  This -- to our knowledge, and I think that the

25   government team received this during the direct.  Our

1    knowledge is that Officer Jackson is not on here and has

2    no -- and would not -- was not in the video and was not in

3    this location at the time on January 6th.

4              MS. HALLER:  If -- if he can't identify the

5    location and the officers in the scene on body-worn camera

6    because he wasn't wearing body-worn camera, then we won't

7    admit it, obviously.

8              THE COURT:  Well, what does it depict?

9              MS. HALLER:  It depicts a group of Metropolitan

10   Police Department officers at 1:33 p.m. when they had gotten

11   there, and some of them are talking to each other and

12   they're making statements and then it depicts how they're

13   talking about the numbers, you know, like they're calling it

14   essentially a setup because they're outnumbered.

15             MR. EDWARDS:  Your Honor, this is a video --

16             THE COURT:  Hang on.

17             I don't understand the relevance of that at all.

18             MS. HALLER:  Well, he's testified to the ratio and

19   I'm going to get into -- and I'm going to ask him to

20   identify because he's going to recognize some of these

21   officers, and then we're just going to talk about the

22   numbers.

23             THE COURT:  He can testify about what he saw when

24   he was there, and he didn't get there until, I mean --

25             MS. HALLER:  He was there at this time.

```
 1              If he can't recognize it, Your Honor, then --
 2              THE COURT:  But he can't -- if he doesn't --
 3   I don't quite understand what -- what do they say, that
 4   they're outnumbered?
 5              MS. HALLER:  I can show Your Honor the video
 6   first.
 7              MR. EDWARDS:  Your Honor, I just note that this is
 8   a video that has been on multiple websites promoting
 9   conspiracy theories around January 6th.  Officer Jackson is
10   not in the video and he testified to exhibits on
11   government's direct that he was in and had experienced and
12   able to testify to.
13              MS. HALLER:  This is body-worn camera footage that
14   is now public because the Senate or Congress released it.
15              MR. EDWARDS:  This appears to be a TikTok video.
16              THE COURT:  It's a TikTok video?
17              MS. HALLER:  Yes, somebody posted the video.
18              But it's body-worn camera footage with the
19   identification number on it.
20              I just don't have the ability to pull out the --
21   without the --
22              THE COURT:  How can you authenticate this at all?
23              MS. HALLER:  Well, the government can stipulate to
24   the body-worn camera footage.
25              MR. EDWARDS:  We do not.
```

1          MS. HALLER:  We have a stipulation on that

2     already.

3          THE COURT:  They're not stipulating to the

4     authenticity of this thing.

5          MS. HALLER:  Well, the government can produce it

6     without the TikTok part of it.

7          THE COURT:  They can do a whole lot of things.

8          Have you asked for it?

9          MS. HALLER:  I only realized it became relevant to

10    this witness so I sent it to them like 15 minutes ago.

11         THE COURT:  I don't see the relevance here and

12    explained the probe there have of any of this.  And it

13    certainly seems like you're trying to somehow get at the

14    idea that this was, what, a setup, I mean the video says,

15    "Who set the cops on January 6?  They set up 64,

16    absolutely."  What does that have to do with anything.

17         MS. HALLER:  Well, just that it was a numbers

18    situation, Your Honor, which he's already talked about.

19         THE COURT:  Ms. Haller, he talked about the number

20    of people that were in the hallway.

21         MS. HALLER:  I will --

22         THE COURT:  In the Rotunda.

23         MS. HALLER:  I will ask him questions.

24         THE COURT:  This is a video of the outside.  So

25    unless there's some further foundation to think this is

```
1    relevant at all, it's being excluded.

2              MS. HALLER:  Okay.  Thank you, Your Honor.

3              (Open court)

4              THE COURT:  The objection is sustained.

5    BY MS. HALLER:

6         Q    So, sir --

7         A    Yes, ma'am.

8         Q    -- were you ever physically outside the Capitol?

9         A    Yes, ma'am.

10        Q    And do you recall when?

11        A    Sometime after we cleared them out of the Rotunda.

12   I'm not sure of the exact time.

13        Q    Okay.

14             So when you got there and you went in on the

15   Senate side, was there any point that you were on a platform

16   before you went in?

17        A    What do you mean by platform?

18        Q    You know, at the Capitol when you're at the

19   Capitol, there's areas where there's concrete platforms.

20   You know, like, or you're on grass or -- I don't know where

21   you walked in.

22        A    Like steps?

23        Q    On the steps on the side?

24        A    Yes, ma'am.

25        Q    Do you remember if that's on the north?  Like,
```

```
 1    what was it facing, the entrance you came in on?

 2         A    The west, we were on the west side.

 3         Q    Okay.  Right.

 4              So on the west side, you're facing --

 5              THE COURT:  Ms. Haller --

 6         Q    -- the Washington monument --

 7              THE COURT:  Let's move on.  This is getting beyond

 8    the scope and let's go.

 9              MS. HALLER:  Thank you, Your Honor.

10    BY MS. HALLER:

11         Q    I'm sorry about that, sir.  I'm just trying to

12    figure out where you were that day.

13              So when you got out after you were -- after you

14    cleared people out, correct?

15         A    Yes, ma'am.

16         Q    Okay.

17              And you testified earlier that you had -- you

18    increased the numbers when you got back up from Capitol

19    Police and when you're still back in the hallway?

20         A    No, ma'am.

21              Capitol came when we got to the Rotunda.

22         Q    When you were in Rotunda?

23         A    Yes.

24         Q    And that's when you got more support, correct?

25         A    Yes, ma'am.
```

4389

1    Q    And the support included Capitol Police and other

2    agencies, I think you said?

3    A    Other agencies, other platoons from different

4    districts, yes, ma'am.

5    Q    Okay.

6         So then you were able to increase the numbers of

7    that or police officers that you had that day?

8    A    Yes, ma'am.

9    Q    Okay.

10        And then you were able to clear everybody out of

11   the Rotunda?

12   A    Correct.

13   Q    So is it fair to say that earlier the challenge

14   was that they had more protesters than police officers?

15   A    That was one of the challenges, yes, ma'am.

16   Q    Okay.

17        And when you talked about First Amendment activity

18   and the CDU response, the CDU response, I think you said,

19   comes both for peaceful or not peaceful protests, would that

20   be fair to say?

21   A    Yes, ma'am.

22   Q    And what time were you done on January 6th?

23   A    I didn't finish till January 7th.

24   Q    Okay.

25        And so were you back on January 7th or did you

```
1    work through the night?

2         A    We worked through the whole night.

3         Q    You worked through the whole night.

4              And what time -- thank you for your service.

5         A    Thank you.

6         Q    And what time did you -- well, strike that.

7              So is it fair to say that you were still at the

8    Capitol after 4:00 p.m.?

9         A    Yes, ma'am.

10        Q    Okay.

11             And it's fair to say that after 4:00 p.m., you're

12   physically where, outside or inside?

13        A    Outside.

14        Q    Outside.

15             And did you remain outside for the rest of the

16   evening?

17        A    Yes, ma'am.

18        Q    And after that, when the curfew occurred at 6:00

19   p.m. --

20        A    Uh-huh, correct.

21        Q    -- were you still clearing out rioters?

22        A    At that point, my platoon, our mission changed.

23   We wanted to get all the individuals, whether they were part

24   of the act or not, into the hotels or wherever they were

25   staying for the night to clear the streets off.
```

1      Q     Okay.

2            And were you able to do that?

3      A     Yes, ma'am.

4            MS. HALLER:  All right.  Well, thank you.  I have

5      no more questions.

6                          -  -  -

7                      CROSS-EXAMINATION

8      BY MR. ROSSI:

9      Q     Good morning.

10     A     Good morning, sir.

11     Q     Thank you for your service, sir.

12     A     Thank you.

13     Q     I have several questions.  I'll be brief.

14           You mentioned that you went back into the Rotunda

15     to push people out towards the Columbia Rotunda doors,

16     correct?

17     A     Yes, sir.

18     Q     All right.

19           And in all of the videos that you looked at --

20     Mr. Isaacs, William, stand up -- you did not identify my

21     client, William Isaacs, correct?

22     A     I don't recall.

23     Q     Okay.

24           And I'm Gene Rossi.  I represent William Isaacs.

25     A     Nice to meet you.

1      Q    When you played and reviewed the video that we

2  just saw at 3:18 p.m., it was pretty intense in the Rotunda,

3  correct?

4      A    Yes, sir.

5      Q    All right.

6           Were you aware that my client, William Isaacs, had

7  already left through the Rotunda and Columbia doors at

8  3:04 p.m.?

9      A    I was not.

10          MR. ROSSI:  Okay.  Thank you, sir.

11          THE COURT:  Mr. Shipley, before you begin, could I

12  ask you, can we just get on the phone momentarily?

13          (Bench conference)

14          THE COURT:  Mr. Shipley, how long will you be, do

15  you think?

16          MR. SHIPLEY:  Probably ten minutes.  I want to go

17  over a couple videos.

18          THE COURT:  Okay.

19          Let's take a break.  We've been going for a little

20  while before you get started.

21          MR. SHIPLEY:  I was going to suggest that.

22          (Open court)

23          THE COURT:  Okay.  Let's take our morning break,

24  everyone.  It is now ten after 11:00.  We've got to deal

25  with a couple legal issues, so let's resume around 11:30.

1    See everybody shortly.  Thank you very much.

2              COURTROOM DEPUTY:  All rise.

3              (Jury exited the courtroom.)

4              THE COURT:  All right, Officer Jackson, I'll ask

5    you to step down, and just don't -- please don't discuss

6    your testimony with anyone during the break.

7              THE WITNESS:  Yes, sir.

8              THE COURT:  Thank you, sir.

9              Have a seat, everyone.

10             Okay.  I was sent some exhibits regarding the next

11   witness.

12             MS. HALLER:  Oh.  Yes, Your Honor.

13             I think there's a repeat of some of the exhibits

14   that this Court has already ruled on.  With the Court's

15   indulgence, let me just pull up my notes.

16             So there's a message from -- or has the Court

17   reviewed them before I note -- or do you want our objections

18   first?

19             THE COURT:  Ms. Haller, why don't you just tell me

20   what you're objecting to.  I've not reviewed them because

21   I've been sitting here listening to the testimony.

22             One of the attachments that I've looked at are the

23   exchanges between Rich Lupo and Kelly Meggs in that group,

24   which we had already discussed, and I thought --

25             MS. RAKOCZY:  We did, Your Honor, and we had put

```
 1   that up there last week when we weren't sure if we would

 2   seek to admit that through Special Agent Abrams or

 3   Special Agent Cody.

 4              I will say, depending on the direction of cross,

 5   we may re-raise that issue, but we won't be seeking on

 6   direct.  That's the messages that had been marked "K Meggs

 7   Coming Back a Million of Us" is the file name.

 8              THE COURT:  Okay.

 9              MS. HALLER:  "Coming Back a Million of Us."

10              And then the other one is a -- there's -- well,

11   Your Honor, there's a message, "We are at war," from

12   Vallejo.

13              MS. RAKOCZY:  We will forgo that in light of the

14   Court's ruling last week.  We do continue our position that

15   that's relevant, but we understand the Court's ruling from

16   last week.

17              That's the messaged from, for the record, what

18   would have been Government's Exhibit 9832, messages about

19   Mr. Vallejo probing the defense lines the following morning,

20   the morning of January 7th, comments about the

21   National Guard, "We will be coming back, we are at war,"

22   comments to that effect.

23              We will not seek to introduce those in direct.

24   We will reserve our right to re-raise the messages depending

25   on the nature of cross.
```

1          THE COURT:  Okay.

2          MS. HALLER:  What about 9831 with Caldwell at

3     7:46 p.m.?

4          MS. RAKOCZY:  We're taking that one out as well.

5          MS. HALLER:  Okay.

6          And the Watkins at 9830?

7          MS. RAKOCZY:  Is that 9839 or 9830?

8          MS. HALLER:  9830 is the statement by Watkins at

9     5:54 p.m. on January 6th, while she's making --

10         MS. RAKOCZY:  Sure.  When she says, "We stormed

11    the Senate hallway, we muscled them back like spartans,"

12    yes, we would submit that those messages from the evening of

13    January 6th, which we can bring up for the Court if it would

14    be helpful -- I'm not sure if they were attached to the

15    email that Mr. Woodward sent, but those messages, we do

16    believe, are admissions by co-conspirators, statements

17    against penal interest, arguably also statement of state of

18    mind.  They're all hearsay exceptions, and they are relevant

19    as evidence of the intent of co-conspirators.  It's hours

20    after they left the building.  The word "we" is used, so we

21    would submit on those grounds.

22         MS. HALLER:  We would object, Your Honor, because

23    while she says "we," none of these defendants would have

24    been privy to that communication, and it's after

25    January 6th.

1          So this is after they've all left, this is at 6 --

2     5:54 p.m. so it's about 6:00 p.m.

3          And Watkins is making some inflammatory

4     statements.  And -- well, I -- I don't believe it would

5     apply to these defendants.

6          MS. RAKOCZY:  And if I may, Your Honor, we didn't

7     cite any cases last week, and I know the Court was

8     sympathetic to our arguments that the evidence was relevant

9     and ultimately ruled on 403 grounds, but I would point the

10    Court and counsel to the case of *Anderson v. United States*,

11    417 U.S. 211.  It's a Supreme Court case from 1974 that

12    discusses how evidence of a conspiracy, even if after the

13    conspiracy, can still be in furtherance of the conspiracy.

14         Evidence that shows the state of mind of the

15    co-conspirators to include, but not necessarily limited to,

16    statements about showing consciousness of guilt, are

17    relevant and probative to the state of mind of the

18    co-conspirators early in the day.

19         I would also note that the Court is correct that

20    this conspiracy in this case as charged is a 1512(k)

21    conspiracy and a 372 conspiracy, having to do with

22    interrupting the proceeding.

23         The proceeding was still going on.  The proceeding

24    didn't conclude until the early morning hours of

25    January 7th, so statements that the Court has already

 1   excluded by Mr. Meggs and others talking about what they

 2   accomplished, what they continue to intend to accomplish,

 3   are certainly -- continue to be in furtherance of the

 4   conspiracy, even on the evening of the 6th.

 5        MS. HALLER:  Your Honor, if I may just add that

 6   there are a number of messages here that we recognize and we

 7   are not citing for the Court as "admissions" and other

 8   things because they're statements from Michael Greene and

 9   Connie Meggs and others, which we are not raising.  We're

10   specifically raising those that they are not on.

11        THE COURT:  Can I interject?

12        Jessica Watkins' statement about pushing them back

13   like spartans is admitted.  It is a statement against penal

14   interest.  She's unavailable.  The statement is clearly

15   accurate, and it is admissible, whether it's a statement in

16   furtherance of the conspiracy or not.

17        MS. HALLER:  And 9829, Your Honor, with Caldwell

18   on January 8th.

19        THE COURT:  I don't know --

20        MS. HALLER:  So the --

21        THE COURT:  I don't have 9829.

22        MS. HALLER:  Well, 9829 is an exhibit from the

23   government which begins on January 7th at 7:00 p.m. with

24   Crowl.  Crowl makes a comment that he's proud and sends a

25   link to a video.

1           But Caldwell has a series of responses on

2   January 7th and January 8th.  So it goes to January 8th.

3           On January 7th --

4           THE COURT:  Ms. Haller, you'll forgive me.  It

5   does not help me unless I actually see what the messages

6   are.

7           MS. HALLER:  Okay --

8           THE COURT:  So let's put them up --

9           MS. HALLER:  -- can we put it up?

10          THE COURT:  -- and I'll have some context, and

11  I can then rule.

12          MS. RAKOCZY:  So for the record, this is --

13          MS. HALLER:  9829.  The reason the government has

14  it in there is because on January 7th, there's a comment

15  where Caldwell says "We're almost at the Parkers'."

16          But it doesn't -- I'll show --

17          THE COURT:  Just please, put it up.

18          MS. HALLER:  I'm trying.

19          THE COURT:  I don't want to hear the

20  characterization of it.  Let me see it, and then I'll

21  consider it in context.

22          MS. HALLER:  I think the government can just put

23  it up.  Thank you.

24          So it begins on January 7th.  And if you would --

25          THE COURT:  Okay.

```
 1              Okay.

 2              Okay.

 3              Okay.

 4              Ms. Rakoczy, what's the theory of admissibility?

 5              MS. RAKOCZY:  Yes, Your Honor.

 6              So evidence of links among various

 7    co-conspirators.  We've submitted some evidence of the links

 8    between the Ohio contingency and Mr. Caldwell to the extent

 9    that he has been discussed as a planner of the

10    Quick Reaction Force in this case.

11              That's sort of after the math, I'm proud of you,

12    look at what we accomplished type messages between Mr. Crowl

13    and Mr. Caldwell are relevant evidence of links among

14    co-conspirators in this particular case.  So that's why the

15    first few messages are relevant.

16              The last message on page 6 of the exhibit

17    references Mr. Crowl and Ms. Watkins going to the Parkers'

18    and stopping there on the evening of the 7th.

19              There are some additional messages we'll introduce

20    between Mr. Parker and Jessica Watkins referencing that as

21    well.  It shows continued association by the Parkers with

22    their alleged co-conspirators in the day or so after, which

23    is certainly pertinent to their state of mind and what they

24    felt about what had just happened on the 6th.

25              THE COURT:  Okay.
```

4400

1          Could somebody just email me this slide deck.

2          Is there anything else?

3          MS. HALLER:  Yes, Your Honor.  Well, the Vallejo

4    one, they're not -- the government is simply not bringing

5    forward on direct.

6          The Crowl -- so we have one other one between

7    Stewart and Kellye SoRelle, which is 9835, on January 8th,

8    and then we have one at 9839, which includes a communication

9    from Watkins and Crowl on January 11th about a bug-out plan,

10   which is at 9839.

11         MR. WOODWARD:  The Court, I'm sure, is familiar

12   with these messages from SoRelle to the Signal "What's Up"

13   chat.  I presume this is relevant to the government's case

14   against Mr. Greene, that he deleted material from his phone.

15         MS. RAKOCZY:  Yes, Your Honor, that's correct.

16   The messages that Mr. Rhodes is sending about deleting

17   things in this slide deck is about 12 messages the Court has

18   seen before where he suggests that things be deleted.  He

19   can't delete them for people.  They have to delete it

20   themselves, is certainly pertinent to Mr. Greene.  It's

21   also -- it's the messaging that's being put out by the

22   leadership of the alleged conspiracy.

23         THE COURT:  As I said, that all comes in.  And it

24   goes both to not just consciousness of guilt, but it's

25   directions to destroy evidence, which is obviously

1    supportive of consciousness of guilt, but as importantly,

2    they are actually even in furtherance of the conspiracy.

3    Statements to destroy evidence that would reveal the

4    conspiracy are in furtherance of the conspiracy.

5          MR. WOODWARD:  9830, I think, may be worth taking

6    depending on how the government elicits its case.  There's

7    some discussions about traveling to Texas.  "We need

8    Mr. Greene in Texas."  Those are between Ms. SoRelle and

9    Mr. Rhodes and then Mr. Rhodes and Mr. Greene, and

10   Mr. Rhodes, I think, is using a temporary cell phone.  We

11   don't use the word "burner" on our side of the courtroom.

12          I think the government could make them relevant

13   depending on how it proceeds, so we may object, or more

14   likely Mr. Shipley would object on behalf of his client.

15          THE COURT:  Okay.

16          I mean, it is certainly relevant, at least as to

17   the case against Mr. Greene, that he, after January 6th, is

18   with Mr. Rhodes, Ms. SoRelle to establish their ties to one

19   another and their continued contacts with one another after

20   the 6th.

21          MS. HALLER:  So, Your Honor, specifically 9839,

22   which I'm not sure if Mr. Woodward was referencing, is about

23   a bug-out plan on January 11th between Watkins and Crowl.

24          MR. WOODWARD:  It's 18 slides, beginning on

25   January 11th, and it's Watkins, Crowl, Crowl and Caldwell,

4402

```
 1    and they're mixed together.
 2              THE COURT:  This is what was just sent to me?  No.
 3              MR. WOODWARD:  No.
 4              This may have been sent earlier today.
 5              This was in a prior email I sent.
 6              THE COURT:  I only received one email.
 7              MR. WOODWARD:  Yes, you received one email.
 8              THE COURT:  This is 9839?
 9              MR. WOODWARD:  Yes, Your Honor.
10              THE COURT:  All right.
11              Okay.  Yeah, that was sent to me while we were --
12    okay.
13              So is it the entire deck or just particular
14    messages?
15              MR. WOODWARD:  I could see how the government
16    could cut the deck down to focus on consciousness of guilt
17    and/or furtherance of the conspiracy.  I'm not sure that 20
18    plus Oath Keepers living in the mountains of Kentucky
19    qualifies, especially when Ms. Watkins is not here,
20    I wouldn't describe -- we would argue that this one is not a
21    statement against penal interest, but I also would
22    acknowledge that there are some messages here where they
23    speak about past events.
24              This is January 14th, so it's -- we're getting
25    quite away from --
```

1          THE COURT:  All right.  So, you know, first of

2     all, it's not all hearsay.  So, you know, for example, the

3     messages on the 14th between Donovan Crowl and Commander

4     Tom, this is Slide 11, "We will be leaving here at 1430,

5     that will put us at your place between 2030 and 2100."  It's

6     not hearsay.  "We will expect you.  Bring full battle rattle

7     to stash here if you want."  Not hearsay.

8          "No need to call me again.  We'll expect you even

9     if you are running late.  Don't forget to double back an

10    exit or two at least twice to make sure not followed."  Not

11    hearsay.

12         "Yes, sir."  Not hearsay.

13         "Will do again.  Thank you brother."  Not hearsay.

14         "OMW."  On my way, I guess that means.  "Be there

15    in 5."  Not hearsay.

16         "Aye.  Leave the phone."  Not hearsay.

17         "Here."  I suppose that's hearsay, but probably a

18    present sense impression.

19         MR. WOODWARD:  Your Honor, I think the -- and I

20    assume the government is going to elicit evidence about how

21    Ms. Watkins traveled to the Caldwell farm and that's where

22    she turned herself in.  But, again, I'll reference the

23    Kentucky Slide 8.

24         THE COURT:  "This is something like 20 plus

25    Oath Keepers going to Kentucky mountains on hundreds of

1   acres apparently.  Solar power, clean mountain spring, the

2   whole 9.  About 2 hours south of Ben and Sandi's place,

3   which is convenient."  This is Watkins to Crowl.

4           MR. WOODWARD:  Yes, sir.

5           THE COURT:  So why isn't this relevant to -- this

6   is relevant to her state of mind, consciousness of guilt,

7   803(3), plan, preparation, motive.

8           MR. WOODWARD:  That's what the government will

9   argue, Your Honor, but it's also taken out of context and we

10  don't have those people here to explain exactly what they're

11  referring to.

12          Slide 6 has reference to a bug-out plan and we

13  don't know whether that plan is related to the conspiracy

14  charged here or some other conspiracy.  And so absent more

15  foundation about the particular relevance of these

16  communications, we submit they ought not come in.

17          They're not referring back to January 6th here, at

18  least not explicitly, and so --

19          THE COURT:  No.  They're forward-looking clearly.

20  They don't bug-out in the past.

21          Ms. Rakoczy.

22          MS. RAKOCZY:  The government would point the Court

23  to the ending clause, "if the usurper is installed," which

24  appears, from context of all the other evidence in this

25  case, would be a reference to if President Biden is

1   inaugurated on 20th and so this sort of continued

2   consciousness of the election and what it means for their

3   group and arguably needing to flee if Joseph Biden is

4   inaugurated is evidence of their state of mind and their --

5   that's pertinent to their conduct earlier and their conduct

6   forward looking.

7            It's also noteworthy that they are keeping an eye

8   towards how close something is to the Parkers' residence in

9   the following slides.  That's a major reason why it is being

10  introduced here.

11           THE COURT:  Okay.  Let me just take a look at the

12  *Anderson* decision and I'll come back and I'll rule, okay?

13           Let the jury know I'll be another 10 minutes.

14  We'll get started at about 20 of.  Thank you.

15           COURTROOM DEPUTY:  All rise.  This Court stands in

16  recess.

17           (Recess from 11:30 a.m. to 11:42 a.m.)

18           THE COURT:  Please be seated.  Thank you.

19           MR. BRENNWALD:  Before we begin, if I could just

20  have a look at the two or three slides that mentioned Sandra

21  and Bennie Parker real quick.  Actually Mr. Woodward is

22  going to show them to me.  I might have an objection.

23           MS. HALLER:  Your Honor --

24           THE COURT:  I almost feel like we're -- I don't

25  know why an instruction at the beginning of trial to raise

```
 1   objections early on so I don't have to do this and keep the

 2   jury standing outside has not quite settled into the gray

 3   matter here two plus weeks later.

 4           MS. HALLER:  Which is why I tried to flag it for

 5   the Court this morning.

 6           THE COURT:  Nobody contacted us last night to let

 7   us know to be here early.

 8           I asked you all to be here early because I had

 9   matters, not that you had matters.  Right?

10           MS. HALLER:  Understood, Your Honor.

11           THE COURT:  Let's bring the jury in.  I want to

12   get Officer Jackson out of here.  Let's bring the jury in.

13           COURTROOM DEPUTY:  Jury panel.

14           (Jury entered the courtroom.)

15           THE COURT:  All right.  Please be seated,

16   everyone.

17           Thank you for your patience, everyone.  We just

18   got a little delayed because of legal issues I had to deal

19   with, but we are ready to go with Officer Jackson's

20   testimony.

21           Mr. Shipley.

22           MR. SHIPLEY:  Thank you, Your Honor.

23

24

25
```

```
 1                          - - -

 2                    CROSS-EXAMINATION

 3   BY MR. SHIPLEY:

 4        Q    Good morning, Officer Jackson.

 5        A    Good morning, sir.

 6        Q    Thank you for being here today.

 7        A    No problem.

 8        Q    I want to just go over a couple of videos with

 9   you.  I'm not going to spend a lot of time but there's a

10   couple of issues I want to ask you about.

11             First, Government's Exhibit 1089 has already been

12   offered and admitted, and we'll get it to play here.  Do we

13   have this up on screen?

14             Do you recognize what I'm showing here?  You saw

15   this earlier?

16        A    Yes, sir.

17        Q    We're just going to watch the first few seconds

18   here.

19             (Video played)

20   BY MR. SHIPLEY:

21        Q    Do you see --

22             MR. EDWARDS:  Do you want sound?

23             MR. SHIPLEY:  No.  I think we're okay without

24   sound for now.

25
```

```
1    BY MR. SHIPLEY:

2         Q    Do you see yourself here?

3         A    Yes.

4         Q    This is you right here, right?

5         A    Correct.

6         Q    And then you see -- I'm just going to keep track

7    of individuals without tell any names, okay.

8              So you see this gentleman here, correct?

9         A    Yes, sir.

10        Q    And he's directly in front of you, correct?

11        A    Yep.

12        Q    And then there's another gentleman behind him,

13   do you see that hat?

14        A    Uh-huh.

15        Q    Let's pay attention to the gentleman in the hat as

16   he comes out here and engages with you.

17             Then I'll ask you a question.

18        A    All right.

19             (Video played)

20   BY MR. SHIPLEY:

21        Q    Okay.

22             Do you remember this exchange with that gentleman?

23        A    I do.

24        Q    Okay.

25             What was he saying to you there?
```

1      A      He was trying to get us out.

2      Q      Trying to get you out?

3      A      Me or any other officer, to my knowledge.

4      Q      In fact, he was asking, wasn't he?  "Do you want

5  out?"

6      A      Yes, it was posed as a question, yes.

7      Q      And not just you but also to Officer Mendoza next

8  to you, correct?

9      A      Correct.

10     Q      Let's watch a couple more seconds here.

11            And at this point, understand, it's a chaotic

12  situation, right?

13     A      Uh-huh.

14     Q      It's a noisy, people every where, and for the most

15  part, you're maintaining your cool, right?

16     A      Yes, sir.

17     Q      It's not true of certainly a lot of protesters,

18  correct?

19     A      Yes, sir.

20     Q      And it's not true of some other officers, right?

21  Different officers reacted differently to the circumstances?

22     A      You could say that, yes.

23     Q      Okay.

24            And I'm not suggesting they offered poor -- they

25  acted or reacted poorly, just there was a variety of

4410

```
1    reactions.

2         A    Correct.

3         Q    Okay.

4              (Video played)

5    BY MR. SHIPLEY:

6         Q    What's happening right there?

7         A    This is a lot of pushing going on between us and

8    the rioters.

9         Q    Okay.

10             In fact, the person in the hat we were focusing

11   on, he steps back out of the way and signals people to

12   leave, right?

13        A    I don't recall.

14        Q    Let's back up just a second.

15             (Video played continuously)

16   BY MR. SHIPLEY:

17        Q    So the person, this person here in the gas mask?

18        A    Uh-huh.

19        Q    He stepped back, right?

20        A    Yes.

21        Q    And allowed that person and one other person to

22   exit?

23        A    Correct.

24        Q    And this is in the same time frame he's asking you

25   and Officer Mendoza and others if you want to leave as well?
```

```
 1        A    Correct.

 2        Q    Fair to say that up to this point, he's calm, he's

 3   not agitated or in any way being aggressive towards you and

 4   your fellow officers?

 5        A    I disagree.

 6        Q    This gentleman right here?

 7        A    Yeah, I disagree.

 8        Q    Okay.  Well, let's keep watching.

 9             (Video played)

10   BY MR. SHIPLEY:

11        Q    Right there.  Do you see that?

12        A    Uh-huh.

13        Q    Who made the first physical contact between the

14   officers and that gentleman?

15        A    He already touched us multiple times before this

16   incident.

17        Q    Okay.

18        A    So I'm going to say him.

19        Q    But right at this moment, Officer Mendoza struck

20   him in the face with his left hand, right?

21        A    Correct.

22        Q    And he reached up and grabbed Officer Mendoza's

23   left hand and pulled it away?

24        A    Correct.

25        Q    Now, this is where it becomes more
```

1    confrontational, right?

2        A    Yes, sir.

3        Q    Okay.

4             (Video played continuously)

5    BY MR. SHIPLEY:

6        Q    That's where he reached in and grabbed

7    Officer Mendoza and began to pull on him?

8        A    Correct.

9        Q    And then you responded by grabbing Officer Mendoza

10   and pulling him backwards?

11       A    Correct.

12       Q    So this is one of those circumstances where you

13   maintained your cool, didn't do anything, Officer Mendoza

14   took an action that then precipitated a response?

15       A    Correct.

16       Q    Again, I'm not suggesting Officer Mendoza was

17   wrong, I'm just saying within context, it's fair to evaluate

18   everybody's actions, right?

19       A    Correct.

20       Q    Can we take that down.

21            Well, actually, you know what, I'm not going to

22   bother showing you the next one because I think we all

23   remember.  I just want to ask you a question about it.

24            This is Government's Exhibit 9601, and I think

25   what we all remember is being able to hear Officer Mendoza

1    say "I can't breathe."

2            Do you recall that?

3    A    Yes, sir.

4    Q    Okay.

5            Now, there were obviously dozens of protesters in

6    front of you pushing on you?

7    A    Yes, sir.

8    Q    But there were also both protesters and other

9    officers behind you pushing forward, trying to push those

10   people out, right?

11   A    Correct.

12   Q    And you and Officer Mendoza and other officers at

13   the front were actually caught between the two sides pushing

14   each other?

15   A    Correct.

16   Q    And the protesters at the front were caught

17   between the two sides pushing each other?

18   A    Correct.

19   Q    And we saw that one gentleman at the very end of

20   9601 saying you guys gotta back up, meaning the police,

21   because there's a million people behind us trying to get in?

22   A    Correct.

23   Q    And the reality was, the people that -- in that

24   front line being pushed by the police, most of them didn't

25   have anywhere to go.  They couldn't go backwards because

1    there were people behind them?

2        A    Correct.

3        Q    And Officer Mendoza was caught in the same place

4    just facing the other direction?

5        A    Uh-huh, correct.

6        Q    He's facing out, rioters, protesters, whatever you

7    want to call them, they're facing in, right?

8        A    Yes, sir.

9        Q    But where those groups meet, the people caught

10   right in the middle are simply trapped, including you?

11       A    Correct.

12       Q    Let's see if I can find just one more section of

13   this video we were looking at.

14            You remember the officer to your left that had a

15   shield, and then that shield was taken away and used against

16   you; do you recall that?

17       A    Correct, yes, sir.

18       Q    Okay.

19            There was an officer to your left, and there was a

20   struggle over that officer's shield, the officer lost it,

21   and then somebody in the crowd turned around and used it,

22   right?

23       A    Yes.

24       Q    And I believe they were pushing against you --

25       A    Yes.

4415

1       Q      -- with the shield?

2              I want to find where that shield changes hands

3       here.

4              (Video played)

5              Right there.

6              Do you see this gentleman right here?  He's the

7       one that ended up with the shield, right?

8       A      Yes, sir.

9       Q      And then he comes forward, with the shield,

10      pushing, correct?

11      A      Yes, sir.

12      Q      And his hands, he's barehanded, right?

13      A      Yes, sir.

14      Q      And then you can see a cell phone here is being

15      held in his other hand as he grips the left side of the

16      shield with his left hand while holding the cell phone,

17      correct?

18      A      Yes.

19      Q      See right there, you can see a better -- hand one,

20      hand two and the cell phone on the shield, right?

21      A      Yes.

22      Q      Now, the government has called -- drawn your

23      attention to this gentleman here, right?

24      A      Yes, sir.

25      Q      Right there.

1              He's holding a phone, correct?

2     A    Yes, sir.

3     Q    But his hand has a glove on it, right?

4     A    Correct.

5     Q    Okay.

6              He's not holding the shield?

7     A    Correct.

8     Q    In fact, he's in this position that we just

9  discussed, he's sort of at the front of the protesters, and

10  people are pushing him from behind?

11     A    Yes, sir.

12     Q    So in some ways, he's trapped in that position --

13  actually, I think that went right back to the beginning, so

14  let me stop there.

15             In some ways, he's trapped in the same position

16  facing the opposite direction that you're trapped in?

17     A    Yes, sir.

18             MR. SHIPLEY:  Thank you, Your Honor.

19             THE COURT:  Thank you, Mr. Shipley.

20             All right.  Anyone else from the defense side?

21  No?

22             Okay.

23             Mr. Edwards, redirect?

24

25

```
 1                        - - -

 2                  REDIRECT EXAMINATION

 3   BY MR. EDWARDS:

 4        Q    Yes, Your Honor.

 5             Officer Jackson, do you recall testifying in

 6   direct about your time in the Senate hallway?

 7        A    Yes, sir.

 8        Q    What did you eventually learn about the door

 9   behind you in that hallway?

10        A    I eventually learned that behind me were the

11   U.S. Senators.

12        Q    Did you hear rioters chanting "Fuck McConnell"

13   while you were in that hallway?

14        A    I did.

15        Q    Okay.

16             MR. EDWARDS:  Ms. Rouhi, can we please pull

17   Exhibit 1089.1.

18             Thank you.

19   BY MR. EDWARDS:

20        Q    Officer Jackson, do you recall Mr. Shipley asking

21   you if context matters?

22        A    Yes.

23             MR. EDWARDS:  Let me add some context.

24             Can we please play some of this video with audio,

25   and I'll ask [sic] when you can stop, Ms. Rouhi.
```

4418

```
 1              (Video played)
 2    BY MR. EDWARDS:
 3         Q    Please pause at 50 seconds.
 4              Officer Jackson, why did you disagree with
 5    Mr. Shipley that that man in the black hat was calm?
 6         A    Nothing about that situation was calm, especially
 7    not him.
 8              And screaming out to officers that this is your
 9    fucking Capitol and you pulling on them, I don't see how
10    that's calm at all.
11         Q    Did any rioter, on January 6th, including in that
12    moment, help you?
13         A    No, sir.
14              MS. HALLER:  Objection.
15              THE COURT:  Overruled.
16    BY MR. EDWARDS:
17         Q    Did any rioter help you in the Senate hallway?
18         A    No, sir.
19         Q    Were you and Officer Mendoza in the building
20    legally?
21         A    Yes, sir.
22         Q    Who was not?
23         A    The rioters.
24              MR. MACHADO:  Objection.  Calls for a legal
25    conclusion.
```

1           THE COURT:  That's sustained.

2           MR. EDWARDS:  No further questions, Your Honor.

3           THE COURT:  All right, Officer Jackson, thank you

4    for your time and testimony, sir.  You may step down.

5           THE WITNESS:  Thank you.

6           THE COURT:  Ms. Rakoczy, at what point do you

7    think you'll get to the disputed matters?

8           MS. RAKOCZY:  Possibly Mr. Brennwald's within

9    15 minutes.

10          THE COURT:  Okay.  Let's go for 15 minutes.

11          MS. RAKOCZY:  Yes, Your Honor.

12          Your Honor, the government calls

13   Special Agent Byron Cody to the stand.

14          COURTROOM DEPUTY:  Please raise your right hand.

15          (Witness is placed under oath.)

16          COURTROOM DEPUTY:  Thank you.

17          THE COURT:  Agent Cody, welcome.

18          THE WITNESS:  Thank you, sir.

19

20

21

22

23

24

25

4420

```
 1                           - - -

 2    SA BYRON CODY, WITNESS FOR THE GOVERNMENT, SWORN

 3                     DIRECT EXAMINATION

 4                           - - -

 5    BY MS. RAKOCZY:

 6        Q    Good morning, sir.

 7        A    Good morning.

 8        Q    In a loud and clear voice, could you please

 9    introduce yourself to the ladies and gentlemen of the jury,

10    and spell your name for our court reporter.

11        A    Special Agent Byron Cody.  B-y-r-o-n, C-o-d-y.

12    I'm an agent with the FBI.

13        Q    Special Agent Cody, how long have you worked for

14    the FBI?

15        A    Approximately ten years.

16        Q    And roughly what types of positions have you held?

17        A    So I've worked domestic terrorism matters for my

18    entire career.  I've been a supervisor in the domestic

19    terrorism operation section, as well as working

20    investigations in Albuquerque as well as Washington field

21    offices.

22        Q    If I may ask you to slow down just a smidge, that

23    would be great.  Thank you.

24        A    Got you.

25        Q    So on January 6th of 2021, what type of cases
```

1    did you investigate?

2         A    Domestic terrorism.

3         Q    On January 6th, were you working?

4         A    Yes.

5         Q    And in the course of your duties, did you have

6    occasion to respond to what was going on at the

7    United States Capitol in some fashion?

8         A    Yes.

9         Q    Since January 6th of 2021, has your assignment

10   changed a little bit?

11        A    Yes.

12        Q    Could you describe that.

13        A    So I previously worked mainly proactive domestic

14   terrorism matters.

15             After January 6th, I shifted to working on a team

16   of agents assigned exclusively to work investigations

17   related to conspiracies at the Capitol, specifically the

18   Oath Keepers.

19        Q    And have you been assigned to this case ever

20   since?

21        A    Yes.

22        Q    Have you played a particular role in this

23   investigation?

24        A    Yes.

25             So my role -- well, I've participated in proffers

1    and interviews of subjects and other witnesses.

2           My role has been in coordinating with other field

3    offices to ensure all of the evidence collected has been

4    reviewed in accordance with the rules set out by the Court

5    and I've assisted the attorneys with discovery matters.

6      Q    Special Agent Cody, in preparing to testify here

7    in this trial, have you focused on a particular time period

8    relating to this investigation?

9      A    Yes.

10     Q    What time period is that?

11     A    January 6th to January 20th of 2021.

12     Q    Okay.

13          Let's talk a little bit about that subject matter

14   right now.

15          Let's begin by turning our attention to the

16   afternoon of January 6th of 2021.

17          Ms. Rouhi, could we please bring up on the screen

18   what has already been admitted into evidence as Government's

19   Exhibit 1500.4.

20          And if we could go to 10 minutes and 35 seconds in

21   the video, which I see we are at now, and if we could

22   publish that also for the jury.

23          Let's just play for a few seconds, please.

24          (Video played)

25

```
 1    BY MS. RAKOCZY:

 2        Q    So we've just paused now at 10 minutes and

 3    41 seconds.

 4             Do you recognize the video that we just saw a clip

 5    of?

 6        A    I do.

 7        Q    And are you aware of where this video was

 8    recovered from by members of your team?

 9        A    Yes.  Ms. Parker's phone.

10        Q    Okay.

11             And what's Ms. Parker's first name?

12        A    Sandra.

13        Q    Okay.

14             Have you reviewed the data for that video?

15        A    Yes, I have.

16        Q    And does that data include what we might call

17    metadata about when the file was created?

18        A    It does.

19        Q    And did you learn what that creation date data

20    was?

21        A    Yes.

22        Q    And do you recall when the creation date and time

23    for this video was?

24        A    January 6th of 2021 at 2:32 and 20 seconds in the

25    afternoon.
```

4424

1     Q     Okay.  2:32:20.

2           All right.  Thank you, Ms. Rouhi, we could take

3     that video down.

4           Let's now shift, Special Agent, to the late

5     afternoon and evening of January 6th and the days

6     thereafter.

7           Have you reviewed, in the course of your

8     investigation, messages sent by these defendants in this

9     case and some of the folks they were with on January 6th

10    relating to what had happened on January 6th?

11    A     Yes.

12    Q     Could we please bring up, just for the agent,

13    Exhibit 9826, please.

14          Special Agent, we see on the screen a photograph

15    of a phone.  Is that fair to say?

16    A     Yes.

17    Q     Are you familiar with the circumstances in which

18    this photograph was taken?

19    A     Yes.

20    Q     How so?

21    A     Well, I took it.

22    Q     Is this a fair and accurate copy of a photograph

23    you took?

24    A     It is.

25    Q     And does this phone that we're looking at in the

1    photograph belong to someone who is in some way connected to

2    the defendants in this case and those that they may have

3    traveled with for January 6th?

4        A    Yes.

5        Q    Whose phone is this?

6        A    A man named Aaron Stone.

7        Q    Okay.

8             MS. RAKOCZY:  And at this point in time,

9    Your Honor, the government would seek to admit Exhibit 9826

10   into evidence.

11            MS. HALLER:  Foundation.

12            Well, just further foundation now.

13            THE COURT:  I think the foundation has been

14   adequately laid.  So that objection is overruled.

15            9826 will be admitted.

16                              (Government's Exhibit 9826
                                    received into evidence.)
17

18            MS. RAKOCZY:  Thank you, Your Honor.

19            If we could publish 9826 for the jury now.

20   BY MS. RAKOCZY:

21       Q    Special Agent Cody, you said we're looking at a

22   phone that belongs to someone named Aaron Stone; is that

23   right?

24       A    Yes.

25       Q    Could you explain to us how you came to took a

1    photograph of Mr. Stone's phone?

2        A    We interviewed Mr. Stone and discovered through

3    the course of the interview that on his phone he maintained

4    certain Signal chats that had not been deleted or otherwise

5    erased.

6        Q    Did you ask Mr. Stone if you could review the

7    Signal chats that were still on his phone?

8        A    I did.

9        Q    And does it sound fair that this was in the latter

10   part of the 2021 calendar year that you had this encounter

11   with Mr. Stone?

12       A    Yes.

13       Q    And did Mr. Stone give his consent for you to look

14   through the Signal content on his phone?

15       A    Yes.

16       Q    Okay.

17            And is this a photograph of some of that Signal

18   content?

19       A    It is.

20       Q    Is there a particular Signal group chat that we

21   see displayed in this picture?

22       A    Yes, "Vetted OK FL Hangout."

23       Q    And I am now circling the top part of the screen.

24   Do we see the chat name, the beginning of the chat name

25   there?

4427

1      A      Yes.

2      Q      Okay.

3             And do we see now here in the main thing captured

4      on the screen what appears to be a video and a message that

5      were posted to the chat?

6      A      Yes.

7      Q      Who posted that message?

8      A      OK Gator 1.

9      Q      Okay.

10            And are you familiar with who used the moniker

11     OK Gator 1?

12     A      Yes.

13     Q      Who is that?

14     A      Kelly Meggs.

15     Q      And what state was he from?

16     A      Florida.

17     Q      Did he play any kind of leadership role in the

18     Florida chapter?

19     A      Yes, he did.

20     Q      What was that?

21     A      He was the leader of the Florida chapter.

22     Q      And do you know, based on having reviewed the data

23     on Mr. Stone's phone, on what day Mr. Kelly Meggs sent this

24     message?

25     A      January 6th of 2021.

1      Q     And do we see the timestamp here in the bottom

2   right of the message?

3      A     Yes.

4      Q     What time was this sent?

5      A     6:13 p.m.

6      Q     Okay.

7            And have you reviewed the video that was sent with

8   this message?

9      A     I have.

10     Q     And what did Mr. Meggs say with the video?

11     A     "Florida OK takes the Capitol."

12     Q     Okay.

13           The video that we see here, are you aware of who

14  took that video?

15     A     Yes.

16     Q     Who took the video?

17     A     Kenneth Harrelson.

18     Q     Okay.

19           Could we please bring up on the screen now

20  Exhibit 50.V, as in video, .1.

21           If we could pause for one second.

22           Special Agent Cody, do you recognize the video

23  that we've just brought up on the screen?

24     A     I do.

25     Q     And what is this?

1    A    This is individuals entering through the

2  Columbus Doors at the U.S. Capitol.

3    Q    And how does this video relate to the message that

4  we were just looking at from Mr. Stone's phone?

5    A    There's several Oath Keepers that are in the

6  video.

7    Q    And does this video -- was this video the same

8  video that was sent by Mr. Meggs with that message?

9    A    Yes.

10        MS. RAKOCZY:  At this point in time, we would seek

11  to admit Exhibit 50.V.1.

12        MS. HALLER:  No objection, Your Honor.

13        MR. ROSSI:  No objection.

14        THE COURT:  All right.  50.V.1 will be admitted.

15                              (Government's Exhibit 50.V.1
                                    received into evidence.)

16

17        MS. RAKOCZY:  It's about a 3-minute video.  Could

18  we please play the video in its entirety.

19        (Video played)

20  BY MS. RAKOCZY:

21    Q    Can you pause here?

22        You should advance one second.  I apologize.

23        Thank you.  If we could pause here, we're at about

24  23 seconds into the video, I believe.

25        Who did you say was filming this video, Special

1    Agent?

2         A    Mr. Harrelson.

3         Q    And as he has panned the camera, do you see folks

4    you recognize?

5         A    Yes.

6         Q    Were these people who were with Mr. Harrelson on

7    the afternoon of January 6th?

8         A    Yes.

9         Q    Do you recognize who exactly we're looking at

10   here?

11        A    Yes.

12        Q    Who is that?

13        A    The man with the helmet is Kelly Meggs.

14        Q    And we had just seen a moment earlier, the camera

15   had been pointed at the doors.  Do you recognize those

16   doors?

17        A    Yes, I do.

18        Q    Where are those doors?

19        A    Those are on the east side of the U.S. Capitol.

20        Q    Okay.

21             Let's keep playing, please.

22             (Video played)

23   BY MS. RAKOCZY:

24        Q    Can we pause here, please.

25             And just for the record, we've just paused at 1

1   minute and 7 seconds.

2           As the camera moved through the doors, did you

3   hear any alarm type sounds?

4       A    I did.

5           MS. RAKOCZY:  We can keep playing, please.

6           (Video played)

7   BY MS. RAKOCZY:

8       Q    Can you pause there, please.

9           And just for the record, we've paused at 1 minute

10  and 37 seconds.

11          Did the person filming, Mr. Harrelson, just move

12  the camera down so you could see his legs?

13      A    Yes.

14          MS. HALLER:  Objection.  The video speaks for

15  itself.

16          THE COURT:  It's overruled.  Go ahead.

17  BY MS. RAKOCZY:

18      Q    Did Mr. Harrelson's legs appear to be moving of

19  their own volition?

20      A    They did.

21      Q    Could we keep playing.

22          (Video played)

23  BY MS. RAKOCZY:

24      Q    Okay.  For the record, we've now just completed

25  playing the entire video.

4432

1        Special Agent Cody -- and we can take that exhibit

2   down.  Thank you.

3        Special Agent Cody, was someone named Connie Meggs

4   part of the group that entered the building with

5   Kenneth Harrelson?

6        A    Yes.

7        Q    Have you reviewed the content of certain messages

8   sent by Connie Meggs' phone on the evening of January 6th of

9   2021?

10       A    Yes.

11       Q    Could we please bring up just for the agent

12   Exhibit 9828.

13           And it's a two-page exhibit.

14           Are you familiar with this exhibit,

15   Special Agent Cody?

16       A    Yes, I am.

17       Q    And who sent -- are these -- does this exhibit

18   fairly and accurately depict messages sent by Connie Meggs'

19   telephone on January 6th of 2021?

20       A    Yes.

21           MS. RAKOCZY:  At this point in time, the

22   government would seek to admit Exhibit 9828 into evidence.

23           MR. WOODWARD:  The Court's indulgence.

24           (Defense counsel conferred off the record.)

25           MS. HALLER:  Your Honor, can we put our objection

```
 1    for the record on the phone.
 2              (Bench conference)
 3              MS. HALLER:  Your Honor, the foundation is
 4    incorrect, so we would object on foundation, and we would
 5    respectfully request just the word "faggot" being redacted.
 6              THE COURT:  Well, what's the foundation issues?
 7    It's on her phone.  Are you disagreeing with --
 8              MS. HALLER:  It's not from her phone.
 9              MS. RAKOCZY:  It's not, Your Honor, and I was very
10    careful to ask whether this was a message sent by her phone.
11    This was recovered from the T-Mobile message log exhibit,
12    and I will be bringing that out later in the testimony.
13              MS. HALLER:  Oh, okay.  Thank you.
14              And we would request just "faggot" be redacted.
15              MS. RAKOCZY:  We do oppose that, Your Honor.
16    I think the vehemence with Ms. Meggs is speaking about the
17    Vice President's actions on January 6th is highly probative
18    such that it outweighs any prejudice caused by that word.
19              MS. HALLER:  We would agree to replace the word
20    with something less potentially prejudicial based on, you
21    know, like Pence being a traitor, I don't know.  Not that
22    one.  Okay.  I don't know.
23              MR. BRENNWALD:  I mean, the issue, Your Honor,
24    is -- and this is Steve Brennwald, for Mr. Zaremba's sake.
25              We don't know who on the jury might be of a
```

```
 1    persuasion that would be very offended by this.  I mean, all
 2    of us would be, but especially certain people.  So that's a
 3    particularly damning word.
 4            MS. RAKOCZY:  Your Honor, we strongly object.  We
 5    objected to censoring other messages.  We object to
 6    censoring this message because the force of that word is
 7    pertinent.  It's being used for a reason.  It's, in many
 8    ways, stronger than "traitor," and I think there's a reason
 9    why she used that word.
10            THE COURT:  All right.
11            (Open court)
12            THE COURT:  Let's take lunch.  It's now 12:15.
13    We will resume at 1:30.  We'll see everybody shortly.  Thank
14    you, all, very much.
15            COURTROOM DEPUTY:  All rise.
16            (Jury exited the courtroom.)
17            THE COURT:  All right.  Agent Cody, I'll ask you
18    to step down and just step outside the courtroom.  And
19    please don't discuss your testimony with anyone during the
20    break.  Thank you, sir.
21            Have a seat, everyone.
22            Can I see the second message, please.
23            MS. RAKOCZY:  Just the word "attacked."
24            I think she's clarifying what she meant in the
25    first message.
```

1          THE COURT:  Okay.

2          Can we just go back to the first message, please.

3          Can I ask a different question first, which is, is

4  this being offered only against Ms. Meggs?

5          MS. RAKOCZY:  No, Your Honor.  We think that she's

6  speaking about what the group did.

7          THE COURT:  So how is that admissible against the

8  others if this is -- on what theory?

9          MS. RAKOCZY:  It's a statement of her intent and

10  state of mind that is evidence of the conspirators' intent

11  and actions.  So she's describing what Trumpettes -- or

12  Trumpers, I'm not sure exactly what she's trying to say, but

13  what the crowd, including her and her co-conspirators did on

14  January 6th.

15          And so I think evidence of -- Court's

16  indulgence -- and why they did that.

17          So I think what a co-conspirator is saying

18  five hours, six hours after they left the Capitol Grounds

19  about what they did and why on that day is absolutely

20  probative against all conspirators, not just against the

21  speaker.

22          I think we've -- we've done this with many similar

23  messages that are admissions after the fact.  It's also a

24  statement against penal interest.

25          THE COURT:  So I want to just be careful about

1    this, and I want to -- I read *Anderson*, Ms. Rakoczy, and

2    I don't think I've thus far done anything inconsistent with

3    that decision in the following sense:  A number of the

4    messages that I left -- I took -- I excluded, particularly

5    from Mr. Vallejo, and I guess I recognized the probative

6    value of them, but excluded them also on 403 grounds.

7             What also made some of those messages different

8    was that they were more forward looking in terms of next

9    steps, and these defendants -- arguably their conspiracy

10   ended on or about January 6th itself, maybe the 7th.

11            I don't know that a blanket -- essentially what

12   amounts to admissions by a co-conspirator after the fact,

13   even if it's close in time, gets in just because it's

14   relevant to state of mind or motive or intent, if you will,

15   at the time the conduct occurred.

16            And I want to just be careful about this, because

17   I don't think you're arguing that this is, in fact, a

18   co-conspirator statement, because I don't think it can truly

19   be considered to be in furtherance of the conspiracy at this

20   point.

21            MS. RAKOCZY:  I think that's right, Your Honor.

22   I think it's a statement against penal interest, and it's a

23   statement of her state of mind and intent.

24            I think, respectfully, Your Honor, we see no

25   distinction between this and we went in there to the Senate,

```
 1    and that we muscled the cops back like spartans.

 2              THE COURT:  Right.  I think that --

 3              MS. RAKOCZY:  It is a statement --

 4              THE COURT:  I think it probably is a statement

 5    against penal interest.  I mean, she does say, in the key

 6    part of this, is that "Everyone who went to the Capitol to

 7    stop the vote," and then it said, "Police attacked."

 8              MR. COOPER:  Your Honor, I'm not sure that it's

 9    actually clear that the statement is referring to

10    Oath Keepers, as opposed to just the general, mob, if you

11    will, that ascended on the Capitol Building that day.

12              MS. RAKOCZY:  We respectfully disagree, but also,

13    that goes sort of to the weight of the evidence or what the

14    parties can argue about the meaning of this message.

15              I think there's definitely a reasonable

16    interpretation that this is a statement against penal

17    interest and a statement of state of mind/intent, both of

18    which are highly pertinent here when not just Ms. Meggs but

19    just about all of her co-defendants' counsel have suggested

20    that people were swept up in the moments, didn't see the

21    signs, didn't know where they were.  We think what one of

22    these co-conspirators is saying about why people did what

23    they did that day is pertinent against all.

24              MR. SHIPLEY:  I would say that argument seems to

25    back up the timeline.  Backs up the conspiracy until they
```

1  heard about Mike Pence and that was what triggered their

2  decision to go in and that's not what the government has

3  been suggesting.

4       MS. RAKOCZY:  No, I think that's pretty consistent

5  with our case.

6       MR. COOPER:  No, I think if the statement was,

7  "And we went to the Capitol," which is more inclusive as to

8  a particular group, I think that would be more along the

9  lines of what the government is trying to argue and get this

10  in for, rather than everyone.  Everyone just seems to imply

11  the universe of MAGA hats, if you will.

12       MR. ROSSI:  Judge, I want to echo Mr. Cooper.  The

13  use of the word "everyone" is very speculative.  So in

14  addition to all the other objections, I'd say this is

15  speculation.  We don't care what she means by everyone.

16  That's so broad, it could be everyone on the

17  Capitol Grounds, at The Ellipse.  It's extremely broad.

18       MR. COOPER:  And to back that up, Your Honor, the

19  more I think about that, in terms of a statement against

20  penal interest, the statement really doesn't describe what

21  this speaker is describing the person did but, rather, what

22  the general tenet of the afternoon was.

23       MS. RAKOCZY:  So I don't think it's speculative

24  because I'm not going to ask Special Agent Cody to speculate

25  as to what she went by everyone.  The words are the words

1    that Ms. Meggs used.

2              And we think a very plausible interpretation is

3    that she's referring to everyone in the crowd, including

4    herself and those in her group grew.  The defense is

5    certainly free to argue a different meaning if they choose

6    to.  There's just no distinction in the government's mind

7    between this and other messages made by other

8    co-conspirators that evening that we think the Court has

9    rightly ruled admissible.

10             MR. COOPER:  It's almost read in the third person,

11   Your Honor.

12             MR. SHIPLEY:  I could point out that capital,

13   spelled, A-l, is the city, not the building.

14             MS. RAKOCZY:  It's not the way your client uses

15   the word, Mr. Shipley.

16             MR. COOPER:  It could almost rather be read as

17   someone who wasn't even present but was just describing what

18   they saw.

19             THE COURT:  Other than the fact that she was

20   present.

21             MR. COOPER:  No.  I understand that.

22             But, I mean, it's certainly, the way it's written

23   in terms of whether it is a statement against penal

24   interest.  It doesn't describe what the -- it doesn't seem

25   to describe what the rioter is admitting to, if you will,

1    about the rioter's own conduct.  It describes other

2    people's.

3              THE COURT:  You mean she's not including herself

4    in everyone?

5              MR. COOPER:  Yes.

6              THE COURT:  Okay.

7              MR. COOPER:  I mean --

8              THE COURT:  That's an interpretation but

9    I'm not sure it's reasonable.

10              MS. HALLER:  Your Honor, I would respectfully only

11    add that because it's at 11:00 at night, she's in, they know

12    she's in her hotel room.  I mean, that's an undisputed fact

13    in the case.  So it implies, what are you doing at 11:00 in

14    your room; you know, watching the news.

15              So the challenges -- you know, the footage --

16              THE COURT:  There's no evidence that she was

17    watching the news.

18              MS. HALLER:  Well, it's undisputed that she was in

19    her room.

20              THE COURT:  I don't watch the news at 11:00.

21              MS. RAKOCZY:  Your Honor, just in terms of whether

22    this is consistent with our theory or how this fits into and

23    is supported by other evidence in the case, we've introduced

24    evidence that Mr. Rhodes says very similar things and ties

25    that in time to when Line 1 starts marching towards the

1   Capitol, this is echoing that sentiment.  That's also a

2   pertinent way to say that the defense can argue these people

3   weren't hearing, weren't aware of Mr. Rhodes and his

4   messaging, and this also speaks to that.

5          THE COURT:  So, look, I want to just, as I said,

6   I want to be careful about this.

7          I view this slightly differently than Ms. Watkins'

8   statement in the sense that Ms. Watkins' statement puts her

9   directly in the Senate hallway confronting police officers.

10  There's no ambiguity to what she said and is clearly a

11  statement against penal interest.

12         You know, the rule reads, "A reasonable person in

13  the declarant's position would have made the statement only

14  if the person believed it to be true because when made, it

15  was so contrary to the declarant's proprietary or pecuniary

16  interest or had so great a tendency to invalidate the

17  declarant's claim against someone or to expose the declarant

18  to civil or criminal liability."

19         And let's, you know, what I'm particularly --

20  here's where I'm going to come out.  I'm only going to admit

21  it against Ms. Meggs as an admission against Ms. Meggs.

22  I don't think it quite gets -- I'm not sure it -- now that I

23  look at it, I'm not sure it quite gets to a statement

24  against penal interest.  She says "Everyone went to the

25  capital to stop the vote."

1            That by itself is not necessarily a statement

2    that's criminally inculpatory.  A lot of people went to the

3    Capitol, perhaps to stop the vote, but not in the way that

4    she did, or attempted to or at least is accused of having

5    done.  And so the statement "Everyone went to the Capitol,"

6    to the extent the government wants to admit it as including

7    the Oath Keepers, I'm not convinced it's sufficient to meet

8    the statement against pecuniary interest standard.  So I'll

9    admit it only against Ms. Meggs.

10            The question of whether to remove --

11            MR. WOODWARD:  I'm sorry, Your Honor, under

12    what -- how is it being admitted as against Ms. Meggs and

13    how does that ruling --

14            THE COURT:  It's an admission.

15            MR. WOODWARD:  By a party-opponent.

16            THE COURT:  Right.

17            MR. WOODWARD:  But if she testifies, does that

18    change the basis -- I got this wrong last time, too.

19            THE COURT:  Why would it change the basis?

20            MR. WOODWARD:  Because there's a confrontation

21    clause issue.

22            THE COURT:  It's not a testimonial statement.

23            MR. WOODWARD:  Okay.  I got it wrong last time, so

24    I assume -- I'll look at it over the lunch break.

25            THE COURT:  Yeah, this isn't a testimonial

1    statement.  It has nothing to do with a statement.

2              MS. RAKOCZY:  Your Honor, we respect the Court's

3    ruling.

4              Just we may submit over lunch the back and forth

5    that was had in the first two trials about the statement

6    because I believe it was admitted in both as a statement

7    against penal interest.

8              THE COURT:  I believe.

9              MS. RAKOCZY:  And we'd proffer we'll bring out

10   later through the special agent that Ms. Meggs -- this

11   message was only recovered from the T-Mobile messaging

12   return because it was, we believe, deleted from her phone,

13   which I think bears upon whether this was a statement

14   against penal interest or not.

15             THE COURT:  This was deleted from her phone?

16             MS. RAKOCZY:  Correct.  We did not find it on her

17   phone.  We found it in the T-Mobile messaging logs.  So it's

18   the government's surmise, a reasonable inference from the

19   evidence, that it was deleted from her phone.

20             MS. HALLER:  Ms. Meggs isn't charged with --

21             THE COURT:  Doesn't matter, Ms. Haller.

22             MS. HALLER:  There's no evidence she deleted it

23   from her phone.

24             THE COURT:  It's not on her phone.  Correct?

25             MS. HALLER:  (Nodding head.)

1          THE COURT:  And it was on the T-Mobile returns,

2     correct?

3          MS. HALLER:  Correct.

4          THE COURT:  So it was something she sent.  And by

5     the time the government got to the phone, it was not there.

6     It is admissible.

7          All right.  I'll think about it over lunch.

8          MR. BRENNWALD:  Your Honor, scheduling-wise, if

9     the government is going to be resting in a few minutes after

10    lunch, we'll have -- we'll need some time for MJOAs, I'm

11    pretty sure, especially with Mr. Parker.

12         THE COURT:  No, you won't.

13         MR. BRENNWALD:  Okay.

14         THE COURT:  You're going to make your statement

15    and then I'll defer, and you can make your arguments at a

16    later point in time.

17         MR. BRENNWALD:  Okay.

18         And then I believe that Mr. Greene's counsel is

19    going to do an opening.  I would imagine that would be

20    before I start with Mr. Parker?  I just want to inquire of

21    the Court how it thinks we should proceed.

22         THE COURT:  Mr. Shipley.

23         MR. SHIPLEY:  I think that's what we were planning

24    on.  Ms. Redden is going to give the opening and I expected

25    we would do it before the other evidence.

1          MR. BRENNWALD:  As to how the Court's going to

2    allow witnesses, defense witnesses, parties to be

3    cross-examined, I saw in the Rhodes 1 trial where it looked

4    like the Court wasn't going to allow some co-defendants to

5    cross-examine, it was just going to be the government, but

6    I think that eventually changed.  I just want to make sure

7    that each defense lawyer, if they want to cross-examine a

8    defendant, will be allowed to cross-examine a defendant.

9          THE COURT:  Depends on what the witness says.

10          MR. BRENNWALD:  Okay.

11          THE COURT:  If the witness inculpates a different

12    defendant, then that defense lawyer can cross-examine.  If

13    the witness does not, there's no basis for

14    cross-examination.

15          MR. BRENNWALD:  Thank you for clarifying.

16          MR. SHIPLEY:  How will you address the question of

17    if I want to do additional direct of Mr. Adams that

18    Mr. Woodward did not?  Wait and have him come back in my

19    case or just it get it all over with at one time?

20          THE COURT:  Well, if you're telling me you would

21    otherwise call him in your case, then I would let you do an

22    additional direct examination.

23          MR. SHIPLEY:  It would be information that

24    Mr. Woodward does not cover for one reason or another that I

25    might think is pertinent I would want to cover.

1          THE COURT:  Correct, I think so.

2          MR. SHIPLEY:  Just do it all at the same time?

3          MR. MACHADO:  Your Honor, I just have one minor

4   issue that has to do with the cross-examination of the

5   witness.

6          I can pull it up if needed, but the texts that

7   I want to bring in, we're going to -- from Mr. Rhodes' phone

8   with regard to, ever heard of Sandi Parker, Bennie Parker,

9   I apologize, I don't recall to what extent, since it's a

10  full document, to what extent the Court is allowing the full

11  document or --

12         THE COURT:  I thought you just wanted the first

13  statement in?

14         MR. MACHADO:  Just the first statement.

15         THE COURT:  That's what you told me you wanted.

16         MR. MACHADO:  Well -- I mean, it gets followed up

17  by, they have been indicted and the government is saying

18  they were Oath Keepers, "Whip, do you remember anyone by

19  that name being with us in D.C."

20         I mean, the portion that I would -- I mean,

21  I don't think they have been indicted and government is

22  saying they are Oath Keepers is much in dispute, but "Whip,

23  do you remember anyone by that name being with us in D.C.,"

24  again, it's another question.

25         THE COURT:  Okay.

1          MR. MACHADO:  I'm allowed to add that one?

2          THE COURT:  Sure.

3          MR. MACHADO:  Okay.  Thank you.

4          THE COURT:  What are the other exhibits that are

5    coming through Agent Cody that are still subject to

6    objection?  We have the bug-out plan.  What else?

7          MS. HALLER:  We have a statement, Your Honor, from

8    Mr. Meggs that is, "We are at war," which is 9841.  If I

9    could ask the government with to put it up, 9841.

10          It's in with Bob Baker in the group text.

11          I believe the Court already ruled on something

12    similar, but this is technically, I think, a -- it's not the

13    same message that was before the Court.

14          And if we go forward to -- it's a series of

15    messages that begin at 8:22 p.m. on -- well, excuse me,

16    begin on January 5th and then go to January 6th.

17          So it's really the 1/6, 8:22 p.m. message that we

18    would object to.

19          The series is also objectionable, you know, as

20    these are not co-conspirators.  I know it could be admission

21    by Mr. Meggs, but I would argue it's prejudicial.

22          THE COURT:  Well, the statement "This is war,"

23    I think it comes in at a minimum under 803(3) even if it is

24    arguably for the truth.  It's clearly a statement about his

25    then-existing state of mind.

1          MS. HALLER:  I believe Mr. Meggs was also charged,

2    as this Court knows, and convicted of seditious conspiracy.

3    This set of messages relates to conduct that is not what is

4    going on at the Capitol, is not related to 1512 but is

5    specifically related to what the legislatures are doing and

6    what precedes it.

7          This is all post January 6th and about something

8    else, about the future of the country.

9          THE COURT:  It's on January 6th, it's during the

10   time Congress is either in session or about to go back into

11   session.  It's admissible.  It's admissible at a minimum

12   under 803(3).

13         Then-existing state of mind, this is the evening

14   of January 6th.  Clearly, he's not contrite, he's not

15   reflecting on his actions and thinking, maybe I shouldn't

16   have done that.  He is thinking something else.

17         MS. HALLER:  Thank you, Your Honor.

18         THE COURT:  What else?  The bug-out slides,

19   I think, come in as state of mind.  803(3).  It's motive,

20   plan, consciousness of guilt.  Those statements come when,

21   just five days afterwards?  Right?

22         MS. RAKOCZY:  Yes, Your Honor.

23         THE COURT:  Okay.

24         And it involves same co-conspirators who were

25   alleged to be part of the conspiracy.  So I think those are

1    admissible under 803(3).

2           Anything else?

3           MS. RAKOCZY:  Two points, Your Honor.

4           I just, with Mr. Machado's exhibit, I think

5    actually under Rule 106, we would ask for the entire eight

6    or so messages in that chain to come in.

7           MR. MACHADO:  Absolutely, no objections.  Makes my

8    life easier.

9           THE COURT:  Okay.

10          What else?

11          MS. RAKOCZY:  And we had planned through

12   Special Agent Cody to introduce a handful of firearms, two

13   weapons that we have agreed through a statement that the

14   Parkers brought to D.C. on January 6th and then firearms

15   that were --

16          MS. HALLER:  To D.C.?

17          MS. RAKOCZY:  To the D.C. metropolitan area.

18          MS. HALLER:  No.  Winchester is not D.C.

19   metropolitan area.

20          MS. RAKOCZY:  We also seek to introduce the

21   firearms that were brought by Jason Dolan, Joseph Hackett,

22   and David Moerschel.  And no one has objected except counsel

23   for Mrs. Meggs so I'll let Mr. Woodward address that.

24          MR. WOODWARD:  Our objection is based on the lack

25   of foundation that those firearms were, in fact, transported

1   to the QRF.  We've seen the video from the surveillance

2   footage of Mr. Dolan and others, in particular, Mr. Vallejo,

3   loading objects into the hotel, but we have no testimony

4   about the contents of those firearms cases or the Home Depot

5   containers go -- what's in them.  And so --

6              THE COURT:  I'm sorry, you said Dolan.  Who else?

7              MS. RAKOCZY:  Moerschel and Hackett.

8              THE COURT:  And with the Hackett, it's the

9   handgun?

10             MS. RAKOCZY:  No, it's a rifle, Your Honor.

11             I think there's a handgun as well.

12             THE COURT:  Didn't I not permit the rifle against

13  Mr. Hackett at the last trial?

14             MS. RAKOCZY:  When Mr. Hackett's counsel objected,

15  that's correct.

16             We would argue again and respect the Court's

17  ruling, but we would argue again the same way in a homicide,

18  when you have a through-and-through gunshot wound and don't

19  know what the murder weapon is, what the murder weapon is,

20  access to firearms, access to the weapon that was used to

21  commit the offense is -- evidence of that is relevant.  And

22  so here, Special Agent Cody will say that there are rifle

23  cases on the dolly that Mr. Hackett and others are wheeling

24  out and a rifle was recovered from Mr. Hackett's residence

25  during a search warrant.  So we think that is --

1          THE COURT:  I'll let you bring in the fact that
2     the pistol was recovered.  There was no evidence -- at the
3     second trial that he, in fact, brought a rifle with him.
4     Mr. Berry didn't testify that he brought a rifle with him.
5     There's been no testimony at this trial that he brought a
6     rifle with him.  I'll let a pistol in if that's what you
7     would like to do.  I don't know whether that's available,
8     but I think we have photographs of it at a minimum.
9          MS. RAKOCZY:  Yes, Your Honor.
10          THE COURT:  I shouldn't say "we," but I believe
11     there are photographs of it at a minimum.
12          Insofar as Mr. Dolan and Mr. Moerschel.
13          MS. RAKOCZY:  So Mr. Dolan has a fairly distinct
14     rifle case.  It's a green colored Michael Waddell Bone
15     Collector case that special agent will say is consistent
16     with what we can see on the video.  So that's the basis for
17     Mr. Dolan's weapon.
18          THE COURT:  Right.
19          I think Mr. Dolan and Mr. Moerschel come in, they
20     were part of the Florida group, Caleb Berry testified about,
21     you know, there being weapons brought up along with the
22     Florida group, it's something he observed.
23          There's the video from the hotel showing weapons
24     cases being carted in and out, including with those two men,
25     the fact that those weapons are similar length weapons that

1   would fit in those cases, were recovered from their homes,

2   I think is enough to get it in.

3          MR. WOODWARD:  I think, Your Honor, with respect,

4   Mr. Berry did not testify that weapons were brought up from

5   the farm or the training ground, as they call it.  He

6   testified that he loaded weapons cases into the car, that

7   he's familiar with weapon cases based on his --

8          THE COURT:  Right, he said, wasn't there --

9   he said there was a transferring of weapons cases into --

10  among cars at the first stop, and then at the second stop,

11  they took weapons cases into the hotel.

12         MR. WOODWARD:  I'm not objecting to the government

13  displaying weapons cases if that's what they want to do.

14  It's the inference that inside those weapons cases were

15  particular assault rifles that they're going to take out and

16  waltz.

17         THE COURT:  You'll forgive me, but it doesn't seem

18  like an unreasonable inference that those weapons cases

19  contained weapons.

20         MR. WOODWARD:  They can argue that, sure.  They

21  can argue based on --

22         THE COURT:  You can argue that they haven't proven

23  up the weapons cases were -- had something in them.

24         MR. WOODWARD:  Well, with respect, we don't have

25  the burden of proof, they do.

1            THE COURT:  I understand, but -- hang on.

2            It seems highly unlikely to me that somebody would

3    have brought an empty weapons case hundreds of miles, and if

4    a weapon that fits in that weapons case is recovered from

5    that person's home, I think that's enough.

6            MR. WOODWARD:  Well, Your Honor, this isn't a case

7    where we don't have the evidence.  They didn't put Mr. Dolan

8    on the stand, and that's a strategic decision that they've

9    made.

10           They have every opportunity to bring these folks

11   in, put them on the stand and do exactly what they did in

12   the first trial and they didn't do that.

13           And so to have Agent Cody testify that that weapon

14   was in the QRF --

15           THE COURT:  It's not what he's testifying to.

16           MR. WOODWARD:  That's the inference the jury is

17   going to draw.

18           THE COURT:  Okay, it's an inference, right.  You

19   all can argue from inferences, the government could argue

20   from inferences.

21           Agent Cody cannot say, this is what Mr. Dolan

22   brought.  He cannot say this was in the QRF.

23           What he can say is that, here are the some images

24   of Mr. Dolan carting out something that looks like a gun

25   case.  We searched Mr. Dolan's house, and we found a rifle.

4454

1   And I don't know whether there will be evidence about the

2   gun case.

3            MR. WOODWARD:  I guess I'm okay with that.

4            The concern I have is that they've got the assault

5   rifle here and they're going to stand in front of the jury

6   and hold that thing up again, and they don't need to do

7   that.  If they want to have him testify that they found a

8   gun in a case in Dolan's residence, fine, but to hold these

9   guns up in front of this jury, that's unfairly prejudicial

10  when we don't know that the gun -- in this trial, we don't

11  know that that gun was in the case when it was unloaded at

12  the QRF.  We just don't know.  And that's the government's

13  prosecutorial prerogative.

14           THE COURT:  I think Mr. Berry testified, certainly

15  did at the second trial, I thought he did again this time,

16  that the weight of the cases suggested that they were not

17  empty.

18           MR. WOODWARD:  He also testified that he did not

19  know what was in the case.

20           THE COURT:  Right.  I doubt it was --

21           MR. WOODWARD:  Your Honor, I appreciate that we

22  know what was in the case, but the question is what is the

23  evidence that the government has put on in this trial.

24           THE COURT:  And I agree with you, it is.  And it

25  is a fair and reasonable inference that people who drove

1    hundreds of miles with a rifle case had a rifle inside the

2    case, particularly when Mr. Berry has testified that he

3    lifted those rifle cases, saw rifle cases going up into a

4    hotel, there are video images of rifle cases being taken out

5    of the hotel by these two gentlemen, and then there are

6    rifles found in their homes.

7            MR. SHIPLEY:  And, Your Honor, I recall, though,

8    the basis for excluding the Hackett photos was that --

9            THE COURT:  No, the Hackett rifle was excluded

10   because there was no testimony Mr. Hackett brought anything

11   with him; other than a pistol.  Mr. Berry only said

12   something about a pistol, not a rifle.

13           MR. SHIPLEY:  Correct.

14           But my recollection was the issue was there were

15   six long guns, only one of which was an AR and the

16   government wanted to use that one and there was no evidence

17   as to which one he might have even brought.

18           THE COURT:  There was no evidence that he brought

19   any rifle.

20           MR. SHIPLEY:  All right.

21           THE COURT:  So I'll let them display the weapons.

22   They were recovered.  And maybe they're more -- they're not

23   more prejudicial than probative.  It's what the government

24   found as part of the investigation in this case.

25           MR. WOODWARD:  Thank you, Your Honor.

1          THE COURT:  Thank you, everyone.

2          Are there any other text messages, communications,

3   anything else as to which an objection is going to be

4   raised?

5          MS. HALLER:  I'm sorry, Your Honor.  I just want

6   to be certain.

7          MR. BRENNWALD:  While she's looking, the two texts

8   about Sandra Parker by Ms. Watkins talking about, we're

9   almost at their house, their house is two hours south or

10  north of Kentucky where we might have a weapon -- or some

11  kind of a compound, those are all after the January 6th

12  events.  I submit that they're more prejudicial than

13  probative, and they're irrelevant, basically, to these

14  defendants.

15         THE COURT:  Okay.  It's overruled.  I don't think

16  they're more prejudicial than probative.

17         Those statements also reflect the ongoing

18  relationship among these defendants.  I mean, that's a

19  secondary issue, but, nevertheless, the statements are

20  otherwise admissible.

21         MS. HALLER:  I'm so sorry, Your Honor.

22         The only other one, which I think Your Honor has

23  already addressed, are 27 messages inside of 9116.

24  I'm not sure -- it's between Kellye SoRelle and it's about

25  their need to go to Texas.  There's 27 slides inside 9116.

1    I don't know if this Court has discussed that, if we've

2    already raised it.

3              MS. RAKOCZY:  So, Your Honor, we are only seeking

4    to admit in Government's Exhibit -- the Court's

5    indulgence -- there is one exhibit where we have just three

6    messages where Mr. Rhodes, through Mr. Landon Bentley's

7    phone, tells Ms. SoRelle, "Text Whip and tell him he needs

8    to either meet you in Bristol, Tennessee, or Texas."  We're

9    seeking to introduce those.

10             Because it's that message is sent from Landon

11   Bentley's phone, I plan to ask Special Agent Cody if he's

12   reviewed that entire series of messages and whether from the

13   context of those, it appears as though someone other than

14   Landon Bentley is using the phone.

15             But I've marked for identification the entire

16   strand as 9116 so that, the Court has been concerned about

17   having sort of the basis for testimony as evidence for the

18   jury.

19             And so I don't need -- I don't feel the need to

20   admit those exhibits, I feel comfortable having the special

21   agent just talk about from context why he thinks

22   Stewart Rhodes is using Mr. Bentley's phone.

23             Nothing about what we know from witnesses but just

24   from the message content themselves why it appears as though

25   that's Stewart Rhodes.

1           But if the defense would like or the Court would
2   like that entire thread to go back to the jury so they can
3   make that determination, it's marked as an exhibit.
4           THE COURT:  Okay.
5           MS. HALLER:  Thank you.
6           MR. BRENNWALD:  Your Honor, given our extended
7   discussion, can we have until 1:35?
8           THE COURT:  No.
9           MR. BRENNWALD:  Okay.  I expected that response.
10          MR. COOPER:  Just very briefly, Your Honor, with
11  respect to texts involving Ms. Steele, I don't believe --
12  I think the component the Court was just referencing with
13  respect to ongoing engaging with other members does not
14  apply for Ms. Steele.  They're just messages of random to
15  the world at large, if you will, they don't reflect on
16  anything else going on with anybody else there.  They're not
17  directed to anybody else.  I don't think her texts have that
18  component.
19          THE COURT:  Okay.
20          If you want a limiting instruction, just note the
21  request when they come up.
22          MR. COOPER:  Okay.
23          THE COURT:  And I'll think about it.
24          MR. EDWARDS:  Your Honor, what time are we back?
25          THE COURT:  1:30.  Thank you, everyone.

1           COURTROOM DEPUTY:  All rise.

2           This Court stands in recess.

3           (Recess from 12:45 p.m. to 1:30 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__February 27, 2023____      

                       William P. Zaremba, RMR, CRR

BY MR.
BRENNWALD: [1]
4345/3
BY MR. EDWARDS:
[53] 4315/5 4319/8
4320/17 4321/8
4324/24 4327/13
4331/8 4332/1 4332/19
4333/12 4334/17
4336/13 4338/5
4343/14 4346/20
4354/24 4356/5
4356/22 4357/15
4358/4 4358/11 4359/2
4359/12 4360/7 4361/4
4362/21 4363/17
4364/2 4365/1 4365/13
4366/5 4366/21 4367/3
4367/13 4367/20
4370/7 4370/21 4372/3
4372/23 4373/10
4374/3 4374/23
4375/13 4376/5
4377/14 4377/21
4378/8 4378/20 4379/5
4417/3 4417/19 4418/2
4418/16
BY MR. MACHADO:
[1] 4379/15
BY MR. ROSSI: [1]
4391/8
BY MR. SHIPLEY: [8]
4407/3 4407/20
4407/25 4408/20
4410/5 4410/16
4411/10 4412/5
BY MS. HALLER: [3]
4380/9 4387/5 4388/10
BY MS. RAKOCZY: [8]
4420/5 4422/25
4425/20 4429/20
4430/23 4431/7
4431/17 4431/23
COURTROOM
DEPUTY: [14] 4301/2
4301/7 4314/3 4314/15
4314/17 4346/12
4346/14 4393/2
4405/15 4406/13
4419/14 4419/16
4434/15 4459/1
MR. BRENNWALD:
[21] 4302/2 4309/2
4309/16 4310/6
4310/10 4310/12
4311/3 4344/20
4345/22 4372/22
4405/19 4433/23
4444/8 4444/13
4444/17 4445/1
4445/10 4445/15
4456/7 4458/6 4458/9
MR. COOPER: [28]
4320/14 4320/16
4320/22 4325/17
4325/19 4325/22
4326/5 4326/17 4327/1

4338/8 4338/11
4338/14 4338/22
4339/25 4344/18
4437/8 4438/6 4438/18
4439/10 4439/16
4439/21 4440/5 4440/7
4458/10 4458/22
MR. EDWARDS: [84]
4304/23 4311/11
4311/14 4311/23
4314/2 4314/13 4319/6
4320/12 4321/4 4321/6
4324/22 4325/15
4325/25 4326/16
4327/3 4327/6 4327/10
4331/6 4331/24
4332/17 4333/10
4334/15 4335/11
4336/11 4338/3
4338/10 4339/6
4339/16 4340/15
4340/17 4340/19
4342/14 4343/4
4343/13 4344/15
4346/4 4346/10 4354/9
4354/17 4354/20
4356/1 4356/20 4358/2
4358/8 4358/24
4359/10 4360/4
4360/25 4363/11
4363/22 4363/25
4364/21 4366/15
4366/19 4367/10
4370/5 4370/16 4372/1
4372/15 4373/5 4373/8
4373/25 4374/20
4375/9 4375/11
4375/25 4376/13
4377/4 4377/12
4377/18 4378/5 4379/2
4379/11 4383/20
4383/22 4384/15
4385/7 4385/15
4385/25 4407/22
4417/16 4417/23
4419/2 4458/24
MR. GREENE: [1]
4313/21
MR. MACHADO: [9]
4312/1 4345/23
4418/24 4446/3
4446/14 4446/16
4447/1 4447/3 4449/7
MR. ROSSI: [5]
4346/1 4377/1 4392/10
4429/13 4438/12
MR. SHIPLEY: [21]
4301/24 4307/9
4307/17 4308/14
4308/15 4308/20
4308/24 4392/16
4392/21 4406/22
4407/23 4416/18
4437/24 4439/12
4444/23 4445/16
4445/23 4446/2 4455/7
4455/13 4455/20

[28] 4313/24 4400/11
4401/5 4401/24 4402/3
4402/7 4402/9 4402/15
4403/19 4404/4 4404/8
4432/23 4442/11
4442/15 4442/17
4442/20 4442/23
4449/24 4452/3
4452/12 4452/20
4452/24 4453/6
4453/16 4454/3
4454/18 4454/21
4455/25
MS. HALLER: [77]
4306/4 4306/11 4311/5
4341/13 4341/17
4341/20 4354/13
4357/12 4366/17
4366/20 4367/2
4372/20 4375/7
4376/15 4376/17
4377/10 4380/6 4384/4
4384/9 4384/18
4384/25 4385/5
4385/13 4385/17
4385/23 4386/1 4386/5
4386/9 4386/17
4386/21 4386/23
4387/2 4388/9 4391/4
4393/12 4394/9 4395/2
4395/5 4395/8 4395/22
4397/5 4397/17
4397/20 4397/22
4398/7 4398/9 4398/13
4398/18 4398/22
4400/3 4401/21
4405/23 4406/4
4406/10 4418/14
4425/11 4429/12
4431/14 4432/25
4433/3 4433/8 4433/13
4433/19 4440/10
4440/18 4443/20
4443/22 4443/25
4444/3 4447/7 4448/1
4448/17 4449/16
4449/18 4456/5
4456/21 4458/5
MS. RAKOCZY: [45]
4393/25 4394/13
4395/4 4395/7 4395/10
4396/6 4398/12 4399/5
4400/15 4404/22
4419/8 4419/11 4425/8
4425/18 4429/10
4429/17 4431/5
4432/21 4433/9
4433/15 4434/4
4434/23 4435/5 4435/9
4436/21 4437/3
4437/12 4438/4
4438/23 4439/14
4440/21 4443/2 4443/9
4443/16 4448/22
4449/3 4449/11
4449/17 4449/24
4450/7 4450/10

4451/13 4457/3
THE COURT: [195]
THE WITNESS: [4]
4314/19 4393/7 4419/5
4419/18

.

.1 [1] 4428/20
.11 [1] 4330/11
.26 [1] 4332/3
.3 [1] 4328/1
.31 [1] 4333/14
.4 [2] 4328/11 4328/13
.5 [1] 4328/21
.6 [1] 4329/14

0

0840 [1] 4297/4

1

1 minute [2] 4358/25
4378/6
1/6 [1] 4447/17
10 [3] 4366/13 4380/24
4380/24
10 minutes [3] 4405/13
4422/20 4423/2
100 [1] 4369/1
1025 [1] 4298/11
106 [1] 4449/5
1089 [1] 4407/11
1089.1 [6] 4372/2
4372/16 4372/17
4372/18 4373/6
4417/17
11 [6] 4303/10 4303/19
4304/3 4304/11 4361/2
4403/4
11-page [1] 4309/17
1104 [1] 4312/21
11:00 [4] 4392/24
4440/11 4440/13
4440/20
11:30 [2] 4392/25
4405/17
11:42 [1] 4405/17
11th [3] 4400/9
4401/23 4401/25
12 [2] 4366/14 4400/17
12.2 [4] 4313/1 4313/2
4313/11 4313/13
12:15 [1] 4434/12
12:30 [1] 4350/23
12:45 [1] 4459/3
1300 [1] 4349/25
1341 [1] 4299/9
1430 [1] 4403/4
1434 [1] 4297/12
14th [2] 4402/24
4403/3
15 [4] 4366/3 4382/15
4386/10 4419/10
15 minutes [1] 4419/9
1500.4 [1] 4422/19
1505 [1] 4364/22
1512 [2] 4396/20
4448/4

15 [3] 4304/23
4304/24 4306/5
16 [4] 4296/7 4301/11
4303/1 4316/10
1700 [1] 4298/17
17th [10] 4317/5
4318/9 4322/10
4322/23 4323/21
4325/13 4327/16
4328/3 4329/1 4340/15
18 [2] 4348/3 4401/24
1808 [1] 4298/3
19 seconds [1] 4373/6
1974 [1] 4396/11
1984 [1] 4312/21
1:00 [4] 4350/2
4350/10 4382/11
4382/12
1:30 [1] 4434/13
4458/25 4459/3
1:33 [1] 4384/10
1:35 [1] 4458/7

2

20 [7] 4301/11 4315/20
4353/7 4369/3 4402/17
4403/24 4405/14
20 seconds [1]
4423/24
20-plus [1] 4315/24
20-second [1] 4358/9
20001 [3] 4297/4
4297/12 4299/14
20003 [1] 4297/7
20007 [1] 4298/12
2001 [1] 4302/21
20010 [1] 4298/3
20036 [1] 4298/8
202 [6] 4296/7
4297/12 4298/4 4298/9
4298/13 4299/14
2021 [16] 4317/5
4322/10 4340/17
4340/18 4348/23
4348/25 4349/19
4420/25 4421/9
4422/11 4422/16
4423/24 4426/10
4427/25 4432/9
4432/19
2023 [2] 4296/5 4460/7
2030 [1] 4403/5
20530 [1] 4296/17
20th [2] 4405/1
4422/11
21-28 [2] 4296/4
4301/8
2100 [1] 4403/5
211 [1] 4396/11
214 [1] 4299/5
228-1341 [1] 4299/9
23 seconds [1]
4429/24
24 seconds [1] 4376/2
248 [1] 4302/21
249 [2] 4317/6 4327/21
25 [1] 4348/3
252-6928 [1] 4296/17

**2**

260 [1] 4302/21
2615 [1] 4298/9
268 [1] 4302/21
27 [4] 4296/5 4456/23
4456/25 4460/7
2775 [1] 4365/24
28 [4] 4296/4 4301/8
4350/10 4364/9
29 [2] 4378/6 4379/3
2:32 [1] 4423/24
2:32:20 [1] 4424/1
2:44 [1] 4355/15
2:45 p.m [1] 4357/24
2:46 [1] 4359/13
2:47 [1] 4360/8
2:48 [2] 4363/1 4364/4

**3**

3 minutes [1] 4362/19
3 seconds [1] 4374/21
3-minute [1] 4429/17
30 [2] 4312/1 4369/3
301 [1] 4297/8
310 [1] 4297/3
3249 [1] 4299/14
32801 [1] 4298/17
3300 [1] 4299/3
333 [1] 4299/13
34 [2] 4356/2 4356/18
35 [1] 4422/20
35 seconds [1] 4359/3
350 [1] 4297/11
352-2615 [1] 4298/9
354-3249 [1] 4299/14
36 [1] 4374/1
37 [1] 4431/10
372 [1] 4396/21
3:04 p.m [1] 4392/8
3:18 [5] 4372/25
4376/10 4376/20
4377/23 4392/2
3:29 [1] 4379/7

**4**

40 [7] 4326/2 4326/24
4338/24 4364/10
4366/14 4367/1
4380/24
400 [2] 4297/11
4298/12
400-1434 [1] 4297/12
403 [3] 4376/22 4396/9
4436/6
407 [1] 4298/17
41 [1] 4363/23
41 seconds [1] 4423/3
417 [1] 4396/11
45 [1] 4378/18
47 [1] 4364/1
4:00 [2] 4390/8
4390/11

**5**

50 [4] 4358/25 4362/19
4364/10 4418/3
50.V [1] 4428/20
50.V.1 [3] 4429/11

503 [1] 4297/3
51 [5] 4349/2 4349/4
4349/9 4350/10
4350/12
52 seconds [1]
4364/23
53 [3] 4366/16 4366/19
4367/7
55 [3] 4298/16 4359/11
4365/11
555 [1] 4296/16
5:54 [2] 4395/9 4396/2
5D [2] 4348/22 4350/5
5th [2] 4297/11
4447/16

**6**

6 minutes [1] 4367/11
60 [2] 4364/10 4364/11
601 [1] 4298/7
613 [2] 4302/22 4303/1
64 [1] 4386/15
648-1700 [1] 4298/17
6928 [1] 4296/17
699-8429 [1] 4299/5
6:00 [2] 4390/18
4396/2
6:13 [1] 4428/5
6:30 [1] 4323/25
6th [61] 4305/16
4318/17 4319/2
4320/10 4335/15
4336/17 4339/11
4340/9 4341/6 4341/11
4344/9 4344/13
4348/23 4348/25
4349/1 4349/19
4349/24 4350/13
4350/17 4350/22
4355/4 4370/14 4372/9
4374/25 4382/6 4384/3
4385/9 4389/22 4395/9
4395/13 4395/25
4397/4 4399/24
4401/17 4401/20
4404/17 4418/11
4420/25 4421/3 4421/9
4421/15 4422/11
4422/16 4423/24
4424/5 4424/9 4424/10
4425/3 4427/25 4430/7
4432/8 4432/19
4433/17 4435/14
4436/10 4447/16
4448/7 4448/9 4448/14
4449/14 4456/11

**7**

7 seconds [2] 4373/9
4431/1
700 [1] 4299/4
703 [1] 4297/4
740 [1] 4312/20
7447 [1] 4298/4
745 [1] 4299/8
75219 [1] 4299/4
7727 [1] 4297/8

4397/23
7:46 p.m [1] 4395/3
7th [11] 4389/23
4389/25 4394/20
4396/25 4397/23
4398/2 4398/3 4398/14
4398/24 4399/18
4436/10

**8**

8000.2 [4] 4354/11
4354/18 4354/21
4355/1
8001 [5] 4361/1 4362/9
4362/10 4380/15
4380/16
8002 [7] 4354/12
4354/18 4358/3 4358/9
4362/8 4362/18
4363/23
803 [6] 4308/21 4404/7
4447/23 4448/12
4448/19 4449/1
804 [3] 4308/20
4308/21 4308/24
808 [1] 4299/9
808Shipleylaw [1]
4299/10
8100 [1] 4298/13
8429 [1] 4299/2
8:22 [2] 4447/15
4447/17
8th [4] 4397/18 4398/2
4398/2 4400/7

**9**

900 [1] 4298/7
902 [1] 4361/2
9116 [3] 4456/23
4456/25 4457/16
922 [1] 4297/7
928-7727 [1] 4297/8
9601 [6] 4376/1
4376/14 4377/17
4377/19 4412/24
4413/20
9603 [5] 4363/12
4370/6 4370/17
4370/18 4370/19
965-8100 [1] 4298/13
96734 [1] 4299/9
9826 [5] 4424/13
4425/9 4425/15
4425/16 4425/19
9828 [2] 4432/12
4432/22
9829 [4] 4397/17
4397/21 4397/22
4398/13
9830 [4] 4395/6 4395/7
4395/8 4401/5
9831 [1] 4395/2
9832 [1] 4394/18
9835 [1] 4400/7
9839 [5] 4395/7 4400/8
4400/10 4401/21
4402/8

989-0840 [1] 4297/4
99 [1] 4336/12
9950 [5] 4324/23
4325/2 4325/4 4325/16
4327/7
9950.1 [2] 4327/7
4327/11
9950.2 [2] 4327/17
4327/20
9950.24 [1] 4331/7
9950.26 [1] 4331/25
9950.29 [1] 4332/18
9950.31 [1] 4333/11
9950.34 [2] 4334/3
4334/4
9950.35 [1] 4334/15
9950.37 [1] 4336/19
9950.40 [5] 4327/8
4327/11 4338/3 4338/7
4343/8
9950.6 [1] 4329/14
9950.9 [1] 4329/23
9951 [7] 4319/7 4320/2
4320/13 4321/5 4321/7
4321/14 4344/21
9952 [6] 4319/7 4320/3
4320/8 4320/13 4321/5
4322/2
996-7447 [1] 4298/4
9:15 [1] 4296/6

**A**

a.m [3] 4296/6 4405/17
4405/17
Aaron [2] 4425/6
4425/22
Aaron Stone [2]
4425/6 4425/22
ability [1] 4385/20
able [22] 4321/11
4322/9 4322/13
4322/15 4335/17
4335/18 4336/14
4344/7 4344/11
4359/14 4361/11
4362/22 4370/11
4371/21 4374/19
4379/6 4383/13
4385/12 4389/6
4389/10 4391/2
4412/25
about [119] 4302/22
4302/23 4302/24
4305/10 4308/16
4309/18 4309/18
4309/19 4309/21
4309/21 4309/22
4309/25 4310/5
4310/15 4310/16
4312/16 4313/14
4313/16 4322/17
4322/22 4323/7
4323/20 4323/22
4323/24 4324/13
4326/12 4326/19
4328/16 4329/10
4337/13 4342/7 4348/8

1949/17 4349/22
4352/24 4355/14
4356/24 4361/22
4364/15 4365/20
4366/13 4366/14
4367/10 4368/24
4369/1 4369/2 4369/3
4369/9 4372/25
4373/23 4377/23
4379/22 4380/22
4380/24 4382/15
4384/13 4384/21
4384/23 4386/18
4386/19 4388/11
4389/17 4394/18
4394/20 4395/2 4396/2
4396/16 4397/1
4397/12 4399/24
4400/9 4400/16
4400/17 4401/7
4401/22 4402/23
4403/20 4404/2
4404/15 4405/14
4407/10 4412/23
4417/6 4417/8 4418/6
4422/13 4423/17
4429/17 4429/23
4433/16 4435/6
4435/19 4435/25
4436/10 4436/16
4437/14 4437/19
4437/22 4438/1
4438/19 4440/1 4441/6
4443/5 4444/7 4447/24
4448/7 4448/8 4448/10
4450/4 4451/20 4454/1
4455/12 4456/8 4456/8
4456/24 4457/16
4457/21 4457/23
4458/23
above [1] 4460/4
above-titled [1] 4460/4
Abrams [1] 4394/2
absence [1] 4304/18
absent [2] 4343/2
4404/14
absolutely [4] 4341/25
4386/16 4435/19
4449/7
academy [1] 4348/6
access [4] 4331/13
4342/25 4450/20
4450/20
accomplish [1] 4397/2
accomplished [2]
4397/2 4399/12
accordance [1] 4422/4
according [1] 4318/12
accordingly [2] 4330/5
4331/5
accurate [4] 4307/3
4325/11 4397/15
4424/22
accurately [5] 4305/24
4370/13 4372/12
4376/9 4432/18
accused [1] 4442/4
acknowledge [1]

**A**

acknowledge... [1] 4402/22

acre [1] 4324/16

acres [1] 4404/1

across [2] 4337/12 4339/18

act [1] 4390/24

acted [1] 4409/25

action [1] 4412/14

actions [4] 4412/18 4433/17 4435/11 4448/15

activate [1] 4349/8

activated [1] 4307/18

activities [3] 4349/3 4349/11 4382/2

activity [2] 4349/7 4389/17

actors [1] 4305/18

actual [7] 4305/15 4306/5 4306/9 4309/13 4329/18 4348/6 4353/6

actually [15] 4304/5 4307/3 4335/11 4337/15 4350/20 4363/8 4371/18 4398/5 4401/2 4405/21 4412/21 4413/13 4416/13 4437/9 4449/5

Adams [1] 4445/17

add [4] 4397/5 4417/23 4440/11 4447/1

addition [2] 4313/1 4438/14

additional [5] 4342/15 4377/7 4399/19 4445/17 4445/22

address [2] 4445/16 4449/23

addressed [1] 4456/23

adequately [1] 4425/14

admissibility [2] 4302/24 4399/4

admissible [11] 4308/6 4312/18 4312/25 4397/15 4435/7 4439/9 4444/6 4448/11 4448/11 4449/1 4456/20

admission [4] 4306/8 4441/21 4442/14 4447/20

admissions [4] 4395/16 4397/7 4435/23 4436/12

admit [21] 4305/1 4313/12 4320/13 4325/15 4327/6 4354/10 4361/2 4370/17 4372/16 4376/13 4377/15 4384/7 4394/2 4425/9 4429/11 4432/22 4441/20 4442/6 4442/9 4457/4 4457/20

admitted [23] 4300/13 4302/13 4302/19

admitting [5] 4303/13 4304/2 4304/20 4308/17 4439/25

advance [1] 4429/22

after [38] 4310/14 4310/21 4311/9 4315/20 4316/11 4317/20 4333/17 4333/23 4341/6 4343/16 4343/19 4348/14 4348/15 4367/21 4371/12 4374/18 4382/15 4387/11 4388/13 4388/13 4390/8 4390/11 4390/18 4392/24 4395/20 4395/24 4396/1 4396/12 4399/11 4399/22 4401/17 4401/19 4421/15 4435/18 4435/23 4436/12 4444/9 4456/11

afternoon [6] 4380/10 4422/16 4423/25 4424/5 4430/7 4438/22

afterwards [3] 4309/22 4310/16 4448/21

again [18] 4312/16 4314/8 4329/19 4334/18 4334/23 4341/14 4366/22 4368/19 4376/24 4403/8 4403/13 4403/22 4412/16 4446/24 4450/16 4450/17 4454/6 4454/15

against [35] 4308/7 4308/14 4308/18 4313/8 4363/20 4367/5 4395/17 4397/13 4400/14 4401/17 4402/21 4414/15 4414/24 4435/4 4435/7 4435/20 4435/20 4435/24 4436/22 4437/5 4437/16 4437/23 4438/19 4439/23 4441/11 4441/17 4441/21 4441/24 4442/8 4442/9 4442/12 4443/7 4443/14 4450/12

agencies [2] 4389/2 4389/3

agency [2] 4317/2

agent [70] 4311/6 4311/12 4314/14 4315/18 4315/19 4315/22 4316/2 4319/9 4320/18 4321/1 4321/9 4322/9 4324/23 4325/1 4325/9 4326/2 4326/5 4327/14 4327/19 4328/12 4328/17 4328/22 4329/17 4329/24 4331/2 4331/9 4332/2 4333/14 4334/4 4334/18 4336/14 4336/20 4338/6 4343/13 4345/4 4346/6 4354/25 4355/14 4356/6 4376/6 4394/2 4394/3 4419/13 4419/17 4420/11 4420/12 4420/13 4422/6 4424/4 4424/12 4424/14 4425/21 4428/22 4430/1 4432/1 4432/3 4432/11 4432/15 4434/7 4438/24 4443/10 4447/5 4449/14 4450/22 4451/15 4453/13 4453/21 4457/11 4457/21

Agent Brody [1] 4311/6

Agent Cody [5] 4311/12 4434/17 4447/5 4453/13 4453/21

Agent Jackson [1] 4355/14

Agent Kuylen [20] 4320/18 4321/9 4322/9 4325/1 4326/2 4327/19 4328/17 4328/22 4329/17 4329/24 4331/2 4331/9 4332/2 4333/14 4334/4 4336/14 4336/20 4338/6 4343/15 4344/7

agents [6] 4316/9 4323/5 4323/8 4338/1 4354/22 4421/16

aggressive [2] 4371/20 4411/3

agitated [2] 4360/17 4411/3

ago [4] 4355/23 4356/7 4378/1 4386/10

agree [3] 4335/12 4433/19 4454/24

agreed [2] 4309/20 4449/13

ahead [6] 4336/8 4339/3 4343/12 4343/23 4344/1 4431/16

aided [1] 4299/16

AL [1] 4296/6

alarm [1] 4431/3

Albuquerque [1] 4420/20

Alexandra [2] 4296/14 4301/13

all [104] 4301/2 4301/3 4302/5 4302/25 4303/2 4309/1 4310/2 4310/13 4312/7 4313/15 4313/23 4313/25 4314/5 4314/8 4315/18 4317/16 4318/1 4322/10 4323/4 4325/24 4326/2 4326/8 4326/18 4326/24 4327/14 4329/2 4329/19 4336/14 4337/14 4343/5 4343/9 4343/10 4346/2 4346/8 4346/19 4348/6 4348/20 4348/22 4349/6 4349/8 4349/9 4350/11 4351/2 4351/6 4364/9 4371/15 4373/23 4373/24 4375/8 4376/20 4377/8 4377/17 4379/1 4379/12 4379/22 4379/24 4382/21 4384/17 4385/22 4387/1 4390/23 4391/4 4391/18 4391/19 4392/5 4393/2 4393/4 4395/18 4396/1 4400/23 4402/10 4403/1 4403/2 4403/2 4404/24 4405/15 4406/8 4406/15 4408/18 4412/22 4412/25 4416/10 4418/10 4419/3 4422/3 4424/2 4429/14 4434/1 4434/10 4434/14 4434/15 4434/17 4435/20 4437/19 4437/23 4438/14 4444/7 4445/19 4446/2 4448/7 4453/19 4455/20 4456/11 4459/1

All right [6] 4302/5 4314/5 4393/4 4419/3 4434/10 4455/20

alleged [5] 4318/21 4338/14 4399/22 4400/22 4448/25

allow [5] 4305/17 4306/1 4377/7 4445/2 4445/4

allowed [6] 4309/23 4334/6 4343/20 4410/21 4445/8 4447/1

allowing [1] 4446/10

alluded [1] 4312/15

almost [6] 4360/11 4398/15 4405/24 4439/10 4439/16 4456/9

along [4] 4305/6

4319/3 4438/8 4451/21

already [17] 4306/5 4308/10 4312/7 4353/4 4369/11 4386/2 4386/18 4392/7 4393/14 4393/24 4396/25 4407/11 4411/15 4422/18 4447/11 4456/23 4457/2

also [32] 4303/23 4305/12 4305/11 4318/4 4319/3 4319/22 4323/17 4328/8 4329/24 4330/13 4370/24 4380/22 4395/17 4396/19 4400/21 4402/21 4404/9 4405/7 4409/7 4413/8 4422/22 4435/23 4436/6 4436/7 4437/12 4441/1 4441/4 4447/19 4448/1 4449/20 4454/18 4456/17

alternative [3] 4307/2 4307/6 4309/11

although [1] 4303/12

Alvin [1] 4301/9

always [3] 4309/10 4323/16 4359/18

am [7] 4309/23 4355/16 4365/10 4372/11 4374/6 4426/23 4432/16

ambiguity [1] 4441/10

Amendment [4] 4349/7 4349/11 4382/2 4389/17

AMERICA [2] 4296/3 4301/8

AMIT [2] 4296/10 4301/4

among [5] 4305/11 4399/6 4399/13 4452/10 4456/18

amounts [1] 4436/12

ancillary [1] 4316/15

Anderson [3] 4396/10 4405/12 4436/1

angle [3] 4361/25 4367/15 4377/5

angles [4] 4307/12 4358/6 4375/20 4377/4

another [15] 4324/12 4329/15 4333/2 4341/3 4358/22 4360/10 4364/18 4367/15 4376/19 4401/19 4405/13 4408/12 4445/24 4446/24

answer [1] 4311/2

Anthony [3] 4346/11 4346/16 4347/3

any [54] 4303/2 4304/5 4306/23 4307/4 4307/5 4310/24 4313/4 4313/8

**A**

**any... [46]** 4313/19
4318/14 4318/14
4318/15 4318/15
4319/3 4322/5 4325/23
4328/18 4329/7
4329/20 4329/21
4332/12 4332/14
4335/8 4335/21 4336/1
4339/3 4342/4 4343/20
4346/3 4353/8 4353/10
4353/16 4361/11
4367/25 4370/2
4379/12 4379/18
4380/2 4381/8 4381/14
4381/19 4386/12
4387/15 4396/7 4408/7
4409/3 4411/3 4418/11
4418/17 4427/17
4431/3 4433/18
4455/19 4456/2
**anybody [2]** 4458/16
4458/17
**anybody's [1]** 4336/4
**anyone [8]** 4354/3
4371/24 4380/5 4393/6
4416/20 4434/19
4446/18 4446/23
**anything [21]** 4309/21
4322/13 4335/10
4335/20 4335/24
4338/15 4339/4
4339/15 4340/2 4351/9
4353/13 4369/22
4378/24 4386/16
4400/2 4412/13 4436/2
4449/2 4455/10 4456/3
4458/16
**anywhere [2]** 4338/15
4413/25
**apart [1]** 4329/17
**apologize [4]** 4362/9
4363/13 4429/22
4446/9
**apparently [1]** 4404/1
**appear [5]** 4319/13
4332/20 4334/11
4335/13 4431/18
**APPEARANCES [4]**
4296/12 4296/20
4297/14 4298/18
**appeared [3]** 4306/17
4335/17 4344/12
**appears [5]** 4385/15
4404/24 4427/4
4457/13 4457/24
**apply [2]** 4396/5
4458/14
**appreciate [1]** 4454/21
**approached [1]**
4352/10
**appropriate [1]**
4326/25
**appropriately [1]**
4333/8
**approximately [2]**
4323/1 4420/15
**apron [1]** 4328/6

**are [124]** 4302/2
4302/3 4303/1 4303/10
4305/18 4306/2 4306/2
4309/10 4312/25
4314/10 4315/6
4316/21 4319/16
4320/18 4320/18
4321/1 4321/16
4322/16 4322/17
4325/5 4325/19
4325/22 4329/10
4332/5 4334/5 4334/20
4335/8 4335/16
4337/22 4341/8 4343/1
4343/2 4346/23
4346/24 4347/8
4355/14 4356/11
4357/7 4358/5 4358/7
4360/1 4361/8 4361/11
4361/20 4361/21
4362/12 4365/9 4366/6
4370/11 4371/15
4372/10 4373/14
4373/16 4373/20
4373/20 4373/21
4374/5 4374/7 4374/12
4375/2 4376/20
4376/23 4378/10
4384/11 4393/22
4394/11 4394/21
4395/16 4395/18
4396/16 4397/3 4397/6
4397/7 4397/9 4397/10
4398/6 4399/13
4399/15 4399/19
4401/2 4401/4 4401/8
4402/22 4403/9 4405/7
4406/19 4414/10
4416/10 4422/21
4423/7 4424/17
4427/10 4428/13
4429/5 4430/18
4430/19 4432/14
4432/17 4433/7
4435/23 4437/18
4438/25 4440/13
4446/22 4447/4 4447/4
4447/5 4447/8 4447/20
4448/5 4448/25
4450/22 4450/23
4451/11 4451/25
4453/23 4455/4 4455/5
4456/2 4456/11
4456/19 4456/23
4457/3 4458/24
**area [22]** 4317/12
4323/6 4324/5 4324/8
4328/15 4328/19
4328/22 4328/23
4329/6 4329/8 4329/15
4331/15 4331/18
4333/2 4333/5 4333/5
4333/9 4336/24 4337/2
4338/2 4449/17
4449/19
**areas [5]** 4326/11
4332/9 4333/13

**arguably [5]** 4310/21
4395/17 4405/3 4436/9
4447/24
**argue [15]** 4341/1
4402/20 4404/9
4437/14 4438/9 4439/5
4441/2 4447/21
4450/14 4450/17
4452/20 4452/21
4452/22 4453/19
4453/19
**arguing [1]** 4436/17
**argument [2]** 4339/22
4437/24
**arguments [2]** 4396/8
4444/15
**armed [1]** 4323/5
**armor [2]** 4319/20
4321/22
**around [11]** 4320/9
4323/25 4324/13
4324/15 4333/13
4337/2 4357/24 4360/8
4385/9 4392/25
4414/21
**arrested [1]** 4308/10
**articles [1]** 4322/17
**as [89]** 4302/10
4304/19 4306/5
4306/18 4306/21
4308/7 4308/7 4309/13
4309/17 4310/4
4311/20 4312/6 4313/3
4315/8 4315/21
4316/14 4316/19
4316/22 4317/10
4318/1 4318/3 4319/5
4319/22 4320/25
4321/16 4329/3 4329/5
4329/20 4329/22
4330/8 4330/22
4332/12 4332/15
4333/19 4334/5
4335/14 4337/1 4337/1
4337/20 4349/10
4349/13 4349/20
4357/17 4380/16
4395/4 4395/19
4396/20 4397/7 4399/9
4399/20 4400/22
4401/1 4401/16
4408/15 4409/6
4410/25 4415/15
4420/19 4420/19
4420/20 4420/20
4422/18 4428/20
4430/3 4431/2 4437/10
4438/7 4438/25
4439/16 4441/5
4442/12 4443/6 4445/1
4447/19 4448/2
4448/19 4450/11
4451/12 4452/5
4455/17 4455/24
4456/3 4457/13
4457/16 4457/17

**ascended [1]** 4437/11
**ashes [1]** 4337/10
**ask [26]** 4308/16
4315/12 4356/23
4357/6 4366/22 4379/1
4380/13 4381/7
4383/19 4384/19
4386/23 4392/12
4393/4 4407/10
4408/17 4412/23
4417/25 4420/22
4426/6 4433/10
4434/17 4435/3
4438/24 4447/9 4449/5
4457/11
**asked [6]** 4309/25
4381/10 4381/13
4381/18 4386/8 4406/8
**asking [4]** 4340/11
4409/4 4410/24
4417/20
**ASP [1]** 4349/16
**assault [1]** 4374/14
4452/15 4454/4
**assess [1]** 4343/19
**assign [1]** 4344/1
**assigned [7]** 4316/2
4323/6 4323/12
4348/20 4349/1
4421/16 4421/19
**assignment [1]** 4421/9
**assist [1]** 4309/14
**assisted [3]** 4369/19
4369/20 4422/5
**associated [1]** 4305/14
**association [1]**
4399/21
**assume [3]** 4328/17
4403/20 4442/24
**attached [1]** 4395/14
**attachment [1]**
4317/18
**attachments [1]**
4393/22
**attacked [2]** 4434/23
4437/7
**attempted [2]** 4374/13
4442/4
**attempting [2]** 4325/25
4340/23
**attend [2]** 4316/11
4347/16
**attended [1]** 4316/14
**attention [4]** 4304/16
4408/15 4415/23
4422/15
**attire [2]** 4320/9 4322/3
**ATTORNEY'S [1]**
4296/15
**attorneys [1]** 4422/5
**audio [12]** 4306/15
4306/19 4307/3
4307/18 4307/20
4307/22 4307/25
4309/13 4312/9
4351/18 4356/4
4417/24

**authenticate [1]**
4385/22
**authenticity [2]** 4361/3
4386/4
**available [2]** 4308/19
4451/7
**Avenue [4]** 4297/7
4298/7 4299/3 4299/13
**aware [5]** 4313/15
4392/6 4423/7 4428/13
4441/3
**away [3]** 4402/25
4411/23 4414/15
**Aye [1]** 4403/16

**B**

**B-y-e-r-s [1]** 4312/20
**B-y-r-o-n [1]** 4420/11
**back [56]** 4306/8
4306/19 4309/10
4314/7 4316/9 4332/6
4334/24 4336/16
4347/23 4351/6 4351/7
4354/8 4354/8 4358/18
4358/19 4360/1
4360/12 4362/7 4362/9
4362/11 4362/18
4363/2 4364/11
4364/16 4367/23
4369/8 4374/5 4374/8
4374/19 4375/16
4388/18 4388/19
4389/25 4391/14
4394/7 4394/9 4394/21
4395/11 4397/12
4403/9 4404/17
4405/12 4410/11
4410/14 4410/19
4413/20 4416/13
4435/2 4437/1 4437/25
4438/18 4443/4
4445/18 4448/10
4458/2 4458/24
**background [1]** 4337/6
**Backs [1]** 4437/25
**backup [1]** 4369/18
**backwards [7]** 4354/7
4357/10 4363/9 4368/5
4380/14 4412/10
4413/25
**backyard [3]** 4324/17
4331/13 4336/25
**badge [2]** 4366/1
4371/18
**Baker [1]** 4447/10
**ballistic [2]** 4349/15
4349/16
**Ballston [1]** 4340/3
**banc [1]** 4312/22
**barehanded [1]**
4415/12
**Barrett [1]** 4299/3
**based [11]** 4313/6
4322/3 4334/12
4337/17 4340/12
4365/15 4427/22
4433/20 4449/24
4452/7 4452/21

basement [2] 4324/7
4331/11
basic [1] 4316/10
basically [5] 4305/20
4349/6 4350/23
4358/16 4456/13
basis [11] 4325/18
4335/8 4340/6 4340/7
4342/9 4442/18
4442/19 4445/13
4451/16 4455/8
4457/17
basketball [1] 4347/19
baton [2] 4349/16
4349/17
battery [1] 4333/25
battle [1] 4403/6
be [96] 4301/5 4302/13
4302/18 4304/14
4307/4 4308/23
4309/12 4310/19
4311/17 4312/3
4312/18 4313/7
4313/15 4314/5
4315/19 4316/12
4317/22 4319/13
4319/20 4320/25
4321/3 4321/21
4321/22 4327/9
4330/20 4332/20
4333/20 4334/1 4335/1
4335/13 4337/23
4339/22 4340/6 4343/8
4343/9 4348/19
4354/15 4356/13
4370/18 4372/17
4374/17 4376/18
4377/17 4378/2
4378/16 4380/25
4381/19 4385/15
4389/20 4391/13
4392/14 4394/5
4394/21 4395/14
4396/13 4397/3
4400/18 4401/5 4403/4
4403/14 4404/25
4405/13 4405/18
4406/7 4406/8 4406/15
4420/23 4425/15
4427/4 4429/14
4431/18 4433/12
4433/14 4433/25
4434/1 4434/2 4435/25
4436/16 4436/19
4436/19 4438/8
4438/16 4439/16
4441/6 4441/14 4444/9
4444/19 4445/2 4445/5
4445/8 4445/23
4447/20 4448/25
4454/1 4456/3 4456/6
bead [1] 4340/10
bear [2] 4360/22
4360/24
bears [1] 4443/13
became [2] 4363/5
4386/9

because [17] 4305/18
4308/14 4309/18
4311/6 4312/8 4323/4
4337/8 4339/8 4340/25
4341/18 4351/24
4352/18 4357/19
4364/14 4376/24
4382/5 4384/6 4384/14
4384/20 4385/14
4393/20 4395/22
4397/8 4398/14 4406/8
4406/18 4412/22
4413/21 4413/25
4434/6 4436/13
4436/16 4436/18
4438/24 4440/11
4441/14 4442/20
4443/6 4443/12
4455/10 4457/10
become [2] 4349/7
4368/9
becomes [1] 4411/25
bed [2] 4330/8 4330/9
bedding [1] 4330/8
bedroom [4] 4324/12
4330/4 4330/7 4334/9
bedrooms [3] 4324/11
4329/24 4331/3
been [47] 4308/9
4308/10 4309/14
4317/11 4318/16
4318/16 4319/3
4336/25 4337/11
4338/19 4339/1
4340/10 4341/16
4341/22 4342/3
4343/19 4343/21
4343/21 4343/21
4348/17 4348/20
4348/22 4364/23
4381/23 4383/22
4385/8 4392/19
4393/21 4394/6
4394/18 4395/24
4399/9 4402/4 4407/11
4420/18 4421/19
4422/2 4422/3 4422/18
4425/13 4426/4
4430/15 4438/3
4446/17 4446/21
4451/5 4457/16
before [45] 4296/10
4302/9 4302/16
4303/11 4304/15
4305/4 4309/19
4309/21 4310/15
4310/16 4310/21
4311/11 4311/18
4312/15 4313/19
4319/14 4320/6
4320/20 4338/20
4347/15 4352/13
4355/13 4356/3
4356/21 4364/16
4365/2 4365/3 4367/25
4370/9 4370/23
4371/14 4374/4
4378/22 4381/23

4392/11 4392/20
4393/17 4400/18
4405/19 4411/15
4444/20 4444/25
4447/13
beforehand [1]
4334/13
began [8] 4347/15
4354/8 4363/2 4363/9
4367/23 4369/12
4375/15 4412/7
begin [6] 4363/21
4392/11 4405/19
4422/15 4447/15
4447/25
beginning [5] 4307/20
4401/24 4405/25
4416/13 4426/24
begins [2] 4397/23
4398/24
behalf [2] 4345/23
4401/14
behind [20] 4353/22
4353/24 4357/7 4357/8
4358/17 4358/18
4362/10 4362/14
4369/13 4373/20
4374/10 4378/3
4378/15 4408/12
4413/9 4413/21 4414/1
4416/10 4417/9
4417/10
being [21] 4323/19
4340/12 4342/8 4387/1
4400/21 4405/9 4407/6
4411/3 4412/25
4413/24 4415/14
4433/5 4433/21 4434/7
4435/4 4442/12
4446/19 4446/23
4451/21 4451/24
4455/4
belief [1] 4306/23
believe [17] 4306/5
4307/5 4307/10
4376/19 4382/11
4395/16 4396/4
4414/24 4429/24
4443/6 4443/8 4443/12
4444/18 4447/11
4448/1 4451/10
4458/11
believed [1] 4441/14
belong [2] 4369/24
4425/1
belongings [2]
4318/14 4319/3
belongs [1] 4425/22
Ben [1] 4404/2
Bench [8] 4325/21
4335/5 4338/12
4338/13 4376/16
4383/21 4392/13
4433/2
Bennie [8] 4297/6
4301/9 4301/16 4345/6
4345/13 4345/15

Bennie Parker [5]
4345/6 4345/13
4345/15 4405/21
4446/8
Bentley [1] 4457/14
Bentley's [3] 4457/6
4457/11 4457/22
Berry [10] 4302/14
4303/10 4303/11
4304/6 4451/4 4451/20
4452/4 4454/14 4455/2
4455/11
Berry's [4] 4302/12
4303/18 4308/5
4309/17
better [2] 4323/16
4415/19
between [20] 4310/5
4310/8 4354/11 4363/4
4393/23 4399/8
4399/12 4399/20
4400/6 4401/8 4401/23
4403/3 4403/5 4410/7
4411/13 4413/13
4413/17 4436/25
4439/7 4456/24
beyond [2] 4318/19
4388/7
Biden [2] 4404/25
4405/3
big [3] 4306/8 4306/9
4349/17
bigger [1] 4349/16
binder [1] 4324/23
bit [4] 4315/14 4331/17
4421/10 4422/13
black [26] 4319/19
4319/21 4319/23
4321/19 4321/22
4321/23 4321/23
4321/24 4322/7 4322/8
4322/8 4322/14
4334/20 4334/23
4335/1 4335/7 4335/10
4335/13 4335/20
4335/21 4335/23
4344/8 4344/12
4378/13 4380/12
4418/5
blanket [1] 4436/11
blood [1] 4353/4
blown [1] 4371/15
board [12] 4304/20
4304/21 4305/1 4305/2
4305/3 4305/4 4305/8
4305/21 4305/23
4306/6 4306/8 4306/9
Bob [1] 4447/10
Bob Baker [1] 4447/10
body [20] 4318/21
4319/20 4321/22
4351/12 4351/14
4351/16 4355/4 4355/5
4355/17 4358/5 4373/2
4375/23 4376/6
4377/22 4382/8 4384/5
4384/6 4385/13

body-worn [16]
4351/12 4351/14
4351/16 4355/4 4355/5
4355/17 4358/5 4373/2
4376/6 4377/22 4382/8
4384/5 4384/6 4385/13
4385/18 4385/24
Bone [1] 4451/14
both [9] 4316/2
4319/10 4321/21
4369/14 4389/19
4400/24 4413/8
4437/17 4443/6
bother [1] 4412/22
bottom [6] 4324/6
4329/8 4329/22 4333/6
4342/21 4428/1
bought [1] 4371/3
bound [1] 4303/2
Box [1] 4299/8
boxes [1] 4341/9
BRAND [1] 4298/2
brandwoodwardlaw.c
om [1] 4298/5
break [6] 4311/9
4392/19 4392/23
4393/6 4434/20
4442/24
breaks [1] 4307/15
breathe [2] 4379/10
4413/1
bredden [1] 4299/6
Brennwald [5] 4297/6
4297/6 4301/16
4310/24 4433/24
Brennwald's [1]
4419/8
brief [1] 4391/13
briefly [4] 4316/5
4316/16 4351/13
4458/10
bring [12] 4395/13
4403/6 4406/11
4406/12 4422/17
4424/12 4428/19
4432/11 4443/9 4446/7
4451/1 4453/10
bringing [2] 4400/4
4433/12
Bristol [1] 4457/8
Britt [2] 4299/2
4301/22
Britt Redden [1]
4301/22
broad [2] 4438/16
4438/17
Brody [1] 4311/6
broken [1] 4323/9
brother [2] 4342/16
4403/13
brought [20] 4304/16
4339/15 4339/17
4340/11 4342/1 4342/8
4342/23 4428/23
4449/14 4449/21
4451/3 4451/4 4451/5
4451/21 4452/4 4453/2

**B**

**brought... [4]** 4453/22
4455/10 4455/17
4455/18
**bug [6]** 4400/9 4401/23
4404/12 4404/20
4447/6 4448/18
**bug-out [6]** 4400/9
4401/23 4404/12
4404/20 4447/6
4448/18
**building [14]** 4298/6
4352/7 4352/10
4352/13 4352/20
4353/1 4353/2 4368/13
4383/23 4395/20
4418/19 4432/4
4437/11 4439/13
**burden [1]** 4452/25
**Bureau [1]** 4315/21
**burn [1]** 4340/13
**burned [7]** 4337/1
4337/21 4337/23
4339/20 4339/21
4339/23 4340/8
**burner [1]** 4401/11
**burning [2]** 4341/1
4342/10
**burnt [3]** 4339/13
4340/12 4342/8
**BWC [2]** 4351/10
4351/11
**Byers [1]** 4312/20
**Byron [3]** 4419/13
4420/2 4420/11

**C**

**C-o-d-y [1]** 4420/11
**cadet [4]** 4347/24
4348/1 4348/3 4348/14
**Caldwell [8]** 4395/2
4397/17 4398/1
4398/15 4399/8
4399/13 4401/25
4403/21
**Caleb [2]** 4308/5
4451/20
**Caleb Berry [1]**
4451/20
**calendar [1]** 4426/10
**call [10]** 4316/18
4321/23 4323/18
4324/7 4329/22 4403/8
4414/7 4423/16
4445/21 4452/5
**called [2]** 4302/8
4415/22
**calling [1]** 4384/13
**calls [4]** 4314/14
4346/10 4418/24
4419/12
**calm [4]** 4411/2 4418/5
4418/6 4418/10
**came [8]** 4310/14
4347/20 4347/23
4369/19 4369/20
4388/1 4388/21
4425/25

camera [2] 4351/5
4351/14 4351/16
4351/23 4355/4 4355/5
4355/17 4356/12
4358/5 4373/3 4376/7
4377/22 4382/8 4384/5
4384/6 4385/13
4385/18 4385/24
4430/3 4430/14 4431/2
4431/12
**can [152]** 4304/18
4306/24 4307/24
4309/3 4309/7 4310/2
4310/25 4311/15
4315/8 4315/23 4316/5
4316/16 4317/13
4320/3 4321/9 4321/10
4321/19 4322/24
4323/1 4324/2 4324/7
4324/22 4326/5
4326/10 4326/11
4326/12 4326/23
4327/19 4328/1
4328/25 4329/3 4330/2
4330/16 4330/22
4331/6 4331/12
4331/14 4332/2 4332/8
4332/13 4332/23
4333/10 4333/14
4334/3 4334/15
4334/18 4336/19
4336/21 4336/22
4337/6 4337/8 4337/9
4337/16 4338/3 4338/6
4341/14 4341/18
4341/23 4343/15
4344/21 4347/1 4347/4
4348/1 4349/4 4349/7
4350/6 4350/14
4351/13 4352/9
4352/25 4355/17
4358/12 4358/15
4359/8 4359/21
4360/20 4361/13
4361/16 4362/9
4363/13 4363/22
4364/6 4364/21
4364/22 4365/5
4365/11 4366/19
4366/3 4366/9 4366/15
4366/22 4366/22
4367/10 4368/16
4370/5 4370/12 4371/5
4371/11 4372/1 4373/5
4373/11 4374/1
4374/20 4375/12
4375/25 4378/5 4379/2
4379/8 4383/19
4384/23 4385/5
4385/22 4385/23
4386/5 4386/7 4392/12
4395/13 4396/13
4397/11 4398/9
4398/11 4398/22
4412/20 4414/12
4415/14 4415/19
4417/16 4417/24
4417/25 4429/21

**cargo** [1] 4432/25
4434/22 4435/2 4435/3
4436/18 4437/14
4441/2 4444/15
4445/12 4446/6
4451/16 4452/20
4452/21 4452/22
4453/19 4453/23
4458/2 4458/7
**can you [2]** 4327/19
4368/16
**can't [12]** 4304/21
4308/21 4335/10
4335/19 4341/19
4364/10 4379/23
4384/4 4385/1 4385/2
4400/19 4413/1
**cannot [2]** 4453/21
4453/22
**capacities [1]** 4316/4
**capital [2]** 4439/12
4441/25
**Capitol [47]** 4302/17
4310/14 4318/17
4319/2 4334/2 4334/25
4350/13 4352/6 4352/7
4352/10 4352/15
4352/24 4368/7
4368/17 4369/8
4369/19 4369/24
4372/9 4375/18
4381/25 4382/13
4382/21 4383/6 4383/9
4383/23 4387/8
4387/18 4387/19
4388/18 4388/21
4389/1 4390/8 4418/9
4421/7 4421/17
4428/11 4429/2
4430/19 4435/18
4437/6 4437/11 4438/7
4438/17 4441/1 4442/3
4442/5 4448/4
**Capitol Building [3]**
4352/7 4352/10
4383/23
**Capitol Grounds [2]**
4435/18 4438/17
**Capitol Rotunda [1]**
4368/7 4372/9
**captured [1]** 4427/3
**car [2]** 4351/7 4452/6
**cardboard [1]** 4341/9
**care [1]** 4438/15
**career [2]** 4316/24
4420/18
**careful [4]** 4433/10
4435/25 4436/16
4441/6
**cargo [3]** 4319/20
4320/1 4321/18
**CARLTON [1]** 4298/11
**carltonfields.com [1]**
4298/14
**Carolina [5]** 4317/4
4317/7 4318/9 4324/5
4327/22

**cars [1]** 4452/10
**carted [1]** 4451/24
**carting [1]** 4453/24
**case [50]** 4301/8
4302/3 4302/10
4302/20 4305/18
4313/12 4313/22
4317/22 4318/24
4323/4 4329/6 4330/7
4330/8 4330/22 4333/1
4333/25 4339/8
4343/25 4344/3
4396/10 4396/11
4396/20 4399/10
4399/14 4400/10
4401/6 4401/17
4404/25 4421/19
4424/9 4425/2 4438/5
4440/13 4440/23
4445/19 4445/21
4451/14 4451/15
4453/3 4453/4 4453/6
4453/25 4454/2 4454/8
4454/11 4454/19
4454/22 4455/1 4455/2
4455/24
**cases [18]** 4396/7
4420/25 4450/4
4450/23 4451/24
4452/1 4452/6 4452/7
4452/9 4452/11
4452/13 4452/14
4452/18 4452/23
4454/16 4455/3 4455/3
4455/4
**Castle [1]** 4327/22
**caught [4]** 4413/13
4413/16 4414/3 4414/9
**cause [1]** 4303/15
**caused [1]** 4433/18
**causing [1]** 4342/6
**CDU [13]** 4349/2
4349/4 4349/6 4349/6
4349/8 4349/10
4349/14 4349/15
4349/20 4350/10
4350/12 4389/18
4389/18
**cell [5]** 4368/21
4401/10 4415/14
4415/16 4415/20
**cell phone [4]** 4401/10
4415/14 4415/16
4415/20
**censoring [2]** 4434/5
4434/6
**center [1]** 4329/10
**certain [7]** 4339/13
4348/5 4382/25 4426/4
4432/7 4434/2 4456/6
**certainly [9]** 4386/13
4397/3 4399/23
4400/20 4401/16
4409/17 4439/5
4439/22 4454/14
**certificate [1]** 4361/2
**Certified [1]** 4299/12

**certify [1]** 4460/2
**CH [1]** 4299/13
**chain [2]** 4343/1
4449/6
**challenge [1]** 4389/13
**challenges [2]** 4389/15
4440/15
**change [3]** 4442/18
4442/19
**changed [3]** 4390/22
4421/10 4445/6
**changes [1]** 4415/2
**changing [1]** 4369/15
**chanting [2]** 4359/14
4417/12
**chaotic [1]** 4409/11
**chapter [2]** 4427/18
4427/21
**characterization [1]**
4398/20
**charge [1]** 4341/9
**charged [8]** 4339/4
4339/4 4339/6 4341/1
4396/20 4404/14
4443/20 4448/1
**Charles [3]** 4298/15
4298/16 4301/20
**Charlotte [1]** 4317/1
4323/2
**chat [7]** 4342/5
4342/18 4400/13
4426/20 4426/24
4426/24 4427/5
**chats [3]** 4305/10
4426/4 4426/7
**cheat [1]** 4305/25
**check [1]** 4356/4
**chemical [3]** 4367/16
4367/21 4368/1
**chest [1]** 4351/20
**choose [1]** 4439/5
**circle [5]** 4310/14
4310/16 4365/18
4369/10 4381/18
**circled [6]** 4362/4
4365/20 4369/12
4371/8 4373/17
4374/10
**circling [3]** 4357/4
4359/5 4426/23
**Circuit [3]** 4302/19
4312/21 4312/22
**Circuit's [1]** 4307/2
**circumstances [3]**
4409/21 4412/12
4424/17
**cite [1]** 4396/7
**citing [1]** 4397/7
**city [1]** 4439/13
**civil [2]** 4349/2
4441/18
**claim [1]** 4441/17
**clarifying [2]** 4434/24
4445/15
**clause [2]** 4404/23
4442/21
**clean [1]** 4404/1
**clear [9]** 4304/10

**clear... [8]** 4342/25
4347/1 4362/2 4368/12
4389/10 4390/25
4420/8 4437/9
**cleared [5]** 4368/10
4368/11 4380/19
4387/11 4388/14
**clearing [1]** 4390/21
**clearly [7]** 4308/8
4309/5 4397/14
4404/19 4441/10
4447/24 4448/14
**client [6]** 4379/19
4381/10 4391/21
4392/6 4401/14
4439/14
**clip [4]** 4364/17 4365/3
4378/1 4423/4
**close [3]** 4369/11
4405/8 4436/13
**closer [4]** 4337/5
4357/19 4357/21
4360/9
**closet [3]** 4330/20
4334/9 4335/22
**closets [4]** 4329/7
4329/7 4330/12 4331/3
**closing [2]** 4306/21
4309/24
**clothes [1]** 4341/2
**clothing [10]** 4318/25
4322/11 4322/17
4326/14 4330/23
4330/23 4330/25
4334/10 4334/22
4336/15
**cmg [1]** 4298/18
**cmgpa.com [1]**
4298/18
**co [22]** 4305/9 4305/13
4339/10 4339/17
4342/3 4395/16
4395/19 4396/15
4396/18 4399/7
4399/14 4399/22
4435/13 4435/17
4436/12 4436/18
4437/19 4437/22
4439/8 4445/4 4447/20
4448/24
**co-conspirator [3]**
4435/17 4436/12
4436/18
**co-conspirators [16]**
4305/9 4305/13
4339/10 4339/17
4395/16 4395/19
4396/15 4396/18
4399/7 4399/14
4399/22 4435/13
4437/22 4439/8
4447/20 4448/24
**co-defendants [2]**
4342/3 4445/4
**co-defendants' [1]**
4437/19
**Code [1]** 4348/5

4394/3 4419/13
4419/17 4420/2
4420/11 4420/13
4422/6 4425/21
4428/22 4432/1 4432/3
4432/15 4434/17
4438/24 4447/5
4449/12 4450/22
4453/13 4453/21
4457/11
**collar [1]** 4316/13
**collected [2]** 4343/21
4422/3
**collection [2]** 4318/5
4333/22
**Collector [1]** 4451/15
**color [4]** 4319/22
4319/23 4321/22
4321/24
**colored [1]** 4451/14
**COLUMBIA [4]** 4296/1
4296/16 4391/15
4392/7
**Columbus [1]** 4429/2
**Columbus Doors [1]**
4429/2
**come [12]** 4341/3
4369/19 4376/24
4404/16 4405/12
4441/20 4445/18
4448/19 4448/20
4449/6 4451/19
4458/21
**comes [5]** 4389/19
4400/23 4408/16
4415/9 4447/23
**comfortable [1]**
4457/20
**coming [5]** 4302/2
4394/7 4394/9 4394/21
4447/5
**Commander [1]**
4403/3
**comment [2]** 4397/24
4398/14
**comments [2]** 4394/20
4394/22
**commit [1]** 4450/21
**committed [1]** 4318/20
**communicate [1]**
4358/22
**communication [2]**
4395/24 4400/8
**communications [2]**
4404/16 4456/2
**compare [1]** 4311/1
**compared [3]** 4335/14
4366/23 4368/25
**comparing [1]** 4336/16
**comparison [2]**
4366/10 4369/2
**compartments [1]**
4333/7
**completed [2]** 4343/19
4431/24
**complied [2]** 4365/19
4371/7

4311/16 4316/19
4458/12 4458/18
**components [1]**
4327/7
**compound [1]** 4456/11
**computer [2]** 4299/16
4316/12
**computer-aided [1]**
4299/16
**computers [2]** 4341/15
4341/21
**concern [2]** 4305/5
4454/4
**concerned [1]** 4457/16
**concerning [1]**
4304/13
**conclude [1]** 4396/24
**concludes [1]** 4302/10
**conclusion [1]**
4418/25
**concrete [1]** 4387/19
**condition [1]** 4313/9
**conduct [7]** 4316/21
4318/1 4405/5 4405/5
4436/15 4440/1 4448/3
**conducted [4]** 4313/4
4313/5 4317/19
4340/14
**conference [7]**
4325/21 4335/5
4338/13 4376/16
4383/21 4392/13
4433/2
**conferred [1]** 4432/24
**confrontation [1]**
4442/20
**confrontational [1]**
4412/1
**confronted [2]** 4353/7
4357/1
**confronting [1]** 4441/9
**confused [1]** 4345/8
**confusion [2]** 4303/6
4303/15
**Congress [1]** 4385/14
4448/10
**connect [1]** 4340/1
**connected [2]** 4324/8
4425/1
**connection [2]** 4340/2
4340/9
**Connie [7]** 4298/2
4301/10 4380/12
4397/9 4432/3 4432/8
4432/18
**Connie Meggs [2]**
4397/9 4432/3
**Connie Meggs' [2]**
4432/8 4432/18
**conscious [1]** 4341/7
**consciousness [8]**
4341/5 4396/16
4400/24 4401/1
4402/16 4404/6 4405/2
4448/20
**consent [3]** 4313/5
4426/13

4398/21
**consideration [2]**
4303/7 4312/19
**considered [3]**
4313/18 4333/20
4436/19
**consistent [6]** 4334/11
4335/13 4335/17
4438/4 4440/22
4451/15
**consistently [1]**
4364/15
**conspiracies [1]**
4421/17
**conspiracy [21]**
4385/9 4396/12
4396/13 4396/13
4396/20 4396/21
4396/21 4397/4
4397/16 4400/22
4401/2 4401/4 4401/4
4402/17 4404/13
4404/14 4436/9
4436/19 4437/25
4448/2 4448/25
**conspirator [3]**
4435/17 4436/12
4436/18
**conspirators [17]**
4305/9 4305/13
4339/10 4339/17
4395/16 4395/19
4396/15 4396/18
4399/7 4399/14
4399/22 4435/13
4435/20 4437/22
4439/8 4447/20
4448/24
**conspirators' [1]**
4435/10
**constantly [1]** 4336/16
**Constitution [1]**
4299/13
**contact [1]** 4411/13
**contacted [1]** 4406/6
**contacts [1]** 4401/19
**contained [2]** 4331/22
4452/19
**containers [4]** 4332/12
4332/14 4332/15
4450/5
**content [4]** 4426/14
4426/18 4432/7
4457/24
**contents [4]** 4317/17
4329/21 4337/21
4450/4
**context [9]** 4398/10
4398/21 4404/9
4404/24 4412/17
4417/21 4417/23
4457/13 4457/21
**contingency [1]**
4399/8
**continue [6]** 4314/10
4328/2 4374/4 4394/14
4397/2 4397/3

4398/21
**continued [6]** 4297/1
4298/1 4299/1 4399/21
4401/19 4405/1
**continuously [2]**
4410/15 4412/4
**contrary [1]** 4441/15
**contrite [1]** 4448/14
**convenient [1]** 4404/3
**convicted [1]** 4448/2
**convinced [1]** 4442/7
**cool [2]** 4409/15
4412/13
**Cooper [6]** 4297/9
4297/10 4301/17
4338/18 4344/17
4438/12
**coordinating [1]**
4422/2
**cops [2]** 4386/15
4437/1
**copy [5]** 4306/6
4313/24 4318/7 4344/5
4424/22
**corner [2]** 4332/6
4355/20
**correct [71]** 4309/7
4320/7 4322/20
4325/14 4328/23
4329/12 4334/14
4339/16 4355/21
4362/1 4362/16 4367/6
4378/4 4379/25
4380/17 4380/20
4380/23 4381/1
4381/13 4381/19
4381/20 4381/24
4382/3 4383/8 4383/9
4383/14 4388/14
4388/24 4389/12
4390/20 4391/16
4391/21 4392/3
4396/19 4400/15
4408/5 4408/8 4408/10
4408/9 4409/9 4409/18
4410/2 4410/23 4411/1
4411/21 4411/24
4412/8 4412/11
4412/15 4412/19
4413/11 4413/15
4413/18 4413/22
4414/2 4414/5 4414/11
4414/17 4415/10
4415/17 4416/1 4416/4
4416/7 4443/16
4443/24 4444/2 4444/3
4446/1 4450/15
4455/13 4460/3
**could [89]** 4303/23
4308/4 4308/16
4310/19 4315/12
4317/18 4319/3 4319/6
4319/9 4321/6 4321/13
4322/1 4324/25
4327/17 4327/18
4328/2 4328/11
4328/21 4329/14
4329/23 4330/11
4331/24 4332/17

**could... [66]** 4334/25
4339/23 4342/11
4351/25 4352/13
4354/20 4355/11
4356/1 4356/3 4356/16
4356/17 4356/20
4358/2 4358/8 4358/24
4359/3 4359/10 4360/4
4360/14 4360/14
4360/24 4360/25
4361/7 4362/6 4362/7
4362/18 4363/11
4363/25 4366/18
4367/4 4368/19
4377/15 4378/9
4378/18 4379/20
4380/11 4392/11
4400/1 4401/12
4402/15 4402/16
4405/19 4409/22
4420/8 4421/12
4422/17 4422/20
4422/21 4424/2
4424/12 4425/19
4425/25 4426/6
4428/19 4428/21
4429/17 4429/23
4431/12 4431/21
4432/11 4438/16
4439/12 4439/16
4447/9 4447/20
4453/19
**couldn't [3]** 4352/16
4379/10 4413/25
**counsel [8]** 4304/10
4313/25 4396/10
4432/24 4437/19
4444/18 4449/22
4450/14
**counsel's [1]** 4341/21
**country [2]** 4339/18
4448/8
**couple [12]** 4307/12
4307/17 4324/25
4326/14 4327/15
4354/22 4356/23
4392/17 4392/25
4407/8 4407/10
4409/10
**course [6]** 4311/2
4313/4 4325/6 4421/5
4424/7 4426/3
**court [51]** 4296/1
4299/11 4299/12
4301/3 4303/1 4303/3
4303/18 4303/19
4309/6 4311/8 4311/20
4311/24 4313/24
4315/13 4317/7 4327/2
4336/9 4343/6 4376/25
4377/11 4387/3
4392/22 4393/14
4393/16 4395/13
4396/7 4396/10
4396/11 4396/19
4396/25 4397/7
4400/11 4400/17

4406/5 4420/10 4422/4
4434/11 4439/8
4444/21 4445/4
4446/10 4447/11
4447/13 4448/2 4457/1
4457/16 4458/1
4458/12 4459/2
**Court's [12]** 4308/6
4372/20 4383/18
4393/14 4394/14
4394/15 4432/23
4435/15 4443/2 4445/1
4450/16 4457/4
**courtroom [6]** 4314/4
4393/3 4401/11
4406/14 4434/16
4434/18
**cover [3]** 4371/2
4445/24 4445/25
**CR [1]** 4296/4
**cranny [1]** 4326/4
**Crazy [1]** 4352/11
**created [1]** 4423/17
**creates [1]** 4303/14
**creation [2]** 4423/19
4423/22
**credibility [1]** 4303/18
**crime [1]** 4316/12
**crimes [2]** 4316/19
4318/20
**criminal [6]** 4301/7
4313/2 4313/8 4316/3
4347/22 4441/18
**criminally [1]** 4442/2
**critical [1]** 4304/18
**cross [18]** 4300/4
4304/1 4304/6 4345/2
4379/12 4379/14
4380/8 4391/7 4394/4
4394/25 4407/2 4445/3
4445/5 4445/7 4445/8
4445/12 4445/14
4446/4
**cross-examination [9]**
4304/1 4345/2 4379/12
4379/14 4380/8 4391/7
4407/2 4445/14 4446/4
**cross-examine [5]**
4304/6 4445/5 4445/7
4445/8 4445/12
**cross-examined [1]**
4445/3
**crowd [6]** 4353/20
4357/9 4374/14
4414/21 4435/13
4439/3
**Crowl [11]** 4397/24
4397/24 4399/12
4399/17 4400/6 4400/9
4401/23 4401/25
4401/25 4403/3 4404/3
**CRR [2]** 4460/2 4460/8
**cs.com [1]** 4297/8
**cumulative [1]** 4303/8
4377/9
**curfew [1]** 4390/18
**cursing [1]** 4368/22

**cut [3]** 4373/9 4377/4
4402/16

## D

**D.C [29]** 4296/5
4296/17 4297/4 4297/7
4297/12 4298/3 4298/8
4298/12 4299/14
4320/10 4342/2 4342/2
4342/9 4342/23
4347/13 4347/23
4348/4 4348/5 4348/6
4348/7 4349/3 4349/7
4351/17 4446/19
4446/23 4449/14
4449/16 4449/17
4449/18
**D.C. [1]** 4312/21
**D.C. Circuit [1]**
4312/21
**Dallas [1]** 4299/4
**damning [2]** 4336/6
4434/3
**danger [1]** 4303/6
**dangers [1]** 4304/2
**data [4]** 4423/14
4423/16 4423/19
4427/22
**date [3]** 4423/19
4423/22 4460/7
**David [1]** 4449/22
**David Moerschel [1]**
4449/22
**day [28]** 4296/7
4317/10 4325/12
4327/24 4328/5 4328/9
4329/1 4339/11 4344/7
4349/9 4349/18
4349/23 4350/9
4350/16 4353/24
4371/19 4380/19
4381/22 4381/23
4381/24 4388/12
4389/7 4396/18
4399/22 4427/23
4435/19 4437/11
4437/23
**days [6]** 4350/19
4350/19 4382/2 4382/4
4424/5 4448/21
**deal [2]** 4392/24
4406/18
**dealing [1]** 4301/25
**decision [5]** 4312/22
4405/12 4436/3 4438/2
4453/8
**deck [7]** 4328/15
4331/13 4338/19
4400/1 4400/17
4402/13 4402/16
**declarant [2]** 4308/18
4441/17
**declarant's [3]** 4441/13
4441/15 4441/17
**declaration [2]** 4308/7
4308/14
**declass [1]** 4334/21

**deems [1]** 4381/14
**deep [1]** 4305/17
**defendant [28]** 4297/2
4297/6 4297/9 4298/2
4298/10 4299/2 4301/8
4301/9 4301/10
4301/10 4301/11
4301/11 4301/15
4301/16 4301/17
4301/19 4301/20
4301/23 4306/23
4312/23 4313/3 4313/8
4313/9 4380/12
4381/16 4445/8 4445/8
4445/12
**Defendant Bennie
Parker [1]** 4301/19
**Defendant Connie
Meggs [1]** 4380/12
**Defendant Greene [1]**
4301/23
**Defendant Laura
Steele [1]** 4301/17
**Defendant Meggs [1]**
4301/19
**defendant's [1]** 4313/5
**defendants [15]**
4296/7 4305/7 4305/9
4305/12 4342/3
4376/22 4381/14
4395/23 4396/5 4424/8
4425/2 4436/9 4445/4
4456/14 4456/18
**defendants' [1]**
4437/19
**defense [18]** 4303/13
4304/14 4304/18
4307/4 4312/14
4312/23 4312/25
4313/12 4313/17
4394/19 4416/20
4432/24 4439/4 4441/2
4445/2 4445/7 4445/12
4458/1
**defer [1]** 4444/15
**definitely [2]** 4368/19
4437/15
**delay [1]** 4303/7
**delayed [1]** 4406/18
**delete [3]** 4341/10
4400/19 4400/19
**deleted [7]** 4400/14
4400/18 4426/4
4443/12 4443/15
4443/19 4443/22
**deleting [1]** 4400/16
**department [7]**
4346/11 4347/9
4347/12 4347/16
4348/18 4350/16
4384/10
**depending [5]** 4310/18
4394/4 4394/24 4401/6
4401/13
**Depends [1]** 4445/9
**depict [12]** 4319/18
4319/19 4320/8 4321/2
4325/11 4331/10

4372/12 4376/9 4384/8
4432/18
**depicted [1]** 4338/6
**depicting [1]** 4332/3
**depiction [1]** 4305/2
**depicts [4]** 4305/8
4334/19 4384/9
4384/12
**deploy [1]** 4363/21
**deployed [3]** 4364/19
4367/21 4367/23
**deploying [1]** 4367/15
**deployment [6]**
4349/19 4349/22
4350/9 4350/18
4350/19 4368/1
**Depot [1]** 4450/4
**describe [51]** 4315/23
4316/5 4316/16
4317/13 4321/10
4321/12 4321/13
4322/17 4322/24
4324/2 4327/19 4328/2
4328/25 4330/2
4330/16 4331/14
4332/3 4332/8 4332/23
4333/14 4334/18
4336/21 4336/22
4337/8 4337/9 4337/16
4338/6 4343/15 4348/1
4349/5 4350/6 4350/15
4351/13 4352/9 4353/1
4357/23 4358/12
4359/21 4360/20
4364/6 4365/5 4366/9
4366/23 4368/16
4371/12 4378/9
4402/20 4421/12
4438/20 4439/24
4439/25
**described [3]** 4324/20
4356/7 4380/16
**describes [1]** 4440/1
**describing [5]** 4359/5
4364/18 4435/11
4438/21 4439/17
**destroy [3]** 4341/10
4400/25 4401/3
**destruction [2]** 4339/7
4340/6
**detail [1]** 4303/20
**determination [4]**
4309/13 4309/15
4321/3 4458/3
**determinations [1]**
4326/12
**determine [2]** 4305/23
4306/25
**did [131]** 4305/3
4305/20 4308/10
4309/18 4310/20
4313/12 4315/19
4317/5 4317/8 4317/9
4318/8 4318/10 4323/8
4323/20 4323/24
4324/19 4324/21
4325/3 4326/3 4328/8

**did...** [111] 4328/20
4329/17 4329/24
4330/1 4330/13
4330/15 4331/2
4334/11 4336/18
4337/24 4340/12
4340/24 4342/3 4342/4
4343/1 4347/16
4347/17 4347/21
4347/21 4347/23
4347/24 4347/25
4348/8 4348/10
4348/14 4348/15
4348/16 4349/23
4350/4 4351/2 4351/3
4351/4 4351/9 4351/22
4352/5 4353/10
4353/10 4353/12
4353/13 4353/16
4353/18 4353/22
4353/24 4354/1 4354/2
4356/25 4359/18
4360/3 4360/9 4362/25
4363/6 4368/6 4368/9
4368/14 4368/15
4369/5 4369/9 4369/15
4369/17 4369/21
4370/2 4371/24
4378/24 4379/9
4379/18 4380/22
4381/6 4382/1 4382/21
4382/22 4389/25
4390/6 4390/15
4391/20 4393/25
4417/8 4417/12
4417/14 4418/4
4418/11 4418/17
4421/1 4421/5 4423/19
4426/6 4426/8 4426/13
4427/17 4427/19
4428/10 4429/25
4431/2 4431/4 4431/11
4431/18 4431/20
4435/6 4435/13
4435/16 4435/19
4437/22 4437/23
4438/21 4442/4
4443/16 4445/18
4452/4 4453/11
4454/15 4454/15
4454/18
**did you** [34] 4315/19
4317/5 4323/24
4324/19 4347/16
4347/21 4347/21
4347/23 4347/24
4348/8 4348/14
4348/15 4349/23
4351/9 4351/22
4353/22 4354/2
4356/25 4359/18
4362/25 4368/14
4369/5 4369/15
4379/18 4381/6
4382/21 4389/25
4390/6 4390/15 4417/8
4418/4 4421/1 4421/5

**didn't** [21] 4308/12
4310/13 4312/16
4338/22 4354/5
4359/20 4369/18
4376/17 4380/2
4384/24 4389/23
4396/6 4396/24
4412/13 4413/24
4437/20 4437/21
4450/12 4451/4 4453/7
4453/12
**different** [15] 4304/7
4305/14 4306/1
4307/12 4309/14
4323/7 4350/17
4376/18 4382/24
4389/3 4409/21 4435/3
4436/7 4439/5 4445/11
4441/7
**differently** [2] 4409/21
4441/7
**differing** [1] 4316/4
**difficult** [1] 4369/14
**difficulty** [1] 4305/6
**dining** [1] 4329/16
**direct** [14] 4300/4
4304/6 4312/19 4315/3
4346/17 4383/25
4385/11 4394/6
4394/23 4400/5 4417/6
4420/3 4445/17
4445/22
**directed** [1] 4458/17
**direction** [5] 4367/24
4368/6 4394/4 4414/4
4416/16
**directions** [1] 4400/25
**directly** [4] 4378/12
4378/12 4408/10
4441/9
**disagree** [5] 4326/9
4411/5 4411/7 4418/4
4437/12
**disagreeing** [1] 4433/7
**discovered** [1] 4426/2
**discovery** [1] 4422/5
**discretion** [1] 4303/4
**discuss** [3] 4308/2
4393/5 4434/19
**discussed** [4] 4393/24
4399/9 4416/9 4457/1
**discusses** [1] 4396/12
**discussing** [2] 4309/2
4342/5
**discussion** [2] 4342/19
4458/7
**discussions** [3]
4354/10 4354/16
4401/7
**display** [1] 4455/21
**displayed** [1] 4426/21
**displaying** [1] 4452/13
**dispute** [1] 4446/22
**disputed** [1] 4419/7
**distinct** [1] 4451/13
**distinction** [2] 4436/25
4439/6
**DISTRICT** [10] 4296/1

4296/16 4303/1 4303/3
4306/20 4347/9
4347/10 4349/2
**districts** [2] 4369/20
4389/4
**disturbance** [1] 4349/2
**division** [1] 4317/1
4323/2
**do** [123] 4307/7 4311/8
4311/15 4316/2 4316/9
4317/9 4317/23 4318/5
4318/6 4319/13
4319/17 4320/4
4321/11 4325/11
4326/5 4326/9 4329/2
4329/2 4329/18
4330/13 4335/21
4338/15 4340/2
4342/11 4345/9
4345/13 4345/15
4348/10 4348/14
4349/10 4349/10
4349/13 4350/6 4351/4
4351/19 4352/20
4354/2 4354/2 4356/6
4357/11 4357/17
4357/17 4362/25
4363/19 4363/19
4365/15 4365/17
4365/22 4368/6 4369/5
4369/14 4369/17
4369/22 4373/2
4373/11 4373/12
4373/13 4374/16
4374/24 4375/1
4375/17 4383/3 4385/3
4385/25 4386/7
4386/16 4387/10
4387/17 4387/25
4391/2 4392/14
4393/17 4394/14
4395/15 4396/21
4403/13 4406/1
4407/12 4407/14
4407/21 4407/22
4408/2 4408/13
4408/22 4408/23
4409/4 4411/11
4412/13 4413/2
4414/16 4415/6 4417/5
4417/20 4419/6 4423/4
4423/6 4423/22
4426/24 4427/3
4427/22 4428/1
4428/22 4428/24
4430/3 4430/9 4430/15
4430/17 4433/15
4443/1 4444/19
4444/25 4445/17
4445/21 4446/2 4446/4
4446/18 4446/23
4451/7 4452/13
4452/25 4453/11
4453/12 4454/6
**do you** [14] 4329/2
4349/13 4351/19
4357/17 4365/22

4374/24 4375/17
4387/10 4412/4 4417/5
4417/20 4423/22
**do you know** [5]
4345/9 4345/13
4345/15 4373/2
4427/22
**Do you recognize** [4]
4407/14 4423/4 4430/9
4430/15
**do you remember** [7]
4352/20 4374/16
4383/3 4387/25
4408/22 4446/18
4446/23
**do you see** [8] 4365/15
4373/11 4373/12
4408/2 4408/13
4411/11 4415/6 4430/3
**document** [7] 4316/22
4318/3 4330/5 4333/8
4333/21 4446/10
4446/11
**documented** [2]
4323/11 4343/21
**documents** [1]
4318/14
**does** [35] 4309/6
4309/7 4317/13 4320/8
4329/1 4331/9 4332/20
4334/4 4347/12 4349/5
4357/9 4370/13
4370/15 4371/1 4372/7
4372/7 4372/8 4372/12
4376/9 4384/8 4386/16
4398/5 4423/16
4423/18 4424/25
4426/9 4429/3 4429/7
4432/17 4437/5
4442/13 4442/17
4445/13 4445/24
4458/13
**doesn't** [11] 4307/19
4310/15 4330/19
4336/1 4385/2 4398/16
4438/20 4439/24
4439/24 4443/21
4452/17
**doing** [9] 4316/22
4333/17 4346/24
4346/24 4360/2 4369/9
4374/7 4440/13 4448/5
**Dolan** [9] 4449/21
4450/2 4450/6 4451/12
4451/13 4451/19
4453/7 4453/21
4453/24
**Dolan's** [3] 4451/17
4453/25 4454/8
**dolly** [1] 4450/23
**domestic** [4] 4420/17
4420/18 4421/2
4421/13
**don't** [71] 4304/4
4304/5 4307/18 4311/6
4311/8 4325/23
4326/18 4336/3 4340/8

4374/24 4375/17
4387/10 4414/2 4417/5
4417/20 4423/22
**do you know** [5]
... (continued)
4374/17 4375/17
4352/17 4369/24
4373/23 4375/3 4377/8
4380/3 4380/4 4381/16
4384/17 4385/3
4385/20 4386/11
4387/20 4391/22
4393/5 4393/5 4393/19
4396/4 4397/19
4397/21 4398/19
4401/11 4403/9
4404/10 4404/13
4404/20 4405/24
4406/1 4410/13 4418/9
4433/21 4433/22
4433/25 4434/19
4436/2 4436/11
4436/17 4436/18
4438/15 4438/23
4440/20 4441/22
4446/9 4446/21
4450/18 4451/7
4452/24 4453/7 4454/1
4454/6 4454/10
4454/10 4454/12
4456/15 4457/1
4457/19 4457/19
4458/11 4458/15
4458/17
**done** [6] 4306/18
4389/22 4435/22
4436/2 4442/5 4448/16
**Donovan** [1] 4403/3
**Donovan Crowl** [1]
4403/3
**door** [4] 4328/24
4333/7 4371/13 4417/8
**doors** [13] 4352/22
4369/7 4369/12
4371/22 4372/13
4375/18 4391/15
4392/7 4429/2 4430/15
4430/16 4430/18
4431/2
**doorway** [2] 4362/11
4362/12
**double** [3] 4369/7
4371/22 4403/9
**doubt** [2] 4318/20
4454/20
**down** [18] 4323/9
4330/24 4337/14
4341/16 4352/14
4358/14 4360/24
4363/13 4377/4 4393/5
4402/16 4412/20
4419/4 4420/22 4424/3
4431/12 4432/2
4434/18
**dozens** [1] 4413/5
**draft** [1] 4344/1
**drafted** [2] 4303/11
4304/11
**draw** [2] 4326/12
4453/17
**drawn** [1] 4415/22
**drink** [1] 4349/8
**driver's** [1] 4333/4

4470

## D

**drove [1]** 4454/25
**dug [1]** 4337/15
**during [16]** 4305/3
4311/9 4312/18 4316/6
4318/8 4323/8 4325/6
4325/6 4326/3 4357/16
4371/14 4383/25
4393/6 4434/19 4448/9
4450/25
**duties [1]** 4421/5
**duty [2]** 4316/15
4349/23

## E

**each [7]** 4329/5
4330/24 4332/11
4384/11 4413/14
4413/17 4445/7
**earlier [13]** 4328/16
4330/12 4331/12
4332/5 4334/24 4335/9
4336/21 4388/17
4389/13 4402/4 4405/5
4407/15 4430/14
**early [6]** 4350/22
4396/18 4396/24
4406/1 4406/7 4406/8
**easier [1]** 4438/12
**east [3]** 4298/16
4383/8 4430/19
**echo [1]** 4438/12
**echoing [1]** 4441/1
**Edmund [1]** 4298/2
**Edwards [4]** 4296/14
4301/14 4314/12
4416/23
**effect [1]** 4394/22
**efficient [1]** 4311/17
**eight [2]** 4323/2 4449/5
**either [9]** 4310/19
4312/8 4312/17 4323/5
4325/5 4328/18
4342/22 4448/10
4457/8
**election [1]** 4405/2
**elements [1]** 4303/1
**elicit [1]** 4403/20
**elicits [1]** 4401/6
**Ellipse [1]** 4438/17
**else [16]** 4352/2
4380/5 4383/1 4400/2
4416/20 4447/6 4448/8
4448/16 4448/18
4449/2 4449/10 4450/6
4456/3 4458/16
4458/16 4458/17
**email [15]** 4296/18
4297/5 4297/8 4297/13
4298/4 4298/9 4298/13
4298/18 4299/5
4299/10 4395/15
4400/1 4402/5 4402/6
4402/7
**employed [1]** 4347/8
**empty [2]** 4453/3
4454/17
**en [1]** 4312/22

**encompassed [1]**
4331/19
**encounter [2]** 4307/11
4426/10
**end [11]** 4316/24
4318/6 4343/15 4344/7
4357/18 4357/19
4364/17 4369/15
4375/17 4375/18
4413/19
**ended [2]** 4415/7
4436/10
**ending [1]** 4404/23
**ends [1]** 4356/21
**engage [1]** 4331/2
**engages [1]** 4408/16
**engaging [1]** 4458/13
**enough [2]** 4452/2
4453/5
**ensure [1]** 4422/3
**entered [1]** 4302/16
4314/4 4322/4 4352/20
4352/23 4353/1
4368/16 4369/6
4406/14 4432/4
**entering [2]** 4359/13
4429/1
**enters [1]** 4328/25
**entire [11]** 4318/2
4318/8 4331/19 4367/4
4402/13 4420/18
4431/25 4449/5
4457/12 4457/15
4458/2
**entirety [3]** 4303/14
4338/20 4429/18
**entrance [4]** 4352/21
4357/1 4357/4 4388/1
**entry [4]** 4317/24
4325/6 4328/15
4333/17
**entryways [1]** 4328/19
**equipment [1]** 4371/17
**erased [1]** 4426/5
**ERT [1]** 4316/18
**especially [4]** 4402/19
4418/6 4434/2 4444/11
**essentially [3]** 4341/6
4384/14 4436/11
**establish [3]** 4326/22
4326/23 4401/18
**established [1]**
4304/10
**ET [1]** 4296/6
**Eugene [1]** 4298/10
**evaluate [1]** 4412/17
**evaluated [1]** 4312/24
**evaluations [1]**
4312/18
**even [11]** 4302/25
4304/4 4307/24
4396/12 4397/4 4401/2
4403/8 4436/13
4439/17 4447/23
4455/17
**evening [8]** 4390/16
4395/12 4397/4
4399/18 4424/5 4432/8

**event [3]** 4310/24
4313/20 4339/3
**events [3]** 4372/13
4402/23 4456/12
**eventually [6]** 4348/14
4369/21 4371/21
4417/8 4417/10 4445/6
**ever [4]** 4349/21
4387/8 4421/19 4446/8
**every [16]** 4323/13
4326/4 4329/6 4330/21
4330/23 4331/5
4331/21 4331/22
4332/11 4332/14
4350/9 4351/16
4359/25 4382/24
4409/14 4453/10
**everybody [7]** 4302/6
4302/8 4314/8 4317/21
4389/10 4393/1
4434/13
**everybody's [1]**
4412/18
**everyone [21]** 4301/6
4302/6 4314/6 4392/24
4393/9 4406/16
4406/17 4434/21
4437/6 4438/10
4438/10 4438/13
4438/15 4438/16
4438/25 4439/3 4440/4
4441/24 4442/5 4456/1
4458/25
**everyone's [1]** 4312/10
**everything [5]** 4324/19
4329/20 4330/5 4333/8
4351/25
**everywhere [1]**
4370/25
**evidence [75]** 4302/13
4302/25 4303/2 4303/4
4303/9 4305/1 4305/21
4305/22 4305/24
4311/16 4313/7
4313/10 4313/10
4316/15 4316/17
4316/18 4318/5
4318/18 4319/5 4321/5
4327/11 4333/21
4333/21 4333/24
4336/6 4339/7 4339/10
4339/14 4339/16
4340/6 4340/7 4341/11
4342/1 4342/4 4342/16
4343/20 4354/18
4370/19 4372/18
4377/19 4395/19
4396/8 4396/12
4396/14 4399/6 4399/7
4399/13 4400/25
4401/3 4403/20
4404/24 4405/4 4422/3
4422/18 4425/10
4425/16 4429/15
4432/22 4435/10
4435/17 4437/13
4440/16 4440/23

**4443/22 4444/25
4450/21 4451/2 4453/7
4454/1 4454/23
4455/16 4455/18
4457/17
**evidentiary [2]** 4302/9
4342/22
**exact [1]** 4387/12
**exactly [7]** 4307/19
4308/10 4338/22
4404/10 4430/9
4435/12 4453/11
**examination [15]**
4304/1 4313/4 4315/3
4345/2 4346/17
4379/12 4379/14
4380/8 4391/7 4407/2
4417/2 4420/3 4445/21
4445/22 4446/4
**examine [5]** 4304/6
4445/5 4445/7 4445/8
4445/12
**examined [1]** 4445/3
**example [4]** 4305/7
4329/1 4359/4 4403/2
**except [2]** 4313/8
4449/22
**exception [3]** 4305/12
4305/13 4308/24
**exceptions [1]** 4395/18
**exchange [1]** 4408/22
**exchanges [1]** 4393/23
**exclude [4]** 4303/4
4304/17 4341/25
4342/13
**excluded [5]** 4387/1
4397/1 4436/4 4436/6
4455/9
**excluding [1]** 4455/8
**exclusively [1]**
4421/16
**excuse [2]** 4354/13
4447/15
**executed [1]** 4344/4
**executing [3]** 4319/14
4320/6 4320/20
**exercise [1]** 4303/4
**exhibit [57]** 4304/21
4307/10 4319/7 4319/7
4320/2 4320/3 4321/5
4321/7 4322/2 4324/23
4325/1 4325/16
4327/11 4354/11
4354/18 4358/3 4358/9
4361/1 4361/1 4361/5
4362/8 4363/12
4363/23 4364/22
4370/6 4370/19 4372/2
4372/18 4376/1
4376/19 4377/16
4377/19 4380/15
4394/18 4397/22
4399/16 4407/11
4412/24 4417/17
4422/19 4424/13
4429/9 4425/16
4428/20 4429/11

**4429/15 4432/1
4432/12 4432/13
4432/14 4432/17
4432/22 4433/11
4449/4 4457/4 4457/5
4458/3
**Exhibit 1089.1 [1]**
4417/17
**Exhibit 50.V [1]**
4428/20
**Exhibit 50.V.1 [1]**
4429/1
**Exhibit 8001 [1]**
4380/15
**exhibits [10]** 4300/11
4306/6 4311/7 4319/10
4320/13 4385/10
4393/10 4393/13
4447/4 4457/20
**existing [2]** 4447/25
4448/13
**exit [3]** 4343/23
4403/10 4410/22
**exited [1]** 4393/3
4434/16
**exonerate [1]** 4308/12
**expanded [1]** 4369/20
**expect [3]** 4307/25
4403/6 4403/8
**expected [3]** 4302/11
4444/24 4458/9
**experience [1]** 4364/6
**experienced [2]**
4316/6 4385/11
**expert [3]** 4312/13
4313/6 4313/12
**explain [4]** 4326/3
4326/11 4404/10
4425/25
**explained [1]** 4386/12
**explicitly [1]** 4404/18
**expose [1]** 4441/17
**expressed [1]** 4305/5
**extended [1]** 4458/6
**extent [7]** 4312/17
4335/22 4343/8 4399/8
4442/6 4446/9 4446/10
**extremely [1]** 4438/17
**extrinsic [2]** 4302/23
4303/2
**eye [1]** 4405/7
**eyes [1]** 4323/16

## F

**F.2d [1]** 4312/20
**F.3d [1]** 4302/21
**face [2]** 4371/20
4411/20
**facing [1]** 4341/21
4388/1 4388/4 4414/4
4414/6 4414/7 4416/16
**fact [20]** 4302/14
4303/20 4306/25
4307/20 4341/7
4342/10 4356/3 4370/2
4409/4 4410/10 4416/8
4435/23 4436/12
4436/17 4439/19

**F**

fact... [5] 4440/12
4449/25 4451/1 4451/3
4451/25
faggot [2] 4433/5
4433/14
failed [1] 4342/15
fair [12] 4325/11
4380/25 4389/13
4389/20 4390/7
4390/11 4411/2
4412/17 4424/15
4424/22 4426/9
4454/25
fairly [7] 4350/20
4370/13 4372/7
4372/12 4376/9
4432/18 4451/13
familiar [5] 4400/11
4424/17 4427/10
4432/14 4452/7
familiarized [1]
4317/16
family [4] 4324/6
4324/12 4340/24
4348/12
far [3] 4340/1 4373/17
4436/2
farm [2] 4403/21
4452/5
fashion [1] 4421/7
father [2] 4348/9
4348/10
FBI [29] 4303/12
4308/9 4314/14
4315/24 4316/3 4316/6
4316/19 4316/25
4317/13 4318/11
4320/5 4322/25
4327/23 4328/2 4328/8
4328/19 4328/25
4329/18 4329/24
4330/13 4331/2 4332/8
4332/21 4335/13
4337/24 4344/7
4344/11 4420/12
4420/14
FBI's [2] 4326/13
4331/14
February [12] 4296/5
4317/5 4318/9 4322/10
4322/23 4323/21
4325/13 4327/16
4328/3 4329/1 4340/15
4460/7
Federal [2] 4313/2
4315/21
feel [3] 4405/24
4457/19 4457/20
feet [1] 4337/11
fellow [1] 4411/4
felt [1] 4399/24
fence [1] 4358/17
few [9] 4302/9 4307/13
4336/4 4380/13 4382/2
4399/15 4407/17
4422/23 4444/9
field [2] 4420/20

FIELDS [1] 4298/11
Fifth [3] 4347/9
4347/10 4349/1
fight [3] 4353/8
4361/10 4370/2
fighting [2] 4369/25
4371/16
figure [1] 4388/12
file [3] 4311/19 4394/7
4423/17
filming [2] 4429/25
4431/11
final [2] 4306/21
4312/15
finalize [1] 4343/23
finally [3] 4306/14
4312/12 4313/19
find [10] 4317/25
4322/10 4322/13
4322/15 4326/14
4335/17 4335/18
4414/12 4415/2
4443/16
fine [4] 4311/22
4311/25 4326/20
4454/8
finish [1] 4389/23
finished [1] 4347/20
fire [21] 4324/18
4336/22 4336/22
4336/24 4337/2 4337/3
4337/10 4337/11
4337/17 4337/21
4337/25 4339/7
4339/13 4339/19
4339/21 4340/21
4340/24 4341/8
4341/10 4342/25
4343/17
firearm [6] 4339/20
4340/8 4340/11
4340/13 4342/8
4342/10
firearms [15] 4338/16
4339/5 4339/8 4339/9
4339/17 4339/23
4340/2 4342/5 4342/20
4449/12 4449/14
4449/21 4449/25
4450/4 4450/20
fired [2] 4309/4 4309/5
firmly [1] 4304/10
first [42] 4302/12
4311/10 4312/15
4315/18 4317/16
4329/15 4329/19
4330/13 4331/22
4336/14 4349/7
4349/11 4349/21
4349/22 4350/13
4350/19 4352/16
4352/23 4352/25
4353/2 4354/21
4354/22 4357/6 4382/2
4383/3 4385/6 4389/17
4393/18 4399/15
4403/1 4407/11

4423/11 4434/25
4435/2 4435/3 4443/5
4446/12 4446/14
4452/10 4453/12
First Amendment [4]
4349/7 4349/11 4382/2
4389/17
fit [3] 4304/19 4353/9
4452/1
fits [2] 4440/22 4453/4
five [4] 4354/21
4364/15 4435/18
4448/21
five hours [1] 4435/18
FL [3] 4298/17 4342/18
4426/22
flag [4] 4311/5 4311/14
4376/25 4406/4
flee [1] 4405/3
floor [6] 4324/7
4324/10 4329/15
4330/13 4330/14
4330/19
floors [1] 4328/18
floppy [3] 4319/22
4321/24 4344/8
Florida [6] 4427/16
4427/18 4427/21
4428/11 4451/20
4451/22
focus [4] 4303/17
4341/23 4341/24
4402/16
focused [1] 4422/7
focusing [1] 4410/10
folks [3] 4424/9 4430/3
4453/10
follow [1] 4368/14
followed [2] 4403/10
4446/16
following [5] 4305/6
4310/3 4394/19 4405/9
4436/3
follows [2] 4313/3
4376/19
footage [7] 4355/4
4355/5 4385/13
4385/18 4385/24
4440/15 4450/2
force [4] 4317/12
4323/5 4399/10 4434/6
foregoing [1] 4460/3
forget [2] 4351/9
4403/9
forgive [3] 4308/13
4398/4 4452/17
forgo [1] 4394/13
forgot [2] 4351/23
4382/8
form [1] 4357/12
formation [3] 4359/19
4361/23 4369/15
formed [1] 4361/22
former [2] 4314/14
4345/4
forth [2] 4330/10
4443/4

toward [1] 4315/20
4356/17 4358/14
4359/8 4360/4 4363/22
4365/2 4400/5 4404/19
4405/6 4413/9 4415/9
4436/8 4447/14
forward-looking [1]
4404/19
found [17] 4323/17
4323/18 4326/18
4326/19 4329/20
4333/18 4334/8
4334/21 4335/12
4335/14 4337/17
4337/25 4443/17
4453/25 4454/7 4455/6
4455/24
foundation [12]
4320/16 4320/23
4342/22 4386/25
4404/15 4425/11
4425/12 4425/13
4433/3 4433/4 4433/6
4449/25
foundational [3]
4302/25 4308/8 4335/8
four [8] 4316/10
4348/20 4348/22
4349/9 4350/11
4350/11 4364/15
4377/4
four months [1]
4316/10
fourth [3] 4296/16
4302/19 4348/19
frame [4] 4347/4
4359/13 4360/8
4410/24
frankly [1] 4335/25
free [2] 4309/10 4439/5
frequently [1] 4304/25
front [29] 4309/23
4311/17 4311/19
4327/21 4328/22
4328/23 4328/24
4333/4 4352/14 4356/7
4356/13 4359/18
4359/24 4360/2 4363/4
4364/14 4366/11
4369/8 4374/11 4377/6
4378/2 4408/10 4413/6
4413/13 4413/16
4413/24 4416/9 4454/5
4454/9
fruits [1] 4313/7
fuck [2] 4369/25
4417/12
fucking [2] 4369/24
4418/9
full [7] 4302/18 4304/3
4304/17 4371/15
4403/6 4446/10
4446/10
full-blown [1] 4371/15
further [8] 4344/15
4357/19 4357/22
4375/18 4379/11
4386/25 4419/2

furtherance [7]
4396/13 4397/3
4397/16 4401/2 4401/4
4402/17 4436/19
future [1] 4448/8

**G**

gained [1] 4363/8
gas [11] 4349/15
4351/5 4351/7 4353/7
4360/15 4360/20
4360/20 4360/22
4371/19 4373/24
4410/17
gathered [1] 4310/13
Gator [2] 4427/8
4427/11
gear [3] 4349/13
4351/2 4351/21
Gene [3] 4301/20
4377/2 4391/24
Gene Rossi [2] 4377/2
4391/24
general [3] 4337/20
4437/10 4438/22
generally [25] 4315/23
4316/8 4317/13
4318/11 4319/17
4320/4 4322/22 4323/9
4323/22 4324/5 4325/4
4328/25 4329/3
4330/16 4347/21
4354/25 4355/17
4356/11 4356/25
4357/23 4360/21
4366/9 4371/11 4372/7
4375/14
generic [2] 4335/10
4335/20
gentleman [9] 4408/8
4408/12 4408/15
4408/22 4411/6
4411/14 4413/19
4415/6 4415/23
gentlemen [4] 4314/7
4343/7 4420/9 4455/5
geographic [1]
4305/14
Georgia [1] 4347/19
get [37] 4317/16
4350/5 4350/17
4350/20 4350/22
4350/23 4350/23
4350/25 4350/25
4351/7 4353/8 4353/20
4360/9 4360/15
4360/17 4360/19
4364/13 4369/25
4374/19 4376/15
4379/1 4384/19
4384/24 4386/13
4390/23 4392/12
4392/20 4405/14
4406/12 4407/12
4409/1 4409/2 4413/21
4419/7 4438/9 4445/19
4452/2

**gets [5]** 4376/24
4436/13 4441/22
4441/23 4446/16
**getting [7]** 4348/5
4360/16 4364/13
4370/1 4382/5 4388/7
4402/24
**give [7]** 4305/19
4305/20 4306/20
4349/15 4358/19
4426/13 4444/24
**given [6]** 4304/12
4306/15 4309/14
4342/10 4353/19
4458/6
**glove [1]** 4416/3
**gloves [3]** 4319/25
4321/19 4322/8
**gmail.com [2]** 4297/5
4299/10
**go [59]** 4306/19 4308/1
4309/10 4313/23
4314/1 4318/3 4323/21
4326/1 4326/24
4327/14 4328/1
4328/11 4328/21
4329/8 4329/14
4329/23 4330/5
4330/11 4330/20
4333/6 4334/15 4336/8
4339/3 4343/12
4343/23 4344/1 4348/4
4349/18 4350/4
4350/21 4351/8 4352/5
4352/18 4352/18
4362/7 4362/9 4362/18
4363/11 4363/16
4368/6 4368/12 4369/9
4388/8 4392/16
4406/19 4407/8
4413/25 4413/25
4419/10 4422/20
4431/16 4435/2 4438/2
4447/14 4447/16
4448/10 4450/5
4456/25 4458/2
**go ahead [3]** 4336/8
4339/3 4431/16
**goes [4]** 4382/24
4398/2 4400/24
4437/13
**going [58]** 4301/24
4302/18 4306/8
4307/13 4307/18
4312/2 4326/6 4326/24
4335/3 4336/4 4338/23
4341/25 4363/1 4375/3
4376/18 4376/24
4380/12 4380/14
4380/16 4382/2
4383/17 4383/18
4384/19 4384/19
4384/20 4384/21
4392/19 4392/21
4396/23 4399/17
4403/20 4403/25
4405/22 4407/9

4411/18 4412/21
4421/6 4438/24
4441/20 4441/20
4444/9 4444/14
4444/19 4444/24
4445/1 4445/4 4445/5
4446/7 4448/4 4452/15
4453/17 4454/5 4455/3
4456/3 4458/16
**gone [1]** 4344/6
**good [19]** 4301/5
4314/7 4315/6 4315/7
4345/4 4345/5 4346/21
4346/22 4346/24
4346/25 4379/16
4379/17 4380/10
4391/9 4391/10 4407/4
4407/5 4420/6 4420/7
**Good morning [10]**
4345/5 4346/21
4346/22 4379/16
4377/19 4391/9
4391/10 4407/5 4420/6
4420/7
**got [32]** 4308/21
4336/2 4338/18 4340/6
4350/10 4350/23
4352/12 4352/13
4353/2 4353/6 4354/7
4363/8 4369/3 4371/3
4375/5 4379/21 4381/2
4381/22 4382/12
4383/4 4387/14
4388/13 4388/18
4388/21 4388/24
4392/24 4406/18
4420/24 4442/18
4442/23 4444/5 4454/4
**gotta [1]** 4413/20
**gotten [2]** 4382/13
4384/10
**government [59]**
4296/13 4301/14
4302/9 4302/19
4304/22 4304/24
4307/10 4307/22
4307/23 4308/2 4309/4
4311/18 4314/14
4315/2 4326/22
4335/22 4338/23
4339/12 4339/18
4340/20 4340/25
4341/20 4346/8
4346/10 4346/16
4377/8 4381/9 4383/25
4385/23 4386/5
4397/23 4398/13
4398/22 4400/4 4401/6
4401/12 4402/15
4403/20 4404/8
4404/22 4415/22
4419/12 4420/2 4425/9
4432/22 4438/2 4438/9
4442/6 4444/5 4444/9
4445/5 4446/17
4446/21 4447/9
4452/12 4453/19

4455/23
**government's [41]**
4300/5 4300/13 4305/8
4305/22 4312/5
4314/10 4321/5 4322/1
4324/23 4325/16
4327/11 4339/22
4340/5 4341/9 4354/11
4354/18 4355/1 4358/3
4358/9 4361/1 4362/7
4363/12 4364/22
4370/6 4370/19 4372/2
4372/18 4377/19
4380/15 4385/11
4394/18 4400/13
4407/11 4412/24
4422/18 4425/16
4429/15 4439/6
4443/18 4454/12
4457/4
**grab [1]** 4374/18
**grabbed [7]** 4351/21
4351/24 4351/25
4377/6 4378/3 4411/22
4412/6
**grabbing [2]** 4371/17
4412/9
**grabs [1]** 4358/18
**graduated [1]** 4348/7
**granted [1]** 4317/11
**Graphic [1]** 4376/4
**grass [1]** 4387/20
**gray [1]** 4406/2
**great [2]** 4420/23
4441/16
**green [1]** 4451/14
**Greene [12]** 4298/15
4298/16 4299/2
4301/12 4301/20
4301/23 4397/8
4400/14 4400/20
4401/8 4401/9 4401/17
**Greene's [1]** 4444/18
**Greensboro [3]** 4317/1
4317/12 4323/3
**grew [2]** 4340/21
4439/4
**grips [1]** 4415/15
**grossi [1]** 4298/14
**ground [5]** 4337/14
4337/15 4363/9
4376/22 4452/5
**grounds [5]** 4395/21
4396/9 4435/18 4436/6
4438/17
**group [21]** 4302/16
4305/15 4342/19
4353/7 4356/6 4357/17
4360/9 4363/20 4367/4
4382/18 4384/9
4393/23 4405/3
4426/20 4432/4 4435/6
4438/8 4439/4 4447/10
4451/20 4451/22
**groups [2]** 4382/19
4414/9
**growing [1]** 4340/21

**guarding [1]** 4362/15
**guess [4]** 4342/21
4403/14 4436/5 4454/3
**guilt [7]** 4341/5
4396/16 4400/24
4401/1 4402/16 4404/6
4448/20
**gun [5]** 4453/24 4454/2
4454/8 4454/10
4454/11
**guns [2]** 4454/9
4455/15
**gunshot [1]** 4450/18
**guys [2]** 4376/21
4413/20

## H

**Hackett [8]** 4449/21
4450/7 4450/8 4450/13
4450/23 4455/8 4455/9
4455/10
**Hackett's [2]** 4450/14
4450/24
**had [60]** 4302/6
4302/14 4304/20
4305/5 4308/9 4308/9
4314/8 4315/23
4316/11 4317/11
4319/1 4324/10
4324/11 4324/16
4336/25 4338/1 4342/7
4342/24 4350/10
4350/18 4350/20
4350/23 4351/5 4351/6
4353/4 4353/7 4363/7
4364/14 4367/25
4368/21 4370/24
4371/19 4373/24
4381/23 4382/4 4382/5
4384/10 4385/11
4388/17 4389/7
4389/14 4392/6
4393/24 4393/25
4394/6 4399/24 4406/8
4406/9 4406/18
4414/14 4424/10
4426/4 4426/10
4430/14 4430/15
4441/16 4443/5
4449/11 4452/23
4455/1
**Haller [11]** 4298/6
4298/6 4301/18
4313/25 4341/24
4380/11 4386/19
4388/5 4393/19 4398/4
4443/21
**Haller's [1]** 4377/3
**hallerjulia [1]** 4298/9
**hallway [31]** 4329/1
4329/6 4329/17 4353/6
4353/11 4353/17
4355/9 4355/14 4357/1
4357/5 4357/25 4358/1
4358/6 4358/14
4359/22 4361/23
4363/18 4365/5 4365/7

4368/11 4380/20
4386/20 4388/19
4395/11 4417/6 4417/9
4417/13 4418/17
4441/9
**hand [18]** 4314/15
4320/1 4321/17
4321/20 4328/6 4329/4
4340/4 4346/12
4358/22 4359/5
4411/20 4411/23
4415/15 4415/16
4415/19 4415/20
4416/3 4419/14
**handful [1]** 4449/12
**handgun [2]** 4450/9
4450/11
**hands [4]** 4321/21
4358/22 4415/2
4415/12
**handwritten [2]**
4303/10 4303/20
**hang [4]** 4339/2 4340/4
4384/16 4453/1
**Hangout [1]** 4342/18
4426/22
**happened [6]** 4310/1
4367/22 4375/14
4376/10 4399/24
4424/10
**happening [1]** 4410/6
**happenings [1]**
4318/16
**happens [1]** 4374/18
**hardly [1]** 4318/16
**Harrelson [5]** 4428/17
4430/2 4430/6 4431/11
4432/5
**Harrelson's [1]**
4431/18
**has [46]** 4302/19
4304/22 4307/22
4307/23 4308/23
4309/4 4309/7 4312/7
4313/10 4316/19
4321/1 4338/21
4343/19 4351/16
4364/23 4384/1 4385/8
4393/14 4393/16
4396/25 4398/1
4398/13 4399/9
4400/17 4404/12
4406/2 4407/11
4415/22 4416/3 4421/9
4422/2 4422/3 4422/18
4425/13 4430/3 4438/2
4439/8 4443/1 4446/4
4449/22 4451/13
4454/23 4455/2
4456/22 4457/1
4457/16
**hasn't [2]** 4321/12
4340/10
**hat [11]** 4319/22
4321/23 4321/24
4322/8 4322/14
4322/18 4344/8

| | | | | |
|---|---|---|---|---|
| **hat... [4]** 4408/13 | 4303/11 4304/7 | 4441/3 | 4415/14 4415/23 | 4326/17 4327/3 4335/4 |
| 4408/15 4410/10 | 4304/11 4305/15 | **hearsay [11]** 4308/7 | 4422/6 4427/3 4428/1 | 4336/11 4338/14 |
| 4418/5 | 4308/8 4308/8 4308/9 | 4395/18 4403/2 4403/6 | 4428/13 4429/21 | 4339/25 4341/13 |
| **hats [1]** 4438/11 | 4308/9 4308/10 | 4403/7 4403/11 | 4429/23 4430/10 | 4342/14 4343/4 |
| **have [124]** 4305/4 | 4308/10 4308/11 | 4403/12 4403/13 | 4430/24 4437/18 | 4343/13 4344/15 |
| 4305/16 4306/17 | 4308/14 4308/23 | 4403/15 4403/16 | 4450/22 4453/23 | 4344/18 4344/20 |
| 4306/18 4307/1 4307/6 | 4309/18 4309/20 | 4403/17 | 4454/5 | 4346/4 4354/9 4354/13 |
| 4307/18 4309/9 | 4309/20 4309/20 | **heavy [1]** 4359/2 | **here's [2]** 4340/4 | 4370/16 4372/15 |
| 4309/23 4311/7 | 4309/21 4310/1 4310/1 | **hectic [2]** 4351/1 | 4441/20 | 4372/21 4372/24 |
| 4311/11 4312/1 | 4310/8 4310/12 | 4352/19 | **herself [5]** 4318/15 | 4375/7 4375/11 |
| 4313/17 4313/19 | 4310/13 4310/15 | **held [3]** 4312/22 | 4340/11 4403/22 | 4376/14 4376/15 |
| 4314/8 4317/5 4318/16 | 4310/16 4310/20 | 4415/15 4420/16 | 4439/4 4440/3 | 4377/1 4377/12 |
| 4318/20 4319/3 | 4312/23 4321/1 | **helmet [4]** 4349/16 | **HI [1]** 4299/9 | 4379/11 4380/6 |
| 4319/12 4323/16 | 4326/11 4342/18 | 4365/16 4365/22 | **hide [2]** 4341/5 4341/7 | 4383/20 4383/22 |
| 4323/17 4325/1 | 4348/11 4378/2 4379/9 | 4430/13 | **high [3]** 4337/13 | 4384/15 4385/1 4385/5 |
| 4325/23 4326/7 | 4379/10 4384/4 4384/6 | **help [3]** 4398/5 | 4337/14 4348/7 | 4385/7 4386/18 4387/2 |
| 4326/10 4335/21 | 4384/23 4384/23 | 4418/12 4418/17 | **highlight [1]** 4311/18 | 4388/9 4393/12 |
| 4336/1 4337/11 | 4384/24 4384/24 | **helpful [1]** 4302/20 | **highly [4]** 4342/11 | 4393/25 4394/11 |
| 4338/15 4338/19 | 4384/25 4385/1 4385/2 | 4305/25 4395/14 | 4433/17 4437/18 | 4395/22 4396/6 4397/5 |
| 4338/25 4339/1 4339/1 | 4382/5 4385/10 | **her [30]** 4319/1 4320/1 | 4453/2 | 4397/17 4399/5 4400/3 |
| 4342/17 4343/20 | 4385/11 4386/19 | 4321/19 4321/20 | **him [27]** 4308/16 | 4400/15 4401/21 |
| 4343/21 4343/21 | 4399/9 4400/14 | 4340/24 4341/4 4342/1 | 4309/18 4309/19 | 4402/9 4403/19 4404/9 |
| 4348/17 4348/20 | 4400/18 4400/18 | 4342/16 4344/11 | 4309/25 4309/25 | 4405/23 4406/10 |
| 4349/9 4351/2 4351/18 | 4401/17 4408/16 | 4380/2 4404/6 4433/7 | 4312/24 4344/4 | 4406/22 4416/18 |
| 4353/10 4354/25 | 4408/25 4409/1 4409/4 | 4433/8 4433/10 4435/9 | 4374/14 4374/15 | 4417/4 4419/2 4419/11 |
| 4355/2 4361/5 4361/6 | 4409/4 4410/11 | 4435/13 4435/13 | 4374/19 4384/19 | 4419/12 4425/9 |
| 4365/2 4365/4 4370/8 | 4410/19 4411/15 | 4436/23 4437/19 | 4386/23 4408/12 | 4425/18 4429/12 |
| 4370/10 4371/1 4372/4 | 4411/22 4412/6 4415/9 | 4439/4 4440/12 | 4411/18 4411/20 | 4432/25 4433/3 4433/9 |
| 4372/6 4373/23 4375/5 | 4415/15 4426/3 | 4440/19 4441/8 | 4412/7 4412/10 | 4433/15 4433/23 |
| 4375/20 4375/22 | 4427/15 4427/17 | 4443/12 4443/15 | 4416/10 4418/7 | 4434/4 4435/5 4436/21 |
| 4378/21 4378/23 | 4427/19 4427/21 | 4443/16 4443/19 | 4445/18 4445/21 | 4436/24 4437/8 |
| 4382/13 4385/20 | 4430/3 4448/16 4451/3 | 4423/23 4443/24 | 4451/3 4451/4 4451/6 | 4438/18 4439/11 |
| 4386/1 4386/8 4386/12 | 4451/4 4451/5 4451/22 | 4458/17 | 4454/7 4455/11 4457/7 | 4440/10 4440/21 |
| 4386/16 4391/4 | 4452/5 4452/6 4452/8 | **here [90]** 4303/18 | **himself [1]** 4308/12 | 4442/11 4443/2 4444/8 |
| 4391/13 4393/9 | 4452/9 4453/22 | 4308/14 4315/13 | **his [31]** 4302/1 | 4446/3 4447/7 4448/17 |
| 4394/18 4395/23 | 4453/23 4454/15 | 4316/23 4321/11 | 4302/15 4303/11 | 4448/22 4449/3 |
| 4397/21 4398/10 | 4454/18 4454/18 | 4321/14 4322/18 | 4303/18 4303/19 | 4450/10 4451/9 4452/3 |
| 4400/6 4400/8 4400/19 | 4455/2 4455/17 | 4322/19 4327/20 | 4308/8 4308/11 4310/1 | 4453/6 4454/21 4455/7 |
| 4402/4 4404/10 | 4455/18 4457/7 | 4328/12 4329/10 | 4310/8 4310/12 | 4455/25 4456/5 |
| 4405/20 4405/22 | 4457/21 | 4330/8 4331/22 | 4310/14 4311/1 4345/9 | 4456/21 4456/22 |
| 4406/1 4407/13 | **he said [4]** 4304/7 | 4333/19 4333/25 | 4359/5 4374/18 | 4457/3 4458/6 4458/10 |
| 4413/25 4420/13 | 4310/1 4452/8 4452/9 | 4337/10 4337/20 | 4400/14 4401/14 | 4458/24 |
| 4420/16 4421/5 | **he's [27]** 4301/24 | 4340/20 4341/17 | 4411/20 4415/12 | **HONORABLE [2]** |
| 4421/19 4421/22 | 4304/12 4308/19 | 4341/24 4354/22 | 4415/15 4415/16 | 4296/10 4301/4 |
| 4422/7 4423/14 | 4378/12 4378/12 | 4354/23 4355/18 | 4416/3 4426/3 4426/7 | **hope [2]** 4302/6 4314/8 |
| 4423/15 4424/7 4425/2 | 4384/18 4384/20 | 4355/20 4356/25 | 4426/13 4426/14 | **hotel [7]** 4340/3 |
| 4428/7 4428/9 4432/7 | 4386/18 4397/24 | 4357/1 4357/5 4359/3 | 4431/12 4441/3 | 4440/12 4450/3 |
| 4434/21 4437/19 | 4408/10 4410/24 | 4359/5 4359/10 | 4447/24 4448/15 | 4451/23 4452/17 |
| 4441/13 4444/10 | 4411/2 4411/2 4414/6 | 4360/25 4361/8 | 4452/7 | 4455/4 4455/5 |
| 4445/18 4446/3 | 4415/6 4415/12 4416/1 | 4361/17 4361/19 | **hit [1]** 4356/3 | **hotels [1]** 4390/24 |
| 4446/17 4446/21 | 4416/6 4416/8 4416/9 | 4362/11 4363/25 | **hold [3]** 4338/10 | **hour [1]** 4344/6 |
| 4447/6 4447/7 4448/16 | 4416/12 4416/15 | 4364/17 4365/9 | 4454/6 4454/8 | **hours [9]** 4323/23 |
| 4449/13 4450/3 | 4448/14 4448/14 | 4365/14 4369/25 | **holding [6]** 4321/21 | 4324/3 4349/25 |
| 4450/18 4451/8 | 4452/7 4453/15 | 4370/1 4371/19 4374/5 | 4374/8 4374/12 | 4395/19 4396/24 |
| 4452/24 4453/3 4453/7 | 4457/11 | 4375/4 4377/2 4381/14 | 4415/16 4416/1 4416/6 | 4404/2 4435/18 |
| 4453/10 4453/13 | **head [4]** 4308/22 | 4384/1 4386/11 | **home [5]** 4324/6 | 4435/18 4456/9 |
| 4454/4 4454/7 4455/17 | 4309/3 4322/18 | 4393/21 4397/6 | 4347/20 4347/23 | **house [39]** 4323/13 |
| 4456/10 4457/5 4458/7 | 4443/25 | 4402/19 4402/22 | 4450/4 4453/5 | 4324/4 4324/6 4324/8 |
| 4458/17 | **hear [11]** 4307/25 | 4403/4 4403/7 4403/17 | **homes [2]** 4452/1 | 4324/10 4324/13 |
| **haven't [1]** 4452/22 | 4352/16 4359/14 | 4404/10 4404/14 | 4455/6 | 4324/15 4325/23 |
| **having [12]** 4304/15 | 4360/14 4362/22 | 4404/17 4405/10 | **homicide [1]** 4450/17 | 4326/4 4326/7 4326/11 |
| 4310/15 4340/21 | 4378/24 4379/6 | 4406/3 4406/7 4406/8 | **hone [1]** 4333/17 | 4326/11 4328/6 |
| 4343/16 4344/6 | 4398/19 4412/25 | 4406/12 4407/6 | **Honor [112]** 4301/7 | 4328/19 4328/22 |
| 4366/17 4373/2 | 4417/12 4431/3 | 4407/12 4407/14 | 4306/4 4306/11 4307/9 | 4328/24 4329/16 |
| 4396/21 4427/22 | **heard [6]** 4362/14 | 4407/18 4408/2 4408/4 | 4309/2 4311/5 4311/15 | 4329/25 4330/19 |
| 4442/4 4457/17 | 4378/21 4381/6 | 4408/8 4408/16 | 4312/2 4313/21 4314/2 | 4331/4 4331/5 4331/12 |
| 4457/20 | 4381/22 4438/1 4446/8 | 4409/10 4410/17 | 4314/13 4320/12 | 4331/13 4331/15 |

**house... [15]** 4331/19
4332/2 4332/7 4332/9
4333/9 4336/20
4336/25 4337/3 4337/7
4359/17 4359/17
4371/4 4453/25 4456/9
4456/9

**how [42]** 4310/18
4315/6 4316/21
4316/23 4322/24
4323/20 4335/21
4337/13 4343/24
4346/23 4346/24
4348/8 4348/17
4351/14 4352/20
4366/23 4368/24
4369/9 4375/3 4379/22
4382/22 4384/12
4385/22 4392/14
4396/12 4401/6
4401/13 4402/15
4403/20 4405/8 4418/9
4420/13 4424/20
4425/25 4429/3 4435/7
4440/22 4442/12
4442/13 4444/21
4445/1 4445/16

**However [1]** 4307/21
**huddle [4]** 4309/18
4309/21 4309/22
4309/25

**huddled [1]** 4310/13
**huddles [1]** 4310/20
**Hughes [2]** 4296/14
4301/14

**huh [7]** 4348/13
4390/20 4408/14
4409/13 4410/18
4411/12 4414/5

**hundreds [3]** 4403/25
4453/3 4455/1

**hurry [2]** 4350/24
4382/5

**husband [1]** 4344/3

**I**

**I also [2]** 4370/24
4402/21

**I am [4]** 4355/16
4372/11 4374/6
4426/23

**I apologize [2]** 4362/9
4446/9

**I believe [11]** 4306/5
4307/10 4376/19
4382/11 4414/24
4429/24 4443/6
4444/18 4447/11
4448/1 4451/10

**I can [8]** 4306/24
4309/3 4323/1 4366/22
4379/8 4385/5 4398/11
4446/6

**I can't [2]** 4335/10
4413/1

**I couldn't [1]** 4352/16
**I did [13]** 4305/3

4317/8 4325/3 4347/17
4347/25 4351/3
4353/12 4353/24
4417/14 4426/8 4431/4

**I didn't [1]** 4389/23
**I didn't know [1]**
4338/22

**I don't [16]** 4304/4
4336/3 4377/8 4385/3
4396/4 4436/2 4436/17
4436/18 4438/23
4440/20 4441/22
4446/21 4456/15
4457/19 4458/11
4458/17

**I don't have [2]**
4397/21 4406/1

**I don't know [1]**
4373/23

**I don't recall [4]**
4380/3 4391/22
4410/13 4446/9

**I guess [4]** 4342/21
4403/14 4436/5 4454/3

**I have [9]** 4306/18
4319/12 4355/2 4361/6
4378/23 4391/4
4391/13 4428/9 4454/4

**I hope [2]** 4302/6
4314/8

**I just [9]** 4313/15
4313/24 4335/19
4335/25 4345/7
4351/25 4385/20
4412/23 4449/4

**I know [2]** 4396/7
4447/20

**I mean [17]** 4326/10
4326/19 4335/21
4336/2 4339/3 4356/13
4366/20 4384/24
4386/14 4401/16
4433/23 4437/5
4439/22 4440/7
4446/16 4446/20
4456/18

**I recall [1]** 4455/7
**I should [2]** 4304/25
4356/13

**I suppose [1]** 4310/19
**I think [58]** 4302/20
4303/14 4305/4
4305/16 4305/25
4308/6 4308/16
4310/18 4312/13
4313/16 4326/5
4335/25 4341/14
4380/23 4381/23
4383/24 4389/2
4389/18 4393/13
4401/5 4401/10
4401/12 4403/19
4407/23 4412/22
4412/24 4416/13
4425/13 4433/16
4434/8 4434/24
4435/22 4436/21

4437/2 4437/4 4437/15
4438/4 4438/6 4438/8
4438/19 4443/13
4444/23 4445/6
4447/12 4447/23
4448/19 4449/4
4450/11 4451/8
4451/19 4452/2 4452/3
4453/5 4454/14
4456/22 4458/12

**I thought [3]** 4393/24
4446/12 4454/15

**I understand [2]**
4308/5 4453/1

**I want [15]** 4313/18
4323/25 4352/24
4356/23 4392/16
4406/11 4407/8 4415/2
4435/25 4436/1
4436/16 4438/12
4441/5 4441/6 4446/7

**I was [13]** 4316/1
4316/2 4317/1 4317/10
4349/1 4349/9 4350/12
4351/24 4381/25
4392/9 4392/21
4393/10 4433/9

**I will [9]** 4305/1
4305/19 4306/18
4307/25 4345/20
4386/21 4386/23
4394/4 4433/12

**I wouldn't [1]** 4402/20
**I'd [2]** 4327/15 4438/14
**I'll [33]** 4304/17
4306/20 4308/1 4309/9
4313/21 4326/9
4326/14 4342/13
4356/16 4362/2 4375/8
4377/7 4391/13 4393/4
4398/10 4398/16
4398/20 4403/22
4405/12 4405/12
4405/13 4408/17
4417/25 4434/17
4442/8 4442/24 4444/7
4444/15 4449/23
4451/1 4451/6 4455/21
4458/23

**I'll think [1]** 4458/23
**I'm [74]** 4302/18
4304/4 4306/8 4306/11
4307/18 4309/17
4310/3 4310/5 4311/5
4312/12 4313/16
4316/22 4321/12
4324/15 4335/3 4335/6
4338/16 4341/13
4341/20 4341/25
4345/14 4352/18
4357/4 4359/5 4366/17
4366/20 4370/1 4373/9
4374/8 4374/19
4380/11 4380/12
4383/17 4383/18
4384/19 4384/19
4387/12 4388/11

4395/14 4398/18
4399/11 4400/11
4401/22 4402/17
4407/9 4407/14 4408/6
4409/24 4411/18
4412/16 4412/17
4412/21 4420/12
4435/12 4437/8
4438/24 4440/9
4441/19 4441/20
4441/20 4441/22
4441/23 4442/7
4442/11 4444/10
4447/1 4450/6 4452/12
4454/3 4456/5 4456/21
4456/24

**I'm going [1]** 4384/19
4384/19 4411/18
**I'm just [4]** 4357/4
4380/12 4408/6
4412/17

**I'm not [14]** 4302/18
4306/8 4307/18 4310/3
4310/5 4335/6 4402/17
4407/9 4409/24
4412/16 4412/21
4438/24 4442/7
4452/12

**I'm not sure [9]**
4338/16 4387/12
4395/14 4401/22
4437/8 4440/9 4441/22
4441/23 4456/24

**I'm sorry [13]** 4306/11
4309/17 4321/12
4341/13 4341/20
4345/14 4366/17
4366/20 4373/9
4388/11 4442/11
4450/6 4456/5

**I'm sure [1]** 4400/11
**I'm thinking [1]**
4313/16

**I've [17]** 4306/15
4308/21 4312/6
4331/12 4338/18
4348/22 4370/25
4374/10 4393/20
4393/21 4393/22
4420/17 4420/18
4421/25 4422/5 4436/2
4457/15

**idea [1]** 4386/14
**identification [2]**
4385/19 4457/15

**identifies [1]** 4311/20
**identify [11]** 4335/24
4361/11 4370/11
4371/5 4381/10
4381/14 4381/19
4383/13 4384/4
4384/20 4391/20

**identifying [2]** 4322/16
**ignore [1]** 4343/10
**images [2]** 4453/23
4455/4

**imagine [1]** 4444/19

**impeach [1]** 4302/14
**impeachment [5]**
4303/13 4303/22
4310/19 4310/22
4310/23

**impede [1]** 4371/24
**implies [1]** 4440/13
**imply [1]** 4438/10
**important [1]** 4318/19
**importantly [2]** 4306/3
4401/1

**impression [1]**
4403/18

**inability [1]** 4326/14
**inaccuracy [2]** 4307/5
4307/5

**inaccurate [2]** 4306/24
4307/1

**inadmissible [1]**
4302/24

**inaugurated [2]** 4405/1
4405/4

**incident [3]** 4373/3
4376/23 4411/16
**include [4]** 4320/4
4327/7 4396/15
4423/16

**included [8]** 4302/15
4320/5 4323/3 4325/4
4342/18 4342/18
4342/19 4389/1

**includes [2]** 4305/10
4400/8

**including [13]** 4317/21
4323/11 4328/15
4339/11 4339/23
4375/23 4414/10
4418/11 4435/13
4439/3 4440/3 4442/6
4451/24

**inclusion [1]** 4304/12
**inclusive [1]** 4438/7
**incompetency [1]**
4313/10

**inconsistencies [2]**
4303/24 4304/6
**inconsistency [3]**
4310/4 4310/8 4310/20
**inconsistent [3]**
4302/23 4303/3 4436/2
**incorrect [1]** 4433/4
**increase [1]** 4389/6
**increased [1]** 4388/18
**inculpates [1]** 4445/11
**inculpatory [1]** 4442/2
**independent [1]**
4305/21

**independently [1]**
4308/6

**INDEX [2]** 4300/2
4300/11

**indicated [1]** 4373/15
**indicating [1]** 4349/17
**indicted [1]** 4446/17
4446/21

**indictment [1]** 4338/15
**individual [2]** 4327/7
4378/13

4475

**I**

**individuals [6]** 4358/1
4362/5 4374/13
4390/23 4408/7 4429/1
**indulgence [6]**
4372/20 4383/18
4393/15 4432/23
4435/16 4457/5
**inference [6]** 4443/18
4452/14 4452/18
4453/16 4453/18
4454/25
**inferences [2]** 4453/19
4453/20
**inflammatory [2]**
4342/11 4396/3
**information [4]**
4304/19 4305/10
4312/9 4445/23
**initially [2]** 4329/20
4330/5
**inquire [1]** 4444/20
**insanity [2]** 4312/23
4312/25
**inside [12]** 4317/22
4324/8 4328/23
4328/24 4329/22
4333/9 4352/23
4390/12 4452/14
4455/1 4456/23
4456/25
**insofar [2]** 4320/25
4451/12
**installed [1]** 4404/23
**instructed [2]** 4309/12
4353/20
**instruction [7]** 4305/19
4306/16 4306/16
4306/21 4354/1
4405/25 4458/20
**instructions [3]**
4306/22 4353/16
4353/19
**integrity [1]** 4323/14
**intend [2]** 4311/15
4397/2
**intended [1]** 4342/11
**intends [2]** 4307/10
4377/8
**intense [2]** 4353/5
4392/2
**intent [7]** 4364/12
4395/19 4435/9
4435/10 4436/14
4436/23 4437/17
**interaction [1]** 4357/16
**interactions [1]**
4351/17
**interest [20]** 4308/7
4308/14 4308/18
4333/19 4335/1
4395/17 4397/14
4402/21 4435/24
4436/22 4437/5
4437/17 4438/20
4439/24 4441/11
4441/16 4441/24
4442/8 4443/7 4443/14

**interject [1]** 4439/21
**interpretation [3]**
4437/16 4439/2 4440/8
**interrupt [1]** 4341/13
**interrupting [1]**
4396/22
**interview [2]** 4303/12
4426/3
**interviewed [1]** 4426/2
**interviewing [1]**
4323/10
**interviews [1]** 4422/1
**introduce [4]** 4315/9
4347/2 4394/23
4399/19 4420/9
4449/12 4449/20
4457/9
**introduced [3]** 4313/10
4405/10 4440/23
**introducing [1]** 4312/3
**invalidate [1]** 4441/16
**investigate [1]** 4421/1
**investigation [5]**
4315/21 4421/23
4422/8 4424/8 4455/24
**investigations [4]**
4316/2 4316/13
4420/20 4421/16
**involved [1]** 4323/10
**involves [1]** 4448/24
**involving [1]** 4458/11
**irrelevant [1]** 4456/13
**is [358]**
**is that right [1]** 4371/9
**is there [2]** 4355/18
4426/20
**Isaacs [8]** 4298/10
4301/11 4301/21
4377/1 4391/20
4391/21 4391/24
4392/6
**Isaacs' [2]** 4312/12
4312/17
**isn't [4]** 4404/5
4442/25 4443/20
4453/6
**issue [8]** 4302/12
4313/9 4394/5 4433/23
4442/21 4446/4
4455/14 4456/19
**issues [9]** 4302/9
4303/6 4338/25
4392/25 4406/18
4407/10 4433/6
**it [254]**
**it would be [2]**
4378/16 4445/23
**it's [133]** 4304/10
4305/4 4305/16
4305/23 4305/25
4306/5 4306/6 4306/13
4308/6 4308/13 4309/4
4309/12 4312/22
4313/15 4313/16
4313/17 4314/7
4323/16 4336/2 4336/3
4336/4 4336/6 4337/8
4337/20 4339/12

4339/20 4341/16
4341/20 4342/2
4342/25 4348/6
4349/16 4349/17
4350/11 4350/25
4356/13 4357/19
4358/19 4360/24
4364/9 4364/10 4366/1
4366/13 4366/14
4366/25 4369/1 4371/3
4376/24 4377/9
4380/19 4383/8
4385/16 4385/18
4387/1 4390/11
4395/19 4395/24
4396/2 4396/11
4397/15 4400/20
4400/21 4400/24
4401/24 4401/25
4402/24 4403/2 4403/5
4404/9 4405/7 4409/11
4409/14 4409/17
4409/20 4412/17
4429/17 4431/16
4432/13 4433/7 4433/8
4433/9 4434/7 4434/7
4434/12 4435/9
4435/23 4436/13
4436/13 4436/22
4436/22 4437/8
4438/17 4438/23
4439/11 4439/14
4439/22 4439/22
4440/9 4440/11
4440/18 4442/7
4442/14 4442/22
4443/17 4443/24
4446/9 4446/24
4447/10 4447/12
4447/14 4447/17
4447/21 4447/24
4448/9 4448/9 4448/11
4448/11 4448/19
4450/8 4450/10
4451/14 4451/22
4452/14 4453/15
4453/18 4455/23
4456/15 4456/24
4456/24 4457/10
4458/3
**item [12]** 4323/17
4323/18 4323/19
4330/21 4330/23
4330/24 4331/22
4332/11 4332/14
4333/18 4333/20
4333/20
**items [26]** 4317/25
4318/11 4318/22
4318/24 4322/5
4326/14 4329/20
4330/22 4331/18
4331/18 4334/6 4334/7
4335/16 4335/18
4336/25 4337/1
4337/17 4337/22
4337/23 4337/25

4339/17 4339/23
4340/25 4343/20
**its [9]** 4302/10 4303/4
4303/5 4305/17 4306/7
4339/12 4346/8 4401/6
4429/18
**itself [6]** 4305/2
4305/23 4352/7
4431/15 4436/10
4442/1

**J**

**J-a-c-k-s-o-n [1]**
4347/6
**Jackson [54]** 4307/11
4346/11 4346/16
4346/19 4347/3 4347/6
4347/8 4354/22
4354/25 4355/14
4356/6 4356/23 4358/5
4358/12 4359/4
4359/13 4360/8 4361/5
4361/8 4362/3 4362/6
4362/10 4362/22
4363/18 4364/3
4364/17 4365/2
4365/15 4366/6
4366/22 4367/14
4370/8 4370/22 4372/4
4372/24 4373/11
4374/4 4374/24 4376/6
4377/6 4377/15
4377/22 4378/9
4378/21 4379/6 4384/1
4385/9 4393/4 4406/12
4407/4 4417/5 4417/20
4418/4 4419/3
**Jackson's [1]** 4406/19
**James [3]** 4307/12
4307/14 4361/17
**James Love [1]**
4361/17
**January [78]** 4305/16
4318/17 4319/2
4320/10 4335/15
4336/17 4339/11
4340/9 4341/6 4341/11
4344/9 4344/13
4348/23 4348/25
4349/1 4349/19
4349/24 4350/13
4350/17 4350/22
4355/4 4370/14 4372/9
4374/25 4382/6 4384/3
4385/9 4386/15
4389/22 4389/23
4389/25 4394/20
4395/9 4395/13
4395/25 4396/25
4397/18 4397/23
4398/2 4398/2 4398/2
4398/3 4398/14
4398/24 4400/7 4400/9
4401/17 4401/23
4401/25 4402/24
4404/17 4418/11
4420/25 4421/3 4421/9

4421/15 4422/11
4422/11 4422/16
4423/24 4424/5 4424/9
4424/10 4425/3
4427/25 4430/7 4432/8
4432/19 4433/17
4435/14 4436/10
4447/16 4447/16
4448/7 4448/9 4448/14
4449/13 4456/11
**January 5th [1]**
4447/16
**January 6 [1]** 4386/15
4305/16 4318/17
4319/2 4320/10
4335/15 4336/17
4339/11 4340/9 4341/6
4341/11 4344/9
4344/13 4348/23
4348/25 4349/1
4349/19 4349/24
4350/13 4350/17
4350/22 4355/4
4370/14 4372/9
4374/25 4382/6 4384/3
4385/9 4389/22 4395/9
4395/13 4395/25
4401/17 4404/17
4418/11 4420/25
4421/3 4421/9 4421/15
4422/11 4422/16
4423/24 4424/5 4424/9
4424/10 4425/3
4427/25 4430/7 4432/8
4432/19 4435/14
4436/10 4447/16
4448/7 4448/9 4448/14
4449/14 4456/11
**January 7th [7]**
4389/23 4394/20
4396/25 4397/23
4398/2 4398/14
4398/24
**January 8th [1]**
4397/18
**Jason [1]** 4449/21
**Jason Dolan [1]**
4449/21
**Jefferson [1]** 4298/11
**Jeffrey [2]** 4296/13
4301/13
**Jessica [2]** 4397/12
4399/20
**Jessica Watkins [1]**
4399/20
**Jessica Watkins' [1]**
4397/12
**John [3]** 4297/2 4297/2
4301/15
**John Machado [1]**
4301/15
**johnlmachado [1]**
4297/5
**join [3]** 4347/24
4348/15 4377/3
**Jose [1]** 4374/17
**Joseph [3]** 4298/10

**J**

**Joseph... [2]** 4405/3 4449/21
**Joseph Hackett [1]** 4449/21
**Jr [2]** 4298/2 4299/7
**JUDGE [2]** 4296/10 4438/12
**Juli [3]** 4298/6 4301/18 4380/11
**Juli Haller [1]** 4301/18
**JULIA [1]** 4298/6
**jump [7]** 4351/8 4351/22 4355/11 4364/21 4364/22 4366/15 4376/1
**jumped [1]** 4352/2
**jurors [2]** 4302/2 4305/5
**jury [77]** 4296/9 4303/7 4303/16 4303/17 4303/20 4304/11 4304/15 4305/4 4305/17 4305/20 4306/1 4309/11 4309/12 4309/25 4311/18 4311/19 4314/3 4314/4 4315/9 4317/14 4321/3 4321/7 4321/9 4321/12 4321/14 4322/24 4324/2 4324/20 4326/10 4326/12 4327/18 4328/12 4330/2 4330/17 4331/14 4332/3 4332/24 4334/19 4336/22 4337/10 4338/21 4340/11 4340/23 4341/14 4341/21 4342/7 4342/7 4342/12 4347/2 4348/1 4351/13 4355/18 4359/21 4361/7 4364/6 4365/6 4365/18 4371/6 4373/12 4377/25 4393/3 4405/13 4406/2 4406/11 4406/12 4406/13 4406/14 4420/9 4422/22 4425/19 4433/25 4434/16 4453/16 4454/5 4454/9 4457/18 4458/2
**jury's [3]** 4304/16 4336/1 4345/7
**just [147]** 4302/8 4305/16 4306/1 4306/4 4306/6 4306/14 4308/4 4311/5 4311/21 4311/23 4312/2 4313/15 4313/18 4313/24 4315/12 4315/14 4319/7 4320/4 4321/10 4321/13 4324/16 4324/19 4326/6 4326/6 4326/7 4326/18 4327/19

**K**

4335/19 4335/20 4335/25 4335/25 4337/2 4337/8 4339/24 4340/24 4341/8 4343/2 4345/7 4351/25 4352/19 4352/25 4354/4 4354/21 4354/22 4357/4 4357/13 4359/5 4360/20 4361/25 4363/12 4365/7 4366/9 4366/18 4370/6 4372/2 4378/9 4379/18 4380/12 4383/17 4383/18 4384/21 4385/7 4385/20 4386/17 4388/11 4392/2 4392/12 4393/5 4393/15 4393/19 4397/5 4398/17 4398/22 4399/24 4400/1 4400/24 4402/2 4402/13 4405/11 4405/19 4406/17 4407/8 4407/17 4408/6 4409/7 4409/25 4410/14 4412/17 4412/23 4414/4 4414/12 4416/8 4420/22 4422/23 4423/2 4423/4 4424/12 4425/12 4428/23 4429/4 4430/14 4430/25 4430/25 4431/9 4431/11 4431/24 4432/11 4433/5 4433/14 4434/18 4434/23 4435/2 4435/20 4435/25 4436/13 4436/14 4437/10 4437/18 4437/19 4438/10 4439/6 4439/17 4440/21 4441/5 4443/4 4444/20 4445/5 4445/6 4445/19 4446/2 4446/3 4446/12 4446/14 4448/21 4449/4 4454/12 4456/5 4457/5 4457/21 4457/23 4458/10 4458/12 4458/14 4458/20
**justice [1]** 4347/22

**K**

**K-u-y-l-e-n [1]** 4315/11
**Kailua [1]** 4299/9
**Kathryn [2]** 4296/13 4301/13
**kathryn.rakoczy [1]** 4296/18
**keep [6]** 4406/1 4408/6 4411/8 4430/21 4431/5 4431/21
**Keepers [11]** 4322/8 4322/14 4344/12

4421/18 4429/5 4437/10 4442/7 4446/18 4446/22
**keeping [1]** 4405/7
**Kelly [4]** 4393/23 4427/14 4427/23 4430/13
**Kelly Meggs [3]** 4393/23 4427/14 4430/13
**Kellye [2]** 4400/7 4456/24
**Kellye SoRelle [2]** 4400/7 4456/24
**Kenneth [2]** 4428/17 4432/5
**Kenneth Harrelson [2]** 4428/17 4432/5
**Kentucky [4]** 4402/18 4403/23 4403/25 4456/10
**key [1]** 4437/5
**khaki [6]** 4319/20 4321/18 4321/18 4322/6 4334/5 4335/7 4409/25
**kick [1]** 4307/20
**kicks [1]** 4307/19
**kind [9]** 4316/16 4318/11 4318/18 4319/21 4322/3 4342/5 4349/13 4427/17 4456/11
**kinds [4]** 4316/5 4318/22 4323/7 4336/15
**kitchen [1]** 4324/11
**knew [4]** 4308/8 4308/9 4360/11 4360/17
**know [64]** 4303/17 4304/5 4306/24 4311/6 4311/8 4319/10 4336/6 4338/22 4340/8 4342/6 4342/24 4343/1 4345/9 4345/13 4345/15 4345/16 4345/17 4350/20 4358/18 4360/3 4373/2 4373/23 4375/3 4376/23 4380/23 4381/16 4384/13 4387/18 4387/20 4387/20 4396/7 4397/19 4403/1 4403/2 4404/13 4405/13 4405/25 4406/7 4412/21 4427/22 4433/21 4433/21 4433/22 4433/25 4436/11 4437/21 4440/11 4440/14 4440/15 4441/12 4441/19 4447/19 4447/20 4450/19 4451/7 4451/21 4454/1 4454/10 4454/11 4454/19 4454/19

4457/23
**knowing [1]** 4341/5
**knowledge [4]** 4374/14 4383/24 4384/1 4409/3
**known [1]** 4339/1
**knows [1]** 4448/2
**Kuylen [30]** 4314/14 4314/18 4315/2 4315/10 4315/18 4319/9 4320/18 4321/9 4322/9 4325/1 4326/2 4327/14 4327/19 4328/12 4328/17 4328/22 4329/17 4329/24 4331/2 4331/9 4332/2 4333/14 4334/4 4334/18 4336/14 4336/20 4338/6 4343/15 4344/7 4346/6

**L**

**lack [1]** 4449/24
**ladies [3]** 4314/7 4343/7 4420/9
**lady [1]** 4361/18
**laid [1]** 4425/14
**laminated [1]** 4371/3
**Landon [2]** 4457/6 4457/10 4457/14
**large [3]** 4304/21 4315/13 4458/15
**largely [1]** 4304/16
**last [15]** 4305/20 4315/10 4347/4 4366/18 4376/17 4377/5 4394/1 4394/14 4394/16 4396/7 4399/16 4406/6 4442/18 4442/23 4450/13
**late [2]** 4403/9 4424/4
**later [13]** 4311/15 4313/14 4337/23 4339/22 4340/16 4340/17 4341/1 4347/24 4353/24 4406/3 4433/12 4443/10 4444/16
**latter [1]** 4426/9
**laundry [1]** 4311/21
**Laura [8]** 4297/9 4301/10 4301/17 4317/6 4334/2 4334/9 4334/22 4334/25
**Laura Steele [3]** 4334/2 4334/9 4334/25
**law [8]** 4297/2 4297/10 4298/2 4298/6 4298/15 4299/3 4299/7 4348/4
**lawn [2]** 4299/3 4369/8
**lawyer [2]** 4445/7 4445/12
**laying [1]** 4337/2
**Lazo [1]** 4361/19
**leader [2]** 4317/10 4427/21
**leadership [2]** 4400/22

4427/17
**leaf [1]** 4324/25
**learn [5]** 4348/8 4353/22 4353/24 4417/17 4423/19
**learned [1]** 4417/10
**least [12]** 4302/10 4310/22 4313/17 4334/11 4340/20 4351/1 4353/5 4364/10 4401/16 4403/10 4404/18 4442/4
**leave [4]** 4318/7 4403/16 4410/12 4410/25
**leaving [1]** 4403/4
**Lee [1]** 4299/7
**left [24]** 4321/17 4321/19 4322/18 4322/19 4328/6 4332/6 4333/6 4343/24 4344/4 4359/6 4362/5 4365/21 4382/11 4392/7 4395/20 4396/1 4411/20 4411/23 4414/14 4414/19 4415/15 4415/16 4435/18 4436/4
**left-hand [1]** 4321/17 4328/6
**legal [3]** 4392/25 4406/18 4418/24
**legally [1]** 4418/20
**legislatures [1]** 4448/5
**legs [2]** 4431/12 4431/18
**Leigh [1]** 4296/13
**length [2]** 4331/19 4451/25
**less [1]** 4433/20
**let [22]** 4306/8 4306/24 4308/25 4310/23 4319/10 4353/20 4354/3 4357/6 4357/10 4381/7 4393/15 4398/20 4405/11 4405/13 4406/6 4416/14 4417/23 4445/21 4449/23 4451/1 4451/6 4455/21
**let's [24]** 4322/22 4336/8 4349/22 4388/7 4388/8 4392/19 4392/23 4392/25 4398/8 4406/11 4406/12 4408/15 4409/10 4410/14 4411/8 4414/12 4419/10 4422/13 4422/15 4422/23 4424/4 4430/21 4434/12 4441/19
**letter [1]** 4329/4
**level [1]** 4337/15
**liability [1]** 4441/18
**life [1]** 4449/8
**lift [2]** 4330/8 4333/23
**lifted [1]** 4455/3

4477

**L**

light [1] 4394/13
like [51] 4311/14
4316/1 4316/8 4318/3
4326/11 4327/15
4329/2 4333/8 4337/23
4338/25 4348/5
4349/11 4350/18
4350/22 4350/24
4352/17 4353/3 4353/7
4355/22 4360/22
4360/22 4364/8 4364/9
4364/9 4364/12
4366/13 4366/25
4366/25 4368/23
4369/10 4371/3
4376/25 4381/5
4384/13 4386/10
4386/13 4387/20
4387/22 4387/25
4395/11 4397/13
4403/24 4405/24
4433/21 4437/1 4445/4
4451/7 4452/18
4453/24 4458/1 4458/2
likely [1] 4401/14
limited [1] 4396/15
limiting [4] 4305/19
4306/16 4306/21
4458/20
line [6] 4342/21 4357/2
4363/4 4365/9 4413/24
4440/25
Line 1 [1] 4440/25
lined [1] 4358/16
lines [3] 4302/3
4394/19 4438/9
link [2] 4318/14
4397/25
links [4] 4343/1 4399/6
4399/7 4399/13
list [1] 4311/21
listening [1] 4393/21
literally [1] 4323/13
little [7] 4315/14
4331/17 4366/12
4392/19 4406/18
4421/10 4422/13
living [4] 4324/11
4329/18 4330/12
4402/18
LLP [1] 4297/6
load [1] 4350/14
loaded [2] 4350/5
4452/6
loading [1] 4450/3
located [4] 4323/18
4323/19 4324/4
4336/24
location [3] 4382/25
4384/3 4384/5
locker [1] 4351/2
log [3] 4318/5 4333/22
4433/11
logs [1] 4443/17
long [7] 4303/19
4312/21 4323/20
4348/17 4392/14

longer [2] 4302/4
4331/17
look [28] 4303/21
4306/25 4309/10
4310/18 4313/1
4313/22 4318/18
4319/10 4328/18
4329/2 4329/6 4330/9
4330/9 4333/7 4333/7
4334/6 4336/2 4337/24
4340/19 4341/25
4342/21 4399/12
4405/11 4405/20
4426/13 4441/5
4441/23 4442/24
looked [4] 4309/20
4391/19 4393/22
4445/3
looking [29] 4318/11
4318/23 4318/24
4319/4 4321/10
4321/14 4322/3 4322/5
4327/20 4328/12
4328/24 4336/15
4341/22 4361/8 4361/9
4361/25 4362/10
4378/11 4378/12
4378/12 4404/19
4405/6 4414/13
4424/25 4425/21
4429/4 4430/9 4436/8
4456/7
looks [3] 4326/11
4337/23 4453/24
lost [2] 4371/18
4414/20
lot [11] 4302/2 4324/15
4331/18 4350/17
4363/10 4366/12
4386/7 4407/9 4409/17
4410/7 4442/2
loud [3] 4347/1
4368/23 4420/8
louder [1] 4360/16
Louis [2] 4296/15
4301/14
Love [1] 4361/17
lunch [5] 4434/12
4442/24 4443/4 4444/7
4444/10
Lupo [1] 4393/23

**M**

ma'am [25] 4380/18
4380/21 4381/1 4381/4
4381/11 4382/7 4382/9
4382/12 4382/20
4383/5 4383/10
4383/15 4387/7 4387/9
4387/24 4388/15
4388/20 4388/25
4389/4 4389/8 4389/15
4389/21 4390/9
4390/17 4391/3
mace [2] 4360/22
4360/23
Machado [3] 4297/12

Machado's [1] 4449/4
made [10] 4302/16
4312/24 4313/3
4369/10 4411/13
4436/7 4439/7 4441/13
4441/14 4453/9
MAGA [1] 4438/11
main [2] 4324/10
4427/3
mainly [1] 4421/13
maintained [2]
4412/13 4426/3
maintaining [1]
4409/15
major [1] 4405/9
make [18] 4304/18
4308/4 4310/25
4311/23 4312/15
4313/18 4317/20
4335/23 4343/2 4345/7
4375/3 4375/15
4401/12 4403/10
4444/14 4444/15
4445/6 4458/3
makes [2] 4397/24
4449/7
making [6] 4309/15
4366/6 4366/8 4384/12
4395/9 4396/3
man [3] 4418/5 4425/6
4430/13
many [9] 4322/24
4335/21 4339/9
4340/21 4340/21
4366/23 4368/24
4434/7 4435/22
Manzo [2] 4296/15
4301/14
map [1] 4333/9
marching [1] 4440/25
marijuana [3] 4353/3
4368/20 4381/6
mark [4] 4318/1 4329/5
4358/9 4364/4
marked [6] 4318/1
4333/1 4333/19 4394/6
4457/15 4458/3
Martha [1] 4361/19
mask [6] 4349/15
4351/5 4351/7 4371/19
4379/21 4410/17
masks [2] 4353/8
4373/24
master [1] 4334/9
match [1] 4322/5
material [1] 4400/14
mates [1] 4373/18
math [1] 4399/11
matter [6] 4312/13
4330/19 4406/3
4422/13 4443/21
4460/4
matters [8] 4302/1
4406/9 4406/9 4417/21
4419/7 4420/17
4421/14 4422/5
mattress [1] 4330/9

4303/21 4313/7
4318/14 4318/16
4318/20 4325/19
4327/3 4327/4 4336/12
4376/15 4377/12
4377/13 4394/5 4396/6
4397/5 4401/5 4401/13
4402/4 4419/4 4420/22
4425/2 4443/4
maybe [21] 4307/11
4310/3 4310/22 4311/9
4319/21 4340/8 4340/9
4342/8 4350/18
4364/11 4364/15
4364/15 4366/13
4366/14 4366/25
4369/2 4369/3 4382/15
4436/10 4448/15
4455/22
McConnell [1] 4417/12
me [40] 4306/24
4308/13 4309/23
4310/23 4319/10
4342/10 4342/25
4352/4 4353/24
4354/13 4357/6
4364/13 4364/16
4369/25 4371/10
4373/20 4373/20
4378/2 4381/7 4381/7
4393/15 4393/19
4398/4 4398/5 4398/20
4400/1 4402/2 4402/11
4403/8 4405/11
4405/22 4409/3
4416/14 4417/10
4417/23 4445/20
4446/15 4447/15
4452/17 4453/2
mean [25] 4326/10
4326/19 4335/21
4336/2 4338/23 4339/3
4349/5 4350/6 4356/13
4366/20 4384/24
4386/14 4387/10
4401/16 4433/23
4434/1 4437/5 4439/22
4440/3 4440/7 4440/12
4446/16 4446/20
4446/20 4456/18
meaning [3] 4413/20
4437/14 4439/5
means [4] 4326/13
4403/14 4405/2
4438/15
meant [1] 4434/24
mechanical [1]
4299/16
meet [6] 4308/1
4382/21 4391/25
4414/9 4442/7 4457/8
meeting [2] 4308/9
4310/15
Meggs [30] 4298/2
4301/10 4301/19
4301/24 4302/16
4380/12 4393/23

4394/6 4397/1 4397/9
4427/14 4427/23
4428/10 4429/8
4430/13 4432/3
4433/16 4435/4
4437/18 4439/1
4441/21 4441/21
4442/9 4442/12
4443/10 4443/20
4447/8 4447/21 4448/1
4449/23
Meggs' [3] 4304/13
4432/8 4432/18
MEHTA [2] 4296/10
4301/4
melee [1] 4376/23
members [7] 4355/8
4358/6 4361/20
4363/19 4364/19
4423/8 4458/13
memory [2] 4310/4
4363/3
men [1] 4451/24
Mendoza [19] 4374/17
4377/23 4377/25
4378/11 4378/15
4378/21 4378/24
4379/7 4409/7 4410/25
4411/19 4412/7 4412/9
4412/13 4412/16
4412/25 4413/12
4414/3 4418/19
Mendoza's [2] 4375/23
4411/22
mental [1] 4313/9
mention [1] 4342/15
mentioned [3] 4332/5
4391/14 4405/20
Merit [1] 4299/11
message [22] 4393/16
4394/11 4399/16
4427/4 4427/7 4427/24
4428/2 4428/8 4429/3
4429/8 4433/10
4433/11 4434/6
4434/22 4434/25
4435/2 4437/14
4443/11 4447/13
4447/17 4457/10
4457/24
messaged [1] 4394/17
messages [34]
4313/25 4342/17
4394/6 4394/18
4394/24 4395/12
4395/15 4397/6 4398/5
4399/12 4399/15
4399/19 4400/12
4400/16 4400/17
4402/14 4402/22
4403/3 4424/8 4432/7
4432/18 4434/5
4435/23 4436/4 4436/7
4439/7 4447/15 4448/3
4449/6 4456/2 4456/23
4457/6 4457/12
4458/14
messaging [4] 4400/21

**M**

**messaging... [3]**
4441/4 4443/11
4443/17
**met [1]** 4303/1
**metadata [1]** 4423/17
**method [1]** 4358/17
**metropolitan [7]**
4346/11 4347/9
4347/15 4348/18
4384/9 4449/17
4449/19
**mic [1]** 4315/14
**Michael [4]** 4299/2
4301/11 4397/8
4451/14
**Michael Greene [1]**
4397/8
**middle [3]** 4351/20
4381/14 4414/10
**might [8]** 4330/20
4334/1 4405/22
4423/16 4433/25
4445/25 4455/17
4456/10
**Mike [1]** 4438/1
**miles [2]** 4453/3
4455/1
**military [3]** 4350/1
4355/22 4355/22
**million [3]** 4394/7
4394/9 4413/21
**mind [15]** 4305/17
4395/18 4396/14
4396/17 4399/23
4404/6 4405/4 4435/10
4436/14 4436/23
4437/17 4439/6
4447/25 4448/13
4448/19
**mind/intent [1]**
4437/17
**minds [1]** 4343/11
**minimized [1]** 4308/11
**minimum [4]** 4447/23
4448/11 4451/8
4451/11
**minor [1]** 4446/3
**Minuta [2]** 4305/14
4376/21
**minute [14]** 4355/11
4355/13 4356/2 4356/2
4356/17 4356/17
4358/25 4359/11
4374/21 4376/1 4378/6
4429/17 4431/1 4431/9
**minutes [24]** 4336/5
4360/5 4362/19
4363/23 4364/1
4364/16 4364/23
4365/11 4366/3
4366/15 4366/19
4367/7 4367/11
4378/18 4379/2
4382/15 4386/10
4392/16 4405/13
4419/9 4419/10
4422/20 4423/2 4444/9

**miscellaneous [1]**
4331/18
**misleading [1]** 4303/7
4303/15
**mission [1]** 4390/22
**mistaken [1]** 4324/15
**mixed [1]** 4402/1
**MJOAs [1]** 4444/10
**mob [1]** 4437/10
**Mobile [4]** 4433/11
4443/11 4443/17
4444/1
**Moerschel [4]** 4449/22
4450/7 4451/12
4451/19
**mom [2]** 4370/24
4371/1
**moment [19]** 4308/4
4341/24 4354/4
4361/22 4362/25
4366/7 4366/9 4374/24
4375/2 4375/14
4375/15 4375/21
4376/10 4378/25
4379/7 4380/13
4411/19 4418/12
4430/14
**momentarily [1]**
4392/12
**moments [2]** 4307/13
4437/20
**moniker [1]** 4427/10
**monikers [3]** 4305/6
4305/10 4306/2
**montages [1]** 4311/16
**month [1]** 4340/17
**months [1]** 4316/10
**monument [1]** 4388/6
**more [22]** 4335/10
4335/20 4335/24
4357/7 4357/8 4360/16
4388/24 4389/14
4391/5 4401/13
4404/14 4409/10
4411/25 4414/12
4436/8 4438/7 4438/8
4438/19 4455/22
4455/23 4456/12
4456/16
**morning [23]** 4296/7
4301/5 4302/4 4302/10
4315/6 4324/1 4345/4
4345/5 4346/21
4346/22 4379/16
4379/17 4391/9
4391/10 4392/23
4394/19 4394/20
4396/24 4406/5 4407/4
4407/5 4420/6 4420/7
**most [11]** 4306/2
4311/17 4316/8
4316/14 4336/6
4337/20 4364/8 4369/4
4373/24 4409/14
4413/24
**mostly [2]** 4316/2
4323/2
**motive [3]** 4404/7

**mountain [1]** 4404/1
**mountains [2]** 4402/18
4403/25
**move [17]** 4311/15
4312/4 4320/12
4325/15 4327/6 4336/5
4354/10 4360/2
4370/16 4371/22
4372/15 4375/9
4375/10 4376/13
4377/15 4388/7
4431/11
**moved [1]** 4431/2
**moving [3]** 4332/2
4358/14 4431/18
**MPD [5]** 4312/3
4348/11 4348/15
4348/21 4348/25
**Mr. [112]** 4301/24
4302/12 4302/14
4302/16 4303/11
4303/18 4304/6
4304/13 4305/14
4307/8 4307/12
4307/14 4309/17
4310/24 4312/17
4314/12 4314/18
4338/18 4342/17
4342/17 4342/23
4342/24 4342/25
4344/17 4391/20
4392/11 4392/14
4394/19 4395/15
4397/1 4399/8 4399/12
4399/13 4399/17
4399/20 4400/14
4400/16 4400/20
4401/8 4401/9 4401/9
4401/9 4401/10
4401/14 4401/17
4401/18 4401/22
4405/21 4406/21
4416/19 4416/23
4417/20 4418/5 4419/8
4426/1 4426/2 4426/6
4426/11 4426/13
4427/23 4427/23
4428/10 4429/4 4429/8
4430/2 4430/6 4431/11
4431/18 4433/24
4436/5 4438/12
4439/15 4440/24
4441/3 4444/11
4444/18 4444/20
4444/22 4445/17
4445/18 4445/24
4446/7 4447/8 4447/21
4448/1 4449/4 4449/23
4450/2 4450/2 4450/13
4450/14 4450/23
4450/24 4451/4
4451/12 4451/12
4451/13 4451/17
4451/19 4451/19
4452/4 4453/7 4453/21
4453/24 4453/25
4454/14 4455/2

**MISC [1]** 4456/7
**Mr. Adams [1]** 4445/17
**Mr. Bentley's [1]**
4457/22
**Mr. Berry [8]** 4302/14
4303/11 4304/6 4451/4
4452/4 4454/14 4455/2
4455/11
**Mr. Berry's [3]** 4302/12
4303/18 4309/17
**Mr. Brennwald [1]**
4310/24
**Mr. Brennwald's [1]**
4419/8
**Mr. Caldwell [2]**
4399/8 4399/13
**Mr. Cooper [3]**
4338/18 4344/17
4438/12
**Mr. Crowl [2]** 4399/12
4399/17
**Mr. Dolan [7]** 4450/2
4451/12 4451/13
4451/19 4453/7
4453/21 4453/24
**Mr. Dolan's [2]**
4451/17 4453/25
**Mr. Edwards [2]**
4314/12 4416/23
**Mr. Greene [5]** 4400/14
4400/20 4401/8 4401/9
4401/17
**Mr. Greene's [1]**
4444/18
**Mr. Hackett [3]**
4450/13 4450/23
4455/10
**Mr. Hackett's [2]**
4450/14 4450/24
**Mr. Harrelson [3]**
4430/2 4430/6 4431/11
**Mr. Harrelson's [1]**
4431/18
**Mr. Isaacs [1]** 4391/20
**Mr. Isaacs' [1]** 4312/17
**Mr. James [2]** 4307/12
4307/14
**Mr. Kelly [1]** 4427/23
**Mr. Kuylen [1]** 4314/18
**Mr. Landon Bentley's
[1]** 4457/6
**Mr. Machado's [1]**
4449/4
**Mr. Meggs [8]** 4301/24
4302/16 4397/1
4428/10 4429/8 4447/8
4447/21 4448/1
**Mr. Meggs' [1]** 4304/13
**Mr. Minuta [1]** 4305/14
**Mr. Moerschel [2]**
4451/12 4451/19
**Mr. Parker [3]** 4399/20
4444/11 4444/20
**Mr. Rhodes [8]**
4400/16 4401/9 4401/9
4401/10 4401/18
4401/22 4443/17 4457/6

**Mr. Rhodes' [1]** 4446/7
**Mr. Shipley [10]**
4307/8 4392/11
4392/14 4401/14
4406/21 4416/19
4417/20 4418/5
4439/15 4444/22
**Mr. Stone [4]** 4426/2
4426/6 4426/11
4426/13
**Mr. Stone's [3]** 4426/1
4427/23 4429/4
**Mr. Vallejo [1]** 4394/19
4436/5 4450/2
**Mr. Woodward [6]**
4395/15 4401/22
4405/21 4445/18
4445/24 4449/23
**Mr. Young [5]** 4342/17
4342/17 4342/23
4342/24 4342/25
**Mr. Zaremba's [1]**
4433/24
**Mrs. [1]** 4449/23
**Mrs. Meggs [1]**
4449/23
**Ms [4]** 4327/17 4419/6
4433/16 4443/10
**Ms. [119]** 4313/25
4317/6 4318/13
4318/15 4318/23
4319/6 4319/15
4319/19 4320/8 4321/2
4321/6 4321/17 4322/1
4322/4 4322/11
4322/18 4324/22
4325/10 4325/23
4326/7 4328/1 4328/11
4328/21 4329/14
4329/23 4330/11
4331/1 4331/6 4331/24
4332/17 4333/10
4334/12 4334/16
4335/15 4336/12
4336/17 4336/19
4338/3 4338/14
4339/11 4339/25
4340/1 4340/24 4341/4
4341/7 4341/24 4342/1
4342/16 4342/22
4342/24 4342/24
4344/3 4344/8 4354/20
4355/12 4356/1
4356/20 4358/2 4358/8
4358/24 4359/10
4360/5 4361/1 4362/7
4362/18 4363/11
4363/13 4363/25
4364/21 4364/25
4366/15 4370/5 4372/1
4373/5 4373/8 4374/1
4374/20 4375/12
4375/25 4376/3 4377/3
4378/5 4379/3 4379/19
4379/20 4386/19
4388/5 4393/19 4398/4
4399/4 4399/17 4401/8
4401/18 4402/19

**M**

Ms.... [25] 4403/21
4404/21 4417/16
4417/25 4422/17
4423/9 4423/11 4424/2
4435/4 4436/1 4437/18
4439/1 4441/7 4441/8
4441/21 4441/21
4442/9 4442/12
4443/20 4443/21
4444/24 4456/8 4457/7
4458/11 4458/14
Ms. Haller [7] 4313/25
4341/24 4386/19
4388/5 4393/19 4398/4
4443/21
Ms. Haller's [1] 4377/3
Ms. Laura Steele's [1]
4317/6
Ms. Meggs [8] 4435/4
4437/18 4439/1
4441/21 4441/21
4442/9 4442/12
4443/20
Ms. Parker [1] 4379/20
Ms. Parker's [2]
4423/9 4423/11
Ms. Rakoczy [3]
4399/4 4404/21 4436/1
Ms. Redden [1]
4444/24
Ms. Rouhi [53] 4319/6
4321/6 4322/1 4324/22
4325/10 4328/1
4328/11 4328/21
4329/14 4329/23
4330/11 4331/1 4331/6
4331/24 4332/17
4333/10 4334/16
4336/12 4336/19
4338/3 4354/20
4355/12 4356/1
4356/20 4358/2 4358/8
4358/24 4359/10
4360/5 4361/1 4362/7
4362/18 4363/11
4363/13 4363/25
4364/21 4364/25
4366/15 4370/5 4372/1
4373/5 4373/8 4374/1
4374/20 4375/12
4375/25 4376/3 4378/5
4379/3 4417/16
4417/25 4422/17
4424/2
Ms. Sandra Parker [1]
4379/19
Ms. SoRelle [3] 4401/8
4401/18 4457/7
Ms. Steele [23]
4318/15 4318/23
4319/19 4320/8 4321/2
4321/17 4322/11
4334/12 4335/15
4336/17 4338/14
4339/11 4339/25
4340/1 4340/24 4341/7
4342/1 4342/16

4342/24 4458/11
4458/14
Ms. Steele's [9]
4318/13 4319/15
4322/4 4322/18
4325/23 4326/7 4341/4
4344/3 4344/8
Ms. Watkins [4]
4399/17 4402/19
4403/21 4456/8
Ms. Watkins' [2]
4441/7 4441/8
much [6] 4316/20
4331/20 4346/6 4393/1
4434/14 4446/22
multiple [5] 4304/10
4304/25 4374/13
4385/8 4411/15
murder [2] 4450/19
4450/19
muscled [2] 4395/11
4437/1
music [1] 4368/23
must [1] 4337/11
my [48] 4308/22
4309/3 4310/4 4315/10
4316/9 4347/3 4347/20
4348/9 4348/19
4349/21 4351/5 4351/5
4351/7 4351/7 4351/10
4351/12 4351/23
4351/24 4361/9 4366/1
4369/24 4370/24
4371/18 4371/20
4374/8 4374/14 4375/5
4379/19 4381/10
4382/25 4383/5
4390/22 4391/20
4392/6 4393/15
4403/14 4409/3
4420/17 4421/25
4422/2 4445/18 4449/7
4455/14
myself [4] 4323/3
4323/11 4375/5
4378/16
myself-included [1]
4323/3

**N**

name [13] 4315/8
4315/10 4315/10
4345/10 4347/2 4347/3
4394/7 4420/10
4423/11 4426/24
4426/24 4446/19
4446/23
named [3] 4425/6
4425/22 4432/3
names [1] 4408/7
national [3] 4316/3
4316/13 4394/21
National Guard [1]
4394/21
nature [4] 4323/4
4339/8 4339/9 4394/25
near [1] 4324/17

necessarily [1]
4396/15 4442/1
necessary [2] 4318/5
4343/2
need [11] 4312/14
4341/23 4350/24
4350/25 4401/7 4403/8
4444/10 4454/6
4456/25 4457/19
4457/19
needed [3] 4341/5
4341/7 4446/6
needing [1] 4341/5
needless [1] 4303/8
needs [2] 4312/14
4457/7
Negative [2] 4368/2
4368/3
Nestler [2] 4296/13
4301/13
never [1] 4309/20
nevertheless [1]
4456/19
new [2] 4302/3
4327/22
Newcastle [1] 4317/7
news [4] 4370/25
4440/14 4440/17
4440/20
newspaper [2] 4371/2
4371/3
next [8] 4314/11
4328/1 4329/8 4346/8
4393/10 4409/7
4412/22 4436/8
nice [5] 4302/6 4314/8
4338/19 4339/1
4391/25
night [6] 4390/1 4390/2
4390/3 4390/25 4406/6
4440/11
nightstand [1] 4330/10
no [86] 4296/4 4301/8
4301/9 4304/14
4307/21 4307/22
4308/17 4308/17
4308/20 4311/25
4312/6 4312/7 4313/3
4313/5 4313/6 4320/15
4320/22 4322/12
4326/7 4339/14 4340/2
4340/3 4340/17
4341/16 4342/1 4342/3
4342/4 4342/9 4342/11
4344/10 4344/14
4344/15 4345/11
4345/18 4345/23
4346/1 4346/4 4350/12
4350/23 4353/14
4355/7 4359/20 4363/6
4368/4 4372/21
4379/11 4381/11
4382/23 4384/2
4388/20 4391/5 4402/2
4402/3 4403/8 4404/19
4407/7 4407/23
4416/21 4418/13
4418/18 4419/2

4435/5 4436/24 4438/4
4438/6 4439/6 4439/21
4440/16 4441/10
4443/22 4444/12
4445/13 4449/7
4449/18 4449/22
4450/3 4450/10 4451/2
4451/5 4455/9 4455/10
4455/16 4455/18
4458/8
No. [1] 4333/20
No. 1 [1] 4333/20
Nobody [1] 4406/6
Nodding [1] 4443/25
noisy [1] 4409/14
non [1] 4349/12
non-peaceful [1]
4349/12
none [2] 4376/22
4395/23
nook [1] 4326/4
normally [4] 4319/22
4321/23 4349/13
4351/19
Norman [3] 4314/14
4315/2 4315/10
Norman Kuylen [1]
4315/10
north [7] 4317/4
4317/7 4318/9 4324/5
4327/22 4387/25
4456/10
North Carolina [5]
4317/4 4317/7 4318/9
4324/5 4327/22
not [150] 4301/24
4302/14 4302/18
4303/1 4303/19
4303/21 4303/25
4303/25 4304/13
4304/14 4305/1
4305/21 4305/24
4306/8 4307/18
4307/23 4308/13
4310/2 4310/3 4310/5
4313/16 4321/2
4322/13 4322/15
4324/8 4324/15
4326/24 4335/6
4335/18 4336/4
4338/14 4338/16
4339/4 4339/6 4339/10
4339/23 4340/24
4341/8 4341/17 4342/6
4342/12 4342/25
4345/8 4351/3 4352/18
4353/14 4353/20
4354/3 4364/12 4366/7
4376/21 4381/16
4384/1 4384/2 4384/2
4384/2 4385/10
4385/25 4386/3
4387/12 4389/19
4390/24 4391/20
4392/9 4393/20
4394/23 4395/14
4396/15 4397/7 4397/9

4397/10 4397/16
4398/5 4400/4 4400/4
4400/24 4401/22
4402/17 4402/19
4402/20 4403/2 4403/6
4403/7 4403/10
4403/10 4403/12
4403/13 4403/15
4403/16 4404/16
4404/17 4404/18
4406/2 4406/9 4407/9
4409/7 4409/17
4409/20 4409/24
4411/3 4412/16
4412/21 4416/6 4418/7
4418/22 4426/4 4433/8
4433/9 4433/21
4435/12 4435/20
4437/8 4437/18 4438/2
4438/24 4439/13
4439/14 4440/3 4440/9
4441/22 4441/23
4442/1 4442/3 4442/7
4442/22 4443/14
4443/16 4443/24
4444/5 4445/13
4445/18 4445/24
4447/12 4447/20
4448/3 4448/4 4448/14
4448/14 4449/18
4450/12 4452/4
4452/12 4453/15
4454/16 4454/18
4455/12 4455/22
4456/24 4458/13
4458/16
note [4] 4385/7
4393/17 4396/19
4458/20
notes [18] 4302/13
4302/15 4302/18
4303/10 4303/11
4303/14 4303/21
4303/24 4304/8 4304/9
4304/11 4304/13
4304/15 4304/17
4304/19 4310/25
4311/1 4393/15
noteworthy [1] 4405/7
nothing [8] 4302/24
4307/13 4326/18
4340/1 4344/18 4418/6
4443/1 4457/23
notice [3] 4307/4
4313/11 4313/13
noticed [1] 4353/3
now [65] 4301/3
4301/4 4307/19 4311/8
4321/9 4321/17 4322/9
4325/9 4327/6 4329/17
4330/11 4331/1
4332/18 4333/10
4336/12 4336/19
4337/16 4337/24
4338/20 4339/10
4352/20 4354/1 4354/9
4356/1 4356/16
4357/23 4358/12

**N**

now... [38] 4359/18
4360/4 4360/8 4362/9
4362/22 4363/3
4363/18 4364/21
4365/14 4366/6 4367/7
4367/18 4368/9
4368/25 4371/11
4372/2 4372/4 4374/24
4375/20 4379/22
4385/14 4392/24
4407/24 4411/25
4413/5 4415/22
4422/14 4422/21
4423/2 4424/4 4425/12
4425/19 4426/23
4427/3 4428/19
4431/24 4434/12
4441/22

number [15] 4304/21
4315/13 4326/25
4333/2 4365/16
4365/22 4365/25
4366/1 4366/10
4366/10 4366/24
4385/19 4386/19
4397/6 4436/3

numbers [7] 4311/20
4311/21 4384/13
4384/22 4386/17
4388/18 4389/6

NW [7] 4296/16 4297/3
4297/11 4298/3 4298/7
4298/11 4299/13

**O**

Oak [1] 4299/3
oath [14] 4314/16
4322/8 4322/14
4344/12 4346/13
4402/18 4403/25
4419/15 4421/18
4429/5 4437/10 4442/7
4446/18 4446/22

Oath Keepers [11]
4322/8 4322/14
4344/12 4402/18
4403/25 4421/18
4429/5 4437/10 4442/7
4446/18 4446/22

object [9] 4335/3
4376/17 4395/22
4401/13 4401/14
4433/4 4434/4 4434/5
4447/18

objected [3] 4434/5
4449/22 4450/14

objecting [3] 4376/21
4393/20 4452/12

objection [29] 4308/7
4320/14 4320/15
4320/15 4320/22
4320/24 4325/17
4326/15 4327/5
4336/10 4338/8
4338/11 4343/8
4357/12 4372/21
4375/7 4383/20 4387/4

4418/24 4425/14
4429/12 4429/13
4431/14 4432/25
4447/6 4449/24 4456/3

objectionable [1]
4447/19

objections [7] 4311/7
4312/7 4354/14
4393/17 4406/1
4438/14 4449/7

objective [2] 4357/24
4368/9

objects [1] 4450/3

observed [1] 4451/22

obviously [7] 4304/17
4306/20 4331/17
4336/25 4384/7
4400/25 4413/5

OC [3] 4360/22
4363/21 4364/19

occasion [1] 4421/6

occupants [2] 4317/21
4344/2

occurred [3] 4363/3
4390/18 4436/15

off [9] 4309/3 4330/23
4364/14 4368/22
4369/25 4371/20
4373/9 4390/25
4432/24

offended [1] 4434/1

offense [1] 4450/21

offered [3] 4407/12
4409/24 4435/4

OFFICE [1] 4296/15
4297/2 4297/10
4298/15

officer [86] 4307/11
4346/11 4346/19
4347/8 4348/11
4349/10 4349/14
4349/20 4351/16
4352/4 4356/23 4358/5
4358/12 4359/4
4359/13 4360/8 4361/5
4361/8 4362/3 4362/6
4362/10 4362/22
4363/18 4364/3
4364/17 4365/2
4365/15 4366/6
4366/22 4367/14
4370/8 4370/22 4371/9
4372/4 4372/24
4373/11 4373/17
4374/4 4374/11
4374/16 4374/24
4375/23 4376/6 4377/6
4377/6 4377/15
4377/22 4377/24
4377/25 4378/3 4378/9
4378/11 4378/15
4378/21 4378/21
4378/24 4379/6 4379/7
4380/10 4383/19
4384/1 4385/9 4393/4
4406/12 4406/19
4407/4 4409/3 4409/7

4411/22 4412/7 4412/9
4412/13 4412/16
4412/25 4413/12
4414/3 4414/14
4414/19 4414/20
4417/5 4417/20 4418/4
4418/19 4419/3

Officer Jackson [34]
4307/11 4346/19
4347/8 4356/23 4358/5
4359/4 4359/13 4361/8
4362/3 4362/6 4362/10
4362/22 4363/18
4365/2 4365/15 4366/6
4366/22 4367/14
4370/22 4373/11
4374/24 4377/6
4377/15 4377/22
4378/9 4378/21 4384/1
4385/9 4393/4 4406/12
4407/4 4417/5 4418/4
4419/3

Officer Jackson's [1]
4406/19

Officer Mendoza [16]
4377/23 4378/11
4378/15 4378/21
4378/24 4379/7
4410/25 4411/19
4412/7 4412/9 4412/13
4412/16 4412/25
4413/12 4414/3
4418/19

Officer Mendoza's [2]
4375/23 4411/22

officer's [2] 4374/12
4414/20

officers [38] 4307/12
4312/4 4317/12 4323/6
4350/10 4356/8
4357/10 4357/17
4357/18 4360/9
4361/11 4362/11
4363/4 4363/20 4365/9
4365/21 4366/24
4367/15 4368/25
4369/2 4370/3 4374/10
4378/16 4383/14
4383/24 4384/5
4384/10 4384/21
4389/7 4389/14
4409/20 4409/21
4411/4 4411/14 4413/9
4413/12 4418/8 4441/9

offices [4] 4298/6
4299/7 4420/21 4422/3

Official [1] 4299/12

officials [1] 4354/6

Oh [5] 4306/11
4350/17 4351/23
4393/12 4433/13

Ohio [1] 4399/8

OK [5] 4342/18
4426/22 4427/8
4427/11 4428/11

OK FL Hangout [1]
4342/18

4427/11

okay [124] 4302/5
4306/13 4309/16
4310/17 4311/3 4311/4
4311/13 4311/23
4311/24 4312/10
4312/11 4314/1
4315/15 4326/16
4326/25 4341/12
4341/23 4344/17
4344/19 4345/12
4345/19 4345/21
4345/25 4346/5
4353/15 4354/15
4355/25 4356/10
4356/15 4368/8
4372/17 4373/25
4377/7 4377/9 4378/14
4379/24 4380/4
4380/14 4381/12
4381/17 4381/21
4382/10 4382/16
4383/2 4383/7 4383/11
4383/16 4387/2
4387/13 4388/3
4388/16 4389/5 4389/9
4389/16 4389/24
4390/10 4391/1
4391/23 4392/10
4392/18 4392/23
4393/10 4394/8 4395/1
4395/5 4398/7 4398/25
4399/1 4399/2 4399/3
4399/25 4401/15
4402/11 4402/12
4405/11 4405/12
4407/23 4408/7
4408/21 4408/24
4409/23 4410/3 4410/9
4411/8 4411/17 4412/3
4413/4 4414/18 4416/5
4416/22 4417/15
4419/10 4422/12
4423/10 4423/13
4424/1 4425/7 4426/16
4427/2 4427/9 4428/6
4428/12 4428/18
4430/20 4431/24
4433/13 4433/22
4435/1 4440/6 4442/23
4444/13 4444/17
4445/10 4446/25
4447/3 4448/23 4449/9
4453/18 4454/3
4456/15 4458/4 4458/9
4458/19 4458/22

old [1] 4348/4

omission [7] 4302/14
4303/13 4304/9 4310/5
4310/19 4310/22
4310/23

omit [1] 4303/2

OMW [1] 4403/14

once [6] 4354/3 4354/7
4359/25 4367/23
4368/11 4368/19

one [75] 4305/5

4306/25 4307/2
4307/20 4307/21
4309/3 4309/4 4310/21
4310/21 4311/14
4312/6 4312/7 4317/11
4323/17 4331/17
4332/20 4333/3 4333/5
4338/25 4338/25
4339/19 4340/17
4340/20 4341/2 4342/9
4342/14 4349/21
4350/13 4355/8
4358/16 4358/22
4360/10 4360/14
4360/23 4361/18
4363/14 4374/8 4377/5
4377/7 4380/13
4382/19 4389/15
4393/22 4394/10
4395/4 4400/4 4400/6
4400/6 4400/8 4401/18
4401/19 4402/6 4402/7
4402/20 4410/21
4412/12 4412/22
4413/19 4414/12
4415/7 4415/19
4428/21 4429/22
4433/22 4437/21
4445/19 4445/24
4446/3 4447/1 4449/22
4455/15 4455/16
4455/17 4456/22
4457/5

ones [1] 4360/1

ongoing [2] 4456/17
4458/13

only [20] 4303/21
4304/3 4310/16 4324/8
4342/6 4352/24 4357/7
4364/9 4386/9 4402/6
4435/4 4440/10
4441/13 4441/20
4442/9 4443/11
4455/11 4455/15
4456/22 4457/3

open [10] 4324/22
4327/2 4336/9 4343/6
4358/2 4375/25
4377/11 4387/3
4392/22 4434/11

opened [2] 4332/13
4352/17

opening [2] 4444/19
4444/24

operation [1] 4420/19

opponent [1] 4442/15

opportunity [5] 4307/1
4307/7 4316/11 4326/2
4453/10

oppose [1] 4433/15

opposed [2] 4311/20
4437/10

opposite [1] 4416/16

opted [1] 4307/23

order [1] 4319/5

ordered [1] 4369/7

ordering [1] 4352/18

orders [1] 4371/15

**organization [1]**
4305/9

**organize [1]** 4305/17
**orient [1]** 4373/12
**original [1]** 4371/18
**originally [3]** 4369/3
4369/10 4371/19
**Orlando [1]** 4298/17
**other [61]** 4303/24
4305/11 4309/22
4313/6 4318/15
4318/15 4319/3
4320/19 4331/3 4333/2
4335/18 4337/1
4337/22 4340/25
4342/3 4352/4 4358/5
4358/6 4361/25
4367/24 4369/19
4369/20 4375/20
4378/16 4382/4 4383/1
4383/23 4384/11
4389/1 4389/3 4389/3
4394/10 4397/7 4400/6
4404/14 4404/24
4409/3 4409/20
4410/21 4413/8
4413/12 4413/14
4413/17 4414/4
4415/15 4422/1 4422/2
4434/5 4438/14 4439/7
4439/7 4439/19 4440/1
4440/23 4444/25
4447/4 4455/11 4456/2
4456/22 4457/13
4458/13

**others [7]** 4305/7
4397/1 4397/9 4410/25
4435/8 4450/2 4450/23
**otherwise [3]** 4426/4
4445/21 4456/20
**ought [2]** 4313/17
4404/16
**our [30]** 4309/6 4312/6
4317/11 4323/6
4335/22 4338/1
4343/22 4351/17
4354/6 4359/17
4360/14 4369/25
4371/17 4376/22
4383/24 4383/25
4390/22 4392/23
4393/17 4394/14
4394/24 4396/8
4401/11 4420/10
4422/15 4432/25
4438/5 4440/22
4449/24 4458/6
**out [65]** 4303/19
4307/15 4310/14
4312/9 4317/12 4320/1
4321/20 4329/22
4332/2 4335/23
4343/11 4345/20
4347/19 4348/3
4350/21 4352/13
4360/1 4360/18
4368/13 4368/21
4369/21 4371/13
4371/22 4375/3 4379/1
4380/20 4381/2
4385/20 4387/11
4388/12 4388/13
4388/14 4389/10
4390/21 4391/15
4395/4 4400/9 4400/21
4401/23 4404/9
4404/12 4404/20
4406/12 4408/16
4409/1 4409/2 4409/5
4410/11 4413/10
4414/6 4418/8 4422/4
4433/12 4439/12
4441/20 4443/9 4447/6
4448/18 4450/24
4451/24 4452/15
4453/24 4455/4
**outlook.com [1]**
4298/9
**outnumbered [2]**
4384/14 4385/4
**outside [13]** 4324/9
4336/20 4352/9
4382/21 4383/23
4386/24 4387/8
4390/12 4390/13
4390/14 4390/16
4406/2 4434/18
**outskirts [1]** 4342/2
**outstanding [1]** 4302/9
**outweighed [1]** 4303/5
**outweighs [1]** 4433/18
**over [11]** 4321/22
4324/16 4341/17
4341/22 4392/17
4407/8 4414/20
4442/24 4443/4 4444/7
4445/19
**overrule [1]** 4326/15
**overruled [7]** 4320/24
4327/5 4336/10
4418/15 4425/14
4431/16 4456/15
**own [3]** 4309/6
4431/19 4440/1
**owned [1]** 4340/21

**P**

**P.A [2]** 4298/11
4298/16
**p.m [22]** 4350/3
4355/15 4357/24
4363/1 4372/25
4377/23 4384/10
4390/8 4390/11
4390/19 4392/2 4392/8
4395/3 4395/9 4396/2
4396/2 4397/23 4428/5
4447/15 4447/17
4459/3 4459/3
**pack [1]** 4333/25
**package [1]** 4333/23
**page [4]** 4306/9
4309/17 4399/16
4432/13
4303/19 4304/3
4304/11
**pair [5]** 4319/19
4319/25 4319/25
4321/19 4335/23
**pairs [6]** 4323/13
4323/15 4334/8
4334/20 4335/12
4335/21
**panel [2]** 4314/3
4406/13
**panned [1]** 4430/3
**pants [9]** 4319/20
4320/1 4321/18
4321/18 4321/20
4322/7 4334/5 4334/8
4335/7
**paragraphs [1]**
4320/25
**Park [1]** 4298/3
**PARKER [20]** 4296/6
4297/2 4297/6 4301/9
4301/9 4301/15
4301/16 4345/6
4345/13 4345/15
4345/24 4379/19
4379/20 4399/20
4405/21 4444/11
4444/20 4446/8 4446/8
4456/8
**Parker's [2]** 4423/9
4423/11
**Parkers [2]** 4399/21
4449/14
**Parkers' [3]** 4398/15
4399/17 4405/8
**parking [1]** 4328/6
**part [16]** 4306/21
4309/24 4312/6
4322/25 4339/10
4348/12 4386/6
4390/23 4409/15
4426/10 4426/23
4432/4 4437/6 4448/25
4451/20 4455/24
**partially [1]** 4316/23
**participated [1]**
4421/25
**particular [19]** 4305/11
4306/2 4307/24 4308/1
4322/19 4333/3
4336/15 4341/10
4349/9 4360/23
4399/14 4402/13
4404/15 4421/22
4422/7 4426/20 4438/8
4450/2 4452/15
**particularly [5]**
4322/14 4434/3 4436/4
4441/19 4455/2
**parties [4]** 4312/7
4354/11 4437/14
4445/2
**partner's [1]** 4374/8
**parts [1]** 4311/16
**party [3]** 4368/23
4381/5 4442/15
4303/19 4304/3
4304/11
**pass [1]** 4354/3
**passenger [2]** 4333/4
4333/5
**past [3]** 4353/20
4402/23 4404/20
**pat [1]** 4330/24
**pat-down [1]** 4330/24
4335/21
**patience [1]** 4406/17
**pause [16]** 4354/23
4356/20 4359/3
4359/10 4360/25
4363/25 4364/22
4365/14 4373/8 4376/1
4418/3 4428/21
4429/21 4429/23
4430/24 4431/8
**paused [3]** 4423/2
4430/25 4431/9
**pay [2]** 4352/18
4408/15
**pcooper [1]** 4297/13
**peaceful [4]** 4349/12
4349/12 4389/19
4389/19
**pecuniary [2]** 4441/15
4442/8
**penal [15]** 4308/14
4308/18 4395/17
4397/13 4402/21
4435/24 4436/22
4437/5 4437/16
4438/20 4439/23
4441/11 4441/24
4443/7 4443/14
**Pence [2]** 4433/21
4438/1
**Pennsylvania [2]**
4297/7 4298/7
**people [37]** 4306/1
4308/9 4315/13
4322/24 4323/12
4338/1 4342/5 4352/14
4353/7 4364/9 4368/21
4368/22 4368/24
4369/2 4369/11
4369/13 4381/19
4386/20 4388/14
4391/15 4400/19
4404/10 4409/14
4410/11 4413/10
4413/21 4413/23
4414/1 4414/9 4416/10
4430/6 4434/2 4437/20
4437/22 4441/2 4442/2
4454/25
**people's [1]** 4440/2
**perhaps [2]** 4313/18
4442/3
**period [4]** 4336/1
4376/20 4422/7
4422/10
**permit [3]** 4302/18
4306/18 4450/12
**permitted [1]** 4306/20
**person [15]** 4318/20
4323/18 4323/19
4358/9 4358/17
4410/10 4410/17
4410/17 4410/21
4410/21 4431/11
4438/21 4439/10
4441/12 4441/14
**person's [1]** 4453/5
**personal [4]** 4312/9
4351/5 4351/7 4375/5
**personally [1]** 4325/5
**personnel [2]** 4323/5
4323/10 4323/10
**persons [1]** 4318/15
**perspective [3]**
4328/14 4376/18
**persuasion [1]** 4434/1
**pertinent [8]** 4399/23
4400/20 4405/5 4434/7
4437/18 4437/23
4441/2 4445/25
**Peter [3]** 4297/9
4297/10 4301/17
**Peter Cooper [1]**
4301/17
**petercooperlaw.com**
**[1]** 4297/13
**phone [36]** 4392/12
4400/14 4401/10
4403/16 4415/14
4415/16 4415/20
4416/1 4423/9 4424/15
4424/25 4425/5
4425/22 4426/1 4426/3
4426/7 4426/14
4427/23 4429/4 4432/8
4433/1 4433/7 4433/8
4433/10 4443/12
4443/15 4443/17
4443/19 4443/23
4443/24 4444/5 4446/7
4457/7 4457/11
4457/14 4457/22
**phones [1]** 4368/24
**photo [12]** 4321/16
4322/6 4329/4 4334/24
4337/7 4337/20
4341/14 4370/11
4370/24 4371/1 4371/2
4380/16
**photograph [27]**
4327/21 4329/11
4329/19 4329/19
4331/9 4331/11 4333/9
4333/21 4334/19
4334/23 4335/9
4335/24 4337/9
4337/18 4342/6
4342/13 4361/12
4370/8 4370/23 4371/6
4371/11 4424/14
4424/18 4424/22
4425/1 4426/1 4426/7
**photographed [1]**
4331/21
**photographs [26]**
4317/23 4317/24
4318/4 4319/1 4319/4
4319/13 4319/14

**P**

photographs... [19] 4319/17 4320/5 4320/18 4320/19 4321/1 4322/4 4323/11 4325/12 4325/22 4326/6 4326/23 4327/15 4334/12 4335/14 4336/16 4338/24 4344/9 4451/8 4451/11

photos [8] 4325/5 4330/6 4333/17 4334/1 4341/19 4343/24 4343/24 4455/8

physical [4] 4305/2 4306/6 4363/5 4411/13

physically [5] 4305/15 4333/18 4371/16 4387/8 4390/12

picked [1] 4317/10

picture [1] 4426/21

piece [1] 4332/14

pile [1] 4337/10

Pine [1] 4298/16

pistol [4] 4451/2 4451/6 4455/11 4455/12

pit [21] 4324/18 4336/22 4336/22 4336/24 4337/2 4337/4 4337/10 4337/11 4337/17 4337/21 4337/25 4339/7 4339/13 4339/19 4339/21 4340/13 4340/24 4341/8 4341/10 4342/25 4343/17

pits [1] 4340/21

pixelated [1] 4312/8

placard [3] 4329/5 4329/9 4333/19

place [5] 4329/20 4382/24 4403/5 4404/2 4414/3

placed [4] 4314/16 4329/5 4346/13 4419/15

Plaintiff [1] 4296/4

plan [8] 4400/9 4401/23 4404/7 4404/12 4404/13 4447/6 4448/20 4457/11

planned [1] 4449/11

planner [1] 4399/9

planning [3] 4312/4 4318/16 4444/23

platform [2] 4387/15 4387/17

platforms [1] 4387/19

platoon [23] 4350/9 4354/2 4355/8 4358/6 4358/13 4360/9 4361/9 4361/20 4362/25 4363/19 4364/19 4366/10 4367/15

4369/5
4369/23 4371/21
4373/18 4374/19
4380/17 4382/24
4383/13 4390/22

platoons [3] 4349/9 4369/19 4389/3

plausible [1] 4439/2

play [29] 4307/10 4323/8 4354/21 4355/13 4356/1 4356/3 4356/16 4356/17 4358/8 4358/24 4359/8 4360/4 4362/18 4363/22 4365/2 4365/11 4366/3 4367/10 4373/5 4374/1 4374/20 4378/5 4378/18 4379/2 4422/23 4427/17 4429/18

played [34] 4347/19 4356/19 4358/10 4359/1 4359/9 4360/6 4362/20 4363/24 4365/12 4366/4 4367/12 4367/19 4373/7 4374/2 4374/22 4376/4 4378/7 4378/19 4379/4 4392/1 4407/19 4408/19 4410/4 4410/15 4411/9 4412/4 4415/4 4418/1 4421/22 4422/24 4429/19 4430/22 4431/6 4431/22

playing [5] 4368/23 4430/21 4431/5 4431/21 4431/25

plays [1] 4367/14

please [76] 4301/5 4313/1 4314/5 4314/15 4315/8 4315/9 4319/6 4324/22 4329/14 4330/11 4331/6 4332/17 4333/10 4334/3 4334/15 4336/12 4338/4 4344/21 4346/12 4347/1 4347/4 4354/21 4354/23 4355/11 4356/2 4357/14 4358/3 4358/9 4358/25 4359/8 4360/5 4361/2 4362/8 4362/19 4363/22 4365/11 4365/18 4366/3 4366/16 4367/10 4370/6 4372/1 4373/5 4374/1 4374/20 4375/10 4375/12 4375/25 4378/5 4378/18 4379/1 4379/2 4380/13 4393/5 4398/17 4405/18 4406/15 4417/16 4417/24 4418/3 4419/14 4420/8

4421/17 4422/16
4424/12 4424/13
4428/19 4429/18
4430/21 4430/24
4431/5 4431/8 4432/11
4434/19 4434/22
4435/2

PLLC [1] 4299/3

plus [5] 4315/24 4369/1 4402/18 4403/24 4406/3

PO [1] 4299/8

pocket [2] 4320/1 4321/20

pockets [2] 4330/24 4333/7

point [45] 4307/9 4310/24 4313/14 4326/17 4326/19 4326/21 4326/21 4333/16 4335/12 4335/19 4342/15 4343/3 4353/17 4353/22 4354/5 4357/6 4357/9 4357/16 4357/23 4360/17 4363/5 4363/6 4363/8 4367/25 4368/9 4371/24 4373/19 4374/13 4376/23 4378/10 4379/19 4382/22 4387/15 4390/22 4396/9 4404/22 4409/11 4411/2 4419/6 4425/8 4429/10 4432/21 4436/20 4439/12 4444/16

pointed [2] 4302/19 4430/15

points [2] 4340/20 4449/3

police [20] 4312/3 4346/11 4347/9 4347/12 4347/15 4347/24 4348/1 4348/18 4349/17 4350/15 4356/8 4384/10 4388/19 4389/1 4389/7 4389/14 4413/20 4413/24 4437/7 4441/9

poor [1] 4409/24

poorly [1] 4409/25

portion [4] 4304/3 4304/5 4312/5 4446/20

posed [1] 4409/6

position [5] 4394/14 4416/8 4416/12 4416/15 4441/13

positions [1] 4420/16

possession [1] 4343/22

Possibly [1] 4419/8

post [1] 4448/7

posted [3] 4385/17 4427/5 4427/7

potential [1] 4303/14

potentially [2] 4437/20
4455/23 4456/13

power [1] 4404/1

precedes [1] 4448/6

precipice [1] 4356/25

precipitated [1] 4412/14

predicate [2] 4308/17 4308/25

prejudice [4] 4303/6 4304/14 4342/12 4433/18

prejudicial [11] 4336/3 4338/17 4342/13 4376/24 4377/9 4433/20 4447/21 4454/9 4455/23 4456/12 4456/16

preliminary [1] 4301/25

preparation [3] 4325/2 4381/9 4404/7

prepare [1] 4307/25

prepared [2] 4312/12 4353/8

preparing [1] 4422/6

prerogative [2] 4339/12 4454/13

presence [1] 4302/1

present [7] 4301/14 4307/6 4309/11 4318/16 4403/18 4439/17 4439/20

presentation [1] 4303/8

presented [2] 4302/13 4303/23

President [1] 4404/25

President Biden [1] 4404/25

President's [1] 4433/17

presiding [1] 4301/4

presume [1] 4400/13

pretty [6] 4302/20 4316/20 4331/19 4392/2 4438/4 4444/11

Prettyman [1] 4299/13

previous [1] 4350/19

previously [3] 4321/16 4354/14 4421/13

primarily [1] 4302/15

principle [1] 4330/4

prior [8] 4302/23 4303/3 4304/3 4306/18 4354/10 4354/16 4364/23 4402/5

privy [1] 4395/24

proactive [1] 4421/13

probably [6] 4366/25 4369/1 4382/17 4392/16 4403/17 4437/4

probative [15] 4303/5 4325/23 4326/7 4326/10 4335/7 4336/1 4336/3 4338/16 4396/17 4433/17 4435/20 4436/5

potentially [cont.]

probe [1] 4386/12

probing [1] 4394/19

problem [2] 4340/4 4407/7

Procedure [1] 4313/2

proceed [2] 4317/23 4327/3 4377/12 4444/21

proceeding [4] 4313/8 4396/22 4396/23 4396/23

proceedings [3] 4296/9 4299/16 4460/22

proceeds [1] 4401/13

process [17] 4317/14 4318/8 4322/22 4323/14 4323/21 4330/2 4330/16 4331/3 4331/15 4332/8 4332/23 4333/16 4343/16 4344/6 4348/4 4350/7 4371/24

produce [2] 4309/6 4386/5

produced [1] 4299/16

proffer [1] 4443/9

proffers [1] 4421/25

program [5] 4347/24 4348/2 4348/3 4348/8 4348/15

progress [3] 4366/7 4366/8 4375/15

promoting [1] 4385/8

prompt [1] 4342/7

proof [2] 4302/23 4452/25

properly [2] 4303/12 4316/22

property [7] 4318/2 4318/6 4324/14 4328/9 4333/14 4334/9 4344/2

proposal [1] 4313/12

propose [2] 4307/2 4309/10

proposition [1] 4302/22

proprietary [1] 4441/15

prosecutorial [1] 4454/13

protesters [7] 4389/14 4409/17 4413/5 4413/8 4413/16 4414/6 4416/9

protests [2] 4349/12 4389/19

proud [2] 4397/24 4399/11

prove [1] 4318/19

proven [1] 4452/22

proximity [1] 4337/3

psychiatrist [1] 4312/18

psychiatrists [1] 4312/24

public [2] 4351/18 4385/14

**P**

**publish [9]** 4320/13
4327/18 4361/7
4370/17 4372/16
4376/13 4377/16
4422/22 4425/19
**pull [10]** 4319/6
4344/21 4354/20
4374/14 4380/14
4385/20 4393/15
4412/7 4417/16 4446/6
**pulled [2]** 4364/16
4411/23
**pulling [2]** 4412/10
4418/9
**pullover [4]** 4319/21
4321/23 4322/7
4322/15
**pun [1]** 4342/11
**purely [1]** 4338/17
**purpose [1]** 4304/15
**purposes [4]** 4303/22
4303/25 4304/9
4315/12
**pursuant [1]** 4361/2
**push [15]** 4354/7
4354/7 4354/8 4357/9
4360/3 4362/23 4363/2
4363/7 4363/9 4364/15
4369/7 4369/12
4371/12 4391/15
4413/9
**pushed [1]** 4413/24
**pushing [19]** 4358/20
4360/11 4363/6
4363/20 4364/11
4365/7 4367/5 4369/21
4371/16 4375/16
4397/12 4410/7 4413/6
4413/9 4413/13
4413/17 4414/24
4415/10 4416/10
**put [18]** 4307/23
4310/23 4333/24
4343/11 4343/21
4360/24 4393/25
4398/8 4398/9 4398/17
4398/22 4400/21
4403/5 4432/25 4447/9
4453/7 4453/11
4454/23
**puts [1]** 4441/8
**putting [1]** 4312/6

**Q**

**QRF [5]** 4342/19
4450/1 4453/14
4453/22 4454/12
**qualifies [1]** 4402/19
**Quantico [1]** 4316/9
**question [11]** 4309/18
4310/25 4357/14
4408/17 4409/6
4412/23 4435/3
4442/10 4445/16
4446/24 4454/22
**questioned [1]**
4309/19

**Questions [1]** [Mo]
4344/16 4345/23
4346/1 4356/24
4379/11 4380/13
4386/23 4391/5
4391/13 4419/2
**quick [2]** 4399/10
4405/21
**Quick Reaction Force
[1]** 4399/10
**quit [1]** 4363/6
**quite [7]** 4326/5
4335/25 4385/3
4402/25 4406/2
4441/22 4441/23
**quitting [1]** 4364/12

**R**

**rack [1]** 4330/23
**raise [9]** 4312/16
4314/15 4338/20
4346/12 4376/22
4394/5 4394/24
4405/25 4419/14
**raised [4]** 4303/25
4354/14 4456/4 4457/2
**raises [1]** 4312/23
**raising [2]** 4397/9
4397/10
**Rakoczy [6]** 4296/13
4301/13 4399/4
4404/21 4419/6 4436/1
**ran [2]** 4352/1 4368/7
**random [5]** 4325/19
4325/22 4326/6 4335/7
4335/7 4458/14
**rather [5]** 4303/3
4305/21 4438/10
4438/21 4439/16
**ratio [3]** 4366/23
4380/23 4384/18
**rattle [1]** 4403/6
**re [2]** 4394/5 4394/24
**re-raise [2]** 4394/5
4394/24
**reached [2]** 4411/22
4412/6
**reacted [2]** 4409/21
4409/25
**Reaction [1]** 4399/10
**reactions [1]** 4410/1
**reacts [1]** 4307/14
**read [5]** 4309/25
4317/17 4436/1
4439/10 4439/16
**reading [1]** 4311/21
**reads [1]** 4441/12
**ready [12]** 4313/23
4314/1 4314/10 4346/8
4350/21 4350/24
4360/15 4360/19
4361/10 4382/4 4382/5
4406/19
**real [4]** 4303/14 4304/2
4361/18 4405/21
**reality [1]** 4413/23
**realized [1]** 4386/9
**really [2]** 4438/20

**realm [1]** 4316/3
**Realtime [1]** 4299/12
**rear [3]** 4328/14 4333/5
4357/19
**reason [5]** 4398/13
4405/9 4434/7 4434/8
4445/24
**reasonable [6]**
4318/19 4437/15
4440/9 4441/12
4443/18 4454/25
**rebut [1]** 4312/24
**recall [22]** 4306/1
4323/1 4323/20
4323/22 4352/9
4365/22 4368/6
4369/22 4374/24
4376/10 4380/3 4380/4
4387/10 4391/22
4410/13 4413/2
4414/16 4417/5
4417/20 4423/22
4446/9 4455/7
**receipt [3]** 4318/6
4344/1 4344/4
**receive [3]** 4353/16
**received [13]** 4321/2
4321/5 4327/11 4354/1
4354/18 4370/19
4372/18 4377/19
4383/25 4402/6 4402/7
4425/16 4429/15
**recently [1]** 4315/20
**recess [4]** 4405/16
4405/17 4459/2 4459/3
**recognize [9]** 4384/20
4385/1 4397/6 4407/14
4423/4 4428/22 4430/4
4430/9 4430/15
**recognized [1]** 4436/5
**recollection [1]**
4455/14
**record [22]** 4306/4
4308/5 4322/16 4327/6
4329/9 4343/10 4347/5
4351/17 4357/4 4362/4
4365/20 4371/8
4373/17 4374/10
4394/17 4398/12
4430/25 4431/9
4431/24 4432/24
4433/1 4460/3
**recorded [1]** 4299/16
**recordings [1]** 4306/15
**recover [2]** 4344/8
4344/11
**recovered [8]** 4423/8
4433/11 4443/11
4450/24 4451/2 4452/1
4453/4 4455/22
**RECROSS [1]** 4300/4
**redacted [2]** 4433/5
4433/14
**Redden [4]** 4299/2
4299/3 4301/22
4424/24
**reddenlawtexas.com
[1]** 4299/6

**redirect [4]** 4300/3
4346/3 4416/23 4417/2
**refer [2]** 4310/2
4319/22 4334/24
**reference [6]** 4309/24
4310/25 4372/22
4403/22 4404/12
4404/25
**references [1]** 4399/17
**referencing [5]**
4310/22 4313/25
4399/20 4401/22
4458/12
**referred [2]** 4304/25
4331/12
**referring [5]** 4362/13
4404/11 4404/17
4437/9 4439/3
**reflect [2]** 4456/17
4458/15
**reflecting [1]** 4448/15
**reflects [3]** 4305/24
4307/3
**refresh [1]** 4310/3
**refusing [1]** 4371/15
**regard [4]** 4312/2
4312/3 4379/18 4446/8
**regarding [2]** 4313/9
4393/10
**Registered [1]** 4299/11
**regular [2]** 4349/17
4350/2
**relate [1]** 4429/3
**related [6]** 4339/5
4376/20 4404/13
4421/17 4448/4 4448/5
**relates [1]** 4448/3
**relating [2]** 4422/8
4424/10
**relation [1]** 4356/11
**relationship [1]**
4456/18
**released [1]** 4385/14
**relented [1]** 4367/25
**relevance [4]** 4325/19
4384/17 4386/11
4404/15
**relevant [18]** 4339/20
4341/9 4343/2 4386/9
4387/1 4394/15
4395/18 4396/8
4396/17 4399/13
4399/15 4400/13
4401/12 4401/16
4404/5 4404/6 4436/14
4450/21
**remain [1]** 4390/15
**remarks [1]** 4377/3
**remember [15]** 4304/5
4304/21 4352/1
4352/20 4364/8
4374/16 4379/23
4383/3 4387/25
4408/22 4412/23
4412/25 4414/14
4446/18 4446/23
**remind [2]** 4355/18

**remnants [1]** 4337/22
**removal [2]** 4312/9
4330/8
**remove [2]** 4358/1
4442/10
**removed [1]** 4332/11
**repeat [2]** 4366/18
4393/13
**rephrase [2]** 4357/13
4381/7
**replace [1]** 4433/19
**report [1]** 4349/23
**reported [1]** 4350/15
**reporter [6]** 4299/11
4299/11 4299/12
4299/12 4315/13
4420/10
**represent [4]** 4307/19
4345/6 4380/11
4391/24
**representations [1]**
4325/12
**request [4]** 4312/13
4433/5 4433/14
4458/21
**requested [1]** 4306/15
**require [1]** 4313/13
**requiring [1]** 4313/11
**resemble [1]** 4322/6
**reserve [1]** 4394/24
**reserved [2]** 4304/20
4306/7
**residence [17]** 4317/6
4317/21 4318/13
4319/15 4322/4 4324/2
4327/23 4328/4
4328/14 4343/24
4344/2 4344/5 4344/8
4344/11 4405/8
4450/24 4454/8
**resident [2]** 4317/2
4323/3
**residents [1]** 4348/6
**resolve [2]** 4302/8
4312/14
**resolved [1]** 4313/16
**respect [7]** 4306/14
4443/2 4450/16 4452/3
4452/24 4458/11
4458/13
**respectfully [5]**
4342/14 4433/5
4436/24 4437/12
4440/10
**respond [2]** 4349/2
4349/11 4421/6
**responded [3]** 4350/5
4352/6 4412/9
**response [9]** 4316/15
4316/17 4316/18
4316/19 4363/19
4389/18 4389/18
4412/14 4458/9
**responses [2]** 4398/1
**rest [3]** 4351/21
4373/18 4390/15
**resting [1]** 4444/9

**rests [1]** 4311/18
**resume [2]** 4392/25
4434/13
**retired [1]** 4315/20
**retreat [1]** 4368/5
**return [1]** 4443/12
**returns [1]** 4444/1
**reveal [1]** 4401/3
**review [4]** 4316/17
4325/1 4381/8 4426/6
**reviewed [24]** 4319/1
4319/12 4319/14
4320/6 4320/19
4334/13 4336/17
4354/25 4365/3 4372/4
4373/2 4375/20 4376/7
4379/25 4392/1
4393/17 4393/20
4422/4 4423/14 4424/7
4427/22 4428/7 4432/7
4457/12
**revisit [1]** 4308/5
**Rhodes [11]** 4400/16
4401/9 4401/9 4401/10
4401/18 4440/24
4441/3 4445/3 4457/6
4457/22 4457/25
**Rhodes' [1]** 4446/7
**Rich [1]** 4393/23
**Rich Lupo [1]** 4393/23
**Ridiculous [1]** 4352/11
**rifle [18]** 4450/10
4450/12 4450/22
4450/24 4451/3 4451/4
4451/6 4451/14
4453/25 4454/5 4455/1
4455/1 4455/3 4455/3
4455/4 4455/9 4455/12
4455/19
**rifles [2]** 4452/15
4455/6
**right [100]** 4302/5
4307/12 4307/16
4307/19 4309/1 4310/6
4310/10 4313/23
4314/5 4314/15 4320/1
4321/17 4321/20
4329/4 4329/10
4332/13 4333/6 4339/4
4340/19 4343/5 4345/9
4346/2 4346/8 4346/12
4346/19 4348/15
4351/15 4351/20
4355/20 4359/23
4361/17 4361/18
4362/4 4371/9 4373/17
4375/8 4377/17
4379/12 4379/22
4379/24 4382/1 4388/5
4391/4 4391/18 4392/5
4393/4 4394/24
4402/10 4403/1 4406/9
4406/15 4408/4 4408/4
4408/18 4409/12
4409/15 4409/20
4410/6 4410/12
4410/19 4411/6

4411/20 4412/1
4412/18 4413/10
4414/7 4414/10
4414/22 4415/5 4415/6
4415/7 4415/12
4415/19 4415/20
4415/23 4415/25
4416/3 4416/13
4416/20 4419/3
4419/14 4422/14
4424/2 4425/23 4428/2
4429/14 4434/10
4434/17 4436/21
4437/2 4442/16 4444/7
4448/21 4451/18
4452/8 4453/18
4454/20 4455/20
**right-hand [3]** 4320/1
4321/20 4329/4
**rightly [1]** 4439/9
**rights [1]** 4369/25
**riot [1]** 4371/15
**rioter [4]** 4349/8
4418/11 4418/17
4439/25
**rioter's [1]** 4440/1
**rioters [24]** 4354/4
4356/7 4357/2 4357/7
4357/9 4357/17
4358/13 4359/14
4362/23 4363/4
4363/20 4366/6
4366/10 4367/5 4368/5
4369/22 4370/2
4371/13 4371/22
4390/21 4410/8 4414/6
4417/12 4418/23
**riots [1]** 4349/12
**ripped [1]** 4371/20
**rise [6]** 4301/2 4301/3
4393/2 4405/15
4434/15 4459/1
**risks [1]** 4303/20
**RMR [2]** 4460/2 4460/8
**Road [2]** 4298/3
4327/22
**ROBERTSON [1]**
4297/6
**role [7]** 4308/11 4317/5
4348/25 4421/22
4421/25 4422/2
4427/17
**roles [2]** 4315/23
4323/7
**roll [1]** 4350/25
**room [14]** 4323/13
4323/19 4324/11
4324/12 4329/5 4329/5
4329/16 4329/21
4330/20 4333/1 4381/3
4440/12 4440/14
4440/19
**rooms [2]** 4318/1
4326/23
**Rossi [4]** 4298/10
4301/20 4377/2
4391/24

4368/12 4368/14
4368/17 4368/24
4369/1 4369/6 4369/8
4370/14 4371/12
4372/9 4375/16
4376/11 4381/3
4386/22 4387/11
4388/21 4388/22
4389/11 4391/14
4391/15 4392/2 4392/7
**roughly [1]** 4420/16
**Rouhi [54]** 4319/6
4321/16 4322/1 4324/22
4325/10 4327/17
4328/1 4328/11
4328/21 4329/14
4329/23 4330/11
4331/1 4331/6 4331/24
4332/17 4333/10
4334/16 4336/12
4336/19 4338/3
4354/20 4355/12
4356/1 4356/20 4358/2
4358/8 4358/24
4359/10 4360/5 4361/1
4362/7 4362/18
4363/11 4363/13
4363/25 4364/21
4364/25 4366/15
4370/5 4372/1 4373/5
4373/8 4374/1 4374/20
4375/12 4375/25
4376/3 4378/5 4379/3
4417/16 4417/25
4422/17 4424/2
**row [2]** 4357/7 4382/2
**rule [13]** 4302/22
4303/1 4312/12 4313/1
4313/2 4313/4 4313/11
4313/13 4313/19
4398/11 4405/12
4441/12 4449/5
**Rule 106 [1]** 4449/5
**Rule 12.2 [3]** 4313/1
4313/11 4313/13
**Rule 16 [1]** 4303/1
**ruled [5]** 4308/6
4393/14 4396/9 4439/9
4447/11
**rules [2]** 4307/2 4422/4
**ruling [6]** 4312/15
4394/14 4394/15
4442/13 4443/3
4450/17
**run [4]** 4308/25 4351/6
4351/7 4367/24
**running [1]** 4403/9
**rural [1]** 4324/5
**rush [2]** 4351/25
4354/5
**Ruth [1]** 4301/9

**S**

**SA [2]** 4315/2 4420/2
**safe [3]** 4317/21
4328/10 4399/19
**said [26]** 4304/7

4318/4 4321/16
4330/12 4349/4
4360/19 4360/19
4370/22 4379/7
4380/23 4381/5
4382/18 4389/2
4389/18 4400/23
4425/21 4437/7 4441/5
4441/10 4450/6 4452/8
4452/9 4455/11
**sake [2]** 4345/7
4433/24
**salary [1]** 4352/19
**same [21]** 4305/3
4305/19 4308/10
4320/22 4328/4
4328/14 4330/13
4348/14 4354/14
4363/23 4365/7 4367/8
4376/18 4410/24
4414/3 4416/15 4429/7
4446/2 4447/13
4448/24 4450/17
**Sandi [1]** 4446/8
**Sandi's [1]** 4404/2
**SANDRA [9]** 4296/6
4297/2 4301/9 4301/15
4345/24 4379/19
4405/20 4423/12
4456/8
**Sandra Parker [3]**
4301/15 4345/24
4456/8
**saw [14]** 4334/24
4350/15 4353/1 4353/9
4365/7 4383/12
4384/23 4392/2
4407/14 4413/19
4423/4 4439/18 4445/3
4455/3
**say [45]** 4304/25
4308/21 4309/24
4310/13 4311/1
4311/17 4323/16
4323/25 4329/9 4337/5
4350/14 4351/1 4353/5
4360/15 4378/25
4379/9 4380/19
4380/25 4381/13
4382/1 4383/8 4385/3
4389/13 4389/20
4390/7 4390/11 4394/4
4409/22 4411/2
4411/18 4413/1
4424/15 4428/10
4429/25 4435/12
4437/5 4437/24
4438/14 4441/2
4450/22 4451/10
4451/15 4453/21
4453/22 4453/23
**saying [10]** 4322/7
4352/16 4354/4
4408/25 4412/17
4413/20 4435/17
4437/22 4446/17
4446/22

**says [9]** 4302/24
4309/13 4386/14
4395/10 4395/23
4398/15 4440/24
4441/24 4445/9
**scene [7]** 4317/20
4317/24 4323/12
4352/9 4368/16
4371/12 4384/5
**scheduling [1]** 4444/8
**scheduling-wise [1]**
4444/8
**school [2]** 4347/16
4348/7
**schooling [1]** 4347/20
**schools [1]** 4316/12
**scope [1]** 4388/8
**screaming [1]** 4418/8
**screen [11]** 4321/17
4361/16 4362/2 4371/5
4407/13 4422/17
4424/14 4426/23
4427/4 4428/19
4428/23
**scrum [1]** 4364/3
**scrutinize [1]** 4303/24
**scuffle [1]** 4307/14
**SE [1]** 4297/7
**search [41]** 4316/21
4317/6 4317/11
4317/14 4317/17
4317/19 4318/2 4318/9
4318/12 4319/14
4320/5 4320/20
4322/10 4322/22
4322/25 4323/8 4323/9
4323/11 4323/13
4323/20 4324/19
4325/6 4325/7 4326/1
4326/3 4326/13
4326/22 4328/8 4329/2
4329/21 4329/24
4330/21 4330/24
4333/2 4333/16 4335/2
4338/1 4340/14
4343/16 4343/19
4450/25
**searched [18]** 4324/3
4326/4 4326/12
4326/24 4327/23
4328/3 4328/4 4328/10
4328/19 4329/7
4329/18 4330/12
4331/5 4331/22
4332/14 4332/21
4343/16 4453/25
**searchers [1]** 4323/12
**searching [5]** 4331/15
4332/9 4332/23
4333/17 4333/18
**seat [4]** 4333/4 4333/4
4393/9 4434/21
**seated [4]** 4301/5
4314/5 4405/18
4406/15
**second [15]** 4305/3
4330/14 4339/2
4355/23 4356/7 4358/9

**second...** [9] 4363/14
4378/1 4410/14
4428/21 4429/22
4434/22 4451/3
4452/10 4454/15
**secondary** [1] 4456/19
**seconds** [37] 4312/1
4354/21 4354/22
4356/2 4356/17
4356/18 4358/25
4359/3 4359/11
4362/19 4363/23
4364/1 4364/23
4365/11 4366/3
4366/16 4366/19
4367/7 4367/11 4373/6
4373/9 4374/1 4374/21
4376/2 4378/6 4378/18
4379/3 4407/17
4409/10 4418/3
4422/20 4422/23
4423/3 4423/24
4429/24 4431/1
4431/10
**section** [4] 4333/3
4368/12 4414/12
4420/19
**secure** [1] 4317/20
**security** [4] 4301/25
4302/3 4316/3 4316/13
**seditious** [1] 4448/2
**see** [53] 4321/9
4321/19 4326/10
4329/3 4329/7 4330/22
4332/13 4333/19
4334/25 4337/6
4339/23 4341/14
4341/18 4352/13
4353/10 4364/10
4365/15 4367/4
4373/11 4373/12
4379/19 4380/2
4386/11 4393/1 4398/5
4398/20 4402/15
4407/21 4408/2 4408/6
4408/8 4408/13
4411/11 4414/12
4415/6 4415/14
4415/19 4415/19
4418/9 4422/21
4424/14 4426/21
4426/24 4427/3 4428/1
4428/13 4430/3
4431/12 4434/13
4434/22 4436/24
4437/20 4451/16
**seeing** [1] 4376/10
**seek** [7] 4303/21
4394/2 4394/23 4425/9
4429/10 4432/22
4449/20
**seeking** [3] 4394/5
4457/3 4457/9
**seem** [2] 4439/24
4452/17
**seems** [8] 4319/20
4321/21 4321/22

4437/24 4438/10
4453/2
**seen** [15] 4306/10
4321/13 4336/7
4337/20 4338/19
4338/21 4361/5 4370/8
4370/22 4370/24
4370/25 4379/24
4400/18 4430/14
4450/1
**seize** [4] 4317/18
4319/5 4333/23 4334/6
**semi** [1] 4324/5
**Senate** [11] 4352/25
4358/14 4361/23
4380/20 4385/14
4387/15 4395/11
4417/6 4418/17
4436/25 4441/9
**Senators** [6] 4353/25
4357/20 4357/21
4362/12 4378/17
4417/11
**sending** [1] 4400/16
**sends** [1] 4397/24
**sense** [3] 4403/18
4436/3 4441/8
**sent** [19] 4313/24
4386/10 4393/10
4395/15 4402/2 4402/4
4402/5 4402/11 4424/8
4427/23 4428/4 4428/7
4429/8 4432/8 4432/17
4432/18 4433/10
4444/4 4457/10
**sentiment** [1] 4441/1
**separate** [1] 4309/6
**separated** [1] 4308/21
**sergeant** [2] 4360/14
4360/19
**series** [4] 4398/1
4447/14 4447/19
4457/12
**serious** [1] 4351/25
**serve** [1] 4317/10
**service** [3] 4315/21
4390/4 4391/11
**session** [4] 4296/7
4301/3 4448/10
4448/11
**set** [4] 4386/15
4386/15 4422/4 4448/3
**sets** [2] 4319/13
4323/16
**settled** [1] 4406/2
**setup** [2] 4384/14
4386/14
**seven** [7] 4323/2
4349/8 4350/11
4350/12 4352/4
4382/19 4382/19
**several** [6] 4316/11
4328/7 4330/22
4382/19 4391/13
4429/5
**sfbrennwald** [1]
4297/8

**she** [39] 4320/9
4321/21 4322/6
4334/25 4339/3 4339/6
4339/13 4339/15
4339/20 4340/8
4340/10 4340/12
4341/5 4341/7 4341/8
4341/10 4342/4 4342/7
4342/8 4344/12 4371/3
4379/21 4395/10
4395/23 4403/22
4434/9 4434/24 4437/5
4438/15 4438/25
4439/19 4440/16
4440/18 4441/10
4441/24 4442/4
4442/17 4443/22
4444/4
**she's** [16] 4339/4
4339/6 4341/1 4342/4
4342/10 4395/9
4397/14 4434/24
4435/5 4435/11
4435/12 4439/3 4440/3
4440/11 4440/12
4456/7
**shed** [3] 4332/12
4332/13 4337/5
**sheds** [6] 4324/16
4324/17 4332/5 4332/6
4332/11 4337/6
**sheet** [2] 4305/2
4305/25
**shield** [10] 4414/15
4414/15 4414/20
4415/1 4415/2 4415/7
4415/9 4415/16
4415/20 4416/6
**shift** [1] 4424/4
**shifted** [1] 4421/15
**Shipley** [13] 4299/7
4299/8 4301/22 4307/8
4392/11 4392/14
4401/14 4406/21
4416/19 4417/20
4418/5 4439/15
4444/22
**shirt** [6] 4319/21
4321/23 4322/7
4322/15 4322/19
4344/12
**shoe** [1] 4321/19
**shoes** [11] 4319/19
4322/7 4334/20
4334/21 4335/1 4335/8
4335/10 4335/13
4335/20 4335/21
4335/23
**shop** [1] 4324/7
**short** [2] 4312/21
4361/18
**shortly** [1] 4393/1
4434/13
**shot** [1] 4309/5
**shots** [1] 4309/4
**should** [8] 4304/25
4306/24 4307/4

4356/13 4429/22
4444/21
**shouldn't** [2] 4448/15
4451/10
**show** [17] 4319/1
4325/25 4326/1 4326/3
4327/15 4335/16
4339/12 4340/23
4341/4 4370/5 4372/1
4372/8 4383/17
4383/18 4385/5
4398/16 4405/22
**showed** [1] 4335/9
**showing** [10] 4321/7
4339/19 4339/20
4341/4 4341/6 4377/5
4396/16 4407/14
4412/22 4451/23
**shown** [3] 4319/4
4342/17 4343/9
**shows** [4] 4333/14
4372/9 4396/14
4399/21
**sic** [1] 4417/25
**side** [19] 4321/17
4328/6 4329/4 4352/12
4352/25 4358/17
4358/17 4369/13
4373/20 4383/5 4383/9
4387/15 4387/23
4388/2 4388/4 4401/11
4415/15 4416/20
4430/19
**sides** [3] 4369/14
4413/13 4413/17
**signal** [9] 4306/2
4354/6 4354/7 4400/12
4426/4 4426/7 4426/14
4426/17 4426/20
**signals** [1] 4410/11
**signs** [1] 4437/21
**similar** [8] 4319/13
4320/19 4330/4 4335/8
4435/22 4440/24
4447/12 4451/25
**similarly** [1] 4320/8
**simply** [2] 4400/4
4414/10
**since** [4] 4301/25
4421/9 4421/20 4446/9
**single** [4] 4305/2
4306/9 4324/6 4340/10
**single-family** [1]
4324/6
**sir** [74] 4315/7 4315/16
4315/20 4317/15
4320/11 4320/21
4327/25 4329/16
4330/15 4345/5
4345/11 4345/16
4346/22 4347/11
4347/25 4350/2 4352/8
4355/7 4355/10
4355/16 4355/24
4356/9 4357/3 4359/15
4362/24 4364/20
4368/4 4370/4 4371/23

4371/25 4372/14
4373/1 4373/4 4375/24
4376/8 4376/12
4379/16 4380/1 4387/6
4388/11 4391/10
4391/11 4391/17
4392/4 4392/10 4393/7
4393/8 4403/12 4404/4
4407/5 4407/16 4408/9
4409/16 4409/19
4412/2 4413/3 4413/7
4414/8 4414/17 4415/8
4415/11 4415/13
4415/24 4416/2
4416/11 4416/17
4417/7 4418/13
4418/18 4418/21
4419/4 4419/18 4420/6
4434/20
**site** [1] 4349/8
**sitting** [2] 4337/23
4393/21
**situation** [1] 4360/24
4386/18 4409/12
4418/6
**six** [2] 4435/18
4455/15
**size** [3] 4324/16 4337/9
4337/12
**sketch** [2] 4318/4
4323/12
**slide** [6] 4338/19
4400/1 4400/17 4403/4
4403/23 4404/12
**Slide 6** [1] 4404/12
**Slide 8** [1] 4403/23
**slides** [5] 4401/24
4405/9 4405/20
4448/18 4456/25
**slightly** [1] 4441/7
**slow** [1] 4402/4
**smell** [3] 4353/3
4368/19 4368/19
**smelled** [2] 4353/3
4381/6
**smidge** [1] 4420/22
**smooth** [1] 4350/20
**smoother** [1] 4312/10
**sneakers** [1] 4334/23
**so** [200]
**so I think** [6] 4304/2
4306/7 4309/9 4435/15
4435/17 4448/25
**so it's** [5] 4339/18
4350/11 4396/2
4402/24 4447/17
**So this** [1] 4371/8
**So this is** [3] 4335/16
4336/24 4396/1
**So this photo** [1]
4371/2
**so this sort** [1] 4405/1
**Solar** [1] 4404/1
**some** [65] 4303/20
4305/5 4311/7 4313/14
4319/20 4319/21
4320/4 4323/8 4326/25
4328/8 4333/13

**some... [54]** 4335/16
4336/2 4337/1 4337/16
4337/22 4337/22
4337/22 4337/24
4340/7 4341/4 4342/22
4349/4 4353/4 4353/17
4353/22 4356/16
4357/6 4357/9 4357/16
4358/13 4359/24
4363/19 4371/22
4372/12 4373/20
4373/20 4382/21
4383/13 4384/11
4384/20 4386/25
4393/10 4393/13
4396/3 4398/10 4399/7
4399/19 4401/7
4402/22 4404/14
4409/20 4416/12
4416/15 4417/23
4417/24 4421/7 4424/9
4425/1 4426/17 4436/7
4444/10 4445/4
4453/23 4456/10
**somebody [5]** 4364/16
4385/17 4400/1
4414/21 4453/2
**somebody's [1]**
4317/22
**somehow [1]** 4386/13
**someone [6]** 4425/1
4425/22 4432/3
4439/17 4441/17
4457/13
**something [25]** 4304/7
4307/14 4311/9
4311/19 4313/16
4313/17 4326/19
4335/9 4335/23 4343/9
4349/6 4358/21
4360/24 4382/1
4403/24 4405/8
4433/20 4444/4
4447/11 4448/7
4448/16 4451/22
4452/23 4453/24
4455/12
**Sometime [1]** 4387/11
**sometimes [2]** 4308/25
4337/8
**somewhat [1]** 4337/15
**somewhere [4]**
4356/13 4356/14
4371/18 4383/1
**SoRelle [6]** 4400/7
4400/12 4401/8
4401/18 4456/24
4457/7
**sorry [18]** 4306/11
4309/17 4311/5
4319/25 4321/12
4338/10 4340/17
4341/13 4341/20
4345/14 4366/17
4366/20 4373/9
4388/11 4442/11
4450/6 4456/5 4456/21

4319/20 4399/11
4405/1 4416/9 4437/13
4457/17
**sound [3]** 4407/22
4407/24 4426/9
**sounds [1]** 4431/3
**south [2]** 4404/2
4456/9
**space [7]** 4329/18
4330/20 4330/21
4331/5 4331/11
4331/21 4331/23
**spartans [3]** 4395/11
4397/13 4437/1
**speak [3]** 4315/14
4378/22 4402/23
**speaker [2]** 4435/21
4438/21
**speaking [7]** 4316/8
4323/9 4323/22 4324/5
4329/3 4433/16 4435/6
**speaks [3]** 4302/22
4431/14 4441/4
**special [30]** 4314/14
4315/18 4315/19
4315/21 4316/1 4319/9
4323/5 4345/4 4346/6
4394/2 4394/3 4419/13
4420/11 4420/13
4422/6 4424/4 4424/14
4425/21 4428/22
4429/25 4432/1 4432/3
4432/15 4438/24
4443/10 4449/12
4450/22 4451/15
4457/11 4457/20
**Special Agent [1]**
4394/3
**Special Agent Abrams
[1]** 4394/2
**Special Agent Byron
Cody [1]** 4419/13
**Special Agent Cody
[11]** 4420/13 4422/6
4425/21 4428/22
4432/1 4432/3 4432/15
4438/24 4449/12
4450/22 4457/11
**Special Agent Kuylen
[2]** 4315/18 4319/9
**specialized [1]**
4316/12
**specific [3]** 4310/4
4311/20 4317/25
**specifically [6]**
4318/22 4381/18
4397/10 4401/21
4421/17 4448/5
**speculate [3]** 4340/12
4342/7 4438/24
**speculation [3]**
4303/15 4342/9
4438/15
**speculative [2]**
4438/13 4438/23
**spell [3]** 4315/8 4347/4
4420/10

4439/13
**spend [2]** 4336/4
4407/9
**split [1]** 4350/11
**spoken [1]** 4312/7
**spray [7]** 4360/22
4363/21 4364/19
4367/16 4367/21
4367/23 4368/1
**spring [1]** 4404/1
**squad [3]** 4350/12
4382/25 4383/5
**squads [2]** 4350/12
4383/1
**St [1]** 4298/11
**staff [1]** 4350/25
**stand [6]** 4379/20
4391/20 4419/13
4453/8 4453/11 4454/5
**standard [1]** 4442/8
**standing [1]** 4406/2
**stands [3]** 4302/21
4405/15 4459/2
**stanley [3]** 4298/2
4298/5 4301/18
**Stanley Woodward [1]**
4301/18
**start [8]** 4321/6
4323/24 4327/17
4348/3 4356/25
4358/20 4360/11
4444/20
**started [11]** 4347/19
4350/18 4357/22
4359/24 4364/14
4368/5 4371/12
4371/19 4375/19
4392/20 4405/14
**starts [1]** 4440/25
**stash [1]** 4403/7
**state [19]** 4315/8
4317/3 4337/16 4347/1
4347/19 4395/17
4396/14 4396/17
4399/23 4404/6 4405/4
4427/15 4435/10
4436/14 4436/23
4437/17 4447/25
4448/13 4448/19
**statement [60]**
4302/15 4302/23
4303/3 4303/19
4304/13 4308/5
4308/18 4309/17
4309/20 4309/23
4310/1 4310/2 4310/9
4310/12 4310/15
4313/3 4313/6 4313/7
4395/8 4395/17
4397/12 4397/13
4397/14 4397/15
4402/21 4435/9
4435/24 4436/18
4436/22 4436/23
4437/3 4437/4 4437/9
4437/16 4437/17
4438/6 4438/19

4441/8 4441/8 4441/11
4441/13 4441/23
4442/1 4442/5 4442/8
4442/22 4443/1 4443/1
4443/5 4443/6 4443/13
4444/14 4446/13
4446/14 4447/7
4447/22 4447/24
4449/13
**statements [14]**
4304/3 4312/17
4312/23 4341/4
4384/12 4395/16
4396/4 4396/16
4396/25 4397/8 4401/3
4448/20 4456/17
4456/19
**states [9]** 4296/1
4296/3 4296/10 4301/8
4302/20 4312/20
4313/3 4396/10 4421/7
**station [1]** 4351/6
**stationed [1]** 4316/25
**statues [2]** 4353/4
4368/22
**stay [1]** 4359/18
**staying [2]** 4363/18
4390/25
**Steele [29]** 4297/9
4301/10 4301/17
4318/15 4318/23
4319/19 4320/8 4321/2
4321/17 4322/11
4334/2 4334/9 4334/12
4334/25 4335/15
4336/17 4338/14
4339/11 4339/25
4340/1 4340/24 4341/7
4342/1 4342/16
4342/22 4342/24
4342/24 4458/11
4458/14
**Steele's [11]** 4317/6
4318/13 4319/15
4322/4 4322/18
4325/23 4326/7
4334/22 4341/4 4344/3
4344/8
**stenography [1]**
4299/16
**step [4]** 4393/5 4419/4
4434/18 4434/18
**Stephen [2]** 4297/6
4301/16
**Stephen Brennwald
[1]** 4301/16
**stepped [1]** 4410/19
**stepping [2]** 4333/13
4336/20
**steps [4]** 4387/22
4387/23 4410/11
4436/9
**Steve [1]** 4433/24
**Steve Brennwald [1]**
4433/24
**Stewart [3]** 4400/7
4457/22 4457/25

Stewart Rhodes [2]
4457/22 4457/25
**sticking [2]** 4320/1
4321/20
**still [13]** 4303/4
4304/18 4320/22
4367/7 4373/24
4378/17 4388/19
4390/7 4390/21
4396/13 4396/23
4426/7 4447/5
**stipulate [1]** 4385/23
**stipulating [1]** 4386/3
**stipulation [4]** 4312/8
4345/20 4354/11
4386/1
**Stone [6]** 4425/6
4425/22 4426/2 4426/6
4426/11 4426/13
**Stone's [3]** 4426/1
4427/23 4429/4
**stop [10]** 4312/3
4358/13 4363/6
4416/14 4417/25
4437/7 4441/25 4442/3
4452/10 4452/10
**stopped [1]** 4353/16
**stopping [1]** 4399/19
**storage [6]** 4324/7
4324/17 4328/15
4332/6 4332/12 4337/6
**stories [1]** 4324/6
**stormed [1]** 4395/10
**strand [1]** 4457/16
**strategic [1]** 4453/8
**street [5]** 4296/16
4297/3 4297/11
4298/16 4352/14
**streets [1]** 4390/25
**stricken [1]** 4343/10
**strike [1]** 4390/6
**stronger [1]** 4434/8
**strongly [1]** 4434/4
**struck [1]** 4411/19
**struggle [1]** 4414/20
**study [1]** 4347/21
**stuff [1]** 4351/24
**sub [1]** 4334/21
**subject [6]** 4354/10
4354/10 4354/13
4354/15 4422/13
4447/5
**subjects [1]** 4422/1
**submit [5]** 4395/12
4395/21 4404/16
4443/4 4456/12
**submits [2]** 4339/12
4339/18
**submitted [1]** 4399/7
**substantially [1]**
4303/5
**succeed [1]** 4369/21
**succeeded [1]** 4360/3
**such [7]** 4302/25
4303/4 4318/1 4334/6
4334/6 4342/9 4433/18
**sufficient [1]** 4442/7
**suggest [1]** 4392/21

**suggested [2]** 4437/19
4454/16
**suggesting [4]** 4310/7
4409/24 4412/16
4438/3
**suggestion [1]** 4342/4
**suggests [1]** 4400/18
**Suite [5]** 4297/3
4297/11 4298/7
4298/12 4299/4
**sunglasses [1]** 4371/9
**superiors [1]** 4353/10
4353/13
**supervisor [1]** 4420/18
**support [4]** 4358/19
4360/2 4388/24 4389/1
**supported [1]** 4440/23
**supportive [1]** 4401/1
**suppose [2]** 4310/19
4403/17
**supposed [1]** 4303/17
**Supreme [1]** 4396/11
**Supreme Court [1]**
4396/11
**sure [27]** 4308/3
4311/23 4313/19
4317/20 4321/15
4335/6 4338/16 4345/7
4350/8 4387/12 4394/1
4395/10 4395/14
4400/11 4401/22
4402/17 4403/10
4435/12 4437/8 4440/9
4441/22 4441/23
4444/11 4445/6 4447/2
4452/20 4456/24
**surmise [1]** 4443/18
**surveillance [1]** 4450/1
**sustain [1]** 4375/8
**sustained [4]** 4343/8
4357/13 4387/4 4419/1
**swept [1]** 4437/20
**swinging [1]** 4368/22
**switch [1]** 4360/1
**SWORN [3]** 4315/2
4346/16 4420/2
**sympathetic [1]**
4396/8

**T**

**T-Mobile [4]** 4433/11
4443/11 4443/17
4444/1
**table [1]** 4381/10
**tables [1]** 4381/15
**tactic [1]** 4358/16
**tactics [2]** 4358/13
4359/21
**tail [1]** 4316/24
**take [24]** 4306/25
4313/1 4313/21
4317/18 4317/23
4319/9 4321/13
4330/23 4333/3 4333/5
4335/19 4337/24
4343/24 4349/4
4349/18 4363/13

**suggested [2]** 4405/11 4412/20
4424/2 4432/1 4434/12
4452/15
**taken [6]** 4325/1
4341/16 4404/9
4414/15 4424/18
4455/4
**takes [1]** 4428/11
**taking [4]** 4302/3
4343/23 4395/4 4401/5
**talk [8]** 4310/15
4313/14 4322/22
4349/22 4352/24
4384/21 4422/13
4457/21
**talked [7]** 4309/18
4309/21 4312/16
4328/16 4386/18
4386/19 4389/17
**talkie [1]** 4334/1
**talking [8]** 4309/22
4310/5 4322/17
4329/10 4384/11
4384/13 4397/1 4456/8
**talks [2]** 4302/22
4310/16
**tar [1]** 4360/20
**task [2]** 4317/11
4323/5
**taxing [1]** 4359/25
**teach [1]** 4348/4
**team [7]** 4316/15
4316/18 4317/10
4327/23 4383/25
4421/15 4423/8
**tear [3]** 4360/15
4360/20 4360/22
**tear gas [2]** 4360/15
4360/22
**technically [1]** 4447/12
**telephone [1]** 4432/19
**tell [7]** 4317/18
4338/18 4353/13
4356/16 4393/19
4408/7 4457/7
**telling [2]** 4352/17
4445/20
**tells [2]** 4305/20
4457/7
**temporary [1]** 4401/10
**ten [4]** 4366/25
4392/16 4392/24
4420/15
**tend [1]** 4335/11
**tendency [1]** 4441/16
**tenet [1]** 4438/22
**Tennessee [1]** 4457/8
**tensing [1]** 4361/9
**terms [7]** 4303/21
4304/14 4305/6 4436/8
4438/19 4439/23
4440/21
**terrorism [4]** 4420/17
4420/19 4421/2
4421/14
**testified [17]** 4302/16
4303/11 4308/11

4380/22 4381/23
4382/11 4383/12
4384/18 4385/10
4388/17 4451/20
4452/6 4454/14
4454/18 4455/2
**testifies [1]** 4442/17
**testify [10]** 4310/20
4311/7 4316/23
4384/23 4385/12
4422/6 4451/4 4452/4
4453/13 4454/7
**testifying [2]** 4417/5
4453/15
**testimonial [2]**
4442/22 4442/25
**testimony [21]**
4303/18 4304/12
4308/8 4310/8 4311/1
4312/13 4313/6
4313/12 4325/2
4340/10 4346/7 4393/6
4393/21 4406/20
4419/4 4433/12
4434/19 4450/3 4451/5
4455/10 4457/17
**Texas [4]** 4401/7
4401/8 4456/25 4457/8
**text [3]** 4447/10 4456/2
4457/7
**texts [4]** 4446/6 4456/7
4458/11 4458/17
**TFOs [1]** 4323/8
**than [18]** 4304/7
4323/17 4335/10
4335/20 4335/24
4337/7 4349/16
4375/18 4389/14
4434/8 4438/10
4439/19 4441/7
4455/11 4455/23
4456/12 4456/16
4457/13
**thank [84]** 4306/12
4309/1 4311/3 4312/11
4313/21 4314/13
4314/17 4314/19
4315/7 4315/16
4315/17 4321/4
4321/25 4322/21
4325/8 4326/16
4327/10 4329/13
4332/16 4336/11
4343/5 4343/13
4344/15 4344/18
4344/20 4345/22
4346/6 4346/14 4347/7
4354/17 4355/12
4359/8 4359/11
4361/16 4362/2
4362/17 4363/15
4364/25 4366/2 4367/2
4375/11 4376/3
4377/10 4377/18
4380/4 4387/2 4388/9
4390/4 4390/5 4391/4
4391/11 4391/12

4398/23 4403/13
4405/14 4405/19
4406/17 4406/22
4407/6 4416/18
4416/19 4417/18
4419/3 4419/5 4419/16
4419/18 4420/23
4424/2 4425/18
4429/23 4432/2
4433/13 4434/13
4434/20 4445/15
4447/3 4448/17
4455/25 4456/1 4458/5
4458/25
**thank you [65]**
4306/12 4309/1 4311/3
4312/11 4313/21
4314/17 4314/19
4315/16 4321/4
4321/25 4322/21
4325/8 4327/10
4329/13 4332/16
4336/11 4343/5
4343/13 4344/15
4344/18 4344/20
4345/22 4346/6
4346/14 4347/7
4354/17 4355/12
4359/8 4361/16 4362/2
4362/17 4363/15
4366/2 4367/2 4376/3
4377/18 4380/4 4387/2
4388/9 4390/4 4390/5
4391/4 4391/11
4398/23 4403/13
4405/14 4406/17
4406/22 4407/6
4416/18 4416/19
4419/3 4419/5 4419/16
4419/18 4420/23
4424/2 4425/18 4432/2
4433/13 4434/20
4445/15 4448/17
4455/25 4458/5
**Thank you very much
[1]** 4393/1
**that [616]**
**that'll [1]** 4321/3
**that's [65]** 4302/10
4308/20 4308/24
4310/18 4311/25
4319/24 4320/2
4328/24 4329/16
4331/12 4335/9 4341/2
4341/18 4345/13
4345/15 4349/7 4350/2
4350/2 4355/21
4361/19 4362/16
4371/10 4377/8 4378/4
4379/1 4387/25
4388/24 4394/6
4394/15 4394/17
4399/11 4399/14
4400/15 4400/21
4403/17 4403/21
4404/8 4405/5 4405/9
4412/6 4418/10 4419/1

4424/2 4436/21 4438/2
4438/4 4438/16 4440/8
4440/12 4441/1 4442/2
4444/23 4446/15
4450/15 4451/6 4451/7
4451/16 4452/13
4453/5 4453/8 4453/16
4454/9 4454/12
4456/18 4457/25
**their [21]** 4306/2
4309/12 4326/14
4373/24 4399/22
4399/23 4401/18
4401/19 4405/2 4405/4
4405/4 4405/5 4405/5
4431/19 4436/9 4438/1
4452/1 4455/6 4456/9
4456/9 4456/25
**them [63]** 4305/15
4305/23 4307/20
4308/25 4311/8 4318/1
4319/12 4326/25
4326/25 4335/24
4338/25 4339/17
4340/22 4351/16
4353/4 4354/7 4354/8
4354/8 4357/7 4357/8
4358/20 4360/3
4360/11 4360/17
4363/2 4363/7 4364/11
4365/8 4366/14
4366/23 4367/1
4368/14 4368/23
4369/7 4369/12
4369/12 4369/21
4373/24 4380/20
4380/24 4381/2 4381/5
4384/11 4386/10
4387/11 4393/17
4393/20 4395/11
4397/12 4398/8
4400/19 4401/12
4405/22 4413/24
4414/1 4414/7 4418/9
4436/6 4436/6 4450/5
4452/23 4453/11
4455/21
**themselves [2]**
4400/20 4457/24
**then [63]** 4307/14
4308/24 4308/25
4316/22 4317/23
4317/25 4318/3 4318/5
4319/22 4321/23
4323/18 4324/11
4324/13 4326/19
4329/6 4329/8 4329/21
4330/7 4331/22
4333/16 4333/23
4343/23 4344/1 4344/5
4351/7 4358/17
4368/12 4377/8 4381/2
4382/13 4382/18
4383/12 4384/6
4384/12 4384/21
4385/1 4389/6 4389/10
4390/10 4398/11
4398/20 4400/8 4401/9

then... [20] 4408/6
4408/12 4408/17
4412/9 4412/14
4414/15 4414/21
4415/9 4415/14 4437/7
4444/15 4444/18
4445/12 4445/21
4447/16 4447/25
4448/13 4449/14
4452/10 4455/5
then-existing [2]
4447/25 4448/13
theories [1] 4385/9
theory [4] 4340/5
4399/4 4435/8 4440/22
there [109] 4302/2
4302/12 4304/14
4306/23 4307/4
4307/13 4307/21
4307/22 4310/4 4310/7
4310/20 4312/13
4323/1 4324/17
4331/21 4332/12
4335/16 4335/17
4336/21 4337/21
4339/16 4340/2 4340/3
4340/10 4340/12
4341/3 4341/22
4342/15 4342/22
4344/3 4345/9 4350/10
4350/22 4350/23
4352/12 4353/11
4355/18 4356/3
4356/20 4357/7 4358/5
4358/7 4358/19
4360/18 4363/3
4363/6 4366/23
4369/3 4369/13
4372/22 4373/8 4373/9
4373/16 4380/23
4381/2 4381/22
4381/23 4382/1
4382/19 4383/4
4384/11 4384/24
4384/24 4384/25
4386/12 4387/14
4387/15 4394/1 4397/6
4398/14 4399/18
4399/19 4400/2
4402/22 4403/14
4408/25 4409/25
4410/6 4411/11 4413/5
4413/8 4414/1 4414/19
4414/19 4415/5
4415/19 4415/25
4416/14 4426/20
4426/25 4431/8
4436/25 4444/5
4450/22 4451/2
4451/11 4451/21
4452/8 4452/9 4454/1
4455/4 4455/5 4455/10
4455/14 4455/16
4455/18 4456/2 4457/5
4458/16
there's [49] 4304/2
4307/5 4307/13

4308/1 4308/17
4307/21 4307/22
4320/22 4329/3 4329/4
4329/7 4330/7 4331/18
4339/14 4339/25
4340/6 4341/25 4342/3
4342/4 4342/9 4357/8
4376/19 4380/24
4383/22 4386/25
4387/19 4387/19
4393/13 4393/16
4394/10 4394/11
4398/14 4401/6 4407/9
4408/12 4413/21
4429/5 4434/8 4437/15
4439/6 4440/16
4441/10 4442/20
4443/22 4445/13
4450/11 4451/5
4451/23 4456/25
thereafter [1] 4424/6
these [45] 4304/11
4319/13 4319/17
4320/4 4320/18
4320/19 4321/1
4321/10 4321/16
4322/4 4324/25 4325/5
4325/19 4325/22
4327/14 4332/5 4332/9
4332/11 4334/5 4334/8
4334/20 4358/1
4376/20 4379/25
4381/8 4381/14
4381/19 4383/13
4384/20 4395/23
4396/5 4400/12
4404/15 4424/8 4430/6
4432/17 4436/9
4437/22 4441/2
4447/20 4453/10
4454/8 4455/5 4456/13
4456/18
they [127] 4302/13
4303/12 4303/22
4303/23 4303/23
4304/16 4305/11
4309/19 4309/22
4310/13 4310/14
4319/16 4319/19
4321/2 4325/11
4325/23 4326/3 4326/4
4326/7 4326/9 4326/12
4326/23 4326/23
4327/9 4329/18
4334/11 4335/8 4335/9
4335/12 4335/14
4335/16 4335/18
4339/23 4340/25
4341/19 4349/8
4349/15 4351/18
4352/16 4352/17
4353/7 4353/9 4354/3
4354/4 4354/5 4357/11
4360/16 4361/20
4361/21 4363/6 4363/8
4363/21 4364/12
4364/12 4364/13
4366/8 4367/23

4371/15 4371/20
4373/21 4373/23
4375/15 4384/10
4385/3 4386/7 4386/15
4389/14 4390/23
4390/24 4395/14
4395/18 4395/20
4397/1 4397/2 4397/10
4399/23 4400/19
4401/2 4402/22
4404/16 4404/20
4405/7 4409/24
4409/24 4413/25
4414/24 4424/9 4425/2
4431/20 4435/16
4435/18 4435/19
4436/8 4437/21
4437/23 4437/25
4439/5 4439/18
4440/11 4445/7
4446/17 4446/18
4446/21 4446/22
4451/19 4452/5
4452/11 4452/13
4452/20 4452/20
4452/22 4452/25
4453/7 4453/10
4453/11 4453/12
4454/6 4454/7 4454/7
4454/16 4455/22
4458/2 4458/15
4458/21
They'll [1] 4354/15
they're [29] 4326/24
4351/17 4358/19
4371/15 4371/16
4371/16 4384/12
4384/12 4384/13
4384/14 4385/4 4386/3
4395/18 4397/8 4400/4
4402/1 4404/10
4404/17 4404/19
4414/7 4452/15 4454/5
4455/22 4455/22
4456/12 4456/13
4456/16 4458/14
4458/16
they've [4] 4341/21
4396/1 4453/8 4454/4
thing [9] 4308/10
4311/14 4312/6 4343/2
4353/2 4364/8 4386/4
4427/3 4454/6
things [13] 4305/11
4306/14 4309/22
4312/20 4341/8 4348/5
4354/4 4363/5 4386/7
4397/8 4400/17
4400/18 4440/24
think [96] 4302/20
4303/14 4304/2 4304/4
4305/4 4305/16
4305/25 4306/7 4307/3
4308/6 4308/16 4309/3
4309/9 4310/18
4312/13 4313/16
4326/5 4326/9 4335/10

4335/25 4336/3 4340/7
4341/14 4342/11
4377/8 4380/23
4381/23 4383/24
4386/25 4389/2
4389/18 4392/15
4393/13 4398/22
4401/5 4401/10
4401/12 4403/19
4407/23 4412/22
4412/24 4416/13
4419/7 4425/13
4433/16 4434/8
4434/24 4435/5
4435/15 4435/17
4435/22 4436/2
4436/17 4436/18
4436/21 4436/22
4436/24 4437/2 4437/4
4437/15 4437/21
4438/4 4438/6 4438/8
4438/19 4438/23
4439/2 4439/8 4441/22
4443/13 4444/7
4444/23 4445/6
4445/25 4446/1
4446/21 4447/12
4447/23 4448/19
4448/25 4449/4
4450/11 4450/25
4451/8 4451/19 4452/2
4452/3 4453/5 4454/14
4456/15 4456/22
4458/12 4458/17
4458/23
thinking [4] 4313/16
4375/2 4448/15
4448/16
thinks [2] 4444/21
4457/21
third [1] 4439/10
this [312]
Thomas [1] 4298/11
Thomasville [3] 4317/7
4324/4 4327/22
thorough [1] 4326/22
thoroughly [4] 4316/22
4317/17 4318/2
4330/21
thoroughness [2]
4326/1 4326/13
those [51] 4303/21
4303/24 4304/13
4304/15 4306/16
4315/24 4316/4 4319/4
4319/4 4319/10
4322/15 4322/17
4323/8 4323/10 4324/3
4332/13 4332/15
4333/5 4372/13
4376/21 4394/23
4395/12 4395/15
4395/21 4397/10
4401/8 4404/10
4412/12 4413/9 4414/9
4425/2 4430/15
4430/18 4430/19

4448/25 4449/25
4450/4 4451/24
4451/25 4452/1
4452/14 4452/18
4455/3 4456/11
4456/17 4457/9
4457/13 4457/20
though [6] 4307/24
4339/6 4351/22 4455/7
4457/13 4457/24
thought [5] 4311/17
4334/1 4393/24
4446/12 4454/15
thoughts [1] 4375/5
thousands [1] 4352/14
thread [2] 4342/19
4458/2
three [14] 4323/23
4324/3 4324/6 4324/10
4334/20 4335/12
4344/6 4350/19
4350/19 4364/15
4365/20 4383/1
4405/20 4457/5
three-hour [1] 4344/6
through [35] 4301/25
4316/8 4316/9 4319/11
4324/8 4324/25 4326/2
4326/6 4326/24 4327/8
4327/14 4331/13
4337/21 4343/16
4344/6 4348/4 4352/21
4353/8 4367/14 4390/1
4390/2 4390/3 4392/7
4394/2 4426/2 4426/14
4429/1 4431/2 4443/10
4447/5 4449/11
4449/13 4450/18
4450/18 4457/6
throughout [2] 4331/3
4337/1
thru [1] 4327/11
thus [2] 4302/25
4436/2
ties [2] 4401/18
4440/24
tighten [1] 4360/10
tighter [1] 4361/23
TikTok [3] 4385/15
4385/16 4386/6
till [1] 4389/23
time [76] 4303/8
4304/24 4304/24
4316/1 4316/6 4316/9
4317/19 4320/9
4320/12 4321/13
4322/9 4323/24 4325/1
4325/15 4333/4 4333/5
4336/1 4336/4 4337/24
4346/7 4346/10 4349/5
4349/23 4350/1 4350/2
4350/20 4350/23
4350/25 4353/14
4354/9 4355/14
4355/22 4355/22
4357/24 4358/20
4359/13 4360/8

**T**

time... [39] 4360/11
4360/17 4365/23
4370/16 4372/15
4372/22 4376/20
4381/8 4382/14 4384/3
4384/25 4387/12
4389/22 4390/4 4390/6
4407/9 4410/24 4417/6
4419/4 4422/7 4422/10
4423/22 4425/8 4428/4
4429/10 4432/21
4436/13 4436/15
4440/25 4442/18
4442/23 4444/5
4444/10 4444/16
4445/19 4446/2
4448/10 4454/15
4458/24
timeline [1] 4437/25
times [3] 4304/25
4340/22 4411/15
timestamp [2] 4355/18
4428/1
timing [1] 4311/6
titled [1] 4460/4
today [6] 4302/3
4307/11 4313/15
4381/10 4402/4 4407/6
together [2] 4308/25
4402/1
told [3] 4354/3 4368/11
4446/15
Tom [1] 4403/4
too [1] 4442/18
took [15] 4312/9
4323/11 4325/5
4325/12 4327/15
4331/17 4351/5
4412/14 4424/21
4424/23 4425/25
4428/14 4428/16
4436/4 4452/11
top [6] 4309/3 4329/7
4329/21 4333/6
4337/23 4426/23
totally [1] 4351/23
touched [1] 4411/15
tough [3] 4337/9
4364/7 4364/14
towards [4] 4391/15
4405/8 4411/3 4440/25
track [2] 4305/17
4408/6
trained [2] 4316/21
4358/21
training [7] 4316/6
4316/10 4316/10
4316/15 4316/17
4316/17 4452/5
trainings [1] 4316/14
traitor [2] 4433/21
4434/8
transcript [11] 4296/5
4299/16 4306/24
4307/2 4307/6 4307/23
4307/24 4308/1 4309/7
4309/11 4460/3

transcription [1]
4299/16
transcripts [5] 4306/15
4306/17 4306/19
4309/3 4309/14
transferring [1] 4452/9
transported [1]
4449/25
trapped [4] 4414/10
4416/12 4416/15
4416/16
trash [3] 4339/24
4340/22 4340/25
traveled [4] 4342/16
4403/21 4425/3
traveling [1] 4401/7
trial [15] 4296/9
4304/12 4305/3
4305/20 4340/1
4405/25 4422/7 4445/3
4450/13 4451/3 4451/5
4453/12 4454/10
4454/15 4454/23
trials [2] 4306/18
4443/5
tried [1] 4406/4
triggered [1] 4438/1
trouble [2] 4366/17
4382/5
Troy [2] 4296/14
4301/14
true [4] 4342/3 4409/17
4409/20 4441/14
truly [1] 4436/18
Trumpers [1] 4435/12
Trumpettes [1]
4435/11
truth [1] 4447/24
try [3] 4345/20 4363/6
4374/14
trying [11] 4304/4
4335/22 4386/13
4388/11 4398/18
4409/1 4409/2 4413/9
4413/21 4435/12
4438/9
turn [11] 4320/3
4322/1 4331/6 4331/24
4332/17 4333/10
4334/3 4336/12
4336/19 4338/3 4361/1
turned [2] 4403/22
4414/21
turning [1] 4422/15
twice [1] 4403/10
two [39] 4306/14
4307/1 4310/20
4311/11 4312/20
4319/17 4323/16
4324/10 4324/16
4332/5 4332/9 4334/5
4334/8 4338/1 4338/1
4340/20 4341/3
4350/18 4352/24
4360/16 4362/5 4377/5
4381/15 4403/10
4405/20 4406/3

4413/13 4413/15
4415/20 4432/13
4443/5 4449/3 4449/12
4451/24 4455/5 4456/7
4456/9
two points [1] 4340/20
two things [1] 4312/20
two-page [1] 4432/13
TX [1] 4299/4
type [3] 4399/12
types [1] 4420/16

**U**

U.S [4] 4296/15
4353/25 4362/12
4396/11
U.S. [7] 4318/17
4319/2 4334/2 4378/17
4417/11 4429/2
4430/19
U.S. Capitol [5]
4318/17 4319/2 4334/2
4429/2 4430/19
U.S. Senators [2]
4378/17 4417/11
Uh [7] 4348/13 4390/20
4408/14 4409/13
4410/18 4411/12
4414/5
Uh-huh [7] 4348/13
4390/20 4408/14
4409/13 4410/18
4411/12 4414/5
ultimately [4] 4305/22
4309/12 4321/2 4396/9
unavailable [3]
4308/19 4308/23
4397/14
under [18] 4307/1
4313/4 4313/11
4313/13 4314/16
4328/15 4330/9
4331/12 4331/15
4334/5 4343/20
4346/13 4419/15
4442/11 4447/23
4448/12 4449/1 4449/5
undergo [1] 4318/8
underlying [1] 4311/16
understand [10]
4308/5 4308/15
4326/18 4335/6
4384/17 4385/3
4394/15 4409/11
4439/21 4453/1
Understood [1]
4406/10
underwent [1] 4332/9
undisputed [2]
4440/12 4440/18
undue [1] 4303/7
unduly [3] 4336/3
4342/13 4377/9
unequivocally [1]
4303/2
unfair [1] 4303/6
unfairly [1] 4454/9

unfavorable [1]
4342/12
UNITED [8] 4296/1
4296/3 4296/10 4301/8
4302/20 4312/20
4396/10 4421/7
United States [4]
4302/20 4312/20
4396/10 4421/7
universe [1] 4438/11
unless [2] 4386/25
4398/5
unlikely [1] 4453/2
unloaded [1] 4454/11
unreasonable [1]
4452/18
until [5] 4360/3
4384/24 4396/24
4437/25 4458/7
up [61] 4315/14 4319/7
4340/21 4340/21
4344/21 4350/5
4350/11 4350/14
4350/24 4352/17
4354/20 4355/20
4357/18 4357/19
4358/16 4360/10
4361/9 4367/23
4369/15 4371/4
4375/17 4375/18
4376/24 4379/20
4380/14 4386/15
4388/18 4391/20
4393/15 4394/1
4395/13 4398/8 4398/9
4398/17 4398/23
4400/12 4407/13
4410/14 4411/2
4411/22 4413/20
4415/7 4422/17
4424/12 4428/19
4428/23 4432/11
4437/20 4437/25
4437/25 4438/18
4446/6 4446/16 4447/9
4451/21 4452/4
4452/23 4454/6 4454/9
4455/3 4458/21
upon [2] 4340/12
4443/13
upper [1] 4355/20
upstairs [1] 4324/11
us [47] 4309/6 4314/8
4317/18 4323/2 4323/4
4335/21 4349/15
4352/17 4353/8 4353/8
4353/21 4354/3 4354/4
4354/5 4358/17
4359/24 4363/7 4363/9
4363/9 4364/9 4364/11
4365/7 4366/13
4366/25 4369/3 4369/3
4369/13 4369/14
4369/14 4369/19
4369/20 4371/16
4371/16 4380/24
4394/7 4394/9 4403/5
4406/6 4406/7 4409/1

4410/7 4411/15
4413/21 4425/25
4434/2 4446/19
4446/23
usdoj.gov [1] 4296/18
use [14] 4304/9
4304/18 4305/6
4315/14 4326/23
4338/23 4339/9
4340/22 4340/24
4361/16 4371/5
4401/11 4438/13
4455/16
used [21] 4303/12
4303/25 4304/4 4304/5
4315/19 4339/17
4340/25 4341/8
4341/10 4351/17
4355/23 4358/13
4358/16 4395/20
4414/15 4414/21
4427/10 4434/7 4434/9
4439/1 4450/20
useful [2] 4305/4
4305/16
uses [1] 4439/14
using [7] 4339/7
4358/21 4358/22
4371/11 4401/10
4457/14 4457/22
usually [1] 4350/22
usurper [1] 4404/23

**V**

vacated [1] 4344/5
Vallejo [5] 4394/12
4394/19 4400/3 4436/5
4450/2
value [9] 4303/5
4325/23 4326/7
4326/10 4335/7 4336/1
4336/3 4338/16 4436/6
van [5] 4351/8 4352/1
4352/3 4352/13
4352/17
vans [3] 4350/5
4350/11 4350/14
vantage [1] 4378/10
variety [1] 4409/25
various [4] 4305/7
4305/18 4339/21
4399/6
vehemence [1]
4433/16
vehicle [3] 4332/24
4333/1 4351/6
vehicles [5] 4328/7
4328/8 4328/10
4332/20 4333/3
version [1] 4309/7
versions [1] 4307/17
versus [2] 4301/8
4302/20
very [20] 4307/20
4327/1 4337/14 4346/6
4352/19 4353/5
4359/25 4363/25
4364/14 4371/20

**very... [10]** 4371/20
4393/1 4413/19 4433/9
4434/1 4434/14
4438/13 4439/2
4440/24 4458/10
**vest [5]** 4319/21
4349/16 4358/18
4374/12 4374/18
**vests [4]** 4374/9
**Vetted [1]** 4426/22
**Vetted OK FL Hangout [1]** 4426/22
**via [1]** 4333/4
**Vice [1]** 4433/17
**Vice President's [1]**
4433/17
**video [88]** 4307/24
4308/1 4312/2 4312/8
4356/19 4356/21
4358/10 4359/1 4359/9
4360/6 4362/20
4363/24 4364/10
4365/3 4365/12 4366/4
4367/12 4367/19
4372/5 4372/10 4373/7
4373/12 4374/2 4374/5
4374/11 4374/22
4376/17 4378/1 4378/7
4378/19 4379/4
4383/23 4384/2
4384/15 4385/5 4385/8
4385/10 4385/15
4385/16 4385/17
4386/14 4386/24
4392/1 4397/25
4407/19 4408/19
4410/4 4410/15 4411/9
4412/4 4414/13 4415/4
4417/24 4418/1
4422/21 4422/24
4423/4 4423/7 4423/14
4423/23 4424/3 4427/4
4428/7 4428/10
4428/13 4428/14
4428/16 4428/20
4428/22 4429/3 4429/6
4429/7 4429/7 4429/8
4429/17 4429/18
4429/19 4429/24
4429/25 4430/22
4431/6 4431/14
4431/22 4431/25
4450/1 4451/16
4451/23 4455/4
**videos [8]** 4379/18
4379/24 4379/25
4380/2 4381/9 4391/19
4392/17 4407/8
**view [3]** 4305/9
4305/22 4441/7
**visual [1]** 4351/18
**voice [2]** 4347/1
4420/8
**volition [1]** 4431/19
**vote [3]** 4437/7
4441/25 4442/3
**vs [1]** 4296/5

**Waddell [1]** 4451/14
**wait [2]** 4311/8
4445/18
**waited [2]** 4354/6
4369/18
**waiting [1]** 4337/23
**waive [1]** 4302/1
**walked [1]** 4387/21
**walkie [1]** 4334/1
**walkie-talkie [1]**
4334/1
**wall [1]** 4329/13
**waltz [1]** 4452/16
**want [37]** 4302/8
4309/6 4313/15
4313/18 4323/25
4345/7 4352/24
4356/23 4392/16
4393/17 4398/19
4403/7 4406/11 4407/8
4407/10 4407/22
4409/4 4410/25
4412/23 4414/7 4415/2
4435/25 4436/1
4436/16 4438/12
4441/5 4441/6 4444/20
4445/6 4445/7 4445/17
4445/25 4446/7
4452/13 4454/7 4456/5
4458/20
**wanted [6]** 4311/23
4364/13 4390/23
4446/12 4446/15
4455/16
**wants [3]** 4311/8
4326/22 4442/6
**war [4]** 4394/11
4394/21 4447/8
4447/22
**warrant [16]** 4317/11
4317/17 4317/25
4318/7 4318/10
4318/21 4319/15
4320/5 4320/6 4320/20
4322/10 4334/6
4343/16 4343/20
4344/5 4450/25
**was [206]**
**Washington [15]**
4296/5 4296/17 4297/4
4297/7 4297/12 4298/3
4298/8 4298/12
4299/14 4342/2 4342/2
4342/23 4347/13
4388/6 4420/20
**wasn't [9]** 4337/14
4339/3 4340/9 4381/25
4384/6 4409/4 4439/17
4445/4 4452/8
**waste [1]** 4303/8
**wasting [2]** 4335/25
4336/4
**watch [3]** 4407/17
4409/10 4440/20
**watched [1]** 4378/1
**watching [3]** 4411/8
4440/14 4440/17

**Watkins [142]** 4395/1
4395/8 4396/3 4399/17
4399/20 4400/9
4401/23 4401/25
4402/19 4403/21
4404/3 4456/8
**Watkins' [3]** 4397/12
4441/7 4441/8
**way [19]** 4305/3
4308/11 4309/9
4310/23 4333/13
4342/12 4351/6 4353/8
4381/7 4382/22
4403/14 4410/11
4411/3 4425/1 4439/14
4439/22 4441/2 4442/3
4450/17
**ways [3]** 4416/12
4416/15 4434/8
**we [371]**
**we believe [1]** 4443/12
**We will [7]** 4394/13
4394/21 4394/23
4394/24 4403/4 4403/6
4434/13
**we'd [8]** 4311/14
4320/12 4325/15
4354/9 4370/16
4372/15 4376/13
4443/9
**we'll [12]** 4302/1
4313/14 4365/14
4375/9 4399/19 4403/8
4405/14 4407/12
4434/13 4443/9
4444/10 4444/10
**we're [32]** 4301/25
4309/2 4312/2 4312/4
4312/5 4319/4 4321/14
4325/25 4327/19
4334/6 4336/4 4340/23
4345/8 4366/17 4375/3
4376/21 4377/5
4384/21 4395/4 4397/9
4398/15 4402/24
4405/24 4407/17
4407/23 4424/25
4425/21 4429/23
4430/9 4446/7 4456/8
4457/8
**we've [16]** 4306/9
4336/7 4377/4 4392/19
4392/24 4399/7 4423/2
4428/23 4430/25
4431/9 4431/24
4435/22 4435/23
4440/23 4450/1 4457/1
**weapon [10]** 4342/1
4342/23 4450/19
4450/19 4450/20
4451/17 4452/7 4453/4
4453/13 4456/10
**weapons [17]** 4449/13
4451/21 4451/23
4451/25 4451/25
4452/4 4452/6 4452/9
4452/11 4452/13
4452/14 4452/18

**Watkins [142]** 4453/4 4453/4 4455/21
**wear [2]** 4349/13
4351/19
**wearing [11]** 4320/9
4321/18 4322/6
4322/11 4334/12
4335/1 4335/15
4344/13 4373/21
4373/22 4384/6
**websites [1]** 4385/8
**week [4]** 4394/1
4394/14 4394/16
4396/7
**weekend [2]** 4302/7
4314/9
**weeks [2]** 4316/10
4406/3
**weight [3]** 4364/8
4437/13 4454/16
**welcome [5]** 4302/6
4314/7 4314/18
4346/19 4419/17
**well [59]** 4304/4
4308/15 4313/18
4315/18 4318/19
4320/24 4323/7
4324/13 4325/11
4326/6 4326/9 4327/1
4332/15 4335/11
4336/2 4336/14 4337/1
4338/22 4338/24
4339/14 4341/18
4342/24 4352/23
4353/10 4355/5 4357/6
4372/7 4373/23
4375/14 4384/8
4384/18 4385/23
4386/5 4386/17 4390/6
4391/4 4394/10 4395/4
4396/4 4397/22
4399/21 4400/3
4410/25 4411/8
4412/21 4420/19
4420/20 4421/25
4424/21 4425/12
4433/6 4440/18
4445/20 4446/16
4447/15 4447/22
4450/11 4452/24
4453/6
**went [20]** 4309/14
4312/10 4316/8
4331/21 4352/21
4382/25 4383/1 4383/3
4383/5 4387/14
4387/16 4391/14
4416/13 4436/25
4437/6 4438/7 4438/25
4441/24 4442/2 4442/5
**were [139]** 4302/13
4303/12 4303/22
4303/23 4303/24
4303/25 4304/16
4305/11 4305/12
4305/13 4309/22
4310/20 4316/24
4316/25 4318/12

4322/3 4322/5 4322/9
4322/13 4322/15
4322/25 4323/5 4328/9
4332/6 4334/8 4334/10
4334/21 4334/22
4335/17 4335/17
4335/18 4336/14
4336/15 4337/1
4337/17 4337/21
4337/25 4342/5
4348/23 4349/4
4350/20 4352/12
4352/16 4352/17
4353/6 4353/11
4353/19 4353/20
4353/24 4354/4 4359/5
4359/14 4359/14
4359/22 4360/2
4362/13 4362/14
4362/15 4362/22
4364/3 4364/12
4364/18 4366/23
4367/8 4368/11
4368/22 4368/24
4369/7 4369/11
4369/13 4371/21
4372/13 4375/5 4379/6
4381/2 4381/8 4381/13
4382/1 4382/4 4382/18
4382/19 4382/19
4383/13 4386/20
4387/8 4387/15 4388/2
4388/12 4388/13
4388/22 4389/6
4389/10 4389/22
4389/25 4390/7
4390/21 4390/23
4390/24 4391/2 4392/6
4395/14 4402/11
4410/10 4413/5 4413/8
4413/13 4413/16
4414/1 4414/13
4414/24 4417/10
4417/13 4418/19
4421/3 4424/9 4426/7
4427/5 4429/4 4430/6
4430/6 4436/8 4437/20
4437/21 4444/23
4446/18 4448/24
4449/15 4449/17
4449/25 4451/20
4451/24 4452/4 4452/14
4452/23 4454/16
4455/14 4455/22
**weren't [5]** 4381/18
4383/8 4394/1 4441/3
4441/3
**west [8]** 4298/12
4352/12 4352/21
4352/21 4383/5 4388/2
4388/2 4388/4
**western [1]** 4352/22
**what [224]**
**what's [10]** 4328/12
4338/6 4351/11
4378/15 4399/14
4400/12 4410/6

**what's... [3]** 4423/11
4433/6 4450/5
**whatever [2]** 4309/19
4414/6
**wheeling [1]** 4450/23
**when [85]** 4302/23
4306/16 4307/19
4309/4 4309/22
4309/24 4312/15
4316/24 4318/12
4319/10 4321/12
4322/4 4322/16
4323/17 4328/17
4328/18 4328/25
4329/9 4329/18
4333/18 4340/14
4342/9 4347/23
4349/23 4350/14
4350/15 4350/23
4351/21 4351/24
4352/2 4352/10
4352/12 4352/23
4353/1 4353/2 4353/6
4353/11 4353/16
4354/1 4357/1 4358/19
4360/19 4362/13
4364/18 4368/5
4368/16 4369/2 4369/5
4369/18 4371/19
4372/13 4380/22
4381/5 4381/22 4383/3
4384/10 4384/23
4387/10 4387/14
4387/18 4388/13
4388/18 4388/19
4388/21 4388/22
4388/24 4389/17
4390/18 4392/1 4394/1
4395/10 4402/19
4417/25 4423/17
4423/22 4437/18
4440/25 4441/14
4448/20 4450/14
4450/18 4454/10
4454/11 4455/2
4458/21
**whenever [1]** 4349/6
**where [61]** 4303/5
4305/11 4307/13
4307/13 4307/21
4307/21 4309/4
4316/25 4330/4 4334/9
4334/21 4337/3
4340/21 4347/8
4347/18 4348/20
4350/4 4350/24
4351/19 4351/22
4352/5 4356/11
4357/17 4357/17
4357/22 4363/8
4364/13 4368/6
4370/23 4371/1
4373/14 4373/16
4373/18 4375/17
4377/25 4378/10
4378/10 4383/3
4387/19 4387/20

4398/15 4400/18
4402/22 4403/21
4409/14 4411/25
4412/6 4412/12 4414/9
4415/2 4423/7 4430/18
4437/21 4441/20
4445/3 4453/7 4456/10
4457/5 4457/6
**wherever [2]** 4349/18
4390/24
**whether [18]** 4302/12
4305/23 4306/25
4313/4 4316/12
4318/20 4321/2
4390/23 4397/15
4404/13 4433/10
4439/23 4440/21
4442/10 4443/13
4451/7 4454/1 4457/12
**which [46]** 4302/21
4303/10 4303/19
4303/22 4303/23
4304/3 4304/15
4312/17 4312/22
4313/2 4313/9 4318/6
4327/7 4330/19 4337/6
4340/5 4341/21 4342/5
4368/6 4386/18
4393/24 4395/13
4397/9 4397/23
4399/22 4400/7 4400/8
4400/10 4400/25
4401/22 4404/3
4404/23 4406/4
4422/21 4424/17
4435/3 4437/18 4438/7
4443/13 4447/8
4455/15 4455/17
4456/3 4456/22
**while [14]** 4302/4
4309/2 4312/1 4356/6
4359/22 4360/1
4367/14 4392/20
4395/9 4395/23
4402/11 4415/16
4417/13 4456/7
**Whip [3]** 4446/18
4446/22 4457/7
**white [1]** 4316/13
**white-collar [1]**
4316/13
**who [31]** 4305/17
4306/1 4318/15
4323/13 4323/18
4323/19 4345/17
4352/2 4361/14
4374/16 4377/6
4386/15 4411/13
4418/22 4425/1 4427/7
4427/10 4427/13
4428/13 4428/16
4429/25 4430/6 4430/9
4430/12 4432/17
4433/25 4437/6
4439/17 4448/24
4450/6 4454/25

4311/10 4381/16
4381/16
**whole [6]** 4312/6
4316/1 4386/7 4390/2
4390/3 4404/2
**Whose [2]** 4359/17
4425/5
**why [23]** 4317/9
4318/18 4323/15
4334/23 4340/8 4342/7
4360/9 4360/13
4374/12 4393/19
4399/14 4404/5 4405/9
4405/25 4406/4 4418/4
4434/9 4435/16
4435/19 4437/22
4442/19 4457/21
4457/24
**will [47]** 4302/13
4304/14 4305/1
4305/19 4306/1
4306/18 4307/25
4309/12 4320/25
4327/9 4339/22 4341/1
4341/3 4343/8 4343/9
4345/20 4348/19
4370/18 4372/17
4377/17 4386/11
4386/23 4392/14
4394/4 4394/13
4394/21 4394/23
4394/24 4403/4 4403/5
4403/6 4403/13 4404/8
4425/15 4429/14
4433/12 4434/13
4436/14 4437/11
4438/11 4439/25
4445/8 4445/16
4450/22 4451/15
4454/1 4458/15
**William [12]** 4299/7
4299/8 4299/11
4301/11 4301/22
4377/1 4391/20
4391/21 4391/24
4392/6 4460/2 4460/8
**William Isaacs [3]**
4391/21 4391/24
4392/6
**William Shipley [1]**
4301/22
**Winchester [1]**
4449/18
**wise [1]** 4444/8
**wish [1]** 4307/6
**within [9]** 4316/3
4316/4 4329/21
4330/21 4331/23
4332/14 4334/8
4412/17 4419/8
**without [8]** 4313/5
4326/6 4335/8 4335/23
4385/21 4386/6
4407/23 4408/7
**witness [28]** 4300/2
4314/11 4314/16
4315/2 4319/7 4341/3

4346/16 4363/12
4364/24 4365/19
4366/20 4370/5 4370/6
4371/7 4372/2 4373/15
4381/6 4383/17
4386/10 4393/11
4419/15 4420/2 4445/9
4445/11 4445/13
4446/5
**witnessed [1]** 4323/19
**witnesses [6]** 4300/4
4311/11 4422/1 4445/2
4445/2 4457/23
**women's [1]** 4334/21
**won't [5]** 4326/1
4327/14 4384/6 4394/5
4444/12
**Woodward [9]** 4298/2
4298/2 4301/18
4395/15 4401/22
4405/21 4445/18
4445/24 4449/23
**word [11]** 4395/20
4401/11 4433/5
4433/18 4433/19
4434/3 4434/6 4434/9
4434/23 4438/13
4439/15
**words [3]** 4333/2
4438/25 4438/25
**work [8]** 4309/8
4345/20 4369/18
4381/25 4382/12
4382/22 4390/1
4421/16
**worked [5]** 4390/2
4390/3 4420/13
4420/17 4421/13
**working [7]** 4348/17
4348/23 4356/4 4381/9
4420/19 4421/3
4421/15
**works [2]** 4309/9
4351/14
**world [1]** 4458/15
**worn [18]** 4321/22
4351/12 4351/14
4351/16 4355/4 4355/5
4355/17 4358/5 4373/2
4375/23 4376/6
4377/22 4382/8 4384/5
4384/6 4385/13
4385/18 4385/24
**worth [1]** 4401/5
**would [78]** 4311/17
4311/19 4311/21
4312/18 4312/19
4312/24 4322/5
4323/13 4335/1
4335/11 4337/5
4338/19 4338/25
4340/22 4342/7
4359/25 4360/1 4360/2
4374/17 4376/22
4376/25 4378/2
4378/16 4380/24
4381/19 4382/13

4392/2 4389/19 4394/1
4394/18 4395/12
4395/13 4395/21
4395/22 4395/23
4396/4 4396/9 4396/19
4398/24 4401/3
4401/14 4402/20
4402/21 4404/22
4404/25 4420/23
4425/9 4429/10
4432/22 4433/4 4433/4
4433/14 4433/19
4434/1 4434/2 4437/24
4438/8 4440/10
4441/13 4442/19
4444/19 4444/19
4444/25 4445/20
4445/21 4445/23
4445/25 4446/20
4447/18 4447/21
4449/5 4450/16
4450/17 4451/7 4452/1
4453/2 4458/1 4458/1
**wouldn't [1]** 4402/20
**wound [1]** 4450/18
**writing [1]** 4318/4
**written [2]** 4311/19
4439/22
**wrong [3]** 4412/17
4442/18 4442/23
**wrote [3]** 4308/11
4310/8 4310/12

**Y**

**yard [2]** 4332/6
4352/14
**yeah [9]** 4307/9 4316/7
4324/4 4337/11 4338/9
4363/9 4402/11 4411/7
4442/25
**year [3]** 4340/16
4348/19 4426/10
**years [6]** 4315/20
4315/24 4348/3
4348/21 4348/22
4420/15
**yelling [2]** 4362/23
4369/23
**yellow [1]** 4344/12
**Yep [1]** 4408/11
**yes [191]**
**yet [1]** 4321/13
**you [630]**
**you know [1]** 4350/20
**you'll [4]** 4308/13
4398/4 4419/7 4452/17
**you're [20]** 4310/7
4310/21 4319/10
4321/10 4321/11
4339/4 4340/11
4373/22 4386/13
4387/18 4387/20
4388/4 4388/19
4390/11 4393/20
4409/15 4416/16
4436/17 4444/14
4445/20
**you've [12]** 4309/14

**Y**

you've... **[11]** 4313/18
4324/19 4338/19
4362/4 4365/20
4368/10 4370/22
4371/8 4373/17
4379/24 4379/25
young **[7]** 4302/21
4342/17 4342/17
4342/23 4342/24
4342/25 4361/18
your **[200]**
Your Honor **[106]**
4306/4 4306/11 4307/9
4309/2 4311/5 4311/15
4312/2 4313/21 4314/2
4314/13 4320/12
4321/4 4325/25 4327/3
4335/4 4336/11
4339/25 4341/13
4342/14 4343/4
4343/13 4344/15
4344/18 4344/20
4346/4 4354/9 4354/13
4370/16 4372/15
4372/21 4372/24
4375/7 4375/11
4376/14 4376/15
4377/12 4379/11
4380/6 4383/20
4383/22 4384/15
4385/1 4385/5 4385/7
4386/18 4387/2 4388/9
4393/12 4393/25
4394/11 4395/22
4396/6 4397/5 4397/17
4399/5 4400/3 4400/15
4401/21 4402/9
4403/19 4404/9
4406/10 4406/22
4416/18 4417/4 4419/2
4419/11 4419/12
4425/9 4425/18
4429/12 4432/25
4433/3 4433/9 4433/15
4433/23 4434/4 4435/5
4436/21 4436/24
4437/8 4438/18
4439/11 4440/10
4440/21 4442/11
4443/2 4444/8 4446/3
4447/7 4448/17
4448/22 4449/3
4450/10 4451/9 4452/3
4453/6 4454/21 4455/7
4455/25 4456/5
4456/21 4456/22
4457/3 4458/6 4458/24
yours **[1]** 4355/6
yourself **[10]** 4315/9
4347/2 4365/15
4365/18 4370/11
4371/5 4373/11
4373/12 4408/2 4420/9

**Z**

Zaremba **[3]** 4299/11
4460/2 4460/8
Zarembarsky **[1]** 4308/4
Zsuzsa **[1]** 4298/6