IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
           Plaintiff,              )  CR No. 21-28
                                   )  Washington, D.C.
      vs.                          )  February 27, 2023
                                   )  1:30 p.m.
SANDRA R. PARKER, ET AL.,          )
                                   )  Day 16
           Defendants.             )  Afternoon Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             Jeffrey Nestler
                             Troy Edwards
                             Alexandra Hughes
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov

```
 1   APPEARANCES CONTINUED:

 2   For Defendant Sandra Parker:   John L. Machado
                                    LAW OFFICE OF JOHN MACHADO
 3                                  503 D Street, NW
                                    Suite 310
 4                                  Washington, D.C. 20001
                                    (703) 989-0840
 5                                  Email: johnlmachado@gmail.com

 6   For Defendant Bennie Parker:   Stephen F. Brennwald
                                    BRENNWALD & ROBERTSON, LLP
 7                                  922 Pennsylvania Avenue, SE
                                    Washington, D.C. 20003
 8                                  (301) 928-7727
                                    Email: sfbrennwald@cs.com
 9
     For Defendant Laura Steele:    Peter A. Cooper
10                                  LAW OFFICE OF
                                    PETER A. COOPER
11                                  400 5th Street, NW
                                    Suite 350
12                                  Washington, D.C. 20001
                                    (202) 400-1434
13                                  Email:
                                    pcooper@petercooperlaw.com
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2    For Defendant Connie Meggs:    Stanley Edmund Woodward, Jr.
                                     BRAND WOODWARD LAW
 3                                   1808 Park Road NW
                                     Washington, D.C. 20010
 4                                   (202) 996-7447
                                     Email:
 5                                   stanley@brandwoodwardlaw.com

 6                                   Juli Zsuzsa Haller
                                     LAW OFFICES OF JULIA HALLER
 7                                   601 Pennsylvania Avenue, NW
                                     Suite 900
 8                                   S. Building
                                     Washington, D.C. 20036
 9                                   (202) 352-2615
                                     Email: hallerjulia@outlook.com
10
      For Defendant Isaacs:         Eugene Joseph Rossi
11                                   CARLTON FIELDS P.A.
                                     1025 Thomas Jefferson St., NW
12                                   Suite 400 West
                                     Washington, D.C. 20007
13                                   (202) 965-8100
                                     Email:
14                                   grossi@carltonfields.com

15                                   Charles Greene
                                     LAW OFFICE OF
16                                   CHARLES M. GREENE, P.A.
                                     55 East Pine Street
17                                   Orlando, FL 32801
                                     (407) 648-1700
18                                   Email: cmg@cmgpa.com

19

20

21

22

23

24

25
```

```
1    APPEARANCES CONTINUED:

2    For Defendant
     Michael L. Greene:          Britt Redden
3                                REDDEN LAW, PLLC
                                 3300 Oak Lawn Avenue
4                                Suite 700
                                 Dallas, TX 75219
5                                (214) 699-8429
                                 Email:
6                                bredden@reddenlawtexas.com

7                                William Lee Shipley, Jr.
                                 LAW OFFICES OF
8                                WILLIAM L. SHIPLEY
                                 PO Box 745
9                                Kailua, HI 96734
                                 (808) 228-1341
10                               Email: 808Shipleylaw@gmail.com

11   Court Reporter:             Stacy Heavenridge
                                 Official Court Reporter
12                               E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
13                               Washington, D.C. 20001

14
     Proceedings recorded by mechanical stenography; transcript
15   produced by computer-aided transcription

16

17

18

19

20

21

22

23

24

25
```

```
 1                    WITNESS INDEX

 2                    -----------

 3        WITNESSES         DIRECT  CROSS  REDIRECT  RECROSS

 4   GOVERNMENT WITNESSES

 5   SA BYRON CODY          4508

 6   SA BYRON CODY                  4603

 7   SA BYRON CODY                  4609

 8   SA BYRON CODY                  4615

 9   SA BYRON CODY                  4619

10                    EXHIBIT INDEX

11                    -------------

12   GOVERNMENT EXHIBITS                          ADMIT

13   9828                                         4509

14   9841                                         4512

15   9842                                         4518

16   9827                                         4519

17   2740.23.R                                    4523

18   9830                                         4527

19   9829                                         4530

20   9840                                         4534

21   9222.2                                       4538

22   9222.3                                       4540

23   9833                                         4545

24   9833                                         4548

25   2875.3                                       4550
```

1    INDEX (continued)

2

3    9834                                                  4553

4    9825                                                  4555

5    126                                                   4565

6    124                                                   4566

7    125                                                   4566

8    123                                                   4567

9    35                                                    4569

10   37                                                    4570

11   139                                                   4571

12   138                                                   4571

13   3119                                                  4574

14   9835                                                  4575

15   9836                                                  4580

16   9837                                                  4585

17   9838                                                  4589

18   9839                                                  4594

19   PLAINTIFF EXHIBITS                                    ADMIT

20   101                                                   4605

21

22

23

24

25

```
1                    P R O C E E D I N G S

2

3         THE COURT:  The statement at issue is by Ms. Meggs on

4    January 6 at 11:01 p.m. to presumably someone who is a friend

5    by the name of Patty.  The statement in question is:  Antifa

6    went up there dressed as Trumpers, but Trumpers heard about

7    Mike Pence being a -- pejorative word -- about homosexuals, and

8    everyone went to the Capitol to stop the vote and police

9    attacked.

10         Government's argued that this is a statement against

11   penal interests.  To read from Wright and Miller, this is

12   Section 6995:  Only powerfully adverse statements qualified for

13   admission under federal rule of evidence 804(b)(3).  Statements

14   must be so contrary to the applicable interest that a

15   reasonable clearance in the declarant's position would make the

16   statement only if the person believe it to be true.  In

17   assessing whether the statement engenders the requisite degree

18   of against interest quantity, the courts must look at all the

19   surrounding circumstances.  Statements need not be sufficient

20   in themselves to establish civil or criminal liability, or a

21   financial loss, so long as they would, from the declarant's

22   perspective, constitute logical building blocks to such a

23   result.

24         The proverbial smoking gun is not required.  Typically

25   any statement that could predictably be useful to investigators
```

1    or prosecutors in proving the declarant's commission of a crime

2    can qualify.

3        The key question is the rule asks whether the

4    statement is likely to be true because the declarant would have

5    perceived the statement to have so great a tendency to expose

6    the declarant to civil or criminal liability against interest

7    nature of the statement also must be apparent to the speaker at

8    the time the statement is made.  Consequently, the person to

9    whom the declarant speaks is often an important consideration

10   assessing against interest quality.

11       In the United States versus Wilson, D.C. circuit 160

12   F. 3d 732.  It's a very long decision.  Pin cite is 739.  D.C.

13   Circuit, relative statement is against interest if at the time

14   of its making it is so far intended to subject the declarant to

15   civil and criminal liability that a reasonable person in

16   declarant's position would not have made the statement unless

17   believing it to be true.  Moreover, the Supreme Court has made

18   clear in Williamson that even statements that are on their face

19   neutral may actually be against declarant's interests.

20       This case involved statements that are on their face

21   neutral and were incriminating only when placed in context, and

22   what the Court wrote is:  But their timing is key, occurring

23   the day after the murder to one man who had witnessed the

24   murder and to another man who knew the declarant.  As such,

25   statements were potentially incriminating.  Had there been

1    evidence that -- sorry -- the declarant was part of the

2    conspiracy or an aider an abettor to others.  Indeed, one of

3    the persons to whom he made the statement advised the declarant

4    to keep the information to himself, suggesting that it was

5    against the declarant's interests.  Given that the evidence

6    that these two other individuals that heard the statement were

7    acquaintances, if not friends, of the declarant, the

8    circumstances indicate the statements were reliable.

9        So moving backwards here.  There are a number of

10   factors here that I think support consistent with Wilson

11   treatment of the statement as a statement against penal

12   interests.

13       First, is the person to who it was made.  It was made

14   to an acquaintance, if not friend, of Ms. Meggs.  Second, is

15   the timing of statement.  Much like the statement in Wilson,

16   this is made close in time to the events in question.  In fact,

17   this is made just eight hours, give or take, after Ms. Meggs

18   and others are at the Capitol building.

19       The statement itself is incriminating, or at least

20   certainly the kind of statement that could incriminate

21   Ms. Meggs because it puts her on the Capitol at the time in

22   question and attributes to her particular state of mind, which

23   was to stop the vote.

24       Now, it is true that she says everyone went to the

25   Capitol to stop the vote, but it seems to me that doesn't

1    necessarily deny its status as a statement against penal

2    interest.  "Everyone" can certainly be interpreted to include

3    her.  If the defense wants to argue that it doesn't include her

4    and it's a reference to others, it can certainly make that

5    argument, but that goes to the weight of the evidence, it seems

6    to me, and not the admissibility of it.

7            Finally, the fact that this was not found on

8    Ms. Meggs's phone I think is an important consideration because

9    it does seem as a result.  Now, it is true to say that the

10   statement must be apparent to be against the interest of the

11   speaker when it is made.  We do not know when this message was

12   presumably removed from Ms. Meggs's phone.  We don't know the

13   answer to that.  We don't know when the phone was acquired.

14           Do we know?

15           MS. RAKOCZY:  In February, around the 18th, February

16   of 2021.

17           THE COURT:  2021.  So it's not that long after the

18   events in question.  So six, seven weeks.  So even if this is

19   not made and contemporaneously deleted, at least that's the

20   suggestion, it certainly is close enough time to suggest that

21   in Ms. Meggs's own mind she thought this to be a statement that

22   was not against her interests.

23           So given the contents of the statement and all of the

24   factors and circumstances I've just discussed, I do think it

25   does qualify as a statement against penal interests that comes

in not only against Ms. Meggs but others.

Insofar as Ms. Meggs's use of the pejorative term referencing homosexuality, it's clearly prejudicial, but it's not more prejudicial than probative. The truth of the matter is it's her words, this is her language, and as much as she would like to undo it, we can't.

I think the government is right. It does reflect a degree of animus directed towards the Vice President that does bear on her state of mind, and I think has particular force given that part of the defense's theory here is that Ms. Meggs is actually not on many of the communications that have been put before the jury. And so I think it is probative of her state of mind. It reflects her antipathy and animus toward the Vice President, who arguably -- well, whose role was obviously quite critical in the certification of the events of that day.

And so I will not grant the request to either redact or substitute a word in that message.

MR. SHIPLEY: Your Honor, in light of the Court's ruling, then we would put the Government on notice that Ms. Meggs will be a witness tomorrow. She will waive her Fifth Amendment right. She will testify about this message. And, therefore, the statement is -- she is not unavailable to the Government insofar as if they want to call her today, then we'll waive as to that particular statement. That's their prerogative. But she's going to testify tomorrow and she's

1 going to testify about that statement tomorrow.  And so she and

2 the other co-defendants can cross-examine her on it tomorrow.

3      MR. BRENNWALD:  And on behalf of Bennie Parker and,

4 I'm sure, Sandra, we object to the use of the word "everyone,"

5 as it presumes that she knows what's in the mind of everybody

6 who weren't there.

7      DEFENSE COUNSEL:  On behalf of Mr. Greene, just for

8 the record, I object on 403 grounds as it applies to

9 Mr. Greene, since the Court has indicated it will admit it as

10 to everyone without a limiting instruction.

11      MR. ROSSI:  As for Mr. Isaacs, we join in the comments

12 and remain.

13      THE COURT:  Okay.  Again, since it's a statement

14 against penal interest, it comes in without limitation, and

15 although it has some prejudicial quality undoubtedly, I don't

16 think it's more prejudicial than probative.

17      The Government's view on presenting it now as opposed

18 to giving the commitment that has been made about Ms. Meggs

19 testifying.

20      MS. RAKOCZY:  It's also an admission of a party

21 opponent.  So we think -- which would make it non-hearsay, and

22 so I think it's also a statement against penal interest, but I

23 think the whole availability issue has to do with --

24      THE COURT:  Well, I agree with that in the sense that

25 you're right.  At a minimum, it comes in against her.  But

 1     you've asked me to declare a statement against penal interest
 2     so it can come in against others.  And so if you're prepared at
 3     this point to just have it limited to her, then all of what I
 4     just said is a whole lot of nothing.
 5            MS. RAKOCZY:  I apologize, Your Honor.  I guess I was
 6     not quite grasping the issue.  So I think we may properly admit
 7     it now.  I think as an admission of a party opponent that bears
 8     upon her state of mind, it is both admissible, because it's not
 9     hearsay, it is also evidence of the conspirator state of mind,
10     both earlier on January 6th, while inside the building, and
11     afterwards.  So I do think under that theory it is evidence of
12     the conspiracy under sort of the rule of law that in a
13     conspiracy evidence against one conspirator is evidence against
14     all.
15            THE COURT:  I agree that's the rule of law.  That's
16     not where I come out on this for two reasons.  One is the
17     circuit has clearly said that backward-looking statements are
18     not in furtherance of a conspiracy.  And, second, it's true
19     that admissions like this bear on the state of mind but you
20     could say that about any statement.  I don't think this
21     necessarily bears on -- I suppose it has some connection of
22     motive, intent, et cetera, but given that it's backward
23     looking, I'm not prepared to sort of blow the door wide open
24     and say that it's an 803.3 statement.
25            So I think the question at this point is if the

1    Government would like to introduce it now, it can come in --

2    well, if you'd like to introduce it now, then I gather you're

3    agreeing that it would be limited just to Ms. Meggs.  If you'd

4    like to hold off and you can present it during

5    cross-examination when she takes the stand, as she's just

6    committed to do, then we can to that.

7         MS. RAKOCZY:  Yes, Your Honor.  We'll introduce it now

8    and respectfully oppose but understand the limiting

9    instruction.

10        THE COURT:  So you want -- you're going to introduce

11   it now but only as to Ms. Meggs?

12        MS. RAKOCZY:  Yes, Your Honor.

13        THE COURT:  With that limiting instruction.  Okay.

14   All right.

15        MR. BRENNWALD:  And we would ask for the record that

16   the word "everyone" be changed to "I" because a limiting

17   instruction is not going to really be of much use.

18        THE COURT:  I'm not changing it to "I."  There's no

19   basis for changing it to "I."  You have no confrontation right

20   with respect to a statement that is not testimony.  Your Bruton

21   rights, in terms of, you know, editing a statement or modifying

22   a statement because it may inculpate others only comes into

23   play if you had a confrontation right in the first place.  This

24   does not give rise to a confrontation right.

25        MS. RAKOCZY:  Could we just clarify, Your Honor?  I'm

1    sorry, I did not understand.

2            If tomorrow Ms. Meggs testifies and this statement

3    comes out, is this now, then, admissible against the other

4    defendants or is that just going to be the case regardless,

5    because if she testifies then it's a statement against penal --

6    it's not -- well, she's not unavailable?

7            THE COURT:  Correct.

8            MS. RAKOCZY:  So if she testifies it will never come

9    in against everyone.  If for some reason she changes her mind

10   tomorrow, I'll ask that you instruct the jury otherwise

11   tomorrow about this statement.

12           THE COURT:  I think that's fair.

13           MR. COOPER:  Your Honor, based on the Court's ruling,

14   I'd move to sever.

15           THE COURT:  It's denied.  It's not coming in against

16   your client right now.

17           MR. COOPER:  I'm looking down the road.

18           THE COURT:  We'll see what that road holds.

19           Okay.  All right.  Let's bring our jury in.

20           (Jury enters the courtroom.)

21           THE COURT:  Welcome back.  Please be seated.  Again,

22   thank you for your patience, folks.  We continue to have legal

23   issues come up and that's what's taking the time.

24           So those are resolved.  So we are ready to proceed.

25           MS. RAKOCZY:  Thank you, Your Honor.

4508

Cody - DIRECT

|     |                                                               |
|-----|---------------------------------------------------------------|
| 1   | CONTINUED DIRECT EXAMINATION                                   |
| 2   | BY MS. RAKOCZY:                                                |
| 3   | Q.  Okay.  Before for the lunch break, Special Agent Cody, you |
| 4   | walked us through a video that you said had been filmed by     |
| 5   | Kenneth Harrelson.                                             |
| 6   |     Do you recall that?                                        |
| 7   | A.  Yes.                                                       |
| 8   | Q.  And I asked you whether Connie Meggs was with the group    |
| 9   | that Mr. Harrelson entered the Capitol with on January 6th.    |
| 10  |     What was your answer to that question?                     |
| 11  | A.  Yes.                                                       |
| 12  | Q.  Did you review any statements made in messages by          |
| 13  | Mrs. Meggs on the evening of January 6th?                      |
| 14  | A.  Yes.                                                       |
| 15  |     MS. RAKOCZY:  Can we bring up for the witness, please,     |
| 16  | Government's Exhibit 9828.                                     |
| 17  | BY MS. RAKOCZY:                                                |
| 18  | Q.  Two-page exhibit.                                          |
| 19  |     Do you recognize this message, Special Agent Cody?         |
| 20  | A.  I do.                                                      |
| 21  | Q.  And is this a fair and accurate depiction of a message that|
| 22  | was sent by Connie Meggs's phone on the evening of January 6th?|
| 23  | A.  Yes.                                                       |
| 24  |     MS. RAKOCZY:  At this point in time, we would seek to      |
| 25  | admit Exhibit 9828.                                            |

Cody - DIRECT

1          THE COURT:  Okay.  9828 will be admitted subject to

2     the discussions we've had about it.  It will be published.

3        (Government Exhibit 9828 received in evidence.)

4          THE COURT:  And, ladies and gentlemen, I just want to

5     give you a limiting instruction that this particular statement

6     and this piece of evidence is admissible only against

7     Ms. Meggs.  Okay?  Thank you.

8     BY MS. RAKOCZY:

9     Q.  Special Agent Cody, when was this message sent?

10    A.  January 6th, 2021, at 11:01 p.m.

11    Q.  Who was it sent by?

12    A.  Connie Meggs.

13    Q.  Who did Mrs. Meggs send the message to?

14    A.  Patty Gee.

15    Q.  Are you familiar with Government's Exhibit 1529, the board

16    showing some people involved with the defendant's in this case?

17    A.  Yes.

18    Q.  Is Mrs. Gee on that board?

19    A.  She is not.

20    Q.  Can you please read the message?

21    A.  Antifa went up there dressed as Trumpers but Trumpers heard

22    about Mike Pence being a faggot and everyone went to the

23    Capital to stop the vote and police attacked.

24    Q.  Thank you, Special Agent.

25          MS. RAKOCZY:  We can take that message down, please.

Cody - DIRECT

1   BY MS. RAKOCZY:

2   Q.  Special Agent Cody, have you reviewed any messages sent by

3   Kelly Meggs on the evening of January 6th, speaking of the

4   situation?

5   A.  I have.

6           MS. RAKOCZY:  Can we please bring up just for the

7   witness Exhibit 9841.  And can we turn to the last page of the

8   exhibit.

9           I'm sorry, can you go two slides earlier, Ms. Rouhi?

10          One slide before that.

11          One slide before that.  I apologize.

12          And one slide before that.

13  BY MS. RAKOCZY:

14  Q.  Are these slides that we just reviewed some messages sent

15  by Mr. Meggs on the evening of January 6th?

16  A.  Yes.

17  Q.  Are there also some messages from earlier to the same group

18  chat in this exhibit?

19  A.  There are.

20  Q.  Who are these messages -- these messages are between or

21  among Kelly Meggs and a few other people; is that right?

22  A.  Yes.

23  Q.  And who were some of the people in that group text?

24  A.  John Reeves and Bob Baker.

25  Q.  Are John Reeves and Bob Baker on Exhibit 1529, which is now

Cody - DIRECT

1    up behind you?

2    A.   No.

3    Q.   Have you reviewed this exhibit prior to testifying?

4    A.   I have.

5    Q.   Are the messages in this exhibit fair and accurate

6    depictions of messages from a group chat involving Kelly Meggs,

7    John Reeves, and Bob Baker?

8    A.   Yes.

9         MS. RAKOCZY:   At this point in time, we would seek to

10   admit Exhibit 9841 into evidence.

11        DEFENSE COUNSEL:   Subject to our prior to objection.

12      (Bench conference out of the hearing of the jury.)

13        THE COURT:   I didn't understand there to be objections

14   to this.

15        MR. ROSSI:   I thought we objected to this being

16   forward looking insofar as "are you heading back tonight" is

17   referring to the fact that the vote count is about to begin or

18   has begun already.

19        THE COURT:   I thought these were messages about

20   Mr. Meggs's, essentially, guilty state of mind, and he's

21   talking about Signal and so on and so forth, right?

22        DEFENSE COUNSEL:   After this, yes.

23        MS. RAKOCZY:   And then the earlier messages, the "this

24   is war" message, I was not able to get Ms. Rouhi to walk back

25   to that one, but we'll look at that message as well.  That's in

Cody - DIRECT

1    the stack.

2            THE COURT:  All right.  So the objections are

3    overruled, if I didn't say so explicitly with respect to this

4    set of messages, that is slides 15 through 20 of this exhibit,

5    all bear on Mr. Meggs's state of mind, his intent, guilty

6    conscience.  Those kind of statements are admissible even

7    though made after the conspiracy under the U.S. versus

8    Richardson decision that was discussed earlier.  In stead with

9    the other statements, the "we are war" statement that the

10   Government will be bringing forward shortly.

11           MS. RAKOCZY:  Thank you, Your Honor.

12       (Bench conference concluded.)

13           THE COURT:  So 9841 will be admitted and can be

14   published.

15       (Government Exhibit 9841 received in evidence.)

16           MS. RAKOCZY:  Thank you, Your Honor.

17           If we can go back to the first slide of this exhibit,

18   Ms. Rouhi, please.

19   BY MS. RAKOCZY:

20   Q.  So, Special Agent Cody, if we look at the top right corner

21   of the screen, can you just remind us what type of group this

22   is?

23   A.  It's a group text.

24   Q.  And who is on the chain?

25   A.  Kelly Meggs, John Reeves, and Bob Baker.

Cody - DIRECT

1    Q.  All right.  So let's begin with some messages that were

2    sent on January 5th of 2021 in the morning.

3        Does Mr. John Reeves send a message?

4    A.  Yes.

5    Q.  What does he say?

6    A.  That's some wild stuff.  What's going to happen tomorrow,

7    Kelly?  I don't see you on FB.

8    Q.  Go to the next page.

9        Does Kelly Meggs respond?

10   A.  Yes.

11   Q.  What does he say?

12   A.  I'm gone.  We are on our way with 30 men.

13   Q.  Go to the next page.

14       Does Mr. Reeves now say something else?

15   A.  Yes.

16   Q.  I'm sorry, I actually think this might be a typo.

17       Is that Mr. Reeves or is that Mr. Kelly Meggs sending this

18   message?

19   A.  I believe that's Mr. Meggs.

20   Q.  Okay.  Apologies for the typo.

21       What did Kelly Meggs say next?

22   A.  We have eight Congressmen on the Ellipse stage with Trump.

23   Q.  Can we go to the next slide, please.

24       What does John Reeves ask?

25   A.  What's the word on the electorate?

Cody - DIRECT

1  Q.  And then the next message, please.

2     Does Mr. Baker respond something that was not available

3  when you reviewed the text?

4  A.  When I reviewed it there was an image associated with it.

5  Q.  What did the image generally look like?

6  A.  I believe it was a fan with a pile of excrement in front of

7  it.

8  Q.  Okay.  And if we go to the next message, please.

9     Does John Reeves send a message after that?

10 A.  Yes.

11 Q.  What does he say?

12 A.  I read Wisconsin switching vote for Trump in legislation on

13 Thurs.

14 Q.  All right.  Can we go to the next message, please.

15    What did Kelly Meggs respond to that?

16 A.  Insurrection.

17 Q.  Can we go to the next message, please.

18    What did Mr. Reeves say next?

19 A.  Fraud on such a massive scale.  I just can't believe more

20 people aren't screaming about it.

21 Q.  And can we go to the next message.

22    What does Mr. Reeves say next?

23 A.  I know a lot of Congress are bought and paid for, though.

24 Q.  Can we go to the next message.

25    All right.  Have we advanced now in time?

Cody - DIRECT

1    A.  Yes.

2    Q.  What is the date and time of this next message?

3    A.  January 6th of 2021, 8:22 p.m.

4    Q.  Who is sending this message?

5    A.  John Reeves.

6    Q.  What does he say to the group chat?

7    A.  Kelly, you guys okay?  They shut Trump down on Twitter.

8    Q.  Can we go to the next message.

9        Does Kelly Meggs respond?

10   A.  Yes.

11   Q.  What does he say?

12   A.  This is war.

13   Q.  And that's 8:22:55 p.m.?

14   A.  Yes.

15   Q.  Let's go to the next page, please.

16       What does Mr. Meggs say next?

17   A.  Get your shit ready.  We are now the enemy.

18   Q.  Can we go to the next page, please.

19       What does Mr. Reeves ask?

20   A.  What's next?

21   Q.  And can we go to the next message.

22       What does Mr. Meggs say?

23   A.  I'll get with you.

24   Q.  Can we go to the next page, please.

25       At 8:33:53 p.m., what does Bob Baker ask the group chat?

4516

Cody - DIRECT

1   A.   Are you reading back tonight?

2   Q.   Can we go to the next page.

3        Does Kelly Meggs respond?

4   A.   Yes.

5   Q.   What does he say?

6   A.   With tools is the general consensus.

7   Q.   Can we go to the next page.

8        Now, what does Kelly Meggs say after that?

9   A.   Download Signal app on your phone.

10  Q.   Can you go to the next page.

11       What does he say next?

12  A.   I'll send a video.

13  Q.   And the next message.

14       What does John Reeves say?

15  A.   I did send you a message.

16  Q.   If we could go to the next slide.

17       What does Kelly Meggs say after that?

18  A.   Don't talk shit outside of Signal ever.

19  Q.   Can we take down the slide, please.

20           THE COURT:   A quick instruction about that particular

21  exhibit.   The statements other than those made by Mr. Meggs are

22  just provided to you for context of Mr. Meggs's statement, and

23  not for the truth of the statement of those others on that

24  exhibit.

25

Cody - DIRECT

1   BY MS. RAKOCZY:

2   Q.  In the course of this investigation, Special Agent Cody,

3   have you reviewed data returned from the company Facebook for

4   an account belonging to Graydon Young?

5   A.  Yes.

6   Q.  And is Graydon Young on that board behind you?

7   A.  Yes, he is.

8   Q.  Can you point him out to the jury just to remind us who he

9   is?

10  A.  (Indicating.)

11  Q.  Thank you, Special Agent.  You just pointed to

12  Exhibit 1529, to the bottom row in the middle on the left side

13  of the Florida Line 1 group; is that right?

14  A.  Yes.

15       MS. RAKOCZY:  Can we bring up for the Special Agent

16  Exhibit 9842.

17  BY MS. RAKOCZY:

18  Q.  Are you familiar with this message?

19  A.  I am.

20  Q.  Does this fairly and accurately depict a message that

21  Graydon Young sent, as recovered from his Facebook records, on

22  the night of the January 6th of 2021?

23  A.  It does.

24       MS. RAKOCZY:  At this point in time, we would seek to

25  admit, both pursuant to the testimony and the business record

Cody - DIRECT

1    certification, Exhibit 9842.

2              THE COURT:  All right.  9842 is admitted.

3         (Government Exhibit 9842 received in evidence.)

4              MS. RAKOCZY:  If we could publish to the jury, please.

5    BY MS. RAKOCZY:

6    Q.  What's the date and time of this message?

7    A.  January 6th of 2021, 4:22 p.m.

8    Q.  What was it sent by?

9    A.  Graydon Young.

10   Q.  Who did Mr. Young send it to?

11   A.  A Facebook group chat.

12   Q.  Okay.  What did Mr. Young say?

13   A.  We stormed and got inside.

14   Q.  Can you remind us, based on your investigation, whether

15   Graydon Young traveled to the Washington, D.C., area for the

16   January 5th/6th time period with anyone?

17   A.  He did.

18   Q.  Who?

19   A.  Several other Florida Oath Keepers.

20   Q.  Anyone who he was related to?

21   A.  Yes.

22   Q.  Who?

23   A.  Laura Steele.

24             MS. RAKOCZY:  Thank you, Liz.  Take down that message.

25

Cody - DIRECT

1    BY MS. RAKOCZY:

2    Q.  Have you reviewed other messages sent by some members of

3    the Florida group on the night of or in the days following

4    January 6th, 2021?

5    A.  Yes.

6          MS. RAKOCZY:  Can we bring up on the screen, please,

7    Exhibit 9827.  And can we page through the exhibit, please.

8    BY MS. RAKOCZY:

9    Q.  Special Agent Cody, are these messages from a particular

10   Signal group chat?

11   A.  Yes, they are.

12   Q.  Which chat?

13   A.  "OK FL D.C. Op Jan 6".

14   Q.  Are these messages a fair and accurate depiction of

15   messages what were extracted from that group chat from the cell

16   phone of Aaron Stone?

17   A.  Yes.

18   Q.  That's the individual you were telling us earlier about

19   whose phone you reviewed?

20   A.  Yes.

21         MS. RAKOCZY:  At this point in time, we would seek to

22   admit Exhibit 9827 into evidence.

23         THE COURT:  9827 is admitted.

24      (Government Exhibit 9827 received in evidence.)

25         MS. RAKOCZY:  If we could publish for the jury,

Cody - DIRECT

1   please.

2   BY MS. RAKOCZY:

3   Q.   Special Agent Cody, can you remind us in the top right

4   corner what group chat this is from?

5   A.   "OK FL D.C. Op Jan 6".

6   Q.   What date is this first message sent?

7   A.   January 6th of 2021.

8   Q.   What time?

9   A.   6:28 p.m.

10   Q.   Who is it from?

11   A.   OK Gator 1.

12   Q.   Who is that?

13   A.   Kelly Meggs.

14   Q.   What did Mr. Meggs say?

15   A.   Shelby, we got your boy his first dose of tear gas.

16   Q.   Are you familiar with someone who used the name Shelby on

17   the "OK FL D.C. Op Jan 6" chat?

18   A.   Yes.

19   Q.   Who used that name?

20   A.   Traci Isaacs.

21   Q.   Does she bear any relation to William Isaacs?

22   A.   Yes.

23   Q.   What's that?

24   A.   She's his aunt.

25           MS. RAKOCZY:   Could we go to the next page, please.

Cody - DIRECT

1  BY MS. RAKOCZY:

2  Q.  Does somebody named William respond to that message?

3  A.  Yes.

4  Q.  Based on your investigation, who used the moniker or name

5  "William" on this group chat at this time?

6  A.  William Isaacs.

7  Q.  What did Mr. Isaacs respond?

8  A.  I shouldn't have gone in first.

9       MS. RAKOCZY:  Can we go to the next page, please.

10 BY MS. RAKOCZY:

11 Q.  Did Mr. Isaacs send another message to the chat a short

12 while later?

13 A.  Yes.

14 Q.  What did he say?

15 A.  The shirt you have me was a 2XL.  So I might go back and

16 buy a few smaller ones.

17 Q.  In the course of this investigation, has law enforcement

18 recovered an Oath Keeper shirt from Mr. Isaacs?

19 A.  Yes.

20      MS. RAKOCZY:  And we have already moved this into

21 evidence but I think if we have Exhibit 262, we may publish to

22 the jury, with the Court's indulgence.

23      Your Honor, we're just showing Mr. Rossi, Mr. Isaacs's

24 counsel, Exhibit 262, which has already been admitted but we

25 have not yet published, and we would seek permission to have

Cody - DIRECT

1    Special Agent Cody hold it up now.

2     BY MS. RAKOCZY:

3    Q.  Special Agent, could you just stand up, please, and show

4    Government's Exhibit 262 (indicating.)

5        For anyone who might be as visibly challenged as me, is

6    there text on that shirt?

7    A.  Yes, there is.

8    Q.  What does it say?

9    A.  The front says "Oath Keepers" and the back says "Oath

10   Keepers" with the Oath Keepers logo and "Florida" at the

11   bottom.

12   Q.  Thank you, Special Agent Cody.  We can give that back to

13   Special Agent Palian.  Thank you so much.

14       Special Agent Cody, in the course of this investigation,

15   have you recovered some records from a company called Rally

16   Pay?

17   A.  Yes.

18   Q.  Did Rally Pay play a role in the Oath Keepers website at

19   all?

20   A.  Yes.

21   Q.  What role was that?

22   A.  I believe if someone was on the Oath Keepers website and

23   made a donation, it would go through Rally Pay.

24   Q.  Did your team obtain records from Rally Pay about payments

25   that were sent through the Oath Keepers website for at least

Cody - DIRECT

1    the time period of November 2020 through January of 2021?

2    A.  Yes.

3         MS. RAKOCZY:  Can we please bring up on the screen

4    just for the Special Agent Exhibit 2740.23.R?

5         Okay.  And can we zoom in on the yellow portion there,

6    maybe going halfway across the screen.

7    BY MS. RAKOCZY:

8    Q.  Special Agent Cody, do you recognize what we're looking at

9    here?

10   A.  I do.

11   Q.  Can you tell us?

12   A.  This is a receipt of sorts for a $20 donation by William

13   Isaacs of Kissimmee, Florida, on the 7th of January 2021 at

14   10:45 p.m.

15   Q.  Does this reflect -- is this a fair and accurate but

16   redacted copy of one page of records that your team obtained

17   from the company Rally Pay pursuant to legal process?

18   A.  Yes.

19        MS. RAKOCZY:  At this point in time, pursuant to the

20   testimony and a business record certification, we would seek to

21   admit Government's Exhibit 2740.23.R.

22        MR. ROSSI:  No objection, Your Honor.

23        THE COURT:  It will be admitted.

24      (Government Exhibit 2740.23.R received in evidence.)

25        MS. RAKOCZY:  And if we could publish now to the jury

4524

Cody  -  DIRECT

1    what we zoomed in on.

2    BY MS. RAKOCZY:

3    Q.  I know it's a little bit small, but could you just walk us

4    through from left to right what this record in the Rally Pay

5    records shows.

6    A.  Yes.  First name, William.  Last name, Isaacs.  Email,

7    william.andrew.isaacs@gmail.com, in the amount of $20.  Billing

8    city, Kissimmee.  Billing state, Florida.  Created at 1/7/2021

9    2245.  Updated at 1/7/2021 2245.  Not refunded.  Refund is

10   false.  And "Donate M Bed" is the page title.

11        MS. RAKOCZY:  Thank you.  We could take that exhibit

12   down.

13        And if we could go back to Exhibit 9827.  I believe we

14   left off around Page 3.

15        Could we go to the next page, please.

16   BY MS. RAKOCZY:

17   Q.  Now, what date and time are we looking at now?

18   A.  January 7th, 2021, 11:45 a.m.

19   Q.  Did someone name Deep Sea send a message to the chain?

20   A.  Yes.

21   Q.  Is Deep Sea on the board behind you?

22   A.  No.

23   Q.  What does Deep Sea say in this message?

24   A.  It was an honor surviving with you.  We'll be in touch.

25   Q.  Can we go to the next page.

Cody - DIRECT

1        Does Mr. Isaacs respond?

2    A.  Yes.

3    Q.  What does he say?

4    A.  You too, Deep Sea.

5    Q.  Can we go to the next message.

6        Does someone referred to as Aunt Traci or Traci Isaacs

7    respond?

8    A.  Yes.

9    Q.  What does she say?

10   A.  Historic.

11   Q.  Can we go to the next page, please.

12       Does William Isaacs then respond as well?

13   A.  Yes.

14   Q.  What does he say?

15   A.  It was goddamn glorious.

16   Q.  Can we go to the next page, please.

17       A little later that day at 2:45 p.m. did someone named

18   Jessica Watkins chime in to the same chain?

19   A.  Yes.

20   Q.  Are you familiar with who Jessica Watkins is?

21   A.  I am.

22   Q.  Do we see her on the board behind you?

23   A.  Yes.

24   Q.  Can you point her out, please?

25   A.  It's the Ohio column at the top.

Cody - DIRECT

1    Q.  Under the yellow line 1 section?

2    A.  Yes.

3    Q.  Now, you said she's from Ohio; is that right?

4    A.  That's correct.

5    Q.  But she's in this "OK FL D.C. Op Jan 6" chat?

6    A.  Yes.

7    Q.  What did she say at 2:45 p.m.?

8    A.  Proud to go in with you all.

9    Q.  Can we go to the next page.

10       What does she continue?

11   A.  I'd say, quote, I'll follow you into the gates of Hell, end

12   quote, but we did that already.  And there's a laughing emoji.

13       MS. RAKOCZY:  We can take down the exhibit.  Thanks

14   very much, Ms. Rouhi.

15   BY MS. RAKOCZY:

16   Q.  Let's talk now a little bit about Ms. Watkins and the folks

17   she traveled with from Ohio.

18       Have you also reviewed messages in which Ms. Watkins and

19   members of the Ohio group made statements on the evening of

20   January 6th or the days thereafter?

21   A.  Yes.

22       MS. RAKOCZY:  Can we bring up, please, Exhibit 9830.

23   And if we could show both pages of the exhibit.

24   BY MS. RAKOCZY:

25   Q.  Are you familiar with these messages?

Cody - DIRECT

1   A.  I am.

2   Q.  Do these reflect messages that were sent or posts made to

3   social media by Jessica Watkins on the evening of January 6th

4   of 2021?

5   A.  Yes.

6   Q.  Do these fairly and accurately depict such messages?

7   A.  They do.

8   Q.  And have you reviewed the documents that these came from?

9   A.  Yes.

10          MS. RAKOCZY:  Can we please, at this point in time,

11  Your Honor, admit Exhibit 9830?

12          MR. ROSSI:  Subject to our prior objection.

13          THE COURT:  9830 is admitted prior to earlier

14  discussion.  These are all Rule 804.

15      (Government Exhibit 9830 received in evidence.)

16          MS. RAKOCZY:  Thank you, Your Honor.  If we could

17  publish to the jury.

18  BY MS. RAKOCZY:

19  Q.  Special Agent Cody, is this a message that was sent by

20  Jessica Watkins?

21  A.  Yes.

22  Q.  And who was it sent to?

23  A.  Montana.

24  Q.  Was this message recovered from Jessica Watkins's cell

25  phone?

Cody - DIRECT

1    A.  Yes.

2    Q.  Was the contact saved in her phone as Montana?

3    A.  Yes.

4    Q.  Are you aware of who Montana is?

5    A.  I am.

6    Q.  Is that based on your investigation?

7    A.  Yes.

8    Q.  Who is Montana?

9    A.  Montana Siniff.

10   Q.  Does that person have a personal relationship with Jessica

11   Watkins?

12   A.  Yes.

13   Q.  Is he a significant other to her?

14   A.  He is.

15   Q.  So on January 6th at 5:54 p.m., what did Ms. Watkins say to

16   Montana Siniff?

17   A.  We were in the thick of it.  Stormed the Capitol.  Forced

18   our way into the Senate and House.  Got tear gassed and muscled

19   the cops back like Spartans.

20   Q.  Could we go to the next page, please.

21       Are we looking at now a different type of message or post?

22   A.  Yes.

23   Q.  Could you explain that?

24   A.  This is a post from Parler, which is a social media

25   company.

Cody - DIRECT

1    Q.   When was this posted by Jessica Watkins?

2    A.   January 6th, 2021, 7:22 p.m.

3    Q.   Could you read the post, please.

4    A.   Yes.

5         Yeah, we stormed the Capitol today.  Tear gassed.  The

6    whole nine.  Pushed our way into the Rotunda.  Made it into the

7    Senate even.  The news is lying (even Fox) about the historical

8    events we created today.  #stopthesteal.  #stormtheCapitol.

9    #OathKeepers.  #Ohiomilitia.

10        MS. RAKOCZY:  Thank you.  We can take that exhibit

11   down.

12   BY MS. RAKOCZY:

13   Q.   Special Agent Cody, did you also read some messages that

14   were sent between somebody named Donovan Crowl and someone

15   named Thomas Caldwell on the evening of or days after

16   January 6th?

17   A.   Yes.

18   Q.   Can you remind the jury who Donovan Crowl and Thomas

19   Caldwell are, by using Exhibit 1529 behind you?

20   A.   Donovan Crowl is under Line 1 in the Ohio group, second

21   from the top, and Thomas Caldwell is under Quick Reaction Force

22   at the top.

23   Q.   Thank you, Special Agent Cody.  You can have a seat again.

24        MS. RAKOCZY:  Can we bring up just for the witness

25   Exhibit 9829, please.  If we could page through this exhibit.

Cody - DIRECT

1           Thank you.

2           If we could go back to the beginning now.

3    BY MS. RAKOCZY:

4    Q.  Special Agent Cody, do you recognize these messages?

5    A.  I do.

6    Q.  Are they messages sent by Donovan Crowl and Thomas Caldwell

7    in the days after January 6th of 2021?

8    A.  Yes.

9    Q.  Do these fairly and accurately depict messages that you

10   found in the phone or Facebook of Mr. Crowl and Mr. Caldwell

11   during that time period?

12   A.  Yes.

13           MS. RAKOCZY:  At this point in time, we would seek to

14   admit Exhibit 9829 into evidence.

15           MR. ROSSI:  Subject to our prior to discussion.

16           THE COURT:  9829 is admitted.

17       (Government Exhibit 9829 received in evidence.)

18           MS. RAKOCZY:  I should note, also, if we haven't

19   already for any of the Facebook records reflected in this

20   message and others talked about today, we would also

21   authenticate those pursuant to business record certifications.

22           All right.  If we could publish to the jury now.

23   BY MS. RAKOCZY:

24   Q.  Who is this message from?

25   A.  Donovan Crowl.

4531

Cody - DIRECT

1    Q.  Who is it to?

2    A.  Mike Mets.

3    Q.  Is this a message that he was sending on Facebook?

4    A.  Yes.

5    Q.  Is Mike Mets on Exhibit 1529, the board?

6    A.  No.

7    Q.  When is this message from?

8    A.  January 7th, 2021, at 4:40 p.m.

9    Q.  What did Mr. Crowl say?

10   A.  At the 3:21 you will see the Oath Keepers push through the

11   flag bearers in front of the door.  Yellow goggles.

12   Q.  Can we go to the next page, please.

13       Are we looking now here at a different set of messages?

14   A.  Yes.

15   Q.  Who are they between?

16   A.  Donovan Crowl and Donald Caldwell.

17   Q.  Were these recovered from Mr. Crowl's Facebook Messenger

18   evidence?

19   A.  Yes.

20   Q.  When was this message sent from Mr. Crowl to Mr. Caldwell?

21   A.  January 6th, 2021, 9:30 p.m.

22   Q.  Did he send a video?

23   A.  He, he did.

24   Q.  Have you looked at the phone of Mr. Crowl?

25   A.  I have.

Cody - DIRECT

1   Q.  When you were able to process data from that phone, could

2   you find that video?

3   A.  I could not.

4   Q.  Can we go to the next page, please.

5       Did Mr. Caldwell respond to that message?

6   A.  Yes.

7   Q.  What did he say?

8   A.  I am so damn proud of you.  Can't wait to hear the stories.

9   Q.  Can we go to the next page, please.

10      What did Mr. Crowl respond to that?

11  A.  Likewise, sir.  How does it feel to be a historic badass?

12  Q.  Can we go to the next page, please.

13      Now, when is this message from?

14  A.  January 7th, 2021, 8:46 p.m.

15  Q.  Who is it from?

16  A.  Donovan Crowl.

17  Q.  And who is it to?

18  A.  Tom Caldwell.

19  Q.  Could you please read the message.

20  A.  Hey, brother.  We are just about to Ben and Sandy's.  Had a

21  good trip.  We are going to have dinner and then bunk there

22  tonight.  Can you send me that last video again in a text

23  message?  I'm having trouble sharing it already.

24  Q.  Are you familiar based on this investigation with who

25  Mr. Crowl traveled to and from D.C. with?

Cody - DIRECT

1   A.  Yes.

2   Q.  Who is that?

3   A.  Jessica Watkins and Ben and Sandy Parker.

4        MS. RAKOCZY:  Thank you.  I think we can take down

5   that exhibit now.

6   BY MS. RAKOCZY:

7   Q.  In the course of your investigation did you also recover

8   messages sent in exchange between Jessica Watkins and Bennie

9   Parker in the days after January 6th?

10  A.  Yes.

11       MS. RAKOCZY:  Can we please bring up on the screen now

12  Exhibit 9840.

13       Can you page through the exhibit, please, for the

14  witness and counsel.

15  BY MS. RAKOCZY:

16  Q.  Special Agent Cody, do you recognize the messages in this

17  exhibit?

18  A.  I do.

19  Q.  And are these messages that were recovered from Jessica

20  Watkins's cell phone?

21  A.  Yes.

22  Q.  Are these fair and accurate depictions of messages

23  recovered from that phone between Jessica Watkins and Ben

24  Parker?

25  A.  Yes.

Cody - DIRECT

1          MS. RAKOCZY:  At this point in time, we would seek to

2    admit Exhibit 9840 into evidence.

3          THE COURT:  9480 is admitted.

4       (Government Exhibit 9840 received in evidence.)

5          MS. RAKOCZY:  Thank you.

6          Ms. Rouhi, can we begin with Page 4 of the exhibit.

7    And if we could publish to the jury.

8    BY MS. RAKOCZY:

9    Q.  We'll go back to the first few messages and give some

10   context to the beginning of this message, but let's just orient

11   the jury first with this message and those that follow, Special

12   Agent Cody.  Okay?

13   A.  Yes.

14   Q.  What is the date and time of this message?

15   A.  January 9th of 2021, 6:00 p.m.

16   Q.  And was it from someone saved in Ms. Watkins's phone as

17   Recruit Ben OSRM?

18   A.  Yes.

19   Q.  In the course of your investigation, based on both the

20   phone number associated with that contact and Ms. Watkins's

21   phone and other sources, are you aware of who Recruit Ben was?

22   A.  Yes.

23   Q.  Who was that?

24   A.  Ben Parker.

25   Q.  Who did Mr. Parker send this message to?

1  A.  Jessica Watkins.

2  Q.  What did he say?

3  A.  I'm sure they're not on us to see some pics but no militia.

4  I agree they want the ones doing damaging.  Hope Don's asshole

5  wasn't burning too much from my hot sauce.

6  Q.  Can we go to the next message, please.

7      What did Ms. Watkins respond?

8  A.  Well, Donovan might press arson charges for damage to his

9  asshole.

10  Q.  Can we go to the next message, please.

11      What did Mr. Parker respond?

12  A.  LMAO.  I said be careful.  It is hot shit.

13  Q.  Can we go to the next message.

14      Let me pause for just one second, having just read those

15  messages.

16      These messages are being sent on January 9th; is that

17  right?

18  A.  Yes.

19  Q.  Can you remind us, in the previous exhibit, did we look at

20  a message that Mr. Crowl sent on January 7th about where he was

21  planning to spend that night?

22  A.  Yes.

23  Q.  Where was Mr. Crowl saying he was going to spend that

24  night?

25  A.  At Ben and Sandy's.

4536

Cody - DIRECT

1    Q.  Turning back to this exhibit, Exhibit 9840, continuing this

2    conversation between Mr. Parker and Ms. Watkins, what did

3    Mr. Parker say next?

4    A.  Legs are starting to feel somewhat better.  Still a little

5    tender but better.  Hope you're doing better.

6    Q.  Can we go to the next page, please.

7        How did Ms. Watkins respond?

8    A.  I've been okay.  Felt pretty awful yesterday.  Hungover but

9    I slept it off.  Glad you're recovering well.

10   Q.  Can we go to the next page, please.

11       How did Mr. Parker respond?

12   A.  Glad you're doing better.  Sorry about the hangover.  I'll

13   be nicer next time.  Sometime I get carried away with the

14   booze.  I totally enjoyed your company at the bar.  You guys

15   are welcome here any time.

16   Q.  Can we go to the next message, please.

17       How did Jessica Watkins respond to that?

18   A.  I had a great time.  Thank you.  Nobody to blame but

19   myself.  I could have paced myself.  Just got carried away

20   because we were still on cloud nine.

21   Q.  Let's go to the next message, please.

22       And what did Mr. Parker say next?

23   A.  Sandy was having some sinus problems before we got to D.C.

24   but she is starting to feel a little better.

25   Q.  And in the next message, what did Jessica Watkins say?

Cody - DIRECT

1    A.  Good to hear.  I didn't know that.  She's a super trouper

2    pushing through all that walking like she did.

3    Q.  I think that is the last message.  Oh, sorry, one more.

4        What did Mr. Parker say?

5    A.  Exactly.  Think I'll call it a night.  Talk to you later.

6            MS. RAKOCZY:  Thank you, Ms. Rouhi.

7     BY MS. RAKOCZY:

8    Q.  Did Ms. Watkins then say one more thing?

9    A.  Yes.

10   Q.  What did she say?

11   A.  Night, Ben.  Talk to you later.

12           MS. RAKOCZY:  Thank you.  We can take that down for a

13   moment and we'll come back to the rest of those messages in a

14   little bit.

15    BY MS. RAKOCZY:

16   Q.  Let's talk now about Mr. Michael Greene.  Did you review

17   any messages that he sent in the afternoon or evening of

18   January 6th of 2021?

19   A.  Yes.

20           MS. RAKOCZY:  Can we please bring up Government's

21   Exhibit 9222 for the witness.  I'm sorry, 9222.2.  Thank you.

22           If we could page through the exhibit briefly.

23    BY MS. RAKOCZY:

24   Q.  Do you recognize this exhibit?

25   A.  I do.

Cody - DIRECT

1    Q.  Is this an extraction of certain photos and messages from

2    the cell phone of Michael Greene?

3    A.  It is.

4    Q.  Is this a fair and accurate depiction of such an

5    extraction?

6    A.  Yes.

7            MS. RAKOCZY:  At this point in time, we would seek to

8    admit Exhibit 9222.2.

9            MR. ROSSI:  No objection.

10            THE COURT:  It will be admitted.

11      (Government Exhibit 9222.2 received in evidence.)

12            MS. RAKOCZY:  Ms. Rouhi, would you mind zooming in on

13    the first pic.

14    BY MS. RAKOCZY:

15    Q.  Is this a photograph that Mr. Greene sent?

16    A.  Yes.

17            MS. RAKOCZY:  Can we zoom out, again, please.  And if

18    we could zoom in on the date and time of that photograph in the

19    top right corner here.

20     BY MS. RAKOCZY:

21    Q.  When was that photograph sent by Mr. Greene's phone?

22    A.  January 6th, 2021, at 3:03 p.m.

23            MS. RAKOCZY:  And if we could zoom out, please.

24            In the next message that's sent, could we please zoom

25    in on that date and time of the next one.

4539

Cody - DIRECT

1    BY MS. RAKOCZY:

2    Q.   When was the next message sent?

3    A.   January 6th of 2021 at 3:05 p.m.

4    Q.   Thank you.

5         MS. RAKOCZY:  If we could zoom out.  If we go to the

6    next page and see what it was he sent, please.

7    BY MS. RAKOCZY:

8    Q.   Is there another photograph?

9    A.   Yes.

10   Q.   Do you recognize the area depicted in this photograph?

11   A.   Yes.

12   Q.   What is that?

13   A.   It's the U.S. Capitol.

14   Q.   Is it is grounds of the Capitol?

15   A.   Yes.

16        MS. RAKOCZY:  Could we go to the next page to see the

17   next photograph sent.

18   BY MS. RAKOCZY:

19   Q.   Do you recognize what's depicted there?

20   A.   Yes.

21   Q.   What is that?

22   A.   Grounds of the U.S. Capitol.

23   Q.   At the bottom of this third picture is there some text or a

24   message?

25   A.   There is.

Cody - DIRECT

1          MS. RAKOCZY:  Can we please zoom in on that,

2    Ms. Rouhi?

3    BY MS. RAKOCZY:

4    Q.  What did Mr. Greene write?

5    A.  Storming the Capitol.

6          MS. RAKOCZY:  Thank you.  Will you take that exhibit

7    down.  Could we please bring up just for the witness

8    Exhibit 9.22.3.

9       And page through the exhibit for the witness, please.

10   BY MS. RAKOCZY:

11   Q.  Are there also some photographs and messages in this

12   exhibit?

13   A.  Yes.

14   Q.  Do these fairly and accurately depict messages and

15   photographs that were sent by Mr. Greene's phone as they were

16   extracted from the phone?

17   A.  Yes.

18         MS. RAKOCZY:  At this point in time, we would seek to

19   admit Exhibit 9222.3.

20         MR. ROSSI:  No objection.

21         THE COURT:  Admitted.

22      (Government Exhibit 9222.3 received in evidence.)

23         MS. RAKOCZY:  Thank you.

24         If we could publish for the jury, Ms. Rouhi.  Can we

25   zoom in on the photograph on the top.

Cody - DIRECT

1    BY MS. RAKOCZY:

2    Q.   Do you recognize the area depicted in this photograph?

3    A.   I do.

4    Q.   What is that?

5    A.   The grounds of the U.S. Capitol and the U.S. Capitol in the

6    back.

7    Q.   Do you know what side of the building this depicts?

8    A.   I believe it is the east side.

9    Q.   And is this a photograph that was taken and sent by

10   Mr. Greene's cell phone?

11   A.   Yes.

12        MS. RAKOCZY:  Can we zoom out, please.  And if we

13   could zoom in on the next message or photograph, the timestamp.

14   BY MS. RAKOCZY:

15   Q.   When was this sent?

16   A.   January 6th of 2021 at 5:19 p.m.

17   Q.   Thank you so much.

18        MS. RAKOCZY:  If we could zoom out.

19   BY MS. RAKOCZY:

20   Q.   This number here, the 317 area code, does that reflect

21   Mr. Greene's phone number?

22   A.   Yes.

23        MS. RAKOCZY:  If we could go to the next page.  Could

24   we see the photograph that was sent at that date and time.

25

4542

Cody - DIRECT

1    BY MS. RAKOCZY:

2    Q.  Is that just sort of a further-back depiction of the same

3    photograph?

4    A.  Yes.

5    Q.  Thank you.

6          MS. RAKOCZY:  Could we zoom out.  And if we could zoom

7    in on the date and time of the next one.  Thank you so much.

8    BY MS. RAKOCZY:

9    Q.  When was that sent?

10   A.  January 6th of 2021 at 5:19 p.m.

11         MS. RAKOCZY:  If we could zoom out.

12   BY MS. RAKOCZY:

13   Q.  Was that also sent by Mr. Greene's phone number?

14   A.  Yes.

15   Q.  If we could go to the next page.  Let's see what was sent.

16       Is that another photograph?

17   A.  Yes, it is.

18   Q.  If we could zoom in, please.

19       Does this also depict the Capitol grounds?

20   A.  Yes.

21   Q.  Can we zoom out, please.  If we could zoom in on the date

22   and time of the next message.

23       When was this sent?

24   A.  January 6th of 2021 at 5:20 p.m.

25   Q.  Thank you.

Cody - DIRECT

1          If we could zoom out.

2          Was that also sent by Mr. Greene's phone number?

3     A.   Yes.

4     Q.   If we could go to the next page and see what it was that

5     was sent.

6          Do you recognize the area depicted in this photograph?

7     A.   Yes.

8     Q.   What is that?

9     A.   Grounds of the U.S. Capitol.

10    Q.   Thank you.

11         And, finally, if we could zoom in on the message and date

12    and time at the bottom this page.

13         When was this message sent?

14    A.   January 6th of 2021 at 5:20 p.m.

15    Q.   What was the message that was sent?

16    A.   Storming the Capitol.

17    Q.   Was this message sent by Mr. Greene's phone?

18    A.   Yes.

19    Q.   Thank you.

20         MS. RAKOCZY:  We could take that down.  Let's go to

21    the final page of the exhibit, if there is one.

22         Are there two more photographs that were sent?

23         We could go up to the previous page.  Just one more

24    page up, I'm sorry.  Page 6, I think it is.  Thank you.

25

Cody - DIRECT

1    BY MS. RAKOCZY:

2    Q.  Was there another photograph or two sent?

3    A.  Yes.

4    Q.  Do these also depict the Capitol grounds?

5    A.  Yes.

6          MS. RAKOCZY:  Thank you.  We can take what down.

7    Thank you so much, Ms. Rouhi.

8    BY MS. RAKOCZY:

9    Q.  Special Agent Cody, after January 6th, did you see any

10   messages where Stewart Rhodes asked for Mr. Greene to come to

11   the state of Texas?

12   A.  Yes.

13         MS. RAKOCZY:  Can we bring up Exhibit 9833, just for

14   the witness.

15         Can we page through the exhibit, please.

16   BY MS. RAKOCZY:

17   Q.  Do you recognize these messages?

18   A.  I do.

19   Q.  Are these messages that were depicted from the cell phones

20   of someone named Landon Bentley or Kellye SoRelle?

21   A.  Yes.

22   Q.  Do these fairly and accurately depict messages sent and

23   received by Kellye SoRelle on January 7th and 8th of 2021?

24   A.  Yes.

25         MS. RAKOCZY:  At this point in time, we would seek to

Cody - DIRECT

1  admit Exhibit 9833 into evidence.

2          MR. ROSSI:  Lack of foundation.

3          MS. RAKOCZY:  Your Honor, I believe we've read a

4  stipulation about Ms. SoRelle's phone.

5  BY MS. RAKOCZY:

6  Q.  So let me ask you, Special Agent Cody, have you reviewed

7  the data extracted from Kellye SoRelle's phone?

8  A.  I have.

9  Q.  And based on that, do these messages fairly and accurately

10  depict messages sent and received by Kellye SoRelle's phone?

11  A.  Yes.

12          MS. RAKOCZY:  At this point in time, we would seek to

13  admit Exhibit 9833 into evidence.

14          MR. ROSSI:  It's fine.  No objection.

15          THE COURT:  Okay.  Thank you.

16          9833 is admitted.

17      (Government Exhibit 9833 received in evidence.)

18          MS. RAKOCZY:  If we could publish to the jury now.

19  BY MS. RAKOCZY:

20  Q.  Special Agent Cody, can you remind us who Kellye SoRelle is

21  using Exhibit 1529 behind you?

22  A.  Kellye SoRelle is on the top row far right under

23  Leadership.

24  Q.  Is she exchanging messages here with phone number ending in

25  8824?

Cody - DIRECT

1   A.  She is.

2   Q.  Based on your investigation, are you familiar with who used

3   that phone number in the time period of January 2021?

4   A.  Yes.

5   Q.  Who was using that phone number?

6   A.  Mr. Rhodes.

7   Q.  And who did the phone belonging to that phone number belong

8   to?

9   A.  Landon Bentley.

10  Q.  Have you reviewed more messages than we're going to show

11  here from this time period between this Landon Bentley phone

12  number and Kellye SoRelle?

13  A.  Yes.

14  Q.  From the context of those messages, is that why you're

15  saying that these messages are to and from and Steward Rhodes

16  and not Landon Bentley?

17          MR. SHIPLEY:  Objection.  Calls for speculation.

18          THE COURT:  Mr. Shipley.

19          (Bench conference out of the hearing of the jury.)

20          MR. ROSSI:  -- what the basis is for his belief that

21  these are from Rhodes?

22          MS. RAKOCZY:  Sure.  So I have marked as an exhibit --

23  we discussed during lunch Exhibit 9116, the full text -- the

24  full chain here from this time period, and I'm happy to read

25  through it with the witness and have him point out certain

Cody -- DIRECT

1   messages where Mr. Rhodes tells Ms. SoRelle, when she tries to

2   not come to D.C., you know, be a good girl, come to D.C., and

3   messages that suggest a tone that is consistent with the way

4   that the special agent will say he sees Ms. SoRelle and

5   Mr. Rhodes communicate during the time period of this case.

6          MR. SHIPLEY:  To ask this witness what is being said

7   or intended by Kellye -- by Stewart Rhodes through the

8   communications of these two parties is without foundation.  I

9   know the exchange she's talking about.  It might have been

10  relevant while Mr. Rhodes was sitting in the courtroom.  This

11  is --

12         THE COURT:  Hang on, Mr. Shipley.  You've made three

13  different objections.  So first was that you objected when she

14  asked him whether he understood these messages to be from

15  Mr. Rhodes.

16         MR. SHIPLEY:  Calling for speculation.

17         THE COURT:  Okay.  So what Ms. Rakoczy has just said

18  is there's another exhibit that would permit the agent to make

19  a comparison to show that this is actually communication with

20  Mr. Rhodes.

21         So do you still maintain the objection?

22         MR. SHIPLEY:  It's just a question of whether you want

23  to go through that exercise.  I don't know that it really leads

24  us anywhere.  So rather than go through that exercise, which I

25  think is largely irrelevant and a waste of time, I'd just

Cody - DIRECT

1    assume let this one come in and go on.

2              THE COURT:  Okay.

3         (Bench conference concluded.)

4              THE COURT:  Exhibit 9833 will be admitted.

5         (Government Exhibit 9833 received in evidence.)

6              MS. RAKOCZY:  Thank you, Your Honor.

7    BY MS. RAKOCZY:

8    Q.  So what does Kellye SoRelle say to this phone that

9    Mr. Rhodes is using on January 7th at 4:51 p.m.?

10   A.  I will be in Bristol in two and a half hours.

11   Q.  Can we go to the next message.

12        How does Mr. Rhodes respond?

13   A.  Go there.  Wait there.  Text Whip and ask him to go there

14   too or to Texas, to Austin.  Tell him he is needed.

15   Q.  Can you go to the next message, please.

16        Are we seeing here a message between Kellye SoRelle and

17   someone else?

18   A.  Yes.

19   Q.  Can we go back to the previous slide.

20        So that's at January 7th at 4:53 p.m.; is that right?

21   A.  Yes.

22   Q.  And if we go to the next message, what time does

23   Ms. SoRelle send a message to this other person?

24   A.  January 7th, 2021, at 7:27 p.m.

25   Q.  Who does she send the message to?

4549

Cody - DIRECT

1    A.   Michael Greene.

2    Q.   What does she say?

3    A.   May need to come to Texas.

4         MS. RAKOCZY:  Can we take that down.

5    BY MS. RAKOCZY:

6    Q.   In the course of your investigation have you reviewed

7    financial records associated with Michael Greene's accounts?

8    A.   Yes.

9    Q.   And in those records, have you seen any evidence to suggest

10   that at some point in time in January of 2021, Mr. Greene was

11   in the state of Texas, at least based on where his charges were

12   showing up?

13   A.   Yes.

14        MS. RAKOCZY:  Can we please bring up on the screen

15   Government's Exhibit 2875.3.  If we can just page through the

16   exhibit.

17   BY MS. RAKOCZY:

18   Q.   Do you recognize these records?

19   A.   I do.

20   Q.   Are these records from a bank account associated with

21   Michael Greene?

22   A.   Yes.  As Michael Simmons.

23   Q.   Are you familiar with whether Mr. Greene also goes by

24   Michael Simmons?

25   A.   Yes.

Cody - DIRECT

1   Q.  Does he?

2   A.  He does.

3       MS. RAKOCZY:  At this point in time, pursuant to both

4   a business record certification and a testimony of the agent,

5   we would seek to move in a redacted portion of the records,

6   just the portion that we'll highlight here today, into

7   evidence.

8       MR. ROSSI:  No objection.

9       THE COURT:  It will be admitted.

10      (Government Exhibit 2875.3 received in evidence.)

11      MS. RAKOCZY:  Thank you.

12      If we can go to Page 2 of the exhibit, please.  And go

13  down to the dates of -- I'm sorry, the Court's indulgence.

14      We're going to highlight portions from the dates of

15  January 27th through February 1st.

16  BY MS. RAKOCZY:

17  Q.  Special Agent Cody, do we see here some records from the

18  bank account of Mr. Greene for the dates of January 27th

19  through February 1st of 2021?

20  A.  Yes.

21  Q.  Can we see in the portion that I will just draw a box

22  around here, sort of in the middle of the screen, is there a

23  brief description of the transaction and a location given?

24  A.  Yes.

25  Q.  Okay.  And can you describe where the bulk of these

Cody - DIRECT

1   records, beginning on January 27th, are coming up in?

2   A.  Most of them are in Texas.

3   Q.  Are you familiar with where Steward Rhodes was at this

4   time?

5   A.  Yes.

6   Q.  Where was he residing at this time?

7   A.  Texas.

8   Q.  Now, the previous messages we see Ms. SoRelle sent that

9   message to Mr. Greene on January 7th.  Did you see evidence

10  that he went to Texas right away after January 7th?

11  A.  No.

12  Q.  Are these records on the 27th the first that you saw, in at

13  least his financial records, suggesting that Mr. Greene had

14  gone to Texas?

15  A.  Yes.

16  Q.  Thank you.

17          MS. RAKOCZY:  We can take down that exhibit, please.

18   BY MS. RAKOCZY:

19  Q.  Special Agent Cody, in the course of your investigation did

20  you see any evidence in Mr. Greene's financial records that he

21  was compensated by the Oath Keepers or Stewart Rhodes or Kellye

22  SoRelle?

23  A.  Yes.

24  Q.  Did this evidence show up in Mr. Greene's bank records that

25  we were just talking about?

Cody - DIRECT

1    A.  Yes.

2    Q.  Are his bank records from November of 2020 through January

3    of 2021, are they records that take up several, maybe a dozen

4    or so pages?

5    A.  Yes.

6    Q.  Are there many rows and lines on those pages?

7    A.  Yes.

8    Q.  Did you create a chart that highlighted just the payments

9    Mr. Greene received from Stewart Rhodes, the Oath Keepers

10   organization or Kellye SoRelle?

11   A.  I did not create it.

12   Q.  Are you familiar with that exhibit?

13   A.  I am.

14   Q.  Have you compared it to the bank records of Mr. Greene?

15   A.  Yes.

16       MS. RAKOCZY:  Can we bring up for the witness, please,

17   Government's Exhibit 9834.  Can we page through the exhibit,

18   please.

19    BY MS. RAKOCZY:

20   Q.  It's a three-page exhibit; is that correct?

21   A.  Yes.

22   Q.  Does this exhibit fairly and accurately depict payments

23   coming into Michael Greene's bank accounts in November of 2020,

24   December of 2020 and January of 2021 from the accounts

25   associated with the Oath Keepers, Kellye SoRelle and Stewart

Cody - DIRECT

1    Rhodes?

2    A.   Yes.

3         MS. RAKOCZY:  At this point in time we would seek to

4    admit Exhibit 9834 into evidence.

5         MR. ROSSI:  No objection.

6         THE COURT:  9834 is admitted.

7      (Government Exhibit 9834 received in evidence.)

8         MS. RAKOCZY:  Thank you.

9         If we could publish to the jury.

10   BY MS. RAKOCZY:

11   Q.   Special Agent Cody, could you explain what we're seeing on

12   the first page of the exhibit?

13   A.   Yes.  The first page shows five deposits to Michael

14   Greene's account.  The senders being for the first two Oath

15   Keepers and the last three Kellye SoRelle, in the amounts of

16   $10, $4,750, $10, $2,000 and $625, and the transaction method

17   is Zelle.

18   Q.   Can we go to the next page, please.

19        Does this reflect a payment in December of 2020?

20   A.   Yes.

21   Q.   From whom?

22   A.   Oath Keepers.

23   Q.   To whom?

24   A.   Michael Greene.

25   Q.   For how much?

Cody - DIRECT

1   A.   $600.

2   Q.   Can we go to the last page, please.

3        Are these records of payments from the Oath Keepers to

4   Michael Greene in January of 2021?

5   A.   Yes.

6   Q.   For which amounts?

7   A.   $500 and $8,000.

8   Q.   When was the $8,000 payment sent?

9   A.   The 11th of January, 2021.

10          MS. RAKOCZY:   Thank you.   We can take that down.

11    BY MS. RAKOCZY:

12   Q.   Okay.   Special Agent Cody, let's talk a little bit about

13   the morning of January 7th of 2021.

14       Have you reviewed any messages sent by the Florida group

15   depicted on the board, Exhibit 1529, on the morning of

16   January 7th?

17   A.   Yes.

18          MS. RAKOCZY:   Can we bring up on the screen for the

19   witness Exhibit 9825.   Please page through the exhibit for the

20   witness and counsel.

21   BY MS. RAKOCZY:

22   Q.   Special Agent, are these messages from the Signal group

23   chat "OK FL D.C. Op Jan 6"?

24   A.   Yes.

25   Q.   Were these recovered from the cell phone of Aaron Stone,

Cody - DIRECT

1   who we were talking about earlier?

2   A.   Yes.

3   Q.   Do these fairly and accurately depict messages you observed

4   in the data extraction from that phone?

5   A.   Yes.

6        MS. RAKOCZY:  At this point in time, we would seek to

7   admit Exhibit 9825 into evidence.

8        THE COURT:  9825 will be admitted.

9    (Government Exhibit 9825 received in evidence.)

10       MS. RAKOCZY:  Can we please publish to the jury.

11   BY MS. RAKOCZY:

12   Q.   So remind us again, what is the group chat that these

13   messages all come from?

14   A.   "OK FL D.C. Op Jan 6".

15   Q.   When is the first message sent?

16   A.   January 7th, 2021, at 5:09 a.m.

17   Q.   Who was it sent by?

18   A.   Whippet.

19   Q.   To be clear, is that Whip, or Whiplash, Michael Greene?

20   A.   It is not.

21   Q.   Is this a different person in the Florida group who used

22   the nickname Whippet?

23   A.   Yes.

24   Q.   What did he say to the chat?

25   A.   Good morning.  Don't know if the guy with van that drove me

Cody - DIRECT

1   here will be awake yet but I leave a garbage bag with my

2   sleeping bag in it in his van.  If you hear from him before you

3   leave, can you grab it, please?  If not, it okay.  I'll get it

4   back someday.

5   Q.  Can we go to the next page, please.

6       Does somebody name Hatsy respond?

7   A.  Yes.

8   Q.  Are you familiar with who used the nickname Hatsy in this

9   chat?

10  A.  I am.

11  Q.  Who is that?

12  A.  David Moerschel.

13  Q.  Is he on the board behind you?

14  A.  Yes.

15  Q.  Can you point him out?

16  A.  The second row under Line 1 in the center for the Florida

17  contingent.

18  Q.  Thank you.

19      So what did Mr. Moerschel write next in this chat at

20  6:35 a.m. on the 7th?

21  A.  We have your bag.  We will leave it with Kane at the QRF.

22  We are en route there now.

23  Q.  Are you familiar with who used the name Kane in this Signal

24  chat during this time period?

25  A.  Yes.

Cody - DIRECT

1    Q.   Who is that?

2    A.   Kenneth Bittner.

3    Q.   Is he on the board?

4    A.   He is.

5    Q.   Can you remind us where he is?

6    A.   He is the Quick Reaction Force column at the very bottom.

7    Q.   Okay.  And where was Kenneth Bittner from?

8    A.   Florida.

9    Q.   And here on the morning of the 7th is David Moerschel

10   saying that they'll leave something, a bag, with Kane,

11   Mr. Bittner, at the QRF?

12   A.   Yes.

13   Q.   Does he say we're en route there now?

14   A.   Yes.

15   Q.   Are you familiar with a location that was referred to as

16   the QRF by some of these people we've been talking about for

17   January 5th through 6th, 2021?

18   A.   Yes.

19   Q.   What location was that?

20   A.   It's a Comfort Inn in Arlington, Virginia.

21   Q.   Have you reviewed some of the surveillance video from that

22   hotel?

23   A.   Yes.

24   Q.   Let's come back to that in one minute.  Let's go to the

25   next message, please.

Cody - DIRECT

1      Somebody named Gator 6 a little later that morning sent a
2  message to the chat?
3  A.  Yes.
4  Q.  Who used the moniker Gator 6?
5  A.  Kenneth Harrelson.
6  Q.  Is Kenneth Harrelson on the board?
7  A.  He is.
8  Q.  Can you point him out?
9  A.  He's in Line 1, the Florida contingent, top right.
10 Q.  Thank you.
11     So what did Kenny Harrelson write a little later in the
12 morning of the 7th?
13 A.  So we're just leaving D.C. and I would like to know where
14 shit's at since it seems everyone's gone already.
15 Q.  Can we go to the next message.
16     Did someone who used the name Just Gator respond?
17 A.  Yes.
18 Q.  And who used that name, Just Gator?
19 A.  I believe it's Gator Kane.
20 Q.  Or Kenneth Bittner?
21 A.  Yes.
22 Q.  What did Gator Kane respond?
23 A.  Did you leave it at Comfort Inn in that room?
24 Q.  Go to the next message, please.
25     What does Kenneth Harrelson say?

Cody - DIRECT

1   A.  No answer.  Okay.  I'll just hunt you fuckers down.

2   Q.  Can we go to the next message.

3       Does David Moerschel respond suggesting something?

4   A.  Yes.

5   Q.  What was that?

6   A.  DM Kane.

7   Q.  Does "DM" stand for direct message?

8   A.  Yes.

9       MS. RAKOCZY:  Can we go to the next message, please.

10  Is that the last message in the slide?  Yes.  Thank you.  If we

11  can bring that down.

12   BY MS. RAKOCZY:

13  Q.  So you said you reviewed the surveillance video from the

14  hotel, the Comfort Inn in Boston; is that right?

15  A.  Yes.

16      MS. RAKOCZY:  Can we bring up on the screen, please,

17  Government's Exhibit 1518, which is already admitted into

18  evidence.  And could we go to 7 minutes and 8 seconds, please.

19      Just for the record, this is 1518 and we're going to

20  go to 7 minutes and 8 seconds.

21      Could we play through and then pause at 7 minutes and

22  12 seconds.

23     (The video was played.)

24      MS. RAKOCZY:  Can we go back, I'm sorry, to 7 minutes

25  and 8 seconds.

Cody - DIRECT

1    BY MS. RAKOCZY:

2    Q.   All right.  Special Agent Cody, do you recognize this

3    footage that we see on the screen?

4    A.   Yes.

5    Q.   What is this?

6    A.   This is footage from the inside the Comfort Inn.

7    Q.   When is it from?

8    A.   From January 7th, 2021, at 7:20 a.m.

9    Q.   We see someone on the screen who's indicated here as David

10   Moerschel.  Can you remind us, did that person use the name

11   Hatsy?

12   A.   Yes.

13   Q.   We see this person, Kenneth Bittner.  Can you remind us,

14   was that another person we just read messages from?

15   A.   Yes.

16   Q.   Okay.  In the video here, what are the humans doing?

17   A.   It appears they are transporting luggage to put it onto the

18   elevator.

19   Q.   In the course of this investigation, did members of the FBI

20   team obtain from David Moerschel firearms that he brought to

21   the district for January 6th of 2021?

22   A.   Yes.

23   Q.   Or the general District of Columbia area, I should say?

24   A.   Yes.

25            MS. RAKOCZY:  All right.  With the Court's permission

Cody - DIRECT

1  now, we would seek to move into evidence and publish to the

2  jury --

3          THE COURT:  Ms. Rakoczy, can you rephrase that

4  question?

5          MS. RAKOCZY:  Yes, Your Honor.  Actually, could we go

6  on the phone for one second?

7          THE COURT:  Sure.

8          (Bench conference out of the hearing of the jury.)

9          THE COURT:  -- discuss this.  It would -- actually,

10  that Agent Cody can't draw the inference that this, in fact, is

11  the gun Mr. Moerschel brought, unless I'm missing evidence that

12  I'm not thinking about.

13          MS. RAKOCZY:  So this one is mildly trickier or more

14  direct, I guess less tricky, because Mr. Moerschel, through his

15  counsel, turned over the, quote, unquote, weapons he brought to

16  D.C.

17          THE COURT:  I see.

18          MS. RAKOCZY:  And so Special Agent Cody has reviewed

19  the emails in that chain and is familiar with what was logged

20  into evidence after it was given to the FBI in Florida from

21  Mr. Moerschel's attorney.

22          THE COURT:  Okay.

23          MS. RAKOCZY:  The rest we will sort of more draw the

24  comparison of whether this is consistent or inconsistent with

25  the things we see on the video.

Cody - DIRECT

1          MR. WOODWARD:  It's not trickier for us, Your Honor.

2     The evidence is not in that these firearms were the firearms

3     that were brought to D.C., or that there's an inference to be

4     drawn, or the fact that Moerschel is pushing this cart with

5     whatever's on the cart.

6          So if the Government's going to argue in closing that

7     the firearms that they presented to the jury are likely the

8     firearms that were on that cart, we think they need a bit of

9     foundation.  You've predicted my objection.

10          THE COURT:  Okay.

11          All right.  I'll just ask you to rephrase.  And just

12     ask Agent Cody whether they obtained a firearm from

13     Mr. Moerschel, how they obtained it, and then he can confirm

14     that this is the firearm that they obtained.

15          MS. RAKOCZY:  Yes, Your Honor.

16          THE COURT:  And the jury can draw the conclusion, if

17     they wish, whether this was the firearm that was in that case.

18          MS. RAKOCZY:  Thank you, Your Honor.

19       (Bench conference concluded.)

20          THE COURT:  So the objection is sustained.

21     BY MS. RAKOCZY:

22     Q.  Special Agent Cody, were firearms belonging to David

23     Moerschel obtained by the FBI team in this investigation?

24     A.  Yes.

25     Q.  How were they obtained, if you recall?

Cody - DIRECT

1    A.  Mr. Moerschel turned them over to his attorney and agents

2    recovered those items from his attorney in Florida.

3         MS. RAKOCZY:  With the Court's permission, we will now

4    have the special agent verify that these are, in fact, the same

5    items, but we will seek to move into evidence Exhibits 123,

6    124, 125 and 126.  We'll show this to counsel first.

7         MR. WOODWARD:  Your Honor, can we chat briefly while

8    they're doing it?

9       (Bench conference out of the hearing of the jury.)

10        MR. WOODWARD:  -- in this picture, Your Honor.

11        THE COURT:  It's not clear to me how many weapons

12   they're seeking to introduce.

13        Is it four?

14        MS. RAKOCZY:  No.  There's just two weapons in two

15   cases.

16        MR. WOODWARD:  There's only one gun case in the

17   picture.

18        MS. RAKOCZY:  I apologize, Your Honor.  We're in a

19   little bit of a tough spot because we submitted stipulations to

20   everyone that counsel for Mrs. Meggs agreed to a long time, so

21   I just was not quite expecting to do this song and dance in

22   this exact way today.  So I apologize that this is not coming

23   in as cleanly as I would like.

24        I am happy to bring out -- I think the Court heard the

25   testimony of the Caleb Berry, but there were numerous items

Cody - DIRECT

1    brought in numerous trips up and down in elevators with this

2    stuff.  Yes, we can see one rifle case in the photograph, and I

3    can point that out if you would only like us to move in the

4    long arm, but I think there is certainly an evidentiary

5    possibility that also a pistol was brought.  A pistol was

6    turned over to the FBI from Mr. Marshall's counsel.

7            MR. WOODWARD:  Caleb Berry did not know whose firearms

8    were whose cases he was loading onto the truck.  He said that.

9            THE COURT:  That's okay.  I mean, these were turned

10   over by Mr. Moerschel's counsel.  To the extent that they --

11   that act of production is testimonial, it's admissible as an

12   admission by Mr. Moerschel that these weapons purport to be

13   what they are.  And so I don't think there's any issue in terms

14   of the evidentiary inference that these were weapons that are

15   connected to this case.  They were turned over by his counsel.

16   And the act of producing them is testimony, in a sense, but

17   it's an act that can be testified to.  Okay.

18           MS. RAKOCZY:  Thank you, Your Honor.

19      (Bench conference concluded.)

20   BY MS. RAKOCZY:

21   Q.  Special Agent Cody, are you holding up now Government's

22   Exhibit -- does that say 125 on the exhibit label?

23   A.  126.

24   Q.  126.  Thank you.

25           Is this one of the firearms that was turned over by

Cody - DIRECT

1   Mr. Moerschel through his counsel to the FBI?

2   A.  Yes, it is.

3   Q.  Thank you.

4       Special Agent Palian, you can take that back.

5           MS. RAKOCZY:  We would seek the admission of

6   Government's Exhibit 126.

7           THE COURT:  It's admitted subject to the discussions

8   we had on it.

9       (Government Exhibit 126 received in evidence.)

10          MS. RAKOCZY:  Thank you.

11          And if I could just briefly trouble Special

12  Agent Palian to also at some point bring up the case as well.

13          In the meantime, let's look at Government's

14  Exhibit 124 and 125.

15  BY MS. RAKOCZY:

16  Q.  All right.  Special Agent Cody, do you have in front of you

17  Exhibits 124 and 125?

18  A.  Yes, I do.

19  Q.  Are these also items that were turned over by Mr. Moerschel

20  through his counsel to the FBI?

21  A.  Yes.

22  Q.  Could you show us what they are?

23  A.  (Indicating.)

24  Q.  What is that?

25  A.  This is a Glock pistol.

Cody - DIRECT

1   Q.  And that is Exhibit 125, I believe?

2   A.  Yes.

3   Q.  Thank you.

4          MS. RAKOCZY:  We would seek to move that into

5   evidence.

6   BY MS. RAKOCZY:

7   Q.  And are you also holding Exhibit 124?

8   A.  Yes.

9   Q.  Is that a case?

10  A.  It is.

11  Q.  Was that also turned over by Mr. Moerschel through his

12  counsel?

13  A.  Yes.

14         MS. RAKOCZY:  We would seek to admit Exhibits 124 and

15  125.

16         MS. HALLER:  Same objection.

17         THE COURT:  It will be admitted.

18    (Government Exhibit 124 received in evidence.)

19    (Government Exhibit 125 received in evidence.)

20         MS. RAKOCZY:  Thank you.

21         And, Special Agent Palian, if you wouldn't mind

22  bringing up that case.

23  BY MS. RAKOCZY:

24  Q.  Is that Exhibit 123?

25  A.  Yes, it is.

Cody - DIRECT

1    Q.  And is that a rifle case?

2    A.  Yes.

3    Q.  Is it a case that would fit the rifle that you just held

4    up?

5    A.  Yes.

6    Q.  Was this also turned over by Mr. Moerschel to the FBI

7    through his attorney?

8    A.  Yes.

9         MS. RAKOCZY:  At this point in time we would seek to

10   admit Exhibit 123.

11        THE COURT:  123 will be admitted.

12   (Government Exhibit 123 received in evidence.)

13        MS. RAKOCZY:  Thank you.

14        All right.  Let's pause for a second and go back to

15   the video.  Could we please bring up Exhibit 1518 and go to

16   8 minutes and 14 seconds.

17   BY MS. RAKOCZY:

18   Q.  Do you see here depicted on the screen, Special Agent Cody,

19   some other individuals?

20   A.  Yes.

21   Q.  Do you see Jason Dolan?

22   A.  Yes.

23   Q.  I know it's a little grainy here but have you reviewed this

24   footage in its entirety?

25   A.  Yes, I have.

Cody - DIRECT

1   Q.   And are you familiar with what Mr. Dolan looks like?

2   A.   Yes.

3   Q.   Could you remind us, is Mr. Dolan on the board?

4   A.   Yes, he is.

5   Q.   Could you point him out?

6   A.   He is on the Florida contingent, Line 1, second line, all

7   the way to the right.

8        MS. RAKOCZY:   All right.   Could we advance just a

9   little bit on the video, please.   A couple frames on the video.

10       Thank you.   Can we pause here.

11  BY MS. RAKOCZY:

12  Q.   On this luggage cart, do you see several cases?

13  A.   Yes.

14  Q.   Are one or two of them green in color?

15  A.   They are.

16  Q.   In the course of the FBI investigation into this case, were

17  certain firearms recovered from Jason Dolan?

18  A.   Yes.

19  Q.   And were certain firearms cases recovered from Jason Dolan?

20  A.   Yes.

21       MS. RAKOCZY:   With the special agent's help, could we

22  please bring up for Special Agent Cody Exhibits 35 and 37, a

23  case and firearm.

24  BY MS. RAKOCZY:

25  Q.   You're now holding, I believe, Government's Exhibit 37; is

Cody - DIRECT

1    that right?

2    A.   Yes.

3    Q.   Thank you.

4         Is that a firearm that was recovered from Jason Dolan?

5    A.   Yes.

6    Q.   And now Special Agent Abrams is now holding up a large

7    case, which I believe is Government's Exhibit 35.

8         Is that a case that was recovered from Mr. Dolan?

9    A.   Yes, it is.

10   Q.   Does the case go with the firearm, based on the

11   manufacturer or other things?

12   A.   No.

13   Q.   Would that firearm fit within that case?

14   A.   Yes, it would.

15   Q.   Is there anything about that case that is consistent or

16   inconsistent with some of the cases we see depicted on the

17   video footage here?

18   A.   It's green in color.

19   Q.   Thank you very much.

20        MS. RAKOCZY:  At this point in time, we would seek to

21   admit Exhibits 35 and 37.

22        MS. HALLER:  Same objection.

23        THE COURT:  It will be admitted over objection.  37

24   and 35 are admitted.

25        (Government Exhibit 35 received in evidence.)

4570

Cody - DIRECT

1          (Government Exhibit 37 received in evidence.)

2               MS. RAKOCZY:  Thank you.

3               We can take that down, that video down, please,

4     Ms. Rouhi.  Thank you for your help.

5     BY MS. RAKOCZY:

6     Q.  Special Agent Cody, are you familiar with whether, in the

7     course of this investigation, any firearms were recovered from

8     the home of Bennie and Sandra Parker?

9     A.  Yes.

10    Q.  Were those recovered during the execution of a warrant on

11    their home?

12    A.  Yes.

13              MS. RAKOCZY:  Can we please show to counsel and then

14    bring up to the witness Government's Exhibits 138 and 139.

15              We can do them one at a time.

16              Okay.  Special Agent Palian, if you could bring up to

17    Special Agent Cody Government's Exhibit 139.

18              For the record, Special Agent Cody is holding

19    Government's Exhibit 139.

20    BY MS. RAKOCZY:

21    Q.  Do you recognize this firearm?

22    A.  Yes.

23    Q.  Was this recovered from the home of Bennie and Sandra

24    Parker?

25    A.  It was.

Cody - DIRECT

1          MS. RAKOCZY:  At this point in time, we would seek to
2     move Exhibit 139 into evidence.
3          MR. WOODWARD:  No objection.
4          THE COURT:  Admitted.
5        (Government Exhibit 139 received in evidence.)
6          MS. RAKOCZY:  Thank you, Special Agent.  You could
7     take that back.  If you could also just show defense counsel
8     the next item, please.  That's Government's Exhibit 138.
9          Thank you.
10          If we could show Special Agent Cody.
11    BY MS. RAKOCZY:
12    Q.  Special Agent Cody, you're about to be handed Government's
13    Exhibit 138.  If you could please take a look at that.  Is that
14    another firearm recovered from the home of Bennie and Sandra
15    Parker?
16    A.  It is.
17          MS. RAKOCZY:  At this point if time, we would seek to
18    admit Government's Exhibit 138.
19          MR. BRENNWALD:  No objection.
20          THE COURT:  It will be admitted.
21        (Government Exhibit 138 received in evidence.)
22          MS. RAKOCZY:  Thank you.
23          Thank you so much.  I think that's all we're going to
24    do with that for now.
25          Thank you, Special Agents Abrams and Palian.

Cody  -  DIRECT

1           Ms. Rouhi, can I have your assistance in bringing up

2    on the screen what's already been moved into evidence as

3    Government's Exhibit 9811.

4    BY MS. RAKOCZY:

5    Q.  We see on the screen here a photograph that is already in

6    evidence.  Do you recognize this photograph, Special Agent?

7    A.  I do.

8    Q.  Is this a photograph from the home of Bennie and Sandra

9    Parker when the warrant was executed?

10   A.  Yes.

11   Q.  Do we see in the photograph here the firearm, Exhibit 138,

12   that you were just holding?

13   A.  Yes.

14   Q.  Can you circle it for the jury.

15   A.  It is a 1911 pistol here with a bone handle on it.

16   Q.  Thank you.

17           MS. RAKOCZY:  You can take that down, please.

18           Can we please bring up on the screen Exhibit 9813,

19   already in evidence, and publish to the jury.

20   BY MS. RAKOCZY:

21   Q.  Do you recognize what we see on the screen here?

22   A.  Yes.

23   Q.  Is this the same firearm that we just showed the jury

24   that's Exhibit 139?

25   A.  Yes.  The one we showed the jury was absent the optic at

1    the top, but yes.

2    Q.  I have no idea what an optic is.  Can you point out the

3    optic?

4    A.  It's the sight on top, which I believe is zip tied into the

5    box.

6    Q.  Okay.  And is this how the firearm looked when it was at

7    the home of Bennie and Sandra Parker?

8    A.  Yes.

9         MS. RAKOCZY:  Thank you.  We can take that exhibit

10   down as well.

11   BY MS. RAKOCZY:

12   Q.  Special Agent Cody, are you aware of when the FBI began its

13   investigation into the events of January 6th?

14   A.  Yes.

15   Q.  When was that?

16   A.  Immediately after January 6th.

17        MS. RAKOCZY:  At this point in the time, with the

18   Court's permission, I would like to read to the jury a

19   stipulation that the parties have reached.

20        Ladies and gentlemen, I'm reading to you from

21   Government's Exhibit 3119, and I will inform you that the

22   Government and the defendants hereby agree and stipulate that

23   on January 8th of 2021, a federal grand jury in the District of

24   Columbia was impaneled and sworn in to investigate the events

25   that occurred at and around the United States Capitol on or

Cody - DIRECT

1    about January 6th of 2021.

2            The parties agree to this fact but also agree, Your

3    Honor, that this evidence is only admitted with respect to

4    Defendants Michael Greene and Laura Steele, with respect to a

5    charge of alleged violation of 18 United States Code Section

6    1512(c)(1).

7            THE COURT:  Okay.  3119 will be admitted against

8    Defendants Steele and Greene only.

9        (Government Exhibit 3119 received in evidence.)

10           MS. RAKOCZY:  Thank you, Your Honor.

11   BY MS. RAKOCZY:

12   Q.  Special Agent Cody, in the course of your investigation,

13   have you reviewed any messages that discuss awareness of

14   messages potentially being looked at by law enforcement?

15   A.  Yes.

16           MS. RAKOCZY:  Let's bring up on the screen for Special

17   Agent Cody Exhibit 9835, please, just for the witness.  If we

18   could just page through briefly.

19   BY MS. RAKOCZY:

20   Q.  Do you recognize the messages in this exhibit?

21   A.  I do.

22   Q.  Are these messages taken from a chat that was known as

23   either the old leadership chat or, earlier, the leadership

24   intel sharing secured chat?

25   A.  Yes.

Cody - DIRECT

1   Q.  Were these messages extracted from the phones of Stewart
2   Rhodes and Kellye SoRelle?
3   A.  Yes.
4   Q.  Do these fairly and accurately depict messages extracted
5   from those phones?
6   A.  They do.
7          MS. RAKOCZY:  At this point in time, we would seek to
8   admit Exhibit 9835 into evidence.
9          THE COURT:  9835 is admitted.
10     (Government Exhibit 9835 received in evidence.)
11         MS. RAKOCZY:  Thank you.
12  BY MS. RAKOCZY:
13  Q.  Special Agent Cody, when is this first message in the chain
14  on Page 1 of the exhibit from?
15  A.  January 8th of 2021, at 11:16 a.m.
16  Q.  Who is it from?
17  A.  Kellye SoRelle.
18  Q.  Are all the messages in here to this chat that goes by two
19  names, either leadership intel sharing secured or old
20  leadership chat?
21  A.  Yes.
22  Q.  Thank you.
23     Could you please read the message to the jury.
24  A.  Message from Stewart.  My cell is down.  Will be back up
25  soon.  Can't be avoided for now.  Stand firm.  Do not go off

Cody - DIRECT

1    half-cocked.  There's still a chance Trump will act as

2    commander in chief.  I am working with others to make that a

3    reality.  It does zero good for anyone to initiate force at

4    this --

5    Q.  Does the message continue?

6    A.  Yes.

7    Q.  Could you please keep reading on the next page.

8    A.  -- time.  So sit tight.  Do prepare yourselves, your gear,

9    your teams and above all, your community.  Whatever Trump

10   decides to do, you will need to be ready.

11   Q.  Can we go to the next page, please.

12       Who is this message from?

13   A.  Kellye.

14   Q.  What does it say?

15   A.  All com from Stewart.  Stop chatter and listen.

16   Q.  Is this also from January 8th?

17   A.  Yes.

18   Q.  A minute later, if we go to the next message, what do we

19   see now?

20   A.  This is Stewart.  So you see this message?

21   Q.  Can we go to the next page.

22       Is this message from Kellye SoRelle, at least in terms of

23   the user?

24   A.  Yes.

25   Q.  What does the message begin?

Cody - DIRECT

1  A.  From Stewart, part two.

2  Q.  What does the message go on to say?

3  A.  Do not chatter about any OK members doing anything at

4  Capitol.  Stop the chatter.  I told you before that anything

5  you say can and will be used against you.  Apparently, that

6  wasn't strongly worded enough for some to get the message.

7  Q.  Does the message continue on the next page?

8  A.  Yes.

9  Q.  Could we go to the next page, please.

10     What does the message continue?

11  A.  So let me say it like this.  Clam up.  Do not say a damn

12  thing.

13  Q.  Can we go to the next page, please.

14     A little while later is there another message from Kellye

15  SoRelle's phone that begins:  From Stewart?

16  A.  Yes.

17  Q.  What does this message say?

18  A.  From Stewart.  We are still in the twilight before open

19  conflict.  In this environment "lawfare" by the Black Hats is a

20  very real threat.  They will be coming after anyone they can

21  identify as being in the building.  Do not make it easier for

22  them.  Make them do their own work.

23  Q.  Can we go to the next page.

24     Is there another message that begins:  Stewart:?

25  A.  Yes.

Cody - DIRECT

1   Q.   What does this message say?

2   A.   Stewart:  Let me finish this point.  Do not chat about Oath

3   Keepers members allegedly doing anything at Capitol.  Go dark

4   on that.  Do not discuss.  That's what I would advise any

5   criminal defense client, 2Q, anyone who is at risk of being

6   accused and indicted.

7   Q.   Can we go to the next page.

8        Does this message continue?

9   A.   Yes.

10  Q.   What does the message continue to say?

11  A.   Let me put it in infantry-speak.  Shut the fuck up.  Do not

12  discuss who did what.  Go silent.  Comms discipline.  Don't

13  write AARs.  Don't do verbal AARs.  Don't chat with your

14  buddies or your team.  Clam up.

15  Q.   Could we go to the next page.

16       Is there another message?

17  A.   Yes.

18  Q.   What does it say?

19  A.   Stewart, you-all need to delete any of your comments

20  regarding who did what.  You are under zero obligation to leave

21  them up.  You/we have not yet gotten a preservation order

22  instructing us to retain those chat comments.  So delete them.

23  Q.   Does this message continue?

24  A.   Yes.

25  Q.   Can we go to the next page, please.

1       What does the message go on to say?

2   A.  I can't delete them because this is a legacy Signal chat

3   that doesn't let me delete comments.  Only the comment author

4   can delete a comment.  So get busy.  Delete your

5   self-incriminating comments or those that can incriminate

6   others.

7   Q.  Can we go to the next page.

8       What does this message say?

9   A.  Start now.  Each of you go back to before the event and

10  scroll forward and hunt down any comment you made that can be

11  used against you, other Oath Keepers, or the org and delete

12  them, and especially AARs and war stories.  Kill them.  Do it

13  now.

14          MS. RAKOCZY:  Is there another page?  Nope.  All

15  right.  So ending there with Page 12 of that exhibit.

16          Could we please take down that exhibit and can we

17  bring up just for the witness Exhibit 9836.  If we could page

18  through the few pages of this exhibit.

19  BY MS. RAKOCZY:

20  Q.  Do you recognize these messages?

21  A.  Yes.

22  Q.  When are they from?

23  A.  January 7th of 2021, starting at 2:22 p.m.

24  Q.  Whose phone are they from?

25  A.  Michael Greene.

4580

Cody - DIRECT

1    Q.  Are they from Michael Greene?

2    A.  Yes.

3    Q.  Have you reviewed the data extracted from Mr. Greene's

4    phone?

5    A.  Yes.

6    Q.  Do these messages fairly and accurately depict messages

7    recovered from Mr. Greene's phone?

8    A.  Yes.

9         MS. RAKOCZY:  Can we please admit and publish to the

10   jury Exhibit 9836.

11        DEFENSE COUNSEL:  No objection.

12        THE COURT:  9836 is admitted.

13      (Government Exhibit 9836 received in evidence.)

14        MS. RAKOCZY:  If we could publish to the jury.

15   BY MS. RAKOCZY:

16   Q.  You said this is from January 7th at 2:22 p.m.

17      Mr. Greene sent this message to someone named Juicy; is

18   that right?

19   A.  Yes.

20   Q.  Is that the name that we used or that's the way the contact

21   was saved in Mr. Greene's phone?

22   A.  That's how the contact is in the phone.

23   Q.  What did Mr. Greene say?

24   A.  Not using much phone right now.  Location -- scissors

25   emoji -- and signal had been choppy.

Cody - DIRECT

1   Q.  Can we go to the next page, please.

2   A.  Have to get it scrubber.

3   Q.  On the next page, what did Mr. Greene continue?

4   A.  Scrubbed.

5          MS. RAKOCZY:  Thank you.  Could we take down that

6   exhibit.

7   BY MS. RAKOCZY:

8   Q.  So Mr. Meggs -- Mr. Greene just said in that message:  Have

9   to get it scrubbed.

10         MS. RAKOCZY:  Can we bring up what has already been

11  admitted into evidence as Exhibit 9902 and go to Page 46 of

12  that exhibit.

13         All right.  If we could publish to the jury as well,

14  since this is already admitted.

15  BY MS. RAKOCZY:

16  Q.  Special Agent Cody, are you familiar with this message that

17  you're seeing on the screen here?

18  A.  Yes.

19  Q.  Who sent the message?

20  A.  Michael Greene.

21  Q.  When did he send it?

22  A.  January 6th, 2021, at 3:06 p.m.

23  Q.  What did he say?

24  A.  We're storming the Capitol.

25  Q.  Have you reviewed, I think you just said, the data from

Cody - DIRECT

1    Mr. Greene's cell phone?

2    A.   Yes.

3    Q.   Did you see this message on Mr. Greene's phone when you

4    reviewed it?

5    A.   No.

6    Q.   Then how do we know about this message?

7    A.   We served a search warrant to T-Mobile.

8    Q.   Okay.  And what did T-Mobile have that we sought in that

9    search warrant?

10   A.   A number of text messages from certain individuals.

11   Q.   Were they both messages sent to and from T-Mobile phones on

12   or around January 6th, 2021?

13   A.   Yes.

14   Q.   So that's how we got the message but it wasn't on

15   Mr. Greene's phone at the time that his phone was seized and

16   searched by the law enforcement?

17   A.   Correct.

18           MS. RAKOCZY:  Okay.  Now, could we bring up on the

19   screen what is already in evidence as Government's

20   Exhibit 9902, Page 13.

21   BY MS. RAKOCZY:

22   Q.   Who is this message from?

23   A.   Michael Greene.

24   Q.   At what time?

25   A.   1:42 p.m.

Cody - DIRECT

1   Q.  On what day?

2   A.  January 6th.

3   Q.  What did he say?

4   A.  Storming the Capitol.

5   Q.  But not, We're storming the Capitol?

6   A.  No.

7   Q.  Was this message on Mr. Greene's phone when it was searched

8   by police?

9   A.  Yes.

10  Q.  I believe earlier in your testimony we brought up on the

11  screen Government's Exhibit 9222.2 and 9222.3.  Were those

12  messages that used the phrase "storming the Capitol" but not

13  "we're storming the Capitol"?

14  A.  Yes.

15  Q.  And were those recovered from Mr. Greene's phone?

16  A.  They were.

17          MS. RAKOCZY:  Thank you.  Can you take down that

18  exhibit, please.

19          Can we bring up on the screen what we looked at a

20  little bit earlier today, Exhibit 9828, already in evidence.

21  BY MS. RAKOCZY:

22  Q.  This two pages of a message that was sent by Ms. Connie

23  Meggs, was this message found on -- well, let me ask you this.

24      Was Ms. Connie Meggs's phone seized and searched by your

25  FBI team?

Cody - DIRECT

1   A.  Yes.

2   Q.  Did you review the data extracted from her phone?

3   A.  Yes.

4   Q.  This message we're now seeing on the screen that Ms. Meggs

5   sent on January 6th at 11:00 p.m., was that message on the

6   phone in the data that you reviewed?

7   A.  It was not.

8   Q.  So how do we have this one?

9   A.  From T-Mobile.

10          MS. RAKOCZY:  Okay.  Thank you.  Let's take that

11  exhibit down, please.

12          Can we please bring up on the screen Exhibit 9837.  If

13  we can page through the exhibit just for the witness.

14  BY MS. RAKOCZY:

15  Q.  Do you recognize these messages, Special Agent Cody?

16  A.  Yes.

17  Q.  Are these system messages that were reflected in the "OK FL

18  D.C. Op Jan 6" chat around January 7th of 2021?

19  A.  Yes.

20  Q.  Do these fairly and accurately depict some messages from

21  that chat around that time?

22  A.  Yes.

23          MS. RAKOCZY:  At this point in time, we would seek to

24  admit Exhibit 9837 into evidence.

25          THE COURT:  Okay.  9837 will be admitted.

Cody - DIRECT

1          (Government Exhibit 9837 received in evidence.)

2               MS. RAKOCZY:  If we could publish to the jury.

3     BY MS. RAKOCZY:

4     Q.   On January 7th of 2021, we're seeing that this message is

5     from System Message.  What does that mean?

6     A.   In Signal, there are certain messages that aren't actually

7     sent by anyone.  It's a notification from the Signal system

8     itself, regarding name changes, people joining or leaving the

9     groups, et cetera.

10    Q.   So what are we seeing in the first page here?

11    A.   A System Message:  Faith left the group.

12    Q.   Are you familiar with who used the nickname Faith in this

13    chat?

14    A.   Yes.

15    Q.   Who is that?

16    A.   Joseph Hackett.

17    Q.   Is he on the board?

18    A.   He is.

19    Q.   Could you point him out.

20    A.   Florida contingent Line 1, second row, all the way to the

21    left.

22    Q.   Thank you.

23         And you just pointed that out on Exhibit 1529; is that

24    right?

25    A.   Yes.

Cody - DIRECT

1    Q.   Can we go to the next page, please.

2         Also on January 7th, do we see another System Message?

3    A.   Yes.

4    Q.   What does this message say?

5    A.   Whippet left the group.

6    Q.   Had we seen a message a little earlier from somebody named

7    Whippet?

8    A.   Yes.

9    Q.   And to be clear, that's not Whip or Whiplash, who is

10   Michael Greene, correct?

11   A.   It is not Michael Greene.

12   Q.   Do you know who uses the name Whippet?

13   A.   I believe it's Jeffery Morelock.

14   Q.   Is he a Florida Oath Keeper affiliate?

15   A.   Yes.

16   Q.   Can we go to the next page, please.

17        Now, do we see another System Message on Page 3?

18   A.   Yes.

19   Q.   What does this System Message say?

20   A.   Hatsy left the group.

21   Q.   Can you remind us who Hatsy is?

22   A.   David Moerschel.

23   Q.   Is he on the board?

24   A.   He is.

25   Q.   Did you point him out a little earlier?

Cody - DIRECT

1    A.   Yes, I did.

2    Q.   Can we go to the next page, please.

3         Now, on the final -- in flag four, what do we see here?

4    A.   Another System Message.

5    Q.   What does this one say?

6    A.   Aunt Traci set the disappearing message timer to

7    five minutes.

8    Q.   And remind us who Aunt Traci is.

9    A.   Aunt Traci is William Isaacs's aunt.

10        MS. RAKOCZY:   Thank you.   We can take down this

11   exhibit, please.

12        Can we please bring up for the special agent

13   Government's Exhibit 9838.

14        THE COURT:   Ms. Rakoczy, I'm going to interrupt you,

15   and why don't we take our afternoon break.   It's 3:00.   We will

16   resume in about 15 minutes.

17        See everybody shortly.

18     (A recess was taken at 3:18 PM)

19     (Jury enters the courtroom)

20        THE COURT:   Okay.   Welcome back, all.   We'll continue

21   with Agent Cody's testimony and continue until the end of the

22   day.

23        Ms. Rakoczy.

24   BY MS. RAKOCZY:

25   Q.   Special Agent Cody, where we left off we had looked at some

Cody - DIRECT

1    messages of folks leaving the "OK FL D.C. Op" chat.

2         Do you recall that?

3    A.  Yes.

4    Q.  In the course of this investigation, did law enforcement

5    seize and search the cell phone of Laura Steele?

6    A.  Yes.

7    Q.  And are you familiar with the data extraction from that

8    phone?

9    A.  Yes.

10   Q.  At the time that the data was extracted and reviewed was

11   the Signal application on Ms. Steele's phone anymore?

12   A.  No.

13            MS. RAKOCZY:  Can we bring up just for the witness

14   Exhibit 9838.  And if we could page through the exhibit just

15   for the witness.

16   BY MS. RAKOCZY:

17   Q.  Are you familiar with the messages we see here?

18   A.  I am.

19   Q.  Were these messages obtained from Facebook records that

20   your team got from Facebook in response to legal process?

21   A.  Yes.

22   Q.  Does this exhibit fairly and accurately depict messages

23   from Ms. Steele's Facebook account?

24   A.  Yes.

25            MS. RAKOCZY:  At this point in time, pursuant both to

Cody - DIRECT

1  a business record certification and the testimony of the

2  witness, we would seek to admit Exhibit 9838 into evidence.

3         MR. WOODWARD:  No objection.

4         THE COURT:  9838 will be admitted.

5      (Government Exhibit 9838 received in evidence.)

6         MS. RAKOCZY:  Will you please publish to the jury.

7  BY MS. RAKOCZY:

8  Q.  Special Agent Cody, you said these are messages from

9  Ms. Steele's Facebook account; is that right?

10 A.  That's correct.

11 Q.  So on January 10th of 2021, at about 5:30 p.m., did someone

12 named Val Snaden send a message to Ms. Steele?

13 A.  Yes.

14 Q.  Was Val Snaden on that board, Exhibit 1529?

15 A.  No.

16 Q.  Could you read the message, please?

17 A.  Okay.  Can you call me at home if you are awake.

18 (336)889-6888.

19 Q.  Can we go to the next page, please.

20     Does Ms. Steele respond?

21 A.  Yes.

22 Q.  What does she say?

23 A.  I can call you when I'm at work but would rather you be on

24 a landline.

25 Q.  Can we go to the next page.

Cody - DIRECT

1      What does Val Snaden respond?

2   A.  That's my landline number.

3   Q.  In the next message what does Ms. Steele say?

4   A.  K.

5   Q.  Can we go to the next message, please.

6      Now do we see messages exchanged between Ms. Steele and

7   someone else?

8   A.  Yes.

9   Q.  Are these also from Facebook?

10  A.  They are.

11  Q.  Who were these messages exchanged with?

12  A.  David Deaton.

13  Q.  Is David Deaton on Exhibit 1529, the board?

14  A.  No.

15  Q.  Could you please read the first message here?

16  A.  Be chill.

17  Q.  When was this sent by Ms. Steele?

18  A.  January 13th, 2021, at 8:43 p.m.

19  Q.  Can we go to the next message.

20     What does Ms. Steele say next?

21  A.  They are watching for this.

22  Q.  Can we go to the next message.

23     What does Ms. Steele say next?

24  A.  Good guys or bad.

25  Q.  Can we go to the next message.

Cody - DIRECT

1     What does Ms. Steele ask Mr. Deaton in the next message?

2   A.  Do you have a landline?

3   Q.  Can we go to the next page.

4     How does Mr. Deaton respond?

5   A.  Nope.

6   Q.  If we can go to the next message.

7     What does Ms. Steele say after that?

8   A.  Well, sometime maybe we can do lunch but you know what

9   they've said about cell phones.

10  Q.  Can we go to the next page of the exhibit.

11    What does Ms. Steele say after that?

12  A.  Be careful what you say in text.  It can be used against

13  you.

14  Q.  Can we go to the next page.

15    Now do we see a message sent from Ms. Steele to someone

16  else?

17  A.  Yes.

18  Q.  Who is this message to?

19  A.  Rusty Hill.

20  Q.  When is this message from?

21  A.  January 14th, 2021, 9:14 p.m.

22  Q.  What does Ms. Steele say to Rusty Hill?

23  A.  I deleted FB yesterday.  Will be getting off Messenger too

24  sometime soon.

25          MS. RAKOCZY:  Okay.  Thank you.  We can take that

Cody - DIRECT

1    exhibit down.

2         In the course -- let me bring up on the screen what

3    has been already admitted as Government's Exhibit 9739.

4    BY MS. RAKOCZY:

5    Q.  Special Agent Cody, do you recognize this message?

6    A.  Yes.

7    Q.  And who is it from?

8    A.  William Isaacs.

9    Q.  Who is it to?

10   A.  Aunt Traci.

11   Q.  And when is it from?

12   A.  January 15th, 2021, 3:38 p.m.

13   Q.  Was this message recovered from William Isaacs's phone?

14   A.  Yes.

15   Q.  Does this fairly and accurately depict a message recovered

16   from William Isaacs's phone?

17   A.  Yes.

18        MS. RAKOCZY:  I believe this is already in evidence,

19   Your Honor, but if it isn't we seek to admit Exhibit 9730 and

20   we'd seek to publish.

21        MR. ROSSI:  No objection, Your Honor.

22        THE COURT:  It's already in.  But 9739 can be

23   published.

24        MS. RAKOCZY:  Thank you.

25

Cody - DIRECT

1  BY MS. RAKOCZY:

2  Q.  Special Agent Cody, can you read this message from

3  Mr. Isaacs?

4  A.  How to delete Facebook profile.

5      MS. RAKOCZY:  Thank you.  Please take that down.

6      Can we bring up just for the special agent

7  Exhibit 9839.  And if we can page through the exhibit just for

8  the special agent, please.

9  BY MS. RAKOCZY:

10  Q.  Does this exhibit reflect messages that were exchanged

11  among Jessica Watkins, Donovan Crowl and Thomas Caldwell?

12  A.  Yes.

13  Q.  Remind us, what state were Jessica Watkins and Donovan

14  Crowl from?

15  A.  Ohio.

16  Q.  And Thomas Caldwell, what role did he play on our chart?

17  A.  He was in the Q rough.

18  Q.  Do these messages here in this exhibit fairly and

19  accurately depict messages extracted from the phones or

20  Facebook accounts associated with Jessica Watkins, Donovan

21  Crowl and Thomas Caldwell?

22  A.  Yes.

23      MS. RAKOCZY:  At this point in time, we would seek to

24  admit Exhibit 9839.

25      MR. WOODWARD:  Subject to prior objection.

1            THE COURT:  Okay.  9839 admitted subject to earlier

2     discussion.

3        (Government Exhibit 9839 received in evidence.)

4            MS. RAKOCZY:  All right.  If we could publish to the

5     jury now.

6     BY MS. RAKOCZY:

7     Q.  Special Agent Cody, when is this message from?

8     A.  January 11th, 2021, 2:55 p.m.

9     Q.  Who is it from?

10    A.  Watkins.

11    Q.  Who is it to?

12    A.  Crowl.

13    Q.  What did Ms. Watkins say?

14    A.  Apparently the video you took was on the news as is.

15    Q.  Can we go to the next page, please.

16        How did Mr. Crowl respond?

17    A.  Hindsight is 20/20.

18    Q.  Are you aware of whether there was any media attention

19    given to Ms. Watkins and Mr. Crowl around this time?

20    A.  Yes.

21    Q.  Specifically, were there news articles that focused on

22    Jessica Watkins or Donovan Crowl around this time?

23    A.  There were.

24            DEFENSE COUNSEL:  Objection.

25            THE COURT:  Overruled.

Cody - DIRECT

1   BY MS. RAKOCZY:

2   Q.   I'm sorry, what did you say?

3   A.   There were.

4   Q.   Did you see such news articles?

5   A.   Yes.

6   Q.   Were those news articles also associated with January 6th?

7   A.   Yes.

8   Q.   Can we go to the next page, please.

9        How did Mr. Crowl respond next?

10  A.   All will be fine.

11  Q.   Can we go to the next page, please.

12       How did Ms. Watkins respond to Mr. Crowl?

13  A.   I mean, will it?  For us, sure.  But America just took one

14  up the pooper.  Not sure how fine will be though.

15  Q.   Can we go to the next page, please.

16       What did Donovan Crowl say next?

17  A.   I'm with you, cap.  Keep the faith.  We will have our

18  answers by the 20th.

19  Q.   Can we go to the next page.

20       What did Jessica Watkins respond?

21  A.   Aye aye, that we will.  We've been organizing a bug-out

22  plan if the usurper is installed.

23  Q.   Can we go to the next page.

24       How did Donovan Crowl react?

25  A.   Great idea.

Cody - DIRECT

1    Q.   Can we go to the next message.

2         Does Ms. Watkins say more on this topic?

3    A.   Yes.

4    Q.   What does she say?

5    A.   Something like 20-plus Oath Keepers going to Kentucky

6    mountains on hundreds of acres apparently.  Solar power, clean

7    mountain spring, the whole nine.  About two hours south of Ben

8    and Sandy's place, which is convenient.

9    Q.   Can we go to the next page.

10        All right.  Now, it's January 14th of 2021 at 9:10 a.m. in

11   this message; is that right?

12   A.   Yes.

13   Q.   Does Jessica Watkins send a message to someone?

14   A.   Yes.

15   Q.   Is that person saved in her phone as Oath Keepers Dozer?

16   A.   Yes.

17   Q.   Do you know who that person's real name is based on the

18   phone number saved in her phone?

19   A.   I don't recall.

20   Q.   Okay.  What did Ms. Watkins say?

21   A.   "The Washington Post" reposted "The Guardian" story about

22   Zello.

23   Q.   Are you familiar with the news article that Ms. Watkins is

24   referencing here?

25   A.   Yes.

Cody - DIRECT

1    Q.  Can you just explain in very high-level terms what the

2    article is about?

3    A.  I believe an investigative reporter recorded some Zello

4    conversations between individuals on January 6th and wrote a

5    story about it.

6    Q.  Did that story reference Jessica Watkins?

7    A.  Yes.

8    Q.  Thank you.

9        Let's go to the next page please.

10       How did -- what did Jessica Watkins say to Donovan Crowl in

11   this next message on January 14th?

12   A.  I have half a mind to spend a week with Commander Tom until

13   the media vultures find a new carcass to pick clean.

14   Q.  Can we go to the next page.

15       Now, what time is it now?

16   A.  12:29 p.m. on the 14th of January 2021.

17   Q.  Can we go to the previous slide for a second.

18       So the last one, where Ms. Watkins said, I have half a mind

19   to spend a week with Commander Tom, was at 11:55 a.m.; is that

20   right?

21   A.  Yes.

22   Q.  And now advancing forward one page, please.

23       About half an hour later, do we see that Donovan Crowl

24   reaches out to someone named Tom Commander?

25   A.  Yes.

Cody - DIRECT

1   Q.  Who is Tom Commander, based on the way this was saved in

2   Donovan Crowl's phone?

3   A.  Thomas Caldwell.

4   Q.  What does Mr. Crowl say to Mr. Caldwell half an hour later?

5   A.  We will be leaving here at 1430.  That will put us at your

6   place between 2030 and 2100.

7   Q.  Can we go to the next message, please.

8       How does Mr. Caldwell react?

9   A.  We will expect you.  Bring full battle rattle to stash here

10  if you want.

11  Q.  Can we go to the next message.

12      Does Mr. Caldwell then send another message a few minutes

13  later to Mr. Crowl?

14  A.  Yes.

15  Q.  What does he say?

16  A.  No need to call me again.  We'll expect you even if you're

17  running late.  Don't forget to double back an exit or two at

18  least twice to make sure not followed.

19  Q.  Can we go to the next page.

20      How does Mr. Crowl respond?

21  A.  Yes, sir.

22  Q.  Can we go to the next page, please.

23      What does Mr. Crowl say after that?

24  A.  Will do.  Again, thank you, brother.

25  Q.  Can we go to the next page, please.

Cody - DIRECT

1      Now it is 2:13 p.m. that same day.  What does Mr. Crowl say
2  to Ms. Watkins?
3  A.  OMW.  Be there in five.
4  Q.  OMW, are you familiar with that acronym from being a human
5  who uses cell phones?
6  A.  Yes.
7  Q.  What does that generally refer to?
8  A.  On my way.
9  Q.  Can we go to the next page, please.
10      What does Ms. Watkins say to Mr. Crowl?
11  A.  All right.  Leave the phone.
12  Q.  Can we go to the next page, please.
13      At 8:45 p.m., a few hours later that night, what does
14  Donovan Crowl say to Thomas Caldwell?
15  A.  Here.
16          MS. RAKOCZY:  Will you take that down, please.
17          Can we bring up what's already in evidence as 9840 and
18  go to Page 1 of that exhibit.
19   BY MS. RAKOCZY:
20  Q.  Special Agent Cody, can you remind us who these messages
21  are to and from?
22  A.  From Recruit Ben OSRM, who is Ben Parker, to Jess Watkins.
23  Q.  All right.  When is this message from?
24  A.  The 9th of January 2021, 2:55 p.m.
25  Q.  And what did Mr. Parker say to Ms. Watkins?

4600

~~Cody - DIRECT~~

1   A.  Just wanted you to check out DuckDuckGo.  Can't be tracked.

2   Q.  Are you familiar with what DuckDuckGo is?

3   A.  Yes.

4   Q.  What is it?

5   A.  It's an internet browser that claims to be of higher

6   privacy than other browsers.

7   Q.  Can you go to the next message, please.

8       How does Ms. Watkins respond?

9   A.  I use it too.  I like encryption LOL.

10  Q.  Can we go to the next message, please.

11      Now, a little later on January 9th, what does Ms. Watkins

12  say to Mr. Parker?

13  A.  I've been following FBI wanted list.  Seems they're only

14  interested in people who destroyed things.  I wouldn't worry

15  about them coming after us.

16  Q.  Can we go to the next message.

17      What does Mr. Parker say in response?

18  A.  I'm sure they're not on us to see some pics but no militia.

19  I agree they want the ones doing damaging.  Hope Don's asshole

20  wasn't burning too much from my hot sauce.

21  Q.  And here do we pick up with those messages we read earlier

22  about the hot sauce and drinks?

23  A.  Yes.

24  Q.  Okay.

25          MS. RAKOCZY:  Can we advance now to Page 15 of the

Cody - DIRECT

1    last page of this exhibit.

2     BY MS. RAKOCZY:

3    Q.  When is this from?

4    A.  January 14th, 2021, 7:05 p.m.

5    Q.  Can you remind us, we just looked at some messages from

6    January 14th among Ms. Watkins, Mr. Crowl and Mr. Caldwell; is

7    that fair to say?

8    A.  Yes.

9    Q.  What had happened earlier in the day on the 14th?  What

10   type of article did Ms. Watkins reference?

11   A.  She referenced a -- I believe it was "Washington Post"

12   article on Zello.

13   Q.  In the course of the messages that followed, did it appear

14   as though Ms. Watkins and Mr. Crowl made arrangements to go to

15   Mr. Caldwell's?

16   A.  Yes.

17   Q.  Were did Mr. Caldwell live?

18   A.  Virginia.

19   Q.  And Mr. Crowl and Ms. Watkins, where do they live?

20   A.  Ohio.

21   Q.  So now, on the evening of January 14th, what did Ben Parker

22   say to Jessica Watkins?

23   A.  Hey, I got to ask.  Did you put Sandy out there in the

24   Capitol?

25   Q.  This message is from January 14th; is that right?

Cody - DIRECT

1    A.  Yes.

2    Q.  Thank you.  We can take that down.

3        Are you aware, Special Agent Cody, of whether Jessica

4    Watkins was arrested in this case?

5    A.  Yes.

6    Q.  And when roughly was that?

7    A.  January 18th.

8    Q.  Of which year?

9    A.  2021.

10   Q.  Are you aware of whether Ben and Sandra Parker were at some

11   point arrested?

12   A.  Yes.

13   Q.  Roughly when was that?

14   A.  I believe in mid-February of 2021.

15   Q.  At the time that Mr. and Mrs. Parker were arrested, were

16   their cellular telephones seized and searched?

17   A.  Yes.

18   Q.  Have you reviewed the data that was extracted from their

19   cell phones?

20   A.  Yes.

21   Q.  We've read here today through your testimony a number of

22   messages exchanged between Ben Parker and Jessica Watkins.

23       Do you recall those messages?

24   A.  Yes.

25   Q.  At the time that the phone was seized and searched by the

1   FBI, did you find any messages between Ben Parker and Jessica

2   Watkins?

3   A.   Not on Mr. Parker's phones.

4   Q.   Did you find them on Jessica Watkins's phones?

5   A.   Yes.

6   Q.   In the course of your investigation, have you seen at least

7   one message that Sandra Parker sent to Jessica Watkins?

8   A.   Yes.

9   Q.   At the time that Sandra Parker's phone was seized and

10  searched by the FBI, was that message on Sandra Parker's phone?

11  A.   No.

12          MS. RAKOCZY:   Thank you, Your Honor.   I have no

13  further questions.

14          THE COURT:   Okay.   Mr. Machado, are you first?

15          MR. MACHADO:   Yes.

16                          CROSS-EXAMINATION

17  BY MR. MACHADO:

18  Q.   Good afternoon, Agent.

19  A.   Good afternoon, sir.

20  Q.   With regard to the searching of phones, one of the phones

21  that was looked at by the FBI was the phone from Stewart

22  Rhodes; is that correct?

23  A.   Yes.

24  Q.   And in the process, you were able to get some texts from

25  those phones; is that correct?

Cody - CROSS

1    A.   Correct.

2    Q.   And when you got the phones -- when you got the texts, they

3    were all printed out -- or they were formatted and some of them

4    were printed out, correct?

5    A.   I'm sorry, were they printed out on the phone?

6    Q.   Well, let me clarify.

7         You provided -- well, the information of what texts were

8    sent were provided to the U.S. Attorney's Office, correct?

9    A.   Yes.

10   Q.   Now, the phone that was used by Stewart Rhodes, do you

11   recall what type of phone it was?

12   A.   I believe it was an iPhone of some sort.

13   Q.   I'm going to show you what is marked as Sandra Parker 101.

14   It is not in evidence yet.

15        It should be coming up on your screen.

16        So with regard to -- are these some of the texts that were

17   obtained from Stewart Rhodes's phone?

18   A.   Yes.

19   Q.   As you will see, on the top, it indicates an Apple

20   iPhone 12 Pro Max; is that correct?

21   A.   Yes.

22   Q.   In fact, it says "active participants" and the first name

23   listed is Stewart Rhodes; is that correct?

24   A.   Yes.

25   Q.   Now, we've been seeing a lot of bubbles but you would agree

Cody - CROSS

1   with me that these -- even though it's not in the format of

2   these bubbles we've seen, these are also some texts that were

3   sent by Stewart Rhodes; is that correct?

4   A.   Yes.

5   Q.   And the rest of this document, correct?

6   A.   Yes.

7           MR. MACHADO:   At this time, we'll move SP101 into

8   evidence.

9           MS. RAKOCZY:   No objection.

10          THE COURT:   101 is admitted.

11      (Defendant Exhibit 101 received in evidence.)

12          MR. MACHADO:   If it can be displayed to the jury.

13  Thank you.

14  BY MR. MACHADO:

15  Q.   Let's just start with the top.   There are multiple

16  participants in this conversation; is this correct?

17  A.   Yes.

18  Q.   This is just text.   It's not some sort of Zello chat or any

19  of these other things that we've seen; is that correct?

20  A.   Correct.   These are texts.

21  Q.   There are multiple people on this, and it would be correct

22  that Sandra and Bennie Parker are not any of the participants;

23  is that correct?

24  A.   That's correct.

25  Q.   Now, do you know who the other participants here -- let me

1    ask more specifically.

2          Do you know who Edward Durfee is?

3    A.   Yes.

4    Q.   Who is Edward Durfee?

5    A.   I believe he was in charge of IT for the Oath Keepers in

6    some way, shape, or form.

7    Q.   Did he keep records of people, that type of thing?

8    A.   I believe so.

9    Q.   Then there's a mention of Mike Whip; is that correct?

10   A.   Yes.

11   Q.   That's one of the co-defendants here?

12   A.   Yes.

13   Q.   The first message that is on this was sent by Stewart

14   Rhodes on February 19th; is that correct?

15   A.   Yes.

16   Q.   Based on the records?

17   A.   Yes.

18   Q.   That first message that we see is:  Ever heard of Sandra

19   Parker or Bennie Parker?

20         Is that correct?

21   A.   Yes.

22   Q.   Did you ever -- as far as what you've seen, did you see any

23   references to Sandra Parker or Bennie Parker on Stewart

24   Rhodes's phone before this date, to your knowledge?

25   A.   I didn't explicitly look for any references prior to this

1  date.

2  Q.  Then about one minute later there's a follow-up message:

3  They have been indicted and dot-gov is saying they are Oath

4  Keepers.

5      Is that correct?

6  A.  That's what it says.

7  Q.  Correct.  And then there's a question asked:  Whip, do you

8  remember anyone by that name being with us in D.C.?

9      Isn't that correct?

10  A.  Yes.

11  Q.  You've read this whole document, correct?

12  A.  I have.

13  Q.  There's no response by Whip in this text exchange; is that

14  correct?

15  A.  Correct.

16  Q.  And then just moving down a little bit, I just want to

17  highlight the one -- going to 1637 from Stewart Rhodes, and it

18  says:  More indicted.  Ed, please check our member database and

19  see which of them are actual members.

20      Is that correct?

21  A.  That's what it says, yes.

22  Q.  Do you recognize any of these names?

23      That's the next thing that it says?

24  A.  Yes.

25  Q.  Again, there's no response from Whip, correct?

Cody - CROSS

1    A.   Not that I see here.

2    Q.   And, in fact, there's no -- I'll show the rest of it.

3         There's no other response from Ed Durfee; is that correct?

4    A.   Correct.

5    Q.   And then Stewart Rhodes asked:  Check these names, please,

6    ASAP?

7         And it lists a bunch of names; is that correct?

8    A.   Yes.

9    Q.   And among them are Bennie and Sandra Parker, age 70 and 60,

10   of the Cincinnati area; is that correct?

11   A.   Yes.

12   Q.   And so -- you can take it down.  Thank you.

13        So with regard to the messages that Stewart Rhodes sent, he

14   is inquiring about the membership of Sandra and Bennie Parker;

15   is that correct?

16   A.   Yes.

17   Q.   And there's no indication in any way that he did -- that

18   they are members; is that correct?

19   A.   I don't see it confirmed or denied.

20   Q.   And also, Whip, the new person named Whip, as they were

21   asked, did not confirm or deny either, correct?

22   A.   Correct.

23             MR. MACHADO:  Thank you.

24             Nothing further.

25             THE COURT:  Okay.  Don't all jump up at once.

1    Mr. Isaacs?  Mr. Rossi?

2               MR. ROSSI:  Yes.  Thank you, Judge.

3               MS. HALLER:  Your Honor, before Mr. Rossi, I believe I

4    just didn't know if Mr. Cooper or Mr. Brennwald was going.

5               MR. COOPER:  I don't have anything.  I'm good.

6                         CROSS-EXAMINATION

7    BY MS. HALLER:

8    Q.  Good afternoon, Special Agent Cody.  I'm Julie Haller and I

9    just have a few questions for you, if you bear with me, please.

10       You stated I believe you've spent about 10 years with the

11   FBI?

12   A.  Yes.

13   Q.  And it's fair to say -- well, how many cases have you

14   worked with -- worked on related to protesters?

15   A.  I don't work cases on protesters.

16   Q.  And on direct, I think we heard about a message from --

17   that was read in by the Government in which Mr. Meggs indicated

18   that he may be going back to the Capitol after they had left;

19   is that correct?

20       I think that was in reference to Exhibit 9841 from the

21   Government.

22   A.  That's generally what the message said, yes.

23   Q.  You're aware, of course, that Mr. Meggs did not ever go

24   back to the Capitol that night or after that; would that be

25   fair to say?

Cody - CROSS

1    A.  I have no where to see he returned to the Capitol after he

2    departed on the afternoon of the 6th.

3            THE COURT:  Ms. Haller, can I ask you to get on the

4    phone, please.

5        (Bench conference outside the hearing of the jury.)

6            THE COURT:  -- excluded that message from the direct

7    examination.  So if the Government wishes now to --

8            MS. HALLER:  The Government introduced it, Your Honor.

9            MS. RAKOCZY:  There were similar messages excluded

10   during the testimony of Special Agent Abrams.  In Exhibit 9841,

11   there was a message about whether they were going back tonight,

12   and Mr. Meggs responded something like, yes, with tools, is the

13   general idea or words to that effect.

14           THE COURT:  I'm sorry.  I thought --

15           MS. HALLER:  Thank you.

16           THE COURT:  My apologies.

17       (Bench conference concluded.)

18   BY MS. HALLER:

19   Q.  Mr. Cody, just following up on that, you're also aware that

20   Mrs. Connie Meggs stayed in her hotel room after she left the

21   Capitol, correct?

22   A.  I'm not aware of that.

23   Q.  Would it be fair to say that she was not out and about in

24   Washington, D.C., after 6:00 p.m. on January 6th?

25   A.  I don't know where Mrs. Meggs was.

Cody - CROSS

1   Q.  So you don't have, based on your investigation, knowledge
2   that she stayed at the Hilton Garden Inn in D.C.?
3   A.  I don't know if she stayed in her room or if she went out
4   for any reason.  I can't say either way.
5   Q.  But you can say that you have no evidence that she was out
6   on the street, correct?
7   A.  I have not seen anything.
8   Q.  Okay.  And you also understand there was a curfew that
9   night from the mayor that started at 6:00 p.m.?
10  A.  I understand there was a curfew.
11  Q.  You're not aware that she's been suggested to have violated
12  the curfew; is that fair to say?
13  A.  That is fair to say.
14  Q.  You don't have any understanding that she went back to the
15  Capitol?
16  A.  I don't have any understanding to that effect.
17  Q.  Okay.  And you're also aware that they left for Florida the
18  next morning.  Would that be correct?
19  A.  Yes.
20  Q.  Then switching gears a little bit.
21      So going to what was Exhibit 9835 from the Government,
22  there were some messages from Stewart in the old leadership
23  chat, which the Government had introduced through your
24  testimony:  Don't chat about doing anything at the Capitol.
25      Do you recall those messages?

1    A.   Yes.  I believe they were messages by Kellye SoRelle and

2    from Stewart Rhodes.

3    Q.   Thank you for the clarification, yes.

4         So it would be fair to say that in your work with the FBI

5    on this investigation you've also worked with Rachel Caine?

6    A.   I'm not familiar with any person named Rachel Caine.

7    Q.   Special Agent Rachel Caine?

8    A.   I don't know Rachel Caine.

9    Q.   Have you reviewed yourself the old leadership chat to know

10   who was a participant to get those messages that were read in

11   in 9835 at that time?

12   A.   I'm sorry, can you rephrase the question, please?

13   Q.   Yes.

14        Based on your investigation, did you review who actually

15   was a participant in the old leadership chat on January 6 or

16   after in relation to any of those messages that Kellye SoRelle

17   sent that you read in?

18   A.   Did I review who was a participant in the chat?

19   Q.   Yes.

20   A.   Yes, generally.

21   Q.   So then you would know that Ms. Connie Meggs is not a

22   participant in the old leadership chat; would that be correct?

23   A.   Correct.

24   Q.   It would also be correct that, actually, Mr. Meggs was not

25   in the chat at that time, in the old leadership chat.  Are you

1    aware of that?

2    A.  I don't recall when Mr. Meggs left the chat.

3    Q.  It's fair to say you don't have specific knowledge that he

4    was in that chat at that time?

5    A.  I don't recall one way or the other.

6    Q.  Now, finally, when it came to video that we saw from the

7    Comfort Inn in Virginia, where there were people with luggage

8    or something on those racks, they were pushing dollies.  We

9    watched video at the Comfort Inn from Virginia, correct?

10   A.  Yes, we did.

11   Q.  It's also fair to say that Mrs. Meggs does not appear on

12   that footage in the Comfort Inn; is that correct?

13   A.  That's correct.

14   Q.  It's also correct to say that on -- prior to January 7th,

15   there's no film capturing Kelly Meggs entering the Comfort Inn

16   on or before January 6th?

17   A.  I didn't review film prior to that.

18   Q.  Okay.  Now, when it captures Kelly Meggs on January 7th,

19   there's actually no footage of him with a firearm.  Would that

20   be fair to say?

21   A.  That would be fair to say.

22   Q.  And you don't have any -- you're not aware of or have any

23   evidence that Connie Meggs had any weapons, firearms -- or

24   firearms in the District of Columbia?

25           MS. RAKOCZY:  Objection.  Foundation.

1            THE COURT:  To the extent he knows, he can answer.

2            THE WITNESS:  To my knowledge, I don't have any

3    knowledge one way or the other.

4    BY MS. HALLER:

5    Q.  It's fair to say you would be aware if Mrs. Meggs had a

6    firearm on her on January 6th in Washington, D.C.?

7    A.  I don't know that I would be aware of that fact.

8    Q.  You're from Florida?  You live in Florida?

9    A.  I do not.

10   Q.  No, you don't?

11   A.  I do not live in Florida.

12   Q.  Do you own an AR-15?

13   A.  Yes.

14   Q.  Do you own a personal AR-15, not one that is an FBI-issued

15   firearm?

16           MS. RAKOCZY:  Objection.  Relevance.

17           MS. HALLER:  Background for the investigation.

18           THE COURT:  I'll allow it briefly.  Go ahead.

19           THE WITNESS:  Yes.

20   BY MS. HALLER:

21   Q.  And it's fair to say you shoot it recreationally, correct?

22   A.  It's not fair to say.

23   Q.  No?  Okay.

24       Well, is it fair to say that it's one of the most popular

25   recreational firearms in the United States?

Special Agent Cody - CROSS

1    A.  I wouldn't know one way or the other.

2          MS. HALLER:  All right.  Well, thank you, sir.  That's

3    all I have.

4                        CROSS-EXAMINATION

5    BY MR. ROSSI:

6    Q.  Good afternoon.  I'm Gene Rossi.  I represent William

7    Isaacs.

8          MR. ROSSI:  Please stand up.  Thank you, William.

9          THE WITNESS:  Good afternoon, sir.

10    BY MR. ROSSI:

11    Q.  Along with my co-counsel, Chuck Greene.  In your testimony

12    you said that you recovered a T-shirt.  You recovered a T-shirt

13    from Mr. Isaacs?

14    A.  I didn't personally recover it.

15    Q.  Somebody else did?

16    A.  Yes.

17    Q.  And I just want to focus on the word "recover."  Is it fair

18    to say that that T-shirt based on your investigation was given

19    to the FBI by William Isaacs through his attorney, Charles

20    Greene, correct?

21    A.  Correct.

22    Q.  And nobody had to pull teeth like a dentist to get this

23    from him, correct?

24    A.  Correct.

25    Q.  No search warrant, correct?

1   A.  Correct.

2   Q.  No grand jury subpoena, correct?

3   A.  Correct.

4   Q.  He just handed it over?

5   A.  Yes.

6   Q.  Through his attorney?

7   A.  Yes.

8   Q.  Now, Agent, based on your investigation, William Isaacs

9   also handed over through Mr. Greene a walkie-talkie, correct?

10  A.  Yes.

11  Q.  And this was done shortly after the grand jury was convened

12  on January 8th, 2021, fair to say?

13  A.  I don't recall the exact date of when the items were turned

14  over.

15  Q.  Within about two months, correct?

16  A.  Generally.

17  Q.  Yes.  And also Mr. Isaacs, William, voluntarily turned over

18  his cell phone, true?

19  A.  Yes.

20  Q.  And based on your investigation, William Isaacs did not

21  bring a firearm of any kind to the United States Capitol on

22  January 6, correct?

23  A.  Not to my knowledge.

24  Q.  And based on your investigation, William Isaacs does not

25  own any firearm, correct?

Special Agent Cody - CROSS

1    A.   Not to my knowledge.

2    Q.   William Isaacs does not possess a firearm, correct?

3    A.   Again, not to my knowledge.

4    Q.   Now, we saw a bunch of slides from Kellye SoRelle, the

5    attorney saying, Shut the F up, clam up and say nothing.  How

6    should I say it, words that an attorney would say to somebody

7    who may be under the eye of the law, correct?

8         MS. RAKOCZY:  Objection.

9         MR. ROSSI:  I'll rephrase it.  I'll rephrase it.

10   BY MR. ROSSI:

11   Q.   Her words and slides are basically to tell people don't say

12   anything or if you have anything inculpatory, delete it,

13   correct?

14   A.   That's what the slides say.

15   Q.   Well, let's talk about William.

16        Did William destroy any documents based on your

17   investigation?

18   A.   Not based on my investigation.

19   Q.   Did William delete any text messages off of his cell phone?

20   A.   Not that I'm aware of.

21   Q.   Did William delete any emails off of his cell phone?

22   A.   Not to my knowledge.

23   Q.   Did William delete any postings on his Facebook, if you

24   know?

25   A.   I don't know that I reviewed his Facebook.

Special Agent Cody - CROSS

1    Q.  Would it surprise you that his Facebook almost had

2    little -- almost no activity, would that surprise you?

3            MS. RAKOCZY:  Objection, lack of foundation.

4            MR. ROSSI:  I'll withdraw it, Ms. Rakoczy.

5    BY MR. ROSSI:

6    Q.  There was a slide that Aunt Traci Isaacs had left the

7    Signal chat, do you remember that, or some kind of message that

8    she may have left the Signal chat?  If you know?

9    A.  I don't know that I recall that.

10   Q.  Would it surprise you that William left the Signal chat

11   within about two or three days of January 6?  Would it surprise

12   you?

13   A.  That wouldn't surprise me.

14   Q.  And William on the Signal chat:  I'm William, correct?  He

15   didn't have a moniker or any nickname, correct?

16   A.  Correct.

17   Q.  However, his Aunt Traci Isaacs was called Shelby Cobra,

18   correct?

19   A.  Correct.

20   Q.  And there was a slide where I think it was Mr. Meggs or

21   someone said to Shelby, Your boy got sprayed, correct?

22   A.  Generally, yes.

23   Q.  And "the boy," the boy, is William, correct?

24   A.  It's my understanding.

25   Q.  We saw a summary chart of funds that may have gone to

~~Special Agent Cody - CROSS~~

1    Michael Greene, do you remember that?

2    A.   Yes.

3    Q.   Based on your investigation, is it fair to say that William

4    Isaacs never received a penny, a nickel, a dime, or anything

5    higher from the Oath Keepers, true?

6    A.   I didn't review any financials for Mr. Isaacs.

7                MR. ROSSI:   Thank you, Judge.

8                THE COURT:   Thank you.

9                MR. ROSSI:   Thank you, Agent.

10               THE WITNESS:   Thank you, Sir.

11               THE COURT:   Mr. Shipley.

12                         CROSS-EXAMINATION

13   BY MR. SHIPLEY:

14   Q.   Good afternoon, Special Agent Cody.   Thank you for coming

15   today.

16   A.   Good afternoon, sir.

17   Q.   Like many of your colleagues, you saw a variety of these

18   bubblized blue messages through the course of your testimony,

19   correct?

20   A.   Yes.

21   Q.   There were a handful either to or from Michael Greene,

22   right?

23   A.   Right.

24   Q.   But there were no messages among everything you read

25   between Michael Greene and Jessica Watkins, right?

Special Agent Cody - CROSS

1   A.  Correct.

2   Q.  No messages between Michael Greene and Donovan Crowl,

3   correct?

4   A.  Correct.

5   Q.  No messages between Michael Greene and Thomas Caldwell,

6   correct?

7   A.  Correct.

8   Q.  Same for Kelly Meggs, no messages between them?

9   A.  Correct.

10  Q.  No messages between Michael Greene and Connie Meggs?

11  A.  Correct.

12  Q.  In fact, there's no messages between Michael Greene and

13  anybody associated with the Oath Keepers except for Kellye

14  SoRelle?

15  A.  In what I testified to today, I believe that's correct.

16  Q.  Fair enough.

17      But we're talking about your testimony, right?

18  A.  Yes.

19  Q.  So from the moment you've come in here, sat down and began

20  offering evidence to this jury, other than the one message

21  having to do with Kellye SoRelle, none of the other messages

22  you've testified to implicate or have anything to do with

23  Michael Greene?

24  A.  I believe the messages from Kellye SoRelle to Mr. Greene

25  are from a leadership chat are sent from Stewart.

Special Agent Cody - CROSS

1   Q.   Is Michael Greene in the leadership chat?

2   A.   I don't recall that.

3   Q.   Now, there is an issue, is there not, regarding this

4   deleted message, right?

5   A.   You'd have to -- which deleted message are you referring

6   to?

7   Q.   We're talking about, there's the message "Storming the

8   Capitol" from Michael Greene to a particular cell phone number,

9   right?

10  A.   Yes.

11  Q.   And then there's a later message, "We're storming the

12  Capitol" from Michael Greene to a different number?

13  A.   Correct.

14  Q.   And the second one only appeared on his T-Mobile records,

15  correct?

16  A.   Yes.

17  Q.   And as a trained FBI special agent what conclusions did you

18  draw?

19  A.   I didn't draw any conclusions; it's simply in one place and

20  not the other.

21  Q.   So you're not telling this jury that Michael Greene deleted

22  the message from his phone?

23  A.   I don't believe I've said that.

24  Q.   You have not said that?

25  A.   I have not.

Special Agent Cody - CROSS

1   Q.  Because you don't, right?

2   A.  I don't that.  I know it's absent from one and present in

3   the other.

4   Q.  So you don't want this jury to draw the conclusion that he

5   deleted that message from his phone, do you?

6          MS. RAKOCZY:  Objection.

7          THE COURT:  Sustained.

8   BY MR. SHIPLEY:

9   Q.  It's not your testimony, you're not offering evidence in

10  this case that he deleted that message from his phone, are you?

11  A.  I am stating the fact that it is not in the phone and it is

12  in the T-Mobile returns.

13  Q.  Now, let's talk about it.

14      With a prior witness, one of your colleagues, we went

15  through the earlier "Storming the Capitol" which was at 1:42.

16  Do you recall that?

17  A.  I wasn't in the courtroom for any other witness testimony.

18  Q.  You're one of four overarching case agents in this case,

19  right?

20  A.  Yes.

21  Q.  You're familiar with that earlier message "Storming the

22  Capitol," which was accompanied by a photograph?

23  A.  I'm familiar with the message but not the testimony, yes.

24  Q.  Fair enough.

25      That was at 1:42, and he takes a photograph of the person

1   challenging the police from the west front, right?

2   A.  Yes.

3   Q.  Now, the message that is in controversy, the one that's not

4   in the phone, is from an hour and a half later, 3:06.  Right?

5   A.  Yes.

6   Q.  Now, the 3:06 message --

7          MR. SHIPLEY:  Let's go ahead and put it up so

8   everybody can see it.  I think it's -- 9902 slide 13 is

9   "Storming the Capitol."  If the government could help me

10  Exhibit Number 4, "We're storming the Capitol."

11         MS. RAKOCZY:  It's 9902, Page 46.

12         MR. SHIPLEY:  Can we pull that one up, please?

13  BY MR. SHIPLEY:

14  Q.  So the first time you discovered this was when you got the

15  T-Mobile records, right?

16  A.  My understanding is that's the first time we saw the

17  message, yes.

18  Q.  When you get a message you have a 10-digit number.  You

19  make an effort to try to figure find out who that number

20  belongs to?

21  A.  I did not personally, so I can't say whose phone number.

22  Q.  As part of the investigation, was an effort made to find

23  out who that number belonged to?

24  A.  I would assume yes, but I can't say definitively.

25  Q.  As a general proposition, when you get a number like that

Special Agent Cody - CROSS

1    and you want to know who it belongs to, what would you do?

2    A.   I would run the number through various systems, open source

3    and FBI.

4    Q.   Let's say an open source database didn't give you that

5    number, how would you go about trying to find it?

6    A.   Request, probably, a federal grand jury subpoena be issued.

7    Q.   And if that would -- from doing some you'd know which cell

8    phone or other landline carrier that number was assigned to,

9    right?

10   A.   Yes.

11   Q.   There's a way to determine that?

12   A.   Yes.

13   Q.   Whether it's T-Mobile or AT&T or Verizon, you can find that

14   out?

15   A.   Yes.

16   Q.   Then you direct a grand jury subpoena to the appropriate

17   company, right?

18   A.   Right.

19   Q.   And then they give you back who it belongs to?

20   A.   Yes.

21   Q.   And you can also get the call records, right?

22   A.   Yes.

23   Q.   You can go out and talk to that person and ask them about

24   this message?

25   A.   We could.

Special Agent Cody - CROSS

1    Q.  And you can ask them, can I look at your phone and see if

2    your phone shows that this message was sent to you?

3    A.  Yes.

4    Q.  Where was any of that done?

5    A.  I do not know.

6    Q.  As one of the four of the overarching case agents, do you

7    think if the identity of the person to who that number was

8    assigned was known that you would know that?

9    A.  I can't necessarily say that.  There has just been volumes

10   of data in this investigation.

11   Q.  Well, we're here in trial with Michael Greene accused with

12   obstruction for deleting this message, and you can't answer

13   that question?

14   A.  I can't answer that question, no.

15   Q.  Do you know what cell phone carrier it belonged to?

16   A.  I do not.

17   Q.  Do you know if it belongs to any cell carrier?

18   A.  I don't.

19   Q.  Does it belong to a landline phone company?

20   A.  I would assume not as it's text message, but I don't know.

21   Q.  What is VoIP?

22   A.  I believe it's voice over internet protocol.

23   Q.  Can explain in sort of layman's terms what that means?

24   A.  My understanding is using an internet service like a home

25   internet to place phone calls.

Special Agent Cody - CROSS

1    Q.  As opposed to having to use the cell carrier network,
2    right?
3    A.  Yes, or an old fashioned landline.
4    Q.  So it can travel over the internet rather than travel over
5    the cell tower network?
6    A.  Yes.
7    Q.  Are there such various services available?
8    A.  There are.
9    Q.  And what is Google Voices?
10   A.  Google Voice is a web service.
11   Q.  It's an application, right?
12   A.  Yes.
13   Q.  Created by Google and runs over Android phones?
14   A.  I don't know if it's exclusive to Android, but yes.
15   Q.  And it's a mechanism to make phone calls over the internet?
16   A.  Yes.
17   Q.  And when you dial into Google Voices, it dials to a
18   particular access number, or thousands of potential access
19   numbers when you trigger the application?
20   A.  I'm not overly familiar with Google Voice and how it works.
21   Q.  So you can't answer any questions about Google Voice?
22   A.  I'm not familiar with it, so no, I cannot.
23   Q.  So if 315-583-9089 is a Google Voices application number,
24   that would be meaningful, but you can't offer any evidence
25   about what it would mean, right?

Special Agent Cody - CROSS

1    A.  That's correct.

2            MS. RAKOCZY:  Objection.

3            THE WITNESS:  That's correct.  That's correct.

4    BY MR. SHIPLEY:

5    Q.  So as far as you're aware your investigation -- your

6    collective navigation that brought us into this courtroom have

7    made no effort to determine if that's actually a Google Voices

8    number?

9    A.  My personal knowledge of this phone number and any

10   investigation related to it, I can't say what any other case

11   agents did.  We had dozens of case agents assigned to these

12   investigations, so, no, I can't say.

13   Q.  Did somebody testify under oath before the grand jury that

14   this number belonged to some person?

15           MS. RAKOCZY:  Objection.

16           THE COURT:  Sustained.

17   BY MR. SHIPLEY:

18   Q.  You never testified before the grand jury that this number

19   belonged to a particular person, right?

20           MS. RAKOCZY:  Objection.

21           THE COURT:  Also sustained.

22   BY MR. SHIPLEY:

23   Q.  If this is, assume it's a Google Voices application number

24   that you reach when you send a text over the Google Voices

25   service, is it possible that number does not show up in your

1   phone records or does not show up on your -- does not show up

2   on your phone?

3   A.  I have no knowledge as to whether this was a VoIP number or

4   not, so I think this is purely hypothetical at that point.  I

5   can't answer one way or another.

6   Q.  So for our purposes today at this point in this trial, we

7   don't know what that number is or who it belongs to?

8   A.  That's correct.

9   Q.  We don't know if that's a technical service whether or not

10  it would stay in the phone in the same way as a

11  person-to-person text that we're all familiar with?

12  A.  I don't know.

13  Q.  But you do know that you can't say he deleted it?

14  A.  I have not said he deleted it.

15  Q.  When you first encounter somebody for a custodial interview

16  you have to advise them that they don't have to create evidence

17  in the form of talking to you, right?

18          MS. RAKOCZY:  Objection, relevance.

19          THE COURT:  Say what's -- go ahead.

20          MR. SHIPLEY:  Just a couple questions.  We're just

21  going to deal with this one quick issue.

22          THE WITNESS:  Generally, yes, unless there's -- I

23  believe it's a Quarles exception.

24  BY MR. SHIPLEY:

25  Q.  So if there's communications among the Oath Keepers where

Special Agent Cody - REDIRECT

1   it says, keep your mouth shut, they're basically just saying

2   don't create information for law enforcement, right?

3   A.  I don't know why they're saying that.

4          MR. SHIPLEY:  Thank you, Your Honor.

5          THE COURT:  All right.  Anyone else?

6          Mr. Brennwald?

7          MR. BRENNWALD:  No, Your Honor.

8          THE COURT:  I'm sorry.

9          MR. BRENNWALD:  You said my name.  I said, no, Your

10  Honor.

11         THE COURT:  Mr. Cooper?

12         MR. COOPER:  No, Your Honor.

13         THE COURT:  Any redirect?

14         MS. RAKOCZY:  Yes.  Thank you.

15                      REDIRECT EXAMINATION

16  BY MS. RAKOCZY:

17  Q.  Special Agent code, Ms. Haller asked you some questions

18  about the surveillance video from the Comfort Inn Hotel on the

19  morning of January 7th.

20      Do you recall those questions?

21  A.  Yes.

22  Q.  In that surveillance video footage, we did not look at it,

23  but do you recall seeing Kelly Meggs in that footage?

24  A.  Yes.

25  Q.  Does the footage depict him inside the hotel?

~~Special Agent Cody - REDIRECT~~

1   A.  It does.

2   Q.  Does it depict him standing next to luggage carts?

3   A.  Yes.

4   Q.  Are there items on the luggage carts?

5   A.  There are.

6   Q.  What types of items could you see, generally?

7   A.  Generally duffle bags, and I'd have to go back and relook

8   at the footage, but I believe there were rifle cases or what

9   appear to be rifle cases on the luggage cart.

10  Q.  Ms. Haller asked you some questions about your personal use

11  of firearms.

12      Do you recall those questions?

13  A.  Yes.

14  Q.  Have you ever left a firearm at a Quick Reaction Force

15  supporting an operation aimed at stopping the certification of

16  an election?

17          THE COURT:  Can you rephrase the question?

18  BY MS. RAKOCZY:

19  Q.  Special Agent Cody, have you ever set up a Quick Reaction

20  Force outside of your professional work?

21  A.  No.

22          MS. HALLER:  Objection.

23          THE COURT:  That's overruled.

24          Go ahead, you can answer.

25          THE WITNESS:  No.

Special Agent Cody - REDIRECT

1  BY MS. RAKOCZY:

2  Q.  Is it fair to say you've never left your personal firearms

3  with such a personal Quick Reaction Force?

4  A.  My firearms stay in my safe or on my person.

5  Q.  Mr. Isaacs' [sic] asked you some questions about

6  Mr. Isaacs' cell phone and whether he voluntarily gave that

7  phone to the FBI.

8      Do you recall those questions?

9  A.  Yes.

10 Q.  Did law enforcement still have to obtain a search warrant

11 to actually look at the data on the phone?

12 A.  Yes.

13 Q.  In other words, Mr. Isaacs did not consent to you looking

14 at the data, he just gave you the phone; is that right?

15 A.  Correct.

16 Q.  Mr. Isaacs [sic] asked you some questions about whether --

17 Mr. Rossi asked you some questions about whether Mr. Isaacs

18 deleted any data from Facebook.

19     Do you recall those questions?

20 A.  I do.

21 Q.  On your direct examination do you recall reading a message

22 where Mr. Isaacs asked his aunt how to delete messages from

23 Facebook?

24 A.  Yes.

25 Q.  Mr. Rossi asked you some questions about -- a message you

1    read on direct where Mr. Isaacs's aunt was told by Kelly Meggs

2    something to the effect of, We got your boy his first dose of

3    tear gas.

4        Do you remember that question?

5    A.   I do.

6    Q.   Did Mr. Isaacs respond?

7    A.   Yes.

8    Q.   What did he say.

9    A.   I believe he said, I shouldn't have gone in, at some point

10   in there.

11   Q.   Finally, Mr. Shipley asked you some questions about

12   communications between Michael Greene and other individuals.

13       Do you recall those questions?

14   A.   Yes.

15   Q.   Today did you only refer to messages in the January 6 and

16   post January 6 time period?

17   A.   Yes.

18   Q.   Are you aware of whether there was a chat called "D.C. Op

19   Jan. 6, '21"?

20   A.   Yes.

21   Q.   Was that a Signal chat that some people in this case used?

22   A.   It was.

23   Q.   Was Michael Greene on that chat?

24   A.   Yes.

25   Q.   Was Kelly Meggs on that chat?

Special Agent Cody - REDIRECT

1    A.  Yes.

2    Q.  Was Jessica Watkins on that chat?

3    A.  Yes.

4    Q.  Are you aware of whether Mr. Greene exchanged phone calls

5    with Stewart Rhodes in the January 6 time period?

6    A.  Yes.

7    Q.  Are you aware of whether Michael Green exchanged phone

8    calls with Joshua James in the January 6 time period?

9    A.  Not to my knowledge.

10   Q.  Meaning, you don't know one way or the other?

11   A.  Correct.

12   Q.  Did you review those phone records to prepare for today?

13   A.  Yes, but not to the level for any familiarity I can recall.

14   Q.  What time period are you focusing on in your testimony here

15   today?

16   A.  January 6 to January 20th.

17   Q.  You were asked some questions about a message that we'll

18   bring up with Ms. Rouhi's help.

19            MS. RAKOCZY:  Could we bring up Government's

20   Exhibit 9902, Page 46.

21   BY MS. RAKOCZY:

22   Q.  So what does this message say?

23   A.  We're storming the Capitol.

24   Q.  Who sent this message?

25   A.  Michael Greene.

Special Agent Cody - REDIRECT

1   Q.  On what day?

2   A.  January 6, 2021.

3   Q.  At what time?

4   A.  3:06 p.m.

5   Q.  Does he say, They're storming the Capitol?

6   A.  No.

7   Q.  You read us on direct several other messages that

8   references storming the capitol, at least three messages with

9   words storming the capitol.  Is that fair to say?

10          MS. HALLER:  Objection to form.

11          THE COURT:  Overruled.

12          Go ahead.

13  BY MS. RAKOCZY:

14  Q.  Did you read to us on direct at least three other messages

15  Mr. Greene sent in which he used the words "Storming the

16  Capitol"?

17  A.  Yes.

18  Q.  Without the word "we're?"

19  A.  Yes.

20  Q.  And those messages, where did you find them?

21  A.  Mr. Greene's phone.

22  Q.  This message, We're storming the Capitol, did you find it

23  on his phone?

24  A.  No.

25  Q.  Now, where did you get it from?

Special Agent Cody - REDIRECT

1    A.   T-Mobile.

2    Q.   In other words, that message escaped Mr. Greene's phone and

3    went out into the world and got to the T-Mobile servers, fair

4    to say?

5    A.   It was on the T-Mobile servers, yes.

6    Q.   So it was sent to his phone, fair to say?

7    A.   Yes.  Correct.

8    Q.   And that message was not on his phone by the time it was

9    seized by law enforcement, correct?

10   A.   Correct.

11            MS. RAKOCZY:  No further questions.  Thank you.

12            THE COURT:  Agent Cody, thank you for your testimony.

13   You may step down.

14            Okay.  Next witness.

15            MR. EDWARDS:  Your Honor, at this time, we'd like to

16   announce before the jury that we move the underlying exhibits

17   that compose the parts under the various montages and summary

18   exhibits including the small snippets of phone records under

19   the phone records, and we'd like to file a written response to

20   the Court to just identify those specific numbers.

21            THE COURT:  With that is there any other --

22            MR. EDWARDS:  With that, Your Honor, the Government

23   rests.

24            THE COURT:  So you just heard, ladies and gentlemen,

25   the government rests.  What that means is they have completed

```
 1   their case in chief.  So that first part of the trial we
 2   discussed at the very beginning is now concluded.
 3         So before we continue, I'm just going to get on with
 4   the parties for one minute, and we'll be right back with you
 5   is.
 6      (Bench conference out of the hearing of the jury.)
 7         THE COURT:  I'll just have defense counsel just put on
 8   the record that you're moving for directed verdict so we can
 9   discuss any particular arguments after the jury is dismissed
10   later today.  So just starting with Mr. Brennwald.
11         MR. BRENNWALD:  Yes, Your Honor.  I'll make a directed
12   verdict on behalf of Mr. Parker.
13         THE COURT:  Mr. Manchado.
14         MR. MANCHADO:  Yes, I'll do so as well.  I'll provide
15   argument later, of course.
16         THE COURT:  Mr. Rossi.  We can't hear you.
17         MR. GREENE:  We move for judgment, Judge.
18         THE COURT:  Mr. Greene is moving on behalf of
19   Mr. Isaacs, on behalf of Ms. Meggs.
20         MR. WOODWARD:  We move for directed verdict, Your
21   Honor.
22         THE COURT:  Mr. Shipley.
23         MR. SHIPLEY:  We move for directed verdict on behalf
24   of Mr. Greene.
25         THE COURT:  Mr. Cooper.
```

```
 1              MR. COOPER:  Yes, the same for Ms. Steele, Your Honor.
 2              THE COURT:  So, Ms. Redden, are you prepared to open?
 3    Is that a yes?
 4              MR. COOPER:  She said yes.
 5              Your Honor, I apologize.
 6              Before we do that, I would renew my motion to sever at
 7    this point in time.  And I can make ex parte representations,
 8    if the Court requires.
 9              THE COURT:  Okay.  Well, I'm not going to handle that
10    now.
11              DEFENSE COUNSEL:  After the opening, does the court
12    expect to start with Mr. Parker, or are we going back to
13    arguments about directed verdicts?
14              THE COURT:  We'll see how long Ms. Redden is going to
15    be.
16              Ms. Redden, how long do you expect your opening to be.
17    Two hours?
18              MR. REDDEN:  About 15 to 20 minutes.
19              THE COURT:  Let's see where we are at that point,
20    okay?
21              (Bench conference concluded.  The following was within
22    the hearing of the jury.)
23              THE COURT:  Ladies and gentlemen of the jury, you will
24    recall that each defendant gets to do their own opening but
25    they are not required to do so.  You may also recall that
```

1    Mr. Greene's counsel deferred doing an opening, which they have

2    the right to do.

3            So now that we're at the defense case, Ms. Redden,

4    does Mr. Greene wish to present an opening at this point?

5            MS. REDDEN:  Yes, Your Honor.

6            THE COURT:  All right.  Ms. Redden.

7            MS. REDDEN:  We'll see if I can keep this on me here.

8            Good afternoon, ladies and gentlemen.  My name is

9    Britt Redden, and on behalf of myself and my co-counsel,

10   Mr. Shipley, we represent Mr. Mike Greene.

11           Mike, would you stand up, please, for us?

12           You can sit down.

13           Ladies and gentlemen, we are here today because Mike

14   Greene was security operations leader for January 6.  However,

15   these are not his soldiers.  They're not his boots on the

16   ground.  This truly wasn't Mr. Greene's security operation.

17           Mr. Greene is a decorated veteran and a highly skilled

18   security expert.  Mr. Greene was hired by the Oath Keepers

19   because of his security expertise and his professional security

20   license to provide security for the group at various events.

21           Mr. Greene is not an Oath Keeper.  And, in fact, he's

22   very different than most of these defendants that are here, and

23   the defendants that are on the board.

24           I will ask Mr. Edwards to put the board up for us.

25           Ladies and gentlemen, Mr. Greene came to D.C. because

1    Stewart Rhodes hired him.  He was hired to organize the

2    security details for January 5th and January 6th.  He was hired

3    to put together security details for various events and VIP

4    speakers.

5         These are not Mr. Greene's soldiers.  Mr. Greene's

6    security plan specifically called for no camera and no military

7    attire.  Specifically, he said, Do not come full kit.  That

8    means no helmets, no tactical vests, nothing of that effect.

9    Why, ladies and gentlemen?  Because this wasn't that kind of a

10   mission.  The mission was only security.  Tactical gear was not

11   needed.  They were to be escorting various speakers and VIPs

12   and even rally attendees around the Capitol for various events

13   that day.  Not just the VIPs, even just people that were there

14   to attend, to watch President Trump speak, to see the other the

15   rallies going on.  They were there just to provide security for

16   everyone.

17        Now, Mr. Greene may have been the only one that was

18   hired that day.  Everyone else there came and they volunteered

19   their time.

20        Mr. Greene first met the Oath Keepers back when he did

21   hurricane relief after Hurricane Harvey.  He had met the Oath

22   Keepers through one of his military training buddies, Mr. Greg

23   McWhirter, who was the Oath Keeper VIP.

24        And Mike honestly thought the Oath Keepers were

25   racist, okay.  He didn't want anything to do with them.  But

1    the Oath Keepers he met during that hurricane relief, they were

2    solid guys.  A lot of them were current and former law

3    enforcement officers.  A lot of them were in the military.  A

4    lot of them were veterans.  A lot of them were a lot older.

5    These were guys who were excited to be volunteering to help

6    their country again.

7         Like Mike, but over the top, a lot of bravo rhetoric,

8    a lot of locker room talk.  That's not Mike.  He comes in for a

9    job.  He's hired and he leaves.  That's all he's there for.

10   He's not checking all these messages.  He had 30 to 45,000

11   unread messages from these groups.  He wasn't like them.

12   That's not what he did.  He came to perform a security job, and

13   he left.

14         Now, on January 6 the evidence will show you that

15   everybody was at Mr. Donald Trump's speech that day,

16   President Trump.  People heard in the crowd -- well,

17   President Trump was still speaking but something was going on

18   at the Capitol.  So Mike and another Oath Keeper name Landon,

19   who you'll get to hear from as well, and London's buddy, Joe,

20   they went off to the Capitol.  But they couldn't even get to

21   the Capitol.  Want to know why?  There were thousands of people

22   all over there before Trump's speech even finished.  Thousands.

23   The riot was already ongoing.  They couldn't get close.  They

24   couldn't even get past sidewalks.

25         There were still police in front of them.  There were

1    still barriers in front of them.  They never crossed a barrier.

2    They never crossed a police line.

3          They got over to the Capitol, seeing the riots happen.

4    The other events that had been scheduled around the Capitol for

5    later in the day after President Trump spoke obviously couldn't

6    continue.

7          So Mike texted the group.  He said, They've taken the

8    Capitol and we need the regroup anyone not on mission.

9          Mike never told anyone to come to the Capitol.  He

10   said, We need to regroup anyone not on mission.  And the only

11   mission that day was to provide security.  So what did Mike

12   mean by that text?  Anyone not with a protectee, we need to

13   regroup now.  No one responded.

14         So what did Mike do?  He moved on.  He had taken

15   pictures.  I mean it was incredible, just the sheer volume,

16   mass of people, all of them rioting, he took pictures.  He sent

17   texts to his friends and family back home.  People were texting

18   him, hey, you see this happening, send a picture of what the

19   crowd was doing.  What were they doing?  Storming the Capitol,

20   and that's exactly what he wrote in the text messages.

21         It is not our burden to prove that Mr. Greene sent

22   text messages via Google Voice.  But he did.  I don't know why

23   the government believes they're not on his phone.

24         Ladies and gentlemen, no one responded to Mike when he

25   said we need to regroup.  He didn't call anyone at the Capitol.

 1    He spent the rest of the day trying to regroup.  Of course he
 2    was having conversations and trying to call Stewart Rhodes.  He
 3    was the leader of the Oath Keepers.  He's the man who hired him
 4    to be there that day.  Of course he's trying to figure out
 5    where Stewart is.  Of course he's called Joshua James who is
 6    leading the security group for Roger Stone who was scheduled to
 7    speak on the 6th twice.
 8           Ladies and gentlemen, that is what happens when you
 9    are running a security operation.  It would be really suspect
10    if he didn't have any communication with anyone while he was
11    there.
12           Ladies and gentlemen, these are not battle-ready,
13    boots-on-the-ground soldiers.  They're not combat ready.
14    Again, not Mr. Greene's security operation.  Mr. Greene's
15    security operation:  No camera, no weapons, no full kit.  These
16    aren't his soldiers.
17           Michael Greene's security operation called for no
18    radios.  You want to know why?  Because the radio channels jam.
19    He'd been there before in D.C.  He knew they would be jamming.
20    They'd done it before.  He also didn't even know he had phone
21    calls.  You want to know why?  Because the cell networks were
22    jammed up.
23           So what is Mr. Greene's security plan for
24    communications that day?  First, by text.  Second, by phone
25    call.  Third, by Signal.

1            Ladies and gentlemen, Mr. Greene never gave a

2    directive to go to the Capitol.  In fact, the evidence will

3    show that he looked over at his buddy and said, Do you want to

4    go in?

5            His buddy looked at him and said, Hell, no.

6            Yeah, me neither.

7            Neither of them would have to fight police.  They

8    didn't want them.  They didn't want anything to do with what

9    was going on with the Capitol.  So why did Mike hang with

10   Raymond, this Oath Keeper?  Because they're like-minded, former

11   military men.  They had prior similar military experiences.

12           Mr. Greene served in the U.S. Army.  He was a combat

13   engineer.  He served and deployed in Kuwait, Germany, and Iraq

14   at the end of the Iraqi invasion.

15           While in the Army, he was an all Army athlete and he

16   actually competed with the Army in the Olympics.

17           Mr. Greene also attended many training courses in

18   different schools during his time.  One was an advanced combat

19   training course, where he became a Sapper.  He was a Sapper for

20   the Secured Task Force.

21           Ladies and gentlemen, none of these men and women up

22   here, they're not battle ready.  They're not soldiers.  They're

23   not even sending into battle.  This was not that type of a

24   mission.  This was security.  That's all this was.

25           Now why people show up in their battle gear, ready to

1    go, that was not Mr. Greene's security plan.  And Stewart

2    Rhodes hired Mr. Greene for the security plan.  He hired him

3    multiple times before for his security expertise.

4         One of the first times was in Louisville after the

5    Breonna Taylor situation.  That operation went off without a

6    hitch.  So Stewart calls him again.  This time it was in

7    November of 2020.  There was an attorney by the name of Kellye

8    SoRelle, who we see up here.  She was one of the attorneys and

9    lawyers from Trump.  She had witnessed some voter tampering or

10   election fraud in Michigan.  So Stewart Rhodes called upon

11   Mr. Greene for his security expertise and hired him to provide

12   close protection for Ms. SoRelle in November after the

13   election.

14        That operation too went off without a hitch.  So

15   Mr. Rhodes again called upon Mr. Greene.  This time later in

16   November.  This was the Million MAGA March.  This time Stewart

17   hired Mr. Greene for close protection for Ms. SoRelle, again,

18   as well as close protection for other speakers and other events

19   and rallies that were happening.

20        He actually asked Mr. Greene to help with security

21   detail of Alex Jones and Alex Jones' family.  To which he did.

22   That wasn't part of the plan, but he helped on that.

23        And the next time Stewart called upon Mr. Greene,

24   again because there had been no issues each time, everything

25   had gone off without a hitch each time Mr. Greene had been

1    there before, he called upon him again.  This time it was in

2    early December, the Jericho March.

3          Again, Mr. Rhodes and Kellye SoRelle and others were

4    speaking again at various events, so Stewart called upon

5    Mr. Greene and his security expertise to arrange the close

6    protection detail, again, for not only Ms. SoRelle but to also

7    help with the protection for General Flynn and his group.

8    Mr. Greene was to help with the 1st Praetorian National Guards

9    and help provide protection support for them and their details

10   for General Flynn, and Mr. Greene did so.  And, again, that

11   operation went off without a hitch.  There was no issues,

12   again, within that one.

13         So when Stewart called Mike at the end of December,

14   about December 31st and said, hey, can you help Don Siekerman

15   put together and organize the security details for January

16   5th and 6th.  Mike had no reason to say no.  He had been hired

17   to do jobs before by the Oath Keepers, the jobs had gone off

18   with no issues, and he'd been paid.  Of course he said, yes, I

19   can absolutely help arrange the security details for

20   January 5th and 6th.

21         But it wasn't until January 3rd that Stewart actually

22   called Mr. Greene and asked him if he would come to D.C.  The

23   evidence will show you that Mr. Greene never had any plans to

24   come to D.C. until Stewart called to tell him that Don was sick

25   and asked if he would come.  And he said yes.

1          So I think Mr. Greene left on the 4th, and he drove

2     from his hometown in Indiana where he still lives with his

3     family and his four-year-old son.

4          He came out to D.C. with that security operations plan

5     that he had put together with Mr. Don Siekerman, and upon

6     arrival, Mr. Greene tweaked that plan a bit.  Why?  Because one

7     thing about Mr. Rhodes is that Stewart wanted to help everyone.

8     If people came to him and asked for help with security, he

9     wanted to say yes.  He didn't want to turn anyone down.  He

10    didn't want to say he didn't have the men to help do that.  So

11    he wanted to say yes.  He truly wanted to be able to help

12    everyone who asked.

13         But Mike would always keep Stewart grounded and tell

14    him, we don't have the men for this, we can't do this.  So his

15    security operation plan changed.  When Mike got there he

16    realized they didn't have the men they were supposed to have.

17    People who said they were coming didn't show up.  People who

18    didn't say they were coming maybe did.  Mike didn't know any of

19    these -- most of any of these people before January 6.

20         Mike didn't know any of these -- most any of these

21    people before January 6.  He didn't know any of these

22    defendants before January 6.  He had met Jessica Watkins in

23    Louisville.  He had met Kelly Meggs.  Most all these, he didn't

24    know them.  He's not an Oath Keeper, so why would he.  He's not

25    on the texts and chats.  He didn't know them.

```
 1              Ladies and gentlemen, Mr. Greene's identity has been
 2     known.  The evidence will show they've known about Mr. Greene
 3     and his involvement on January 6 since January of 2021.  The
 4     evidence will show you that Mr. Greene openly and voluntarily
 5     talked with the police and talked with the FBI and talked with
 6     the government.  Not once, not twice, but on multiple occasions
 7     across many months.  In fact, Mr. Greene was never indicted
 8     until June of this very year.
 9              Ladies and gentlemen, Mr. Greene was indicted 48 hours
10     after agreeing to testify for Stewart Rhodes, the man who hired
11     him for the security operations.  He was indicted on the 8th,
12     8th superseding indictment.  He is the very last defendant.
13     Ladies and gentlemen, the 7th superseding indictment --
14              MS. RAKOCZY:  Objection, Your Honor.
15              THE COURT:  Sustained.
16              Ms. Redden, let's move on.  It's irrelevant --
17              MS. REDDEN:  Ladies and gentlemen, Mr. Greene --
18              THE COURT:  I'm sorry.  I'm sorry to do this, but can
19     I ask you to get on the phone?
20         (Bench conference out of the hearing of the jury.)
21              THE COURT:  You already said that Mr. Greene was
22     indicted after he testified for Stewart Rhodes.  I thought
23     that's what I heard you say.
24              MS. REDDEN:  No, Your Honor.  I said that he was
25     indicted after he agreed to testify.
```

1              DEFENSE COUNSEL:  And that timing is factually

2    accurate.  We talked to him about testifying in the first case,

3    and just within days, he was indicted.

4              MS. RAKOCZY:  Well, Your Honor, that's news to us.  I

5    think that's an improper argument that the jury should be

6    instructed they need to be disregard.

7              DEFENSE COUNSEL:  He's going to testify.  That's

8    factually --

9              MS. RAKOCZY:  I'm not sure how that's relevant, Your

10   Honor.

11             THE COURT:  Well, look.  If it's factually accurate,

12   fine.  The question is what can be argued from it.  This is

13   opening, but I wanted to make sure -- I thought I understood

14   you to say he was admitted after he testified at Mr. Rhodes's

15   trial, which would not have been accurate.  But go ahead.  I'm

16   sorry about.  Thank you.

17             (Bench conference concluded.)

18             MS. REDDEN:  Ladies and gentlemen, I'm showing you --

19             MS. RAKOCZY:  Objection, Your Honor.

20             MS. REDDEN:  I'm showing the indictment.  I'm not

21   allowed?

22             THE COURT:  I'll ask you to not show the jury the

23   indictment, please.

24             MS. REDDEN:  Okay.

25             THE COURT:  Thank you.

1              MS. REDDEN:  Ladies and gentlemen, I'm asking you to

2      please go look at the indictment when you get back after all

3      the evidence is before you.  Look really closely --

4              MS. RAKOCZY:  Objection, Your Honor.

5              THE COURT:  I'm sorry.  The jury will not have the

6      indictment with it.  I don't want there to be any confusion on

7      that.

8              MS. REDDEN:  Ladies and gentlemen, the government's

9      rash and last-minute decision to indict Mr. Greene is evident.

10     The evidence will show that they stuck his name in the

11     indictment.  They didn't even bother to move the "and" to place

12     it right.  He was the last thought, just like the

13     investigation.

14             Ladies and gentlemen, the evidence will show you that

15     Mr. Greene never gave a directive to anyone to go to the

16     Capitol, and never gave a directive for a QRF.

17             In fact, Mr. Greene's security operation plan called

18     for no QRF.  Why?  The evidence will show you that they didn't

19     have the manpower, and there's no road access to get vehicles

20     into D.C.  A Quick Reaction Force is just that; it is quick.

21     It is seven minutes' deployment.  There's nothing quick about

22     anyone on the QRF, ladies and gentlemen.

23             The evidence will show you that Mr. Greene was hired

24     only for his security expertise.  Mr. Greene was only there to

25     perform a job.  A job which he did.  He never told anyone to go

1   to the Capitol.  In fact, he was telling them the exact

2   opposite:  Don't dress like that, this isn't that type of a

3   mission; it's just security.

4          Ladies and gentlemen, at the conclusion of our case

5   you will have all the evidence, and I am confident that you

6   will have the full picture of what truly happened on January 6,

7   and you will acquit Mr. Greene of all charges that are alleged

8   against him.

9          Thank you.

10          THE COURT:  Thank you, Ms. Redden.

11          Okay.  So I think we're going to break for the day.

12   The lawyers and I have some legal matters we need to discuss

13   and hopefully if we do it this afternoon, we won't keep you

14   waiting in the morning.  So we will adjourn for the day and

15   look forward to seeing you-all tomorrow morning.  We'll get

16   started at 9:30.  Thank you all very much.  See you soon.

17          (Jury leaves the courtroom.)

18          THE COURT:  All right, please have a seat everyone.

19          Okay.  Ms. Redden, I'm sorry to have interrupted you.

20   I just didn't want the jury to be left with the impression they

21   were going to have the indictment.  I don't usually do it, and

22   certainly in a case like this I wouldn't send the indictment

23   back in any event.

24          So I expect two directed verdict arguments.  I'm happy

25   to hear them if they relate specifically to a particular

1   element in a way that can actually realistically be considered

2   right now.  Otherwise, I'm happy to get written arguments from

3   counsel at a later time.  But I don't know that it's going to

4   be terribly good use of anybody's breath to make a directed

5   verdict argument right now because the odds are I'm likely

6   going to defer on it.

7           MR. BRENNWALD:  What's the last thing you said?

8           THE COURT:  I said odds are I will defer on it.

9           MR. SHIPLEY:  I would just briefly ask for a directed

10  verdict on the obstruction count based on the testimony of

11  Agent Cody.  And there's been no testimony from any agent that

12  Mr. Greene deleted that message from his phone.  Agent Cody

13  said, can't say that.  That's the basis of the charge in the

14  indictments, so I'd ask for motion -- or a verdict of acquittal

15  on that count.

16          MR. GREENE:  Mr. Isaacs would renew all prior motions

17  and move for judgment of acquittal, if that's okay, Your Honor.

18  Thank you .

19          MR. WOODWARD:  We'd welcome the opportunity to brief.

20  It's helpful to have the transcripts and cite to the Court

21  specific evidence.

22          I think there are two issues that jump out for us, but

23  I don't think can easily be decided.  One is going to be the

24  agreement prong.  I suspect the government's theory will be

25  that just following Mr. Meggs up the stairs into the building

4652

1   is enough to establish that Mrs. Meggs joined the conspiracy,

2   and I think there's -- there may be some legal question about

3   what she needed to know about Mr. Meggs's efforts.  So that's

4   one.

5           Second one and maybe the better of the arguments is

6   we're again confronted with this destruction of property

7   charge.  We've seen acquittals in both of the last two trials

8   as to I believe all the defendants.  And the evidence here is

9   no different than it was as against the defendants in the

10  Rhodes 1 and 2 trials.  There is no evidence that any of these

11  defendants destroyed any property.

12          Focusing on Mrs. Meggs, there's no evidence that

13  Mrs. Meggs destroyed any property.  In fact, the opposite.

14  We've solicited testimony in this trial about how property may

15  have been destroyed.  The Capitol police officer who testified

16  about the door, he testified on cross-examination that he had

17  placed the flagpole in the door handle, but wasn't thinking

18  about whether or not the door would be damaged in the process,

19  that his objective was keeping the -- keeping folks out of the

20  Capitol building at all costs.

21          And so in our view the government has not solicited

22  any evidence that Mrs. Meggs participated in the destruction of

23  property.  I think the best they're going to argue is that

24  probably a conspiracy instruction for the jury, but here where

25  there's certainly no suggestion that she had any intent to join

1    a conspiracy to destroy property, like a Pariton (ph)

2    instruction I guess is what they'll ask for.

3          We've seen this go to the jury now twice, acquittals

4    for everyone and so we don't think that -- we don't think those

5    charges need to be sustained here.  Let's focus on the --

6    really the overarching issue which is whether these individuals

7    conspired with Mr. Rhodes, Mr. Meggs, and others to stop the

8    certification.

9          Thank you, Your Honor.

10         THE COURT:  Thank you, Mr. Woodward.

11         MR. COOPER:  Your Honor with respect to Ms. Steele,

12   just a few quick words about the obstruction and the

13   destruction of evidence.  On this record there's been no

14   testimony that Ms. Steele burnt anything in that field with

15   respect to January 6.  There's also been no testimony that

16   Ms. Steele deleted anything from her phone.  There's been no

17   testimony she posted anything from her phone, even on Facebook.

18   The only evidence we have is that she got off the Facebook, and

19   that's it.  So there's no evidence for anything relating to the

20   destruction of evidence.

21         MR. MANCHADO:  Your Honor, just real quick.  I just

22   want to make two arguments with regard to lack of any evidence

23   with regard to -- I guess I'll start with the destruction of

24   the property Count 4.  I would note that besides the questions

25   that we asked of -- from the architects of the Capitol who

1    indicated that Ms. Parker -- there's no indication that he knew

2    Ms. Parker or that there's any indication that Ms. Parker had

3    done any damage.

4         There's also video that was shown that shows no

5    contact whatsoever with the destructions that alleged here.

6         With regard to the conspiracy to prevent an officer

7    from discharging any duties, I would just argue that there's no

8    indication that Sandra Parker had any contact with any officer.

9    I understand it's a conspiracy charge, but as far as her own,

10   she had no contact with them.

11        So those would be my two arguments.  I'll supplement

12   later.  Thank you.

13        THE COURT:  All right.  I'll give this some thought

14   overnight but the odds are I'll defer on these issues.

15        Okay.

16        MR. WOODWARD:  Scheduling.

17        THE COURT:  Who's going first tomorrow?

18   Mr. Brennwald?

19        MR. BRENNWALD:  Yes, Your Honor.

20        THE COURT:  Let me ask you this:  I thought,

21   Mr. Woodward, you were prepared to present witnesses today.

22   Will they be available tomorrow?  Does anybody have scheduling

23   issues with respect to defense witnesses?

24        MR. WOODWARD:  We do.

25        MR. BRENNWALD:  I'm happy to defer, do whatever works.

```
1              MR. WOODWARD:  So I remain reticent to disclose our
2    witnesses, Your Honor.  But if you're going to order us to do
3    so --
4              THE COURT:  I am.
5              MR. WOODWARD:  Okay.  Just checking.  Mr. Nestler is
6    going to be leaving here momentarily to make phone calls.  We
7    have Stephen Brown on a plane now.  He will be available
8    tomorrow morning.
9              We have Jeff Morelock on a plane tonight.  He is then
10   on a plane tomorrow night, so we only have him tomorrow.
11             And we have Mike Adams who will be on a plane tomorrow
12   morning and will be here tomorrow.  We had hoped to get
13   Mr. Adams and Mr. Morelock out of town tomorrow night.
14   Mr. Brown has a little more flexibility.  He can testify on
15   Wednesday, if needed.  I think that the direct for all three of
16   those gentleman is likely to be an hour.  I don't know if that
17   we'll see any surprises in cross, so I think it is conceivable
18   that we could do everybody, certainly in two days but maybe
19   even one.
20             THE COURT:  As long as nobody objects, I'm happy to
21   take it as it comes from the defense.  So if we've got Brown
22   and Morelock here tomorrow morning, we can start with him.  If
23   Adams shows up at some point during the day, we can put him on.
24             I would just ask, Mr. Brennwald -- let me put it this
25   way.  If Brown and Morelock are here in the morning, that's
```

4656

1   fine.  If Adams is not yet here when are done then my

2   expectation is that Mr. Brennwald will start his case.  If his

3   case involves putting Mr. Parker on and Mr. Parker is still on

4   the stand, I'm not going to interrupt his examination and his

5   cross examination just to put Mr. Adams on.

6          So that's how I think it ought to be done.  That's

7   how -- what time do you expect Adams to be here?  Is he on an

8   early flight?

9          MR. WOODWARD:  Yes.  I believe he lands at 9:30 at

10  DCA.

11         THE COURT:  So conceivably he could be here before

12  Morelock and Brown are done?

13         MR. WOODWARD:  Yes.  However, I have one of those

14  medical appointments I mentioned on Wednesday morning.  I

15  should be able to get here by 10 a.m.  The appointment is at

16  8:30, so even on doctor's time, I shouldn't have any issues by

17  9:30 but I just want the flag that for everybody.  All the

18  same, if we can finish those three gentleman tomorrow and you

19  don't need to know about my doctor's appointment, great.  I

20  just wanted to flag that for the Court.

21         The other two witnesses are likely to be Mrs. Meggs,

22  and then the government and counsel for Mrs. Meggs have agreed

23  to read the transcript of Mr. Cummings from the first trial.

24  And so we're just working out logistics --

25         THE COURT:  So that last part again.  Before

1    Mr. Cummings' testimony, what did you say about Mrs. Meggs?

2              MR. WOODWARD:  I have now represented she is likely to

3    testify.  And then we will read the transcript of Mr. Cummings.

4    I can't say this without smiling, but it's a serious question

5    for the Court.  Mr. Cooper has agreed to serve as Mr. Cummings.

6              THE COURT:  You mean the jury is going to hear his

7    voice?

8              MS. REDDEN:  It's such a beautiful voice.

9              MR. WOODWARD:  So I ask this now that it going to

10   happen, how does the Court typically handle --

11             THE COURT:  It's not often we have the situation

12   arise.  I'll be honest with you, I'm happy to hear from you-all

13   how you think it should be done.  If the government doesn't

14   object to Mr. Cooper serving as a witness, then that's great.

15             MR. NESTLER:  That's correct.  Mr. Woodward proposed

16   the transcript with some redactions in it.  We're working on

17   some of those redactions.

18             We're going to take out with references to the first

19   trial and the five different defense counsel who cross-examined

20   him.  So we'll work on that.  But we could think Mr. Cooper

21   would sit in the witness box as if he were Mr. Cummings and he

22   would read all the As and Mr. Woodward would read all the Qs

23   and just say, I'm reading on direct examination, and then say,

24   I'm reading on cross-examination, and not specify which lawyer

25   on -- which client it was.

1          MR. WOODWARD:  Well, in my cross-examination -- I'm

2     kidding.  We will also ask for -- I almost forgot about this.

3     We need the government's assistance in finishing our

4     impeachment of Mr. Berry.  So we need an FBI agent to do that.

5          THE COURT:  In terms of?

6          MR. WOODWARD:  Do I have to tell them everything about

7     our --

8          THE COURT:  No.  Well, you just said it.  If it's to

9     quote/unquote complete the impeachment on his failure to tell

10    the FBI during the first meeting that Mr. Meggs didn't say what

11    he said, or is it something else?

12         MR. WOODWARD:  No, it is something else.  Mr. Berry

13    told the FBI in his third meeting in advance of his grand jury

14    testimony that the video that we played for him is the Huddle

15    in which Kelly Meggs said, We're going into the building to

16    stop the vote count.

17         In his testimony, he said I don't think that's the

18    Huddle.  I don't remember which Huddle it was.  I thought there

19    was gravel on the ground where we had the conversation.

20         And so we'd ask the agent to confirm that he showed

21    Mr. Berry that video, and that after showing Mr. Berry that

22    video, Mr. Berry confirmed that this is where the statement was

23    made.

24         THE COURT:  Okay.  Why don't you talk to Mr. Nestler

25    about it.  I don't think it's something we need to take up

1    right now and resolve.

2          Okay.  So I think we have the plan in place for

3    tomorrow.

4          MS. RAKOCZY:  Your Honor, can we just be clear.

5    Obviously we're happy to work with the scheduling constraints

6    of Mr. Woodward's witnesses, but can we conclude that we will

7    complete the Connie Meggs' portion absent taking perhaps Bennie

8    Parker's testimony if it's necessary to fill some time in

9    resolving that, but that we will then finish all the Connie

10   Meggs witnesses and their case will rest and we won't be

11   bouncing back and forth among these witnesses?

12         It would be the government's request, Your Honor.  It

13   is challenging to bounce back and forth among the cases.

14         THE COURT:  Let me ask you this, Mr. Woodward:  Are

15   there other witnesses you're anticipating?  It's those three

16   plus Ms. Meggs and the agent potentially?  The agent we can

17   always put on for another day.

18         MR. WOODWARD:  We'll answer that for the court in the

19   morning.  I'm not prepared to represent we have anyone else

20   available.

21         THE COURT:  Okay.  I do think --

22         MR. WOODWARD:  I appreciate the government wants us to

23   rest and not leave the door open.  That was an issue in the

24   first trial.  So I'm mindful of the Court wanting to keep this

25   as orderly as possible and move things along.

4660

1            THE COURT:  Okay.

2            MR. SHIPLEY:  Just for --

3            THE COURT:  Hang on.  I don't believe we've quite the

4    resolved the question Ms. Rakoczy asked, which was whether we

5    have the three witnesses tomorrow but Ms. Meggs would then

6    follow those witnesses tomorrow before Mr. Parker.  Okay.  So

7    if Mrs. Meggs is testifying, then it will likely be tomorrow.

8            MS. RAKOCZY:  I guess we could request notice under

9    the Court's standing order by tonight, if possible.  It is

10   already 12 hours in advance of that testimony, and so we would

11   ask for that notice.

12           MS. HALLER:  That is the notice --

13           MS. RAKOCZY:  The standing order is 24 hours' notice.

14           THE COURT:  I think you've got notice now that

15   Ms. Meggs may testify tomorrow.

16           Let me say the following:  If she is going to testify,

17   it will be tomorrow.  In other words, I'm not going to leave

18   tomorrow open for a recall or a calling of Ms. Meggs at some

19   point in the future.  So I think we should treat this as if

20   tomorrow is the beginning of your case.  If the three

21   individuals can go first, all the better and then we'll follow

22   with Ms. Meggs, if she testifies.  If she elects not to

23   testify, we'll go into Mr. Brennwald's case at that point.

24           The agent issue and the reading of the transcript, we

25   can always deal with that once those issues are pinned down.

1  I'm not too worried about that.  But in terms of actual witness

2  testimony, I think we ought the complete your case if it's

3  going to start tomorrow.

4          MR. WOODWARD:  Understood, Your Honor.

5          THE COURT:  All right.

6          MR. MANCHADO:  Your Honor, I'm sorry.  I want to throw

7  this in just because as far as scheduling it plays into it.

8  And that is the fact that I've spoken to the government and

9  made all these representations.  I have not decided whether

10  Sandra Parker is going to be testifying or not.  As you can

11  imagine, I'm waiting to see how the testimony of Bennie Parker

12  comes out, but I want to respect the 24-hour standing order.

13  So what I'm hoping is that -- I'm just letting the Court know

14  that it's more than likely she's not going to testify and I'm

15  happy to proceed and present my case as short as it may be

16  tomorrow.  But if she does want to testify, then there may be

17  some desire to adjust things.  I just wanted to let the Court

18  know.

19          THE COURT:  Look, there's no exception for defendant's

20  testimony of the rule of giving notice.  I think it's fair.  I

21  was caught by surprise in the first trial.  The government was

22  caught by surprise in the first trial, and I would not like for

23  that to happen again.  So if you're expecting your client to

24  testify, give notice to the government when it's appropriate to

25  do so.

```
 1            MR. MANCHADO:  I've given as much notice as I
 2    strategically can at this point.
 3            MS. RAKOCZY:  We understand that point, Your Honor.
 4    We know it's a hard decision for both Mr. Machado and his
 5    client, but I think if we find ourselves midday Wednesday with
 6    an announcement that Sandra Parker is going to testify, we'll
 7    ask for her to be called today so we could have the night to
 8    prepare.  That would be our response if that's where we end up.
 9            THE COURT:  We'll see how it goes.  All right, is
10    there anything else?
11            MR. NESTLER:  We have two additional outstanding
12    issues.  One is the Connie Meggs message that I wanted to flag
13    about the statement against interest.  We do want to persist in
14    our augment that in our case in chief she was unavailable and
15    that the statement ought to be available against all other
16    individuals.  I just wanted to put that out there.  I know we
17    sent an email to chambers about it.  When she testifies she'll
18    be --
19            THE COURT:  Mr. Woodward offered her up to testify in
20    that moment, which was surprising.  I don't need to resolve it
21    now, but the record does reflect that Mr. Woodward did offer
22    her up at that point in time to be called in the government's
23    case.
24            MR. NESTLER:  Understood.  I'm not sure that's a -- we
25    can look into that about whether that is something that would
```

 1    be -- I don't know how to take that that Mr. Woodward offered

 2    up his client to testify in the government's case in chief to

 3    prevent the statement from being used against all of the other

 4    co-defendants.  I'm not really sure about why or how that would

 5    work, but regardless, we think the case law is clear that a

 6    criminal defendant is not available to the government.

 7            THE COURT:  I think once she testifies and is

 8    confronted with it, I don't know that the -- well, the same

 9    concerns apply and therefore her testimony as to that

10    statement, it's not clear to me why that might not have been

11    admissible against others depending upon what her testimony is.

12            MR. NESTLER:  That's our only concern.  We want to

13    make sure that in closing we're able to argue that the jury

14    knows that statement can be used against all defendants and

15    whether that comes from an instruction coming from Your Honor

16    revoking the limiting standard, or if it comes out in cross.

17    We don't have to deal with it now, but I do want to make sure

18    we persist in that request, however it resolves itself.

19            The other issue we wanted to flag is Mr. Isaacs case,

20    Your Honor, flags the Rule 12.220.

21            THE COURT:  If I can interrupt you.  Does anybody else

22    have anything else other than the Isaacs' expert issue?

23            MS. RAKOCZY:  Yes, Your Honor.  We have never resolved

24    issues of potential conflicts around whether the Connie Meggs

25    defense -- whether there's any conflicts issue with calling or

1    not calling Kelly Meggs on the Connie Meggs defense case.

2           MR. WOODWARD:  Where we came out on this is while we

3    can't disclose our client confidences, if we are not asked to

4    do or not do something that would present a conflict then no

5    conflict exists.  So not to mince words here, but we are not

6    asked by our client whether we can or should or would or could

7    call Kelly Meggs then there is no conflict.  So we don't

8    believe any further inquiry is necessary of the court or

9    counsel at the time.

10          MS. RAKOCZY:  We would just reiterate our concern --

11          THE COURT:  I think what I could do is we can do an

12   underseal colloquy.  I can have it with Ms. Meggs to make sure

13   that to the extent there is an issue, she's fully apprised of

14   it, she understands what her rights are.  And understands the

15   potential conflict that presents itself.  And if she fully

16   waives on the record, I don't think there's anything to be

17   concerned about at that point.

18          MR. WOODWARD:  We don't oppose that.

19          THE COURT:  All right.  So anything else?

20          Everybody else is free to leave other than Mrs. Meggs

21   who I'd like to sort of deal with this now -- well, let's deal

22   with it in the morning for Mrs. Meggs, and let's talk about

23   Mr. Isaacs and the expert issue.  I need just five minutes to

24   take care of something, and I'll be right back.

25          (A recess was taken at 5:05 PM)

1              THE COURT:  Let's close that door, please.

2              So we are on our expert issue.

3              MR. GREENE:  (Inaudible.)

4              THE COURT:  I think so.  I wanted to flag that issue

5      because I didn't want it coming up after I heard from your

6      expert.

7              MR. GREENE:  I greatly appreciate it, Your Honor.  And

8      no matter what impression you've got, I appreciate the deep

9      consideration you've given to this issue.  I commend either you

10     or Ms. Wilson for finding Byers because it led to a lot of

11     other cases.  I think it's a decision by then Judge, later

12     Justice, Scalia that was cited 176 times, and I skimmed all

13     those cases and found more than I ever knew on that issue.

14             But after considering all that, Judge, we think that

15     the defense is so important here, especially after getting to

16     know William Isaacs.  And we think the jury will get to know

17     him, because we'll give notice, he's probably going to be

18     called.  His mother is going to be called.  The experts are

19     going to be called.  Those would be, probably, our witnesses.

20             All we talk about at issue we think it's important

21     enough that we would risk the possibility that his expert not

22     be able to say something that she told her.

23             We would ask for --

24             THE COURT:  And yours, too.  And yours, too.

25             MR. GREENE:  I'm sorry?

 1           THE COURT:  And yours, too.

 2           MR. GREENE:  And yours, too, what?

 3           THE COURT:  In other words, the statements would not

 4    just be limited to what Mr. Isaacs said about their expert, but

 5    to yours too.

 6           MR. GREENE:  Sure.  That's fair game.  We would ask

 7    for a proffer like you've required from us of what our expert

 8    would say of what their expert would say before she testifies,

 9    if allowed to testify.  Because in her report she said some

10    things that she's not allowed to say, even if she is allowed to

11    say some things.

12           For example, she commented on the credibility of

13    William Isaacs which she is not allowed to do.

14           THE COURT:  Let me just be perfectly transparent about

15    this.  Here's what raised my concern as I was going through

16    this yesterday.  And that is Mr. Isaacs in effect -- well --

17           MR. GREENE:  According to the expert in the bold

18    language.

19           THE COURT:  Yes.

20           MR. GREENE:  We would think elicited by the government

21    that we will argue later, but anyway, we saw that.

22           THE COURT:  Okay.  Just so -- hang on, Mr. Greene.

23    You and I know what we're talking about, but let's make sure

24    the government and the record makes clear what we're talking

25    about, which is on Page 25 of Dr. Askenazi's report, she says

1      when asked if he thought that he was a part of -- when asked if

2      he thought was he was a part of was wrong, he said that during

3      the event he thought to himself, that's unfortunate to be a

4      part of that.

5              And I think, similarly, Mr. Nestler asked on

6      cross-examination -- I'd have to find it.  But there is a

7      cross-examination of your expert, and Mr. Nestler asked and

8      he -- hang on.  Sorry, I thought I had this written down.  I

9      probably do somewhere.

10             All right.  On Page 79 Mr. Nestler asked beginning

11     Line 19, just two other small topics Dr. Sperry.  One is people

12     with autism or on the ASD spectrum they're able to understand

13     what they had done is wrong, correct?

14             Yes.

15             And, in fact, you assessed that and Mr. Isaacs knew

16     what he had done was wrong; is that right?

17             Yes.  And he had written afterwards that she shouldn't

18     have gone in first other members of the group, were your aware

19     of that.

20             Yes.

21             So those were the two statements that I had in my mind

22     as something that the defense should be mindful of that those

23     could come in, I think potentially could come in.

24             MR. GREENE:  I have not had the time to fully digest

25     the excellent case law found by Ms. Wilson and/or yourself, but

1    so we by no means concede they come in, but I understand you've

2    told us not only might they, they probably will.  I understand

3    what you're telling us, and I think we have to take that chance

4    under the facts of this case, Judge, given the issues.

5              THE COURT:  Okay.

6              MR. NESTLER:  I believe we were waiting for Your

7    Honor's ruling on the limits of the offenses --

8              THE COURT:  I'm now prepared to rule.  But I wanted

9    to, as I said, flag that issue.  Make sure the defense was

10   fully informed of that potentiality and go from there.

11             MR. GREENE:  Judge, one more issue.  Can I bring up

12   one more issue before we get to that?

13             THE COURT:  Sure.

14             MR. GREENE:  I mean no -- Ms. Rakoczy is not even

15   here.

16             THE COURT:  Ms. Who?  Oh, Ms. Rakoczy.

17             MR. GREENE:  I call her Kate.  But she directly

18   elicited a lie from the last witness when she asked him did

19   they have to get a search warrant to search William Isaacs'

20   phone.  As soon as that testimony was given, I ran to my

21   office.  They emailed me documents showing I gave Mr. Nestler

22   written consent because he said it would take time to get a

23   search warrant to get the phone data.  That's an important part

24   of our case.  It has been from the opening statement and

25   throughout that Mr. Isaacs cooperated from the beginning, and

1    thus I ask the Court what we do.

2           I would ask the Court give the jury an instruction

3    that yesterday you heard testimony that was inaccurate as to

4    William Isaacs and the government having so get a search

5    warrant to search his phone.  In fact, the government

6    stipulates that Mr. Isaacs voluntarily turned over his phone

7    and consented to the search.

8           MR. NESTLER:  I'm sorry, Your Honor.  That's wrong.

9    We got a search warrant to execute the phone.  The search

10   warrant was provided in discovery.

11          THE COURT:  I think those are two different issues

12   potentially.  And the question is, was there consent to do the

13   search, and the government whether out of an abundance of

14   caution or misunderstanding got a search warrant in any event.

15          MR. GREENE:  There couldn't have been a

16   misunderstanding.  Mr. Nestler directly asked me, will you give

17   us written consent to search the phone so that we do not have

18   to get a search warrant.  I was on Friday.  I said give me

19   until Monday, let me think about it.  I then executed the

20   written consent and send it to them with a code to access the

21   phone so that they can more easily do it.  I've got written

22   proof of that.  It's an important issue.

23          THE COURT:  That's fine.  I don't doubt what you're

24   saying.  I guess I would say confer with the government, if you

25   would, after we're done here.  And if they agree with you, then

1    we can craft something along the lines of what you just said.

2    If there's a dispute, I'll resolve it.  But let's see if once

3    you've shown Mr. Nestler what you have then he can take a

4    position.

5            MR. NESTLER:  Agent Cody testified that the FBI

6    obtained a search warrant to search Mr. Isaacs' phone.

7            THE COURT:  Hang on.  Hang on.  I'm not interested in

8    debating whether it's quote/unquote false or not.  So I think

9    everybody's been operating in good faith here.  So let's all

10    maintain that presumption.  And I'm glad Mr. Greene raised the

11    issue because if it is factually inaccurate, let's go ahead and

12    correct any impression.  Because the impression was left, I

13    think through the questioning -- put it this way, could have

14    been left through the questioning that although Mr. Isaacs had

15    turned to phone over, he had not consented to the search of the

16    phone which required the government to get a search warrant.

17            MR. GREENE:  That was the only purpose for the

18    question, with all respect, Judge.  And I'm not sure

19    Ms. Rakoczy probably knew.  I'm not accusing anybody from the

20    government of anything improper.  I just wanted it corrected.

21            THE COURT:  Fair enough.  Let me go ahead and rule

22    then on the defense request to present testimony concerning

23    Mr. Isaacs' autism spectrum disorder.

24            All right.  So defendant proposes to introduce, that's

25    Mr. Isaacs' expert testimony, that Mr. Isaacs suffers from

autism and that his autism prevented him from forming the
requisite mental state for the crimes with which he is charged.
There's no dispute here that Mr. Isaacs is charged with
multiple specific intent crimes: (1) both conspiracy charges
required that he participated in a conspiracy with knowledge of
its unlawful purposes and with the intent to further its
unlawful purposes, Section 1512(c)(2) requires proof that
Mr. Isaacs acted "corruptly" and (3) the destruction of
property offense to the extent it rests on an aiding and
abetting theory also would require a specific intent showing.

The DC Circuit in the United States v. Childress,
that's 58 F.3d 693, held that expert testimony about a
defendant's mental condition may be admissible to negate
specific intent.  If the proposed evidence is potentially
admissible as relevant to specific intent, this district court
must determine (1) whether the testimony has a sufficient
scientific basis and (2) whether it would help the jury.  To
answer the helpfulness inquiry the court should focus on,
quoting from Childress, quote, "the proffered link or
relationship between the specific psychiatric evidence offered
and the mens rea at the issue in the case."  End quote.  And
further, the Court must carefully administer the evidence to
ensure that is relevant to negate specific intent as opposed to
preventing dangerously confusing theory of defense more akin to
justification and excuse.  "If the court ultimately determines

1    the evidence to be admissible the testimony of the expert is

2    limited to, quote, diagnoses, the facts upon which those

3    diagnoses is based, and the characteristics of any mental

4    diseases or defect the expert believed the defendant possessed

5    during the relevant time period, staying clear of directly or

6    indirectly opining on ultimate issue of specific intent", end

7    quote.

8        I want to make two quick observations about Childress

9    before I proceed.  One is that Childress actually does not hold

10   that the proposed expert testimony was, in fact, admissible.

11   It said what the Court held was that the district court and the

12   state concluded that this conspiracy was not a specific-intent

13   crime and it improperly foreclosed testimony as to mental

14   state.  The Court remanded for the district court to make the

15   admissibility determination, although it's fair to say that

16   this circuit certainly hinted that it was admissible.

17       I tried to find out what happened in Childress

18   afterward and I didn't have much success doing so.

19       And, two, the mental condition in Childress was in

20   effect low intellectual capacity, at the time was called mental

21   retardation.  I think it's notable because it as not clear that

22   the defendant in that case had an otherwise recognizable mental

23   illness.

24   The parties in this case have exchanged expert reports

25   which were predicated on a review of medical and school

1   records, interviews of the defendant and some independent

2   testing.

3       The court held a Daubert hearing on February 23rd of 2023.

4   At the hearing both experts testified.  That is Dr. Lauri

5   Sperry on behalf of the defendant and Dr. Galit Askenazi,

6   that's A-S-K-E-N-A-Z-I, from the government.

7       As a threshold matter, the court finds both experts to be

8   qualified to opine about defendant's diagnosis of autism

9   spectral disorder, or ASD.  The court incorporates their CVs

10  and testimony about their backgrounds.  The court also finds

11  and there's really no dispute about this between the parties,

12  that the testimony of each expert rests on a sufficient

13  scientific basis insofar as each expert agrees that Mr. Isaacs

14  has ASD.

15      The expert would agree that ASD is a recognized mental

16  health condition.  They both agreed to the recognized criteria

17  for the condition.  They agreed as to the testing for the

18  condition, although parenthetically disagreed as to what the

19  testing for Mr. Isaacs may have shown; and to varying degrees,

20  both experts conducted testing, interviews, and document review

21  to reach their conclusions.

22      So I do think there's a scientific basis for the

23  testimony that satisfies the requirements of Rule 702.

24      With respect to the question, the more complicated

25  question as to whether the expert testimony would be helpful to

the jury, in particular whether there was a link between the proposed testimony about ASD and the mens rea of the charged offenses.  Bottom line conclusion is this, some testimony about ASD and ASD symptomology is relevant to the question of whether Mr. Isaacs formed the requisite specific intent.  As I shall shortly discuss, the testimony of the court will allow, however, will be limited.  Much of the proposed testimony by the defendant about ASD either (1) does not bear on the question of mens rea or (2) does not apply to the defendant or is not supported by sufficient factual predicate either that Mr. Isaacs exhibits the symptom in question or that there is a factual predicate for its relevancy to his actions and state of mind on January 6.

        For ease of structuring the Court's ruling, it will rely on the factual proffer made that was submitted by the defendant at ECF 868.  That proffer proposed 12 topics.

        Bear with me.  Okay.  What are listed as topics A through E will be admissible.  That is Mr. Isaacs was born with ASD.  He was formally diagnosed with it in 2010; Dr. Sperry reviewed tests and medical records related to defendant's prior diagnosis.  She conducted her own diagnoses and tests and that ASD is not curable.  Dr. Askenazi, if she so chooses, can cover the same topics.

        With respect to topic F, that ASD is a federally recognized disability.  I'm not going to permit that testimony.

 1    I don't think it has any probative value and I think it risks

 2    confusing the jury.  This is a criminal trial, not an

 3    employment discrimination in which the question of reasonable

 4    accommodations is at issue.  So I will not permit that because

 5    I think there's no probative value to it and it's more likely

 6    to cause confusion than have any relevance.

 7          Category G, that is Dr. Sperry will identify and

 8    describe the three levels of ASD and explain where William

 9    falls on the spectrum.  That is admissible.  Both experts agree

10    that ASD symptoms vary among individuals and vary within any

11    individual with respect to particular traits or

12    characteristics.  Both also agree that Mr. Isaacs was on the

13    less severe end of the spectrum and he has a category 1

14    classification on the spectrum.

15          Topic I with respect to the severity of the symptoms

16    increases when individuals are in situation that are stressful,

17    chaotic or noisy.  I will get back to that in a moment.

18          J, which is the people with ASD commonly wear

19    earphones or headphones to focus, and she will explain why.  I

20    will allow the testimony only to the extent that it relates to

21    Mr. Isaacs.  I don't know that it's terribly relevant or useful

22    to speak about it in terms of whether somebody commonly wears

23    headphones or not or people with ASD commonly do so or no not.

24    Whether Mr. Isaacs requires headphones to focus is not relevant

25    to mens rea.  Frankly, he cannot rest on wearing headphones on

1    January 6 as that appears to have been a choice that he made.

2    In other words, the absence of headphones on January 6 is not

3    relevant to the question of mens rea.

4          In any event, I will however permit it for the limited

5    purpose to rebut any impression that the jury may have had from

6    the questioning of Agent Abrams as to whether he was wearing

7    the headphones -- with respect to his not wearing the

8    headphones on January 6.  Mr. Isaacs has been wearing

9    headphones during the trial, so I do not want the jury to be

10   left with any impression that Mr. Isaacs may be feigning ASD.

11   The testimony may be limited to the fact that people with ASD

12   can sometimes wear earphones or headphones, and in Dr. Sperry's

13   opinion to the extent she can opine on this issue, Mr. Isaacs

14   does wear headphones from time to time that's connected to his

15   ASD diagnosis.

16         K, that is some people with ASD have intellectual

17   disability or low IQ, but many with ASD have average or above

18   average intelligence.

19         I will admit that but only for the following reason:

20   If the purpose of the proposed testimony is to dispel the

21   conception that people with ASD have a low IQ then it is okay

22   to bring in the fact that people are on a spectrum with respect

23   to intelligence.

24         However, I also will admit that Dr. Askenazi's

25   cognitive testing showed that Mr. Isaacs has an average IQ, has

1    no cognitive deficits and average executive functioning and

2    processing.  All of those characteristics and traits that

3    Dr. Askenazi testified to and did testing on are aspects that

4    are relevant to Mr. Isaac's ability to form the requisite

5    mental state, and I'll explain why in a moment.

6           Topic 11, Mr. Isaacs sets forth the various symptoms

7    he wishes to elicit from Dr. Sperry.  I'll go through those.

8           One is slow processing information.  I am not going to

9    admit that symptom for the reasons that I just discussed.  It

10   is not relevant that some who may suffer from ASD slowly

11   process information, because there is no evidence that

12   Mr. Isaacs does.  In fact, the defense expert's testing showed

13   just the opposite, and there was no contrary information from

14   Dr. Sperry to suggest that Mr. Isaacs has slow processing,

15   either in terms of his executive functioning or executive

16   processing or his IQ.  So to the extent, again, that if the

17   defense wishes to raise low IQ, it's only for the limited

18   purpose of dispelling any notion that somebody who has ASD has

19   a low IQ that a juror may have the impression of and that might

20   somehow be prejudicial, we can say that quickly, dispel it, but

21   otherwise the fact that Mr. Isaacs actually is not of low IQ

22   and, in fact, is of average IQ and does not show cognitive

23   deficits, all of that is admissible whether through Dr. Sperry

24   or through the government's expert.

25          With respect to weak central coherence, or what is

 1   described as weak central coherence.  I will permit this

 2   testimony.  Experts are in agreement that people with ASD have

 3   difficulty reading the facial expressions, posture, intonation,

 4   social intent of others, social cues and find it very difficult

 5   to intuit what was going on sometimes and what is happening, or

 6   find it more difficult than the average person to intuit what

 7   is going on sometimes and what is happening.

 8        I'll just refer the parties to Dr. Sperry's testimony

 9   at 21, 22, 26, and 27 of the transcript.  This is what

10   Dr. Sperry referred to as "theory of mind challenges" or "mind

11   blindness."

12        Dr. Askenazi agreed that Mr. Isaacs had some

13   difficulty reading facial expressions.  That was at 102 of her

14   testimony.

15        The government's theory, at least with respect to

16   Mr. Isaacs, is he arguably joined the charged conspiracy on

17   January 6, itself, or shortly before when he joined a dozen

18   others in entering the Capitol to stop the vote.

19        Past trials and this one have supported two related

20   theories:  (1) that there was an implicit agreement to go

21   inside the Capitol and to stop the vote, and (2) that there is

22   an expressed agreement, in fact there was an express agreement

23   to the extent people heard Mr. Meggs's statement about going in

24   to stop the vote count and that they then concurred with the

25   statement, any particular defendant concurred with the

1    statement of Mr. Meggs's stated intent by joining the group and

2    going in with him.

3         The theory of implied understanding that I had

4    discussed earlier was one proffered by Mr. Dolan at his first

5    trial.  In effect he testified that essentially we all knew

6    what the reason was when we were going in because that is what

7    we had been talking about in the weeks prior when they were

8    exchanging messages about the election and the need to prevent

9    President Biden from becoming president.  But that theory, at

10   least with respect to Mr. Isaacs, is a tougher sell because he

11   was not in any chat until January 4th or 5th.

12        The government's theory as to Mr. Isaacs largely rests

13   on a few exchanges with his Aunt Traci, his physical presence

14   with others, and his words and actions inside the Capitol.

15        Mr. Isaacs' capacity to read the social intent of

16   others is probative as to whether he knowingly joined a

17   conspiracy with knowledge of its unlawful purposes and with the

18   intent to further its unlawful objectives and whether he acted

19   corruptly.

20        Apparently there's some disagreement about the degree

21   of this deficit in Mr. Isaacs among the experts.  Dr. Askenazi

22   says on Page 13 of her report "The formal testing did not

23   evidence any executive dysfunction nor poor ability to

24   interpret social cues."

25        Now, she said that but she did not seem to elaborate

1    about that last part of her opinion that is the absence of the

2    ability to interpret social cues.  She did get into this a

3    little bit on Page 22 talking about his level of suggestibility

4    is not greater than what would be normally expected.  But I

5    think subject suggestibility is a different trait in my view

6    than reading social cues and the intent of others.

7         In any event, the fact that the experts may have some

8    disagreement on this issue is not a reason for keeping

9    otherwise reliable expert testimony out.

10        To be clear, to the extent the court is permitting

11   this testimony, the court will not permit Dr. Sperry to opine

12   as he has stated in her report on Page 61 that on January 6

13   Mr. Isaacs "would have been unable to accurately assess the

14   situation and glean the malintent of those around him."  That

15   is an ultimate question for the jury.

16        With respect to the next topic of shutting down and

17   tuning out in stressful situations.  Dr. Sperry described this

18   deficit or condition as "withdrawing into oneself."

19        Dr. Askenazi described it as "the way it is portrayed

20   in the movies where people shut down and they start hitting

21   themselves or hit their head against a wall."  That's page 112

22   of her testimony.

23        Dr. Sperry took it one step further.  She actually

24   opined that Mr. Isaacs shut down on January 6.  The Court will,

25   however, not permit testimony about the deficit of shutting

1    down or the opinion that he did so on January 6.  There is no

2    objective evidence that Mr. Isaacs shut down on January 6.  The

3    extensive video of his actions that day do not show him

4    shutting down.  Just the opposite is, in fact, true.

5            Dr. Sperry's opinion that Mr. Isaacs shut down rested

6    entirely on his self-reporting, that he went "blank" once

7    inside the Capitol and that he "was a piece of meat moving

8    around at that point."  This is on Page 54, I think, of her

9    report.

10           I will not permit any opinion testimony of shutting

11   down on January 6.  That is based solely on the self-serving

12   statements of Mr. Isaacs and without full consideration of the

13   evidence by Dr. Sperry.  Dr. Sperry reviewed only a single

14   videotape of the events of that day.  This is based on her

15   report at 4 in which she said that she reviewed the videotape

16   of the French press of the events at to the Capitol.

17           And as I understand it, Mr. Isaacs gave an interview

18   to the FBI on March 18th, 2021, two months later, and gave no

19   indication that he went blank.  Actually he was able to recite

20   the events of the day, including his actions inside the

21   Rotunda, which he attempts to downplay in his FBI interview,

22   for example, saying he walked into the Rotunda to find a way

23   out.

24           So there will be no testimony about shutting down as a

25   symptom nor testimony, opinion or otherwise, about Mr. Isaacs,

1    in fact, shutting down on January 6.

2            The next topic concerns masking or trying to hide the

3    disability, including through role play.

4            MR. GREENE:  You missed 4, Judge.  L4.

5            THE COURT:  I'm sorry, you're right.  Thank you.

6            Avoidance of conflict and tendency to "follow the

7    leader" and reflexively repeat the conduct and words of others

8    when stressed.  I will not permit testimony about this symptom

9    for three primary reasons.  (1), it does not go to negating

10   mens rea, but rather is evidence primarily of excuse or

11   justification that is not appropriate.

12           Whether someone follows the leader or proactively

13   makes a decision uninfluenced by a leader does not go to the

14   question of whether they formed the requisite intent, rather it

15   goes to excuse or justification that is not appropriate

16   testimony under the case law.

17           (2), the objective evidence shows that Mr. Isaacs is

18   not unduly suggestible:  Dr. Askenazi's testing (as opposed to

19   the subjective narrative information that Dr. Sperry considered

20   from defendant's mother) shows him not to be any more

21   suggestible than the ordinary person.

22           And (3) there's no evidence that Mr. Isaacs suffers

23   from the symptom of echolalia, which is the characteristic of

24   repeating words spoken by others.  In fact, Dr. Sperry admitted

25   that she saw no echolalia in Mr. Isaacs in any form, whether it

4683

1    was part of her own observations or on the records she

2    reviewed.  That's on Page 47 and 45 of her testimony.

3        So with respect to topic 4 or subject matter 4, there will

4    be no testimony on that as to the symptomology or as to

5    Mr. Isaacs suffering from it on January 6.

6        Masking.  I will not permit testimony as to that,

7    characteristics of trying to hide his disability.  That has no

8    probative value as to mens rea and whether he was capable of

9    and did form the requisite intent.  The fact that Mr. Isaacs

10   might have tried to hide or mute his conditions from others has

11   no bearing on whether or not he formed the requisite intent or

12   had this capacity to do so.

13        Question -- or I should say topic 6:  In traumatic

14   situations such as a loss of a parent people with ASD are

15   particularly prone to manipulation of others, especially others

16   who replace authoritative figure in their lives.

17        I will not permit this testimony for three reasons.

18   (1) whether Mr. Isaacs was manipulated or not does not bear on

19   his forming the requisite intent; rather it goes to

20   justification or excuse for why he might have formed the

21   intent.

22        (2), there's no evidence whatsoever that Mr. Isaacs

23   was, in fact, manipulated into entering the Capitol.

24        The defense has suggested a theory that Mr. Isaacs may

25   have been manipulated or misled to coming to D.C. on January 6,

1    but there's absolutely no testimony and factual basis to

2    suggest that Mr. Isaacs was, in fact, manipulated by anyone in

3    terms of his entry to the Capitol.

4           And (3), again, the objective testing by Dr. Askenazi

5    shows that Mr. Isaacs is not any more manipulable than the

6    average person.  So to the extent that that's even a

7    characteristic of somebody with ASD, it is not a characteristic

8    of Mr. Isaacs based upon the testing that Dr. Askenazi

9    performed.

10          Let me just touch on a couple other characteristics

11   that were mentioned by Dr. Sperry, which I will also not permit

12   the defense to explore.  There was testimony about people with

13   ASD being hyperfocused and not seeing the big picture.  This

14   trait, too, does not bear on whether Mr. Isaacs formed the

15   requisite intent or had the capacity to form the requisite

16   intent.  Also in my view, it's not based on credible evidence,

17   at least as it relates to Mr. Isaacs.  Dr. Sperry's conclusion

18   that Mr. Isaacs lacked the ability to see the big picture

19   rested on conversation with his mother, school records, and

20   testing by Dr. Gorman while he was still in school, but

21   Dr. Askenazi's more recent testing showed no deficits in

22   executive functioning at all or executive processing, and all

23   the facts before the Court including whether Mr. Isaacs

24   understood what he was coming to Washington for, the purpose of

25   the trip, that President Trump would be speaking, and that he

1    was, in fact, walking to the Capitol all suggests that

2    Mr. Isaacs was more than capable of seeing the big picture.

3           So I don't think there's any factual basis, at least

4    contemporary factual basis for Dr. Sperry to suggest even if it

5    was relevant that he could not "see the big picture."

6           There was testimony about sensory challenges.  As I

7    said, I will permit the limited testimony about wearing

8    headphones even though it doesn't go to mens rea.  I do not

9    think any other testimony about sensory challenges is relevant,

10   because, again, that doesn't go to his ability to form the

11   requisite mental intent.

12          The same is true with respect to any testimony about

13   whether Mr. Isaacs is a concrete or literal thinker.  Again,

14   this is not relevant to the question of mens rea and whether he

15   had or could form the requisite criminal intent that was

16   required for the offenses with which he was charged.

17          To the extent the defense wishes to open the door to

18   this testimony and put on an expert, it will open the door to

19   the following testimony either through cross-examination of

20   Dr. Sperry or through the government's own expert:  (1), that

21   Mr. Isaacs can tell right from wrong.  That testimony would go

22   directly to the question of whether Mr. Isaacs formed the

23   intention of acting corruptly at a minimum under 1512(c)(2),

24   and that he, in fact, joined a conspiracy understanding its

25   wrongful purpose, and further that conspiracy, I think it is

1    certainly fair for the jury to know that he can tell right from

2    wrong.

3           I think it's also fair consistent with Childress that

4    the government can get into the fact that testing shows that

5    Mr. Isaacs has no notable cognitive deficits and is of average

6    intellectual capability so that there's no suggestion that

7    somehow Mr. Isaacs was not intellectually capable, as the

8    circuit might have suggested in Cummings that the defendant in

9    that case was from forming the requisite intent required to

10   establish or enter into a conspiracy.

11          Mr. Isaacs does not in any way, shape, or form based

12   upon the cognitive testing exhibit the kind of serious

13   cognitive deficits that the defendant in Cummings did, and so I

14   think it is fair game for the government to bring that

15   testimony and those facts to the attention of the jury.

16          Related to that I think, it does open the door to

17   testimony that Mr. Isaacs's executive processing and his

18   executive functioning is within the normal range.  For example,

19   that he is capable of planning and preparation, just as he did

20   when he came to Washington, D.C., on that day.

21          To be clear, I will not permit any expert to testify

22   for the government or the defense about whether Mr. Isaacs

23   exhibited any trait or characteristic on January 6.  Frankly,

24   in my view neither expert has seen enough evidence in this case

25   to form any opinion, and in the case of Dr. Sperry, her opinion

1    cannot be squared with the actual evidence.

2              To be precise what I mean is I don't think either the

3    expert considered the actual evidence with respect to

4    Mr. Isaacs's conduct on January 6 other than the single

5    videotape, at least in the case of Dr. Sperry.  And I think in

6    the case of Dr. Askenazi, maybe a little bit more than that.

7    But certainly not the full panoply of evidence that I think an

8    expert should have to rely upon in order to make informed,

9    actual opinions about whether Mr. Isaacs exhibited certain

10   characteristics and traits on January 6.  And as I said, with

11   respect to Dr. Sperry, her opinion cannot be squared with the

12   actual evidence, and specifically what I mean is Mr. Isaacs

13   shut down when all the evidence is that he did not.

14             I'll also note that I thought Dr. Sperry's report and

15   testimony insofar as she was opining as to how ASD affected

16   Mr. Isaacs on January 6 was not only improper expert testimony

17   that lacked sufficient foundation, but I also find based on

18   both her report and testimony that she was, in effect, seeking

19   to justify Mr. Isaacs's conduct because of his ASD.

20             Let me just provide a couple of examples:

21             She writes on page 60 of her report that "executive

22   functioning defects made it difficult for him to see the big

23   picture."  But Dr. Askenazi's testing showed that he has

24   absolutely no deficits in executive functioning of processing.

25             She also wrote on Pages 60 to 61 that "William could

1    have been following the orders of the President and would have

2    been focused on that order.  His behavior would have demanded

3    he do so."  That is pure speculation on her part and, in fact,

4    is factually inaccurate because there was no order from the

5    president to actually enter the Capitol.

6            Mr. Isaacs actually told the FBI that he walked to the

7    Capitol because the President said there would be a peaceful

8    protest there.  So factual basis for much of what she said,

9    both in her report and in her testimony seemed to me to

10   essentially be essentially shaping a narrative to reach a

11   conclusion despite my willingness to let her testify in a

12   limited matter about some of the characteristics and traits

13   associated with ASD.

14           Going back to Topic 11, which was the issue of

15   amplified -- the characteristics that someone possess when a

16   situation is stressful, chaotic and noisy.

17           I've given serious thought to this issue, and while it

18   may be true that it is an attribute of persons who have ASD,

19   there is no basis that this is a trait that manifested itself

20   for Mr. Isaacs on January 6.

21           I note that on pages 70 to 71 of her testimony on

22   cross-examination, Dr. Sperry said that the noise and the chaos

23   of the day would impact someone with ASD to go into a large

24   crowd of the kind on January 6 because of sensory sensitivity.

25           She was asked quote, "Wouldn't someone with sensory

1    sensitivities like that recoil and go in the other direction?"

2          And her response was quote, "One would think, or they

3    would shut down," end quote.

4          But the evidence is he did neither.  He neither

5    recoiled from the situation nor did he shut down.  So I don't

6    think there's any basis in this record to suggest that

7    Mr. Isaacs on January 6 exhibited any amplification of any

8    particular trait due to the noisy, chaotic and stressful

9    situation and circumstances.  In fact, Dr. Sperry suggested

10   that that would manifest, if at all, either in somebody

11   recoiling and going the other way or shutting down, and the

12   evidence is clear that Mr. Isaacs did neither of those things.

13         Just bear with me.

14         So I'm just looking at some additional notes.  Let me

15   just make a few more comments.  I know it's getting late in the

16   day.

17         MR. GREENE:  Can I have 40 seconds to make a record

18   Judge?  Sorry.

19         THE COURT:  Let me just finish what I had to do.

20         All right.  Let me just if I can touch on the couple

21   of the other cases the D.C. Circuit -- the few of the other

22   cases D.C. Circuit has decided subsequent to Childress.  The

23   primary case is United States vs. Davis, 863 F.3 894, from

24   2017.

25         In that case the court upheld the trial court's

exclusion of ADHD to negate specific intent when the defendant was charged with fraud.  In that case the trial court held and the circuit affirmed that there was no connection between the traits of ADHD and the specific intent requirement of fraud.

As I had held, I do think on the one narrow topic I have discussed, which is essentially reading the room, if you will, that in this case there is a connection.

In US vs. Arntt, that's A-R-N-T-T, 317 Federal Appendix 6 from 2009.  In that case the expert had proposed to testify about the defendant's background and psychological condition.  But there was no connection between that and the ultimate question of whether the defendant intended to have sex with a minor in that case.

And then there's United States vs. Day, 524 F3.d 1361, from the D.C. Circuit 2009.  In that case the expert's proposed testimony would have been that severe depression would have impaired the ability to form the intent.  But there was no evidence in that case that the defendant had major depressive disorder and no evidence that he had the impairment during the entirety of the scheme to defraud.

So I do think, as I said, that there is some difference between this case and Day on that limited issue as to which I will permit there to be testimony about Mr. Isaacs's ASD.

All right.  So that's the Court's ruling.

1              Any questions or anything anybody would like to add

2       for the record at this point?

3              MR. GREENE:  Thank you.  I respect your ruling and

4       understand, but we feel we're legally in Catch-22 situation.

5       The government argued we cannot put on ASD evidence factually

6       without a scientific predicate.  Now the Court's completely

7       emasculated the testimony we would have presented by allowing

8       testimony as to one trait when several are relevant and the

9       Court has no basis to conclude they're not relevant since

10      there's no evident yet -- we have not had the opportunity to

11      put the evidence in the record.  It would have been there

12      through the mother and/or William, and it would have been

13      helpful to the jury if they understand the things the mother

14      and William were testifying are, in fact, traits of everybody

15      with autism, not just William.

16             Thank you, Judge.

17             MR. NESTLER:  Sorry. I think twice Your Honor said the

18      Cummings case.  I don't know if Your Honor meant to say the

19      Childress case.

20             THE COURT:  I meant to say Childress.

21             MR. NESTLER:  Just for the record.

22             THE COURT:  We can clean that up.

23             I'm not sure, Mr. Greene, whether you're suggesting

24      you're going to take a different route in terms of my rulings.

25      But as I said, I tried to go down the list of what these traits

1    were, and for various reasons, I did find that one of those

2    traits were relevant but not any of the others.

3            MR. ROSSI:  Thank you so much.

4            THE COURT:  I'm not sure you have a reason to thank

5    me.

6            MR. WOODWARD:  He's the politest man I've ever met.

7            MR. NESTLER:  So for scheduling, this is obviously

8    hard for the Government because we have an expert on our

9    rebuttal case.  So we're waiting for six different defense

10   cases to conclude.  They'll be flying experts with scheduling

11   issues with other obligations.

12           As it stands right now our preference is to testify

13   next Wednesday, which I think is a little bit far.  So Tuesday

14   she thinks she might be available, but still in Ohio.  So I

15   need to talk with defense counsel about remote testimony, if

16   that's okay with them and Your Honor, on Tuesday, just juggling

17   her scheduling and other obligations.

18           THE COURT:  She can be here Wednesday?

19           MR. NESTLER:  She can be here Wednesday.  I don't know

20   if the defense case is going to be done maybe by Friday and

21   then we're going to be down for too long.  I wanted to alert

22   Your Honor we're trying to juggle the scheduling.  It's tough

23   for us in rebuttal not knowing when they'll be fully done.

24           THE COURT:  I understand.  We discussed this last

25   weekend and they were prepared to present Dr. Sperry on Friday,

1    correct?

2            MR. GREENE:  Yes, Judge.  We would like the ability to

3    present on Friday so we can give her a date certain.

4            THE COURT:  Do we think we can get her done in

5    three hours?

6            MR. GREENE:  Oh, yeah.  Yes.

7            THE COURT:  I've asked the question before and gotten

8    responses that I wasn't happy with.

9            MR. GREENE:  That's -- I don't know.

10           MR. NESTLER:  That's fine with the Government.  We

11   understand our limitation not being able to have our expert

12   here on Friday.  We're willing to accept that.  We'll just deal

13   with it, and she will have a transcript to review.  Just so

14   it's clear in the record, she will review Dr. Sperry's

15   testimony via transcript before --

16           THE COURT:  That's fine.  I offered, but Government

17   it's up to you.

18           MR. GREENE:  We don't waive any right or legal basis

19   we may have to strike their expert either.

20           THE COURT:  I'm sorry, strike what?

21           MR. GREENE:  We don't waive any right we may have to

22   move to strike their expert, just so the record is clear.

23           THE COURT:  Okay.

24           MR. NESTLER:  That's fine for scheduling.  I think we

25   had left it with Your Honor was going to check with the jury

1    and Your Honor's self about Friday's schedule.  I don't know
2    where they left things there.
3           THE COURT:  They cannot go past 12:30, so I'll try and
4    catch a little bit and we'll start at 9:00 on Friday.  The most
5    I can do is buy us an extra half-hour.
6           Look, I don't think the scheduling is going to be an
7    issue.  It doesn't seem like it.  We have multiple defendants
8    who have now said they're going to testify.  I suspect their
9    examinations and the cross will take some time.  And so I don't
10   think it's an issue.
11          And look, if we've got to have one down day, we have
12   one down day.  It's not the end of the world.  It's not
13   preferable.  We had to do that last time and we can do it this
14   time.  We're not sitting on Thursday.  I don't think scheduling
15   is going to be an issue.
16          MR. NESTLER:  Thank you, Your Honor.  We do appreciate
17   it.
18          MR. GREENE:  We do thank you.
19          MR. ROSSI:  Judge, thank you.
20          MR. GREENE:  That was sincere.
21          MR. ROSSI:  I am sincere.
22          THE COURT:  I appreciate your sincerity.  I know I
23   didn't rule as fulsomely as you would have had hoped.
24          MR. WOODWARD:  I need to wrap the case up, Judge.
25          THE COURT:  You need the wrap the case up.

1          MR. WOODWARD:  I do.  On the 9th and 10th of March.
2     That's the Thursday and Friday of next week.
3          THE COURT:  Let me just put it this way.  It is now
4     essentially in your colleague's and your colleague's court to
5     ensure marital harmony.
6          MR. WOODWARD:  We're going to be finished tomorrow.
7          THE COURT:  Look, that may be tough given the
8     Government's rebuttal case is going to go on Wednesday, we're
9     going to need two days to instruct and close.  What's the -- do
10    you have plans with your spouse to be out of town is that what
11    you're telling me.
12         MR. WOODWARD:  Yeah, yeah, yeah.  We're taking the
13    kids to Great Wolf Lodge.  I mean the.
14         THE COURT:  I wish you had made it something else.
15    Great Wolf Lodge is not exactly moving me.
16         MR. WOODWARD:  Let's cross that bridge when we get
17    there.
18         MR. NESTLER:  And for our rebuttal case, Your Honor,
19    it's certainly possible we might have civilian witnesses unlike
20    on the first two trials.  We're going to see --
21         MR. GREENE:  We can deliberate in his absence, Your
22    Honor.
23         MR. NESTLER:  It's possible.  We don't know yet, but
24    it's possible our rebuttal case will be more substantial than
25    other cases.  We just don't know yet just for scheduling

1    purposes.

2           THE COURT:  Okay.  Look, I'll -- we can resolve this

3    when the time comes.  We've all be at this for a very long

4    time.  It's impacted everybody's lives in various ways.

5           MR. WOODWARD:  It would just be closing.  If their

6    rebuttal is still going then I'll excuse myself.

7           THE COURT:  We'll just see where we are.  We'll see

8    where we are.

9           Okay.  Anything else before we adjourn?

10          Okay.  Thanks everybody for staying late.  We'll see

11   you in the morning.

12      (Proceedings concluded at 5:52 PM)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled

matter.


                    Stacy Heavenridge, RPR
                    Official Court Reporter
                    United States District Court
                    for the District of Columbia
                    333 Constitution Avenue NW
                    Washington, D.C. 20001
                    Stacy_Heavenridge@dcd.uscourts.gov

**BY MR. ROSSI: [1]** 4615/10
**BY MS. RAKOCZY: [25]**
4522/2 4533/6 4533/15
4537/7 4537/15 4537/23
4538/20 4539/1 4539/7
4539/18 4541/1 4541/19
4541/25 4542/8 4542/12
4543/25 4544/8 4549/5
4549/17 4551/18 4552/19
4554/11 4559/12 4599/19
4601/2
**BY MR. MACHADO: [2]**
4603/17 4605/14
**BY MR. ROSSI: [3]** 4615/5
4617/10 4618/5
**BY MR. SHIPLEY: [7]**
4619/13 4622/8 4623/13
4627/4 4627/17 4627/22
4628/24
**BY MS. HALLER: [4]** 4609/7
4610/18 4614/4 4614/20
**BY MS. RAKOCZY: [75]**
4508/2 4508/17 4509/8
4510/1 4510/13 4512/19
4516/25 4517/17 4518/5
4518/25 4519/8 4520/2
4521/1 4521/10 4523/7
4524/2 4524/16 4526/15
4526/24 4527/18 4529/12
4530/3 4530/23 4534/8
4538/14 4540/3 4540/10
4541/14 4544/16 4545/5
4545/19 4548/7 4550/16
4553/10 4554/21 4555/11
4560/1 4562/21 4564/20
4565/15 4566/6 4566/23
4567/17 4568/11 4568/24
4570/5 4570/20 4571/11
4572/4 4572/20 4573/11
4574/11 4574/19 4575/12
4579/19 4580/15 4581/7
4581/15 4582/21 4583/21
4584/14 4585/3 4587/24
4588/16 4589/7 4592/4
4592/25 4593/9 4594/6
4595/1 4629/16 4630/18
4631/1 4633/21 4634/13
**DEFENSE COUNSEL: [8]**
4504/7 4511/11 4511/22
4580/11 4594/24 4637/11

**MR. BRENNWALD: [9]**
4504/3 4506/15 4571/19
4629/7 4629/9 4636/11
4651/7 4654/19 4654/25
**MR. COOPER: [7]** 4507/13
4507/17 4609/5 4629/12
4637/1 4637/4 4653/11
**MR. EDWARDS: [2]** 4635/15
4635/22
**MR. GREENE: [26]** 4636/17
4651/16 4665/3 4665/7
4665/25 4666/2 4666/6
4666/17 4666/20 4667/24
4668/11 4668/14 4668/17
4669/15 4670/17 4682/4
4689/17 4691/3 4693/2
4693/6 4693/9 4693/18
4693/21 4694/18 4694/20
4695/21
**MR. MACHADO: [4]** 4603/15
4605/7 4605/12 4608/23
**MR. MANCHADO: [4]**
4636/14 4653/21 4661/6
4662/1
**MR. NESTLER: [16]** 4657/15
4662/11 4662/24 4663/12
4668/6 4669/8 4670/5
4691/17 4691/21 4692/7
4692/19 4693/10 4693/24
4694/16 4695/18 4695/23
**MR. REDDEN: [1]** 4637/18
**MR. ROSSI: [22]** 4504/11
4511/15 4523/22 4527/12
4530/15 4538/9 4540/20
4545/2 4545/14 4546/20
4550/8 4553/5 4592/21
4609/2 4615/8 4617/9 4618/4
4619/7 4619/9 4692/3
4694/19 4694/21
**MR. SHIPLEY: [12]** 4503/18
4546/17 4547/6 4547/16
4547/22 4623/7 4623/12
4628/20 4629/4 4636/23
4651/9 4660/2
**MR. WOODWARD: [33]**
4562/1 4563/7 4563/10
4563/16 4564/7 4571/3
4589/3 4593/25 4636/20
4651/19 4654/16 4654/24
4655/1 4655/5 4656/9

4656/13 4657/2 4657/9
4658/1 4658/6 4658/12
4659/18 4659/22 4661/4
4664/2 4664/18 4692/6
4694/24 4695/1 4695/6
4695/12 4695/16 4696/5
**MS. HALLER: [10]** 4566/16
4569/22 4609/3 4610/8
4610/15 4614/17 4615/2
4630/22 4634/10 4660/12
**MS. RAKOCZY: [167]**
4502/15 4504/20 4505/5
4506/7 4506/12 4506/25
4507/8 4507/25 4508/15
4508/24 4509/25 4510/6
4511/9 4511/23 4512/11
4512/16 4517/15 4517/24
4518/4 4518/24 4519/6
4519/21 4519/25 4520/25
4521/9 4521/20 4523/3
4523/19 4523/25 4524/11
4526/13 4526/22 4527/10
4527/16 4529/10 4529/24
4530/13 4530/18 4533/4
4533/11 4534/1 4534/5
4537/6 4537/12 4537/20
4538/7 4538/12 4538/17
4538/23 4539/5 4539/16
4540/1 4540/6 4540/18
4540/23 4541/12 4541/18
4541/23 4542/6 4542/11
4543/20 4544/6 4544/13
4544/25 4545/3 4545/12
4545/18 4546/22 4548/6
4549/4 4549/14 4550/3
4550/11 4551/17 4552/16
4553/3 4553/8 4554/10
4554/18 4555/6 4555/10
4559/9 4559/16 4559/24
4560/25 4561/5 4561/13
4561/18 4561/23 4562/15
4562/18 4563/3 4563/14
4563/18 4564/18 4565/5
4565/10 4566/4 4566/14
4566/20 4567/9 4567/13
4568/8 4568/21 4569/20
4570/2 4570/13 4571/1
4571/6 4571/17 4571/22
4572/17 4573/9 4573/17
4574/10 4574/16 4575/7
4575/11 4579/14 4580/9

**MS. RAKOCZY:... [47]**
4580/14 4581/5 4581/10
4582/18 4583/17 4584/10
4584/23 4585/2 4587/10
4588/13 4588/25 4589/6
4591/25 4592/18 4592/24
4593/5 4593/23 4594/4
4599/16 4600/25 4603/12
4605/9 4610/9 4613/25
4614/16 4617/8 4618/3
4622/6 4623/11 4627/2
4627/15 4627/20 4628/18
4629/14 4633/19 4635/11
4647/14 4648/4 4648/9
4648/19 4649/4 4659/4
4660/8 4660/13 4662/3
4663/23 4664/10

**MS. REDDEN: [10]**   4638/5
4638/7 4647/17 4647/24
4648/18 4648/20 4648/24
4649/1 4649/8 4657/8

**THE COURT: [172]**   4499/3
4502/17 4504/13 4504/24
4505/15 4506/10 4506/13
4506/18 4507/7 4507/12
4507/15 4507/18 4507/21
4509/1 4509/4 4511/13
4511/19 4512/2 4512/13
4516/20 4518/2 4519/23
4523/23 4527/13 4530/16
4534/3 4538/10 4540/21
4545/15 4546/18 4547/12
4547/17 4548/2 4548/4
4550/9 4553/6 4555/8 4561/3
4561/7 4561/9 4561/17
4561/22 4562/10 4562/16
4562/20 4563/11 4564/9
4565/7 4566/17 4567/11
4569/23 4571/4 4571/20
4574/7 4575/9 4580/12
4584/25 4587/14 4587/20
4589/4 4592/22 4594/1
4594/25 4603/14 4605/10
4608/25 4610/3 4610/6
4610/14 4610/16 4614/1
4614/18 4619/8 4619/11
4622/7 4627/16 4627/21
4628/19 4629/5 4629/8
4629/11 4629/13 4630/17
4630/23 4634/11 4635/12

4635/21 4635/24 4636/7
4636/13 4636/16 4636/18
4636/22 4636/25 4637/2
4637/9 4637/14 4637/19
4637/23 4638/6 4647/15
4647/18 4647/21 4648/11
4648/22 4648/25 4649/5
4650/10 4650/18 4651/8
4653/10 4654/13 4654/17
4654/20 4655/4 4655/20
4656/11 4656/25 4657/6
4657/11 4658/5 4658/8
4658/24 4659/14 4659/21
4660/1 4660/3 4660/14
4661/5 4661/19 4662/9
4662/19 4663/7 4663/21
4664/11 4664/19 4665/1
4665/4 4665/24 4666/1
4666/3 4666/14 4666/19
4666/22 4668/5 4668/8
4668/13 4668/16 4669/11
4669/23 4670/7 4670/21
4682/5 4689/19 4691/20
4691/22 4692/4 4692/18
4692/24 4693/4 4693/7
4693/16 4693/20 4693/23
4694/3 4694/22 4694/25
4695/3 4695/7 4695/14
4696/2 4696/7

**THE WITNESS: [7]**   4614/2
4614/19 4615/9 4619/10
4627/3 4628/22 4630/25

---

**$**

---

**$10 [2]**  4553/16 4553/16
**$2,000 [1]**  4553/16
**$20 [2]**  4523/12 4524/7
**$20 donation [1]**  4523/12
**$4,750 [1]**  4553/16
**$500 [1]**  4554/7
**$600 [1]**  4554/1
**$625 [1]**  4553/16
**$8,000 [2]**  4554/7 4554/8

---

**'**

---

**'21 [1]**  4632/19

---

**0**

---

**0840 [1]**  4494/4

---

**1**

---

**1/7/2021 [2]**  4524/8 4524/9

**10 [1]**  4566/15
**10 years [1]**  4609/10
**10-digit [1]**  4623/18
**101 [4]**  4498/20 4604/13
 4605/10 4605/11
**102 [1]**  4678/13
**1025 [1]**  4495/11
**10:45 p.m [1]**  4523/14
**10th [1]**  4589/11
**10th of [1]**  4695/1
**11 [2]**  4677/6 4688/14
**112 [1]**  4680/21
**11:00 p.m [1]**  4584/5
**11:01 [2]**  4499/4 4509/10
**11:16 a.m [1]**  4575/15
**11:45 a.m [1]**  4524/18
**11:55 a.m [1]**  4597/19
**11th [1]**  4594/8
**11th of [1]**  4554/9
**12 [4]**  4579/15 4604/20
 4660/10 4674/16
**12 seconds [1]**  4559/22
**12.220 [1]**  4663/20
**123 [6]**  4498/8 4563/5
 4566/24 4567/10 4567/11
 4567/12
**124 [7]**  4498/6 4563/6
 4565/14 4565/17 4566/7
 4566/14 4566/18
**125 [8]**  4498/7 4563/6
 4564/22 4565/14 4565/17
 4566/1 4566/15 4566/19
**126 [6]**  4498/5 4563/6
 4564/23 4564/24 4565/6
 4565/9
**12:29 p.m [1]**  4597/16
**12:30 [1]**  4694/3
**13 [3]**  4582/20 4623/8
 4679/22
**1341 [1]**  4496/9
**1361 [1]**  4690/14
**138 [7]**  4498/12 4570/14
 4571/8 4571/13 4571/18
 4571/21 4572/11
**139 [7]**  4498/11 4570/14
 4570/17 4570/19 4571/2
 4571/5 4572/24
**13th [1]**  4590/18
**14 seconds [1]**  4567/16
**1430 [1]**  4598/5
**1434 [1]**  4494/12

**1**

**14th [7]** 4591/21 4597/11
4601/4 4601/6 4601/9
4601/21 4601/25
**14th of [1]** 4597/16
**15 [5]** 4512/4 4600/25
4614/12 4614/14 4637/18
**15 minutes [1]** 4587/16
**1512 [3]** 4574/6 4671/7
4685/23
**1518 [3]** 4559/17 4559/19
4567/15
**1529 [10]** 4509/15 4510/25
4517/12 4529/19 4531/5
4545/21 4554/15 4585/23
4589/14 4590/13
**15th [1]** 4592/12
**16 [1]** 4493/7
**160 [1]** 4500/11
**1637 [1]** 4607/17
**1700 [1]** 4495/17
**176 [1]** 4665/12
**18 [1]** 4574/5
**1808 [1]** 4495/3
**18th [3]** 4502/15 4602/7
4681/18
**19 [1]** 4667/11
**1911 [1]** 4572/15
**19th [1]** 4606/14
**1:30 [1]** 4493/6
**1:42 [2]** 4622/15 4622/25
**1:42 p.m [1]** 4582/25
**1st [2]** 4550/15 4645/8
**1st of [1]** 4550/19

**2**

**20 [3]** 4512/4 4594/17
4637/18
**20-plus [1]** 4596/5
**20/20 [1]** 4594/17
**20001 [4]** 4494/4 4494/12
4496/13 4697/10
**20003 [1]** 4494/7
**20007 [1]** 4495/12
**20010 [1]** 4495/3
**20036 [1]** 4495/8
**2009 [2]** 4690/9 4690/15
**2010 [1]** 4674/19
**2017 [1]** 4689/24
**202 [5]** 4493/17 4494/12
4495/4 4495/9 4495/13

**2020 [6]** 4523/1 4552/2
4552/23 4552/24 4553/19
4644/7
**2021 [65]** 4502/16 4502/17
4509/10 4513/2 4515/3
4517/22 4518/7 4519/4
4520/7 4523/1 4523/13
4524/8 4524/9 4524/18
4527/4 4529/2 4530/7 4531/8
4531/21 4532/14 4534/15
4537/18 4538/22 4539/3
4541/16 4542/10 4542/24
4543/14 4544/23 4546/3
4548/24 4549/10 4550/19
4552/3 4552/24 4554/4
4554/9 4554/13 4555/16
4557/17 4560/8 4560/21
4573/23 4574/1 4575/15
4579/23 4581/22 4582/12
4584/18 4585/4 4589/11
4590/18 4591/21 4592/12
4594/8 4596/10 4597/16
4599/24 4601/4 4602/9
4602/14 4616/12 4634/2
4647/3 4681/18
**2023 [2]** 4493/5 4673/3
**2030 [1]** 4598/6
**20530 [1]** 4493/17
**20th [2]** 4595/18 4633/16
**21 [1]** 4678/9
**21-28 [1]** 4493/4
**2100 [1]** 4598/6
**214 [1]** 4496/5
**22 [3]** 4678/9 4680/3 4691/4
**2245 [2]** 4524/9 4524/9
**228-1341 [1]** 4496/9
**24 [1]** 4660/13
**24-hour [1]** 4661/12
**25 [1]** 4666/25
**252-6928 [1]** 4493/17
**26 [1]** 4678/9
**2615 [1]** 4495/9
**262 [3]** 4521/21 4521/24
4522/4
**27 [2]** 4493/5 4678/9
**2740.23.R [4]** 4497/17
4523/4 4523/21 4523/24
**27th [3]** 4550/15 4550/18
4551/1
**27th the [1]** 4551/12
**28 [1]** 4493/4

**2875.3 [3]** 4497/25 4549/15
4550/10
**2:13 p.m [1]** 4599/1
**2:22 p.m [2]** 4579/23
4580/16
**2:45 [1]** 4525/17
**2:45 p.m [1]** 4526/7
**2:55 [2]** 4594/8 4599/24
**2Q [1]** 4578/5
**2XL [1]** 4521/15

**3**

**30 [2]** 4513/12 4640/10
**301 [1]** 4494/8
**310 [1]** 4494/3
**3119 [4]** 4498/13 4573/21
4574/7 4574/9
**315-583-9089 [1]** 4626/23
**317 [2]** 4541/20 4690/8
**32801 [1]** 4495/17
**3300 [1]** 4496/3
**333 [2]** 4496/12 4697/10
**336 [1]** 4589/18
**35 [6]** 4498/9 4568/22 4569/7
4569/21 4569/24 4569/25
**350 [1]** 4494/11
**352-2615 [1]** 4495/9
**37 [6]** 4498/10 4568/22
4568/25 4569/21 4569/23
4570/1
**3:00 [1]** 4587/15
**3:03 p.m [1]** 4538/22
**3:05 p.m [1]** 4539/3
**3:06 [1]** 4623/4
**3:06 message [1]** 4623/6
**3:06 p.m [2]** 4581/22 4634/4
**3:18 [1]** 4587/18
**3:21 [1]** 4531/10
**3:38 p.m [1]** 4592/12
**3d [1]** 4500/12
**3rd [1]** 4645/21

**4**

**40 [1]** 4689/17
**400 [2]** 4494/11 4495/12
**400-1434 [1]** 4494/12
**403 [1]** 4504/8
**407 [1]** 4495/17
**45 [1]** 4683/2
**45,000 [1]** 4640/10
**4508 [1]** 4497/5
**46 [3]** 4581/11 4623/11

**4**

**46... [1]** 4633/20
**4603 [1]** 4497/6
**4609 [1]** 4497/7
**4615 [1]** 4497/8
**4619 [1]** 4497/9
**47 [1]** 4683/2
**48 [1]** 4647/9
**4:22 p.m [1]** 4518/7
**4:40 p.m [1]** 4531/8
**4:51 p.m [1]** 4548/9
**4:53 p.m [1]** 4548/20
**4th [2]** 4646/1 4679/11

**5**

**503 [1]** 4494/3
**524 [1]** 4690/14
**54 [1]** 4681/8
**55 [1]** 4495/16
**555 [1]** 4493/16
**58 [1]** 4671/12
**5:05 [1]** 4664/25
**5:09 a.m [1]** 4555/16
**5:19 p.m [2]** 4541/16
 4542/10
**5:20 p.m [2]** 4542/24
 4543/14
**5:30 p.m [1]** 4589/11
**5:52 [1]** 4696/12
**5:54 [1]** 4528/15
**5th [4]** 4494/11 4513/2
 4557/17 4679/11
**5th and [1]** 4645/16

**6**

**60 [3]** 4608/9 4687/21
 4687/25
**601 [1]** 4495/7
**61 [2]** 4680/12 4687/25
**648-1700 [1]** 4495/17
**6888 [1]** 4589/18
**6928 [1]** 4493/17
**693 [1]** 4671/12
**699-8429 [1]** 4496/5
**6995 [1]** 4499/12
**6:00 p.m [3]** 4534/15
 4610/24 4611/9
**6:28 p.m [1]** 4520/9
**6:35 a.m [1]** 4556/20
**6th [47]** 4505/10 4508/9
 4508/13 4508/22 4509/10

4510/3 4510/15 4515/3
4517/22 4518/7 4518/16
4519/4 4520/7 4526/20
4527/3 4528/15 4529/2
4529/16 4530/7 4531/21
4533/9 4537/18 4538/22
4539/3 4541/16 4542/10
4542/24 4543/14 4544/9
4557/17 4560/21 4573/13
4573/16 4574/1 4581/22
4582/12 4583/2 4584/5
4595/6 4597/4 4610/2
4610/24 4613/16 4614/6
4639/2 4645/16 4645/20
**6th twice [1]** 4642/7

**7**

**7 minutes [4]** 4559/18
 4559/20 4559/21 4559/24
**70 [2]** 4608/9 4688/21
**700 [1]** 4496/4
**702 [1]** 4673/23
**703 [1]** 4494/4
**71 [1]** 4688/21
**732 [1]** 4500/12
**739 [1]** 4500/12
**7447 [1]** 4495/4
**745 [1]** 4496/8
**75219 [1]** 4496/4
**7727 [1]** 4494/8
**79 [1]** 4667/10
**7:05 p.m [1]** 4601/4
**7:20 a.m [1]** 4560/8
**7:22 p.m [1]** 4529/2
**7:27 p.m [1]** 4548/24
**7th [24]** 4523/13 4524/18
 4531/8 4532/14 4535/20
 4544/23 4548/9 4548/20
 4548/24 4551/9 4551/10
 4554/16 4555/16 4556/20
 4557/9 4558/12 4560/8
 4580/16 4584/18 4585/4
 4586/2 4613/14 4613/18
 4629/19
**7th of [1]** 4554/13
**7th superseding [1]** 4647/13

**8**

**8 minutes [1]** 4567/16
**8 seconds [2]** 4559/18
 4559/20
**803.3 statement [1]** 4505/24

**804 [2]** 4499/13 4527/14
**808 [1]** 4496/9
**808Shipleylaw [1]** 4496/10
**8100 [1]** 4495/13
**8429 [1]** 4496/5
**863 [1]** 4689/23
**868 [1]** 4674/16
**8824 [1]** 4545/25
**889-6888 [1]** 4589/18
**894 [1]** 4689/23
**8:22 p.m [1]** 4515/3
**8:22:55 p.m [1]** 4515/13
**8:30 [1]** 4656/16
**8:33:53 p.m [1]** 4515/25
**8:43 p.m [1]** 4590/18
**8:45 p.m [1]** 4599/13
**8:46 p.m [1]** 4532/14
**8th [6]** 4544/23 4573/23
 4575/15 4576/16 4616/12
 4647/11
**8th superseding [1]** 4647/12

**9**

**9.22.3 [1]** 4540/8
**900 [1]** 4495/7
**9089 [1]** 4626/23
**9116 [1]** 4546/23
**922 [1]** 4494/7
**9222 [1]** 4537/21
**9222.2 [5]** 4497/21 4537/21
 4538/8 4538/11 4583/11
**9222.3 [4]** 4497/22 4540/19
 4540/22 4583/11
**928-7727 [1]** 4494/8
**9480 [1]** 4534/3
**965-8100 [1]** 4495/13
**96734 [1]** 4496/9
**9730 [1]** 4592/19
**9739 [2]** 4592/3 4592/22
**9811 [1]** 4572/3
**9813 [1]** 4572/18
**9825 [5]** 4498/4 4554/19
 4555/7 4555/8 4555/9
**9827 [6]** 4497/16 4519/7
 4519/22 4519/23 4519/24
 4524/13
**9828 [6]** 4497/13 4508/16
 4508/25 4509/1 4509/3
 4583/20
**9829 [5]** 4497/19 4529/25
 4530/14 4530/16 4530/17

**9830 [5]** 4497/18 4526/22
4527/11 4527/13 4527/15
**9833 [9]** 4497/23 4497/24
4544/13 4545/1 4545/13
4545/16 4545/17 4548/4
4548/5
**9834 [5]** 4498/3 4552/17
4553/4 4553/6 4553/7
**9835 [7]** 4498/14 4574/17
4575/8 4575/9 4575/10
4611/21 4612/11
**9836 [5]** 4498/15 4579/17
4580/10 4580/12 4580/13
**9837 [5]** 4498/16 4584/12
4584/24 4584/25 4585/1
**9838 [6]** 4498/17 4587/13
4588/14 4589/2 4589/4
4589/5
**9839 [5]** 4498/18 4593/7
4593/24 4594/1 4594/3
**9840 [6]** 4497/20 4533/12
4534/2 4534/4 4536/1
4599/17
**9841 [7]** 4497/14 4510/7
4511/10 4512/13 4512/15
4609/20 4610/10
**9842 [5]** 4497/15 4517/16
4518/1 4518/2 4518/3
**989-0840 [1]** 4494/4
**9902 [5]** 4581/11 4582/20
4623/8 4623/11 4633/20
**996-7447 [1]** 4495/4
**9:00 [1]** 4694/4
**9:10 a.m [1]** 4596/10
**9:14 p.m [1]** 4591/21
**9:30 [1]** 4650/16
**9:30 at [1]** 4656/9
**9:30 but [1]** 4656/17
**9:30 p.m [1]** 4531/21
**9th [4]** 4534/15 4535/16
4599/24 4600/11
**9th and [1]** 4695/1

**A**

**a.m [8]** 4524/18 4555/16
4556/20 4560/8 4575/15
4596/10 4597/19 4656/15
**Aaron [2]** 4519/16 4554/25
**AARs [3]** 4578/13 4578/13
4579/12

**abetting [1]** 4671/10
**abettor [1]** 4501/2
**ability [7]** 4677/4 4679/23
4680/2 4684/18 4685/10
4690/17 4693/2
**able [10]** 4511/24 4532/1
4603/24 4646/11 4656/15
4663/13 4665/22 4667/12
4681/19 4693/11
**about [134]** 4499/6 4499/7
4503/21 4504/1 4504/18
4505/20 4507/11 4509/2
4509/22 4511/17 4511/19
4511/21 4514/20 4516/20
4519/18 4522/24 4526/16
4529/7 4530/20 4532/20
4535/20 4536/12 4537/16
4545/4 4547/9 4551/25
4554/12 4555/1 4557/16
4561/12 4569/15 4571/12
4574/1 4577/3 4578/2 4582/6
4587/16 4589/11 4591/9
4596/7 4596/21 4597/2
4597/5 4597/23 4600/15
4600/22 4607/2 4608/14
4609/10 4609/16 4610/11
4610/23 4611/24 4616/15
4617/15 4618/11 4620/17
4621/7 4622/13 4624/5
4624/23 4626/21 4626/25
4629/18 4630/10 4631/5
4631/16 4631/17 4631/25
4632/11 4633/17 4637/13
4637/18 4645/14 4646/7
4647/2 4648/2 4648/16
4649/21 4652/2 4652/3
4652/14 4652/16 4652/18
4653/12 4656/19 4657/1
4658/2 4658/6 4658/25
4661/1 4662/13 4662/17
4662/25 4663/4 4664/17
4664/22 4665/20 4666/4
4666/14 4666/23 4666/25
4669/19 4671/12 4672/8
4673/8 4673/10 4673/11
4674/2 4674/3 4674/8
4675/22 4678/23 4679/7
4679/8 4679/20 4680/1
4680/3 4680/25 4681/24
4681/25 4682/8 4684/12
4685/6 4685/7 4685/9

4685/12 4686/22 4687/9
4688/12 4690/10 4690/23
4692/15 4694/1
**above [3]** 4576/9 4676/17
4697/4
**above-entitled [1]** 4697/4
**Abrams [4]** 4569/6 4571/25
4610/10 4676/6
**absence [3]** 4676/2 4680/1
4695/21
**absent [3]** 4572/25 4622/2
4659/7
**absolutely [3]** 4645/19
4684/1 4687/24
**abundance [1]** 4669/13
**accept [1]** 4693/12
**access [4]** 4626/18 4626/18
4649/19 4669/20
**accommodations [1]** 4675/4
**accompanied [1]** 4622/22
**According [1]** 4666/17
**account [6]** 4517/4 4549/20
4550/18 4553/14 4588/23
4589/9
**accounts [4]** 4549/7 4552/23
4552/24 4593/20
**accurate [10]** 4508/21
4511/5 4519/14 4523/15
4533/22 4538/4 4648/2
4648/11 4648/15 4697/3
**accurately [15]** 4517/20
4527/6 4530/9 4540/14
4544/22 4545/9 4552/22
4555/3 4575/4 4580/6
4584/20 4588/22 4592/15
4593/19 4680/13
**accused [2]** 4578/6 4625/11
**accusing [1]** 4670/19
**acquaintance [1]** 4501/14
**acquaintances [1]** 4501/7
**acquired [1]** 4502/13
**acquit [1]** 4650/7
**acquittal [2]** 4651/14
4651/17
**acquittals [2]** 4652/7 4653/3
**acres [1]** 4596/6
**acronym [1]** 4599/4
**across [2]** 4523/6 4647/7
**act [4]** 4564/11 4564/16
4564/17 4576/1
**acted [2]** 4671/8 4679/18

**acting [1]** 4685/23
**actions [4]** 4674/12 4679/14
4681/3 4681/20
**active [1]** 4604/22
**activity [1]** 4618/2
**actual [6]** 4607/19 4661/1
4687/1 4687/3 4687/9
4687/12
**actually [22]** 4500/19
4503/11 4513/16 4547/19
4561/5 4561/9 4585/6
4612/14 4612/24 4613/19
4627/7 4631/11 4643/16
4644/20 4645/21 4651/1
4672/9 4677/21 4680/23
4681/19 4688/5 4688/6
**Adams [6]** 4655/11 4655/13
4655/23 4656/1 4656/5
4656/7
**add [1]** 4691/1
**additional [2]** 4662/11
4689/14
**ADHD [2]** 4690/1 4690/4
**adjourn [2]** 4650/14 4696/9
**adjust [1]** 4661/17
**administer [1]** 4671/22
**admissibility [2]** 4502/6
4672/15
**admissible [14]** 4505/8
4507/3 4509/6 4512/6
4564/11 4663/11 4671/13
4671/15 4672/1 4672/10
4672/16 4674/18 4675/9
4677/23
**admission [5]** 4499/13
4504/20 4505/7 4564/12
4565/5
**admissions [1]** 4505/19
**admit [31]** 4497/12 4498/19
4504/9 4505/6 4508/25
4511/10 4517/25 4519/22
4523/21 4527/11 4530/14
4534/2 4538/8 4540/19
4545/1 4545/13 4553/4
4555/7 4566/14 4567/10
4569/21 4571/18 4575/8
4580/9 4584/24 4589/2
4592/19 4593/24 4676/19
4676/24 4677/9
**admitted [37]** 4509/1

4512/13 4518/2 4519/23
4521/24 4523/23 4527/13
4530/16 4534/3 4538/10
4540/21 4545/16 4548/4
4550/9 4553/6 4555/8
4559/17 4565/7 4566/17
4567/11 4569/23 4569/24
4571/4 4571/20 4574/3
4574/7 4575/9 4580/12
4581/11 4581/14 4584/25
4589/4 4592/3 4594/1
4605/10 4648/14 4682/24
**advance [4]** 4568/8 4600/25
4658/13 4660/10
**advanced [2]** 4514/25
4643/18
**advancing [1]** 4597/22
**adverse [1]** 4499/12
**advise [2]** 4578/4 4628/16
**advised [1]** 4501/3
**affected [1]** 4687/15
**affiliate [1]** 4586/14
**affirmed [1]** 4690/3
**after [43]** 4500/23 4501/17
4502/17 4511/22 4512/7
4514/9 4516/8 4516/17
4529/15 4530/7 4533/9
4544/9 4551/10 4561/20
4573/16 4577/20 4591/7
4591/11 4598/23 4600/15
4609/18 4609/24 4610/1
4610/20 4610/24 4612/16
4616/11 4636/9 4637/11
4639/21 4641/5 4644/4
4644/12 4647/10 4647/22
4647/25 4648/14 4649/2
4658/24 4665/5 4665/14
4665/15 4669/25
**afternoon [13]** 4493/7
4537/17 4587/15 4603/18
4603/19 4609/8 4610/2
4615/6 4615/9 4619/14
4619/16 4638/8 4650/13
**afterward [1]** 4672/18
**afterwards [2]** 4505/11
4667/17
**again [29]** 4504/13 4507/21
4529/23 4532/22 4538/17
4555/12 4598/16 4598/24
4607/25 4617/3 4640/6
4642/14 4644/6 4644/15

4644/17 4644/24 4645/1
4645/3 4645/4 4645/6
4645/10 4645/12 4652/6
4656/25 4661/23 4677/16
4684/4 4685/10 4685/13
**against [37]** 4499/10
4499/18 4500/6 4500/10
4500/13 4500/19 4501/5
4501/11 4502/1 4502/10
4502/22 4502/25 4503/1
4504/14 4504/22 4504/25
4505/1 4505/2 4505/13
4505/13 4507/3 4507/5
4507/9 4507/15 4509/6
4574/7 4577/5 4579/11
4591/12 4650/8 4652/9
4662/13 4662/15 4663/3
4663/11 4663/14 4680/21
**age [1]** 4608/9
**agent [95]** 4508/3 4508/19
4509/9 4509/24 4510/2
4512/20 4517/2 4517/11
4517/15 4519/9 4520/3
4522/1 4522/3 4522/9
4522/13 4522/14 4523/4
4523/8 4527/19 4529/13
4529/23 4530/4 4533/16
4534/12 4544/9 4545/6
4545/20 4547/4 4547/18
4550/4 4550/17 4551/19
4553/11 4554/12 4554/22
4560/2 4561/10 4561/18
4562/12 4562/22 4563/4
4564/21 4565/4 4565/12
4565/16 4566/21 4567/18
4568/22 4569/6 4570/6
4570/16 4570/17 4570/18
4571/6 4571/10 4571/12
4572/6 4573/12 4574/12
4574/17 4575/13 4581/16
4584/15 4587/12 4587/21
4587/25 4589/8 4592/5
4593/2 4593/6 4593/8 4594/7
4599/20 4602/3 4603/18
4609/8 4610/10 4612/7
4616/8 4619/9 4619/14
4621/17 4629/17 4630/19
4635/12 4651/11 4651/11
4651/12 4658/4 4658/20
4659/16 4659/16 4660/24
4670/5 4676/6

**Agent Abrams [2]** 4569/6 4610/10

**Agent Cody [10]** 4508/3 4508/19 4517/2 4522/1 4562/12 4570/17 4570/18 4571/10 4574/17 4584/15

**Agent Cody's [1]** 4587/21

**Agent Palian [2]** 4565/12 4570/16

**agent's [1]** 4568/21

**agents [6]** 4563/1 4571/25 4622/18 4625/6 4627/11 4627/11

**agree [12]** 4504/24 4505/15 4535/4 4573/22 4574/2 4574/2 4600/19 4604/25 4669/25 4673/15 4675/9 4675/12

**agreed [7]** 4563/20 4647/25 4656/22 4657/5 4673/16 4673/17 4678/12

**agreeing [2]** 4506/3 4647/10

**agreement [5]** 4651/24 4678/2 4678/20 4678/22 4678/22

**agrees [1]** 4673/13

**ahead [8]** 4614/18 4623/7 4628/19 4630/24 4634/12 4648/15 4670/11 4670/21

**aided [1]** 4496/15

**aider [1]** 4501/2

**aiding [1]** 4671/9

**aimed [1]** 4630/15

**akin [1]** 4671/24

**AL [1]** 4493/6

**alert [1]** 4692/21

**Alex [2]** 4644/21 4644/21

**Alexandra [1]** 4493/14

**all [95]** 4499/18 4502/23 4505/3 4505/14 4506/14 4507/19 4512/2 4512/5 4513/1 4514/14 4514/25 4518/2 4522/19 4526/8 4527/14 4530/22 4537/2 4555/13 4560/2 4560/25 4562/11 4565/16 4567/14 4568/6 4568/8 4571/23 4575/18 4576/9 4576/15 4578/19 4579/14 4581/13 4585/20 4587/20 4594/4

4595/10 4596/10 4599/11 4599/23 4604/3 4608/25 4615/2 4615/3 4628/11 4629/5 4638/6 4640/9 4640/10 4640/22 4641/16 4643/15 4643/24 4646/23 4649/2 4650/5 4650/7 4650/15 4650/16 4650/18 4651/16 4652/8 4652/20 4654/13 4655/15 4656/17 4657/12 4657/22 4657/22 4659/9 4660/21 4661/5 4661/9 4662/9 4662/15 4663/3 4663/14 4664/19 4665/12 4665/14 4665/20 4667/10 4670/9 4670/18 4670/24 4677/2 4677/23 4679/5 4684/22 4684/22 4685/1 4687/13 4689/10 4689/20 4690/25 4696/3

**alleged [3]** 4574/5 4650/7 4654/5

**allegedly [1]** 4578/3

**allow [3]** 4614/18 4674/6 4675/20

**allowed [5]** 4648/21 4666/9 4666/10 4666/10 4666/13

**allowing [1]** 4691/7

**almost [3]** 4618/1 4618/2 4658/2

**along [3]** 4615/11 4659/25 4670/1

**already [22]** 4511/18 4521/20 4521/24 4526/12 4530/19 4532/23 4558/14 4559/17 4572/2 4572/5 4572/19 4581/10 4581/14 4582/19 4583/20 4592/3 4592/18 4592/22 4599/17 4640/23 4647/21 4660/10

**also [58]** 4500/7 4504/20 4504/22 4505/9 4510/17 4526/18 4529/13 4530/18 4530/20 4533/7 4540/11 4542/13 4542/19 4543/2 4544/4 4549/23 4564/5 4565/12 4565/19 4566/7 4566/11 4567/6 4571/7 4574/2 4576/16 4586/2 4590/9 4595/6 4605/2 4608/20 4610/19 4611/8

4611/17 4612/5 4612/24 4613/11 4613/14 4616/9 4616/17 4624/21 4627/21 4637/25 4642/20 4643/17 4645/6 4653/15 4654/4 4658/2 4671/10 4673/10 4675/12 4676/24 4684/11 4684/16 4686/3 4687/14 4687/17 4687/25

**although [4]** 4504/15 4670/14 4672/15 4673/18

**always [3]** 4646/13 4659/17 4660/25

**am [15]** 4517/19 4525/21 4527/1 4528/5 4532/8 4552/13 4556/10 4563/24 4576/2 4588/18 4622/11 4650/5 4655/4 4677/8 4694/21

**Amendment [1]** 4503/21

**AMERICA [2]** 4493/3 4595/13

**AMIT [1]** 4493/10

**among [10]** 4510/21 4593/11 4601/6 4608/9 4619/24 4628/25 4659/11 4659/13 4675/10 4679/21

**amount [1]** 4524/7

**amounts [2]** 4553/15 4554/6

**amplification [1]** 4689/7

**amplified [1]** 4688/15

**Android [2]** 4626/13 4626/14

**animus [2]** 4503/8 4503/13

**announce [1]** 4635/16

**announcement [1]** 4662/6

**another [19]** 4500/24 4521/11 4539/8 4542/16 4544/2 4547/18 4560/14 4571/14 4577/14 4577/24 4578/16 4579/14 4586/2 4586/17 4587/4 4598/12 4628/5 4640/18 4659/17

**answer [11]** 4502/13 4508/10 4559/1 4614/1 4625/12 4625/14 4626/21 4628/5 4630/24 4659/18 4671/18

**answers [1]** 4595/18

**anticipating [1]** 4659/15

**Antifa [2]** 4499/5 4509/21

**antipathy [1]** 4503/13

**any [114]** 4499/25 4505/20

**any... [112]** 4508/12 4510/2
4520/21 4530/19 4536/15
4537/17 4544/9 4549/9
4551/20 4554/14 4564/13
4570/7 4574/13 4577/3
4578/4 4578/19 4579/10
4594/18 4603/1 4605/18
4605/22 4606/22 4606/25
4607/22 4608/17 4611/4
4611/14 4611/16 4612/6
4612/16 4613/22 4613/22
4613/23 4614/2 4616/21
4616/25 4617/16 4617/19
4617/21 4617/23 4618/15
4619/6 4621/19 4622/17
4625/4 4625/17 4626/21
4626/24 4627/9 4627/10
4629/13 4631/18 4633/13
4635/21 4636/9 4642/10
4645/23 4646/18 4646/19
4646/20 4646/20 4646/21
4649/6 4650/23 4651/11
4652/10 4652/11 4652/13
4652/22 4652/25 4653/22
4654/2 4654/3 4654/7 4654/8
4654/8 4655/17 4656/16
4663/25 4664/8 4669/14
4670/12 4672/3 4675/1
4675/6 4675/10 4676/4
4676/5 4676/10 4677/18
4678/25 4679/11 4679/23
4680/7 4681/10 4682/20
4682/25 4684/5 4685/3
4685/9 4685/12 4686/11
4686/21 4686/23 4686/25
4689/6 4689/7 4689/7 4691/1
4692/2 4693/18 4693/21
**anybody [5]** 4620/13
4654/22 4663/21 4670/19
4691/1
**anybody's [1]** 4651/4
**anymore [1]** 4588/11
**anyone [21]** 4518/16 4518/20
4522/5 4576/3 4577/20
4578/5 4585/7 4607/8 4629/5
4641/8 4641/9 4641/10
4641/12 4641/25 4642/10
4646/9 4649/15 4649/22
4649/25 4659/19 4684/2
**anything [24]** 4569/15

4577/3 4577/4 4578/3 4609/5
4611/7 4611/24 4617/12
4617/12 4619/4 4620/22
4639/25 4643/8 4653/14
4653/16 4653/17 4653/19
4662/10 4663/22 4664/16
4664/19 4670/20 4691/1
4696/9
**anyway [1]** 4666/21
**anywhere [1]** 4547/24
**apologies [2]** 4513/20
4610/16
**apologize [5]** 4505/5 4510/11
4563/18 4563/22 4637/5
**app [1]** 4516/9
**apparent [2]** 4500/7 4502/10
**apparently [4]** 4577/5
4594/14 4596/6 4679/20
**appear [3]** 4601/13 4613/11
4630/9
**APPEARANCES [4]** 4493/12
4493/20 4494/14 4495/18
**appeared [1]** 4621/14
**appears [2]** 4560/17 4676/1
**Appendix [1]** 4690/9
**Apple [1]** 4604/19
**applicable [1]** 4499/14
**application [5]** 4588/11
4626/11 4626/19 4626/23
4627/23
**applies [1]** 4504/8
**apply [2]** 4663/9 4674/9
**appointment [2]** 4656/15
4656/19
**appointments [1]** 4656/14
**appreciate [5]** 4659/22
4665/7 4665/8 4694/16
4694/22
**apprised [1]** 4664/13
**appropriate [4]** 4624/16
4661/24 4682/11 4682/15
**AR [2]** 4614/12 4614/14
**AR-15 [2]** 4614/12 4614/14
**architects [1]** 4653/25
**are [178]** 4500/18 4500/20
4501/9 4501/18 4505/17
4507/24 4507/24 4509/15
4510/14 4510/17 4510/19
4510/20 4510/20 4510/25
4511/5 4511/16 4512/2
4512/6 4512/9 4513/12

4514/23 4515/17 4516/1
4516/21 4517/18 4519/9
4519/11 4519/14 4520/16
4524/17 4525/20 4526/25
4527/14 4528/4 4528/21
4529/19 4530/6 4531/13
4531/15 4532/20 4532/21
4532/24 4533/19 4533/22
4534/21 4535/16 4536/4
4536/15 4540/11 4543/22
4544/19 4546/2 4546/15
4546/21 4548/16 4549/20
4549/23 4551/1 4551/2
4551/3 4551/12 4552/2
4552/3 4552/6 4552/12
4554/3 4554/22 4556/8
4556/22 4556/23 4557/15
4560/16 4560/17 4562/7
4563/4 4564/13 4564/14
4564/21 4565/19 4565/22
4566/7 4568/1 4568/14
4568/15 4569/24 4570/6
4573/12 4574/22 4575/18
4577/18 4578/20 4579/22
4579/24 4580/1 4581/16
4584/17 4585/6 4585/10
4585/12 4588/7 4588/17
4589/8 4589/17 4590/9
4590/10 4590/21 4594/18
4596/23 4599/4 4599/21
4600/2 4602/3 4602/10
4603/14 4604/16 4605/2
4605/15 4605/20 4605/21
4605/22 4607/3 4607/19
4608/9 4608/18 4612/25
4617/11 4620/25 4620/25
4621/5 4622/10 4626/7
4626/8 4630/4 4630/5
4632/18 4633/4 4633/7
4633/14 4637/2 4637/12
4637/19 4637/25 4638/13
4638/15 4638/22 4638/23
4639/5 4642/9 4642/12
4650/7 4651/5 4651/8
4651/22 4654/14 4655/25
4656/1 4656/12 4656/21
4659/14 4660/25 4664/3
4664/5 4664/14 4665/2
4665/18 4669/11 4674/17
4675/16 4675/16 4676/22
4677/3 4677/4 4678/2

**are... [5]** 4683/14 4691/8
4691/14 4696/7 4696/8
**area [7]** 4518/15 4539/10
4541/2 4541/20 4543/6
4560/23 4608/10
**aren't [3]** 4514/20 4585/6
4642/16
**arguably [2]** 4503/14
4678/16
**argue [6]** 4502/3 4562/6
4652/23 4654/7 4663/13
4666/21
**argued [3]** 4499/10 4648/12
4691/5
**argument [4]** 4502/5 4636/15
4648/5 4651/5
**arguments [7]** 4636/9
4637/13 4650/24 4651/2
4652/5 4653/22 4654/11
**arise [1]** 4657/12
**Arlington [1]** 4557/20
**arm [1]** 4564/4
**Army [4]** 4643/12 4643/15
4643/15 4643/16
**Arntt [1]** 4690/8
**around [14]** 4502/15 4524/14
4550/22 4573/25 4582/12
4584/18 4584/21 4594/19
4594/22 4639/12 4641/4
4663/24 4680/14 4681/8
**arrange [2]** 4645/5 4645/19
**arrangements [1]** 4601/14
**arrested [3]** 4602/4 4602/11
4602/15
**arrival [1]** 4646/6
**arson [1]** 4535/8
**article [4]** 4596/23 4597/2
4601/10 4601/12
**articles [3]** 4594/21 4595/4
4595/6
**as [142]** 4499/6 4499/21
4500/24 4501/11 4502/1
4502/9 4502/25 4503/2
4503/5 4503/5 4503/23
4503/24 4504/5 4504/8
4504/9 4504/11 4504/17
4505/7 4506/5 4506/11
4509/21 4511/16 4511/25
4517/21 4522/5 4522/5
4525/6 4525/12 4528/2

4534/16 4540/15 4546/22
4549/22 4557/15 4560/9
4563/23 4563/23 4564/11
4565/12 4572/2 4573/10
4574/22 4576/1 4577/2
4581/11 4581/13 4582/19
4592/3 4594/14 4596/15
4599/17 4601/14 4604/13
4604/19 4606/22 4606/22
4623/25 4625/6 4625/20
4626/1 4627/5 4627/5 4628/3
4628/10 4636/14 4640/19
4644/18 4644/18 4652/8
4652/9 4654/9 4654/9
4655/20 4655/20 4655/21
4657/5 4657/14 4657/21
4657/22 4659/25 4659/25
4660/19 4661/7 4661/7
4661/10 4661/15 4661/15
4662/1 4662/1 4663/9
4666/15 4667/22 4668/9
4668/20 4668/20 4669/3
4671/15 4671/23 4672/13
4672/21 4673/7 4673/13
4673/17 4673/18 4673/25
4674/5 4674/17 4676/1
4676/6 4678/1 4678/10
4679/12 4679/16 4680/12
4680/18 4680/19 4681/17
4681/24 4682/18 4683/4
4683/4 4683/6 4683/8
4683/14 4684/17 4685/6
4686/7 4686/19 4687/10
4687/15 4687/15 4690/5
4690/21 4690/22 4691/8
4691/25 4692/12 4694/23
4694/23
**ASAP [1]** 4608/6
**ASD [34]** 4667/12 4673/9
4673/14 4673/15 4674/2
4674/4 4674/4 4674/8
4674/19 4674/22 4674/24
4675/8 4675/10 4675/18
4675/23 4676/10 4676/11
4676/15 4676/16 4676/17
4676/21 4677/10 4677/18
4678/2 4683/14 4684/7
4684/13 4687/15 4687/19
4688/13 4688/18 4688/23
4690/24 4691/5

**ask [35]** 4506/17 4507/10
4513/24 4515/19 4515/25
4545/6 4547/6 4548/13
4562/11 4562/12 4583/23
4591/1 4601/23 4606/1
4610/3 4624/23 4625/1
4638/24 4647/19 4648/22
4651/9 4651/14 4653/2
4654/20 4655/24 4657/9
4658/2 4658/20 4659/14
4660/11 4662/7 4665/23
4666/6 4669/1 4669/2
**asked [34]** 4505/1 4508/8
4544/10 4547/14 4607/7
4608/5 4608/21 4629/17
4630/10 4631/5 4631/16
4631/17 4631/22 4631/25
4632/11 4633/17 4644/20
4645/22 4645/25 4646/8
4646/12 4653/25 4660/4
4664/3 4664/6 4667/1 4667/1
4667/5 4667/7 4667/10
4668/18 4669/16 4688/25
4693/7
**Askenazi [9]** 4673/5 4674/22
4677/3 4678/12 4679/21
4680/19 4684/4 4684/8
4687/6
**Askenazi's [5]** 4666/25
4676/24 4682/18 4684/21
4687/23
**asking [1]** 4649/1
**asks [1]** 4500/3
**aspects [1]** 4677/3
**assess [1]** 4680/13
**assessed [1]** 4667/15
**assessing [2]** 4499/17
4500/10
**asshole [3]** 4535/4 4535/9
4600/19
**assigned [3]** 4624/8 4625/8
4627/11
**assistance [2]** 4572/1 4658/3
**associated [9]** 4514/4
4534/20 4549/7 4549/20
4552/25 4593/20 4595/6
4620/13 4688/13
**assume [4]** 4548/1 4623/24
4625/20 4627/23
**athlete [1]** 4643/15
**attacked [2]** 4499/9 4509/23

**A**

**attempts [1]** 4681/21
**attend [1]** 4639/14
**attended [1]** 4643/17
**attendees [1]** 4639/12
**attention [2]** 4594/18
4686/15
**attire [1]** 4639/7
**attorney [9]** 4561/21 4563/1
4563/2 4567/7 4615/19
4616/6 4617/5 4617/6 4644/7
**ATTORNEY'S [2]** 4493/15
4604/8
**attorneys [1]** 4644/8
**attribute [1]** 4688/18
**attributes [1]** 4501/22
**augment [1]** 4662/14
**aunt [12]** 4520/24 4525/6
4587/6 4587/8 4587/9 4587/9
4592/10 4618/6 4618/17
4631/22 4632/1 4679/13
**Austin [1]** 4548/14
**authenticate [1]** 4530/21
**author [1]** 4579/3
**authoritative [1]** 4683/16
**autism [6]** 4667/12 4670/23
4671/1 4671/1 4673/8
4691/15
**availability [1]** 4504/23
**available [8]** 4514/2 4626/7
4654/22 4655/7 4659/20
4662/15 4663/6 4692/14
**Avenue [5]** 4494/7 4495/7
4496/3 4496/12 4697/10
**average [8]** 4676/17 4676/18
4676/25 4677/1 4677/22
4678/6 4684/6 4686/5
**Avoidance [1]** 4682/6
**avoided [1]** 4575/25
**awake [2]** 4556/1 4589/17
**aware [21]** 4528/4 4534/21
4573/12 4594/18 4602/3
4602/10 4609/23 4610/19
4610/22 4611/11 4611/17
4613/1 4613/22 4614/5
4614/7 4617/20 4627/5
4632/18 4633/4 4633/7
4667/18
**awareness [1]** 4574/13
**away [3]** 4536/13 4536/19
4551/10

**awful [1]** 4536/8
**aye [2]** 4595/21 4595/21

**B**

**back [44]** 4507/21 4511/16
4511/24 4512/17 4516/1
4521/15 4522/9 4522/12
4524/13 4528/19 4530/2
4534/9 4536/1 4537/13
4541/6 4542/2 4548/19
4556/4 4557/24 4559/24
4565/4 4567/14 4571/7
4575/24 4579/9 4587/20
4598/17 4609/18 4609/24
4610/11 4611/14 4624/19
4630/7 4636/4 4637/12
4639/20 4641/17 4649/2
4650/23 4659/11 4659/13
4664/24 4675/17 4688/14
**background [2]** 4614/17
4690/10
**backgrounds [1]** 4673/10
**backward [2]** 4505/17
4505/22
**backward-looking [1]**
4505/17
**backwards [1]** 4501/9
**bad [1]** 4590/24
**badass [1]** 4532/11
**bag [4]** 4556/1 4556/2
4556/21 4557/10
**bags [1]** 4630/7
**Baker [6]** 4510/24 4510/25
4511/7 4512/25 4514/2
4515/25
**bank [6]** 4549/20 4550/18
4551/24 4552/2 4552/14
4552/23
**bar [1]** 4536/14
**Barrett [1]** 4496/12
**barrier [1]** 4641/1
**barriers [1]** 4641/1
**based [30]** 4507/13 4518/14
4521/4 4528/6 4532/24
4534/19 4545/9 4546/2
4549/11 4569/10 4596/17
4598/1 4606/16 4611/1
4612/14 4615/18 4616/8
4616/20 4616/24 4617/16
4617/18 4619/3 4651/10
4672/3 4681/11 4681/14

4684/8 4684/16 4686/11
4687/17
**basically [2]** 4617/11 4629/1
**basis [14]** 4506/19 4546/20
4651/13 4671/17 4673/13
4673/22 4684/1 4685/3
4685/4 4688/8 4688/19
4689/6 4691/9 4693/18
**battle [5]** 4598/9 4642/12
4643/22 4643/23 4643/25
**battle-ready [1]** 4642/12
**be [189]** 4499/14 4499/16
4499/19 4499/25 4500/4
4500/7 4500/17 4500/19
4502/2 4502/10 4502/10
4502/21 4503/20 4506/3
4506/16 4506/17 4507/4
4507/21 4509/1 4509/2
4511/13 4512/10 4512/13
4512/13 4513/16 4522/5
4523/23 4524/24 4532/11
4535/12 4536/13 4538/10
4547/2 4547/14 4548/4
4548/10 4550/9 4555/8
4555/19 4556/1 4562/3
4564/12 4564/17 4566/17
4567/11 4569/23 4571/12
4571/20 4574/7 4575/24
4575/25 4576/10 4577/5
4577/20 4579/10 4584/25
4586/9 4589/4 4589/23
4590/16 4591/12 4591/12
4591/23 4592/22 4595/10
4595/14 4598/5 4599/3
4600/1 4600/5 4604/15
4605/12 4605/21 4609/18
4609/24 4610/3 4611/18
4612/4 4612/22 4612/24
4613/20 4613/21 4614/5
4614/7 4617/7 4624/6
4626/24 4630/9 4636/4
4637/15 4637/16 4639/11
4640/5 4642/4 4642/9
4642/19 4646/11 4648/5
4648/6 4648/12 4649/6
4650/20 4651/1 4651/4
4651/23 4651/23 4651/24
4652/2 4652/18 4653/5
4654/11 4654/22 4655/6
4655/7 4655/11 4655/12
4655/16 4656/6 4656/7

**be... [70]** 4656/11 4656/15
4656/21 4657/12 4657/13
4659/4 4659/10 4659/12
4660/7 4660/17 4661/10
4661/15 4661/16 4662/7
4662/8 4662/15 4662/18
4662/22 4663/1 4663/14
4664/16 4664/24 4665/17
4665/18 4665/19 4665/19
4665/22 4666/4 4666/14
4667/3 4667/22 4671/13
4672/1 4673/7 4673/25
4674/7 4674/18 4676/9
4676/10 4676/11 4677/20
4680/4 4680/10 4681/24
4682/20 4683/4 4684/25
4686/21 4687/1 4687/2
4687/11 4688/7 4688/10
4688/18 4690/23 4692/10
4692/14 4692/18 4692/19
4692/20 4692/21 4692/23
4694/6 4694/15 4695/6
4695/7 4695/10 4695/24
4696/3 4696/5
**bear [10]** 4503/9 4505/19
4512/5 4520/21 4609/9
4674/8 4674/17 4683/18
4684/14 4689/13
**bearers [1]** 4531/11
**bearing [1]** 4683/11
**bears [2]** 4505/7 4505/21
**beautiful [1]** 4657/8
**became [1]** 4643/19
**because [41]** 4500/4 4501/21
4502/8 4505/8 4506/16
4506/22 4507/5 4536/20
4561/14 4563/19 4579/2
4622/1 4638/13 4638/19
4638/25 4639/9 4642/18
4642/21 4643/10 4644/24
4646/6 4651/5 4661/7 4665/5
4665/10 4665/17 4666/9
4668/22 4670/11 4670/12
4672/21 4675/4 4677/11
4679/6 4679/10 4685/10
4687/19 4688/4 4688/7
4688/24 4692/8
**becoming [1]** 4679/9
**Bed [1]** 4524/10
**been [47]** 4500/25 4503/11

4504/18 4508/9 4521/24
4536/8 4547/9 4557/16
4572/2 4580/25 4581/10
4592/3 4595/21 4600/13
4604/25 4607/3 4611/11
4625/9 4639/17 4641/4
4642/19 4644/24 4644/25
4645/16 4645/18 4647/1
4648/15 4651/11 4652/15
4653/13 4653/15 4653/16
4663/10 4668/24 4669/15
4670/9 4670/14 4676/1
4676/8 4679/7 4680/13
4683/25 4688/1 4688/2
4690/16 4691/11 4691/12
**before [40]** 4493/10 4503/12
4508/3 4510/10 4510/11
4510/12 4536/23 4556/2
4577/4 4577/18 4579/9
4606/24 4609/3 4613/16
4627/13 4627/18 4635/16
4636/3 4637/6 4640/22
4642/19 4642/20 4644/3
4645/1 4645/17 4646/19
4646/21 4646/22 4649/3
4656/11 4656/25 4660/6
4666/8 4668/12 4672/9
4678/17 4684/23 4693/7
4693/15 4696/9
**began [2]** 4573/12 4620/19
**begin [4]** 4511/17 4513/1
4534/6 4576/25
**beginning [7]** 4530/2
4534/10 4551/1 4636/2
4660/20 4667/10 4668/25
**begins [2]** 4577/15 4577/24
**begun [1]** 4511/18
**behalf [8]** 4504/3 4504/7
4636/12 4636/18 4636/19
4636/23 4638/9 4673/5
**behavior [1]** 4688/2
**behind [7]** 4511/1 4517/6
4524/21 4525/22 4529/19
4545/21 4556/13
**being [14]** 4499/7 4509/22
4511/15 4535/16 4547/6
4553/14 4574/14 4577/21
4578/5 4599/4 4607/8 4663/3
4684/13 4693/11
**belief [1]** 4546/20
**believe [37]** 4499/16 4513/19

4514/6 4514/19 4522/22
4524/13 4541/8 4545/3
4558/19 4566/1 4568/25
4569/7 4573/4 4583/10
4586/13 4592/18 4597/3
4601/11 4602/14 4604/12
4606/5 4606/8 4609/3
4609/10 4612/1 4620/15
4620/24 4621/23 4625/22
4628/23 4630/8 4632/9
4652/8 4656/9 4660/3 4664/8
4668/6
**believed [1]** 4672/4
**believes [1]** 4641/23
**believing [1]** 4500/17
**belong [2]** 4546/7 4625/19
**belonged [4]** 4623/23
4625/15 4627/14 4627/19
**belonging [3]** 4517/4 4546/7
4562/22
**belongs [5]** 4623/20 4624/1
4624/19 4625/17 4628/7
**Ben [15]** 4532/20 4533/3
4533/23 4534/17 4534/21
4534/24 4535/25 4537/11
4596/7 4599/22 4599/22
4601/21 4602/10 4602/22
4603/1
**Bench [14]** 4511/12 4512/12
4546/19 4548/3 4561/8
4562/19 4563/9 4564/19
4610/5 4610/17 4636/6
4637/21 4647/20 4648/17
**Bennie [15]** 4494/6 4504/3
4533/8 4570/8 4570/23
4571/14 4572/8 4573/7
4605/22 4606/19 4606/23
4608/9 4608/14 4659/7
4661/11
**Bentley [4]** 4544/20 4546/9
4546/11 4546/16
**Berry [7]** 4563/25 4564/7
4658/4 4658/12 4658/21
4658/21 4658/22
**besides [1]** 4653/24
**best [1]** 4652/23
**better [7]** 4536/4 4536/5
4536/5 4536/12 4536/24
4652/5 4660/21
**between [26]** 4510/20
4529/14 4531/15 4533/8

**between...** [22] 4533/23 4536/2 4546/11 4548/16 4590/6 4597/4 4598/6 4602/22 4603/1 4619/25 4620/2 4620/5 4620/8 4620/10 4620/12 4632/12 4671/20 4673/11 4674/1 4690/3 4690/11 4690/22
**Biden** [1] 4679/9
**big** [5] 4684/13 4684/18 4685/2 4685/5 4687/22
**Billing** [2] 4524/7 4524/8
**bit** [15] 4524/3 4526/16 4537/14 4554/12 4562/8 4563/19 4568/9 4583/20 4607/16 4611/20 4646/6 4680/3 4687/6 4692/13 4694/4
**Bittner** [5] 4557/2 4557/7 4557/11 4558/20 4560/13
**Black** [1] 4577/19
**blame** [1] 4536/18
**blank** [2] 4681/6 4681/19
**blindness** [1] 4678/11
**blocks** [1] 4499/22
**blow** [1] 4505/23
**blue** [1] 4619/18
**board** [17] 4509/15 4509/18 4517/6 4524/21 4525/22 4531/5 4554/15 4556/13 4557/3 4558/6 4568/3 4585/17 4586/23 4589/14 4590/13 4638/23 4638/24
**Bob** [5] 4510/24 4510/25 4511/7 4512/25 4515/25
**bold** [1] 4666/17
**bone** [1] 4572/15
**boots** [2] 4638/15 4642/13
**booze** [1] 4536/14
**born** [1] 4674/18
**Boston** [1] 4559/14
**both** [19] 4505/8 4505/10 4517/25 4526/23 4534/19 4550/3 4582/11 4588/25 4652/7 4662/4 4671/4 4673/4 4673/7 4673/16 4673/20 4675/9 4675/12 4687/18 4688/9
**bother** [1] 4649/11
**bottom** [6] 4517/12 4522/11

4539/23 4543/12 4557/6 4674/3
**bought** [1] 4514/23
**bounce** [1] 4659/13
**bouncing** [1] 4659/11
**box** [4] 4496/8 4550/21 4573/5 4657/21
**boy** [5] 4520/15 4618/21 4618/23 4618/23 4632/2
**BRAND** [1] 4495/2
**brandwoodwardlaw.com** [1] 4495/5
**bravo** [1] 4640/7
**break** [3] 4508/3 4587/15 4650/11
**breath** [1] 4651/4
**bredden** [1] 4496/6
**Brennwald** [8] 4494/6 4494/6 4609/4 4629/6 4636/10 4654/18 4655/24 4656/2
**Brennwald's** [1] 4660/23
**Breonna** [1] 4644/5
**bridge** [1] 4695/16
**brief** [2] 4550/23 4651/19
**briefly** [6] 4537/22 4563/7 4565/11 4574/18 4614/18 4651/9
**bring** [42] 4507/19 4508/15 4510/6 4517/15 4519/6 4523/3 4526/22 4529/24 4533/11 4537/20 4540/7 4544/13 4549/14 4552/16 4554/18 4559/11 4559/16 4563/24 4565/12 4567/15 4568/22 4570/14 4570/16 4572/18 4574/16 4579/17 4581/10 4582/17 4583/19 4584/12 4587/12 4588/13 4592/2 4593/6 4598/9 4599/17 4616/21 4633/18 4633/19 4668/11 4676/22 4686/14
**bringing** [3] 4512/10 4566/22 4572/1
**Bristol** [1] 4548/10
**Britt** [2] 4496/2 4638/9
**brother** [2] 4532/20 4598/24
**brought** [8] 4560/20 4561/11 4561/15 4562/3 4564/1 4564/5 4583/10 4627/6
**Brown** [5] 4655/7 4655/14

4655/21 4655/25 4656/12
**browser** [1] 4600/5
**browsers** [1] 4600/6
**Bruton** [1] 4506/20
**bubbles** [2] 4604/25 4605/2
**bubblized** [1] 4619/18
**buddies** [2] 4578/14 4639/22
**buddy** [3] 4640/19 4643/3 4643/5
**bug** [1] 4595/21
**bug-out** [1] 4595/21
**building** [9] 4495/8 4499/22 4501/18 4505/10 4541/7 4577/21 4651/25 4652/20 4658/15
**bulk** [1] 4550/25
**bunch** [2] 4608/7 4617/4
**bunk** [1] 4532/21
**burden** [1] 4641/21
**burning** [2] 4535/5 4600/20
**burnt** [1] 4653/14
**business** [5] 4517/25 4523/20 4530/21 4550/4 4589/1
**busy** [1] 4579/4
**buy** [2] 4521/16 4694/5
**Byers** [1] 4665/10
**BYRON** [5] 4497/5 4497/6 4497/7 4497/8 4497/9

**C**

**Caine** [4] 4612/5 4612/6 4612/7 4612/8
**Caldwell** [20] 4529/15 4529/19 4529/21 4530/6 4530/10 4531/16 4531/20 4532/5 4532/18 4593/11 4593/16 4593/21 4598/3 4598/4 4598/8 4598/12 4599/14 4601/6 4601/17 4620/5
**Caldwell's** [1] 4601/15
**Caleb** [2] 4563/25 4564/7
**call** [11] 4503/23 4537/5 4589/17 4589/23 4598/16 4624/21 4641/25 4642/2 4642/25 4664/7 4668/17
**called** [21] 4522/15 4618/17 4632/18 4639/6 4642/5 4642/17 4644/10 4644/15 4644/23 4645/1 4645/4

**called... [10]** 4645/13 4645/22 4645/24 4649/17 4662/7 4662/22 4665/18 4665/18 4665/19 4672/20

**calling [4]** 4547/16 4660/18 4663/25 4664/1

**calls [8]** 4546/17 4625/25 4626/15 4633/4 4633/8 4642/21 4644/6 4655/6

**came [9]** 4527/8 4613/6 4638/25 4639/18 4640/12 4646/4 4646/8 4664/2 4686/20

**camera [2]** 4639/6 4642/15

**can [268]**

**can't [24]** 4503/6 4514/19 4532/8 4561/10 4575/25 4579/2 4600/1 4611/4 4623/21 4623/24 4625/9 4625/12 4625/14 4626/21 4626/24 4627/10 4627/12 4628/5 4628/13 4636/16 4646/14 4651/13 4657/4 4664/3

**cannot [6]** 4626/22 4675/25 4687/1 4687/11 4691/5 4694/3

**cap [1]** 4595/17

**capability [1]** 4686/6

**capable [4]** 4683/8 4685/2 4686/7 4686/19

**capacity [4]** 4672/20 4679/15 4683/12 4684/15

**Capital [1]** 4509/23

**capitol [72]** 4499/8 4501/18 4501/21 4501/25 4508/9 4528/17 4529/5 4539/13 4539/14 4539/22 4540/5 4541/5 4541/5 4542/19 4543/9 4543/16 4544/4 4573/25 4577/4 4578/3 4581/24 4583/4 4583/5 4583/12 4583/13 4601/24 4609/18 4609/24 4610/1 4610/21 4611/15 4611/24 4616/21 4621/8 4621/12 4622/15 4622/22 4623/9 4623/10 4633/23 4634/5 4634/8 4634/9 4634/16 4634/22 4639/12 4640/18

**4640/20 4640/21 4641/3** 4641/4 4641/8 4641/9 4641/19 4641/25 4643/2 4643/9 4649/16 4650/1 4652/15 4652/20 4653/25 4678/18 4678/21 4679/14 4681/7 4681/16 4683/23 4684/3 4685/1 4688/5 4688/7

**captures [1]** 4613/18

**capturing [1]** 4613/15

**carcass [1]** 4597/13

**care [1]** 4664/24

**careful [2]** 4535/12 4591/12

**carefully [1]** 4671/22

**CARLTON [1]** 4495/11

**carltonfields.com [1]** 4495/14

**carried [2]** 4536/13 4536/19

**carrier [4]** 4624/8 4625/15 4625/17 4626/1

**cart [5]** 4562/4 4562/5 4562/8 4568/12 4630/9

**carts [2]** 4630/2 4630/4

**case [76]** 4500/20 4507/4 4509/16 4547/5 4562/17 4563/16 4564/2 4564/15 4565/12 4566/9 4566/22 4567/1 4567/3 4568/16 4568/23 4569/7 4569/8 4569/10 4569/13 4569/15 4602/4 4622/10 4622/18 4622/18 4625/6 4627/10 4627/11 4632/21 4636/1 4638/3 4648/2 4650/4 4650/22 4656/2 4656/3 4659/10 4660/20 4660/23 4661/2 4661/15 4662/14 4662/23 4663/2 4663/5 4663/19 4664/1 4667/25 4668/4 4668/24 4671/21 4672/22 4672/24 4682/16 4686/9 4686/24 4686/25 4687/5 4687/6 4689/23 4689/25 4690/2 4690/7 4690/9 4690/13 4690/15 4690/18 4690/22 4691/18 4691/19 4692/9 4692/20 4694/24 4694/25 4695/8 4695/18 4695/24

**cases [16]** 4563/15 4564/8 4568/12 4568/19 4569/16

**4609/13 4609/15 4630/8** 4630/9 4659/13 4665/11 4665/13 4689/21 4689/22 4692/10 4695/25

**catch [2]** 4691/4 4694/4

**Catch-22 [1]** 4691/4

**category [2]** 4675/7 4675/13

**caught [2]** 4661/21 4661/22

**cause [1]** 4675/6

**caution [1]** 4669/14

**cell [24]** 4519/15 4527/24 4533/20 4538/2 4541/10 4544/19 4554/25 4575/24 4582/1 4588/5 4591/9 4599/5 4602/19 4616/18 4617/19 4617/21 4621/8 4624/7 4625/15 4625/17 4626/1 4626/5 4631/6 4642/21

**cellular [1]** 4602/16

**center [1]** 4556/16

**central [2]** 4677/25 4678/1

**certain [8]** 4538/1 4546/25 4568/17 4568/19 4582/10 4585/6 4687/9 4693/3

**certainly [12]** 4501/20 4502/2 4502/4 4502/20 4564/4 4650/22 4652/25 4655/18 4672/16 4686/1 4687/7 4695/19

**certification [7]** 4503/15 4518/1 4523/20 4550/4 4589/1 4630/15 4653/8

**certifications [1]** 4530/21

**certify [1]** 4697/3

**cetera [2]** 4505/22 4585/9

**CH [1]** 4496/12

**chain [6]** 4512/24 4524/19 4525/18 4546/24 4561/19 4575/13

**challenged [1]** 4522/5

**challenges [3]** 4678/10 4685/6 4685/9

**challenging [2]** 4623/1 4659/13

**chambers [1]** 4662/17

**chance [2]** 4576/1 4668/3

**changed [2]** 4506/16 4646/15

**changes [2]** 4507/9 4585/8

**changing [2]** 4506/18 4506/19

**channels [1]** 4642/18
**chaos [1]** 4688/22
**chaotic [3]** 4675/17 4688/16 4689/8
**characteristic [4]** 4682/23 4684/7 4684/7 4686/23
**characteristics [8]** 4672/2 4675/12 4677/2 4683/7 4684/10 4687/10 4688/12 4688/15
**charge [5]** 4574/5 4606/5 4651/13 4652/7 4654/9
**charged [6]** 4671/2 4671/3 4674/2 4678/16 4685/16 4690/2
**charges [5]** 4535/8 4549/11 4650/7 4653/5 4671/4
**Charles [3]** 4495/15 4495/16 4615/19
**chart [3]** 4552/8 4593/16 4618/25
**chat [57]** 4510/18 4511/6 4515/6 4515/25 4518/11 4519/10 4519/12 4519/15 4520/4 4520/17 4521/5 4521/11 4526/5 4554/23 4555/12 4555/24 4556/9 4556/19 4556/24 4558/2 4563/7 4574/22 4574/23 4574/24 4575/18 4575/20 4578/2 4578/13 4578/22 4579/2 4584/18 4584/21 4585/13 4588/1 4605/18 4611/23 4611/24 4612/9 4612/15 4612/18 4612/22 4612/25 4612/25 4613/2 4613/4 4618/7 4618/8 4618/10 4618/14 4620/25 4621/1 4632/18 4632/21 4632/23 4632/25 4633/2 4679/11
**chats [1]** 4646/25
**chatter [3]** 4576/15 4577/3 4577/4
**check [4]** 4600/1 4607/18 4608/5 4693/25
**checking [2]** 4640/10 4655/5
**chief [4]** 4576/2 4636/1 4662/14 4663/2
**Childress [10]** 4671/11

**4671/19 4672/8 4672/9**
4672/17 4672/19 4686/3 4689/22 4691/19 4691/20
**chill [1]** 4590/16
**chime [1]** 4525/18
**choice [1]** 4676/1
**chooses [1]** 4674/22
**choppy [1]** 4580/25
**Chuck [1]** 4615/11
**Cincinnati [1]** 4608/10
**circle [1]** 4572/14
**circuit [10]** 4500/11 4500/13 4505/17 4671/11 4672/16 4686/8 4689/21 4689/22 4690/3 4690/15
**circumstances [4]** 4499/19 4501/8 4502/24 4689/9
**cite [2]** 4500/12 4651/20
**cited [1]** 4665/12
**city [1]** 4524/8
**civil [3]** 4499/20 4500/6 4500/15
**civilian [1]** 4695/19
**claims [1]** 4600/5
**clam [3]** 4577/11 4578/14 4617/5
**clarification [1]** 4612/3
**clarify [2]** 4506/25 4604/6
**classification [1]** 4675/14
**clean [3]** 4596/6 4597/13 4691/22
**cleanly [1]** 4563/23
**clear [15]** 4500/18 4555/19 4563/11 4586/9 4659/4 4663/5 4663/10 4666/24 4672/5 4672/21 4680/10 4686/21 4689/12 4693/14 4693/22
**clearance [1]** 4499/15
**clearly [2]** 4503/3 4505/17
**client [8]** 4507/16 4578/5 4657/25 4661/23 4662/5 4663/2 4664/3 4664/6
**close [9]** 4501/16 4502/20 4640/23 4644/12 4644/17 4644/18 4645/5 4665/1 4695/9
**closely [1]** 4649/3
**closing [3]** 4562/6 4663/13 4696/5
**cloud [1]** 4536/20

**cmg [1]** 4495/18
**cmgpa.com [1]** 4495/18
**co [5]** 4504/2 4606/11 4615/11 4638/9 4663/4
**co-counsel [2]** 4615/11 4638/9
**co-defendants [3]** 4504/2 4606/11 4663/4
**Cobra [1]** 4618/17
**cocked [1]** 4576/1
**code [4]** 4541/20 4574/5 4629/17 4669/20
**CODY [65]** 4497/5 4497/6 4497/7 4497/8 4497/9 4508/3 4508/19 4509/9 4510/2 4512/20 4517/2 4519/9 4520/3 4522/1 4522/12 4522/14 4523/8 4527/19 4529/13 4529/23 4530/4 4533/16 4534/12 4544/9 4545/6 4545/20 4550/17 4551/19 4553/11 4554/12 4560/2 4561/10 4561/18 4562/12 4562/22 4564/21 4565/16 4567/18 4568/22 4570/6 4570/17 4570/18 4571/10 4571/12 4573/12 4574/12 4574/17 4575/13 4581/16 4584/15 4587/25 4589/8 4592/5 4593/2 4594/7 4599/20 4602/3 4609/8 4610/19 4619/14 4630/19 4635/12 4651/11 4651/12 4670/5
**Cody's [1]** 4587/21
**cognitive [6]** 4676/25 4677/1 4677/22 4686/5 4686/12 4686/13
**coherence [2]** 4677/25 4678/1
**colleague's [2]** 4695/4 4695/4
**colleagues [2]** 4619/17 4622/14
**collective [1]** 4627/6
**colloquy [1]** 4664/12
**color [2]** 4568/14 4569/18
**COLUMBIA [6]** 4493/2 4493/16 4560/23 4573/24 4613/24 4697/9
**column [2]** 4525/25 4557/6

**com [1]** 4576/15
**combat [3]** 4642/13 4643/12 4643/18
**come [22]** 4505/2 4505/16 4506/1 4507/8 4507/23 4537/13 4544/10 4547/2 4547/2 4548/1 4549/3 4555/13 4557/24 4620/19 4639/7 4641/9 4645/22 4645/24 4645/25 4667/23 4667/23 4668/1
**comes [11]** 4502/25 4504/14 4504/25 4506/22 4507/3 4640/8 4655/21 4661/12 4663/15 4663/16 4696/3
**Comfort [9]** 4557/20 4558/23 4559/14 4560/6 4613/7 4613/9 4613/12 4613/15 4629/18
**coming [14]** 4507/15 4551/1 4552/23 4563/22 4577/20 4600/15 4604/15 4619/14 4646/17 4646/18 4663/15 4665/5 4683/25 4684/24
**commander [5]** 4576/2 4597/12 4597/19 4597/24 4598/1
**commend [1]** 4665/9
**comment [3]** 4579/3 4579/4 4579/10
**commented [1]** 4666/12
**comments [6]** 4504/11 4578/19 4578/22 4579/3 4579/5 4689/15
**commission [1]** 4500/1
**commitment [1]** 4504/18
**committed [1]** 4506/6
**commonly [3]** 4675/18 4675/22 4675/23
**Comms [1]** 4578/12
**communicate [1]** 4547/5
**communication [2]** 4547/19 4642/10
**communications [5]** 4503/11 4547/8 4628/25 4632/12 4642/24
**community [1]** 4576/9
**company [7]** 4517/3 4522/15 4523/17 4528/25 4536/14 4624/17 4625/19

**compared [1]** 4552/14
**comparison [2]** 4547/19 4561/24
**compensated [1]** 4551/21
**competed [1]** 4643/16
**complete [3]** 4658/9 4659/7 4661/2
**completed [1]** 4635/25
**completely [1]** 4691/6
**complicated [1]** 4673/24
**compose [1]** 4635/17
**computer [1]** 4496/15
**computer-aided [1]** 4496/15
**concede [1]** 4668/1
**conceivable [1]** 4655/17
**conceivably [1]** 4656/11
**conception [1]** 4676/21
**concern [3]** 4663/12 4664/10 4666/15
**concerned [1]** 4664/17
**concerning [1]** 4670/22
**concerns [2]** 4663/9 4682/2
**conclude [3]** 4659/6 4691/9 4692/10
**concluded [10]** 4512/12 4548/3 4562/19 4564/19 4610/17 4636/2 4637/21 4648/17 4672/12 4696/12
**conclusion [6]** 4562/16 4622/4 4650/4 4674/3 4684/17 4688/11
**conclusions [3]** 4621/17 4621/19 4673/21
**concrete [1]** 4685/13
**concurred [2]** 4678/24 4678/25
**condition [7]** 4671/13 4672/19 4673/16 4673/17 4673/18 4680/18 4690/11
**conditions [1]** 4683/10
**conduct [3]** 4682/7 4687/4 4687/19
**conducted [2]** 4673/20 4674/21
**confer [1]** 4669/24
**conference [14]** 4511/12 4512/12 4546/19 4548/3 4561/8 4562/19 4563/9 4564/19 4610/5 4610/17 4636/6 4637/21 4647/20 4648/17

**confidences [1]** 4664/3
**confident [1]** 4650/5
**confirm [3]** 4562/13 4608/21 4658/20
**confirmed [2]** 4608/19 4658/22
**conflict [6]** 4577/19 4664/4 4664/5 4664/7 4664/15 4682/6
**conflicts [2]** 4663/24 4663/25
**confrontation [3]** 4506/19 4506/23 4506/24
**confronted [2]** 4652/6 4663/8
**confusing [2]** 4671/24 4675/2
**confusion [2]** 4649/6 4675/6
**Congress [1]** 4514/23
**Congressmen [1]** 4513/22
**connected [2]** 4564/15 4676/14
**connection [4]** 4505/21 4690/3 4690/7 4690/11
**Connie [15]** 4495/2 4508/8 4508/22 4509/12 4583/22 4583/24 4610/20 4612/21 4613/23 4620/10 4659/7 4659/9 4662/12 4663/24 4664/1
**conscience [1]** 4512/6
**consensus [1]** 4516/6
**consent [5]** 4631/13 4668/22 4669/12 4669/17 4669/20
**consented [2]** 4669/7 4670/15
**Consequently [1]** 4500/8
**consideration [4]** 4500/9 4502/8 4665/9 4681/12
**considered [3]** 4651/1 4682/19 4687/3
**considering [1]** 4665/14
**consistent [5]** 4501/10 4547/3 4561/24 4569/15 4686/3
**conspiracy [18]** 4501/2 4505/12 4505/13 4505/18 4512/7 4652/1 4652/24 4653/1 4654/6 4654/9 4671/4 4671/5 4672/12 4678/16 4679/17 4685/24 4685/25

**conspiracy... [1]** 4686/10
**conspirator [2]** 4505/9
4505/13
**conspired [1]** 4653/7
**constitute [1]** 4499/22
**Constitution [2]** 4496/12
4697/10
**constraints [1]** 4659/5
**contact [7]** 4528/2 4534/20
4580/20 4580/22 4654/5
4654/8 4654/10
**contemporaneously [1]**
4502/19
**contemporary [1]** 4685/4
**contents [1]** 4502/23
**context [4]** 4500/21 4516/22
4534/10 4546/14
**contingent [4]** 4556/17
4558/9 4568/6 4585/20
**continue [13]** 4507/22
4526/10 4576/5 4577/7
4577/10 4578/8 4578/10
4578/23 4581/3 4587/20
4587/21 4636/3 4641/6
**continued [5]** 4494/1 4495/1
4496/1 4498/1 4508/1
**continuing [1]** 4536/1
**contrary [2]** 4499/14 4677/13
**controversy [1]** 4623/3
**convened [1]** 4616/11
**convenient [1]** 4596/8
**conversation [4]** 4536/2
4605/16 4658/19 4684/19
**conversations [2]** 4597/4
4642/2
**Cooper [8]** 4494/9 4494/10
4609/4 4629/11 4636/25
4657/5 4657/14 4657/20
**cooperated [1]** 4668/25
**cops [1]** 4528/19
**copy [1]** 4523/16
**corner [3]** 4512/20 4520/4
4538/19
**correct [98]** 4507/7 4526/4
4552/20 4582/17 4586/10
4589/10 4603/22 4603/25
4604/1 4604/4 4604/8
4604/20 4604/23 4605/3
4605/5 4605/16 4605/19
4605/20 4605/21 4605/23

4605/24 4606/9 4606/14
4606/20 4607/5 4607/7
4607/9 4607/11 4607/14
4607/15 4607/20 4607/25
4608/3 4608/4 4608/7
4608/10 4608/15 4608/18
4608/21 4608/22 4609/19
4610/21 4611/6 4611/18
4612/22 4612/23 4612/24
4613/9 4613/12 4613/13
4613/14 4614/21 4615/20
4615/21 4615/23 4615/24
4615/25 4616/1 4616/2
4616/3 4616/9 4616/15
4616/22 4616/25 4617/2
4617/7 4617/13 4618/14
4618/15 4618/16 4618/18
4618/19 4618/21 4618/23
4619/19 4620/1 4620/3
4620/4 4620/6 4620/7 4620/9
4620/11 4620/15 4621/13
4621/15 4627/1 4627/3
4627/3 4628/3 4631/15
4633/11 4635/7 4635/9
4635/10 4657/15 4667/13
4670/12 4693/1
**corrected [1]** 4670/20
**corruptly [3]** 4671/8 4679/19
4685/23
**costs [1]** 4652/20
**could [102]** 4499/25 4501/20
4505/20 4506/25 4516/16
4518/4 4519/25 4520/25
4522/3 4523/25 4524/3
4524/11 4524/13 4524/15
4526/23 4527/16 4528/20
4528/23 4529/3 4529/25
4530/2 4530/22 4532/1
4532/3 4532/19 4534/7
4536/19 4537/22 4538/18
4538/23 4538/24 4539/5
4539/16 4540/7 4540/24
4541/13 4541/18 4541/23
4541/23 4542/6 4542/6
4542/11 4542/15 4542/18
4542/21 4543/1 4543/4
4543/11 4543/20 4543/23
4545/18 4553/9 4553/11
4559/18 4559/21 4561/5
4565/11 4565/22 4567/15
4568/3 4568/5 4568/8

4568/21 4570/16 4571/6
4571/7 4571/10 4571/13
4574/18 4575/23 4576/7
4577/9 4578/15 4579/16
4579/17 4580/14 4581/5
4581/13 4582/18 4585/2
4585/19 4588/14 4589/16
4590/15 4594/4 4623/9
4624/25 4630/6 4633/19
4655/18 4656/11 4657/20
4660/8 4662/7 4664/6
4664/11 4667/23 4667/23
4670/13 4685/5 4685/15
4687/25
**couldn't [5]** 4640/20 4640/23
4640/24 4641/5 4669/15
**counsel [23]** 4521/24
4533/14 4554/20 4561/15
4563/6 4563/20 4564/6
4564/10 4564/15 4565/1
4565/20 4566/12 4570/13
4571/7 4615/11 4636/7
4638/1 4638/9 4651/3
4656/22 4657/19 4664/9
4692/15
**count [6]** 4511/17 4651/10
4651/15 4653/24 4658/16
4678/24
**Count 4 [1]** 4653/24
**country [1]** 4640/6
**couple [5]** 4568/9 4628/20
4684/10 4687/20 4689/20
**course [23]** 4517/2 4521/17
4522/14 4533/7 4534/19
4549/6 4551/19 4560/19
4568/16 4570/7 4574/12
4588/4 4592/2 4601/13
4603/6 4609/23 4619/18
4636/15 4642/1 4642/4
4642/5 4643/19 4645/18
**courses [1]** 4643/17
**court [44]** 4493/1 4496/11
4496/11 4500/17 4500/22
4504/9 4563/24 4635/20
4637/8 4637/11 4651/20
4656/20 4657/5 4657/10
4659/18 4659/24 4661/13
4661/17 4664/8 4669/1
4669/2 4671/15 4671/18
4671/22 4671/25 4672/11
4672/11 4672/14 4672/14

**C**

**court...** [15] 4673/3 4673/7 4673/9 4673/10 4674/6 4680/10 4680/11 4680/24 4684/23 4689/25 4690/2 4691/9 4695/4 4697/8 4697/9
**court's** [12] 4503/18 4507/13 4521/22 4550/13 4560/25 4563/3 4573/18 4660/9 4674/14 4689/25 4690/25 4691/6
**courtroom** [6] 4507/20 4547/10 4587/19 4622/17 4627/6 4650/17
**courts** [1] 4499/18
**cover** [1] 4674/22
**CR** [1] 4493/4
**craft** [1] 4670/1
**create** [4] 4552/8 4552/11 4628/16 4629/2
**created** [3] 4524/8 4529/8 4626/13
**credibility** [1] 4666/12
**credible** [1] 4684/16
**crime** [2] 4500/1 4672/13
**crimes** [2] 4671/2 4671/4
**criminal** [7] 4499/20 4500/6 4500/15 4578/5 4663/6 4675/2 4685/15
**criteria** [1] 4673/16
**critical** [1] 4503/15
**cross** [20] 4497/3 4504/2 4506/5 4603/16 4609/6 4615/4 4619/12 4652/16 4655/17 4656/5 4657/19 4657/24 4658/1 4663/16 4667/6 4667/7 4685/19 4688/22 4694/9 4695/16
**cross-examination** [12] 4506/5 4603/16 4609/6 4615/4 4619/12 4652/16 4657/24 4658/1 4667/6 4667/7 4685/19 4688/22
**cross-examine** [1] 4504/2
**cross-examined** [1] 4657/19
**crossed** [2] 4641/1 4641/2
**crowd** [3] 4640/16 4641/19 4688/24
**Crowl** [39] 4529/14 4529/18 4529/20 4530/6 4530/10 4530/25 4531/9 4531/16 4531/20 4531/24 4532/10 4532/16 4532/25 4535/20 4535/23 4593/11 4593/14 4593/21 4594/12 4594/16 4594/19 4594/22 4595/9 4595/12 4595/16 4595/24 4597/10 4597/23 4598/4 4598/13 4598/20 4598/23 4599/1 4599/10 4599/14 4601/6 4601/14 4601/19 4620/2
**Crowl's** [2] 4531/17 4598/2
**cs.com** [1] 4494/8
**cues** [4] 4678/4 4679/24 4680/2 4680/6
**Cummings** [7] 4656/23 4657/3 4657/5 4657/21 4686/8 4686/13 4691/18
**Cummings'** [1] 4657/1
**curable** [1] 4674/22
**curfew** [3] 4611/8 4611/10 4611/12
**current** [1] 4640/2
**custodial** [1] 4628/15
**CVs** [1] 4673/9

**D**

**D.C** [44] 4493/5 4493/17 4494/4 4494/7 4494/12 4495/3 4495/8 4495/12 4496/13 4500/11 4500/12 4518/15 4519/13 4520/5 4520/17 4526/5 4532/25 4536/23 4547/2 4547/2 4554/23 4555/14 4558/13 4561/16 4562/3 4584/18 4588/1 4607/8 4610/24 4611/2 4614/6 4632/18 4638/25 4642/19 4645/22 4645/24 4646/4 4649/20 4683/25 4686/20 4689/21 4689/22 4690/15 4697/10
**Dallas** [1] 4496/4
**damage** [2] 4535/8 4654/3
**damaged** [1] 4652/18
**damaging** [2] 4535/4 4600/19
**damn** [2] 4532/8 4577/11
**dance** [1] 4563/21
**dangerously** [1] 4671/24
**dark** [1] 4578/3
**data** [16] 4517/3 4532/1 4545/7 4555/4 4580/3 4581/25 4584/2 4584/6 4588/7 4588/10 4602/18 4625/10 4631/11 4631/14 4631/18 4668/23
**database** [2] 4607/18 4624/4
**date** [15] 4515/2 4518/6 4520/6 4524/17 4534/14 4538/18 4538/25 4541/24 4542/7 4542/21 4543/11 4606/24 4607/1 4616/13 4693/3
**dates** [3] 4550/13 4550/14 4550/18
**Daubert** [1] 4673/3
**David** [9] 4556/12 4557/9 4559/3 4560/9 4560/20 4562/22 4586/22 4590/12 4590/13
**Davis** [1] 4689/23
**day** [31] 4493/7 4500/23 4503/15 4525/17 4583/1 4587/22 4599/1 4601/9 4634/1 4639/13 4639/18 4640/15 4641/5 4641/11 4642/1 4642/4 4642/24 4650/11 4650/14 4655/23 4659/17 4681/3 4681/14 4681/20 4686/20 4688/23 4689/16 4690/14 4690/22 4694/11 4694/12
**days** [9] 4519/3 4526/20 4529/15 4530/7 4533/9 4618/11 4648/3 4655/18 4695/9
**DC** [1] 4671/11
**DCA** [1] 4656/10
**dcd.uscourts.gov** [1] 4697/11
**deal** [6] 4628/21 4660/25 4663/17 4664/2 4664/21 4693/12
**Deaton** [4] 4590/12 4590/13 4591/1 4591/4
**debating** [1] 4670/8
**December** [5] 4552/24 4553/19 4645/2 4645/13 4645/14
**December 31st and** [1] 4645/14

**decided [3]** 4651/23 4661/9 4689/22
**decides [1]** 4576/10
**decision [6]** 4500/12 4512/8 4649/9 4662/4 4665/11 4682/13
**declarant [8]** 4500/4 4500/6 4500/9 4500/14 4500/24 4501/1 4501/3 4501/7
**declarant's [6]** 4499/15 4499/21 4500/1 4500/16 4500/19 4501/5
**declare [1]** 4505/1
**decorated [1]** 4638/17
**deep [5]** 4524/19 4524/21 4524/23 4525/4 4665/8
**defect [1]** 4672/4
**defects [1]** 4687/22
**defendant [24]** 4494/2 4494/6 4494/9 4495/2 4495/10 4496/2 4605/11 4637/24 4647/12 4663/6 4670/24 4672/4 4672/22 4673/1 4673/5 4674/8 4674/9 4674/16 4678/25 4686/8 4686/13 4690/1 4690/12 4690/18
**defendant's [7]** 4509/16 4661/19 4671/13 4673/8 4674/20 4682/20 4690/10
**defendants [16]** 4493/7 4504/2 4507/4 4573/22 4574/4 4574/8 4606/11 4638/22 4638/23 4646/22 4652/8 4652/9 4652/11 4663/4 4663/14 4694/7
**defense [24]** 4502/3 4571/7 4578/5 4636/7 4638/3 4654/23 4655/21 4657/19 4663/25 4664/1 4665/15 4667/22 4668/9 4670/22 4671/24 4677/12 4677/17 4683/24 4684/12 4685/17 4686/22 4692/9 4692/15 4692/20
**defense's [1]** 4503/10
**defer [4]** 4651/6 4651/8 4654/14 4654/25
**deferred [1]** 4638/1
**deficit [3]** 4679/21 4680/18 4680/25
**deficits [6]** 4677/1 4677/23 4684/21 4686/5 4686/13 4687/24
**definitively [1]** 4623/24
**defraud [1]** 4690/20
**degree [3]** 4499/17 4503/8 4679/20
**degrees [1]** 4673/19
**delete [13]** 4578/19 4578/22 4579/2 4579/3 4579/4 4579/4 4579/11 4593/4 4617/12 4617/19 4617/21 4617/23 4631/22
**deleted [12]** 4502/19 4591/23 4621/4 4621/5 4621/21 4622/5 4622/10 4628/13 4628/14 4631/18 4651/12 4653/16
**deleting [1]** 4625/12
**deliberate [1]** 4695/21
**demanded [1]** 4688/2
**denied [2]** 4507/15 4608/19
**dentist [1]** 4615/22
**deny [2]** 4502/1 4608/21
**departed [1]** 4610/2
**depending [1]** 4663/11
**depict [18]** 4517/20 4527/6 4530/9 4540/14 4542/19 4544/4 4544/22 4545/10 4552/22 4555/3 4575/4 4580/6 4584/20 4588/22 4592/15 4593/19 4629/25 4630/2
**depicted [8]** 4539/10 4539/19 4541/2 4543/6 4544/19 4554/15 4567/18 4569/16
**depiction [4]** 4508/21 4519/14 4538/4 4542/2
**depictions [2]** 4511/6 4533/22
**depicts [1]** 4541/7
**deployed [1]** 4643/13
**deployment [1]** 4649/21
**deposits [1]** 4553/13
**depression [1]** 4690/16
**depressive [1]** 4690/18
**describe [2]** 4550/25 4675/8
**described [3]** 4678/1 4680/17 4680/19

**description [1]** 4550/23
**desire [1]** 4661/17
**despite [1]** 4688/11
**destroy [2]** 4617/16 4653/1
**destroyed [4]** 4600/14 4652/11 4652/13 4652/15
**destruction [6]** 4652/6 4652/22 4653/13 4653/20 4653/23 4671/8
**destructions [1]** 4654/5
**detail [2]** 4644/21 4645/6
**details [5]** 4639/2 4639/3 4645/9 4645/15 4645/19
**determination [1]** 4672/15
**determine [3]** 4624/11 4627/7 4671/16
**determines [1]** 4671/25
**diagnosed [1]** 4674/19
**diagnoses [3]** 4672/2 4672/3 4674/21
**diagnosis [3]** 4673/8 4674/21 4676/15
**dial [1]** 4626/17
**dials [1]** 4626/17
**did [155]** 4507/1 4508/12 4509/13 4513/21 4514/5 4514/15 4514/18 4516/15 4518/10 4518/12 4518/17 4520/14 4521/7 4521/11 4521/14 4522/18 4522/24 4524/19 4525/17 4526/7 4526/12 4528/15 4529/13 4531/9 4531/22 4531/23 4532/5 4532/7 4532/10 4533/7 4534/25 4535/2 4535/7 4535/11 4535/19 4536/2 4536/7 4536/11 4536/17 4536/22 4536/25 4537/2 4537/4 4537/8 4537/10 4537/16 4540/4 4544/9 4546/7 4551/9 4551/19 4551/24 4552/8 4552/11 4555/24 4556/19 4558/11 4558/16 4558/22 4558/23 4560/10 4560/20 4564/7 4578/12 4578/20 4580/23 4581/3 4581/21 4581/23 4582/3 4582/8 4583/3 4584/2 4586/25 4587/1 4588/4 4589/11 4593/16 4594/13 4594/16

**did... [75]** 4595/2 4595/4
4595/9 4595/12 4595/16
4595/20 4595/24 4596/20
4597/6 4597/10 4597/10
4599/25 4601/10 4601/13
4601/17 4601/21 4601/23
4603/1 4603/4 4606/7
4606/22 4606/22 4608/17
4608/21 4609/23 4612/14
4612/18 4613/10 4615/15
4616/20 4617/16 4617/19
4617/21 4617/23 4621/17
4623/21 4627/11 4627/13
4629/22 4631/10 4631/13
4632/6 4632/8 4632/15
4633/12 4634/14 4634/20
4634/22 4634/25 4639/20
4640/12 4641/11 4641/14
4641/22 4643/9 4644/21
4645/10 4646/18 4649/25
4657/1 4662/21 4668/18
4677/3 4679/22 4679/25
4680/2 4681/1 4683/9
4686/13 4686/19 4687/13
4689/4 4689/5 4689/12
4692/1
**didn't [35]** 4511/13 4512/3
4537/1 4606/25 4609/4
4613/17 4615/14 4618/15
4619/6 4621/19 4624/4
4639/25 4641/25 4642/10
4642/20 4643/8 4643/8
4646/9 4646/10 4646/10
4646/16 4646/17 4646/18
4646/18 4646/20 4646/21
4646/23 4646/25 4649/11
4649/18 4650/20 4658/10
4665/5 4672/18 4694/23
**difference [1]** 4690/22
**different [13]** 4528/21
4531/13 4547/13 4555/21
4621/12 4638/22 4643/18
4652/9 4657/19 4669/11
4680/5 4691/24 4692/9
**difficult [3]** 4678/4 4678/6
4687/22
**difficulty [2]** 4678/3 4678/13
**digest [1]** 4667/24
**digit [1]** 4623/18
**dime [1]** 4619/4

**dinner [1]** 4532/21
**direct [13]** 4497/3 4508/1
4559/7 4561/14 4609/16
4610/6 4624/16 4631/21
4632/1 4634/7 4634/14
4655/15 4657/23
**directed [9]** 4503/8 4636/8
4636/11 4636/20 4636/23
4637/13 4650/24 4651/4
4651/9
**direction [1]** 4689/1
**directive [3]** 4643/2 4649/15
4649/16
**directly [4]** 4668/17 4669/16
4672/5 4685/22
**disability [4]** 4674/25
4676/17 4682/3 4683/7
**disagreed [1]** 4673/18
**disagreement [2]** 4679/20
4680/8
**disappearing [1]** 4587/6
**discharging [1]** 4654/7
**discipline [1]** 4578/12
**disclose [2]** 4655/1 4664/3
**discovered [1]** 4623/14
**discovery [1]** 4669/10
**discrimination [1]** 4675/3
**discuss [7]** 4561/9 4574/13
4578/4 4578/12 4636/9
4650/12 4674/6
**discussed [8]** 4502/24
4512/8 4546/23 4636/2
4677/9 4679/4 4690/6
4692/24
**discussion [3]** 4527/14
4530/15 4594/2
**discussions [2]** 4509/2
4565/7
**diseases [1]** 4672/4
**dismissed [1]** 4636/9
**disorder [3]** 4670/23 4673/9
4690/19
**dispel [2]** 4676/20 4677/20
**dispelling [1]** 4677/18
**displayed [1]** 4605/12
**dispute [3]** 4670/2 4671/3
4673/11
**disregard [1]** 4648/6
**district [13]** 4493/1 4493/2
4493/10 4493/16 4560/21
4560/23 4573/23 4613/24

4671/15 4672/11 4672/14
4697/9 4697/9
**DM [2]** 4559/6 4559/7
**do [182]** 4502/11 4502/14
4502/24 4504/23 4505/11
4506/6 4508/6 4508/19
4508/20 4523/8 4523/10
4525/22 4527/2 4527/6
4527/7 4530/4 4530/5 4530/9
4533/16 4533/18 4537/24
4537/25 4539/10 4539/19
4540/14 4541/2 4541/3
4541/7 4543/6 4544/4
4544/17 4544/18 4544/22
4545/9 4547/21 4549/18
4549/19 4550/17 4555/3
4560/2 4563/21 4565/16
4565/19 4567/18 4567/21
4568/12 4570/15 4570/21
4571/24 4572/6 4572/7
4572/11 4572/21 4574/20
4574/21 4575/4 4575/6
4575/25 4576/8 4576/10
4576/18 4577/3 4577/11
4577/21 4577/22 4578/2
4578/4 4578/11 4578/13
4579/12 4579/20 4580/6
4582/6 4584/8 4584/15
4584/20 4586/2 4586/17
4586/17 4587/3 4588/2
4590/6 4591/2 4591/8
4591/15 4592/5 4593/18
4596/17 4597/23 4598/24
4600/21 4601/19 4602/23
4604/10 4605/25 4606/2
4607/7 4607/22 4611/25
4614/9 4614/11 4614/12
4614/14 4618/7 4619/1
4620/21 4620/22 4622/5
4622/16 4624/1 4625/5
4625/6 4625/15 4625/16
4625/17 4628/13 4629/20
4629/23 4630/12 4631/8
4631/19 4631/20 4631/21
4632/4 4632/5 4632/13
4636/14 4637/6 4637/16
4637/24 4637/25 4638/2
4639/7 4639/25 4641/14
4643/3 4643/8 4645/17
4646/10 4646/14 4647/18
4650/13 4650/21 4654/24

**do... [38]** 4654/25 4655/2
4655/18 4656/7 4658/4
4658/6 4659/21 4661/25
4662/13 4663/17 4664/4
4664/4 4664/11 4664/11
4666/13 4667/9 4669/1
4669/12 4669/17 4669/21
4673/22 4675/23 4676/9
4681/3 4683/12 4685/8
4688/3 4689/19 4690/5
4690/21 4693/4 4694/5
4694/13 4694/13 4694/16
4694/18 4695/1 4695/9
**doctor's [2]** 4656/16 4656/19
**document [3]** 4605/5
4607/11 4673/20
**documents [3]** 4527/8
4617/16 4668/21
**does [142]** 4502/9 4502/25
4503/7 4503/8 4506/24
4513/3 4513/5 4513/9
4513/11 4513/14 4513/24
4514/2 4514/9 4514/11
4514/22 4515/6 4515/9
4515/11 4515/16 4515/19
4515/22 4515/25 4516/3
4516/5 4516/8 4516/11
4516/14 4516/17 4517/20
4517/23 4520/21 4521/2
4522/8 4523/15 4524/23
4525/1 4525/3 4525/6 4525/9
4525/12 4525/14 4526/10
4528/10 4532/11 4541/20
4542/19 4548/8 4548/12
4548/22 4548/25 4549/2
4550/1 4550/2 4552/22
4553/19 4556/6 4557/13
4558/25 4559/3 4559/7
4564/22 4569/10 4576/3
4576/5 4576/14 4576/25
4577/2 4577/7 4577/10
4577/17 4578/1 4578/8
4578/10 4578/18 4578/23
4579/1 4579/8 4585/5 4586/4
4586/19 4587/5 4588/22
4589/20 4589/22 4590/1
4590/3 4590/20 4590/23
4591/1 4591/4 4591/7
4591/11 4591/22 4592/15
4593/10 4596/2 4596/4

**4596/13** 4598/4 4598/8
4598/12 4598/15 4598/20
4598/23 4599/1 4599/7
4599/10 4599/13 4600/8
4600/11 4600/17 4613/11
4616/24 4617/2 4625/19
4627/25 4628/1 4628/1
4629/25 4630/1 4630/2
4633/22 4634/5 4637/11
4638/4 4654/22 4657/10
4661/16 4662/21 4663/21
4672/9 4674/8 4674/9
4676/14 4677/12 4677/22
4682/9 4682/13 4683/18
4684/14 4686/11 4686/16
**doesn't [7]** 4501/25 4502/3
4579/3 4657/13 4685/8
4685/10 4694/7
**doing [14]** 4535/4 4536/5
4536/12 4560/16 4563/8
4577/3 4578/3 4600/19
4611/24 4624/7 4638/1
4641/19 4641/19 4672/18
**Dolan [8]** 4567/21 4568/1
4568/3 4568/17 4568/19
4569/4 4569/8 4679/4
**dollies [1]** 4613/8
**Don [3]** 4645/14 4645/24
4646/5
**Don's [2]** 4535/4 4600/19
**don't [92]** 4502/12 4502/13
4504/15 4505/20 4513/7
4516/18 4547/23 4555/25
4564/13 4578/12 4578/13
4578/13 4587/15 4596/19
4598/17 4608/19 4608/25
4609/5 4609/15 4610/25
4611/1 4611/3 4611/14
4611/16 4611/24 4612/8
4613/2 4613/3 4613/5
4613/22 4614/2 4614/7
4614/10 4616/13 4617/11
4617/25 4618/9 4621/2
4621/23 4622/1 4622/2
4622/4 4625/18 4625/20
4626/14 4628/7 4628/9
4628/12 4628/16 4629/2
4629/3 4633/10 4641/22
4646/14 4649/6 4650/2
4650/21 4651/3 4651/23
4653/4 4653/4 4655/16

**4656/19** 4658/17 4658/18
4658/24 4658/25 4660/3
4662/20 4663/1 4663/8
4663/17 4664/7 4664/16
4664/18 4669/23 4675/1
4675/21 4685/3 4687/2
4689/5 4691/18 4692/19
4693/9 4693/18 4693/21
4694/1 4694/6 4694/9
4694/14 4695/23 4695/25
**Donald [2]** 4531/16 4640/15
**Donate [1]** 4524/10
**donation [2]** 4522/23
4523/12
**done [14]** 4616/11 4625/4
4642/20 4654/3 4656/1
4656/6 4656/12 4657/13
4667/13 4667/16 4669/25
4692/20 4692/23 4693/4
**Donovan [19]** 4529/14
4529/18 4529/20 4530/6
4530/25 4531/16 4532/16
4535/8 4593/11 4593/13
4593/20 4594/22 4595/16
4595/24 4597/10 4597/23
4598/2 4599/14 4620/2
**door [10]** 4505/23 4531/11
4652/16 4652/17 4652/18
4659/23 4665/1 4685/17
4685/18 4686/16
**dose [2]** 4520/15 4632/2
**dot [1]** 4607/3
**dot-gov [1]** 4607/3
**double [1]** 4598/17
**doubt [1]** 4669/23
**down [61]** 4507/17 4509/25
4515/7 4516/19 4518/24
4524/12 4526/13 4529/11
4533/4 4537/12 4540/7
4543/20 4544/6 4549/4
4550/13 4551/17 4554/10
4559/1 4559/11 4564/1
4570/3 4570/3 4572/17
4573/10 4575/24 4579/10
4579/16 4581/5 4583/17
4584/11 4587/10 4592/1
4593/5 4599/16 4602/2
4607/16 4608/12 4620/19
4635/13 4638/12 4646/9
4660/25 4667/8 4680/16
4680/20 4680/24 4681/1

**D**

**down... [14]** 4681/2 4681/4 4681/5 4681/11 4681/24 4682/1 4687/13 4689/3 4689/5 4689/11 4691/25 4692/21 4694/11 4694/12
**Download [1]** 4516/9
**downplay [1]** 4681/21
**dozen [2]** 4552/3 4678/17
**dozens [1]** 4627/11
**Dozer [1]** 4596/15
**Dr [6]** 4673/4 4676/24 4678/12 4681/5 4682/19 4684/11
**Dr. [39]** 4666/25 4667/11 4673/5 4674/19 4674/22 4675/7 4676/12 4677/3 4677/7 4677/14 4677/23 4678/8 4678/10 4679/21 4680/11 4680/17 4680/19 4680/23 4681/13 4681/13 4682/18 4682/24 4684/4 4684/8 4684/17 4684/20 4684/21 4685/4 4685/20 4686/25 4687/5 4687/6 4687/11 4687/14 4687/23 4688/22 4689/9 4692/25 4693/14
**Dr. Askenazi [7]** 4674/22 4677/3 4679/21 4680/19 4684/4 4684/8 4687/6
**Dr. Askenazi's [4]** 4666/25 4682/18 4684/21 4687/23
**Dr. Galit [1]** 4673/5
**Dr. Gorman [1]** 4684/20
**Dr. Sperry [21]** 4667/11 4674/19 4675/7 4677/7 4677/14 4677/23 4678/10 4680/11 4680/17 4680/23 4681/13 4681/13 4682/24 4685/4 4685/20 4686/25 4687/5 4687/11 4688/22 4689/9 4692/25
**Dr. Sperry's [5]** 4676/12 4678/8 4684/17 4687/14 4693/14
**draw [7]** 4550/21 4561/10 4561/23 4562/16 4621/18 4621/19 4622/4
**drawn [1]** 4562/4
**dress [1]** 4650/2

**dressed [2]** 4499/6 4509/21
**drinks [1]** 4600/22
**drove [2]** 4555/25 4646/1
**DuckDuckGo [2]** 4600/1 4600/2
**due [1]** 4689/8
**duffle [1]** 4630/7
**Durfee [3]** 4606/2 4606/4 4608/3
**during [15]** 4506/4 4530/11 4546/23 4547/5 4556/24 4570/10 4610/10 4640/1 4643/18 4655/23 4658/10 4667/2 4672/5 4676/9 4690/19
**duties [1]** 4654/7
**dysfunction [1]** 4679/23

**E**

**each [6]** 4579/9 4637/24 4644/24 4644/25 4673/12 4673/13
**earlier [19]** 4505/10 4510/9 4510/17 4511/23 4512/8 4519/18 4527/13 4555/1 4574/23 4583/10 4583/20 4586/6 4586/25 4594/1 4600/21 4601/9 4622/15 4622/21 4679/4
**early [2]** 4645/2 4656/8
**earphones [2]** 4675/19 4676/12
**ease [1]** 4674/14
**easier [1]** 4577/21
**easily [2]** 4651/23 4669/21
**east [2]** 4495/16 4541/8
**ECF [1]** 4674/16
**echolalia [2]** 4682/23 4682/25
**Ed [2]** 4607/18 4608/3
**editing [1]** 4506/21
**Edmund [1]** 4495/2
**Edward [2]** 4606/2 4606/4
**Edwards [2]** 4493/14 4638/24
**effect [8]** 4610/13 4611/16 4632/2 4639/8 4666/16 4672/20 4679/5 4687/18
**effort [3]** 4623/19 4623/22 4627/7
**efforts [1]** 4652/3

**eight [2]** 4501/1 4513/22
**eight hours [1]** 4501/17
**either [14]** 4503/16 4574/23 4575/19 4608/21 4611/4 4619/21 4665/9 4674/4 4674/10 4677/15 4685/19 4687/2 4689/10 4693/19
**elaborate [1]** 4679/25
**election [4]** 4630/16 4644/10 4644/13 4679/8
**electorate [1]** 4513/25
**elects [1]** 4660/22
**element [1]** 4651/1
**elevator [1]** 4560/18
**elevators [1]** 4564/1
**elicit [1]** 4677/7
**elicited [2]** 4666/20 4668/18
**Ellipse [1]** 4513/22
**else [17]** 4513/14 4548/17 4590/7 4591/16 4615/15 4629/5 4639/18 4658/11 4658/12 4659/19 4662/10 4663/21 4663/22 4664/19 4664/20 4695/14 4696/9
**email [12]** 4493/18 4494/5 4494/8 4494/13 4495/4 4495/9 4495/13 4495/18 4496/5 4496/10 4524/6 4662/17
**emailed [1]** 4668/21
**emails [2]** 4561/19 4617/21
**emasculated [1]** 4691/7
**emoji [2]** 4526/12 4580/25
**employment [1]** 4675/3
**en [2]** 4556/22 4557/13
**encounter [1]** 4628/15
**encryption [1]** 4600/9
**end [10]** 4526/11 4587/21 4643/14 4645/13 4662/8 4671/21 4672/6 4675/13 4689/3 4694/12
**ending [2]** 4545/24 4579/15
**enemy [1]** 4515/17
**enforcement [8]** 4521/17 4574/14 4582/16 4588/4 4629/2 4631/10 4635/9 4640/3
**engenders [1]** 4499/17
**engineer [1]** 4643/13
**enjoyed [1]** 4536/14
**enough [8]** 4502/20 4577/6

**enough... [6]** 4620/16 4622/24 4652/1 4665/21 4670/21 4686/24
**ensure [2]** 4671/23 4695/5
**enter [2]** 4686/10 4688/5
**entered [1]** 4508/9
**entering [3]** 4613/15 4678/18 4683/23
**enters [2]** 4507/20 4587/19
**entirely [1]** 4681/6
**entirety [2]** 4567/24 4690/20
**entitled [1]** 4697/4
**entry [1]** 4684/3
**environment [1]** 4577/19
**escaped [1]** 4635/2
**escorting [1]** 4639/11
**especially [3]** 4579/12 4665/15 4683/15
**essentially [6]** 4511/20 4679/5 4688/10 4688/10 4690/6 4695/4
**establish [3]** 4499/20 4652/1 4686/10
**et [3]** 4493/6 4505/22 4585/9
**Eugene [1]** 4495/10
**even [23]** 4500/18 4502/18 4512/6 4529/7 4529/7 4598/16 4605/1 4639/12 4639/13 4640/20 4640/22 4640/24 4642/20 4643/23 4649/11 4653/17 4655/19 4656/16 4666/10 4668/14 4684/6 4685/4 4685/8
**evening [9]** 4508/13 4508/22 4510/3 4510/15 4526/19 4527/3 4529/15 4537/17 4601/21
**event [6]** 4579/9 4650/23 4667/3 4669/14 4676/4 4680/7
**events [15]** 4501/16 4502/18 4503/15 4529/8 4573/13 4573/24 4638/20 4639/3 4639/12 4641/4 4644/18 4645/4 4681/14 4681/16 4681/20
**ever [8]** 4516/18 4606/18 4606/22 4609/23 4630/14 4630/19 4665/13 4692/6
**everybody [9]** 4504/5

**everybody's [2]** 4670/9 4696/4
**everyone [15]** 4499/8 4501/24 4502/2 4504/4 4504/10 4506/16 4507/9 4509/22 4563/20 4639/16 4639/18 4646/7 4646/12 4650/18 4653/4
**everyone's [1]** 4558/14
**everything [3]** 4619/24 4644/24 4658/6
**evidence [128]** 4499/13 4501/1 4501/5 4502/5 4505/9 4505/11 4505/13 4505/13 4509/3 4509/6 4511/10 4512/15 4518/3 4519/22 4519/24 4521/21 4523/24 4527/15 4530/14 4530/17 4531/18 4534/2 4534/4 4538/11 4540/22 4545/1 4545/13 4545/17 4548/5 4549/9 4550/7 4550/10 4551/9 4551/20 4551/24 4553/4 4553/7 4555/7 4555/9 4559/18 4561/1 4561/11 4561/20 4562/2 4563/5 4565/9 4566/5 4566/18 4566/19 4567/12 4569/25 4570/1 4571/2 4571/5 4571/21 4572/2 4572/6 4572/19 4574/3 4574/9 4575/8 4575/10 4580/13 4581/11 4582/19 4583/20 4584/24 4585/1 4589/2 4589/5 4592/18 4594/3 4599/17 4604/14 4605/8 4605/11 4611/5 4613/23 4620/20 4622/9 4626/24 4628/16 4640/14 4643/2 4645/23 4647/2 4647/4 4649/3 4649/10 4649/14 4649/18 4649/23 4650/5 4651/21 4652/8 4652/10 4652/12 4652/22 4653/13 4653/18 4653/19 4653/20 4653/22 4671/14 4671/20 4671/22 4672/1 4677/11 4679/23 4681/2 4681/13

4682/10 4682/17 4682/22 4683/22 4684/16 4686/24 4687/1 4687/3 4687/7 4687/12 4687/13 4689/4 4689/12 4687/13 4690/18 4690/19 4691/5 4691/11
**evident [2]** 4649/9 4691/10
**evidentiary [2]** 4564/4 4564/14
**ex [1]** 4637/7
**exact [3]** 4563/22 4616/13 4650/1
**exactly [3]** 4537/5 4641/20 4695/15
**examination [19]** 4506/5 4508/1 4603/16 4609/6 4610/7 4615/4 4619/12 4629/15 4631/21 4652/16 4656/4 4656/5 4657/23 4657/24 4658/1 4667/6 4667/7 4685/19 4688/22
**examinations [1]** 4694/9
**examine [1]** 4504/2
**examined [1]** 4657/19
**example [3]** 4666/12 4681/22 4686/18
**examples [1]** 4687/20
**excellent [1]** 4667/25
**except [1]** 4620/13
**exception [2]** 4628/23 4661/19
**exchange [3]** 4533/8 4547/9 4607/13
**exchanged [7]** 4590/6 4590/11 4593/10 4602/22 4633/4 4633/7 4672/22
**exchanges [1]** 4679/13
**exchanging [2]** 4545/24 4679/8
**excited [1]** 4640/5
**excluded [2]** 4610/6 4610/9
**exclusion [1]** 4690/1
**exclusive [1]** 4626/14
**excrement [1]** 4514/6
**excuse [5]** 4671/25 4682/10 4682/15 4683/20 4696/6
**execute [1]** 4669/9
**executed [2]** 4572/9 4669/19
**execution [1]** 4570/10
**executive [10]** 4677/1 4677/15 4677/15 4679/23

**executive... [6]** 4684/22
4684/22 4686/17 4686/18
4687/21 4687/24
**exercise [2]** 4547/23 4547/24
**exhibit [182]** 4497/10
4508/16 4508/18 4508/25
4509/3 4509/15 4510/7
4510/8 4510/18 4510/25
4511/3 4511/5 4511/10
4512/4 4512/15 4512/17
4516/21 4516/24 4517/12
4517/16 4518/1 4518/3
4519/7 4519/7 4519/22
4519/24 4521/21 4521/24
4522/4 4523/4 4523/21
4523/24 4524/11 4524/13
4526/13 4526/22 4526/23
4527/11 4527/15 4529/10
4529/19 4529/25 4529/25
4530/14 4530/17 4531/5
4533/5 4533/12 4533/13
4533/17 4534/2 4534/4
4534/6 4535/19 4536/1
4536/1 4537/21 4537/22
4537/24 4538/8 4538/11
4540/6 4540/8 4540/9
4540/12 4540/19 4540/22
4543/21 4544/13 4544/15
4545/1 4545/13 4545/17
4545/21 4546/22 4546/23
4547/18 4548/4 4548/5
4549/15 4549/16 4550/10
4550/12 4551/17 4552/12
4552/17 4552/17 4552/20
4552/22 4553/4 4553/7
4553/12 4554/15 4554/19
4554/19 4555/7 4555/9
4559/17 4564/22 4564/22
4565/6 4565/9 4565/14
4566/1 4566/7 4566/18
4566/19 4566/24 4567/10
4567/12 4567/15 4568/25
4569/7 4569/25 4570/1
4570/17 4570/19 4571/2
4571/5 4571/8 4571/13
4571/18 4571/21 4572/3
4572/11 4572/18 4572/24
4573/9 4573/21 4574/9
4574/17 4574/20 4575/8
4575/10 4575/14 4579/15

4579/16 4579/17 4579/18
4580/10 4580/13 4581/6
4581/11 4581/12 4582/20
4583/11 4583/18 4583/20
4584/11 4584/12 4584/13
4584/24 4585/1 4585/23
4587/11 4587/13 4588/14
4588/14 4588/22 4589/2
4589/5 4589/14 4590/13
4591/10 4592/1 4592/3
4592/19 4593/7 4593/7
4593/10 4593/18 4593/24
4594/3 4599/18 4601/1
4605/11 4609/20 4610/10
4611/21 4623/10 4633/20
4686/12
**Exhibit 123 [2]** 4566/24
4567/10
**Exhibit 124 [2]** 4565/14
4566/7
**Exhibit 125 [1]** 4566/1
**Exhibit 126 [1]** 4565/6
**Exhibit 138 [4]** 4571/8
4571/13 4571/18 4572/11
**Exhibit 139 [4]** 4570/17
4570/19 4571/2 4572/24
**Exhibit 1518 [2]** 4559/17
4567/15
**Exhibit 1529 [9]** 4509/15
4510/25 4517/12 4529/19
4531/5 4554/15 4585/23
4589/14 4590/13
**Exhibit 262 [3]** 4521/21
4521/24 4522/4
**Exhibit 2740.23.R [2]** 4523/4
4523/21
**Exhibit 2875.3 [1]** 4549/15
**Exhibit 3119 [1]** 4573/21
**Exhibit 35 [1]** 4569/7
**Exhibit 37 [1]** 4568/25
**Exhibit 9.22.3 [1]** 4540/8
**Exhibit 9116 [1]** 4546/23
**Exhibit 9222 [1]** 4537/21
**Exhibit 9222.2 [1]** 4583/11
**Exhibit 9222.3 [1]** 4540/19
**Exhibit 9730 [1]** 4592/19
**Exhibit 9739 [1]** 4592/3
**Exhibit 9811 [1]** 4572/3
**Exhibit 9813 [1]** 4572/18
**Exhibit 9825 [2]** 4554/19
4555/7

**Exhibit 9827 [3]** 4519/7
4519/22 4524/13
**Exhibit 9828 [3]** 4508/16
4508/25 4583/20
**Exhibit 9829 [2]** 4529/25
4530/14
**Exhibit 9830 [2]** 4526/22
4527/11
**Exhibit 9833 [3]** 4544/13
4545/1 4545/13
**Exhibit 9834 [2]** 4552/17
4553/4
**Exhibit 9835 [3]** 4574/17
4575/8 4611/21
**Exhibit 9836 [2]** 4579/17
4580/10
**Exhibit 9837 [2]** 4584/12
4584/24
**Exhibit 9838 [3]** 4587/13
4588/14 4589/2
**Exhibit 9839 [2]** 4593/7
4593/24
**Exhibit 9840 [3]** 4533/12
4534/2 4536/1
**Exhibit 9841 [4]** 4510/7
4511/10 4609/20 4610/10
**Exhibit 9842 [2]** 4517/16
4518/1
**Exhibit 9902 [3]** 4581/11
4582/20 4633/20
**exhibited [3]** 4686/23 4687/9
4689/7
**exhibits [11]** 4497/12
4498/19 4563/5 4565/17
4566/14 4568/22 4569/21
4570/14 4635/16 4635/18
4674/11
**Exhibits 123 [1]** 4563/5
**Exhibits 124 [2]** 4565/17
4566/14
**Exhibits 138 [1]** 4570/14
**Exhibits 35 [2]** 4568/22
4569/21
**exists [1]** 4664/5
**exit [1]** 4598/17
**expect [6]** 4598/9 4598/16
4637/12 4637/16 4650/24
4656/7
**expectation [1]** 4656/2
**expected [1]** 4680/4
**expecting [2]** 4563/21

**E**

**expecting... [1]** 4661/23
**experiences [1]** 4643/11
**expert [35]** 4638/18 4663/22
4664/23 4665/2 4665/6
4665/21 4666/4 4666/7
4666/8 4666/17 4667/7
4670/25 4671/12 4672/1
4672/4 4672/10 4672/24
4673/12 4673/13 4673/15
4673/25 4677/24 4680/9
4685/18 4685/20 4686/21
4686/24 4687/3 4687/8
4687/16 4690/9 4692/8
4693/11 4693/19 4693/22
**expert's [2]** 4677/12 4690/15
**expertise [5]** 4638/19 4644/3
4644/11 4645/5 4649/24
**experts [9]** 4665/18 4673/4
4673/7 4673/20 4675/9
4678/2 4679/21 4680/7
4692/10
**explain [7]** 4528/23 4553/11
4597/1 4625/23 4675/8
4675/19 4677/5
**explicitly [2]** 4512/3 4606/25
**explore [1]** 4684/12
**expose [1]** 4500/5
**express [1]** 4678/22
**expressed [1]** 4678/22
**expressions [2]** 4678/3
4678/13
**extensive [1]** 4681/3
**extent [11]** 4564/10 4614/1
4664/13 4671/9 4675/20
4676/13 4677/16 4678/23
4680/10 4684/6 4685/17
**extra [1]** 4694/5
**extracted [10]** 4519/15
4540/16 4545/7 4575/1
4575/4 4580/3 4584/2
4588/10 4593/19 4602/18
**extraction [4]** 4538/1 4538/5
4555/4 4588/7
**eye [1]** 4617/7

**F**

**F.3 [1]** 4689/23
**F.3d [1]** 4671/12
**F3.d [1]** 4690/14
**face [2]** 4500/18 4500/20

**Facebook [21]** 4517/3
4517/21 4518/11 4530/10
4530/19 4531/3 4531/17
4588/19 4588/20 4588/23
4589/9 4590/9 4593/4
4593/20 4617/23 4617/25
4618/1 4631/18 4631/23
4653/17 4653/18
**facial [2]** 4678/3 4678/13
**fact [41]** 4501/16 4502/7
4511/17 4561/10 4562/4
4563/4 4574/2 4604/22
4608/2 4614/7 4620/12
4622/11 4638/21 4643/2
4647/7 4649/17 4650/1
4652/13 4661/8 4667/15
4669/5 4672/10 4676/11
4676/22 4677/12 4677/21
4677/22 4678/22 4680/7
4681/4 4682/1 4682/24
4683/9 4683/23 4684/2
4685/1 4685/24 4686/4
4688/3 4689/9 4691/14
**factors [2]** 4501/10 4502/24
**facts [4]** 4668/4 4672/2
4684/23 4686/15
**factual [7]** 4674/10 4674/12
4674/15 4684/1 4685/3
4685/4 4688/8
**factually [6]** 4648/1 4648/8
4648/11 4670/11 4688/4
4691/5
**faggot [1]** 4509/22
**failure [1]** 4658/9
**fair [38]** 4507/12 4508/21
4511/5 4519/14 4523/15
4533/22 4538/4 4601/7
4609/13 4609/25 4610/23
4611/12 4611/13 4612/4
4613/3 4613/11 4613/20
4613/21 4614/5 4614/21
4614/22 4614/24 4615/17
4616/12 4619/3 4620/16
4622/24 4631/2 4634/9
4635/3 4635/6 4661/20
4666/6 4670/21 4672/15
4686/1 4686/3 4686/14
**fairly [14]** 4517/20 4527/6
4530/9 4540/14 4544/22
4545/9 4552/22 4555/3
4575/4 4580/6 4584/20

**faith [4]** 4585/11 4585/12
4595/17 4670/9
**falls [1]** 4675/9
**false [2]** 4524/10 4670/8
**familiar [29]** 4509/15
4517/18 4520/16 4525/20
4526/25 4532/24 4546/2
4549/23 4551/3 4552/12
4556/8 4556/23 4557/15
4561/19 4568/1 4570/6
4581/16 4585/12 4588/7
4588/17 4596/23 4599/4
4600/2 4612/6 4622/21
4622/23 4626/20 4626/22
4628/11
**familiarity [1]** 4633/13
**family [3]** 4641/17 4644/21
4646/3
**fan [1]** 4514/6
**far [7]** 4500/14 4545/22
4606/22 4627/5 4654/9
4661/7 4692/13
**fashioned [1]** 4626/3
**FB [2]** 4513/7 4591/23
**FBI [29]** 4560/19 4561/20
4562/23 4564/6 4565/1
4565/20 4567/6 4568/16
4573/12 4583/25 4600/13
4603/1 4603/10 4603/21
4609/11 4612/4 4614/14
4615/19 4621/17 4624/3
4631/7 4647/5 4658/4
4658/10 4658/13 4670/5
4681/18 4681/21 4688/6
**FBI-issued [1]** 4614/14
**February [8]** 4493/5 4502/15
4502/15 4550/15 4550/19
4602/14 4606/14 4673/3
**February 19th [1]** 4606/14
**February 1st [1]** 4550/15
**February 23rd of [1]** 4673/3
**federal [4]** 4499/13 4573/23
4624/6 4690/8
**federally [1]** 4674/24
**feel [4]** 4532/11 4536/4
4536/24 4691/4
**feigning [1]** 4676/10
**Felt [1]** 4536/8
**few [11]** 4510/21 4521/16
4534/9 4579/18 4598/12

**few...** [6] 4599/13 4609/9
4653/12 4679/13 4689/15
4689/21
**field** [1] 4653/14
**FIELDS** [1] 4495/11
**Fifth** [1] 4503/21
**Fifth Amendment** [1]
4503/21
**fight** [1] 4643/7
**figure** [3] 4623/19 4642/4
4683/16
**file** [1] 4635/19
**fill** [1] 4659/8
**film** [2] 4613/15 4613/17
**filmed** [1] 4508/4
**final** [2] 4543/21 4587/3
**finally** [4] 4502/7 4543/11
4613/6 4632/11
**financial** [4] 4499/21 4549/7
4551/13 4551/20
**financials** [1] 4619/6
**find** [18] 4532/2 4597/13
4603/1 4603/4 4623/19
4623/22 4624/5 4624/13
4634/20 4634/22 4662/5
4667/6 4672/17 4678/4
4678/6 4681/22 4687/17
4692/1
**finding** [1] 4665/10
**finds** [2] 4673/7 4673/10
**fine** [9] 4545/14 4595/10
4595/14 4648/12 4656/1
4669/23 4693/10 4693/16
4693/24
**finish** [4] 4578/2 4656/18
4659/9 4689/19
**finished** [2] 4640/22 4695/6
**finishing** [1] 4658/3
**firearm** [19] 4562/12 4562/14
4562/17 4568/23 4569/4
4569/10 4569/13 4570/21
4571/14 4572/11 4572/23
4573/6 4613/19 4614/6
4614/15 4616/21 4616/25
4617/2 4630/14
**firearms** [17] 4560/20 4562/2
4562/2 4562/7 4562/8
4562/22 4564/7 4564/25
4568/17 4568/19 4570/7
4613/23 4613/24 4614/25

4630/11 4631/2 4631/4
**firm** [1] 4575/25
**first** [44] 4501/13 4506/23
4512/17 4520/6 4520/15
4521/8 4524/6 4534/9
4534/11 4538/13 4547/13
4551/12 4553/12 4553/13
4553/14 4555/15 4563/6
4575/13 4585/10 4590/15
4603/14 4604/22 4606/13
4606/18 4623/14 4623/16
4628/15 4632/2 4636/1
4639/20 4642/24 4644/4
4648/2 4654/17 4656/23
4657/18 4658/10 4659/24
4660/21 4661/21 4661/22
4667/18 4679/4 4695/20
**fit** [2] 4567/3 4569/13
**five** [5] 4553/13 4587/7
4599/3 4657/19 4664/23
**five minutes** [1] 4587/7
**FL** [9] 4495/17 4519/13
4520/5 4520/17 4526/5
4554/23 4555/14 4584/17
4588/1
**flag** [8] 4531/11 4587/3
4656/17 4656/20 4662/12
4663/19 4665/4 4668/9
**flagpole** [1] 4652/17
**flags** [1] 4663/20
**flexibility** [1] 4655/14
**flight** [1] 4656/8
**Florida** [20] 4517/13 4518/19
4519/3 4522/10 4523/13
4524/8 4554/14 4555/21
4556/16 4557/8 4558/9
4561/20 4563/2 4568/6
4585/20 4586/14 4611/17
4614/8 4614/8 4614/11
**flying** [1] 4692/10
**Flynn** [2] 4645/7 4645/10
**focus** [5] 4615/17 4653/5
4671/18 4675/19 4675/24
**focused** [2] 4594/21 4688/2
**focusing** [2] 4633/14
4652/12
**folks** [4] 4507/22 4526/16
4588/1 4652/19
**follow** [6] 4526/11 4534/11
4607/2 4660/6 4660/21
4682/6

**follow-up** [1] 4607/2
**followed** [2] 4598/18
4601/13
**following** [9] 4519/3 4600/13
4610/19 4637/21 4651/25
4660/16 4676/19 4685/19
4688/1
**follows** [1] 4682/12
**footage** [10] 4560/3 4560/6
4567/24 4569/17 4613/12
4613/19 4629/22 4629/23
4629/25 4630/8
**force** [9] 4503/9 4529/21
4557/6 4576/3 4630/14
4630/20 4631/3 4643/20
4649/20
**Forced** [1] 4528/17
**foreclosed** [1] 4672/13
**foregoing** [1] 4697/3
**forget** [1] 4598/17
**forgot** [1] 4658/2
**form** [12] 4606/6 4628/17
4634/10 4677/4 4682/25
4683/9 4684/15 4685/10
4685/15 4686/11 4686/25
4690/17
**formal** [1] 4679/22
**formally** [1] 4674/19
**format** [1] 4605/1
**formatted** [1] 4604/3
**formed** [6] 4674/5 4682/14
4683/11 4683/20 4684/14
4685/22
**former** [2] 4640/2 4643/10
**forming** [3] 4671/1 4683/19
4686/9
**forth** [4] 4511/21 4659/11
4659/13 4677/6
**forward** [5] 4511/16 4512/10
4579/10 4597/22 4650/15
**found** [5] 4527/7 4530/10
4583/23 4665/13 4667/25
**foundation** [6] 4545/2 4547/8
4562/9 4613/25 4618/3
4687/17
**four** [5] 4563/13 4587/3
4622/18 4625/6 4646/3
**four-year-old** [1] 4646/3
**Fourth** [1] 4493/16
**Fox** [1] 4529/7
**frames** [1] 4568/9

## F

**Frankly [2]** 4675/25 4686/23
**fraud [4]** 4514/19 4644/10
 4690/2 4690/4
**free [1]** 4664/20
**French [1]** 4681/16
**Friday [7]** 4669/18 4692/20
 4692/25 4693/3 4693/12
 4694/4 4695/2
**Friday's [1]** 4694/1
**friend [2]** 4499/4 4501/14
**friends [2]** 4501/7 4641/17
**front [7]** 4514/6 4522/9
 4531/11 4565/16 4623/1
 4640/25 4641/1
**fuck [1]** 4578/11
**fuckers [1]** 4559/1
**full [8]** 4546/23 4546/24
 4598/9 4639/7 4642/15
 4650/6 4681/12 4687/7
**fully [5]** 4664/13 4664/15
 4667/24 4668/10 4692/23
**fulsomely [1]** 4694/23
**functioning [6]** 4677/1
 4677/15 4684/22 4686/18
 4687/22 4687/24
**funds [1]** 4618/25
**further [10]** 4542/2 4603/13
 4608/24 4635/11 4664/8
 4671/6 4671/22 4679/18
 4680/23 4685/25
**further-back [1]** 4542/2
**furtherance [1]** 4505/18
**future [1]** 4660/19

## G

**Galit [1]** 4673/5
**game [2]** 4666/6 4686/14
**garbage [1]** 4556/1
**Garden [1]** 4611/2
**gas [2]** 4520/15 4632/3
**gassed [2]** 4528/18 4529/5
**gates [1]** 4526/11
**gather [1]** 4506/2
**Gator [7]** 4520/11 4558/1
 4558/4 4558/16 4558/18
 4558/19 4558/22
**gave [8]** 4631/6 4631/14
 4643/1 4649/15 4649/16
 4668/21 4681/17 4681/18
**gear [3]** 4576/8 4639/10

4643/25
**gears [1]** 4611/20
**Gee [2]** 4509/14 4509/18
**Gene [1]** 4615/6
**general [6]** 4516/6 4560/23
 4610/13 4623/25 4645/7
 4645/10
**generally [9]** 4514/5 4599/7
 4609/22 4612/20 4616/16
 4618/22 4628/22 4630/6
 4630/7
**gentleman [2]** 4655/16
 4656/18
**gentlemen [23]** 4509/4
 4573/20 4635/24 4637/23
 4638/8 4638/13 4638/25
 4639/9 4641/24 4642/8
 4642/12 4643/1 4643/21
 4647/1 4647/9 4647/13
 4647/17 4648/18 4649/1
 4649/8 4649/14 4649/22
 4650/4
**Germany [1]** 4643/13
**get [42]** 4511/24 4515/17
 4515/23 4536/13 4556/3
 4577/6 4579/4 4581/2 4581/9
 4603/24 4610/3 4612/10
 4615/22 4623/18 4623/25
 4624/21 4634/25 4636/3
 4640/19 4640/20 4640/23
 4640/24 4647/19 4649/2
 4649/19 4650/15 4651/2
 4655/12 4656/15 4665/16
 4668/12 4668/19 4668/22
 4668/23 4669/4 4669/18
 4670/16 4675/17 4680/2
 4686/4 4693/4 4695/16
**gets [1]** 4637/24
**getting [3]** 4591/23 4665/15
 4689/15
**girl [1]** 4547/2
**give [14]** 4501/17 4506/24
 4509/5 4522/12 4534/9
 4624/4 4624/19 4654/13
 4661/24 4665/17 4669/2
 4669/16 4669/18 4693/3
**given [14]** 4501/5 4502/23
 4503/10 4505/22 4550/23
 4561/20 4594/19 4615/18
 4662/1 4665/9 4668/4
 4668/20 4688/17 4695/7

**giving [2]** 4504/18 4661/20
**glad [3]** 4536/9 4536/12
 4670/10
**glean [1]** 4680/14
**Glock [1]** 4565/25
**glorious [1]** 4525/15
**gmail.com [3]** 4494/5
 4496/10 4524/7
**go [166]** 4510/9 4512/17
 4513/8 4513/13 4513/23
 4514/8 4514/14 4514/17
 4514/21 4514/24 4515/8
 4515/15 4515/18 4515/21
 4515/24 4516/2 4516/7
 4516/10 4516/16 4520/25
 4521/9 4521/15 4522/23
 4524/13 4524/15 4524/25
 4525/5 4525/11 4525/16
 4526/8 4526/9 4528/20
 4530/2 4531/12 4532/4
 4532/9 4532/12 4534/9
 4535/6 4535/10 4535/13
 4536/6 4536/10 4536/16
 4536/21 4539/5 4539/16
 4541/23 4542/15 4543/4
 4543/20 4543/23 4547/23
 4547/24 4548/1 4548/11
 4548/13 4548/13 4548/15
 4548/19 4548/22 4550/12
 4550/12 4553/18 4554/2
 4556/5 4557/24 4558/15
 4558/24 4559/2 4559/9
 4559/18 4559/20 4559/24
 4561/5 4567/14 4567/15
 4569/10 4575/25 4576/11
 4576/18 4576/21 4577/2
 4577/9 4577/13 4577/23
 4578/3 4578/7 4578/12
 4578/15 4578/25 4579/1
 4579/7 4579/9 4581/1
 4581/11 4586/1 4586/16
 4587/2 4589/19 4589/25
 4590/5 4590/19 4590/22
 4590/25 4591/3 4591/6
 4591/10 4591/14 4594/15
 4595/8 4595/11 4595/15
 4595/19 4595/23 4596/1
 4596/9 4597/9 4597/14
 4597/17 4598/7 4598/11
 4598/19 4598/22 4598/25
 4599/9 4599/12 4599/18

**go... [38]** 4600/7 4600/10 4600/16 4601/14 4609/23 4614/18 4623/7 4624/5 4624/23 4628/19 4630/7 4630/24 4634/12 4643/2 4643/4 4644/1 4648/15 4649/2 4649/15 4649/25 4653/3 4660/21 4660/23 4668/10 4670/11 4670/21 4677/7 4678/20 4682/9 4682/13 4685/8 4685/10 4685/21 4688/23 4689/1 4691/25 4694/3 4695/8

**goddamn [1]** 4525/15

**goes [6]** 4502/5 4549/23 4575/18 4662/9 4682/15 4683/19

**goggles [1]** 4531/11

**going [76]** 4503/25 4504/1 4506/10 4506/17 4507/4 4513/6 4523/6 4532/21 4535/23 4546/10 4550/14 4559/19 4562/6 4571/23 4587/14 4596/5 4604/13 4607/17 4609/4 4609/18 4610/11 4611/21 4628/21 4636/3 4637/9 4637/12 4637/14 4639/15 4640/17 4643/9 4648/7 4650/11 4650/21 4651/3 4651/6 4651/23 4652/23 4654/17 4655/2 4655/6 4656/4 4657/6 4657/9 4657/18 4658/15 4660/16 4660/17 4661/3 4661/10 4661/14 4662/6 4665/17 4665/18 4665/19 4666/15 4674/25 4677/8 4678/5 4678/7 4678/23 4679/2 4679/6 4688/14 4689/11 4691/24 4692/20 4692/21 4693/25 4694/6 4694/8 4694/15 4695/6 4695/8 4695/9 4695/20 4696/6

**gone [9]** 4513/12 4521/8 4551/14 4558/14 4618/25 4632/9 4644/25 4645/17 4667/18

**good [17]** 4532/21 4537/1 4547/2 4555/25 4576/3

4590/24 4603/18 4603/19 4609/5 4609/8 4615/6 4615/9 4619/14 4619/16 4638/8 4651/4 4670/9

**Google [11]** 4626/9 4626/10 4626/13 4626/17 4626/20 4626/21 4626/23 4627/7 4627/23 4627/24 4641/22

**Gorman [1]** 4684/20

**got [24]** 4518/13 4520/15 4528/18 4536/19 4536/23 4582/14 4588/20 4601/23 4604/2 4604/2 4618/21 4623/14 4632/2 4635/3 4641/3 4646/15 4653/18 4655/21 4660/14 4665/8 4669/9 4669/14 4669/21 4694/11

**gotten [2]** 4578/21 4693/7

**gov [1]** 4607/3

**government [73]** 4493/13 4497/4 4497/12 4503/7 4503/19 4503/23 4506/1 4509/3 4512/10 4512/15 4518/3 4519/24 4523/24 4527/15 4530/17 4534/4 4538/11 4540/22 4545/17 4548/5 4550/10 4553/7 4555/9 4565/9 4566/18 4566/19 4567/12 4569/25 4570/1 4571/5 4571/21 4573/22 4574/9 4575/10 4580/13 4585/1 4589/5 4594/3 4609/17 4609/21 4610/7 4610/8 4611/21 4611/23 4623/9 4635/22 4635/25 4641/23 4647/6 4652/21 4656/22 4657/13 4659/22 4661/8 4661/21 4661/24 4663/6 4666/20 4666/24 4669/4 4669/5 4669/13 4669/24 4670/16 4670/20 4673/6 4686/4 4686/14 4686/22 4691/5 4692/8 4693/10 4693/16

**government's [40]** 4499/10 4504/17 4508/16 4509/15 4522/4 4523/21 4537/20 4549/15 4552/17 4559/17 4562/6 4564/21 4565/6 4565/13 4568/25 4569/7

4570/14 4570/17 4570/19 4571/8 4571/12 4571/18 4572/3 4573/21 4582/19 4583/11 4587/13 4592/3 4633/19 4649/8 4651/24 4658/3 4659/12 4662/22 4663/2 4677/24 4678/15 4679/12 4685/20 4695/8

**grab [1]** 4556/3

**grainy [1]** 4567/23

**grand [8]** 4573/23 4616/2 4616/11 4624/6 4624/16 4627/13 4627/18 4658/13

**grant [1]** 4503/16

**grasping [1]** 4505/6

**gravel [1]** 4658/19

**Graydon [5]** 4517/4 4517/6 4517/21 4518/9 4518/15

**great [7]** 4500/5 4536/18 4595/25 4656/19 4657/14 4695/13 4695/15

**greater [1]** 4680/4

**greatly [1]** 4665/7

**green [3]** 4568/14 4569/18 4633/7

**Greene [100]** 4495/15 4495/16 4496/2 4504/7 4504/9 4537/16 4538/2 4538/15 4540/4 4544/10 4549/1 4549/10 4549/21 4549/23 4550/18 4551/9 4551/13 4552/9 4552/14 4553/24 4554/4 4555/19 4574/4 4574/8 4579/25 4580/1 4580/17 4580/23 4581/3 4581/8 4581/20 4582/23 4586/10 4586/11 4615/11 4615/20 4616/9 4619/1 4619/21 4619/25 4620/2 4620/5 4620/10 4620/12 4620/23 4620/24 4621/1 4621/8 4621/12 4621/21 4625/11 4632/12 4632/23 4633/4 4633/25 4634/15 4636/18 4636/24 4638/4 4638/10 4638/14 4638/17 4638/18 4638/21 4638/25 4639/17 4639/20 4641/21 4643/1 4643/12 4643/17 4644/2 4644/11 4644/15 4644/17 4644/20

**Greene... [24]** 4644/23
4644/25 4645/5 4645/8
4645/10 4645/22 4645/23
4646/1 4646/6 4647/2 4647/4
4647/7 4647/9 4647/17
4647/21 4649/9 4649/15
4649/23 4649/24 4650/7
4651/12 4666/22 4670/10
4691/23
**Greene's [33]** 4538/21
4540/15 4541/10 4541/21
4542/13 4543/2 4543/17
4549/7 4551/20 4551/24
4552/23 4553/14 4580/3
4580/7 4580/21 4582/1
4582/3 4582/15 4583/7
4583/15 4634/21 4635/2
4638/1 4638/16 4639/5
4639/5 4642/14 4642/14
4642/17 4642/23 4644/1
4647/1 4649/17
**Greg [1]** 4639/22
**grossi [1]** 4495/14
**ground [3]** 4638/16 4642/13
4658/19
**grounded [1]** 4646/13
**grounds [7]** 4504/8 4539/14
4539/22 4541/5 4542/19
4543/9 4544/4
**group [30]** 4508/8 4510/17
4510/23 4511/6 4512/21
4512/23 4515/6 4515/25
4517/13 4518/11 4519/3
4519/10 4519/15 4520/4
4521/5 4526/19 4529/20
4554/14 4554/22 4555/12
4555/21 4585/11 4586/5
4586/20 4638/20 4641/7
4642/6 4645/7 4667/18
4679/1
**groups [2]** 4585/9 4640/11
**Guardian [1]** 4596/21
**Guards [1]** 4645/8
**guess [6]** 4505/5 4561/14
4653/2 4653/23 4660/8
4669/24
**guilty [2]** 4511/20 4512/5
**gun [3]** 4499/24 4561/11
4563/16
**guy [1]** 4555/25

**guys [5]** 4515/7 4526/14
4590/24 4640/2 4640/5

# H

**Hackett [1]** 4585/16
**had [71]** 4500/23 4500/25
4506/23 4508/4 4509/2
4532/20 4536/18 4551/13
4565/8 4580/25 4586/6
4587/25 4601/9 4609/18
4611/23 4613/23 4614/5
4615/22 4618/1 4618/6
4627/11 4639/21 4640/10
4641/4 4641/14 4642/20
4643/11 4644/9 4644/24
4644/25 4644/25 4645/16
4645/16 4645/17 4645/23
4646/5 4646/22 4646/23
4652/16 4652/25 4654/2
4654/8 4654/10 4655/12
4658/19 4667/8 4667/13
4667/16 4667/17 4667/21
4667/24 4670/14 4670/15
4672/22 4676/5 4678/12
4679/3 4679/7 4683/12
4684/15 4685/15 4689/19
4690/5 4690/9 4690/18
4690/19 4691/10 4693/25
4694/13 4694/23 4695/14
**half [8]** 4548/10 4576/1
4597/12 4597/18 4597/23
4598/4 4623/4 4694/5
**half-cocked [1]** 4576/1
**half-hour [1]** 4694/5
**halfway [1]** 4523/6
**Haller [6]** 4495/6 4495/6
4609/8 4610/3 4629/17
4630/10
**hallerjulia [1]** 4495/9
**handed [3]** 4571/12 4616/4
4616/9
**handful [1]** 4619/21
**handle [4]** 4572/15 4637/9
4652/17 4657/10
**hang [7]** 4547/12 4643/9
4660/3 4666/22 4667/8
4670/7 4670/7
**hangover [1]** 4536/12
**happen [4]** 4513/6 4641/3
4657/10 4661/23
**happened [3]** 4601/9 4650/6

4672/17
**happening [4]** 4641/18
4644/19 4678/5 4678/7
**happens [1]** 4642/8
**happy [10]** 4546/24 4563/24
4650/24 4651/2 4654/25
4655/20 4657/12 4659/5
4661/15 4693/8
**hard [2]** 4662/4 4692/8
**harmony [1]** 4695/5
**Harrelson [6]** 4508/5 4508/9
4558/5 4558/6 4558/11
4558/25
**Harvey [1]** 4639/21
**has [40]** 4500/17 4503/9
4504/9 4504/15 4504/18
4504/23 4505/17 4505/21
4511/18 4521/17 4521/24
4547/17 4561/18 4581/10
4592/3 4625/9 4647/1
4652/21 4655/14 4657/5
4668/24 4671/16 4673/14
4675/1 4675/13 4676/8
4676/25 4676/25 4677/14
4677/18 4677/18 4680/12
4683/7 4683/10 4683/24
4686/5 4686/24 4687/23
4689/22 4691/9
**Hats [1]** 4577/19
**Hatsy [5]** 4556/6 4556/8
4560/11 4586/20 4586/21
**have [199]** 4500/4 4500/5
4500/16 4503/11 4505/3
4506/19 4507/22 4510/2
4510/5 4511/3 4511/4
4513/22 4514/25 4517/3
4519/2 4521/8 4521/15
4521/20 4521/21 4521/25
4521/25 4522/15 4526/18
4527/8 4528/10 4529/23
4531/24 4531/25 4532/21
4536/19 4545/6 4545/8
4546/10 4546/22 4546/25
4547/9 4549/6 4549/9
4552/14 4554/14 4556/21
4557/21 4563/4 4565/16
4567/23 4567/25 4572/1
4573/2 4573/19 4574/13
4578/21 4580/3 4581/2
4581/8 4581/25 4582/8
4584/8 4591/2 4595/17

**have... [140]** 4597/12
4597/18 4602/18 4603/6
4603/12 4607/3 4607/12
4609/5 4609/9 4609/13
4610/1 4611/1 4611/5 4611/7
4611/11 4611/14 4611/16
4612/9 4613/3 4613/22
4613/22 4614/2 4615/3
4617/12 4618/8 4618/15
4618/25 4620/22 4621/5
4621/24 4621/25 4623/18
4627/6 4628/3 4628/14
4628/16 4628/16 4630/7
4630/14 4630/19 4631/10
4632/9 4635/25 4636/7
4638/1 4639/17 4642/10
4643/7 4646/10 4646/14
4646/16 4646/16 4648/15
4649/5 4649/19 4650/5
4650/6 4650/12 4650/18
4650/19 4650/21 4651/20
4652/15 4653/18 4654/22
4655/7 4655/9 4655/10
4655/11 4656/13 4656/16
4656/22 4657/2 4657/11
4658/6 4659/2 4659/19
4660/5 4661/9 4662/7
4662/11 4663/10 4663/17
4663/22 4663/23 4664/12
4667/6 4667/18 4667/24
4668/3 4668/19 4669/15
4669/17 4670/3 4670/13
4672/18 4672/24 4673/19
4675/6 4676/1 4676/5
4676/16 4676/17 4676/21
4677/19 4678/2 4678/19
4680/7 4680/13 4683/10
4683/20 4683/25 4686/8
4687/8 4688/1 4688/1 4688/2
4688/18 4689/17 4690/6
4690/12 4690/16 4690/16
4691/7 4691/10 4691/11
4691/12 4692/4 4692/8
4693/11 4693/13 4693/19
4693/21 4694/7 4694/8
4694/11 4694/11 4694/23
4695/10 4695/19
**haven't [1]** 4530/18
**having [7]** 4532/23 4535/14
4536/23 4620/21 4626/1

**he [232]**
**he'd [2]** 4642/19 4645/18
**he's [14]** 4511/20 4558/9
4638/21 4640/9 4640/9
4640/10 4642/3 4642/4
4642/5 4646/24 4646/24
4648/7 4665/17 4692/6
**head [1]** 4680/21
**heading [1]** 4511/16
**headphones [11]** 4675/19
4675/23 4675/24 4675/25
4676/2 4676/7 4676/8 4676/9
4676/12 4676/14 4685/8
**health [1]** 4673/16
**hear [8]** 4532/8 4537/1
4556/2 4636/16 4640/19
4650/25 4657/6 4657/12
**heard [12]** 4499/6 4501/6
4509/21 4563/24 4606/18
4609/16 4635/24 4640/16
4647/23 4665/5 4669/3
4678/23
**hearing [10]** 4511/12
4546/19 4561/8 4563/9
4610/5 4636/6 4637/22
4647/20 4673/3 4673/4
**hearsay [2]** 4504/21 4505/5
**Heavenridge [3]** 4496/11
4697/8 4697/11
**held [6]** 4567/3 4671/12
4672/11 4673/3 4690/2
4690/5
**Hell [2]** 4526/11 4643/5
**helmets [1]** 4639/8
**help [16]** 4568/21 4570/4
4623/9 4633/18 4640/5
4644/20 4645/7 4645/8
4645/9 4645/14 4645/19
4646/7 4646/8 4646/10
4646/11 4671/17
**helped [1]** 4644/22
**helpful [3]** 4651/20 4673/25
4691/13
**helpfulness [1]** 4671/18
**her [63]** 4501/21 4501/22
4502/3 4502/3 4502/22
4503/5 4503/5 4503/9
4503/12 4503/13 4503/20
4503/23 4504/2 4504/25
4505/3 4505/8 4507/9

4525/22 4525/24 4528/2
4528/13 4584/2 4596/15
4596/18 4610/20 4611/3
4614/6 4617/11 4653/16
4653/17 4654/9 4662/7
4662/19 4662/22 4663/9
4663/11 4664/14 4665/22
4666/9 4668/17 4674/21
4678/13 4679/22 4680/1
4680/12 4680/22 4681/8
4681/14 4683/1 4683/2
4686/25 4687/11 4687/18
4687/21 4688/3 4688/9
4688/9 4688/11 4688/21
4689/2 4692/17 4693/3
4693/4
**here [72]** 4501/9 4501/10
4503/10 4523/9 4531/13
4536/15 4538/19 4541/20
4545/24 4546/11 4546/24
4548/16 4550/6 4550/17
4550/22 4556/1 4557/9
4560/9 4560/16 4567/18
4567/23 4568/10 4569/17
4572/5 4572/11 4572/15
4572/21 4575/18 4581/17
4585/10 4587/3 4588/17
4590/15 4593/18 4596/24
4598/5 4598/9 4599/15
4600/21 4602/21 4605/25
4606/11 4608/1 4620/19
4625/11 4633/14 4638/7
4638/13 4638/22 4643/22
4644/8 4652/8 4652/24
4653/5 4654/5 4655/6
4655/12 4655/22 4655/25
4656/1 4656/7 4656/11
4656/15 4664/5 4665/15
4668/15 4669/25 4670/9
4671/3 4692/18 4692/19
4693/12
**Here's [1]** 4666/15
**hereby [2]** 4573/22 4697/3
**hey [4]** 4532/20 4601/23
4641/18 4645/14
**HI [1]** 4496/9
**hide [3]** 4682/2 4683/7
4683/10
**high [1]** 4597/1
**high-level [1]** 4597/1
**higher [2]** 4600/5 4619/5

**highlight [3]** 4550/6 4550/14 4607/17

**highlighted [1]** 4552/8

**highly [1]** 4638/17

**Hill [2]** 4591/19 4591/22

**Hilton [1]** 4611/2

**him [43]** 4517/8 4546/25 4547/14 4548/13 4548/14 4556/2 4556/15 4558/8 4568/5 4585/19 4586/25 4613/19 4615/23 4629/25 4630/2 4639/1 4641/18 4642/3 4643/5 4644/2 4644/6 4644/11 4645/1 4645/22 4645/24 4646/8 4646/14 4647/11 4648/2 4650/8 4655/10 4655/22 4655/23 4657/20 4658/14 4665/17 4668/18 4671/1 4679/2 4680/14 4681/3 4682/20 4687/22

**himself [2]** 4501/4 4667/3

**Hindsight [1]** 4594/17

**hinted [1]** 4672/16

**hired [14]** 4638/18 4639/1 4639/1 4639/2 4639/18 4640/9 4642/3 4644/2 4644/2 4644/11 4644/17 4645/16 4647/10 4649/23

**his [101]** 4512/5 4517/21 4520/15 4520/24 4535/8 4546/20 4549/11 4551/13 4552/2 4556/2 4561/14 4563/1 4563/2 4564/15 4565/1 4565/20 4566/11 4567/7 4582/15 4615/19 4616/6 4616/18 4617/19 4617/21 4617/23 4617/25 4618/1 4618/17 4621/14 4621/22 4622/5 4622/10 4631/22 4632/2 4634/23 4635/6 4635/8 4638/15 4638/15 4638/19 4638/19 4639/22 4641/17 4641/23 4642/16 4643/3 4643/5 4643/18 4644/3 4644/11 4645/5 4645/7 4646/2 4646/2 4646/3 4646/14 4647/3 4649/10 4649/24 4651/12 4652/19 4656/2 4656/2

4656/4 4656/4 4657/6 4658/9 4658/13 4658/13 4658/17 4662/4 4663/2 4665/18 4665/21 4669/5 4669/6 4671/1 4674/12 4676/7 4676/14 4677/15 4677/16 4679/4 4679/13 4679/13 4679/14 4680/3 4681/3 4681/6 4681/20 4681/21 4683/7 4683/10 4683/19 4684/3 4684/19 4685/10 4686/17 4687/19 4688/2 4695/21

**historic [2]** 4525/10 4532/11

**historical [1]** 4529/7

**hit [1]** 4680/21

**hitch [4]** 4644/6 4644/14 4644/25 4645/11

**hitting [1]** 4680/20

**hold [3]** 4506/4 4522/1 4672/9

**holding [6]** 4564/21 4566/7 4568/25 4569/6 4570/18 4572/12

**holds [1]** 4507/18

**home [9]** 4570/8 4570/11 4570/23 4571/14 4572/8 4573/7 4589/17 4625/24 4641/17

**hometown [1]** 4646/2

**homosexuality [1]** 4503/3

**homosexuals [1]** 4499/7

**honest [1]** 4657/12

**honestly [1]** 4639/24

**honor [72]** 4503/18 4505/5 4506/7 4506/12 4506/25 4507/13 4507/25 4512/11 4512/16 4521/23 4523/22 4524/24 4527/11 4527/16 4545/3 4548/6 4561/5 4562/1 4562/15 4562/18 4563/7 4563/10 4563/18 4564/18 4574/3 4574/10 4592/19 4592/21 4603/12 4609/3 4610/8 4629/4 4629/7 4629/10 4629/12 4635/15 4635/22 4636/11 4636/21 4637/1 4637/5 4638/5 4647/14 4647/24 4648/4 4648/10 4648/19 4649/4 4651/17 4653/9 4653/11

4653/21 4654/19 4655/2 4659/4 4659/12 4661/4 4661/6 4662/3 4663/15 4663/20 4663/23 4665/7 4669/8 4691/17 4691/18 4692/16 4692/22 4693/25 4694/16 4695/18 4695/22

**Honor's [2]** 4668/7 4694/1

**HONORABLE [1]** 4493/10

**Hope [3]** 4535/4 4536/5 4600/19

**hoped [2]** 4655/12 4694/23

**hopefully [1]** 4650/13

**hoping [1]** 4661/13

**hot [4]** 4535/5 4535/12 4600/20 4600/22

**hotel [5]** 4557/22 4559/14 4610/20 4629/18 4629/25

**hour [6]** 4597/23 4598/4 4623/4 4655/16 4661/12 4694/5

**hours [8]** 4501/17 4548/10 4596/7 4599/13 4637/17 4647/9 4660/10 4693/5

**hours' [1]** 4660/13

**House [1]** 4528/18

**how [43]** 4532/11 4536/7 4536/11 4536/17 4548/12 4553/25 4562/13 4562/25 4563/11 4573/6 4580/22 4582/6 4582/14 4584/8 4591/4 4593/4 4594/16 4595/9 4595/12 4595/14 4595/24 4597/10 4598/8 4598/20 4600/8 4609/13 4617/5 4624/5 4626/20 4631/22 4637/14 4637/16 4648/9 4652/14 4656/6 4656/7 4657/10 4657/13 4661/11 4662/9 4663/1 4663/4 4687/15

**however [8]** 4618/17 4638/14 4656/13 4663/18 4674/7 4676/4 4676/24 4680/25

**Huddle [3]** 4658/14 4658/18 4658/18

**Hughes [1]** 4493/14

**human [1]** 4599/4

**humans [1]** 4560/16

**hundreds [1]** 4596/6

**H**

**Hungover [1]** 4536/8
**hunt [2]** 4559/1 4579/10
**hurricane [3]** 4639/21
4639/21 4640/1
**hyperfocused [1]** 4684/13
**hypothetical [1]** 4628/4

**I**

**I'd [7]** 4507/14 4526/11
4547/25 4630/7 4651/14
4664/21 4667/6
**I'll [33]** 4507/10 4515/23
4516/12 4526/11 4536/12
4537/5 4556/3 4559/1
4562/11 4608/2 4614/18
4617/9 4617/9 4618/4 4636/7
4636/11 4636/14 4636/14
4648/22 4653/23 4654/11
4654/13 4654/14 4657/12
4664/24 4670/2 4677/5
4677/7 4678/8 4687/14
4694/3 4696/2 4696/6
**I'm [84]** 4504/4 4505/23
4506/18 4506/25 4507/17
4510/9 4513/12 4513/16
4532/23 4535/3 4537/21
4543/24 4546/24 4550/13
4559/24 4561/11 4561/12
4573/20 4587/14 4589/23
4595/2 4595/17 4600/18
4604/5 4604/13 4609/5
4609/8 4610/14 4610/22
4612/6 4612/12 4615/6
4617/20 4618/14 4622/23
4626/20 4626/22 4629/8
4636/3 4637/9 4647/18
4647/18 4648/9 4648/15
4648/18 4648/20 4648/20
4649/1 4649/5 4650/19
4650/24 4651/2 4651/5
4654/25 4655/20 4656/4
4657/12 4657/23 4657/24
4658/1 4659/19 4659/24
4660/17 4661/1 4661/6
4661/11 4661/13 4661/13
4661/14 4662/24 4663/4
4665/25 4668/8 4669/8
4670/7 4670/10 4670/18
4670/19 4674/25 4682/5
4689/14 4691/23 4692/4

4693/20
**I've [10]** 4502/24 4536/8
4600/13 4621/23 4661/8
4662/1 4669/21 4688/17
4692/6 4693/7
**idea [3]** 4573/2 4595/25
4610/13
**identify [3]** 4577/21 4635/20
4675/7
**identity [2]** 4625/7 4647/1
**illness [1]** 4672/23
**image [2]** 4514/4 4514/5
**imagine [1]** 4661/11
**Immediately [1]** 4573/16
**impact [1]** 4688/23
**impacted [1]** 4696/4
**impaired [1]** 4690/17
**impairment [1]** 4690/19
**impaneled [1]** 4573/24
**impeachment [2]** 4658/4
4658/9
**implicate [1]** 4620/22
**implicit [1]** 4678/20
**implied [1]** 4679/3
**important [6]** 4500/9 4502/8
4665/15 4665/20 4668/23
4669/22
**impression [7]** 4650/20
4665/8 4670/12 4670/12
4676/5 4676/10 4677/19
**improper [3]** 4648/5 4670/20
4687/16
**improperly [1]** 4672/13
**inaccurate [3]** 4669/3
4670/11 4688/4
**Inaudible [1]** 4665/3
**include [2]** 4502/2 4502/3
**including [4]** 4635/18
4681/20 4682/3 4684/23
**inconsistent [2]** 4561/24
4569/16
**incorporates [1]** 4673/9
**increases [1]** 4675/16
**incredible [1]** 4641/15
**incriminate [2]** 4501/20
4579/5
**incriminating [4]** 4500/21
4500/25 4501/19 4579/5
**inculpate [1]** 4506/22
**inculpatory [1]** 4617/12
**Indeed [1]** 4501/2

**independent [1]** 4673/1
**INDEX [3]** 4497/1 4497/10
4498/1
**Indiana [1]** 4646/2
**indicate [1]** 4501/8
**indicated [4]** 4504/9 4560/9
4609/17 4654/1
**indicates [1]** 4604/19
**indicating [3]** 4517/10
4522/4 4565/23
**indication [5]** 4608/17
4654/1 4654/2 4654/8
4681/19
**indict [1]** 4649/9
**indicted [9]** 4578/6 4607/3
4607/18 4647/7 4647/9
4647/11 4647/22 4647/25
4648/3
**indictment [9]** 4647/12
4647/13 4648/20 4648/23
4649/2 4649/6 4649/11
4650/21 4650/22
**indictments [1]** 4651/14
**indirectly [1]** 4672/6
**individual [2]** 4519/18
4675/11
**individuals [10]** 4501/6
4567/19 4582/10 4597/4
4632/12 4653/6 4660/21
4662/16 4675/10 4675/16
**indulgence [2]** 4521/22
4550/13
**infantry [1]** 4578/11
**infantry-speak [1]** 4578/11
**inference [3]** 4561/10 4562/3
4564/14
**inform [1]** 4573/21
**information [7]** 4501/4
4604/7 4629/2 4677/8
4677/11 4677/13 4682/19
**informed [2]** 4668/10 4687/8
**initiate [1]** 4576/3
**Inn [10]** 4557/20 4558/23
4559/14 4560/6 4611/2
4613/7 4613/9 4613/12
4613/15 4629/18
**inquiring [1]** 4608/14
**inquiry [2]** 4664/8 4671/18
**inside [8]** 4505/10 4518/13
4560/6 4629/25 4678/21
4679/14 4681/7 4681/20

**insofar [5]** 4503/2 4503/23 4511/16 4673/13 4687/15
**installed [1]** 4595/22
**instruct [2]** 4507/10 4695/9
**instructed [1]** 4648/6
**instructing [1]** 4578/22
**instruction [10]** 4504/10 4506/9 4506/13 4506/17 4509/5 4516/20 4652/24 4653/2 4663/15 4669/2
**Insurrection [1]** 4514/16
**intel [2]** 4574/24 4575/19
**intellectual [3]** 4672/20 4676/16 4686/6
**intellectually [1]** 4686/7
**intelligence [2]** 4676/18 4676/23
**intended [3]** 4500/14 4547/7 4690/12
**intent [30]** 4505/22 4512/5 4652/25 4671/4 4671/6 4671/10 4671/14 4671/15 4671/23 4672/6 4672/12 4674/5 4678/4 4679/1 4679/15 4679/18 4680/6 4682/14 4683/9 4683/11 4683/19 4683/21 4684/15 4684/16 4685/11 4685/15 4686/9 4690/1 4690/4 4690/17
**intention [1]** 4685/23
**interest [11]** 4499/14 4499/18 4500/6 4500/10 4500/13 4502/2 4502/10 4504/14 4504/22 4505/1 4662/13
**interested [2]** 4600/14 4670/7
**interests [6]** 4499/11 4500/19 4501/5 4501/12 4502/22 4502/25
**internet [6]** 4600/5 4625/22 4625/24 4625/25 4626/4 4626/15
**interpret [2]** 4679/24 4680/2
**interpreted [1]** 4502/2
**interrupt [3]** 4587/14 4656/4 4663/21
**interrupted [1]** 4650/19
**interview [3]** 4628/15

**interviews [2]** 4673/1 4673/20
**intonation [1]** 4678/3
**introduce [6]** 4506/1 4506/2 4506/7 4506/10 4563/12 4670/24
**introduced [2]** 4610/8 4611/23
**intuit [2]** 4678/5 4678/6
**invasion [1]** 4643/14
**investigate [1]** 4573/24
**investigation [36]** 4517/2 4518/14 4521/4 4521/17 4522/14 4528/6 4532/24 4533/7 4534/19 4546/2 4549/6 4551/19 4560/19 4562/23 4568/16 4570/7 4573/13 4574/12 4588/4 4603/6 4611/1 4612/5 4612/14 4614/17 4615/18 4616/8 4616/20 4616/24 4617/17 4617/18 4619/3 4623/22 4625/10 4627/5 4627/10 4649/13
**investigations [1]** 4627/12
**investigative [1]** 4597/3
**investigators [1]** 4499/25
**involved [2]** 4500/20 4509/16
**involvement [1]** 4647/3
**involves [1]** 4656/3
**involving [1]** 4511/6
**iPhone [2]** 4604/12 4604/20
**iPhone 12 [1]** 4604/20
**IQ [8]** 4676/17 4676/21 4676/25 4677/16 4677/17 4677/19 4677/21 4677/22
**Iraq [1]** 4643/13
**Iraqi [1]** 4643/14
**irrelevant [2]** 4547/25 4647/16
**is [536]**
**Isaac's [1]** 4677/4
**Isaacs [107]** 4495/10 4504/11 4520/20 4520/21 4521/6 4521/7 4521/11 4521/18 4523/13 4524/6 4525/1 4525/6 4525/12 4592/8 4593/3 4609/1 4615/7 4615/13 4615/19 4616/8 4616/17 4616/20 4616/24

4617/2 4618/6 4618/17 4619/4 4619/6 4631/13 4631/16 4631/17 4631/22 4632/6 4636/19 4651/16 4663/19 4664/23 4665/16 4666/4 4666/13 4666/16 4667/15 4668/25 4669/4 4669/6 4670/14 4670/25 4671/3 4671/8 4673/13 4673/19 4674/5 4674/11 4674/18 4675/12 4675/21 4675/24 4676/8 4676/10 4676/13 4676/25 4677/6 4677/12 4677/14 4677/21 4678/12 4678/16 4679/10 4679/12 4679/21 4680/13 4680/20 4681/2 4681/5 4681/12 4681/17 4681/25 4682/17 4682/22 4682/25 4683/5 4683/9 4683/18 4683/22 4683/24 4684/2 4684/5 4684/8 4684/14 4684/17 4684/18 4684/23 4685/2 4685/13 4685/21 4685/25 4686/5 4686/7 4686/11 4686/22 4687/9 4687/12 4687/16 4688/6 4688/20 4689/7 4689/12
**Isaacs' [8]** 4631/5 4631/6 4663/22 4668/19 4670/6 4670/23 4670/25 4679/15
**Isaacs's [9]** 4521/23 4587/9 4592/13 4592/16 4632/1 4686/17 4687/4 4687/19 4690/23
**isn't [3]** 4592/19 4607/9 4650/2
**issue [35]** 4499/3 4504/23 4505/6 4564/13 4621/3 4628/21 4653/6 4659/23 4660/24 4663/19 4663/22 4663/25 4664/13 4664/23 4665/2 4665/4 4665/9 4665/13 4665/20 4668/9 4668/11 4668/12 4669/22 4670/11 4671/21 4672/6 4675/4 4676/13 4680/8 4688/14 4688/17 4690/22 4694/7 4694/10 4694/15
**issued [2]** 4614/14 4624/6
**issues [14]** 4507/23 4644/24

**I**

**issues... [12]**  4645/11
4645/18 4651/22 4654/14
4654/23 4656/16 4660/25
4662/12 4663/24 4668/4
4669/11 4692/11
**it [345]**
**it's [106]**  4500/12 4502/4
4502/17 4503/3 4503/3
4503/5 4504/13 4504/16
4504/20 4504/22 4505/8
4505/18 4505/22 4505/24
4507/5 4507/6 4507/15
4507/15 4512/23 4524/3
4525/25 4539/13 4545/14
4547/22 4552/20 4557/20
4558/19 4562/1 4563/11
4564/11 4564/17 4565/7
4567/23 4569/18 4573/4
4585/7 4586/13 4587/15
4592/22 4596/10 4600/5
4605/1 4605/18 4609/13
4613/3 4613/11 4613/14
4614/5 4614/21 4614/22
4614/24 4618/24 4621/19
4622/2 4622/9 4623/8
4623/11 4624/13 4625/20
4625/22 4626/11 4626/14
4626/15 4627/23 4628/23
4647/16 4648/11 4650/3
4651/3 4651/20 4654/9
4657/4 4657/8 4657/11
4658/8 4658/25 4659/8
4659/15 4661/2 4661/14
4661/20 4661/24 4662/4
4663/10 4665/11 4665/20
4669/22 4670/8 4672/15
4672/21 4675/5 4675/21
4677/17 4684/16 4686/3
4689/15 4692/22 4693/14
4693/17 4694/10 4694/12
4694/12 4695/19 4695/23
4695/24 4696/4
**item [1]**  4571/8
**items [7]**  4563/2 4563/5
4563/25 4565/19 4616/13
4630/4 4630/6
**its [10]**  4500/14 4502/1
4567/24 4573/12 4671/6
4671/6 4674/12 4679/17
4679/18 4685/24

**itself [6]**  4501/19 4585/8
4663/18 4664/15 4678/17
4688/19

**J**

**jam [1]**  4642/18
**James [2]**  4633/8 4642/5
**jammed [1]**  4642/22
**jamming [1]**  4642/19
**Jan [8]**  4519/13 4520/5
4520/17 4526/5 4554/23
4555/14 4584/18 4632/19
**January [144]**  4499/4
4505/10 4508/9 4508/13
4508/22 4509/10 4510/3
4510/15 4513/2 4515/3
4517/22 4518/7 4518/16
4519/4 4520/7 4523/1
4523/13 4524/18 4526/20
4527/3 4528/15 4529/2
4529/16 4530/7 4531/8
4531/21 4532/14 4533/9
4534/15 4535/16 4535/20
4537/18 4538/22 4539/3
4541/16 4542/10 4542/24
4543/14 4544/9 4544/23
4546/3 4548/9 4548/20
4548/24 4549/10 4550/15
4550/18 4551/1 4551/9
4551/10 4552/2 4552/24
4554/4 4554/9 4554/13
4554/16 4555/16 4557/17
4560/8 4560/21 4573/13
4573/16 4573/23 4574/1
4575/15 4576/16 4579/23
4580/16 4581/22 4582/12
4583/2 4584/5 4584/18
4585/4 4586/2 4589/11
4590/18 4591/21 4592/12
4594/8 4595/6 4596/10
4597/4 4597/11 4597/16
4599/24 4600/11 4601/4
4601/6 4601/21 4601/25
4602/7 4610/24 4612/15
4613/14 4613/16 4613/18
4614/6 4616/12 4616/22
4618/11 4629/19 4632/15
4632/16 4633/5 4633/8
4633/16 4633/16 4634/2
4638/14 4639/2 4639/2
4640/14 4645/15 4645/20

4645/21 4646/19 4646/21
4646/22 4647/3 4647/3
4650/6 4653/15 4674/13
4676/1 4676/2 4676/8
4678/17 4679/11 4680/12
4680/24 4681/1 4681/2
4681/11 4682/1 4683/5
4683/25 4686/23 4687/4
4687/10 4687/16 4688/20
4688/24 4689/7
**January 10th [1]**  4589/11
**January 13th [1]**  4590/18
**January 14th [5]**  4591/21
4597/11 4601/4 4601/6
4601/25
**January 14th of [1]**  4596/10
**January 15th [1]**  4592/12
**January 18th [1]**  4602/7
**January 20th [1]**  4633/16
**January 27th [2]**  4550/15
4550/18
**January 3rd [1]**  4645/21
**January 5th [2]**  4513/2
4557/17
**January 5th and [2]**  4639/2
4645/20
**January 5th/6th [1]**  4518/16
**January 6 [37]**  4612/15
4616/22 4618/11 4632/15
4632/16 4633/5 4633/8
4633/16 4634/2 4638/14
4640/14 4646/19 4646/21
4646/22 4647/3 4650/6
4653/15 4674/13 4676/1
4676/2 4676/8 4678/17
4680/12 4680/24 4681/1
4681/2 4681/11 4682/1
4683/5 4683/25 4686/23
4687/4 4687/10 4687/16
4688/20 4688/24 4689/7
**January 6th [39]**  4505/10
4508/9 4508/13 4508/22
4510/3 4510/15 4515/3
4517/22 4518/7 4520/7
4526/20 4527/3 4529/2
4529/16 4530/7 4531/21
4533/9 4537/18 4538/22
4539/3 4541/16 4542/10
4542/24 4543/14 4544/9
4560/21 4573/13 4573/16
4574/1 4581/22 4582/12

**January 6th... [8]** 4583/2
4584/5 4595/6 4597/4
4610/24 4613/16 4614/6
4639/2
**January 7th [15]** 4531/8
4532/14 4535/20 4544/23
4548/9 4548/20 4548/24
4551/9 4551/10 4554/16
4584/18 4585/4 4586/2
4613/14 4613/18
**January 7th of [1]** 4579/23
**January 8th [4]** 4573/23
4575/15 4576/16 4616/12
**January 9th [1]** 4600/11
**Jason [4]** 4567/21 4568/17
4568/19 4569/4
**Jeff [1]** 4655/9
**Jefferson [1]** 4495/11
**Jeffery [1]** 4586/13
**Jeffrey [1]** 4493/13
**Jericho [1]** 4645/2
**Jess [1]** 4599/22
**Jessica [31]** 4525/18
4525/20 4527/3 4527/20
4527/24 4528/10 4529/1
4533/3 4533/8 4533/19
4533/23 4535/1 4536/17
4536/25 4593/11 4593/13
4593/20 4594/22 4595/20
4596/13 4597/6 4597/10
4601/22 4602/3 4602/22
4603/1 4603/4 4603/7
4619/25 4633/2 4646/22
**job [4]** 4640/9 4640/12
4649/25 4649/25
**jobs [2]** 4645/17 4645/17
**Joe [1]** 4640/19
**John [11]** 4494/2 4494/2
4510/24 4510/25 4511/7
4512/25 4513/3 4513/24
4514/9 4515/5 4516/14
**johnlmachado [1]** 4494/5
**join [2]** 4504/11 4652/25
**joined [5]** 4652/1 4678/16
4678/17 4679/16 4685/24
**joining [2]** 4585/8 4679/1
**Jones [1]** 4644/21
**Jones' [1]** 4644/21
**Joseph [2]** 4495/10 4585/16
**Joshua [2]** 4633/8 4642/5

**JUDGE [15]** 4493/10 4609/2
4619/7 4636/17 4665/11
4665/14 4668/4 4668/11
4670/18 4682/4 4689/18
4691/16 4693/2 4694/19
4694/24
**judgment [2]** 4636/17
4651/17
**juggle [1]** 4692/22
**juggling [1]** 4692/16
**Juicy [1]** 4580/17
**Juli [1]** 4495/6
**JULIA [1]** 4495/6
**Julie [1]** 4609/8
**jump [2]** 4608/25 4651/22
**June [1]** 4647/8
**juror [1]** 4677/19
**jury [79]** 4493/9 4503/12
4507/10 4507/19 4507/20
4511/12 4517/8 4518/4
4519/25 4521/22 4523/25
4527/17 4529/18 4530/22
4534/7 4534/11 4540/24
4545/18 4546/19 4553/9
4555/10 4561/2 4561/8
4562/7 4562/16 4563/9
4572/14 4572/19 4572/23
4572/25 4573/18 4573/23
4575/23 4580/10 4580/14
4581/13 4585/2 4587/19
4589/6 4594/5 4605/12
4610/5 4616/2 4616/11
4620/20 4621/21 4622/4
4624/6 4624/16 4627/13
4627/18 4635/16 4636/6
4636/9 4637/22 4637/23
4647/20 4648/5 4648/22
4649/5 4650/17 4650/20
4652/24 4653/3 4657/6
4658/13 4663/13 4665/16
4669/2 4671/17 4674/1
4675/2 4676/5 4676/9
4680/15 4686/1 4686/15
4691/13 4693/25
**just [150]** 4501/17 4502/24
4504/7 4505/3 4505/4 4506/3
4506/5 4506/25 4507/4
4509/4 4510/6 4510/14
4512/21 4514/19 4516/22
4517/8 4517/11 4521/23

4529/24 4532/20 4534/10
4535/14 4535/14 4536/19
4540/7 4542/2 4543/23
4544/13 4547/17 4547/22
4547/25 4549/15 4550/6
4550/21 4551/25 4552/8
4558/13 4558/16 4558/18
4559/1 4559/19 4560/14
4562/11 4562/11 4563/14
4563/21 4565/11 4567/3
4568/8 4571/7 4572/12
4572/23 4574/17 4574/18
4579/17 4581/8 4581/25
4584/13 4585/23 4588/13
4588/14 4593/6 4593/7
4595/13 4597/1 4600/1
4601/5 4605/15 4605/18
4607/16 4607/16 4609/4
4609/9 4610/19 4615/17
4616/4 4625/9 4628/20
4628/20 4629/1 4631/14
4635/20 4635/24 4636/3
4636/7 4636/7 4636/10
4639/13 4639/13 4639/15
4641/15 4648/3 4649/12
4649/20 4650/3 4650/20
4651/9 4651/25 4653/12
4653/21 4653/21 4654/7
4655/5 4655/24 4656/5
4656/17 4656/20 4656/24
4657/23 4658/8 4659/4
4660/2 4661/7 4661/13
4661/17 4662/16 4664/10
4664/23 4666/4 4666/14
4666/22 4667/11 4670/1
4670/24 4677/9 4677/13
4678/8 4681/4 4684/10
4686/19 4687/20 4689/13
4689/14 4689/15 4689/19
4689/20 4691/15 4691/21
4692/16 4693/12 4693/13
4693/22 4695/3 4695/25
4695/25 4696/5 4696/7
**Justice [1]** 4665/12
**justification [4]** 4671/25
4682/11 4682/15 4683/20
**justify [1]** 4687/19

**K**

**Kailua [1]** 4496/9

**K**

**Kane [6]** 4556/21 4556/23 4557/10 4558/19 4558/22 4559/6

**Kate [1]** 4668/17

**Kathryn [1]** 4493/13

**kathryn.rakoczy [1]** 4493/18

**keep [9]** 4501/4 4576/7 4595/17 4606/7 4629/1 4638/7 4646/13 4650/13 4659/24

**Keeper [7]** 4521/18 4586/14 4638/21 4639/23 4640/18 4643/10 4646/24

**Keepers [30]** 4518/19 4522/9 4522/10 4522/10 4522/18 4522/22 4522/25 4531/10 4551/21 4552/9 4552/25 4553/15 4553/22 4554/3 4578/3 4579/11 4596/5 4596/15 4606/5 4607/4 4619/5 4620/13 4628/25 4638/18 4639/20 4639/22 4639/24 4640/1 4642/3 4645/17

**keeping [3]** 4652/19 4652/19 4680/8

**Kelly [25]** 4510/3 4510/21 4511/6 4512/25 4513/7 4513/9 4513/17 4513/21 4514/15 4515/7 4515/9 4516/3 4516/8 4516/17 4520/13 4613/15 4613/18 4620/8 4629/23 4632/1 4632/25 4646/23 4658/15 4664/1 4664/7

**Kellye [27]** 4544/20 4544/23 4545/7 4545/10 4545/20 4545/22 4546/12 4547/7 4548/8 4548/16 4551/21 4552/10 4552/25 4553/15 4575/2 4575/17 4576/13 4576/22 4577/14 4612/1 4612/16 4617/4 4620/13 4620/21 4620/24 4644/7 4645/3

**Kenneth [8]** 4508/5 4557/2 4557/7 4558/5 4558/6 4558/20 4558/25 4560/13

**Kenny [1]** 4558/11

**Kentucky [1]** 4596/5

**key [2]** 4500/3 4500/22

**kidding [1]** 4658/2

**kids [1]** 4695/13

**Kill [1]** 4579/12

**kind [7]** 4501/20 4512/6 4616/21 4618/7 4639/9 4686/12 4688/24

**Kissimmee [2]** 4523/13 4524/8

**kit [2]** 4639/7 4642/15

**knew [7]** 4500/24 4642/19 4654/1 4665/13 4667/15 4670/19 4679/5

**know [82]** 4502/11 4502/12 4502/13 4502/14 4506/21 4514/23 4524/3 4537/1 4541/7 4547/2 4547/9 4547/23 4555/25 4558/13 4564/23 4567/23 4582/6 4586/12 4591/8 4596/17 4605/25 4606/2 4609/4 4610/25 4611/3 4612/8 4612/9 4612/21 4614/7 4615/1 4617/24 4617/25 4618/8 4618/9 4622/2 4624/1 4624/7 4625/5 4625/8 4625/15 4625/17 4625/20 4626/14 4628/7 4628/9 4628/12 4628/13 4629/3 4633/10 4640/21 4641/22 4642/18 4642/20 4642/21 4646/18 4646/20 4646/21 4646/24 4646/25 4651/3 4652/3 4655/16 4656/19 4661/13 4661/18 4662/4 4662/16 4663/1 4663/8 4665/16 4665/16 4666/23 4675/21 4686/1 4689/15 4691/18 4692/19 4693/9 4694/1 4694/22 4695/23 4695/25

**knowing [1]** 4692/23

**knowingly [1]** 4679/16

**knowledge [14]** 4606/24 4611/1 4613/3 4614/2 4614/3 4616/23 4617/1 4617/3 4617/22 4627/9 4628/3 4633/9 4671/5 4679/17

**known [4]** 4574/22 4625/8 4647/2 4647/2

**knows [3]** 4504/5 4614/1

4663/14

**Kuwait [1]** 4643/13

**L**

**L4 [1]** 4682/4

**label [1]** 4564/22

**lack [3]** 4545/2 4618/3 4653/22

**lacked [2]** 4684/18 4687/17

**ladies [23]** 4509/4 4573/20 4635/24 4637/23 4638/8 4638/13 4638/25 4639/9 4641/24 4642/8 4642/12 4643/1 4643/21 4647/1 4647/9 4647/13 4647/17 4648/18 4649/1 4649/8 4649/14 4649/22 4650/4

**landline [6]** 4589/24 4590/2 4591/2 4624/8 4625/19 4626/3

**Landon [5]** 4544/20 4546/9 4546/11 4546/16 4640/18

**lands [1]** 4656/9

**language [2]** 4503/5 4666/18

**large [2]** 4569/6 4688/23

**largely [2]** 4547/25 4679/12

**last [19]** 4510/7 4524/6 4532/22 4537/3 4553/15 4554/2 4559/10 4597/18 4601/1 4647/12 4649/9 4649/12 4651/7 4652/7 4656/25 4668/18 4680/1 4692/24 4694/13

**last-minute [1]** 4649/9

**late [3]** 4598/17 4689/15 4696/10

**later [25]** 4521/12 4525/17 4537/5 4537/11 4558/1 4558/11 4576/18 4577/14 4597/23 4598/4 4598/13 4599/13 4600/11 4607/2 4621/11 4623/4 4636/10 4636/15 4641/5 4644/15 4651/3 4654/12 4665/11 4666/21 4681/18

**laughing [1]** 4526/12

**Laura [4]** 4494/9 4518/23 4574/4 4588/5

**Lauri [1]** 4673/4

**law [21]** 4494/2 4494/10 4495/2 4495/6 4495/15

**law... [16]** 4496/3 4496/7 4505/12 4505/15 4521/17 4574/14 4582/16 4588/4 4617/7 4629/2 4631/10 4635/9 4640/2 4663/5 4667/25 4682/16
**lawfare [1]** 4577/19
**Lawn [1]** 4496/3
**lawyer [1]** 4657/24
**lawyers [2]** 4644/9 4650/12
**layman's [1]** 4625/23
**leader [5]** 4638/14 4642/3 4682/7 4682/12 4682/13
**leadership [12]** 4545/23 4574/23 4574/23 4575/19 4575/20 4611/22 4612/9 4612/15 4612/22 4612/25 4620/25 4621/1
**leading [1]** 4642/6
**leads [1]** 4547/23
**least [15]** 4501/19 4502/19 4522/25 4549/11 4551/13 4576/22 4598/18 4603/6 4634/8 4634/14 4678/15 4679/10 4684/17 4685/3 4687/5
**leave [10]** 4556/1 4556/3 4556/21 4557/10 4558/23 4578/20 4599/11 4659/23 4660/17 4664/20
**leaves [2]** 4640/9 4650/17
**leaving [5]** 4558/13 4585/8 4588/1 4598/5 4655/6
**led [1]** 4665/10
**Lee [1]** 4496/7
**left [25]** 4517/12 4524/4 4524/14 4585/11 4585/21 4586/5 4586/20 4587/25 4609/18 4610/20 4611/17 4613/2 4618/6 4618/8 4618/10 4630/14 4631/2 4640/13 4646/1 4650/20 4670/12 4670/14 4676/10 4693/25 4694/2
**legacy [1]** 4579/2
**legal [6]** 4507/22 4523/17 4588/20 4650/12 4652/2 4693/18
**legally [1]** 4691/4
**legislation [1]** 4514/12

**Legs [1]** 4536/4
**Leigh [1]** 4493/13
**less [2]** 4561/14 4675/13
**let [26]** 4535/14 4545/6 4548/1 4577/11 4578/2 4578/11 4579/3 4583/23 4592/2 4604/6 4605/25 4654/20 4655/24 4659/14 4660/16 4661/17 4666/14 4669/19 4670/21 4684/10 4687/20 4688/11 4689/14 4689/19 4689/20 4695/3
**let's [33]** 4507/19 4513/1 4515/15 4526/16 4534/10 4536/21 4537/16 4542/15 4543/20 4554/12 4557/24 4557/24 4565/13 4567/14 4574/16 4584/10 4597/9 4605/15 4617/15 4622/13 4623/7 4624/4 4637/19 4647/16 4653/5 4664/21 4664/22 4665/1 4666/23 4670/2 4670/9 4670/11 4695/16
**letting [1]** 4661/13
**level [3]** 4597/1 4633/13 4680/3
**levels [1]** 4675/8
**liability [3]** 4499/20 4500/6 4500/15
**license [1]** 4638/20
**lie [1]** 4668/18
**light [1]** 4503/18
**like [38]** 4501/15 4503/6 4505/19 4506/1 4506/2 4506/4 4514/5 4528/19 4537/2 4558/13 4563/23 4564/3 4568/1 4573/18 4577/11 4596/5 4600/9 4610/12 4615/22 4619/17 4623/25 4625/24 4635/15 4635/19 4640/7 4640/11 4643/10 4649/12 4650/2 4650/22 4653/1 4661/22 4664/21 4666/7 4689/1 4691/1 4693/2 4694/7
**like-minded [1]** 4643/10
**likely [9]** 4500/4 4562/7 4651/5 4655/16 4656/21 4657/2 4660/7 4661/14 4675/5

**Likewise [1]** 4532/11
**limitation [2]** 4504/14 4693/11
**limited [11]** 4505/3 4506/3 4666/4 4672/2 4674/7 4676/4 4676/11 4677/17 4685/7 4688/12 4690/22
**limiting [6]** 4504/10 4506/8 4506/13 4506/16 4509/5 4663/16
**limits [1]** 4668/7
**line [11]** 4517/13 4526/1 4529/20 4556/16 4558/9 4568/6 4568/6 4585/20 4641/2 4667/11 4674/3
**Line 1 [4]** 4517/13 4556/16 4558/9 4568/6
**Line 19 [1]** 4667/11
**lines [2]** 4552/6 4670/1
**link [2]** 4671/19 4674/1
**list [2]** 4600/13 4691/25
**listed [2]** 4604/23 4674/17
**listen [1]** 4576/15
**lists [1]** 4608/7
**literal [1]** 4685/13
**little [25]** 4524/3 4525/17 4526/16 4536/4 4536/24 4537/14 4554/12 4558/1 4558/11 4563/19 4567/23 4568/9 4577/14 4583/20 4586/6 4586/25 4600/11 4607/16 4611/20 4618/2 4655/14 4680/3 4687/6 4692/13 4694/4
**live [4]** 4601/17 4601/19 4614/8 4614/11
**lives [3]** 4646/2 4683/16 4696/4
**Liz [1]** 4518/24
**LLP [1]** 4494/6
**LMAO [1]** 4535/12
**loading [1]** 4564/8
**location [4]** 4550/23 4557/15 4557/19 4580/24
**locker [1]** 4640/8
**Lodge [2]** 4695/13 4695/15
**logged [1]** 4561/19
**logical [1]** 4499/22
**logistics [1]** 4656/24
**logo [1]** 4522/10
**LOL [1]** 4600/9

4676/1 4687/22 4695/14
4660/15 4661/15 4661/16

**L**

**London's [1]** 4640/19
**long [10]** 4499/21 4500/12
4502/17 4563/20 4564/4
4637/14 4637/16 4655/20
4692/21 4696/3
**look [21]** 4499/18 4511/25
4512/20 4514/5 4535/19
4565/13 4571/13 4606/25
4625/1 4629/22 4631/11
4648/11 4649/2 4649/3
4650/15 4661/19 4662/25
4694/6 4694/11 4695/7
4696/2
**looked [9]** 4531/24 4573/6
4574/14 4583/19 4587/25
4601/5 4603/21 4643/3
4643/5
**looking [10]** 4505/17
4505/23 4507/17 4511/16
4523/8 4524/17 4528/21
4531/13 4631/13 4689/14
**looks [1]** 4568/1
**loss [2]** 4499/21 4683/14
**lot [11]** 4505/4 4514/23
4604/25 4640/2 4640/3
4640/4 4640/4 4640/4 4640/7
4640/8 4665/10
**Louis [1]** 4493/15
**Louisville [2]** 4644/4 4646/23
**low [6]** 4672/20 4676/17
4676/21 4677/17 4677/19
4677/21
**luggage [6]** 4560/17 4568/12
4613/7 4630/2 4630/4 4630/9
**lunch [3]** 4508/3 4546/23
4591/8
**lying [1]** 4529/7

**M**

**Machado [4]** 4494/2 4494/2
4603/14 4662/4
**made [29]** 4500/8 4500/16
4500/17 4501/3 4501/13
4501/13 4501/16 4501/17
4502/11 4502/19 4504/18
4508/12 4512/7 4516/21
4522/23 4526/19 4527/2
4529/6 4547/12 4579/10
4601/14 4623/22 4627/7
4658/23 4661/9 4674/15

**MAGA [1]** 4644/16
**maintain [2]** 4547/21
4670/10
**major [1]** 4690/18
**make [26]** 4499/15 4502/4
4504/21 4547/18 4576/2
4577/21 4577/22 4598/18
4623/19 4626/1 4636/11
4637/7 4648/13 4651/4
4653/22 4655/6 4663/13
4663/17 4664/12 4666/23
4668/9 4672/8 4672/14
4687/8 4689/15 4689/17
**makes [2]** 4666/24 4682/13
**making [1]** 4500/14
**malintent [1]** 4680/14
**man [5]** 4500/23 4500/24
4642/3 4647/10 4692/6
**Manchado [1]** 4636/13
**manifest [1]** 4689/10
**manifested [1]** 4688/19
**manipulable [1]** 4684/5
**manipulated [4]** 4683/18
4683/23 4683/25 4684/2
**manipulation [1]** 4683/15
**manpower [1]** 4649/19
**manufacturer [1]** 4569/11
**many [8]** 4503/11 4552/6
4563/11 4609/13 4619/17
4643/17 4647/7 4676/17
**Manzo [1]** 4493/15
**March [4]** 4644/16 4645/2
4681/18 4695/1
**March 18th [1]** 4681/18
**marital [1]** 4695/5
**marked [2]** 4546/22 4604/13
**Marshall's [1]** 4564/6
**masking [2]** 4682/2 4683/6
**mass [1]** 4641/16
**massive [1]** 4514/19
**matter [6]** 4503/4 4665/8
4673/7 4683/3 4688/12
4697/5
**matters [1]** 4650/12
**Max [1]** 4604/20
**may [30]** 4500/19 4505/6
4506/22 4521/21 4549/3
4609/18 4617/7 4618/8
4618/25 4635/13 4637/25
4639/17 4652/2 4652/14

4660/15 4661/15 4661/16
4671/13 4673/19 4676/5
4676/10 4676/11 4677/10
4677/19 4680/7 4683/24
4688/18 4693/19 4693/21
4695/7
**maybe [8]** 4523/6 4552/3
4591/8 4646/18 4652/5
4655/18 4687/6 4692/20
**mayor [1]** 4611/9
**McWhirter [1]** 4639/23
**me [49]** 4501/25 4502/6
4505/1 4521/15 4522/5
4532/22 4535/14 4545/6
4555/25 4563/11 4577/11
4578/2 4578/11 4579/3
4583/23 4589/17 4592/2
4598/16 4604/6 4605/1
4605/25 4609/9 4618/13
4623/9 4638/7 4643/6
4654/20 4655/24 4659/14
4660/16 4663/10 4666/14
4668/21 4669/16 4669/18
4669/19 4670/21 4674/17
4684/10 4687/20 4688/9
4689/13 4689/14 4689/19
4689/20 4692/5 4695/3
4695/11 4695/15
**mean [11]** 4564/9 4585/5
4595/13 4626/25 4641/12
4641/15 4657/6 4668/14
4687/2 4687/12 4695/13
**Meaning [1]** 4633/10
**meaningful [1]** 4626/24
**means [4]** 4625/23 4635/25
4639/8 4666/1
**meant [2]** 4691/18 4691/20
**meantime [1]** 4565/13
**meat [1]** 4681/7
**mechanical [1]** 4496/14
**mechanism [1]** 4626/15
**media [4]** 4527/3 4528/24
4594/18 4597/13
**medical [3]** 4656/14 4672/25
4674/20
**meeting [2]** 4658/10 4658/13
**Meggs [87]** 4495/2 4499/3
4501/14 4501/17 4501/21
4503/1 4503/10 4503/20
4504/18 4506/3 4506/11
4507/2 4508/8 4508/13

**Meggs... [73]** 4509/7 4509/12
4509/13 4510/3 4510/15
4510/21 4511/6 4512/25
4513/9 4513/17 4513/19
4513/21 4514/15 4515/9
4515/16 4515/22 4516/3
4516/8 4516/17 4516/21
4520/13 4520/14 4563/20
4581/8 4583/23 4584/4
4609/17 4609/23 4610/12
4610/20 4610/25 4612/21
4612/24 4613/2 4613/11
4613/15 4613/18 4613/23
4614/5 4618/20 4620/8
4620/10 4629/23 4632/1
4632/25 4636/19 4646/23
4651/25 4652/1 4652/12
4652/13 4652/22 4653/7
4656/21 4656/22 4657/1
4658/10 4658/15 4659/10
4659/16 4660/5 4660/7
4660/15 4660/18 4660/22
4662/12 4663/24 4664/1
4664/1 4664/7 4664/12
4664/20 4664/22
**Meggs' [1]** 4659/7
**Meggs's [12]** 4502/8 4502/12
4502/21 4503/2 4508/22
4511/20 4512/5 4516/22
4583/24 4652/3 4678/23
4679/1
**MEHTA [1]** 4493/10
**member [1]** 4607/18
**members [8]** 4519/2 4526/19
4560/19 4577/3 4578/3
4607/19 4608/18 4667/18
**membership [1]** 4608/14
**men [6]** 4513/12 4643/11
4643/21 4646/10 4646/14
4646/16
**mens [9]** 4671/21 4674/2
4674/9 4675/25 4676/3
4682/10 4683/8 4685/8
4685/14
**mental [10]** 4671/2 4671/13
4672/3 4672/13 4672/19
4672/20 4672/22 4673/15
4677/5 4685/11
**mention [1]** 4606/9
**mentioned [2]** 4656/14

**message [199]** 4502/11
4503/17 4503/21 4508/19
4508/21 4509/9 4509/13
4509/20 4509/25 4511/24
4511/25 4513/3 4513/18
4514/1 4514/8 4514/9
4514/14 4514/17 4514/21
4514/24 4515/2 4515/4
4515/8 4515/21 4516/13
4516/15 4517/18 4517/20
4518/6 4518/24 4520/6
4521/2 4521/11 4524/19
4524/23 4525/5 4527/19
4527/24 4528/21 4530/20
4530/24 4531/3 4531/7
4531/20 4532/5 4532/13
4532/19 4532/23 4534/10
4534/11 4534/14 4534/25
4535/6 4535/10 4535/13
4535/20 4536/16 4536/21
4536/25 4537/3 4538/24
4539/2 4539/24 4541/13
4542/22 4543/11 4543/13
4543/15 4543/17 4548/11
4548/15 4548/16 4548/22
4548/23 4548/25 4551/9
4555/15 4557/25 4558/2
4558/15 4558/24 4559/2
4559/7 4559/9 4559/10
4575/13 4575/23 4575/24
4576/5 4576/12 4576/18
4576/20 4576/22 4576/25
4577/2 4577/6 4577/7
4577/10 4577/14 4577/17
4577/24 4578/1 4578/8
4578/10 4578/16 4578/23
4579/1 4579/8 4580/17
4581/8 4581/16 4581/19
4582/3 4582/6 4582/14
4582/22 4583/7 4583/22
4583/23 4584/4 4584/5
4585/4 4585/5 4585/11
4586/2 4586/4 4586/6
4586/17 4586/19 4587/4
4587/6 4589/12 4589/16
4590/3 4590/5 4590/15
4590/19 4590/22 4590/25
4591/1 4591/6 4591/15
4591/18 4591/20 4592/5
4592/13 4592/15 4593/2

4594/7 4596/4 4596/11
4596/13 4597/11 4598/7
4598/11 4598/12 4599/23
4600/7 4600/10 4600/16
4601/25 4603/7 4603/10
4606/13 4606/18 4607/2
4609/16 4609/22 4610/6
4610/11 4618/7 4620/20
4621/4 4621/5 4621/7
4621/11 4621/22 4622/5
4622/10 4622/21 4622/23
4623/3 4623/6 4623/17
4623/18 4624/24 4625/2
4625/12 4625/20 4631/21
4631/25 4633/17 4633/22
4633/24 4634/22 4635/2
4635/8 4651/12 4662/12
**messages [118]** 4508/12
4510/2 4510/14 4510/17
4510/20 4510/20 4511/5
4511/6 4511/19 4511/23
4512/4 4513/1 4519/2 4519/9
4519/14 4519/15 4526/18
4526/25 4527/2 4527/6
4529/13 4530/4 4530/6
4530/9 4531/13 4533/8
4533/16 4533/19 4533/22
4534/9 4535/15 4535/16
4537/13 4537/17 4538/1
4540/11 4540/14 4544/10
4544/17 4544/19 4544/22
4545/9 4545/10 4545/24
4546/10 4546/14 4546/15
4547/1 4547/3 4547/14
4551/8 4554/14 4554/22
4555/3 4555/13 4560/14
4574/13 4574/14 4574/20
4574/22 4575/1 4575/4
4575/18 4579/20 4580/6
4580/6 4582/10 4582/11
4583/12 4584/15 4584/17
4584/20 4585/6 4588/1
4588/17 4588/19 4588/22
4589/8 4590/6 4590/11
4593/10 4593/18 4593/19
4599/20 4600/21 4601/5
4601/13 4602/22 4602/23
4603/1 4608/13 4610/9
4611/22 4611/25 4612/1
4612/10 4612/16 4617/19
4619/18 4619/24 4620/2

**messages... [17]** 4620/5
4620/8 4620/10 4620/12
4620/21 4620/24 4631/22
4632/15 4634/7 4634/8
4634/14 4634/20 4640/10
4640/11 4641/20 4641/22
4679/8
**Messenger [2]** 4531/17
4591/23
**met [6]** 4639/20 4639/21
4640/1 4646/22 4646/23
4692/6
**method [1]** 4553/16
**Mets [2]** 4531/2 4531/5
**Michael [38]** 4496/2 4537/16
4538/2 4549/1 4549/7
4549/21 4549/22 4549/24
4552/23 4553/13 4553/24
4554/4 4555/19 4574/4
4579/25 4580/1 4581/20
4582/23 4586/10 4586/11
4619/1 4619/21 4619/25
4620/2 4620/5 4620/10
4620/12 4620/23 4621/1
4621/8 4621/12 4621/21
4625/11 4632/12 4632/23
4633/7 4633/25 4642/17
**Michigan [1]** 4644/10
**mid [1]** 4602/14
**mid-February [1]** 4602/14
**midday [1]** 4662/5
**middle [2]** 4517/12 4550/22
**might [13]** 4513/16 4521/15
4522/5 4535/8 4547/9
4663/10 4668/2 4677/19
4683/10 4683/20 4686/8
4692/14 4695/19
**Mike [25]** 4499/7 4509/22
4531/2 4531/5 4606/9
4638/10 4638/11 4638/13
4639/24 4640/7 4640/8
4640/18 4641/7 4641/9
4641/11 4641/14 4641/24
4643/9 4645/13 4645/16
4646/13 4646/15 4646/18
4646/20 4655/11
**mildly [1]** 4561/13
**military [5]** 4639/6 4639/22
4640/3 4643/11 4643/11
**militia [2]** 4535/3 4600/18

**Miller [1]** 4499/11
**Million [1]** 4644/16
**mince [1]** 4664/5
**mind [19]** 4501/22 4502/21
4503/9 4503/13 4504/5
4505/8 4505/9 4505/19
4507/9 4511/20 4512/5
4538/12 4566/21 4597/12
4597/18 4667/21 4674/13
4678/10 4678/10
**minded [1]** 4643/10
**mindful [2]** 4659/24 4667/22
**minimum [2]** 4504/25
4685/23
**minor [1]** 4690/13
**minute [5]** 4557/24 4576/18
4607/2 4636/4 4649/9
**minutes [10]** 4559/18
4559/20 4559/21 4559/24
4567/16 4587/7 4587/16
4598/12 4637/18 4664/23
**minutes' [1]** 4649/21
**misled [1]** 4683/25
**missed [1]** 4682/4
**missing [1]** 4561/11
**mission [7]** 4639/10 4639/10
4641/8 4641/10 4641/11
4643/24 4650/3
**misunderstanding [2]**
4669/14 4669/16
**Mobile [11]** 4582/7 4582/8
4582/11 4584/9 4621/14
4622/12 4623/15 4624/13
4635/1 4635/3 4635/5
**modifying [1]** 4506/21
**Moerschel [18]** 4556/12
4556/19 4557/9 4559/3
4560/10 4560/20 4561/11
4561/14 4562/4 4562/13
4562/23 4563/1 4564/12
4565/1 4565/19 4566/11
4567/6 4586/22
**Moerschel's [2]** 4561/21
4564/10
**moment [5]** 4537/13 4620/19
4662/20 4675/17 4677/5
**momentarily [1]** 4655/6
**Monday [1]** 4669/19
**moniker [3]** 4521/4 4558/4
4618/15
**montages [1]** 4635/17

**Montana [6]** 4527/23 4528/2
4528/4 4528/8 4528/9
4528/16
**months [3]** 4616/15 4647/7
4681/18
**more [30]** 4503/4 4504/16
4514/19 4537/3 4537/8
4543/22 4543/23 4546/10
4561/13 4561/23 4596/2
4606/1 4607/18 4655/14
4661/14 4665/13 4668/11
4668/12 4669/21 4671/24
4673/24 4675/5 4678/6
4682/20 4684/5 4684/21
4685/2 4687/6 4689/15
4695/24
**Morelock [6]** 4586/13 4655/9
4655/13 4655/22 4655/25
4656/12
**Moreover [1]** 4500/17
**morning [19]** 4513/2 4554/13
4554/15 4555/25 4557/9
4558/1 4558/12 4611/18
4629/19 4650/14 4650/15
4655/8 4655/12 4655/22
4655/25 4656/14 4659/19
4664/22 4696/11
**most [7]** 4551/2 4614/24
4638/22 4646/19 4646/20
4646/23 4694/4
**mother [5]** 4665/18 4682/20
4684/19 4691/12 4691/13
**motion [2]** 4637/6 4651/14
**motions [1]** 4651/16
**motive [1]** 4505/22
**mountain [1]** 4596/7
**mountains [1]** 4596/6
**mouth [1]** 4629/1
**move [17]** 4507/14 4550/5
4561/1 4563/5 4564/3 4566/4
4571/2 4605/7 4635/16
4636/17 4636/20 4636/23
4647/16 4649/11 4651/17
4659/25 4693/22
**moved [3]** 4521/20 4572/2
4641/14
**movies [1]** 4680/20
**moving [6]** 4501/9 4607/16
4636/8 4636/18 4681/7
4695/15
**Mr [32]** 4531/9 4534/25

# M

**Mr... [30]** 4546/18 4601/17
4601/19 4629/6 4629/11
4631/5 4634/15 4636/10
4636/13 4636/16 4636/24
4636/25 4645/3 4647/17
4649/17 4651/16 4657/5
4657/21 4658/10 4668/25
4675/24 4677/21 4679/12
4679/21 4681/5 4684/8
4684/17 4685/13 4685/22
4688/20
**Mr. [338]**
**Mr. Adams [2]** 4655/13
4656/5
**Mr. and [1]** 4602/15
**Mr. Baker [1]** 4514/2
**Mr. Berry [5]** 4658/4 4658/12
4658/21 4658/21 4658/22
**Mr. Bittner [1]** 4557/11
**Mr. Brennwald [4]** 4609/4
4654/18 4655/24 4656/2
**Mr. Brennwald's [1]** 4660/23
**Mr. Brown [1]** 4655/14
**Mr. Caldwell [7]** 4530/10
4531/20 4532/5 4598/4
4598/8 4598/12 4601/6
**Mr. Caldwell's [1]** 4601/15
**Mr. Cody [1]** 4610/19
**Mr. Cooper [4]** 4609/4
4657/5 4657/14 4657/20
**Mr. Crowl [19]** 4530/10
4531/20 4531/24 4532/10
4532/25 4535/20 4535/23
4594/16 4594/19 4595/9
4595/12 4598/4 4598/13
4598/20 4598/23 4599/1
4599/10 4601/6 4601/14
**Mr. Crowl's [1]** 4531/17
**Mr. Cummings [2]** 4656/23
4657/3
**Mr. Cummings' [1]** 4657/1
**Mr. Deaton [2]** 4591/1
4591/4
**Mr. Dolan [4]** 4568/1 4568/3
4569/8 4679/4
**Mr. Don [1]** 4646/5
**Mr. Donald [1]** 4640/15
**Mr. Edwards [1]** 4638/24
**Mr. Greene [59]** 4504/7
4504/9 4538/15 4540/4

4544/10 4549/10 4549/23
4550/18 4551/9 4551/13
4552/9 4552/14 4580/17
4580/23 4581/3 4581/9
4616/9 4620/24 4633/4
4636/18 4638/4 4638/17
4638/18 4638/21 4638/25
4639/17 4639/20 4641/21
4643/1 4643/12 4643/17
4644/2 4644/11 4644/15
4644/17 4644/20 4644/23
4644/25 4645/5 4645/8
4645/10 4645/22 4645/23
4646/1 4646/6 4647/2 4647/4
4647/7 4647/9 4647/21
4649/9 4649/15 4649/23
4649/24 4650/7 4651/12
4666/22 4670/10 4691/23
**Mr. Greene's [28]** 4538/21
4540/15 4541/10 4541/21
4542/13 4543/2 4543/17
4551/20 4551/24 4580/3
4580/7 4580/21 4582/1
4582/3 4582/15 4583/7
4583/15 4634/21 4635/2
4638/1 4638/16 4639/5
4639/5 4642/14 4642/14
4642/23 4644/1 4647/1
**Mr. Greg [1]** 4639/22
**Mr. Harrelson [1]** 4508/9
**Mr. Isaac's [1]** 4677/4
**Mr. Isaacs [74]** 4504/11
4521/7 4521/11 4521/18
4525/1 4593/3 4609/1
4615/13 4616/17 4619/6
4631/13 4631/16 4631/17
4631/22 4632/6 4636/19
4663/19 4664/23 4666/4
4666/16 4667/15 4669/6
4670/14 4670/25 4671/3
4671/8 4673/13 4673/19
4674/5 4674/11 4674/18
4675/12 4675/21 4676/8
4676/10 4676/13 4676/25
4677/6 4677/12 4677/14
4678/12 4678/16 4679/10
4680/13 4680/24 4681/2
4681/12 4681/17 4681/25
4682/17 4682/22 4682/25
4683/5 4683/9 4683/18
4683/22 4683/24 4684/2

4684/5 4684/14 4684/18
4684/23 4685/2 4685/21
4686/5 4686/7 4686/11
4686/22 4687/9 4687/12
4687/16 4688/6 4689/7
4689/12
**Mr. Isaacs' [5]** 4631/6 4670/6
4670/23 4670/25 4679/15
**Mr. Isaacs's [6]** 4521/23
4632/1 4686/17 4687/4
4687/19 4690/23
**Mr. John [1]** 4513/3
**Mr. Kelly [1]** 4513/17
**Mr. Machado [2]** 4603/14
4662/4
**Mr. Marshall's [1]** 4564/6
**Mr. Meggs [15]** 4510/15
4513/19 4515/16 4515/22
4516/21 4520/14 4581/8
4609/17 4609/23 4610/12
4612/24 4613/2 4618/20
4651/25 4653/7
**Mr. Meggs's [6]** 4511/20
4512/5 4516/22 4652/3
4678/23 4679/1
**Mr. Michael [1]** 4537/16
**Mr. Mike [1]** 4638/10
**Mr. Moerschel [10]** 4556/19
4561/11 4561/14 4562/13
4563/1 4564/12 4565/1
4565/19 4566/11 4567/6
**Mr. Moerschel's [2]** 4561/21
4564/10
**Mr. Morelock [1]** 4655/13
**Mr. Nestler [8]** 4655/5
4658/24 4667/5 4667/7
4667/10 4668/21 4669/16
4670/3
**Mr. Parker [14]** 4535/11
4536/2 4536/3 4536/11
4536/22 4537/4 4599/25
4600/12 4600/17 4636/12
4637/12 4656/3 4656/3
4660/6
**Mr. Parker's [1]** 4603/3
**Mr. Reeves [5]** 4513/14
4513/17 4514/18 4514/22
4515/19
**Mr. Rhodes [11]** 4546/6
4547/1 4547/5 4547/10
4547/15 4547/20 4548/9

**Mr. Rhodes... [4]** 4548/12
4644/15 4646/7 4653/7
**Mr. Rhodes's [1]** 4648/14
**Mr. Rossi [5]** 4521/23 4609/1
4609/3 4631/17 4631/25
**Mr. Shipley [5]** 4547/12
4619/11 4632/11 4636/22
4638/10
**Mr. Woodward [8]** 4653/10
4654/21 4657/15 4657/22
4659/14 4662/19 4662/21
4663/1
**Mr. Woodward's [1]** 4659/6
**Mr. Young [2]** 4518/10
4518/12
**Mrs. [19]** 4508/13 4509/13
4509/18 4563/20 4602/15
4610/20 4610/25 4613/11
4614/5 4652/1 4652/12
4652/13 4652/22 4656/21
4656/22 4657/1 4660/7
4664/20 4664/22
**Mrs. Connie [1]** 4610/20
**Mrs. Gee [1]** 4509/18
**Mrs. Meggs [16]** 4508/13
4509/13 4563/20 4610/25
4613/11 4614/5 4652/1
4652/12 4652/13 4652/22
4656/21 4656/22 4657/1
4660/7 4664/20 4664/22
**Mrs. Parker [1]** 4602/15
**Ms [13]** 4499/3 4535/7
4537/6 4538/12 4600/8
4601/19 4633/18 4637/1
4638/6 4647/16 4654/2
4659/16 4668/16
**Ms. [105]** 4501/14 4501/17
4501/21 4502/8 4502/12
4502/21 4503/1 4503/2
4503/10 4503/20 4504/18
4506/3 4506/11 4507/2
4509/7 4510/9 4511/24
4512/18 4526/14 4526/16
4526/18 4528/15 4534/6
4534/16 4534/20 4536/2
4536/7 4537/8 4540/2
4540/24 4544/7 4545/4
4547/1 4547/4 4547/17
4548/23 4551/8 4561/3
4570/4 4572/1 4583/22

4583/24 4584/4 4587/14
4587/23 4588/11 4588/23
4589/9 4589/12 4589/20
4590/3 4590/6 4590/17
4590/20 4590/23 4591/1
4591/7 4591/11 4591/15
4591/22 4594/13 4594/19
4595/12 4596/2 4596/20
4596/23 4597/18 4599/2
4599/10 4599/25 4600/11
4601/6 4601/10 4601/14
4610/3 4612/21 4618/4
4629/17 4630/10 4636/19
4637/2 4637/14 4637/16
4638/3 4644/12 4644/17
4645/6 4650/10 4650/19
4653/11 4653/14 4653/16
4654/1 4654/2 4660/4 4660/5
4660/15 4660/18 4660/22
4664/12 4665/10 4667/25
4668/14 4668/16 4670/19
**Ms. Connie [3]** 4583/22
4583/24 4612/21
**Ms. Haller [3]** 4610/3
4629/17 4630/10
**Ms. Meggs [18]** 4501/14
4501/17 4501/21 4503/1
4503/10 4503/20 4504/18
4506/3 4506/11 4507/2
4509/7 4584/4 4636/19
4660/5 4660/15 4660/18
4660/22 4664/12
**Ms. Meggs's [4]** 4502/8
4502/12 4502/21 4503/2
**Ms. Parker [2]** 4654/1 4654/2
**Ms. Rakoczy [8]** 4547/17
4561/3 4587/14 4587/23
4618/4 4660/4 4668/14
4670/19
**Ms. Redden [6]** 4637/2
4637/14 4637/16 4638/3
4650/10 4650/19
**Ms. Rouhi [10]** 4510/9
4511/24 4512/18 4526/14
4534/6 4540/2 4540/24
4544/7 4570/4 4572/1
**Ms. SoRelle [7]** 4547/1
4547/4 4548/23 4551/8
4644/12 4644/17 4645/6
**Ms. SoRelle's [1]** 4545/4
**Ms. Steele [15]** 4589/12

4589/20 4590/3 4590/6
4590/17 4590/20 4590/23
4591/1 4591/7 4591/11
4591/15 4591/22 4653/11
4653/14 4653/16
**Ms. Steele's [3]** 4588/11
4588/23 4589/9
**Ms. Watkins [20]** 4526/16
4526/18 4528/15 4536/2
4536/7 4537/8 4594/13
4594/19 4595/12 4596/2
4596/20 4596/23 4597/18
4599/2 4599/10 4599/25
4600/11 4601/6 4601/10
4601/14
**Ms. Watkins's [2]** 4534/16
4534/20
**Ms. Who [1]** 4668/16
**Ms. Wilson [2]** 4665/10
4667/25
**much [20]** 4501/15 4503/5
4506/17 4522/13 4526/14
4535/5 4541/17 4542/7
4544/7 4553/25 4569/19
4571/23 4580/24 4600/20
4650/16 4662/1 4672/18
4674/7 4688/8 4692/3
**multiple [6]** 4605/15 4605/21
4644/3 4647/6 4671/4 4694/7
**murder [2]** 4500/23 4500/24
**muscled [1]** 4528/18
**must [6]** 4499/14 4499/18
4500/7 4502/10 4671/16
4671/22
**mute [1]** 4683/10
**my [40]** 4535/5 4556/1
4562/9 4575/24 4590/2
4599/8 4600/20 4610/16
4614/2 4615/11 4616/23
4617/1 4617/3 4617/18
4617/22 4618/24 4623/16
4625/24 4627/9 4629/9
4631/4 4631/4 4631/4 4633/9
4637/6 4638/8 4638/9
4654/11 4656/1 4656/19
4658/1 4661/15 4666/15
4667/21 4668/20 4680/5
4684/16 4686/24 4688/11
4691/24
**myself [4]** 4536/19 4536/19
4638/9 4696/6

**name [23]** 4499/5 4520/16
4520/19 4521/4 4524/6
4524/6 4524/19 4556/6
4556/23 4558/16 4558/18
4560/10 4580/20 4585/8
4586/12 4596/17 4604/22
4607/8 4629/9 4638/8
4640/18 4644/7 4649/10
**named [12]** 4521/2 4525/17
4529/14 4529/15 4544/20
4558/1 4580/17 4586/6
4589/12 4597/24 4608/20
4612/6
**names [4]** 4575/19 4607/22
4608/5 4608/7
**narrative [2]** 4682/19
4688/10
**narrow [1]** 4690/5
**National [1]** 4645/8
**nature [1]** 4500/7
**navigation [1]** 4627/6
**necessarily [3]** 4502/1
4505/21 4625/9
**necessary [2]** 4659/8 4664/8
**need [24]** 4499/19 4549/3
4562/8 4576/10 4578/19
4598/16 4641/8 4641/10
4641/12 4641/25 4648/6
4650/12 4653/5 4656/19
4658/3 4658/4 4658/25
4662/20 4664/23 4679/8
4692/15 4694/24 4694/25
4695/9
**needed [4]** 4548/14 4639/11
4652/3 4655/15
**negate [3]** 4671/13 4671/23
4690/1
**negating [1]** 4682/9
**neither [6]** 4643/6 4643/7
4686/24 4689/4 4689/4
4689/12
**Nestler [9]** 4493/13 4655/5
4658/24 4667/5 4667/7
4667/10 4668/21 4669/16
4670/3
**network [2]** 4626/1 4626/5
**networks [1]** 4642/21
**neutral [2]** 4500/19 4500/21
**never [14]** 4507/8 4619/4
4627/18 4631/2 4641/1

4641/2 4641/9 4643/1
4645/23 4647/7 4649/15
4649/16 4649/25 4663/23
**new [2]** 4597/13 4608/20
**news [7]** 4529/7 4594/14
4594/21 4595/4 4595/6
4596/23 4648/4
**next [137]** 4513/8 4513/13
4513/21 4513/23 4514/1
4514/8 4514/14 4514/17
4514/18 4514/21 4514/22
4514/24 4515/2 4515/8
4515/15 4515/16 4515/18
4515/20 4515/21 4515/24
4516/2 4516/7 4516/10
4516/11 4516/13 4516/16
4520/25 4521/9 4524/15
4524/25 4525/5 4525/11
4525/16 4526/9 4528/20
4531/12 4532/4 4532/9
4532/12 4535/6 4535/10
4535/13 4536/3 4536/6
4536/10 4536/13 4536/16
4536/21 4536/22 4536/25
4538/24 4538/25 4539/2
4539/6 4539/16 4539/17
4541/13 4541/23 4542/7
4542/15 4542/22 4543/4
4548/11 4548/15 4548/22
4553/18 4556/5 4556/19
4557/25 4558/15 4558/24
4559/2 4559/9 4571/8 4576/7
4576/11 4576/18 4576/21
4577/7 4577/9 4577/13
4577/23 4578/7 4578/15
4578/25 4579/7 4581/1
4581/3 4586/1 4586/16
4587/2 4589/19 4589/25
4590/3 4590/5 4590/19
4590/20 4590/22 4590/23
4590/25 4591/1 4591/3
4591/6 4591/10 4591/14
4594/15 4595/8 4595/9
4595/11 4595/15 4595/16
4595/19 4595/23 4596/1
4596/9 4597/9 4597/11
4597/14 4598/7 4598/11
4598/19 4598/22 4598/25
4599/9 4599/12 4600/7
4600/10 4600/16 4607/23
4611/18 4630/2 4635/14

4641/23 4680/16 4682/2
4692/13 4695/2
**nicer [1]** 4536/13
**nickel [1]** 4619/4
**nickname [4]** 4555/22
4556/8 4585/12 4618/15
**night [12]** 4517/22 4519/3
4535/21 4535/24 4537/5
4537/11 4599/13 4609/24
4611/9 4655/10 4655/13
4662/7
**nine [3]** 4529/6 4536/20
4596/7
**no [135]** 4493/4 4506/18
4506/19 4511/2 4523/22
4524/22 4531/6 4535/3
4538/9 4540/20 4545/14
4550/8 4551/11 4553/5
4559/1 4563/14 4569/12
4571/3 4571/19 4573/2
4580/11 4582/5 4583/6
4588/12 4589/3 4589/15
4590/14 4592/21 4598/16
4600/18 4603/11 4603/12
4605/9 4607/13 4607/25
4608/2 4608/3 4608/17
4610/1 4611/5 4613/15
4613/19 4614/10 4614/23
4615/25 4616/2 4618/2
4619/24 4620/2 4620/5
4620/8 4620/10 4620/12
4625/14 4626/22 4627/7
4627/12 4628/3 4629/7
4629/9 4629/12 4630/21
4630/25 4634/6 4634/24
4635/11 4639/6 4639/6
4639/8 4639/8 4641/13
4641/24 4642/15 4642/15
4642/15 4642/17 4643/5
4644/24 4645/11 4645/16
4645/16 4645/18 4647/24
4649/18 4649/19 4651/11
4652/9 4652/10 4652/12
4652/25 4653/13 4653/15
4653/16 4653/19 4654/1
4654/4 4654/7 4654/10
4658/8 4658/12 4661/19
4664/4 4664/7 4665/8 4668/1
4668/14 4671/3 4673/11
4675/5 4675/23 4677/1
4677/11 4677/13 4681/1

**no... [21]** 4681/18 4681/24 4682/22 4682/25 4683/4 4683/7 4683/11 4683/22 4684/1 4684/21 4686/5 4686/6 4687/24 4688/4 4688/19 4690/3 4690/11 4690/17 4690/19 4691/9 4691/10
**nobody [3]** 4536/18 4615/22 4655/20
**noise [1]** 4688/22
**noisy [3]** 4675/17 4688/16 4689/8
**non [1]** 4504/21
**non-hearsay [1]** 4504/21
**none [2]** 4620/21 4643/21
**Nope [2]** 4579/14 4591/5
**normal [1]** 4686/18
**normally [1]** 4680/4
**not [264]**
**notable [2]** 4672/21 4686/5
**note [4]** 4530/18 4653/24 4687/14 4688/21
**notes [1]** 4689/14
**nothing [5]** 4505/4 4608/24 4617/5 4639/8 4649/21
**notice [10]** 4503/19 4660/8 4660/11 4660/12 4660/13 4660/14 4661/20 4661/24 4662/1 4665/17
**notification [1]** 4585/7
**notion [1]** 4677/18
**November [6]** 4523/1 4552/2 4552/23 4644/7 4644/12 4644/16
**now [97]** 4501/24 4502/9 4504/17 4505/7 4506/1 4506/2 4506/7 4506/11 4507/3 4507/16 4510/25 4513/14 4514/25 4515/17 4516/8 4522/1 4523/25 4524/17 4524/17 4526/3 4526/16 4528/21 4530/2 4530/22 4531/13 4532/13 4533/5 4533/11 4537/16 4545/18 4551/8 4556/22 4557/13 4561/1 4563/3 4564/21 4568/25 4569/6 4569/6 4571/24 4575/25 4576/19 4579/9 4579/13

4580/24 4582/18 4584/4 4586/17 4587/3 4590/6 4591/15 4594/5 4596/10 4597/15 4597/15 4597/22 4599/1 4600/11 4600/25 4601/21 4604/10 4604/25 4605/25 4610/7 4613/6 4613/18 4616/8 4617/4 4621/3 4622/13 4623/3 4623/6 4634/25 4636/2 4637/10 4638/3 4639/17 4640/14 4641/13 4643/25 4651/2 4651/5 4653/3 4655/7 4657/2 4657/9 4659/1 4660/14 4662/21 4663/17 4664/21 4668/8 4679/25 4691/6 4692/12 4694/8 4695/3
**number [37]** 4501/9 4534/20 4541/20 4541/21 4542/13 4543/2 4545/24 4546/3 4546/5 4546/7 4546/12 4582/10 4590/2 4596/18 4602/21 4621/8 4621/12 4623/10 4623/18 4623/19 4623/21 4623/23 4623/25 4624/2 4624/5 4624/8 4625/7 4626/18 4626/23 4627/8 4627/9 4627/14 4627/18 4627/23 4627/25 4628/3 4628/7
**numbers [2]** 4626/19 4635/20
**numerous [2]** 4563/25 4564/1
**NW [8]** 4493/16 4494/3 4494/11 4495/3 4495/7 4495/11 4496/12 4697/10

## O

**Oak [1]** 4496/3
**oath [38]** 4518/19 4521/18 4522/9 4522/9 4522/10 4522/18 4522/22 4522/25 4531/10 4551/21 4552/9 4552/25 4553/14 4553/22 4554/3 4578/2 4579/11 4586/14 4596/5 4596/15 4606/5 4607/3 4619/5 4620/13 4627/13 4628/25 4638/18 4638/21 4639/20

4639/21 4639/23 4639/24 4640/1 4640/18 4642/3 4643/10 4645/17 4646/24
**OathKeepers [1]** 4529/9
**object [3]** 4504/4 4504/8 4657/14
**objected [2]** 4511/15 4547/13
**objection [37]** 4511/11 4523/22 4527/12 4538/9 4540/20 4545/14 4546/17 4547/21 4550/8 4553/5 4562/9 4562/20 4566/16 4569/22 4569/23 4571/3 4571/19 4580/11 4589/3 4592/21 4593/25 4594/24 4605/9 4613/25 4614/16 4617/18 4618/3 4622/6 4627/2 4627/15 4627/20 4628/18 4630/22 4634/10 4647/14 4648/19 4649/4
**objections [3]** 4511/13 4512/2 4547/13
**objective [4]** 4652/19 4681/2 4682/17 4684/4
**objectives [1]** 4679/18
**objects [1]** 4655/20
**obligation [1]** 4578/20
**obligations [2]** 4692/11 4692/17
**observations [2]** 4672/8 4683/1
**observed [1]** 4555/3
**obstruction [3]** 4625/12 4651/10 4653/12
**obtain [3]** 4522/24 4560/20 4631/10
**obtained [9]** 4523/16 4562/12 4562/13 4562/14 4562/23 4562/25 4588/19 4604/17 4670/6
**obviously [4]** 4503/14 4641/5 4659/5 4692/7
**occasions [1]** 4647/6
**occurred [1]** 4573/25
**occurring [1]** 4500/22
**odds [3]** 4651/5 4651/8 4654/14
**off [15]** 4506/4 4524/14 4536/9 4575/25 4587/25 4591/23 4617/19 4617/21

**off...** [7] 4640/20 4644/5 4644/14 4644/25 4645/11 4645/17 4653/18
**offense** [1] 4671/9
**offenses** [3] 4668/7 4674/3 4685/16
**offer** [2] 4626/24 4662/21
**offered** [4] 4662/19 4663/1 4671/20 4693/16
**offering** [2] 4620/20 4622/9
**office** [6] 4493/15 4494/2 4494/10 4495/15 4604/8 4668/21
**officer** [3] 4652/15 4654/6 4654/8
**officers** [1] 4640/3
**OFFICES** [2] 4495/6 4496/7
**Official** [2] 4496/11 4697/8
**often** [2] 4500/9 4657/11
**Oh** [3] 4537/3 4668/16 4693/6
**Ohio** [8] 4525/25 4526/3 4526/17 4526/19 4529/20 4593/15 4601/20 4692/14
**Ohiomilitia** [1] 4529/9
**OK** [10] 4519/13 4520/5 4520/11 4520/17 4526/5 4554/23 4555/14 4577/3 4584/17 4588/1
**okay** [69] 4504/13 4506/13 4507/19 4508/3 4509/1 4509/7 4513/20 4514/8 4515/7 4518/12 4523/5 4534/12 4536/8 4545/15 4547/17 4548/2 4550/25 4554/12 4556/3 4557/7 4559/1 4560/16 4561/22 4562/10 4564/9 4564/17 4570/16 4573/6 4574/7 4582/8 4582/18 4584/10 4584/25 4587/20 4589/17 4591/25 4594/1 4596/20 4600/24 4603/14 4608/25 4611/8 4611/17 4613/18 4614/23 4635/14 4637/9 4637/20 4639/25 4648/24 4650/11 4650/19 4651/17 4654/15 4655/5 4658/24 4659/2 4659/21 4660/1 4660/6 4666/22 4668/5

4674/17 4676/21 4692/16 4693/23 4696/2 4696/9 4696/10
**old** [9] 4574/23 4575/19 4611/22 4612/9 4612/15 4612/22 4612/25 4626/3 4646/3
**older** [1] 4640/4
**Olympics** [1] 4643/16
**OMW** [2] 4599/3 4599/4
**once** [6] 4608/25 4647/6 4660/25 4663/7 4670/2 4681/6
**one** [83] 4500/23 4501/2 4505/13 4505/16 4510/10 4510/11 4510/12 4511/25 4523/16 4535/14 4537/3 4537/8 4538/25 4542/7 4543/21 4543/23 4548/1 4557/24 4561/6 4561/13 4563/16 4564/2 4564/25 4568/14 4570/15 4572/25 4584/8 4587/5 4595/13 4597/18 4597/22 4603/7 4603/20 4606/11 4607/2 4607/17 4613/5 4614/3 4614/14 4614/24 4615/1 4620/20 4621/14 4621/19 4622/2 4622/14 4622/18 4623/3 4623/12 4625/6 4628/5 4628/21 4633/10 4636/4 4639/17 4639/22 4641/13 4641/24 4643/18 4644/4 4644/8 4645/12 4646/6 4651/23 4652/4 4652/5 4655/19 4656/13 4662/12 4667/11 4668/11 4668/12 4672/9 4677/8 4678/19 4679/4 4680/23 4689/2 4690/5 4691/8 4692/1 4694/11 4694/12
**ones** [3] 4521/16 4535/4 4600/19
**oneself** [1] 4680/18
**ongoing** [1] 4640/23
**only** [31] 4499/12 4499/16 4500/21 4503/1 4506/11 4506/22 4509/6 4563/16 4564/3 4574/3 4574/8 4579/3 4600/13 4621/14 4632/15 4639/10 4639/17 4641/10

4645/6 4649/24 4649/24 4653/18 4655/10 4663/12 4668/2 4670/17 4675/20 4676/19 4677/17 4681/13 4687/16
**Op** [9] 4519/13 4520/5 4520/17 4526/5 4554/23 4555/14 4584/18 4588/1 4632/18
**open** [10] 4505/23 4577/18 4624/2 4624/4 4637/2 4659/23 4660/18 4685/17 4685/18 4686/16
**opening** [7] 4637/11 4637/16 4637/24 4638/1 4638/4 4648/13 4668/24
**openly** [1] 4647/4
**operating** [1] 4670/9
**operation** [11] 4630/15 4638/16 4642/9 4642/14 4642/15 4642/17 4644/5 4644/14 4645/11 4646/15 4649/17
**operations** [3] 4638/14 4646/4 4647/11
**opine** [3] 4673/8 4676/13 4680/11
**opined** [1] 4680/24
**opining** [2] 4672/6 4687/15
**opinion** [9] 4676/13 4680/1 4681/1 4681/5 4681/10 4681/25 4686/25 4686/25 4687/11
**opinions** [1] 4687/9
**opponent** [2] 4504/21 4505/7
**opportunity** [2] 4651/19 4691/10
**oppose** [2] 4506/8 4664/18
**opposed** [4] 4504/17 4626/1 4671/23 4682/18
**opposite** [4] 4650/2 4652/13 4677/13 4681/4
**optic** [3] 4572/25 4573/2 4573/3
**order** [8] 4578/21 4655/2 4660/9 4660/13 4661/12 4687/8 4688/2 4688/4
**orderly** [1] 4659/25
**orders** [1] 4688/1
**ordinary** [1] 4682/21
**org** [1] 4579/11

**organization [1]** 4552/10
**organize [2]** 4639/1 4645/15
**organizing [1]** 4595/21
**orient [1]** 4534/10
**Orlando [1]** 4495/17
**OSRM [2]** 4534/17 4599/22
**other [62]** 4501/6 4504/2
4507/3 4510/21 4512/9
4516/21 4518/19 4519/2
4528/13 4534/21 4548/23
4567/19 4569/11 4579/11
4600/6 4605/19 4605/25
4608/3 4613/5 4614/3 4615/1
4620/20 4620/21 4621/20
4622/3 4622/17 4624/8
4627/10 4631/13 4632/12
4633/10 4634/7 4634/14
4635/2 4635/21 4639/14
4641/4 4644/18 4644/18
4656/21 4659/15 4660/17
4662/15 4663/3 4663/19
4663/22 4664/20 4665/11
4666/3 4667/11 4667/18
4676/2 4684/10 4685/9
4687/4 4689/1 4689/11
4689/21 4689/21 4692/11
4692/17 4695/25
**others [24]** 4501/2 4501/18
4502/4 4503/1 4505/2
4506/22 4516/23 4530/20
4576/2 4579/6 4645/3 4653/7
4663/11 4678/4 4678/18
4679/14 4679/16 4680/6
4682/7 4682/24 4683/10
4683/15 4683/15 4692/2
**otherwise [6]** 4507/10
4651/2 4672/22 4677/21
4680/9 4681/25
**ought [3]** 4656/6 4661/2
4662/15
**our [35]** 4507/19 4511/11
4513/12 4527/12 4528/18
4529/6 4530/15 4587/15
4593/16 4595/17 4607/18
4628/6 4641/21 4650/4
4652/21 4655/1 4658/3
4658/7 4662/8 4662/14
4662/14 4663/12 4664/3
4664/6 4664/10 4665/2
4665/19 4666/7 4668/24

4692/8 4692/12 4693/1
4693/11 4695/18 4695/24
**ourselves [1]** 4662/5
**out [61]** 4505/16 4507/3
4511/12 4517/8 4525/24
4538/17 4538/23 4539/5
4541/12 4541/18 4542/6
4542/11 4542/21 4543/1
4546/19 4546/25 4556/15
4558/8 4561/8 4563/9
4563/24 4564/3 4568/5
4573/2 4585/19 4585/23
4586/25 4595/21 4597/24
4600/1 4601/23 4604/3
4604/4 4604/5 4610/23
4611/3 4611/5 4623/19
4623/23 4624/14 4624/23
4635/3 4636/6 4642/4 4646/4
4647/20 4651/22 4652/19
4655/13 4656/24 4657/18
4661/12 4662/16 4663/16
4664/2 4669/13 4672/17
4680/9 4680/17 4681/23
4695/10
**outlook.com [1]** 4495/9
**outside [3]** 4516/18 4610/5
4630/20
**outstanding [1]** 4662/11
**over [26]** 4561/15 4563/1
4564/6 4564/10 4564/15
4564/25 4565/19 4566/11
4567/6 4569/23 4616/4
4616/9 4616/14 4616/17
4625/22 4626/4 4626/4
4626/13 4626/15 4627/24
4640/7 4640/22 4641/3
4643/3 4669/6 4670/15
**overarching [3]** 4622/18
4625/6 4653/6
**overly [1]** 4626/20
**overnight [1]** 4654/14
**overruled [4]** 4512/3 4594/25
4630/23 4634/11
**own [10]** 4502/21 4577/22
4614/12 4614/14 4616/25
4637/24 4654/9 4674/21
4683/1 4685/20

**P**

**P.A [2]** 4495/11 4495/16
**p.m [44]** 4493/6 4499/4

4509/10 4515/3 4515/13
4515/25 4518/7 4520/9
4523/14 4525/17 4526/7
4528/15 4529/2 4531/8
4531/21 4532/14 4534/15
4538/22 4539/3 4541/16
4542/10 4542/24 4543/14
4548/9 4548/20 4548/24
4579/23 4580/16 4581/22
4582/25 4584/5 4589/11
4590/18 4591/21 4592/12
4594/8 4597/16 4599/1
4599/13 4599/24 4601/4
4610/24 4611/9 4634/4
**paced [1]** 4536/19
**page [116]** 4508/18 4510/7
4513/8 4513/13 4515/15
4515/18 4515/24 4516/2
4516/7 4516/10 4519/7
4520/25 4521/9 4523/16
4524/10 4524/14 4524/15
4524/25 4525/11 4525/16
4526/9 4528/20 4529/25
4531/12 4532/4 4532/9
4532/15 4533/13 4534/6
4536/6 4536/10 4537/22
4539/6 4539/16 4540/9
4541/23 4542/15 4543/4
4543/12 4543/21 4543/23
4543/24 4543/24 4544/15
4549/15 4550/12 4552/17
4552/20 4553/12 4553/13
4553/18 4554/2 4554/19
4556/5 4574/18 4575/14
4576/7 4576/11 4576/21
4577/7 4577/9 4577/13
4577/23 4578/7 4578/15
4578/25 4579/7 4579/14
4579/15 4579/17 4581/1
4581/3 4581/11 4582/20
4584/13 4585/10 4586/1
4586/16 4586/17 4587/2
4588/14 4589/19 4589/25
4591/3 4591/10 4591/14
4593/7 4594/15 4595/8
4595/11 4595/15 4595/19
4595/23 4596/9 4597/9
4597/14 4597/22 4598/19
4598/22 4598/25 4599/9
4599/12 4599/18 4600/25
4601/1 4623/11 4633/20

**page... [9]** 4666/25 4667/10 4679/22 4680/3 4680/12 4680/21 4681/8 4683/2 4687/21
**Page 1 [1]** 4599/18
**Page 12 [1]** 4579/15
**Page 13 [2]** 4582/20 4679/22
**Page 15 [1]** 4600/25
**Page 22 [1]** 4680/3
**Page 25 [1]** 4666/25
**Page 3 [2]** 4524/14 4586/17
**Page 4 [1]** 4534/6
**Page 46 [3]** 4581/11 4623/11 4633/20
**Page 47 [1]** 4683/2
**Page 54 [1]** 4681/8
**Page 6 [1]** 4543/24
**Page 79 [1]** 4667/10
**pages [7]** 4526/23 4552/4 4552/6 4579/18 4583/22 4687/25 4688/21
**paid [2]** 4514/23 4645/18
**Palian [6]** 4522/13 4565/4 4565/12 4566/21 4570/16 4571/25
**panoply [1]** 4687/7
**parent [1]** 4683/14
**parenthetically [1]** 4673/18
**Pariton [1]** 4653/1
**Park [1]** 4495/3
**PARKER [50]** 4493/6 4494/2 4494/6 4504/3 4533/3 4533/9 4533/24 4534/24 4534/25 4535/11 4536/2 4536/3 4536/11 4536/22 4537/4 4570/8 4570/24 4571/15 4572/9 4573/7 4599/22 4599/25 4600/12 4600/17 4601/21 4602/10 4602/15 4602/22 4603/1 4603/7 4604/13 4605/22 4606/19 4606/19 4606/23 4606/23 4608/9 4608/14 4636/12 4637/12 4654/1 4654/2 4654/2 4654/8 4656/3 4656/3 4660/6 4661/10 4661/11 4662/6
**Parker 101 [1]** 4604/13
**Parker's [4]** 4603/3 4603/9 4603/10 4659/8
**Parler [1]** 4528/24
**part [14]** 4501/1 4503/10 4577/1 4623/22 4636/1 4644/22 4656/25 4667/1 4667/2 4667/4 4668/23 4680/1 4683/1 4688/3
**parte [1]** 4637/7
**participant [4]** 4612/10 4612/15 4612/18 4612/22
**participants [4]** 4604/22 4605/16 4605/22 4605/25
**participated [2]** 4652/22 4671/5
**particular [15]** 4501/22 4503/9 4503/24 4509/5 4516/20 4519/9 4621/8 4626/18 4627/19 4636/9 4650/25 4674/1 4675/11 4678/25 4689/8
**particularly [1]** 4683/15
**parties [7]** 4547/8 4573/19 4574/2 4636/4 4672/24 4673/11 4678/8
**parts [1]** 4635/17
**party [2]** 4504/20 4505/7
**past [3]** 4640/24 4678/19 4694/3
**patience [1]** 4507/22
**Patty [2]** 4499/5 4509/14
**pause [4]** 4535/14 4559/21 4567/14 4568/10
**Pay [6]** 4522/16 4522/18 4522/23 4522/24 4523/17 4524/4
**payment [2]** 4553/19 4554/8
**payments [4]** 4522/24 4552/8 4552/22 4554/3
**pcooper [1]** 4494/13
**peaceful [1]** 4688/7
**pejorative [2]** 4499/7 4503/2
**penal [8]** 4499/11 4501/11 4502/1 4502/25 4504/14 4504/22 4505/1 4507/5
**Pence [2]** 4499/7 4509/22
**Pennsylvania [2]** 4494/7 4495/7
**penny [1]** 4619/4
**people [35]** 4509/16 4510/21 4510/23 4514/20 4557/16 4585/8 4600/14 4605/21 4606/7 4613/7 4617/11
**Parler [1]** 4528/24
**part [2]** 4632/21 4639/13 4640/16 4640/21 4641/16 4641/17 4643/25 4646/8 4646/17 4646/17 4649/19 4646/21 4667/11 4675/18 4675/23 4676/11 4676/16 4676/21 4676/22 4678/2 4678/23 4680/20 4683/14 4684/12
**perceived [1]** 4500/5
**perfectly [1]** 4666/14
**perform [2]** 4640/12 4649/25
**performed [1]** 4684/9
**perhaps [1]** 4659/7
**period [13]** 4518/16 4523/1 4530/11 4546/3 4546/11 4546/24 4547/5 4556/24 4632/16 4633/5 4633/8 4633/14 4672/5
**permission [4]** 4521/25 4560/25 4563/3 4573/18
**permit [15]** 4547/18 4674/25 4675/4 4676/4 4678/1 4680/11 4680/25 4681/10 4682/8 4683/6 4683/17 4684/11 4685/7 4686/21 4690/23
**permitting [1]** 4680/10
**persist [2]** 4662/13 4663/18
**person [24]** 4499/16 4500/8 4500/15 4501/13 4528/10 4548/23 4555/21 4560/10 4560/13 4560/14 4596/15 4608/20 4612/6 4622/25 4624/23 4625/7 4627/14 4627/19 4628/11 4628/11 4631/4 4678/6 4682/21 4684/6
**person's [1]** 4596/17
**personal [6]** 4528/10 4614/14 4627/9 4630/10 4631/2 4631/3
**personally [2]** 4615/14 4623/21
**persons [2]** 4501/3 4688/18
**perspective [1]** 4499/22
**Peter [2]** 4494/9 4494/10
**petercooperlaw.com [1]** 4494/13
**ph [1]** 4653/1
**phone [128]** 4502/8 4502/12 4502/13 4508/22 4516/9

**P**

**phone... [123]** 4519/16
4519/19 4527/25 4528/2
4530/10 4531/24 4532/1
4533/20 4533/23 4534/16
4534/20 4534/21 4538/2
4538/21 4540/15 4540/16
4541/10 4541/21 4542/13
4543/2 4543/17 4545/4
4545/7 4545/10 4545/24
4546/3 4546/5 4546/7 4546/7
4546/11 4548/8 4554/25
4555/4 4561/6 4577/15
4579/24 4580/4 4580/7
4580/21 4580/22 4580/24
4582/1 4582/3 4582/15
4582/15 4583/7 4583/15
4583/24 4584/2 4584/6
4588/5 4588/8 4588/11
4592/13 4592/16 4596/15
4596/18 4596/18 4598/2
4599/11 4602/25 4603/9
4603/10 4603/21 4604/5
4604/10 4604/11 4604/17
4606/24 4610/4 4616/18
4617/19 4617/21 4621/8
4621/22 4622/5 4622/10
4622/11 4623/4 4623/21
4624/8 4625/1 4625/2
4625/15 4625/19 4625/25
4626/15 4627/9 4628/1
4628/2 4628/10 4631/6
4631/7 4631/11 4631/14
4633/4 4633/7 4633/12
4634/21 4634/23 4635/2
4635/6 4635/8 4635/18
4635/19 4641/23 4642/20
4642/24 4647/19 4651/12
4653/16 4653/17 4655/6
4668/20 4668/23 4669/5
4669/6 4669/9 4669/17
4669/21 4670/6 4670/15
4670/16
**phones [15]** 4544/19 4575/1
4575/5 4582/11 4591/9
4593/19 4599/5 4602/19
4603/3 4603/4 4603/20
4603/20 4603/25 4604/2
4626/13
**photograph [22]** 4538/15
4538/18 4538/21 4539/8

4539/10 4539/17 4540/25
4541/2 4541/9 4541/13
4541/24 4542/3 4542/16
4543/6 4544/2 4564/2 4572/5
4572/6 4572/8 4572/11
4622/22 4622/25
**photographs [3]** 4540/11
4540/15 4543/22
**photos [1]** 4538/1
**phrase [1]** 4583/12
**physical [1]** 4679/13
**pic [1]** 4538/13
**pick [2]** 4597/13 4600/21
**pics [2]** 4535/3 4600/18
**picture [10]** 4539/23 4563/10
4563/17 4641/18 4650/6
4684/13 4684/18 4685/2
4685/5 4687/23
**pictures [2]** 4641/15 4641/16
**piece [2]** 4509/6 4681/7
**pile [1]** 4514/6
**Pin [1]** 4500/12
**Pine [1]** 4495/16
**pinned [1]** 4660/25
**pistol [4]** 4564/5 4564/5
4565/25 4572/15
**place [7]** 4506/23 4596/8
4598/6 4621/19 4625/25
4649/11 4659/2
**placed [2]** 4500/21 4652/17
**Plaintiff [2]** 4493/4 4498/19
**plan [11]** 4595/22 4639/6
4642/23 4644/1 4644/2
4644/22 4646/4 4646/6
4646/15 4649/17 4659/2
**plane [4]** 4655/7 4655/9
4655/10 4655/11
**planning [2]** 4535/21
4686/19
**plans [2]** 4645/23 4695/10
**play [5]** 4506/23 4522/18
4559/21 4593/16 4682/3
**played [2]** 4559/23 4658/14
**plays [1]** 4661/7
**please [134]** 4507/21
4508/15 4509/20 4509/25
4510/6 4512/18 4513/23
4514/1 4514/8 4514/14
4514/17 4515/15 4515/18
4515/24 4516/19 4518/4
4519/6 4519/7 4520/1

4520/25 4521/9 4522/3
4523/3 4524/15 4525/11
4525/16 4525/24 4526/22
4527/10 4528/20 4529/3
4529/25 4531/24 4532/4
4532/9 4532/12 4532/19
4533/11 4533/13 4535/6
4535/10 4536/6 4536/10
4536/16 4536/21 4537/20
4538/17 4538/23 4538/24
4539/6 4540/1 4540/7 4540/9
4541/12 4542/18 4542/21
4544/15 4548/15 4549/14
4550/2 4551/17 4552/16
4552/18 4553/18 4554/2
4554/19 4555/10 4556/3
4556/5 4557/25 4558/24
4559/9 4559/16 4559/18
4567/15 4568/9 4568/22
4570/3 4570/13 4571/8
4571/13 4572/17 4572/18
4574/17 4575/23 4576/7
4576/11 4577/9 4577/13
4578/25 4579/16 4580/9
4581/1 4583/18 4584/11
4584/12 4586/1 4586/16
4587/2 4587/11 4587/12
4589/6 4589/16 4589/19
4590/5 4590/15 4593/5
4593/8 4594/15 4595/8
4595/11 4595/15 4597/9
4597/22 4598/7 4598/22
4598/25 4599/9 4599/12
4599/16 4600/7 4600/10
4607/18 4608/5 4609/9
4610/4 4612/12 4615/8
4623/12 4638/11 4648/23
4649/2 4650/18 4665/1
**PLLC [1]** 4496/3
**plus [2]** 4596/5 4659/16
**PM [3]** 4587/18 4664/25
4696/12
**PO [1]** 4496/8
**point [55]** 4505/3 4505/25
4508/24 4511/9 4517/8
4517/24 4519/21 4523/19
4525/24 4527/10 4530/13
4534/1 4538/7 4540/18
4544/25 4545/12 4546/25
4549/10 4550/3 4553/3
4555/6 4556/15 4558/8

**point... [32]** 4564/3 4565/12
4567/9 4568/5 4569/20
4571/1 4571/17 4573/2
4573/17 4575/7 4578/2
4584/23 4585/19 4586/25
4588/25 4593/23 4602/11
4628/4 4628/6 4632/9 4637/7
4637/19 4638/4 4655/23
4660/19 4660/23 4662/2
4662/3 4662/22 4664/17
4681/8 4691/2
**pointed [2]** 4517/11 4585/23
**police [9]** 4499/8 4509/23
4583/8 4623/1 4640/25
4641/2 4643/7 4647/5
4652/15
**politest [1]** 4692/6
**pooper [1]** 4595/14
**poor [1]** 4679/23
**popular [1]** 4614/24
**portion [5]** 4523/5 4550/5
4550/6 4550/21 4659/7
**portions [1]** 4550/14
**portrayed [1]** 4680/19
**position [3]** 4499/15 4500/16
4670/4
**possess [2]** 4617/2 4688/15
**possessed [1]** 4672/4
**possibility [2]** 4564/5
4665/21
**possible [6]** 4627/25
4659/25 4660/9 4695/19
4695/23 4695/24
**post [6]** 4528/21 4528/24
4529/3 4596/21 4601/11
4632/16
**posted [2]** 4529/1 4653/17
**postings [1]** 4617/23
**posts [1]** 4527/2
**posture [1]** 4678/3
**potential [3]** 4626/18
4663/24 4664/15
**potentiality [1]** 4668/10
**potentially [6]** 4500/25
4574/14 4659/16 4667/23
4669/12 4671/14
**power [1]** 4596/6
**powerfully [1]** 4499/12
**Praetorian [1]** 4645/8
**precise [1]** 4687/2

**predicate [3]** 4674/10
4674/12 4691/6
**predicated [1]** 4672/25
**predictably [1]** 4499/25
**predicted [1]** 4562/9
**preferable [1]** 4694/13
**preference [1]** 4692/12
**prejudicial [5]** 4503/3 4503/4
4504/15 4504/14 4677/20
**preparation [1]** 4686/19
**prepare [3]** 4576/8 4633/12
4662/8
**prepared [7]** 4505/2 4505/23
4637/2 4654/21 4659/19
4668/8 4692/25
**prerogative [1]** 4503/25
**presence [1]** 4679/13
**present [9]** 4506/4 4622/2
4638/4 4654/21 4661/15
4664/4 4670/22 4692/25
4693/3
**presented [2]** 4562/7 4691/7
**presenting [1]** 4504/17
**presents [1]** 4664/15
**preservation [1]** 4578/21
**president [12]** 4503/8
4503/14 4639/14 4640/16
4640/17 4641/5 4679/9
4679/9 4684/25 4688/1
4688/5 4688/7
**President Trump [2]**
4640/16 4640/17
**press [2]** 4535/8 4681/16
**presumably [2]** 4499/4
4502/12
**presumes [1]** 4504/5
**presumption [1]** 4670/10
**pretty [1]** 4536/8
**Prettyman [1]** 4496/12
**prevent [3]** 4654/6 4663/3
4679/8
**prevented [1]** 4671/1
**preventing [1]** 4671/24
**previous [5]** 4535/19
4543/23 4548/19 4551/8
4597/17
**primarily [1]** 4682/10
**primary [2]** 4682/9 4689/23
**printed [3]** 4604/3 4604/4
4604/5
**prior [14]** 4511/3 4511/11

4527/12 4527/13 4530/15
4593/25 4606/25 4613/14
4613/17 4622/14 4643/11
4651/16 4674/20 4679/7
**privacy [1]** 4600/6
**Pro [1]** 4604/20
**proactively [1]** 4682/12
**probably [4]** 4624/6 4652/24
4665/17 4665/19 4667/9
4668/2 4670/19
**probative [7]** 4503/4 4503/12
4504/16 4675/1 4675/5
4679/16 4683/8
**problems [1]** 4536/23
**proceed [3]** 4507/24 4661/15
4672/9
**proceedings [4]** 4493/9
4496/14 4696/12 4697/4
**process [6]** 4523/17 4532/1
4588/20 4603/24 4652/18
4677/11
**processing [7]** 4677/2
4677/8 4677/14 4677/16
4684/22 4686/17 4687/24
**produced [1]** 4496/15
**producing [1]** 4564/16
**production [1]** 4564/11
**professional [2]** 4630/20
4638/19
**proffer [3]** 4666/7 4674/15
4674/16
**proffered [2]** 4671/19 4679/4
**profile [1]** 4593/4
**prone [1]** 4683/15
**prong [1]** 4651/24
**proof [2]** 4669/22 4671/7
**properly [1]** 4505/6
**property [8]** 4652/6 4652/11
4652/13 4652/14 4652/23
4653/1 4653/24 4671/9
**proposed [9]** 4657/15
4671/14 4672/10 4674/2
4674/7 4674/16 4676/20
4690/9 4690/15
**proposes [1]** 4670/24
**proposition [1]** 4623/25
**prosecutors [1]** 4500/1
**protectee [1]** 4641/12
**protection [6]** 4644/12
4644/17 4644/18 4645/6
4645/7 4645/9

**protest [1]** 4688/8
**protesters [2]** 4609/14 4609/15
**protocol [1]** 4625/22
**proud [2]** 4526/8 4532/8
**prove [1]** 4641/21
**proverbial [1]** 4499/24
**provide [7]** 4636/14 4638/20 4639/15 4641/11 4644/11 4645/9 4687/20
**provided [4]** 4516/22 4604/7 4604/8 4669/10
**proving [1]** 4500/1
**psychiatric [1]** 4671/20
**psychological [1]** 4690/10
**publish [20]** 4518/4 4519/25 4521/21 4523/25 4527/17 4530/22 4534/7 4540/24 4545/18 4553/9 4555/10 4561/1 4572/19 4580/9 4580/14 4581/13 4585/2 4589/6 4592/20 4594/4
**published [4]** 4509/2 4512/14 4521/25 4592/23
**pull [2]** 4615/22 4623/12
**pure [1]** 4688/3
**purely [1]** 4628/4
**purport [1]** 4564/12
**purpose [6]** 4670/17 4676/5 4676/20 4677/18 4684/24 4685/25
**purposes [5]** 4628/6 4671/6 4671/7 4679/17 4696/1
**pursuant [6]** 4517/25 4523/17 4523/19 4530/21 4550/3 4588/25
**push [1]** 4531/10
**Pushed [1]** 4529/6
**pushing [3]** 4537/2 4562/4 4613/8
**put [22]** 4503/12 4503/19 4560/17 4578/11 4598/5 4601/23 4623/7 4636/7 4638/24 4639/3 4645/15 4646/5 4655/23 4655/24 4656/5 4659/17 4662/16 4670/13 4685/18 4691/5 4691/11 4695/3
**puts [1]** 4501/21
**putting [1]** 4656/3

**Q**

**QRF [6]** 4556/21 4557/11 4557/16 4649/16 4649/18 4649/22
**Qs [1]** 4657/22
**qualified [2]** 4499/12 4673/8
**qualify [2]** 4500/2 4502/25
**quality [2]** 4500/10 4504/15
**quantity [1]** 4499/18
**Quarles [1]** 4628/23
**question [35]** 4499/5 4500/3 4501/16 4501/22 4502/18 4505/25 4508/10 4547/22 4561/4 4607/7 4612/12 4625/13 4625/14 4630/17 4632/4 4648/12 4652/2 4657/4 4660/4 4669/12 4670/18 4673/24 4673/25 4674/4 4674/9 4674/11 4675/3 4676/3 4680/15 4682/14 4683/13 4685/14 4685/22 4690/12 4693/7
**questioning [3]** 4670/13 4670/14 4676/6
**questions [20]** 4603/13 4609/9 4626/21 4628/20 4629/17 4629/20 4630/10 4630/12 4631/5 4631/8 4631/16 4631/17 4631/19 4631/25 4632/11 4632/13 4633/17 4635/11 4653/24 4691/1
**quick [13]** 4516/20 4529/21 4557/6 4628/21 4630/14 4630/19 4631/3 4649/20 4649/20 4649/21 4653/12 4653/21 4672/8
**quickly [1]** 4677/20
**quite [4]** 4503/15 4505/6 4563/21 4660/3
**quote [12]** 4526/11 4526/12 4561/15 4658/9 4670/8 4671/19 4671/21 4672/2 4672/7 4688/25 4689/2 4689/3
**quote/unquote [2]** 4658/9 4670/8
**quoting [1]** 4671/19

**R**

**Rachel [4]** 4612/5 4612/6

4612/7 4612/8
**racist [1]** 4639/25
**racks [1]** 4613/8
**radio [1]** 4642/18
**radios [1]** 4642/18
**raise [1]** 4677/17
**raised [2]** 4666/15 4670/10
**Rakoczy [10]** 4493/13 4547/17 4561/3 4587/14 4587/23 4618/4 4660/4 4668/14 4668/16 4670/19
**rallies [2]** 4639/15 4644/19
**rally [7]** 4522/15 4522/18 4522/23 4522/24 4523/17 4524/4 4639/12
**ran [1]** 4668/20
**range [1]** 4686/18
**rash [1]** 4649/9
**rather [6]** 4547/24 4589/23 4626/4 4682/10 4682/14 4683/19
**rattle [1]** 4598/9
**Raymond [1]** 4643/10
**rea [9]** 4671/21 4674/2 4674/9 4675/25 4676/3 4682/10 4683/8 4685/8 4685/14
**reach [3]** 4627/24 4673/21 4688/10
**reached [1]** 4573/19
**reaches [1]** 4597/24
**react [2]** 4595/24 4598/8
**Reaction [6]** 4529/21 4557/6 4630/14 4630/19 4631/3 4649/20
**read [30]** 4499/11 4509/20 4514/12 4529/3 4529/13 4532/19 4535/14 4545/3 4546/24 4560/14 4573/18 4575/23 4589/16 4590/15 4593/2 4600/21 4602/21 4607/11 4609/17 4612/10 4612/17 4619/24 4632/1 4634/7 4634/14 4656/23 4657/3 4657/22 4657/22 4679/15
**reading [11]** 4516/1 4573/20 4576/7 4631/21 4657/23 4657/24 4660/24 4678/3 4678/13 4680/6 4690/6
**ready [7]** 4507/24 4515/17

**ready... [5]** 4576/10 4642/12 4642/13 4643/22 4643/25

**real [3]** 4577/20 4596/17 4653/21

**realistically [1]** 4651/1

**reality [1]** 4576/3

**realized [1]** 4646/16

**really [7]** 4506/17 4547/23 4642/9 4649/3 4653/6 4663/4 4673/11

**reason [7]** 4507/9 4611/4 4645/16 4676/19 4679/6 4680/8 4692/4

**reasonable [3]** 4499/15 4500/15 4675/3

**reasons [5]** 4505/16 4677/9 4682/9 4683/17 4692/1

**rebut [1]** 4676/5

**rebuttal [6]** 4692/9 4692/23 4695/8 4695/18 4695/24 4696/6

**recall [24]** 4508/6 4562/25 4588/2 4596/19 4602/23 4604/11 4611/25 4613/2 4613/5 4616/13 4618/9 4621/2 4622/16 4629/20 4629/23 4630/12 4631/8 4631/19 4631/21 4632/13 4633/13 4637/24 4637/25 4660/18

**receipt [1]** 4523/12

**received [34]** 4509/3 4512/15 4518/3 4519/24 4523/24 4527/15 4530/17 4534/4 4538/11 4540/22 4544/23 4545/10 4545/17 4548/5 4550/10 4552/9 4553/7 4555/9 4565/9 4566/18 4566/19 4567/12 4569/25 4570/1 4571/5 4571/21 4574/9 4575/10 4580/13 4585/1 4589/5 4594/3 4605/11 4619/4

**recent [1]** 4684/21

**recess [2]** 4587/18 4664/25

**recite [1]** 4681/19

**recognizable [1]** 4672/22

**recognize [20]** 4508/19 4523/8 4530/4 4533/16 4537/24 4539/10 4539/19

4541/2 4543/6 4544/17 4549/18 4560/2 4570/21 4572/6 4572/21 4574/20 4579/20 4584/15 4592/5 4607/22

**recognized [3]** 4673/15 4673/16 4674/25

**recoil [1]** 4689/1

**recoiled [1]** 4689/5

**recoiling [1]** 4689/11

**record [22]** 4504/8 4506/15 4517/25 4523/20 4524/4 4530/21 4550/4 4559/19 4570/18 4589/1 4636/8 4653/13 4662/21 4664/16 4666/24 4689/6 4689/17 4691/2 4691/11 4691/21 4693/14 4693/22

**recorded [2]** 4496/14 4597/3

**records [35]** 4517/21 4522/15 4522/24 4523/16 4524/5 4530/19 4549/7 4549/4 4549/18 4549/20 4550/5 4550/17 4551/1 4551/12 4551/13 4551/20 4551/24 4552/2 4552/3 4552/14 4554/3 4588/19 4606/7 4606/16 4621/14 4623/15 4624/21 4628/1 4633/12 4635/18 4635/19 4673/1 4674/20 4683/1 4684/19

**recover [3]** 4533/7 4615/14 4615/17

**recovered [23]** 4517/21 4521/18 4522/15 4527/24 4531/17 4533/19 4533/23 4554/25 4563/2 4568/17 4568/19 4569/4 4569/8 4570/7 4570/10 4570/23 4571/14 4580/7 4583/15 4592/13 4592/15 4615/12 4615/12

**recovering [1]** 4536/9

**recreational [1]** 4614/25

**recreationally [1]** 4614/21

**RECROSS [1]** 4497/3

**Recruit [3]** 4534/17 4534/21 4599/22

**redact [1]** 4503/16

**redacted [2]** 4523/16 4550/5

**redactions [2]** 4657/16 4657/17

**Redden [11]** 4496/2 4496/3 4637/2 4637/14 4637/16 4638/3 4638/6 4638/9 4647/16 4650/10 4650/19

**reddenlawtexas.com [1]** 4496/6

**redirect [3]** 4497/3 4629/13 4629/15

**Reeves [14]** 4510/24 4510/25 4511/7 4512/25 4513/3 4513/14 4513/17 4513/24 4514/9 4514/18 4514/22 4515/5 4515/19 4516/14

**refer [3]** 4599/7 4632/15 4678/8

**reference [4]** 4502/4 4597/6 4601/10 4609/20

**referenced [1]** 4601/11

**references [4]** 4606/23 4606/25 4634/8 4657/18

**referencing [2]** 4503/3 4596/24

**referred [3]** 4525/6 4557/15 4678/10

**referring [2]** 4511/17 4621/5

**reflect [7]** 4503/7 4523/15 4527/2 4541/20 4553/19 4593/10 4662/21

**reflected [2]** 4530/19 4584/17

**reflects [1]** 4503/13

**reflexively [1]** 4682/7

**Refund [1]** 4524/9

**refunded [1]** 4524/9

**regard [6]** 4603/20 4604/16 4608/13 4653/22 4653/23 4654/6

**regarding [3]** 4578/20 4585/8 4621/3

**regardless [2]** 4507/4 4663/5

**regroup [5]** 4641/8 4641/10 4641/13 4641/25 4642/1

**reiterate [1]** 4664/10

**relate [1]** 4650/25

**related [6]** 4518/20 4609/14 4627/10 4674/20 4678/19 4686/16

**relates [2]** 4675/20 4684/17

**relating [1]** 4653/19
**relation [2]** 4520/21 4612/16
**relationship [2]** 4528/10 4671/20
**relative [1]** 4500/13
**relevance [3]** 4614/16 4628/18 4675/6
**relevancy [1]** 4674/12
**relevant [17]** 4547/10 4648/9 4671/15 4671/23 4672/5 4674/4 4675/21 4675/24 4676/3 4677/4 4677/10 4685/5 4685/9 4685/14 4691/8 4691/9 4692/2
**reliable [2]** 4501/8 4680/9
**relief [2]** 4639/21 4640/1
**relook [1]** 4630/7
**rely [2]** 4674/15 4687/8
**remain [2]** 4504/12 4655/1
**remanded [1]** 4672/14
**remember [5]** 4607/8 4618/7 4619/1 4632/4 4658/18
**remind [17]** 4512/21 4517/8 4518/14 4520/3 4529/18 4535/19 4545/20 4555/12 4557/5 4560/10 4560/13 4568/3 4586/21 4587/8 4593/13 4599/20 4601/5
**remote [1]** 4692/15
**removed [1]** 4502/12
**renew [2]** 4637/6 4651/16
**repeat [1]** 4682/7
**repeating [1]** 4682/24
**rephrase [6]** 4561/3 4562/11 4612/12 4617/9 4617/9 4630/17
**replace [1]** 4683/16
**report [10]** 4666/9 4666/25 4679/22 4680/12 4681/9 4681/15 4687/14 4687/18 4687/21 4688/9
**reporter [4]** 4496/11 4496/11 4597/3 4697/8
**reporting [1]** 4681/6
**reports [1]** 4672/24
**reposted [1]** 4596/21
**represent [3]** 4615/6 4638/10 4659/19
**representations [2]** 4637/7 4661/9
**represented [1]** 4657/2
**request [6]** 4503/14 4624/6 4659/12 4660/8 4663/18 4670/22
**require [1]** 4671/10
**required [7]** 4499/24 4637/25 4666/7 4670/16 4671/5 4685/16 4686/9
**requirement [1]** 4690/4
**requirements [1]** 4673/23
**requires [3]** 4637/8 4671/7 4675/24
**requisite [13]** 4499/17 4671/2 4674/5 4677/4 4682/14 4683/9 4683/11 4683/19 4684/15 4684/15 4685/11 4685/15 4686/9
**residing [1]** 4551/6
**resolve [4]** 4659/1 4662/20 4670/2 4696/2
**resolved [3]** 4507/24 4660/4 4663/23
**resolves [1]** 4663/18
**resolving [1]** 4659/9
**respect [24]** 4506/20 4512/3 4574/3 4574/4 4653/11 4653/15 4654/23 4661/12 4670/18 4673/24 4674/24 4675/11 4675/15 4676/7 4676/22 4677/25 4678/15 4679/10 4680/16 4683/3 4685/12 4687/3 4687/11 4691/3
**respectfully [1]** 4506/8
**respond [32]** 4513/9 4514/2 4514/15 4515/9 4516/3 4521/2 4521/7 4525/1 4525/7 4525/12 4532/5 4532/10 4535/7 4535/11 4536/7 4536/11 4536/17 4548/12 4556/6 4558/16 4558/22 4559/3 4589/20 4590/1 4591/4 4594/16 4595/9 4595/12 4595/20 4598/20 4600/8 4632/6
**responded [3]** 4610/12 4641/13 4641/24
**response [8]** 4588/20 4600/17 4607/13 4607/25 4608/3 4635/19 4662/8 4689/2
**responses [1]** 4693/8
**rest [8]** 4537/13 4561/23 4605/5 4608/2 4642/1 4659/10 4659/23 4675/25
**rested [2]** 4681/5 4684/19
**rests [5]** 4635/23 4635/25 4671/9 4673/12 4679/12
**result [2]** 4499/23 4502/9
**resume [1]** 4587/16
**retain [1]** 4578/22
**retardation [1]** 4672/21
**reticent [1]** 4655/1
**returned [2]** 4517/3 4610/1
**returns [1]** 4622/12
**review [12]** 4508/12 4537/16 4584/2 4612/14 4612/18 4613/17 4619/6 4633/12 4672/25 4673/20 4693/13 4693/14
**reviewed [31]** 4510/2 4510/14 4511/3 4514/3 4514/4 4517/3 4519/2 4519/19 4526/18 4527/8 4545/6 4546/10 4549/6 4554/14 4557/21 4559/13 4561/18 4567/23 4574/13 4580/3 4581/25 4582/4 4584/6 4588/10 4602/18 4612/9 4617/25 4674/20 4681/13 4681/15 4683/2
**revoking [1]** 4663/16
**rhetoric [1]** 4640/7
**Rhodes [38]** 4544/10 4546/6 4546/15 4546/21 4547/1 4547/5 4547/7 4547/10 4547/15 4547/20 4548/9 4548/12 4551/3 4551/21 4552/9 4553/1 4575/2 4603/22 4604/10 4604/23 4605/3 4606/14 4607/17 4608/5 4608/13 4612/2 4633/5 4639/1 4642/2 4644/2 4644/10 4644/15 4645/3 4646/7 4647/10 4647/22 4652/10 4653/7
**Rhodes's [3]** 4604/17 4606/24 4648/14
**Richardson [1]** 4512/8
**rifle [5]** 4564/2 4567/1 4567/3 4630/8 4630/9
**right [98]** 4503/7 4503/21

**right... [96]** 4504/25 4506/14 4506/19 4506/23 4506/24 4507/16 4507/19 4510/21 4511/21 4512/2 4512/20 4513/1 4514/14 4514/25 4517/13 4518/2 4520/3 4524/4 4526/3 4530/22 4535/17 4538/19 4545/22 4548/20 4551/10 4558/9 4559/14 4560/4 4560/25 4562/11 4565/16 4567/14 4568/7 4568/8 4569/1 4579/15 4580/18 4580/24 4581/13 4585/24 4589/9 4594/4 4596/10 4596/11 4597/20 4599/11 4599/23 4601/25 4615/2 4619/22 4619/23 4619/25 4620/17 4621/4 4621/9 4622/1 4622/19 4623/1 4623/4 4623/15 4624/9 4624/17 4624/18 4624/21 4626/2 4626/11 4626/25 4627/19 4628/17 4629/2 4629/5 4631/14 4636/4 4638/2 4638/6 4649/12 4650/18 4651/2 4651/5 4654/13 4659/1 4661/5 4662/9 4664/19 4664/24 4667/10 4667/16 4670/24 4682/5 4685/21 4686/1 4689/20 4690/25 4692/12 4693/18 4693/21
**rights [2]** 4506/21 4664/14
**riot [1]** 4640/23
**rioting [1]** 4641/16
**riots [1]** 4641/3
**rise [1]** 4506/24
**risk [2]** 4578/5 4665/21
**risks [1]** 4675/1
**road [4]** 4495/3 4507/17 4507/18 4649/19
**ROBERTSON [1]** 4494/6
**Roger [1]** 4642/6
**role [5]** 4503/14 4522/18 4522/21 4593/16 4682/3
**room [5]** 4558/23 4610/20 4611/3 4640/8 4690/6
**Rossi [8]** 4495/10 4521/23 4609/1 4609/3 4615/6

**Rotunda [3]** 4529/6 4681/21 4681/22
**rough [1]** 4593/17
**roughly [2]** 4602/6 4602/13
**Rouhi [12]** 4510/9 4511/24 4512/18 4526/14 4534/6 4537/6 4538/12 4540/2 4540/24 4544/7 4570/4 4572/1
**Rouhi's [1]** 4633/18
**route [3]** 4556/22 4557/13 4691/24
**row [4]** 4517/12 4545/22 4556/16 4585/20
**rows [1]** 4552/6
**RPR [1]** 4697/8
**rule [11]** 4499/13 4500/3 4505/12 4505/15 4527/14 4661/20 4663/20 4668/8 4670/21 4673/23 4694/23
**Rule 12.220 [1]** 4663/20
**Rule 702 [1]** 4673/23
**Rule 804 [1]** 4527/14
**ruling [6]** 4503/19 4507/13 4668/7 4674/14 4690/25 4691/3
**rulings [1]** 4691/24
**run [1]** 4624/2
**running [2]** 4598/17 4642/9
**runs [1]** 4626/13
**Rusty [2]** 4591/19 4591/22

## S

**SA [5]** 4497/5 4497/6 4497/7 4497/8 4497/9
**safe [1]** 4631/4
**said [63]** 4505/4 4505/17 4508/4 4526/3 4535/12 4547/6 4547/17 4559/13 4564/8 4580/16 4581/8 4581/25 4589/8 4591/9 4597/18 4609/22 4615/12 4618/21 4621/23 4621/24 4628/14 4629/9 4629/9 4632/9 4637/4 4639/7 4641/7 4641/10 4641/25 4643/3 4643/5 4645/14 4645/18 4645/25 4646/17 4647/21 4647/24 4651/7 4651/8 4651/13 4658/8 4658/11

**4658/15** 4658/17 4666/4 4666/9 4667/2 4668/9 4668/22 4669/18 4670/1 4672/11 4679/25 4681/15 4685/7 4687/10 4688/7 4688/8 4688/22 4690/21 4691/17 4691/25 4694/8
**same [15]** 4510/17 4525/18 4542/2 4563/4 4566/16 4569/22 4572/23 4599/1 4620/8 4628/10 4637/1 4656/18 4663/8 4674/23 4685/12
**SANDRA [21]** 4493/6 4494/2 4504/4 4570/8 4570/23 4571/14 4572/8 4573/7 4602/10 4603/7 4603/9 4603/10 4604/13 4605/22 4606/18 4606/23 4608/9 4608/14 4654/8 4661/10 4662/6
**Sandy [3]** 4533/3 4536/23 4601/23
**Sandy's [3]** 4532/20 4535/25 4596/8
**Sapper [2]** 4643/19 4643/19
**sat [1]** 4620/19
**satisfies [1]** 4673/23
**sauce [3]** 4535/5 4600/20 4600/22
**saved [6]** 4528/2 4534/16 4580/21 4596/15 4596/18 4598/1
**saw [8]** 4551/12 4613/6 4617/4 4618/25 4619/17 4623/16 4666/21 4682/25
**say [156]** 4502/9 4505/20 4505/24 4512/3 4513/5 4513/11 4513/14 4513/21 4514/11 4514/18 4514/22 4515/6 4515/11 4515/16 4515/22 4516/5 4516/8 4516/11 4516/14 4516/17 4518/12 4520/14 4521/14 4522/8 4524/23 4525/3 4525/9 4525/14 4526/7 4526/11 4528/15 4531/9 4532/7 4535/2 4536/3 4536/22 4536/25 4537/4 4537/8 4537/10 4547/4 4548/8 4549/2 4555/24

**say... [112]** 4557/13 4558/25 4560/23 4564/22 4576/14 4577/2 4577/5 4577/11 4577/11 4577/17 4578/1 4578/10 4578/18 4579/1 4579/8 4580/23 4581/23 4583/3 4586/4 4586/19 4587/5 4589/22 4590/3 4590/20 4590/23 4591/7 4591/11 4591/12 4591/22 4594/13 4595/2 4595/16 4596/2 4596/4 4596/20 4597/10 4598/4 4598/15 4598/23 4599/1 4599/10 4599/14 4599/25 4600/12 4600/17 4601/7 4601/22 4609/13 4609/25 4610/23 4611/4 4611/5 4611/12 4611/13 4612/4 4613/3 4613/11 4613/14 4613/20 4613/21 4614/5 4614/21 4614/22 4614/24 4615/18 4616/12 4617/5 4617/6 4617/6 4617/11 4617/14 4619/3 4623/21 4623/24 4624/4 4625/9 4627/10 4627/12 4628/13 4628/19 4631/2 4632/8 4633/22 4634/5 4634/9 4635/4 4635/6 4645/16 4646/9 4646/10 4646/11 4646/18 4647/23 4648/14 4651/13 4657/1 4657/4 4657/23 4657/23 4658/10 4660/16 4665/22 4666/8 4666/8 4666/10 4666/11 4669/24 4672/15 4677/20 4683/13 4691/18 4691/20
**saying [9]** 4535/23 4546/15 4557/10 4607/3 4617/5 4629/1 4629/3 4669/24 4681/22
**says [11]** 4501/24 4522/9 4522/9 4604/22 4607/6 4607/18 4607/21 4607/23 4629/1 4666/25 4679/22
**scale [1]** 4514/19
**Scalia [1]** 4665/12
**schedule [1]** 4694/1
**scheduled [2]** 4641/4 4642/6

**scheduling [12]** 4654/16 4654/22 4659/5 4661/7 4692/7 4692/10 4692/17 4692/22 4693/24 4694/6 4694/14 4695/25
**scheme [1]** 4690/20
**school [3]** 4672/25 4684/19 4684/20
**schools [1]** 4643/18
**scientific [4]** 4671/17 4673/13 4673/22 4691/6
**scissors [1]** 4580/24
**screaming [1]** 4514/20
**screen [25]** 4512/21 4519/6 4523/3 4523/6 4533/11 4549/14 4550/22 4554/18 4559/16 4560/3 4560/9 4567/18 4572/2 4572/5 4572/18 4572/21 4574/16 4581/17 4582/19 4583/11 4583/19 4584/4 4584/12 4592/2 4604/15
**scroll [1]** 4579/10
**scrubbed [2]** 4581/4 4581/9
**scrubber [1]** 4581/2
**SE [1]** 4494/7
**Sea [4]** 4524/19 4524/21 4524/23 4525/4
**search [21]** 4582/7 4582/9 4588/5 4615/25 4631/10 4668/19 4668/19 4668/23 4669/4 4669/5 4669/7 4669/9 4669/9 4669/13 4669/14 4669/17 4669/18 4670/6 4670/6 4670/15 4670/16
**searched [6]** 4582/16 4583/7 4583/24 4602/16 4602/25 4603/10
**searching [1]** 4603/20
**seat [2]** 4529/23 4650/18
**seated [1]** 4507/21
**second [13]** 4501/14 4505/18 4529/20 4535/14 4556/16 4561/6 4567/14 4568/6 4585/20 4597/17 4621/14 4642/24 4652/5
**seconds [6]** 4559/18 4559/20 4559/22 4559/25 4567/16 4689/17
**section [4]** 4499/12 4526/1 4574/5 4671/7

**secured [3]** 4574/24 4575/19 4643/20
**security [35]** 4638/14 4638/16 4638/18 4638/19 4638/19 4638/20 4639/2 4639/3 4639/6 4639/10 4639/15 4640/12 4641/11 4642/6 4642/9 4642/14 4642/15 4642/17 4642/23 4643/24 4644/1 4644/2 4644/3 4644/11 4644/20 4645/5 4645/15 4645/19 4646/4 4646/8 4646/15 4647/11 4649/17 4649/24 4650/3
**see [70]** 4507/18 4513/7 4525/22 4531/10 4535/3 4539/6 4539/16 4541/24 4542/15 4543/4 4544/9 4550/17 4550/21 4551/8 4551/9 4551/20 4560/3 4560/9 4560/13 4561/17 4561/25 4564/2 4567/18 4567/21 4568/12 4569/16 4572/5 4572/11 4572/21 4576/19 4576/20 4582/3 4586/2 4586/17 4587/3 4587/17 4588/17 4590/6 4591/15 4595/4 4597/23 4600/18 4604/19 4606/18 4606/22 4607/19 4608/1 4608/19 4610/1 4623/8 4625/1 4630/6 4637/14 4637/19 4638/7 4639/14 4641/18 4644/8 4650/16 4655/17 4661/11 4662/9 4670/2 4684/18 4685/5 4687/22 4695/20 4696/7 4696/7 4696/10
**seeing [12]** 4548/16 4553/11 4581/17 4584/4 4585/4 4585/10 4604/25 4629/23 4641/3 4650/15 4684/13 4685/2
**seek [30]** 4508/24 4511/9 4517/24 4519/21 4521/25 4523/20 4530/13 4534/1 4538/7 4540/18 4544/25 4545/12 4550/5 4553/3 4555/6 4561/1 4563/5 4565/5 4566/4 4566/14 4567/9

**seek... [9]** 4569/20 4571/1
4571/17 4575/7 4584/23
4589/2 4592/19 4592/20
4593/23
**seeking [2]** 4563/12 4687/18
**seem [3]** 4502/9 4679/25
4694/7
**seemed [1]** 4688/9
**seems [4]** 4501/25 4502/5
4558/14 4600/13
**seen [10]** 4549/9 4586/6
4603/6 4605/2 4605/19
4606/22 4611/7 4652/7
4653/3 4686/24
**sees [1]** 4547/4
**seize [1]** 4588/5
**seized [6]** 4582/15 4583/24
4602/16 4602/25 4603/9
4635/9
**self [4]** 4579/5 4681/6
4681/11 4694/1
**self-incriminating [1]** 4579/5
**self-reporting [1]** 4681/6
**self-serving [1]** 4681/11
**sell [1]** 4679/10
**Senate [2]** 4528/18 4529/7
**send [21]** 4509/13 4513/3
4514/9 4516/12 4516/15
4518/10 4521/11 4524/19
4531/22 4532/22 4534/25
4548/23 4548/25 4581/21
4589/12 4596/13 4598/12
4627/24 4641/18 4650/22
4669/20
**senders [1]** 4553/14
**sending [4]** 4513/17 4515/4
4531/3 4643/23
**sense [2]** 4504/24 4564/16
**sensitivities [1]** 4689/1
**sensitivity [1]** 4688/24
**sensory [4]** 4685/6 4685/9
4688/24 4688/25
**sent [72]** 4508/22 4509/9
4509/11 4510/2 4510/14
4513/2 4517/21 4518/8
4519/2 4520/6 4522/25
4527/2 4527/19 4527/22
4529/14 4530/6 4531/20
4533/8 4535/16 4535/20
4537/17 4538/15 4538/21

4538/24 4539/2 4539/6
4539/17 4540/15 4541/9
4541/15 4541/24 4542/9
4542/13 4542/15 4542/23
4543/2 4543/5 4543/13
4543/15 4543/17 4543/22
4544/2 4544/22 4545/10
4551/8 4554/8 4554/14
4555/15 4555/17 4558/1
4580/17 4581/19 4582/11
4583/22 4584/5 4585/7
4590/17 4591/15 4603/7
4604/8 4605/3 4606/13
4608/13 4612/17 4620/25
4625/2 4633/24 4634/15
4635/6 4641/16 4641/21
4662/17
**serious [3]** 4657/4 4686/12
4688/17
**serve [1]** 4657/5
**served [3]** 4582/7 4643/12
4643/13
**servers [2]** 4635/3 4635/5
**service [4]** 4625/24 4626/10
4627/25 4628/9
**services [1]** 4626/7
**serving [2]** 4657/14 4681/11
**Session [1]** 4493/7
**set [4]** 4512/4 4531/13
4587/6 4630/19
**sets [1]** 4677/6
**seven [2]** 4502/18 4649/21
**seven weeks [1]** 4502/18
**sever [2]** 4507/14 4637/6
**several [5]** 4518/19 4552/3
4568/12 4634/7 4691/8
**severe [2]** 4675/13 4690/16
**severity [1]** 4675/15
**sex [1]** 4690/12
**sfbrennwald [1]** 4494/8
**shall [1]** 4674/5
**shape [2]** 4606/6 4686/11
**shaping [1]** 4688/10
**sharing [3]** 4532/23 4574/24
4575/19
**she [90]** 4501/24 4502/21
4503/5 4503/20 4503/21
4503/22 4504/1 4504/5
4506/5 4507/5 4507/8 4507/9
4509/19 4520/21 4525/9
4526/7 4526/10 4526/17

4536/24 4537/2 4537/10
4545/24 4546/1 4547/1
4547/13 4548/25 4549/2
4589/22 4596/4 4601/11
4610/20 4610/23 4611/2
4611/3 4611/3 4611/5
4611/14 4618/8 4637/4
4644/8 4644/9 4652/3
4652/25 4653/17 4653/18
4654/10 4657/2 4660/16
4660/22 4660/22 4661/16
4662/14 4662/17 4663/7
4664/14 4664/15 4665/22
4666/8 4666/9 4666/10
4666/12 4666/13 4666/25
4667/17 4668/17 4668/18
4674/21 4674/22 4675/19
4676/13 4679/25 4679/25
4680/2 4680/23 4681/15
4681/15 4682/25 4683/1
4687/15 4687/18 4687/21
4687/25 4688/8 4688/25
4692/14 4692/14 4692/18
4692/19 4693/13 4693/14
**she'll [1]** 4662/17
**she's [13]** 4503/25 4503/25
4506/5 4507/6 4520/24
4526/3 4526/5 4537/1 4547/9
4611/11 4661/14 4664/13
4666/10
**sheer [1]** 4641/15
**Shelby [4]** 4520/15 4520/16
4618/17 4618/21
**Shipley [8]** 4496/7 4496/8
4546/18 4547/12 4619/11
4632/11 4636/22 4638/10
**shirt [6]** 4521/15 4521/18
4522/6 4615/12 4615/12
4615/18
**shit [3]** 4515/17 4516/18
4535/12
**shit's [1]** 4558/14
**shoot [1]** 4614/21
**short [2]** 4521/11 4661/15
**shortly [5]** 4512/10 4587/17
4616/11 4674/6 4678/17
**should [13]** 4530/18 4560/23
4604/15 4617/6 4648/5
4656/15 4657/13 4660/19
4664/6 4667/22 4671/18
4683/13 4687/8

**shouldn't [4]** 4521/8 4632/9 4656/16 4667/17
**show [29]** 4522/3 4526/23 4546/10 4547/19 4551/24 4563/6 4565/22 4570/13 4571/7 4571/10 4604/13 4608/2 4627/25 4628/1 4628/1 4640/14 4643/3 4643/25 4645/23 4646/17 4647/2 4647/4 4648/22 4649/10 4649/14 4649/18 4649/23 4677/22 4681/3
**showed [7]** 4572/23 4572/25 4658/20 4676/25 4677/12 4684/21 4687/23
**showing [8]** 4509/16 4521/23 4549/12 4648/18 4648/20 4658/21 4668/21 4671/10
**shown [3]** 4654/4 4670/3 4673/19
**shows [9]** 4524/5 4553/13 4625/2 4654/4 4655/23 4682/17 4682/20 4684/5 4686/4
**shut [11]** 4515/7 4578/11 4617/5 4629/1 4680/20 4680/24 4681/2 4681/5 4687/13 4689/3 4689/5
**shutting [7]** 4680/16 4680/25 4681/4 4681/10 4681/24 4682/1 4689/11
**sic [2]** 4631/5 4631/16
**sick [1]** 4645/24
**side [3]** 4517/12 4541/7 4541/8
**sidewalks [1]** 4640/24
**Siekerman [2]** 4645/14 4646/5
**sight [1]** 4573/4
**signal [17]** 4511/21 4516/9 4516/18 4519/10 4554/22 4556/23 4579/2 4580/25 4585/6 4585/7 4588/11 4618/7 4618/8 4618/10 4618/14 4632/21 4642/25
**significant [1]** 4528/13
**silent [1]** 4578/12
**similar [2]** 4610/9 4643/11
**similarly [1]** 4667/5

**Simmons [2]** 4549/22 4549/24
**simply [1]** 4621/19
**since [6]** 4504/9 4504/13 4558/14 4581/14 4647/3 4691/9
**sincere [2]** 4694/20 4694/21
**sincerity [1]** 4694/22
**single [2]** 4681/13 4687/4
**Siniff [2]** 4528/9 4528/16
**sinus [1]** 4536/23
**sir [7]** 4532/11 4598/21 4603/19 4615/2 4615/9 4619/10 4619/16
**sit [3]** 4576/8 4638/12 4657/21
**sitting [2]** 4547/10 4694/14
**situation [9]** 4510/4 4644/5 4657/11 4675/16 4680/14 4688/16 4689/5 4689/9 4691/4
**situations [2]** 4680/17 4683/14
**six [2]** 4502/18 4692/9
**skilled [1]** 4638/17
**skimmed [1]** 4665/12
**sleeping [1]** 4556/2
**slept [1]** 4536/9
**slide [13]** 4510/10 4510/11 4510/12 4512/17 4513/23 4516/16 4516/19 4548/19 4559/10 4597/17 4618/6 4618/20 4623/8
**slides [6]** 4510/9 4510/14 4512/4 4617/4 4617/11 4617/14
**slow [2]** 4677/8 4677/14
**slowly [1]** 4677/10
**small [3]** 4524/3 4635/18 4667/11
**smaller [1]** 4521/16
**smiling [1]** 4657/4
**smoking [1]** 4499/24
**Snaden [3]** 4589/12 4589/14 4590/1
**snippets [1]** 4635/18
**so [201]** 4499/14 4499/21 4500/5 4500/14 4501/9 4502/17 4502/18 4502/18 4502/23 4503/12 4503/16 4504/1 4504/21 4504/22

4505/2 4505/2 4505/6 4505/11 4505/25 4506/10 4507/8 4507/24 4507/24 4511/21 4511/21 4512/2 4512/13 4512/13 4512/20 4513/1 4521/15 4522/13 4528/15 4532/8 4541/17 4542/7 4544/7 4545/6 4546/22 4547/13 4547/17 4547/21 4547/24 4548/8 4548/20 4552/4 4555/12 4556/19 4558/11 4558/13 4559/13 4561/13 4561/18 4562/6 4562/20 4563/20 4563/22 4564/13 4571/23 4576/8 4576/20 4577/11 4578/22 4579/4 4579/15 4581/8 4582/14 4584/8 4585/10 4589/11 4597/18 4601/21 4604/16 4606/8 4608/12 4608/13 4610/7 4611/1 4611/21 4612/4 4612/21 4620/19 4621/21 4622/4 4623/7 4623/14 4623/21 4626/4 4626/21 4626/22 4626/23 4627/5 4627/12 4628/4 4628/6 4628/25 4633/22 4635/6 4635/24 4636/1 4636/3 4636/8 4636/10 4636/14 4637/2 4637/25 4638/3 4640/18 4641/7 4641/11 4641/14 4642/23 4643/9 4644/6 4644/10 4644/14 4645/4 4645/10 4645/13 4646/1 4646/10 4646/14 4646/24 4650/11 4650/14 4650/24 4651/14 4652/3 4652/21 4653/4 4653/19 4654/11 4655/1 4655/3 4655/10 4655/17 4655/21 4656/6 4656/11 4656/16 4656/24 4656/25 4657/9 4657/20 4658/4 4658/20 4659/2 4659/24 4660/6 4660/10 4660/19 4661/13 4661/23 4661/25 4662/7 4664/5 4664/7 4664/19 4665/2 4665/4 4665/15 4666/22 4667/21 4668/1 4669/4 4669/17 4669/21

**so... [34]** 4670/8 4670/9
4670/24 4672/18 4673/22
4674/22 4675/4 4675/23
4676/9 4677/16 4681/1
4681/24 4683/3 4683/12
4684/6 4685/3 4686/6
4686/13 4688/3 4688/8
4689/5 4689/14 4690/21
4690/25 4692/3 4692/7
4692/9 4692/13 4692/14
4693/3 4693/13 4693/22
4694/3 4694/9

**social [8]** 4527/3 4528/24
4678/4 4678/4 4679/15
4679/24 4680/2 4680/6

**Solar [1]** 4596/6

**soldiers [5]** 4638/15 4639/5
4642/13 4642/16 4643/22

**solely [1]** 4681/11

**solicited [2]** 4652/14
4652/21

**solid [1]** 4640/2

**some [75]** 4504/15 4505/21
4507/9 4509/16 4510/14
4510/17 4510/23 4513/1
4513/6 4519/2 4522/15
4529/13 4534/9 4535/3
4536/23 4539/23 4540/11
4549/10 4550/17 4557/16
4557/21 4565/12 4567/19
4569/16 4577/6 4584/20
4587/25 4597/3 4600/18
4601/5 4602/10 4603/24
4604/3 4604/12 4604/16
4605/2 4605/18 4606/6
4611/22 4618/7 4624/7
4627/14 4629/17 4630/10
4631/5 4631/16 4631/17
4631/25 4632/9 4632/11
4632/21 4633/17 4644/9
4650/12 4652/2 4654/13
4655/23 4657/16 4657/17
4659/8 4660/18 4661/17
4666/9 4666/11 4673/1
4674/3 4676/16 4677/10
4678/12 4679/20 4680/7
4688/12 4689/14 4690/21
4694/9

**somebody [13]** 4521/2
4529/14 4556/6 4558/1

**someday [1]** 4556/4

**somehow [2]** 4677/20
4686/7

**someone [23]** 4499/4
4520/16 4522/22 4524/19
4525/6 4525/17 4529/14
4534/16 4544/20 4548/17
4558/16 4560/9 4580/17
4589/11 4590/7 4591/15
4596/13 4597/24 4618/21
4682/12 4688/15 4688/23
4688/25

**something [19]** 4513/14
4514/2 4557/10 4559/3
4596/5 4610/12 4613/8
4632/2 4640/17 4658/11
4658/12 4658/25 4662/25
4664/4 4664/24 4665/22
4667/22 4670/1 4695/14

**sometime [3]** 4536/13
4591/8 4591/24

**sometimes [3]** 4676/12
4678/5 4678/7

**somewhat [1]** 4536/4

**somewhere [1]** 4667/9

**son [1]** 4646/3

**song [1]** 4563/21

**soon [4]** 4575/25 4591/24
4650/16 4668/20

**SoRelle [29]** 4544/20
4544/23 4545/20 4545/22
4546/12 4547/1 4547/4
4548/8 4548/16 4548/23
4551/8 4551/22 4552/10
4552/25 4553/15 4575/2
4575/17 4576/22 4612/1
4612/16 4617/4 4620/14
4620/21 4620/24 4644/8
4644/12 4644/17 4645/3
4645/6

**SoRelle's [4]** 4545/4 4545/7
4545/10 4577/15

**sorry [28]** 4501/1 4507/1
4510/9 4513/16 4536/12
4537/3 4537/21 4543/24
4550/13 4559/24 4595/2
4604/5 4610/14 4612/12
4629/8 4647/18 4647/18

**sort [9]** 4505/12 4505/23
4542/2 4550/22 4561/23
4604/12 4605/18 4625/23
4664/21

**sorts [1]** 4523/12

**sought [1]** 4582/8

**source [2]** 4624/2 4624/4

**sources [1]** 4534/21

**south [1]** 4596/7

**SP101 [1]** 4605/7

**Spartans [1]** 4528/19

**speak [4]** 4578/11 4639/14
4642/7 4675/22

**speaker [2]** 4500/7 4502/11

**speakers [3]** 4639/4 4639/11
4644/18

**speaking [4]** 4510/3 4640/17
4645/4 4684/25

**speaks [1]** 4500/9

**special [78]** 4508/3 4508/19
4509/9 4509/24 4510/2
4512/20 4517/2 4517/11
4517/15 4519/9 4520/3
4522/1 4522/3 4522/12
4522/13 4522/14 4523/4
4523/8 4527/19 4529/13
4529/23 4530/4 4533/16
4534/11 4544/9 4545/6
4545/20 4547/4 4550/17
4551/19 4553/11 4554/12
4554/22 4560/2 4561/18
4562/22 4563/4 4564/21
4565/4 4565/11 4565/16
4566/21 4567/18 4568/21
4568/22 4569/6 4570/6
4570/16 4570/17 4570/18
4571/6 4571/10 4571/12
4571/25 4572/6 4573/12
4574/12 4574/16 4575/13
4581/16 4584/15 4587/12
4587/25 4589/8 4592/5
4593/4 4593/6 4593/8 4594/7
4599/20 4602/3 4609/8
4610/10 4612/7 4619/14
4621/17 4629/17 4630/19

**specific [14]** 4613/3 4635/20
4651/21 4671/4 4671/10

**specific... [9]** 4671/14 4671/15 4671/20 4671/23 4672/6 4672/12 4674/5 4690/1 4690/4

**specific-intent [1]** 4672/12

**specifically [6]** 4594/21 4606/1 4639/6 4639/7 4650/25 4687/12

**specify [1]** 4657/24

**spectral [1]** 4673/9

**spectrum [6]** 4667/12 4670/23 4675/9 4675/13 4675/14 4676/22

**speculation [3]** 4546/17 4547/16 4688/3

**speech [2]** 4640/15 4640/22

**spend [4]** 4535/21 4535/23 4597/12 4597/19

**spent [2]** 4609/10 4642/1

**Sperry [24]** 4667/11 4673/5 4674/19 4675/7 4677/7 4677/14 4677/23 4678/10 4680/11 4680/17 4680/23 4681/13 4681/13 4682/19 4682/24 4684/11 4685/4 4685/20 4686/25 4687/5 4687/11 4688/22 4689/9 4692/25

**Sperry's [6]** 4676/12 4678/8 4681/5 4684/17 4687/14 4693/14

**spoke [1]** 4641/5

**spoken [2]** 4661/8 4682/24

**spot [1]** 4563/19

**spouse [1]** 4695/10

**sprayed [1]** 4618/21

**spring [1]** 4596/7

**squared [2]** 4687/1 4687/11

**St [1]** 4495/11

**stack [1]** 4512/1

**Stacy [3]** 4496/11 4697/8 4697/11

**stage [1]** 4513/22

**stairs [1]** 4651/25

**stand [7]** 4506/5 4522/3 4559/7 4575/25 4615/8 4638/11 4656/4

**standard [1]** 4663/16

**standing [4]** 4630/2 4660/9 4660/13 4661/12

**stands [1]** 4682/12

**stanley [2]** 4495/2 4495/5

**start [9]** 4579/9 4605/15 4637/12 4653/23 4655/22 4656/2 4661/3 4680/20 4694/4

**started [2]** 4611/9 4650/16

**starting [4]** 4536/4 4536/24 4579/23 4636/10

**stash [1]** 4598/9

**state [17]** 4501/22 4503/9 4503/13 4505/8 4505/9 4505/19 4511/20 4512/5 4524/8 4544/11 4549/11 4593/13 4671/2 4672/12 4672/14 4674/12 4677/5

**stated [3]** 4609/10 4679/1 4680/12

**statement [53]** 4499/3 4499/5 4499/10 4499/16 4499/17 4499/25 4500/4 4500/5 4500/7 4500/8 4500/13 4500/16 4501/3 4501/6 4501/11 4501/11 4501/15 4501/15 4501/19 4501/20 4502/1 4502/10 4502/21 4502/23 4502/25 4503/22 4503/24 4504/1 4504/13 4504/22 4505/1 4505/20 4505/24 4506/20 4506/21 4506/22 4507/2 4507/5 4507/11 4509/5 4512/9 4516/22 4516/23 4658/22 4662/13 4662/15 4663/3 4663/10 4663/14 4668/24 4678/23 4678/25 4679/1

**statements [16]** 4499/12 4499/13 4499/19 4500/18 4500/20 4500/25 4501/8 4505/17 4508/12 4512/6 4512/9 4516/21 4526/19 4666/3 4667/21 4681/12

**STATES [12]** 4493/1 4493/3 4493/10 4500/11 4573/25 4574/5 4614/25 4616/21 4671/11 4689/23 4690/14 4697/9

**stating [1]** 4622/11

**status [1]** 4502/1

**stay [2]** 4628/10 4631/4

**stayed [3]** 4610/20 4611/2 4611/3

**staying [2]** 4672/5 4696/10

**stead [1]** 4512/8

**Steele [21]** 4494/9 4518/23 4574/4 4574/8 4588/5 4589/12 4589/20 4590/3 4590/6 4590/17 4590/20 4590/23 4591/1 4591/7 4591/11 4591/15 4591/22 4637/1 4653/11 4653/14 4653/16

**Steele's [3]** 4588/11 4588/23 4589/2

**stenography [1]** 4496/14

**step [2]** 4635/13 4680/23

**Stephen [2]** 4494/6 4655/7

**Steward [2]** 4546/15 4551/3

**Stewart [45]** 4544/10 4547/7 4551/21 4552/9 4552/25 4575/1 4575/24 4576/15 4576/20 4577/1 4577/15 4577/18 4577/24 4578/2 4578/19 4603/21 4604/10 4604/17 4604/23 4605/3 4606/13 4606/23 4607/17 4608/5 4608/13 4611/22 4612/2 4620/25 4633/5 4639/1 4642/2 4642/5 4644/1 4644/6 4644/10 4644/16 4644/23 4645/4 4645/13 4645/21 4645/24 4646/7 4646/13 4647/10 4647/22

**still [14]** 4536/4 4536/20 4547/21 4576/1 4577/18 4631/10 4640/17 4640/25 4641/1 4646/2 4656/3 4684/20 4692/14 4696/6

**stipulate [1]** 4573/22

**stipulates [1]** 4669/6

**stipulation [2]** 4545/4 4573/19

**stipulations [1]** 4563/19

**Stone [3]** 4519/16 4554/25 4642/6

**stop [11]** 4499/8 4501/23 4501/25 4509/23 4576/15 4577/4 4653/7 4658/16 4678/18 4678/21 4678/24

**stopping [1]** 4630/15

**stopthesteal [1]** 4529/8

stories [2] 4532/8 4579/12
stormed [3] 4518/13 4528/17 4529/5
storming [20] 4540/5 4543/16 4581/24 4583/4 4583/5 4583/12 4583/13 4621/7 4621/11 4622/15 4622/21 4623/9 4623/10 4633/23 4634/5 4634/8 4634/9 4634/15 4634/22 4641/19
stormtheCapitol [1] 4529/8
story [3] 4596/21 4597/5 4597/6
strategically [1] 4662/2
street [5] 4493/16 4494/3 4494/11 4495/16 4611/6
stressed [1] 4682/8
stressful [4] 4675/16 4680/17 4688/16 4689/8
strike [3] 4693/19 4693/20 4693/22
strongly [1] 4577/6
structuring [1] 4674/14
stuck [1] 4649/10
stuff [2] 4513/6 4564/2
subject [10] 4500/14 4509/1 4511/11 4527/12 4530/15 4565/7 4593/25 4594/1 4680/5 4683/3
subjective [1] 4682/19
submitted [2] 4563/19 4674/15
subpoena [3] 4616/2 4624/6 4624/16
subsequent [1] 4689/22
substantial [1] 4695/24
substitute [1] 4503/17
success [1] 4672/18
such [10] 4499/22 4500/24 4514/19 4527/6 4538/4 4595/4 4626/7 4631/3 4657/8 4683/14
suffer [1] 4677/10
suffering [1] 4683/5
suffers [2] 4670/25 4682/22
sufficient [5] 4499/19 4671/16 4673/12 4674/10 4687/17
suggest [7] 4502/20 4547/3

4549/9 4677/14 4684/2 4685/4 4689/6
suggested [4] 4611/11 4683/24 4686/8 4689/9
suggestibility [2] 4680/3 4680/5
suggestible [2] 4682/18 4682/21
suggesting [4] 4501/4 4551/13 4559/3 4691/23
suggestion [3] 4502/20 4652/25 4686/6
suggests [1] 4685/1
Suite [5] 4494/3 4494/11 4495/7 4495/12 4496/4
summary [2] 4618/25 4635/17
super [1] 4537/1
superseding [2] 4647/12 4647/13
supplement [1] 4654/11
support [2] 4501/10 4645/9
supported [2] 4674/10 4678/19
supporting [1] 4630/15
suppose [1] 4505/21
supposed [1] 4646/16
Supreme [1] 4500/17
sure [22] 4504/4 4535/3 4546/22 4561/7 4595/13 4595/14 4598/18 4600/18 4648/9 4648/13 4662/24 4663/4 4663/13 4663/17 4664/12 4666/6 4666/23 4668/9 4668/13 4670/18 4691/23 4692/4
surprise [7] 4618/1 4618/2 4618/10 4618/11 4618/13 4661/21 4661/22
surprises [1] 4655/17
surprising [1] 4662/20
surrounding [1] 4499/19
surveillance [4] 4557/21 4559/13 4629/18 4629/22
surviving [1] 4524/24
suspect [3] 4642/9 4651/24 4694/8
sustained [6] 4562/20 4622/7 4627/16 4627/21 4647/15 4653/5
switching [2] 4514/12

4611/20
sworn [1] 4573/24
symptom [5] 4674/11 4677/9 4681/25 4682/8 4682/23
symptomology [2] 4674/4 4683/4
symptoms [3] 4675/10 4675/15 4677/6
system [8] 4584/17 4585/5 4585/7 4585/11 4586/2 4586/17 4586/19 4587/4
systems [1] 4624/2

**T**

T-Mobile [11] 4582/7 4582/8 4582/11 4584/9 4621/14 4622/12 4623/15 4624/13 4635/1 4635/3 4635/5
T-shirt [3] 4615/12 4615/12 4615/18
tactical [2] 4639/8 4639/10
take [43] 4501/17 4509/25 4516/19 4518/24 4524/11 4526/13 4529/10 4533/4 4537/12 4540/6 4543/20 4544/6 4549/4 4551/17 4552/3 4554/10 4565/4 4570/3 4571/7 4571/13 4572/17 4573/9 4579/16 4581/5 4583/17 4584/10 4587/10 4587/15 4591/25 4593/5 4599/16 4602/2 4608/12 4655/21 4657/18 4658/25 4663/1 4664/24 4668/3 4668/22 4670/3 4691/24 4694/9
taken [6] 4541/9 4574/22 4587/18 4641/7 4641/14 4664/25
takes [2] 4506/5 4622/25
taking [3] 4507/23 4659/7 4695/12
talk [14] 4516/18 4526/16 4537/5 4537/11 4537/16 4554/12 4617/15 4622/13 4624/23 4640/8 4658/24 4664/22 4665/20 4692/15
talked [5] 4530/20 4647/5 4647/5 4647/5 4648/2
talkie [1] 4616/9
talking [12] 4511/21 4547/9

talking... [10] 4551/25 4555/1
4557/16 4620/17 4621/7
4628/17 4666/23 4666/24
4679/7 4680/3
tampering [1] 4644/9
Task [1] 4643/20
Taylor [1] 4644/5
team [7] 4522/24 4523/16
4560/20 4562/23 4578/14
4583/25 4588/20
teams [1] 4576/9
tear [4] 4520/15 4528/18
4529/5 4632/3
technical [1] 4628/9
teeth [1] 4615/22
telephones [1] 4602/16
tell [9] 4523/11 4548/14
4617/11 4645/24 4646/13
4658/6 4658/9 4685/21
4686/1
telling [5] 4519/18 4621/21
4650/1 4668/3 4695/11
tells [1] 4547/1
tendency [2] 4500/5 4682/6
tender [1] 4536/5
term [1] 4503/2
terms [11] 4506/21 4564/13
4576/22 4597/1 4625/23
4658/5 4661/1 4675/22
4677/15 4684/3 4691/24
terribly [2] 4651/4 4675/21
testified [12] 4564/17
4620/15 4620/22 4627/18
4647/22 4648/14 4652/15
4652/16 4670/5 4673/4
4677/3 4679/5
testifies [7] 4507/2 4507/5
4507/8 4660/22 4662/17
4663/7 4666/8
testify [24] 4503/21 4503/25
4504/1 4627/13 4647/10
4647/25 4648/7 4655/14
4657/3 4660/15 4660/16
4660/23 4661/14 4661/16
4661/24 4662/6 4662/19
4663/2 4666/9 4686/21
4688/11 4690/10 4692/12
4694/8
testifying [6] 4504/19 4511/3
4648/2 4660/7 4661/10

4691/14
testimonial [1] 4564/11
testimony [95] 4506/20
4517/25 4523/20 4550/4
4563/25 4564/16 4583/10
4587/21 4589/1 4602/21
4610/10 4611/24 4615/11
4619/18 4620/17 4622/9
4622/17 4622/23 4633/14
4635/12 4651/10 4651/11
4652/14 4653/14 4653/15
4653/17 4657/1 4658/14
4658/17 4659/8 4660/10
4661/2 4661/11 4661/20
4663/9 4663/11 4668/20
4669/3 4670/22 4670/25
4671/12 4671/16 4672/1
4672/10 4672/13 4673/10
4673/12 4673/23 4673/25
4674/2 4674/3 4674/6 4674/7
4674/25 4675/20 4676/11
4676/20 4678/2 4678/8
4678/14 4680/9 4680/11
4680/22 4680/25 4681/10
4681/24 4681/25 4682/8
4682/16 4683/2 4683/4
4683/6 4683/17 4684/1
4684/12 4685/6 4685/7
4685/9 4685/12 4685/18
4685/19 4685/21 4686/15
4686/17 4687/15 4687/16
4687/18 4688/9 4688/21
4690/16 4690/23 4691/7
4691/8 4692/15 4693/15
testing [16] 4673/2 4673/17
4673/19 4673/20 4676/25
4677/3 4677/12 4679/22
4682/18 4684/4 4684/8
4684/20 4684/21 4686/4
4686/12 4687/23
tests [2] 4674/20 4674/21
Texas [8] 4544/11 4548/14
4549/3 4549/11 4551/2
4551/7 4551/10 4551/14
text [20] 4510/23 4512/23
4514/3 4522/6 4532/22
4539/23 4546/23 4548/13
4582/10 4591/12 4605/18
4607/13 4617/19 4625/20
4627/24 4628/11 4641/12
4641/20 4641/22 4642/24

texted [1] 4641/7
texting [1] 4641/17
texts [8] 4603/24 4604/2
4604/7 4604/16 4605/2
4605/20 4641/17 4646/25
than [24] 4503/4 4504/16
4516/21 4546/10 4547/24
4600/6 4620/20 4626/4
4638/22 4652/9 4661/14
4663/22 4664/20 4665/13
4675/6 4678/6 4680/4 4680/6
4682/21 4684/5 4685/2
4687/4 4687/6 4695/24
thank [111] 4507/22 4507/25
4509/7 4509/24 4512/11
4512/16 4517/11 4518/24
4522/12 4522/13 4524/11
4527/16 4529/10 4529/23
4530/1 4533/4 4534/5
4536/18 4537/6 4537/12
4537/21 4539/4 4540/6
4540/23 4541/17 4542/5
4542/7 4542/25 4543/10
4543/19 4543/24 4544/6
4544/7 4545/15 4548/6
4550/11 4551/16 4553/8
4554/10 4556/18 4558/10
4559/10 4562/18 4564/18
4564/24 4565/3 4565/10
4566/3 4566/20 4567/13
4568/10 4569/3 4569/19
4570/2 4570/4 4571/6 4571/9
4571/22 4571/23 4571/25
4572/16 4573/9 4574/10
4575/11 4575/22 4581/5
4583/17 4584/10 4585/22
4587/10 4591/25 4592/24
4593/5 4597/8 4598/24
4602/2 4603/12 4605/13
4608/12 4608/23 4609/2
4610/15 4612/3 4615/2
4615/8 4619/7 4619/8 4619/9
4619/10 4619/14 4629/4
4629/14 4635/11 4635/12
4648/16 4648/25 4650/9
4650/10 4650/16 4651/18
4653/9 4653/10 4654/12
4682/5 4691/3 4691/16
4692/3 4692/4 4694/16
4694/18 4694/19
Thanks [2] 4526/13 4696/10

**T**

**that [914]**

**that's [87]**  4502/19 4503/24
4505/15 4505/15 4507/12
4507/23 4511/25 4513/6
4513/19 4515/13 4519/18
4526/4 4538/24 4548/20
4564/9 4571/8 4571/23
4572/24 4578/4 4580/20
4580/22 4582/14 4586/9
4589/10 4590/2 4605/24
4606/11 4607/6 4607/21
4607/23 4609/22 4613/13
4615/2 4617/14 4620/15
4623/3 4623/16 4627/1
4627/3 4627/3 4627/7 4628/8
4628/9 4630/23 4640/8
4640/9 4640/12 4641/20
4643/24 4647/23 4648/4
4648/5 4648/7 4648/9
4651/13 4651/17 4652/3
4653/19 4655/25 4656/6
4656/6 4657/14 4657/15
4658/17 4662/8 4662/24
4663/12 4666/6 4667/3
4668/23 4669/8 4669/23
4670/24 4671/12 4673/6
4676/14 4680/21 4683/2
4684/6 4690/8 4690/25
4692/16 4693/9 4693/10
4693/16 4693/24 4695/2

**their [26]**  4500/18 4500/20
4500/22 4503/24 4570/11
4577/22 4602/16 4602/18
4636/1 4637/24 4639/19
4640/6 4643/25 4645/9
4659/10 4666/4 4666/8
4673/9 4673/10 4673/21
4680/21 4683/16 4693/19
4693/22 4694/8 4696/5

**them [42]**  4551/2 4563/1
4564/16 4568/14 4570/15
4577/22 4577/22 4578/21
4578/22 4579/2 4579/12
4579/12 4600/15 4603/4
4604/3 4607/19 4608/9
4620/8 4624/23 4625/1
4628/16 4634/20 4639/25
4640/2 4640/3 4640/4 4640/4
4640/11 4640/25 4641/1
4641/16 4643/7 4643/8

4645/9 4646/24 4646/25
4650/1 4650/25 4654/10
4658/6 4669/20 4692/16

**themselves [2]**  4499/20
4680/21

**then [50]**  4503/19 4503/23
4505/3 4506/2 4506/6 4507/3
4507/5 4511/23 4514/1
4525/12 4532/21 4537/8
4559/21 4562/13 4570/13
4582/6 4598/12 4606/9
4607/2 4607/7 4607/16
4608/5 4611/20 4612/21
4621/11 4624/16 4624/19
4655/9 4656/1 4656/22
4657/3 4657/14 4657/23
4659/9 4660/5 4660/7
4660/21 4661/16 4664/4
4664/7 4665/11 4669/19
4669/25 4670/3 4670/22
4676/21 4678/24 4690/14
4692/21 4696/6

**theories [1]**  4678/20

**theory [11]**  4503/10 4505/11
4651/24 4671/10 4671/24
4678/10 4678/15 4679/3
4679/9 4679/12 4683/24

**there [123]**  4499/6 4500/25
4501/9 4504/6 4509/21
4510/17 4510/19 4511/13
4514/4 4522/6 4522/7 4523/5
4532/21 4539/8 4539/19
4539/23 4539/25 4540/11
4543/21 4543/22 4544/2
4548/13 4548/13 4548/13
4550/22 4552/6 4556/22
4557/13 4563/25 4564/4
4569/15 4577/14 4577/24
4578/16 4579/14 4579/15
4585/6 4594/18 4594/21
4594/23 4595/3 4599/3
4601/23 4605/15 4605/21
4610/9 4610/11 4611/8
4611/10 4611/22 4613/7
4618/6 4618/20 4619/21
4619/24 4621/3 4621/3
4625/9 4626/7 4626/8 4630/4
4630/5 4630/8 4632/10
4632/18 4635/21 4639/13
4639/15 4639/18 4640/9
4640/21 4640/22 4640/25

4640/25 4642/4 4642/11
4642/19 4644/7 4644/24
4645/1 4645/11 4646/15
4649/6 4649/24 4651/22
4652/2 4652/10 4658/18
4659/15 4661/16 4662/10
4662/16 4664/7 4664/13
4667/6 4668/10 4669/12
4669/15 4674/1 4674/11
4677/11 4677/13 4678/20
4678/21 4678/22 4681/1
4681/24 4683/3 4684/12
4685/6 4688/4 4688/7 4688/8
4688/19 4690/3 4690/7
4690/11 4690/17 4690/21
4690/23 4691/11 4694/2
4695/17

**there's [55]**  4506/18 4526/12
4547/18 4562/3 4563/14
4563/16 4564/13 4576/1
4606/9 4607/2 4607/7
4607/13 4607/25 4608/2
4608/3 4608/17 4613/15
4613/19 4620/12 4621/7
4621/11 4624/11 4628/22
4628/25 4649/19 4649/21
4651/11 4652/2 4652/12
4652/25 4653/13 4653/15
4653/16 4653/19 4654/1
4654/2 4654/4 4654/7
4661/19 4663/25 4664/16
4670/2 4671/3 4673/11
4673/22 4675/5 4679/20
4682/22 4683/22 4684/1
4685/3 4686/6 4689/6
4690/14 4691/10

**thereafter [1]**  4526/20

**therefore [2]**  4503/22 4663/9

**these [89]**  4501/6 4510/14
4510/20 4510/20 4511/19
4519/9 4519/14 4526/25
4527/2 4527/6 4527/8
4527/14 4530/4 4530/9
4531/17 4533/19 4533/22
4535/16 4540/14 4544/4
4544/17 4544/19 4544/22
4545/9 4546/15 4546/21
4547/8 4547/14 4549/18
4549/20 4550/25 4551/12
4554/3 4554/22 4554/25
4555/3 4555/12 4557/16

**T**

**these... [51]** 4562/2 4563/4 4564/9 4564/12 4564/14 4565/19 4574/22 4575/1 4575/4 4579/20 4580/6 4584/15 4584/17 4584/22 4588/19 4589/8 4590/9 4590/11 4593/18 4599/20 4604/16 4605/1 4605/2 4605/2 4605/19 4605/20 4607/22 4608/5 4619/17 4627/11 4638/15 4638/22 4639/5 4640/5 4640/10 4640/11 4642/12 4642/15 4643/21 4646/19 4646/19 4646/20 4646/20 4646/21 4646/23 4652/10 4653/6 4654/14 4659/11 4661/9 4691/25

**they [98]** 4499/21 4503/23 4515/7 4519/11 4527/7 4530/6 4531/15 4535/4 4540/15 4552/3 4560/17 4562/7 4562/8 4562/12 4562/13 4562/14 4562/17 4562/25 4564/10 4564/13 4564/15 4565/22 4568/15 4575/6 4577/20 4577/20 4579/22 4579/24 4580/1 4582/11 4583/16 4590/10 4590/21 4600/19 4601/19 4604/2 4604/3 4604/5 4607/3 4607/3 4608/18 4608/20 4609/18 4610/11 4611/17 4612/1 4613/8 4624/19 4628/16 4635/25 4637/25 4638/1 4639/11 4639/15 4639/18 4640/1 4640/20 4640/20 4640/23 4640/23 4641/1 4641/2 4641/3 4641/19 4642/19 4643/7 4643/8 4643/11 4646/16 4646/16 4646/17 4646/18 4648/6 4649/10 4649/11 4649/18 4650/20 4650/25 4654/22 4667/13 4668/1 4668/2 4668/2 4668/19 4668/21 4669/21 4669/25 4673/16 4673/17 4678/24 4679/7 4680/20 4682/14 4689/2 4691/13 4692/25

**They'd [1]** 4642/20

**they'll [4]** 4557/10 4653/2 4692/10 4692/23

**they're [19]** 4535/3 4563/8 4563/12 4600/13 4600/18 4629/1 4629/3 4634/5 4638/15 4641/23 4642/13 4643/10 4643/22 4643/22 4643/22 4652/23 4667/12 4691/9 4694/8

**they've [3]** 4591/9 4641/7 4647/2

**thick [1]** 4528/17

**thing [6]** 4537/8 4577/12 4606/7 4607/23 4646/7 4651/7

**things [11]** 4561/25 4569/11 4600/14 4605/19 4659/25 4661/17 4666/10 4666/11 4689/12 4691/13 4694/2

**think [102]** 4501/10 4502/8 4502/24 4503/7 4503/9 4503/12 4504/16 4504/21 4504/22 4504/23 4505/6 4505/7 4505/11 4505/20 4505/25 4507/12 4513/16 4521/21 4533/4 4537/3 4537/5 4543/24 4547/25 4562/8 4563/24 4564/4 4564/13 4571/23 4581/25 4609/16 4609/20 4618/20 4623/8 4625/7 4628/4 4646/1 4648/5 4650/11 4651/22 4651/23 4652/2 4652/23 4653/4 4653/4 4655/15 4655/17 4656/6 4657/13 4657/20 4658/17 4658/25 4659/2 4659/21 4660/14 4660/19 4661/2 4661/20 4662/5 4663/5 4663/7 4664/11 4664/16 4665/4 4665/11 4665/14 4665/16 4665/20 4666/20 4667/5 4667/23 4668/3 4669/11 4669/19 4670/8 4670/13 4672/21 4673/22 4675/1 4675/1 4675/5 4680/5 4681/8 4685/3 4685/9 4685/25 4686/3 4686/14 4686/16 4687/2 4687/5 4687/7 4689/2

**thinker [1]** 4685/13

**thinking [2]** 4561/12 4652/17

**thinks [1]** 4692/14

**third [3]** 4539/23 4642/25 4658/13

**this [363]**

**Thomas [11]** 4495/11 4529/15 4529/18 4529/21 4530/6 4593/11 4593/16 4593/21 4598/3 4599/14 4620/5

**those [55]** 4507/24 4512/6 4516/21 4516/23 4530/21 4534/11 4535/14 4537/13 4546/14 4549/9 4552/6 4563/2 4570/10 4575/5 4578/22 4579/5 4583/11 4583/15 4595/6 4600/21 4602/23 4603/25 4611/25 4612/10 4612/16 4613/8 4629/20 4630/12 4631/8 4631/19 4632/13 4633/12 4634/20 4635/20 4653/4 4654/11 4655/16 4656/13 4656/18 4657/17 4659/15 4660/6 4660/25 4665/13 4665/19 4667/21 4667/22 4669/11 4672/2 4677/2 4677/7 4680/14 4686/15 4689/12 4692/1

**though [6]** 4512/7 4514/23 4595/14 4601/14 4605/1 4685/8

**thought [17]** 4502/21 4511/15 4511/19 4610/14 4639/24 4647/22 4648/13 4649/12 4654/13 4654/20 4658/18 4667/1 4667/2 4667/3 4667/8 4687/14 4688/17

**thousands [3]** 4626/18 4640/21 4640/22

**threat [1]** 4577/20

**three [15]** 4547/12 4552/20 4553/15 4618/11 4634/8 4634/14 4655/15 4656/18 4659/15 4660/5 4660/20

**T**

**three...** [4] 4675/8 4682/9 4683/17 4693/5
**three hours** [1] 4693/5
**three-page** [1] 4552/20
**threshold** [1] 4673/7
**through** [56] 4508/4 4512/4 4519/7 4522/23 4522/25 4523/1 4524/4 4529/25 4531/10 4533/13 4537/2 4537/22 4540/9 4544/15 4546/25 4547/7 4547/23 4547/24 4549/15 4550/15 4550/19 4552/2 4552/17 4554/19 4557/17 4559/21 4561/14 4565/1 4565/20 4566/11 4567/7 4574/18 4579/18 4584/13 4588/14 4593/7 4602/21 4611/23 4615/19 4616/1 4616/9 4619/18 4622/15 4624/2 4639/22 4666/15 4670/13 4670/14 4674/18 4677/7 4677/23 4677/24 4682/3 4685/19 4685/20 4691/12
**throughout** [1] 4668/25
**throw** [1] 4661/6
**Thurs** [1] 4514/13
**Thursday** [2] 4694/14 4695/2
**thus** [1] 4669/1
**tied** [1] 4573/4
**tight** [1] 4576/8
**time** [112] 4500/8 4500/13 4501/16 4501/21 4502/20 4507/23 4508/24 4511/9 4514/25 4515/2 4517/24 4518/6 4518/16 4519/21 4520/8 4521/5 4523/1 4523/19 4524/17 4527/10 4530/11 4530/13 4534/1 4534/14 4536/13 4536/15 4536/18 4538/7 4538/18 4538/25 4540/18 4541/24 4542/7 4542/22 4543/12 4544/25 4545/12 4546/3 4546/11 4546/24 4547/5 4547/25 4548/22 4549/10 4550/3 4551/4 4551/6 4553/3 4555/6 4556/24 4563/20 4567/9 4569/20 4570/15 4571/1 4571/17 4573/17

4575/7 4576/8 4582/15 4582/24 4584/21 4584/23 4588/10 4588/25 4593/23 4594/19 4594/22 4597/15 4602/15 4602/25 4603/9 4605/7 4612/11 4612/25 4613/4 4623/14 4623/16 4632/16 4633/5 4633/8 4633/14 4634/3 4635/8 4635/15 4637/7 4639/19 4643/18 4644/6 4644/15 4644/16 4644/23 4644/24 4644/25 4645/1 4651/3 4656/7 4656/16 4659/8 4662/22 4664/9 4667/24 4668/22 4672/5 4672/20 4676/14 4676/14 4694/9 4694/13 4694/14 4696/3 4696/4
**timer** [1] 4587/6
**times** [3] 4644/3 4644/4 4665/12
**timestamp** [1] 4541/13
**timing** [3] 4500/22 4501/15 4648/1
**title** [1] 4524/10
**today** [18] 4503/23 4529/5 4529/8 4530/20 4550/6 4563/22 4583/20 4602/21 4619/15 4620/15 4628/6 4632/15 4633/12 4633/15 4636/10 4638/13 4654/21 4662/7
**together** [3] 4639/3 4645/15 4646/5
**told** [8] 4577/4 4632/1 4641/9 4649/25 4658/13 4665/22 4668/2 4688/6
**Tom** [5] 4532/18 4597/12 4597/19 4597/24 4598/1
**tomorrow** [30] 4503/20 4503/25 4504/1 4504/2 4507/2 4507/10 4507/11 4513/6 4650/15 4654/17 4654/22 4655/8 4655/10 4655/10 4655/11 4655/12 4655/13 4655/22 4656/18 4659/3 4660/5 4660/6 4660/7 4660/15 4660/17 4660/18 4660/20 4661/3 4661/16 4695/6

**tone** [1] 4547/3
**tonight** [6] 4511/16 4516/1 4532/22 4610/11 4655/9 4660/9
**too** [15] 4525/4 4535/5 4548/14 4591/23 4600/9 4600/20 4644/14 4661/1 4665/24 4665/24 4666/1 4666/2 4666/5 4684/14 4692/21
**took** [4] 4594/14 4595/13 4641/16 4680/23
**tools** [2] 4516/6 4610/12
**top** [14] 4512/20 4520/3 4525/25 4529/21 4529/22 4538/19 4540/25 4545/22 4558/9 4573/1 4573/4 4604/19 4605/15 4640/7
**topic** [10] 4596/2 4674/24 4675/15 4677/6 4680/16 4682/2 4683/3 4683/13 4688/14 4690/5
**topics** [4] 4667/11 4674/16 4674/17 4674/23
**totally** [1] 4536/14
**touch** [3] 4524/24 4684/10 4689/20
**tough** [3] 4563/19 4692/22 4695/7
**tougher** [1] 4679/10
**toward** [1] 4503/13
**towards** [1] 4503/8
**tower** [1] 4626/5
**town** [2] 4655/13 4695/10
**Traci** [10] 4520/20 4525/6 4525/6 4587/6 4587/8 4587/9 4592/10 4618/6 4618/17 4679/13
**tracked** [1] 4600/1
**trained** [1] 4621/17
**training** [3] 4639/22 4643/17 4643/19
**trait** [6] 4680/5 4684/14 4686/23 4688/19 4689/8 4691/8
**traits** [8] 4675/11 4677/2 4687/10 4688/12 4690/4 4691/14 4691/25 4692/2
**transaction** [2] 4550/23 4553/16
**transcript** [9] 4493/9

**T**

**transcript... [8]** 4496/14 4656/23 4657/3 4657/16 4660/24 4678/9 4693/13 4693/15
**transcription [2]** 4496/15 4697/4
**transcripts [1]** 4651/20
**transparent [1]** 4666/14
**transporting [1]** 4560/17
**traumatic [1]** 4683/13
**travel [2]** 4626/4 4626/4
**traveled [3]** 4518/15 4526/17 4532/25
**treat [1]** 4660/19
**treatment [1]** 4501/11
**trial [16]** 4493/9 4625/11 4628/6 4636/1 4648/15 4652/14 4656/23 4657/19 4659/24 4661/21 4661/22 4675/2 4676/9 4679/5 4689/25 4690/2
**trials [4]** 4652/7 4652/10 4678/19 4695/20
**trickier [2]** 4561/13 4562/1
**tricky [1]** 4561/14
**tried [3]** 4672/17 4683/10 4691/25
**tries [1]** 4547/1
**trigger [1]** 4626/19
**trip [2]** 4532/21 4684/25
**trips [1]** 4564/1
**trouble [2]** 4532/23 4565/11
**trouper [1]** 4537/1
**Troy [1]** 4493/14
**truck [1]** 4564/8
**true [11]** 4499/16 4500/4 4500/17 4501/24 4502/9 4505/18 4616/18 4619/5 4681/4 4685/12 4688/18
**truly [3]** 4638/16 4646/11 4650/6
**Trump [11]** 4513/22 4514/12 4515/7 4576/1 4576/9 4639/14 4640/16 4640/17 4641/5 4644/9 4684/25
**Trump's [2]** 4640/15 4640/22
**Trumpers [4]** 4499/6 4499/6 4509/21 4509/21
**truth [2]** 4503/4 4516/23
**try [2]** 4623/19 4694/3

**trying [7]** 4624/5 4642/1 4642/2 4642/4 4682/2 4683/7 4692/22
**Tuesday [2]** 4692/13 4692/16
**tuning [1]** 4680/17
**turn [2]** 4510/7 4646/9
**turned [13]** 4561/15 4563/1 4564/6 4564/9 4564/15 4564/25 4565/19 4566/11 4567/6 4616/13 4616/17 4669/6 4670/15
**Turning [1]** 4536/1
**tweaked [1]** 4646/6
**twice [5]** 4598/18 4642/7 4647/6 4653/3 4691/17
**twilight [1]** 4577/18
**Twitter [1]** 4515/7
**two [37]** 4501/6 4505/16 4508/18 4510/9 4543/22 4544/2 4547/8 4548/10 4553/14 4563/14 4563/14 4568/14 4575/18 4577/1 4583/22 4596/7 4598/17 4616/15 4618/11 4637/17 4650/24 4651/22 4652/7 4653/22 4654/11 4655/18 4656/21 4662/11 4667/11 4667/21 4669/11 4672/8 4672/19 4678/19 4681/18 4695/9 4695/20
**two hours [1]** 4596/7
**Two-page [1]** 4508/18
**TX [1]** 4496/4
**type [7]** 4512/21 4528/21 4601/10 4604/11 4606/7 4643/2 4650/2
**types [1]** 4630/6
**typically [2]** 4499/24 4657/10
**typo [2]** 4513/16 4513/20

**U**

**U.S [9]** 4493/15 4512/7 4539/13 4539/22 4541/5 4541/5 4543/9 4604/8 4643/12
**ultimate [3]** 4672/6 4680/15 4690/12
**ultimately [1]** 4671/25
**unable [1]** 4680/13
**unavailable [3]** 4503/22

**under [18]** 4499/13 4505/11 4505/12 4512/7 4526/1 4529/20 4529/21 4545/22 4556/16 4578/20 4617/7 4627/13 4635/17 4635/18 4660/8 4668/4 4682/16 4685/23
**underlying [1]** 4635/16
**underseal [1]** 4664/12
**understand [15]** 4506/8 4507/1 4511/13 4611/8 4611/10 4654/9 4662/3 4667/12 4668/1 4668/2 4681/17 4691/4 4691/13 4692/24 4693/11
**understanding [7]** 4611/14 4611/16 4618/24 4623/16 4625/24 4679/3 4685/24
**understands [2]** 4664/14 4664/14
**understood [5]** 4547/14 4648/13 4661/4 4662/24 4684/24
**undo [1]** 4503/6
**undoubtedly [1]** 4504/15
**unduly [1]** 4682/18
**unfortunate [1]** 4667/3
**uninfluenced [1]** 4682/13
**UNITED [12]** 4493/1 4493/3 4493/10 4500/11 4573/25 4574/5 4614/25 4616/21 4671/11 4689/23 4690/14 4697/9
**unlawful [4]** 4671/6 4671/7 4679/17 4679/18
**unless [3]** 4500/16 4561/11 4628/22
**unlike [1]** 4695/19
**unquote [3]** 4561/15 4658/9 4670/8
**unread [1]** 4640/11
**until [7]** 4587/21 4597/12 4645/21 4645/24 4647/8 4669/19 4679/11
**up [93]** 4499/6 4507/23 4508/15 4509/21 4510/6 4511/1 4517/15 4519/6 4522/1 4522/3 4523/3 4526/22 4529/24 4533/11 4537/20 4540/7 4543/23

**U**

up... **[76]** 4543/24 4544/13 4549/12 4549/14 4551/1 4551/24 4552/3 4552/16 4554/18 4559/16 4564/1 4564/21 4565/12 4566/22 4567/4 4567/15 4568/22 4569/6 4570/14 4570/16 4572/1 4572/18 4574/16 4575/24 4577/11 4578/11 4578/14 4578/21 4579/17 4581/10 4582/18 4583/10 4583/19 4584/12 4587/12 4588/13 4592/2 4593/6 4595/14 4599/17 4600/21 4604/15 4607/2 4608/25 4610/19 4615/8 4617/5 4617/5 4623/7 4623/12 4627/25 4628/1 4628/1 4630/19 4633/18 4633/19 4638/11 4638/24 4642/22 4643/21 4643/25 4644/8 4646/17 4651/25 4655/23 4658/25 4662/8 4662/19 4662/22 4663/2 4665/5 4668/11 4691/22 4693/17 4694/24 4694/25
**Updated [1]** 4524/9
**upheld [1]** 4689/25
**upon [12]** 4505/8 4644/10 4644/15 4644/23 4645/1 4645/4 4646/5 4663/11 4672/2 4684/8 4686/12 4687/8
**us [47]** 4508/4 4512/21 4517/8 4518/14 4519/18 4520/3 4523/11 4524/3 4535/3 4535/19 4545/20 4547/24 4555/12 4557/5 4560/10 4560/13 4562/1 4564/3 4565/22 4568/3 4578/22 4586/21 4587/8 4593/13 4595/13 4598/5 4599/20 4600/15 4600/18 4601/5 4607/8 4627/6 4634/7 4634/14 4638/11 4638/24 4648/4 4651/22 4655/2 4659/22 4666/7 4668/2 4668/3 4669/17 4690/8 4692/23 4694/5
**usdoj.gov [1]** 4493/18

**use [8]** 4503/2 4504/4 4506/17 4560/10 4600/9 4626/1 4630/10 4651/4
**used [21]** 4520/16 4520/19 4521/4 4546/2 4555/21 4556/8 4556/23 4558/4 4558/16 4558/18 4577/5 4579/11 4580/20 4583/12 4585/12 4591/12 4604/10 4632/21 4634/15 4663/3 4663/14
**useful [2]** 4499/25 4675/21
**user [1]** 4576/23
**uses [2]** 4586/12 4599/5
**using [6]** 4529/19 4545/21 4546/5 4548/9 4580/24 4625/24
**usually [1]** 4650/21
**usurper [1]** 4595/22

**V**

**Val [3]** 4589/12 4589/14 4590/1
**value [3]** 4675/1 4675/5 4683/8
**van [2]** 4555/25 4556/2
**variety [1]** 4619/17
**various [11]** 4624/2 4626/7 4635/17 4638/20 4639/3 4639/11 4639/12 4645/4 4677/6 4692/1 4696/4
**vary [2]** 4675/10 4675/10
**varying [1]** 4673/19
**vehicles [1]** 4649/19
**verbal [1]** 4578/13
**verdict [8]** 4636/8 4636/12 4636/20 4636/23 4650/24 4651/5 4651/10 4651/14
**verdicts [1]** 4637/13
**verify [1]** 4563/4
**Verizon [1]** 4624/13
**versus [2]** 4500/11 4512/7
**very [13]** 4500/12 4526/14 4557/6 4569/19 4577/20 4597/1 4636/2 4638/22 4647/8 4647/12 4650/16 4678/4 4696/3
**vests [1]** 4639/8
**veteran [1]** 4638/17
**veterans [1]** 4640/4
**via [2]** 4641/22 4693/15

**Vice [2]** 4503/8 4503/14
**video [25]** 4508/4 4516/12 4531/22 4532/2 4532/22 4557/21 4559/13 4559/23 4560/16 4561/25 4567/15 4568/9 4568/9 4569/17 4570/3 4594/14 4613/6 4613/9 4629/18 4629/22 4654/4 4658/14 4658/21 4658/22 4681/3
**videotape [3]** 4681/14 4681/15 4687/5
**view [5]** 4504/17 4652/21 4680/5 4684/16 4686/24
**violated [1]** 4611/11
**violation [1]** 4574/5
**VIP [2]** 4639/3 4639/23
**VIPs [2]** 4639/11 4639/13
**Virginia [4]** 4557/20 4601/18 4613/7 4613/9
**visibly [1]** 4522/5
**voice [7]** 4625/22 4626/10 4626/20 4626/21 4641/22 4657/7 4657/8
**Voices [6]** 4626/9 4626/17 4626/23 4627/7 4627/23 4627/24
**VoIP [2]** 4625/21 4628/3
**volume [1]** 4641/15
**volumes [1]** 4625/9
**voluntarily [4]** 4616/19 4631/6 4647/4 4669/6
**volunteered [1]** 4639/18
**volunteering [1]** 4640/5
**vote [10]** 4499/8 4501/23 4501/25 4509/23 4511/17 4514/12 4658/16 4678/18 4678/21 4678/24
**voter [1]** 4644/9
**vs [4]** 4493/5 4689/23 4690/8 4690/14
**vultures [1]** 4597/13

**W**

**wait [2]** 4532/8 4548/13
**waiting [4]** 4650/14 4661/11 4668/6 4692/9
**waive [4]** 4503/20 4503/24 4693/18 4693/21
**waives [1]** 4664/16
**walk [2]** 4511/24 4524/3

**walked [3]** 4508/4 4681/22 4688/6
**walkie [1]** 4616/9
**walkie-talkie [1]** 4616/9
**walking [2]** 4537/2 4685/1
**wall [1]** 4680/21
**want [33]** 4503/23 4506/10 4509/4 4535/4 4547/22 4598/10 4600/19 4607/16 4615/17 4622/4 4624/1 4639/25 4640/21 4642/18 4642/21 4643/3 4643/8 4643/8 4646/9 4646/10 4649/6 4650/20 4653/22 4656/17 4661/6 4661/12 4661/16 4662/13 4663/12 4663/17 4665/5 4672/8 4676/9
**wanted [16]** 4600/1 4600/13 4646/7 4646/9 4646/11 4646/11 4648/13 4656/20 4661/17 4662/12 4662/16 4663/19 4665/4 4668/8 4670/20 4692/21
**wanting [1]** 4659/24
**wants [2]** 4502/3 4659/22
**war [4]** 4511/24 4512/9 4515/12 4579/12
**warrant [15]** 4570/10 4572/9 4582/7 4582/9 4615/25 4631/10 4668/19 4668/23 4669/5 4669/9 4669/10 4669/14 4669/18 4670/6 4670/16
**was [304]**
**Washington [17]** 4493/5 4493/17 4494/4 4494/7 4494/12 4495/3 4495/8 4495/12 4496/13 4518/15 4596/21 4601/11 4610/24 4614/6 4684/24 4686/20 4697/10
**wasn't [12]** 4535/5 4577/6 4582/14 4600/20 4622/17 4638/16 4639/9 4640/11 4644/22 4645/21 4652/17 4693/8
**waste [1]** 4547/25
**watch [1]** 4639/14
**watched [1]** 4613/9

**watching [1]** 4590/21
**Watkins [53]** 4525/18 4525/20 4526/16 4526/18 4527/3 4527/20 4528/11 4528/15 4529/1 4533/3 4533/8 4533/23 4535/1 4535/7 4536/2 4536/7 4536/17 4536/25 4537/8 4593/11 4593/13 4593/20 4594/10 4594/13 4594/19 4594/22 4595/12 4595/20 4596/2 4596/10 4596/20 4596/23 4597/6 4597/10 4597/18 4599/2 4599/10 4599/22 4599/25 4600/8 4600/11 4601/6 4601/10 4601/14 4601/19 4601/22 4602/4 4602/22 4603/2 4603/7 4619/25 4633/2 4646/22
**Watkins's [5]** 4527/24 4533/20 4534/16 4534/20 4603/4
**way [28]** 4513/12 4528/18 4529/6 4547/3 4563/22 4568/7 4580/20 4585/20 4598/1 4599/8 4606/6 4608/17 4611/4 4613/5 4614/3 4615/1 4624/11 4628/5 4628/10 4633/10 4651/1 4655/25 4670/13 4680/19 4681/22 4686/11 4689/11 4695/3
**ways [1]** 4696/4
**we [495]**
**we'd [5]** 4592/20 4635/15 4635/19 4651/19 4658/20
**we'll [30]** 4503/24 4506/7 4507/18 4511/25 4524/24 4534/9 4537/13 4550/6 4563/6 4587/20 4598/16 4605/7 4633/17 4636/4 4637/14 4638/7 4650/15 4655/17 4657/20 4659/18 4660/21 4660/23 4662/6 4662/9 4665/17 4693/12 4694/4 4696/7 4696/10
**we're [47]** 4521/23 4523/8 4546/10 4550/14 4553/11 4557/13 4558/13 4559/19

4563/18 4571/23 4581/24 4583/5 4583/13 4584/4 4585/4 4620/17 4621/7 4621/11 4623/10 4625/11 4628/11 4628/20 4633/23 4634/18 4634/22 4638/3 4650/11 4652/6 4656/24 4657/16 4657/18 4658/15 4659/5 4663/13 4666/23 4666/24 4669/25 4691/4 4692/9 4692/21 4692/22 4693/12 4694/14 4695/6 4695/8 4695/12 4695/20
**we've [15]** 4509/2 4545/3 4557/16 4595/21 4602/21 4604/25 4605/2 4605/19 4652/7 4652/14 4653/3 4655/21 4660/3 4694/11 4696/3
**weak [2]** 4677/25 4678/1
**weapons [7]** 4561/15 4563/11 4563/14 4564/12 4564/14 4613/23 4642/15
**wear [3]** 4675/18 4676/12 4676/14
**wearing [5]** 4675/25 4676/6 4676/7 4676/8 4685/7
**wears [1]** 4675/22
**web [1]** 4626/10
**website [3]** 4522/18 4522/22 4522/25
**Wednesday [7]** 4655/15 4656/14 4662/5 4692/13 4692/18 4692/19 4695/8
**week [3]** 4597/12 4597/19 4695/2
**weekend [1]** 4692/25
**weeks [2]** 4502/18 4679/7
**weight [1]** 4502/5
**welcome [4]** 4507/21 4536/15 4587/20 4651/19
**well [32]** 4503/14 4504/24 4506/2 4507/6 4511/25 4525/12 4535/8 4536/9 4565/12 4573/10 4581/13 4583/23 4591/8 4604/6 4604/7 4609/13 4614/24 4615/2 4617/15 4625/11 4636/14 4637/9 4640/16 4640/19 4644/18 4648/4 4648/11 4658/1 4658/8

**well... [3]** 4663/8 4664/21 4666/16

**went [16]** 4499/6 4499/8 4501/24 4509/21 4509/22 4551/10 4611/3 4611/14 4622/14 4635/3 4640/20 4644/5 4644/14 4645/11 4681/6 4681/19

**were [117]** 4500/21 4500/25 4501/6 4501/8 4510/23 4511/19 4513/1 4519/15 4519/18 4522/25 4527/2 4528/17 4529/14 4531/17 4532/1 4533/19 4536/20 4540/15 4540/15 4543/22 4544/19 4549/11 4551/25 4554/25 4555/1 4562/2 4562/3 4562/8 4562/22 4562/25 4563/25 4564/8 4564/9 4564/14 4564/15 4565/19 4568/16 4568/19 4570/7 4570/10 4572/12 4575/1 4582/11 4583/11 4583/15 4583/16 4584/17 4588/19 4590/11 4593/10 4593/13 4594/21 4594/23 4595/3 4595/6 4601/17 4602/10 4602/15 4602/15 4603/24 4604/3 4604/3 4604/4 4604/5 4604/7 4604/8 4604/16 4605/2 4608/20 4610/9 4610/11 4611/22 4612/1 4612/10 4613/7 4613/8 4616/13 4619/21 4619/24 4630/8 4633/17 4639/11 4639/13 4639/15 4639/24 4640/1 4640/2 4640/3 4640/4 4640/4 4640/5 4640/5 4640/21 4640/25 4640/25 4641/17 4641/19 4642/21 4644/19 4645/3 4646/16 4646/17 4646/18 4650/21 4654/21 4657/21 4667/18 4667/21 4668/6 4672/25 4679/6 4679/7 4684/11 4691/14 4692/1 4692/2 4692/25

**weren't [1]** 4504/6
**west [2]** 4495/12 4623/1
**what [247]**

**what's [13]** 4504/5 4507/23 4513/6 4513/25 4515/20 4518/6 4520/23 4539/19 4572/2 4599/17 4628/19 4651/7 4695/9

**whatever [2]** 4576/9 4654/25
**whatever's [1]** 4562/5
**whatsoever [2]** 4654/5 4683/22

**when [80]** 4500/21 4502/11 4502/11 4502/13 4506/5 4509/9 4514/3 4514/4 4529/1 4531/7 4531/20 4532/1 4532/13 4538/21 4539/2 4541/15 4542/9 4542/23 4543/13 4547/1 4547/13 4554/8 4555/15 4560/7 4572/9 4573/6 4573/12 4573/15 4575/13 4579/22 4581/21 4582/3 4583/7 4589/23 4590/17 4591/20 4592/11 4594/7 4599/23 4601/3 4602/6 4602/13 4604/2 4604/2 4613/2 4613/6 4613/18 4616/13 4623/14 4623/18 4623/25 4626/17 4626/19 4627/24 4628/15 4639/20 4641/24 4642/8 4645/13 4646/15 4649/2 4656/1 4661/24 4662/17 4667/1 4667/1 4668/18 4675/16 4678/17 4679/6 4679/7 4682/8 4686/20 4687/13 4688/15 4690/1 4691/8 4692/23 4695/16 4696/3

**where [39]** 4505/16 4535/20 4535/23 4544/10 4547/1 4549/11 4550/25 4551/3 4551/6 4557/5 4557/7 4558/13 4587/25 4597/18 4601/19 4610/1 4610/25 4613/7 4618/20 4625/4 4628/25 4631/22 4632/1 4634/20 4634/25 4637/19 4642/5 4643/19 4646/2 4652/24 4658/19 4658/22 4662/8 4664/2 4675/8 4680/20 4694/2 4696/7 4696/8

**whether [61]** 4499/17 4500/3

**which [13]** 4508/8 4518/14 4547/14 4547/22 4549/23 4561/24 4562/12 4562/17 4570/6 4594/18 4602/3 4602/10 4610/11 4624/13 4628/3 4628/9 4631/6 4631/16 4631/17 4632/18 4633/4 4633/7 4652/18 4653/6 4660/4 4661/9 4662/25 4663/15 4663/24 4663/25 4664/6 4669/13 4670/8 4671/16 4671/17 4673/25 4674/1 4674/4 4675/22 4675/24 4676/6 4677/23 4679/16 4679/18 4682/12 4682/14 4682/25 4683/8 4683/11 4683/18 4684/14 4684/23 4685/13 4685/14 4685/22 4686/22 4687/9 4690/12 4691/23

**which [50]** 4501/22 4504/21 4510/25 4519/12 4521/24 4526/18 4528/24 4547/24 4554/6 4559/17 4569/7 4573/4 4596/8 4602/8 4607/19 4609/17 4611/23 4621/5 4622/15 4622/22 4624/7 4634/15 4638/1 4644/21 4648/15 4649/25 4653/6 4657/24 4657/25 4658/15 4658/18 4660/4 4662/20 4666/13 4666/25 4670/16 4671/2 4672/2 4672/25 4675/3 4675/18 4681/15 4681/21 4682/23 4684/11 4685/16 4688/14 4690/6 4690/23 4692/13

**while [10]** 4505/10 4521/12 4547/10 4563/7 4577/14 4642/10 4643/15 4664/2 4684/20 4688/17

**Whip [9]** 4548/13 4555/19 4586/9 4606/9 4607/7 4607/13 4607/25 4608/20 4608/20

**Whiplash [2]** 4555/19 4586/9
**Whippet [5]** 4555/18 4555/22 4586/5 4586/7 4586/12
**who [114]** 4499/4 4500/23 4500/24 4501/13 4503/14 4504/6 4509/11 4509/13

**who... [106]** 4510/20 4510/23 4512/24 4515/4 4517/8 4518/10 4518/18 4518/20 4518/22 4520/10 4520/12 4520/16 4520/19 4521/4 4522/5 4525/20 4527/22 4528/4 4528/8 4529/18 4530/24 4531/1 4531/15 4532/15 4532/17 4532/24 4533/2 4534/21 4534/23 4534/25 4545/20 4546/2 4546/5 4546/7 4548/25 4555/1 4555/17 4555/21 4556/8 4556/11 4556/23 4557/1 4558/4 4558/16 4558/18 4575/16 4576/12 4578/5 4578/12 4578/20 4581/19 4582/22 4585/12 4585/15 4586/9 4586/12 4586/21 4587/8 4590/11 4591/18 4592/7 4592/9 4594/9 4594/11 4596/17 4598/1 4599/5 4599/20 4599/22 4600/14 4605/25 4606/2 4606/4 4612/10 4612/14 4612/18 4617/7 4623/19 4623/23 4624/1 4624/19 4625/7 4628/7 4633/24 4639/23 4640/5 4640/19 4642/3 4642/5 4642/6 4644/8 4646/12 4646/17 4646/17 4647/10 4652/15 4653/25 4655/11 4657/19 4664/21 4668/16 4677/10 4677/18 4683/16 4688/18 4694/8

**who's [2]** 4560/9 4654/17

**whole [5]** 4504/23 4505/4 4529/6 4596/7 4607/11

**whom [4]** 4500/9 4501/3 4553/21 4553/23

**whose [6]** 4503/14 4519/19 4564/7 4564/8 4579/24 4623/21

**why [19]** 4546/14 4587/15 4629/3 4639/9 4640/21 4641/22 4642/18 4642/21 4643/9 4643/25 4646/6 4646/24 4649/18 4658/24 4663/4 4663/10 4675/19

**wide [1]** 4505/23

**wild [1]** 4513/6

**will [117]** 4503/16 4503/20 4503/20 4503/21 4504/9 4507/8 4509/1 4509/2 4512/10 4512/13 4523/23 4531/10 4538/10 4540/6 4547/4 4548/4 4548/10 4550/9 4550/21 4555/8 4556/1 4556/21 4561/23 4563/3 4563/5 4566/17 4567/11 4569/23 4571/20 4573/21 4574/7 4575/24 4576/1 4576/10 4577/5 4577/20 4584/25 4587/15 4589/4 4589/6 4591/23 4595/10 4595/13 4595/14 4595/17 4595/21 4598/5 4598/5 4598/9 4598/24 4599/16 4604/19 4637/23 4638/24 4640/14 4643/2 4645/23 4647/2 4647/4 4649/5 4649/10 4649/14 4649/18 4649/23 4650/5 4650/6 4650/7 4650/14 4651/8 4651/24 4654/22 4655/7 4655/11 4655/12 4656/2 4657/3 4658/2 4659/6 4659/9 4659/10 4660/7 4660/17 4665/16 4666/21 4668/2 4669/16 4674/6 4674/7 4674/14 4674/18 4675/4 4675/7 4675/17 4675/19 4675/20 4676/4 4676/19 4676/24 4678/1 4680/11 4680/24 4681/10 4681/24 4682/8 4683/3 4683/6 4683/17 4684/11 4685/7 4685/18 4686/21 4690/7 4690/23 4693/13 4693/14 4694/9 4695/24

**William [40]** 4496/7 4496/8 4520/21 4521/2 4521/5 4521/6 4523/12 4524/6 4525/12 4587/9 4592/8 4592/13 4592/16 4615/6 4615/8 4615/19 4616/8 4616/17 4616/20 4616/24 4617/2 4617/15 4617/16 4617/19 4617/21 4617/23

4618/10 4618/11 4618/14 4618/14 4618/23 4619/3 4665/16 4666/13 4668/19 4669/4 4675/8 4687/25 4691/12 4691/14 4691/15

**william.andrew.isaacs [1]** 4524/7

**Williamson [1]** 4500/18

**willing [1]** 4693/12

**willingness [1]** 4688/11

**Wilson [5]** 4500/11 4501/10 4501/15 4665/10 4667/25

**Wisconsin [1]** 4514/12

**wish [3]** 4562/17 4638/4 4695/14

**wishes [4]** 4610/7 4677/7 4677/17 4685/17

**withdraw [1]** 4618/4

**withdrawing [1]** 4680/18

**within [8]** 4569/13 4616/15 4618/11 4637/21 4645/12 4648/3 4675/10 4686/18

**without [11]** 4504/10 4504/14 4547/8 4634/18 4644/5 4644/14 4644/25 4645/11 4657/4 4681/12 4691/6

**witness [29]** 4496/16 4503/20 4508/15 4510/7 4529/24 4533/14 4537/21 4540/7 4540/9 4544/14 4546/25 4547/6 4552/16 4554/19 4554/20 4570/14 4574/17 4579/17 4584/13 4588/13 4588/15 4589/2 4622/14 4622/17 4635/14 4657/14 4657/21 4661/1 4668/18

**witnessed [2]** 4500/23 4644/9

**witnesses [14]** 4497/3 4497/4 4654/21 4654/23 4655/2 4656/21 4659/6 4659/10 4659/11 4659/15 4660/5 4660/6 4665/19 4695/19

**Wolf [2]** 4695/13 4695/15

**women [1]** 4643/21

**won't [2]** 4650/13 4659/10

**Woodward [10]** 4495/2 4495/2 4653/10 4654/21

**W**

**Woodward... [6]** 4657/15
4657/22 4659/14 4662/19
4662/21 4663/1
**Woodward's [1]** 4659/6
**word [7]** 4499/7 4503/17
4504/4 4506/16 4513/25
4615/17 4634/18
**worded [1]** 4577/6
**words [16]** 4503/5 4610/13
4617/6 4617/11 4631/13
4634/9 4634/15 4635/2
4653/12 4660/17 4664/5
4666/3 4676/2 4679/14
4682/7 4682/24
**work [8]** 4577/22 4589/23
4609/15 4612/4 4630/20
4657/20 4659/5 4663/5
**worked [3]** 4609/14 4609/14
4612/5
**working [3]** 4576/2 4656/24
4657/16
**works [2]** 4626/20 4654/25
**world [2]** 4635/3 4694/12
**worried [1]** 4661/1
**worry [1]** 4600/14
**would [145]** 4499/15 4499/21
4500/4 4500/16 4503/6
4503/19 4504/21 4506/1
4506/3 4506/15 4508/24
4511/9 4517/24 4519/21
4521/25 4522/23 4523/20
4530/13 4530/20 4534/1
4538/7 4538/12 4540/18
4544/25 4545/12 4547/18
4550/5 4553/3 4555/6
4558/13 4561/1 4561/9
4563/23 4564/3 4565/5
4566/4 4566/14 4567/3
4567/9 4569/13 4569/14
4569/20 4571/1 4571/17
4573/18 4575/7 4578/4
4584/23 4589/2 4589/23
4593/23 4604/25 4605/21
4609/24 4610/23 4611/18
4612/4 4612/21 4612/22
4612/24 4613/19 4613/21
4614/5 4614/7 4617/6 4618/1
4618/2 4618/10 4618/11
4623/24 4624/1 4624/2
4624/5 4624/7 4625/8

4625/20 4626/24 4626/25
4628/10 4637/6 4638/11
4642/9 4642/19 4643/7
4645/22 4645/25 4646/13
4646/24 4648/15 4651/9
4651/16 4652/18 4653/24
4654/7 4654/11 4655/24
4657/21 4657/22 4657/22
4659/12 4660/5 4660/10
4661/22 4662/8 4662/25
4663/4 4664/4 4664/6
4664/10 4665/19 4665/21
4665/23 4666/3 4666/6
4666/8 4666/8 4666/20
4668/22 4669/2 4669/24
4669/25 4671/10 4671/17
4673/15 4673/25 4680/4
4680/13 4684/25 4685/21
4688/1 4688/2 4688/7
4688/23 4689/2 4689/3
4689/10 4690/16 4690/16
4691/1 4691/7 4691/11
4691/12 4693/2 4694/23
4696/5
**wouldn't [6]** 4566/21
4600/14 4615/1 4618/13
4650/22 4688/25
**wrap [2]** 4694/24 4694/25
**Wright [1]** 4499/11
**write [4]** 4540/4 4556/19
4558/11 4578/13
**writes [1]** 4687/21
**written [8]** 4635/19 4651/2
4667/8 4667/17 4668/22
4669/17 4669/20 4669/21
**wrong [6]** 4667/2 4667/13
4667/16 4669/8 4685/21
4686/2
**wrongful [1]** 4685/25
**wrote [4]** 4500/22 4597/4
4641/20 4687/25

**Y**

**yeah [6]** 4529/5 4643/6
4693/6 4695/12 4695/12
4695/12
**year [3]** 4602/8 4646/3
4647/8
**years [1]** 4609/10
**yellow [3]** 4523/5 4526/1
4531/11

**yes [359]**
**yesterday [4]** 4536/8
4591/23 4666/16 4669/3
**yet [8]** 4521/25 4556/1
4578/21 4604/14 4656/1
4691/10 4695/23 4695/25
**you [566]**
**you'd [4]** 4506/2 4506/3
4621/5 4624/7
**you'll [1]** 4640/19
**you're [33]** 4504/25 4505/2
4506/2 4506/10 4536/5
4536/9 4536/12 4546/14
4568/25 4571/12 4581/17
4598/16 4609/23 4610/19
4611/11 4611/17 4613/22
4614/8 4621/21 4622/9
4622/18 4622/21 4627/5
4636/8 4655/2 4659/15
4661/23 4668/3 4669/23
4682/5 4691/23 4691/24
4695/11
**you've [16]** 4505/1 4547/12
4562/9 4606/22 4607/11
4609/10 4612/5 4620/19
4620/22 4631/2 4660/14
4665/8 4665/9 4666/7 4668/1
4670/3
**you-all [3]** 4578/19 4650/15
4657/12
**You/we [1]** 4578/21
**Young [7]** 4517/4 4517/6
4517/21 4518/9 4518/10
4518/12 4518/15
**your [154]** 4503/18 4505/5
4506/7 4506/12 4506/20
4506/25 4507/13 4507/16
4507/22 4507/25 4508/10
4512/11 4512/16 4515/17
4516/9 4518/14 4520/15
4521/4 4521/23 4522/24
4523/16 4523/22 4527/11
4527/16 4528/6 4533/7
4534/19 4536/14 4545/3
4546/2 4548/6 4549/6
4551/19 4556/21 4561/5
4562/1 4562/15 4562/18
4563/7 4563/10 4563/18
4564/18 4570/4 4572/1
4574/2 4574/10 4574/12
4576/8 4576/9 4576/9

**your... [104]** 4578/13
4578/14 4578/19 4579/4
4583/10 4583/24 4588/20
4592/19 4592/21 4598/5
4602/21 4603/6 4603/12
4604/15 4606/24 4609/3
4610/8 4611/1 4611/23
4612/4 4612/14 4615/11
4615/18 4616/8 4616/20
4616/24 4617/16 4618/21
4619/3 4619/17 4619/18
4620/17 4622/9 4622/14
4625/1 4625/2 4627/5 4627/5
4627/25 4628/1 4628/2
4629/1 4629/4 4629/7 4629/9
4629/12 4630/10 4630/20
4631/2 4631/21 4632/2
4633/14 4635/12 4635/15
4635/22 4636/11 4636/20
4637/1 4637/5 4637/16
4638/5 4647/14 4647/24
4648/4 4648/9 4648/19
4649/4 4651/17 4653/9
4653/11 4653/21 4654/19
4655/2 4659/4 4659/12
4660/20 4661/2 4661/4
4661/6 4661/23 4662/3
4663/15 4663/20 4663/23
4665/5 4665/7 4667/7
4667/18 4668/6 4669/8
4691/3 4691/17 4691/18
4692/16 4692/22 4693/25
4694/1 4694/16 4694/22
4695/4 4695/4 4695/10
4695/18 4695/21
**yours [5]** 4665/24 4665/24
4666/1 4666/2 4666/5
**yourself [2]** 4612/9 4667/25
**yourselves [1]** 4576/8

**Z**

**Zelle [1]** 4553/17
**Zello [4]** 4596/22 4597/3
4601/12 4605/18
**zero [2]** 4576/3 4578/20
**zip [1]** 4573/4
**zoom [19]** 4523/5 4538/17
4538/18 4538/23 4538/24
4539/5 4540/1 4540/25
4541/12 4541/13 4541/18

4542/6 4542/8 4542/11
4542/18 4542/21 4542/21
4543/1 4543/11
**zoomed [1]** 4524/1
**zooming [1]** 4538/12
**Zsuzsa [1]** 4495/6