```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,       )
                                     )
 4            Plaintiff,             ) CR NO.: 21-28
        vs.                          ) Washington, D.C.
 5                                   ) Thursday, March 9th, 2023
     SANDRA R. PARKER, et al.,       ) 1:25 p.m.
 6                                   )
              Defendants.            ) Day 22
 7   _____) Afternoon Session

 8            Transcript of Jury Trial Proceedings
                Before the Honorable Amit P. Mehta
 9                  United States District Judge

10
     APPEARANCES:
11
     For the Government:          Kathryn Leigh Rakoczy
12                                Jeffrey S. Nestler
                                  Alexandra Hughes
13                                Troy Edwards
                                  U.S. Attorney's Office
14                                601 D. Street, NW
                                  Washington, D.C. 20579
15                                (202) 252-7277
                                  Email:
16                                Jeffrey.Nestler@usdoj.gov

17
     For Defendant
18   Sandra Parker:              John L. Machado
                                  Law office of John Machado
19                                503 D. Street, NW
                                  Suite 310
20                                Washington, D.C. 20001
                                  (703) 989-0840
21                                Email: johnlmachado@gmail.com

22   For Defendant
     Bennie Parker:              Stephen F. Brennwald
23                                Brennwald & Robertson, LLP
                                  922 Pennsylvania Avenue, SE
24                                Washington, D.C. 20003
                                  (301) 928-7727
25                                Email: sfbrennwald@cs.com
```

APPEARANCES CONTINUED:


For Defendant
Laura Steele:                   Peter A. Cooper
                                Law Office of Peter A. Cooper
                                400 5th Street, NW
                                Suite 350
                                Washington, D.C. 20001
                                (202) 400-1434
                                Email:
                                pcooper@petercooperlaw.com


For the Defendant
Connie Meggs:                   Stanley Edmund Woodward, Jr.
                                Brand Woodward Law
                                1808 Park Road, NW
                                Washington, DC 20010
                                (202) 996-7447
                                Email:
                                Stanley@brandwoodwardlaw.com

                                Julia Zsuzsa Haller
                                Law Offices of Julia Haller
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

For Defendant
William Isaacs:                 Euene J. Rossi
                                Carlton Fields, P.A.
                                1025 Thomas Jefferson Street, NW
                                Suite 400 West
                                Washington, D.C. 20007
                                (202) 965-8100
                                Email: grossi@carltonfields.com

                                Charles Greene
                                Law Office of Charles M.
                                Greene, P.A.
                                55 East Pine Street
                                Orlando, Florida 32801
                                (407) 648-1700
                                Email: gmg@cmgpa.com

APPEARANCES CONTINUED:


For Defendant
Michael L. Greene:                Britt Redden
                                  Redden Law, PLLC
                                  3300 Oak Lawn Avenue
                                  Suite 700
                                  Dallas, Texas 75219
                                  (214) 699-8429
                                  Email:
                                  bredden@reddenlawtexas.com

                                  William Lee Shipley, Jr.
                                  Law Offices of William L.
                                  Shipley
                                  P.O. Box 745
                                  Kailua, HI 96734
                                  (808) 228-1341
                                  Email: 808Shipleylaw@gmail.com


Court Reporter:                   Christine T. Asif, RPR, FCRR
                                  Federal Official Court Reporter
                                  333 Constitution Avenue, NW
                                  Washington, D.C., 20001
                                  christine_asif@dcd.uscourts.gov

```
 1              P R O C E E D I N G S
 2              MR. NESTLER:  Your Honor, Mr. Machado is not here.
 3    He's next.
 4              THE COURT:  He's our next presenter, so to speak.
 5              All right.  Well, Mr. Brennwald, you'll just go.
 6              MR. BRENNWALD:  Sorry?
 7              THE COURT:  You'll just have to go.  If he's not
 8    here, you'll go.
 9              MR. BRENNWALD:  That's fine.
10              THE COURT:  All right.  Let's bring the jury in.
11    It's not my fault he's not here on time.
12              (Jury entered the courtroom.)
13              THE COURT:  Welcome back, everybody.  Be seated.
14    Hope you had a nice lunch break.
15              So we are ready to continue.  Mr. Brennwald on
16    behalf of Mr. Parker.
17              MR. BRENNWALD:  Here he is.
18              THE COURT:  Oh, Mr. Machado.
19              MR. MACHADO:  Yes, Your Honor.
20              THE COURT:  You're up.
21              MR. MACHADO:  Yes, thank you.
22              Good afternoon.  First of all, let me say thank you
23    for paying attention in this case and being very diligent as
24    far as coming on time, as far as listening to what's going on.
25    It's been a month worth, so I especially thank you -- thank
```

Closing Argument - Machado

1    you very much for that.

2              Judge, if I can have -- thank you.

3              So first of all, let me say that -- I can say that

4    our clients, everyone believes that this was not a good

5    situation on January 6.  And the fact of the matter is, I

6    don't think that anyone has the sense that we are dealing with

7    a situation where people approved of what was going on.  But

8    what we do have an issue with is whether these individuals

9    that are before you were involved in it.  And that's what the

10   government has to show beyond a reasonable doubt.

11             Court's indulgence.

12             (Pause in the proceedings.)

13             MR. MACHADO:  Technical difficulties.  My apologies.

14             Are you able to -- okay.  That was not showing on my

15   screen.  So that was the problem.  Let me make sure.  It's

16   coming up?

17             I'm so sorry.  Thank you.  So first of all, let me

18   just say that the government is presenting a case where a lot

19   of what they are determining to share with you is January 6

20   and the emotion and the fear that a lot of people had on that

21   day.  Their second slide that they showed at the beginning of

22   this thing was basically congressmen cowering, which of course

23   gives you a visceral feeling.

24             Well, ladies and gentlemen, there's another time

25   when the word "fear" was mentioned, and that's when the judge

1    was giving you jury instructions.  And the judge told you that

2    you should determine the facts without prejudice, fear,

3    sympathy, or favoritism.  You should not be improperly

4    influenced by anyone's race, ethnic origin, or gender.  Decide

5    the case solely from a fair consideration of the facts.

6           So let me break this down about what I'm going to be

7    presenting.  Basically, it's going to be in three parts.

8    First part basically will have to do with the -- as it says,

9    the time line, before, during, and after.  Because my client

10   is Sandra Parker.

11          If you could stand up, Ms. Parker.  Okay.

12          And a lot of what the government is trying to

13   suggest --

14          Thank you, Ms. Parker.

15          -- is the fact that all these other things were

16   going on.  But if you remember in the opening statement, I

17   asked you what did Ms. Parker know and how did she know it?

18   And the fact of the matter is, they don't have an answer for

19   that.  They're asking you to do a lot of guesswork, assuming,

20   and it's nothing to do with the evidence itself.

21          So let's talk about the time line beforehand.

22          Just checking to see, has it -- is it not coming up?

23   There we go.

24          So let's talk about beforehand.  Now, Ms. Parker

25   went to other rallies, and it was rather -- went to other

1    peaceful rallies, not just this Washington -- it was not just

2    a situation where she showed up for the Washington one.  She

3    was, as you can see, and I mean -- she's little on the older

4    side, respectfully, my apologies, but she's not the same age

5    or the energy level as the others that we were talking about

6    here, the other defendants, the other people that you've seen

7    pictures that are part of the Oath Keepers.

8         I'm not sure -- well, I'll -- well, looks like we're

9    going to try and work this without it.  We'll try to get to it

10   in a second.

11        But what you've heard is that --

12        Okay.  I thank the government for their assistance

13   on this.  Okay.  Fantastic.  Thank you.  Thank you so much.

14   Okay.  Thank you so much.

15        Okay.  So you can see, they met Jessica and Donovan

16   Crowl at a rally.  And in this rally, it was just their kind

17   of like minds, and there wasn't anything in particular that

18   was a little odd or inappropriate about it.  They had similar

19   political positions and a -- they developed a connection that

20   way.

21        They never became members of the Oath Keepers.

22   You've heard about that there was no membership, there was

23   no -- no indication of any checks or anything that shows that

24   my client, or Mr. Parker for that matter, but I'll let

25   Mr. Brennwald deal with that -- were actually members of the

1    Oath Keepers.  And therefore, they weren't part of any of

2    these communications or any of these calls that you've heard

3    about.

4            More importantly, you've heard something about

5    Bennie Parker being part of some discussions, which

6    Mr. Brennwald will handle, but Sandra Parker was never part of

7    these discussions or texts that indicate that she would know

8    what was going on.  So we don't have any of that.  There's

9    none whatsoever.

10           What you have is something about looking up Oath

11   Keepers online and, frankly, from what was read, and you heard

12   this through Mr. Parker, it basically was retired police,

13   military, nothing about uprising, nothing about -- so even a

14   little homework that you heard Mr. Parker talk about that they

15   did together.  Okay.

16           So the only messages that they have tried to show

17   about some sort of motive or anything like that, which we'll

18   get to later, show that they're not happy with the results.

19           Well, ladies and gentlemen, lots of people had

20   opinions about the 2020 elections.  Granted, some very strong

21   opinions.  I mean, it's an election, and there are two sides;

22   there's always a winner, there's always a loser.  And so the

23   fact of the matter is, for them to suggest that just because a

24   person was not very happy that therefore they wanted to storm

25   the Capitol, I think I would suggest to you that's a little on

1      the ridiculous side.

2             And it's not the situation that we presented

3      ourself -- that's presented here.  And we'll talk about the

4      specific messages, out of all these messages that they had,

5      what they talked about.

6             Again, the conversations were with recruit Ben.

7      He's not even a member.  And so not only do you have the fact

8      that Sandra Parker was not a member of it, you have that, of

9      any conversations, it's recruit Ben.  He's not even a member

10     of the Oath Keepers.

11            Now, there -- this is not something that they

12     regularly did, and so it was at Jessica Donovan's request that

13     they purchase some clothing.  And you heard that they

14     purchased some khakis because that's what they needed to wear.

15     So they weren't even attired as far as this thing is

16     concerned.

17            Then you had the fact that they traveled.  Well,

18     there was never speaking about the vote as far as the election

19     count is concerned.  You heard no testimony, nor do you have

20     any indication that Sandra Parker and/or Bennie Parker had any

21     conversation about, hey, you know, here's what we're planning

22     to do.  If anything, what you had is some suggestion about

23     them volunteering and them helping out.  And that's the only

24     conversation that they had.  And there's nothing to the

25     contrary to that.  Okay.

1          Okay.  My apologies.

2          What you have is -- then we have the fact that what

3     Sandra Parker committed to do was to be a medic and help with

4     her first aid training.  And, in fact, you have proof of the

5     fact that they had -- that she had this through Exhibit 103,

6     where she has her medic first aid card.  So this is not

7     something that's out of the blue, and it's something she has

8     said, I want to help people, I can help people, that's the

9     role they need me, and so therefore that's what I'm going to

10    do.

11         They were older people.  As Bennie Parker indicated,

12    they were going there because of the fact that they were

13    coming for the rally and that's it.  But they were concerned

14    about they were on the older side.  You heard talk about, you

15    know, Antifa and being concerned about their safety, so that's

16    why they decided to go with them.

17         And along the way, they agreed and they said that

18    they would help with the VIPs as far as escorting them.

19    Nothing illegal about that.  It was just the additional thing

20    that they requested.  Seemed like there was nothing wrong with

21    that.  And, in fact, as you probably saw in the videos shown

22    earlier by Mr. Woodward, they were part of that group.

23         Okay.  So I said we were going to talk about the

24    fact that -- Sandra Parker and what her messages meant and,

25    more importantly, what the government is trying to suggest

1    based on her having her own opinions.

2         Now, as I put Sandra Parker and wanting to fight or

3    how the government is intentionally trying to confuse you by

4    picking and choosing.  So we're going to look at Government

5    Exhibit 9803.  They took, you know, just little bits and

6    pieces, and this is because they wanted to show how -- how

7    obsessed or how upset she was about the election and how

8    therefore, in their minds, this allows her to have a

9    conclusion of the fact that she wants to storm the Capitol.

10        Let's look at these messages.  And it's already in

11   evidence, but I want to point out specifically.  So take a

12   look.  This is the statement that they found.  Now, mind you,

13   remember, they came to their house unannounced and this is

14   what was recovered, so it's not like there was an opportunity

15   to hide this information.

16        She obviously indicates she is appalled.  And she's

17   concerned, as you know, that some people were not very happy

18   and thought there was election fraud.  But let's talk about

19   how she indicates how we need to deal with this.

20        And I put it in highlight.  This must be thoroughly

21   investigated.  Investigated.  And, all the guilty parties must

22   be prosecuted to the fullest extent of the law.  Prosecuted,

23   as in going to trial, using the proper process about how we

24   need to deal with things.

25        And she makes the point, this is not about Trump but

1    rather the integrity of our election process and defense of

2    the ideals upon which the constitutional republic was founded.

3    This isn't a Trump thing, this isn't a Biden thing, this is an

4    America thing.  All right.  And she makes it clear in this.

5         Please stand up for the rule of law and the

6    integrity of our election process.  The process, not the fact

7    that Trump was not elected, but the process is messed up.  And

8    what does she -- what does this crazy idea that she just says,

9    here's what you need to do, not storm the Capitol, but e-mail

10   Senator Rob Portman to let him know what you think about the

11   blatant election fraud.  E-mail your senator.  That's

12   revolutionary, isn't it?  No, I think that's part of your

13   First Amendment and, frankly, the right thing to do.  Says

14   also, e-mail your congressmen.

15        And then keeps on, our voices must become a

16   deafening roar.  Voices, voices to be heard.  That's what

17   she's talking about.  She says she's done all of the above,

18   plus contacted the Supreme Court and donated to the Election

19   Defense Task Force.

20        Suggesting people should donate to a cause, not to

21   the republican party, not to Trump for president, not to Stop

22   the Steal, but to the Election Defense Task Force.  Please

23   consider making a small donation.

24        Again, this is supposed to be this -- they've tried

25   to put her as an angry person who was ready to storm the

1    Capitol.  This does not seem to be that person.

2           Attend rallies to show your support.  Nothing wrong

3    with attending a rally.

4           But then she does use the word "fight."  Oh, no,

5    just get in the fight in some way.  Well, she's just explained

6    what she's meaning by fight.  It's donating, it's writing

7    e-mails, it's contributing.  That's how you fight.

8           And again, and perhaps a little proofreading would

9    have been a little helpful, this is not about Trump, again a

10   second time, just in case you missed it the first time.  All

11   right.

12          And then this is the other thing they pulled, we

13   need to organize a Trump train to the cities where election

14   fraud is rampant.  And then she writes, Philadelphia, anyone?

15          When they were talking about this, overwhelm them

16   with our sheer numbers, they were trying to suggest that

17   that's what we were supposed to do -- what was happening in

18   Washington D.C.  She was talking about Philadelphia.  And

19   she's not talking about doing anything improper.  And then she

20   even gives her e-mail, if you are in.

21          So let's talk about during.  Let's talk about the

22   day of January 6, and slightly before.  During this -- they

23   did not bring weapons.  They left them in Winchester,

24   Virginia, and it's at least one hour away.  And actually, I

25   think we heard it's one and a half hours so even more so.  But

1     clearly, it's not about a revolution if you're putting things

2     one and a half hours away.

3           She was not wearing any Oath Keepers patches or

4     insignias.  Okay.  You can see there from the picture, which

5     we'll get to in a minute, she was not wearing anything like

6     that.  Nothing to indicate that she was an Oath Keeper.

7           Okay.  And I pull this out because I believe the

8     government was trying to suggest that somehow there was some

9     conversation that was going on in general with the Oath

10    Keepers.  Well, this is the video they showed previously, and

11    I put it just about half a second.  There she is.  Mr. Parker

12    couldn't identify his wife from the little bit of cammo, but

13    as you can see -- and the video should be available to you.

14    It's one of the government's exhibits.  You can see that they

15    were right next to each other.  And there was nothing improper

16    about what they were doing.  Okay.

17          All right.  If there aren't for battle, clearly they

18    weren't dressed for it, because the helmet that they -- that

19    Sandra Parker has was from Jessica.  It's not even her own.

20    And that was for the purposes of people -- heard people

21    throwing things, people throwing water bottles, things to

22    that -- frozen water bottles, I think we heard, and that's why

23    a helmet was suggested.

24          Now, we talk about the videos, what we've seen, no

25    cheers.  I mean, some people, you've seen some videos of some

```
 1    of these people in cammo, they're cheering, they have fist
 2    pumps.  And, you know, giving some indication of something
 3    more than what she did.
 4            If you look at the videos, she was simply walking.
 5    All right.  And then at the back of the line.  She's not
 6    leading the charge.  She's following.  Because she knew her
 7    role, and her role was not as a leader, but was going to be as
 8    far as participating and helping with any medical assistance
 9    and with the volunteers.
10            And just as a picture, you've seen the video, I
11    think Mr. Woodward showed it, but there's Sandra Parker, no
12    sort of actions or animus, just simply walking.  And as you
13    probably saw in the video previously, the person they were
14    escorting was also there.  Although as you can see, Sandra
15    Parker and Bennie Parker, if you can figure him out in the
16    back there, are over on another side.
17            Okay.  Wanted to point out as far as they're
18    walking.  Apparently, there's a picture here.  Government is
19    making a big deal about the fact there's some signs there that
20    say Area Closed.  That's in the grassy area, okay.  You've
21    seen, and Mr. Woodward did a fantastic job of showing the fact
22    that as far as the Oath Keepers were concerned, where they
23    were walking, there was nothing stopping them, no indication
24    that they should not proceed.
25            These signs, Area Closed, no one has shown any
```

1    evidence.  We've got lots of camera and lots of Capitol video.

2    No one's showed any indication that they violated any sort of

3    sign or any indication that they knew, or more specifically

4    Sandra Parker, since she's the one that went in, that they

5    were proceeding and walking in an area that they were not

6    allowed.

7              For goodness sake, they were going to a plaza.  A

8    plaza is essentially a place where people walk.  So to say

9    that in the path that they were walking along the Capitol

10   plaza, that there was some indication that they could not go

11   in, that's simply not correct.

12             Now, there were some doors locked, and we'll get to

13   that in a minute, but she was not part of unlocking those

14   doors.

15             So I'm just showing this map simply to show the

16   indication of where, you know, I showed this to the Capitol

17   officer who indicated the path that they went.  And as you can

18   see, you've got grassy areas there, which is where the area

19   was closed.  And let me just kind of -- if I can do this.  I

20   guess we're talking about this area over here, is where

21   they're talking about, the grassy area, area closed.

22             But they proceeded over here, and this is where

23   there were some gates at some point.  But they weren't there

24   anymore.  And so there was no indication whatsoever about the

25   fact that they could or could not go in.

1           Now, I want to take a moment and talk about -- I

2    pointed out that the government kind of chopped things -- took

3    a 30-second video, chopped it in half, and they eliminated the

4    word "they."  It wasn't until later that I realized just how

5    important this is as far as their case.

6           And so, ladies and gentlemen, if you bear with me,

7    this was the video that Sandra Parker had on her phone.

8    Again, you know, no gravel.  But if you -- actually, I said I

9    was going to play it later but let me play it now.  But -- and

10   this won't have any sound, but I want you to know you've heard

11   it, and you heard that she was having some sort of

12   conversation, saying, you know, we're -- you know, where we're

13   from, talking to some individual.

14          Notice where all the Oath Keepers are, where

15   allegedly Caleb Berry claims that there was some sort of

16   conversation.  Just take a look at it.  If you -- she's

17   standing there, and you've heard that she was talking and

18   telling where people are from, things to that effect.  She's

19   more of a tourist than anything else.

20          MR. BRENNWALD:  Mr. Machado, I think you're seeing

21   the video on your computer, but we're not seeing it.

22          MR. MACHADO:  Oh, all right.  There we go.  So I'll

23   just rewind it here.

24          It's a 30-second video, but as you can see, the Oath

25   Keepers are all in front of her, okay.  So even if there was

Closing Argument - Machado

1    some sort of level of conversation, she's busy talking to

2    tourists and telling them who they are.  And she's saying they

3    are the Oath Keepers.  And if you see any level of

4    conversation that's going on, she's not part of it.  See all

5    the people in front of her, they're -- they might be having

6    some sort of huddle or conversation, but Sandra Parker's not

7    part of it.

8              And you can -- this video is available to you, and

9    you can take a look at it as many times as you want.  It's

10   Exhibit 135.V.1.  And it also is one of Sandra Parker's videos

11   as well.

12             So, continuing.  Okay.  And just to point out what

13   she was talking about, she said, We're from Ohio, talks about

14   where other people are.

15             You also had a picture of her, and you've also had

16   the indication that she was wearing medical gear.  That goes

17   along with what she was saying, she was going to be helping

18   people.

19             You saw the little medical tape, you can see it

20   there.  And what is she doing there?  She's helping William

21   Isaacs.  She's helping him.  And then -- and we have this

22   picture.  So you know what she was doing inside.  And in fact,

23   you saw, when we showed the video earlier, that she was -- you

24   know, she's helping inside, and then she's exiting part of

25   that group that's carrying William Isaacs.

Closing Argument - Machado

1          So therefore, you don't -- we have no evidence of

2     her doing anything destructive, doing anything disorderly,

3     doing anything that would indicate that she is trying to stop

4     the count.  She is trying to help, which is what her mission

5     was, so to speak.  She was on mission, and her mission was to

6     help people.

7          Okay.  So let's talk about after.  Showed a video of

8     her with police officers.  And what was interesting about this

9     video is the difference between the way Jessica Watkins and

10    Dominic Crowl dealt with the officers, as opposed to them.  As

11    you can see, they asked for ID.  Sandra Parker pulled it out

12    immediately, gave it to them, as did Bennie Parker.  They're

13    cooperating entirely with the police.

14         Instead, when you had -- what Jessica and Donovan

15    were suggesting was, oh, we left it, we lost it, we don't have

16    it with us.  And, in fact, I think Donovan Crowl says

17    something of the effect of, Why are you doing this?  And

18    nothing like that, no opposition because they did not -- they

19    had no consciousness of guilt, to use the government's phrase.

20    They did not do anything wrong.  They did not think they were

21    doing anything wrong.

22         Now, as far as did not join group at end, the

23    government showed a picture of what was going on at the

24    Capitol.  And there were a couple of them.  There's this one,

25    the photograph from the East Plaza of Capitol 1.  I don't know

1    what they were talking about, but, ladies and gentlemen, if we

2    go to No. 2, take a look at all those names.  Who's missing?

3    I can tell you Sandra Parker is missing.  And for that matter,

4    Bennie Parker is missing.

5           They're not part of that, you know, whatever they

6    were doing there.  They were on their way.  They had nothing

7    to do with what was going on afterwards.  Who knows what was

8    going on in that conversation.  My client doesn't know.

9    Wasn't there.  But it wasn't a situation where she was

10   trying -- where she was still part of this group.  So again,

11   she was not part of any conversation onwards.

12          Then you had some indication of some people making

13   some comments, some bravado; about what, storming the Capitol,

14   what we did.  You have none of that because you had no

15   communications as far as Sandra Parker other than the couple

16   that I showed you.  I mean, that's the full extent of that you

17   have.

18          And then when the FBI came and seized -- came in and

19   seized the items in their house, they had nothing of any

20   significance.  I mean, here's the presentation of all the

21   evidence.  And, ladies and gentlemen, this is the best that

22   they could do.  And, frankly, all they could do was two texts

23   where they have to take it out of context.

24          And then you have the fact that Stewart Rhodes did

25   not know them.  And let's go to this.  He sends a message

1    several days afterwards, Ever heard of Sandra Parker or Bennie

2    Parker?  He writes a little bit, talks about the fact that

3    they had been indicted.  An indictment is not evidence, as you

4    understand now.

5              Ed, please check our membership database and see

6    which of them are actual members.  Whip, do you recognize any

7    of these names?  Kelly Meggs is a member, but I don't

8    recognize the others.  And the others obviously is Sandra

9    Parker, Bennie Parker, not an Oath Keeper.  They didn't even

10   join the Oath Keepers afterwards.  And for what it's worth,

11   they had some free T-shirts; they didn't even take a free

12   T-shirt.

13             So I think -- I think previous counsel,

14   Mr. Woodward, covered things, but I do want -- have a word or

15   two that I want to say about Caleb Berry.  Besides his own

16   self-interest, obviously he wants to get what he can and wants

17   to cooperate with the government and wants them to see.  So

18   what I would suggest to you, ladies and gentlemen, is that

19   when he was coming up here and talking to you about what he

20   said, he was not being very forthright, and he was trying to

21   protect his own self-interest.

22             And the fact of the matter is, when he talked about

23   things, he never mentioned Bennie Parker, Sandra Parker.  What

24   he did was mention the other Florida Oath Keepers, mentioned

25   younger folks, never mentioned old people being part of any

Closing Argument - Machado

1    conversation.

2              So if you bear with me.

3              Okay.  This was part of the questions that I asked

4    him.  He said Kelly Meggs was speaking.  He talked about a

5    huddle.  You've already heard about whether -- what is the

6    huddle.  And that was the first mention of stopping the vote.

7    So this is this linchpin moment, that we only have Caleb

8    Berry's word for it.  And if we did, Mr. Woodward has already

9    shown why that was not possible.  You heard about all the

10   gravel.

11             I have, in addition, shown you that Sandra Parker

12   was not part of that conversation because Sandra Parker was

13   behind whatever sort of conversation was going on.

14             And as I asked him, here's someone saying, We've

15   been planning what we've been doing as far as this Oath

16   Keepers' mission, so to speak, all this time, and now all of a

17   sudden we're going to -- we're going to break in there and

18   we're going to do -- you know, we're going to stop the vote.

19             Can you imagine a group of people, adults, just

20   saying okay?  Well, first of all, you had his testimony that

21   no one gave a nod, no one gave an okay.  No one even asked how

22   or why.  No one even said, yeah, let's go.  None of that.

23   What you have is just his word.

24             And, you know, we've talked about conspiracy being

25   an agreement.  Perhaps it was just an agreement between Kelly

1    Meggs and Caleb Berry, but you had no evidence whatsoever of

2    the fact that some sort of agreement or conspiracy occurred,

3    with any of the other people.  Particularly Sandra Parker,

4    who, if there is -- if this location was possible, she was

5    busy sightseeing and chitchatting with other people.  She

6    wasn't even part of any conversation.

7            And his assumption is, everyone agreed because they

8    kept on going.  Isn't it just as logical that if a person was

9    on mission, they heard nothing, they would still follow the

10   people that were going in.  And as you can see from what

11   Sandra Parker did, she didn't change her mind and do anything

12   a little different.  She did exactly what she was planning to

13   do.  Help people.  She was dressed for it.  She knew what she

14   was doing.  And she was looking to help people.  And as you

15   see, she helped William Isaacs, she helped him get out of

16   there.  Okay.

17           So let me jump to the legal concepts.  This is my

18   second part.  It's two of three parts.  Okay.  I think that

19   there will be a lot of people that will be covering things a

20   little better than I, but I do want to touch base with a

21   couple of concepts here.

22           Okay.  First one being conspiracy.  Already

23   mentioned to that, a conspiracy is an agreement by two or more

24   persons to join together to accomplish some unlawful purpose.

25   There was no conspiracy, no agreement, no ability for Sandra

 1    Parker to know of these two conspiracies that the government

 2    is trying to accuse her of.

 3            So conspiracy, perhaps there was a conspiracy to

 4    help people, but that's not -- or a conspiracy to get

 5    people -- get speakers from one place to another, but neither

 6    of those are illegal.  Conspiracy, I think not.

 7            Now, I do feel the necessity of commenting on the

 8    fact that Sandra Parker has a right not to testify and that

 9    you should not hold that against her.  Frankly, I would

10    suggest to you that you've heard through Bennie Parker just

11    about everything that you need to hear about what happened on

12    that day.  And for the little portion -- and afterwards, but

13    the little portion that was inside, you have pictures backing

14    up the fact that she was not doing anything improper.

15            Government has not provided anything of her doing

16    anything improper, quite the contrary, what you have is

17    videos, her not breaking anything, not destroying anything,

18    not acting in an uncivilized fashion.  What you have is a

19    picture of Ms. Parker assisting William Isaacs and then

20    escorting him afterwards.

21            So the government is kind of trying to throw all

22    they can, so what they want to suggest is that, well, there

23    was aiding and abetting that was involved.  Maybe she didn't

24    know exactly what was going on, but, you know, she was helping

25    them.

1          Well, as you will see, and we'll talk about this a

2     little later, she needs to know what's going on.  You know,

3     it's aiding and abetting.  You know, if you rob a bank, and

4     you call your Uber -- you know, call an Uber -- weird concept,

5     but, you know, I guess it could happen -- your Uber driver is

6     not guilty of aiding and abetting because he didn't know there

7     was a robbery going on.

8          So, ladies and gentlemen, there's no aiding and

9     abetting because she has no idea about what was going on, or

10    at least in the minds of people like Stewart Rhodes and other

11    people on the higher levels and higher echelons, she wasn't

12    even part of those conversations.

13         And then briefly, just touching base with the

14    counts.  You have the -- the first is the conspiracy to

15    obstruct an official proceeding.  Again, she was not part of a

16    conspiracy, and she didn't enter it with the awareness of the

17    unlawful goal, which is what they have to prove beyond a

18    reasonable doubt.

19         You have Count 2, corruptly obstructing an official

20    proceeding, a requirement that she intended to obstruct or

21    impede the official proceeding.  And you'll be getting

22    these --

23         Your Honor, will the Court be providing the jury

24    instructions themselves?  Thank you.

25         So you'll be getting copies.  Just wanted to make

1   sure.  Didn't want to promise something that wasn't going to

2   happen.

3            And also on that one, it requires the person to be

4   acting corruptly.  There was no corrupt action on her part.

5   In anything -- if anything, she was helping the situation.

6            You have the conspiracy with regard to the

7   preventing members of Congress to discharge their duties,

8   which is a violation of the law.  That she knew of the

9   agreement and willfully joined the agreement.  She didn't do

10  that.  And then as far as the underlying charge, it requires,

11  you know, the knowledge of it, and she did not do anything

12  that would indicate that she was trying to -- trying to stop

13  the members of Congress from doing what they were doing.

14           Destruction of property.  I think this one's

15  laughable, because it has to be the person who's actually

16  doing some damage.  And you have the full video of when they

17  passed through this door.  And I say passed through the door.

18  None of the people in the video, particularly because it's

19  Sandra Parker, even made any contact with it.  So how can they

20  prove -- even with all the evidence, how can they show that

21  she even had any possibility or intent to destroy the door?

22           Okay.  And then there's knowingly entering

23  restricted buildings or grounds.  As we've discussed, there's

24  a knowing aspect of this, and we'll get to this in a moment.

25  I kind of clicked ahead there.  And it's -- there has to be

Closing Argument - Machado

1     some knowledge that they were doing it knowingly.

2              As we showed, the path that they took did not

3     indicate anything as far as the -- doing some sort of improper

4     walking in.  They didn't go through any signs.  There were no

5     signs on the Capitol that said Keep Out or anything like that.

6              Now, just a reminder, when you see that line, that

7     they've shown that line a whole bunch of times, the line of

8     people.  Remember, Sandra Parker is all the way in the back.

9     She's not seeing what's going on in the front.  So how can she

10    be part of that?  So even to have an inkling of that going in

11    was wrong, she was not in a position to be able to see that or

12    say that.

13             So I want to talk a little bit about knowingly.  And

14    as I said in the beginning, how does Sandra Parker know.

15    Well, Sandra Parker -- well, did she know via text, no.  The

16    texts only went to Bennie Parker, okay.  And just to add,

17    Bennie Parker indicated in his testimony, he wasn't sharing

18    his phone or sharing the texts with Ms. Parker, so not that

19    way.

20             Conversations prior to the trip.  They only

21    discussed the rally, helping out VIPs, escorting the VIPs

22    voluntarily.  There was not any indication about what they

23    were -- about storming the Capitol or trying to stop the

24    election vote.

25             In the car, again, no discussions about Capitol

1    plans, only rally and escorting.

2           I should point out, the conversation prior to the

3    trip, I was actually referring to the times that they met

4    prior with Jessica and Donovan, I talked about at the bar,

5    again, that's the discussion.  So skipped over, and I was

6    talking about the third one rather than the second one there.

7           At the hotel, they were just on their own.  There's

8    no indication that they were getting involved with any of the

9    other individuals.

10          And they did not bring guns or anything like that.

11   They left them in Winchester, Virginia, an hour and a half

12   away.

13          And then the huddle.  Where was it?  Was there any

14   agreement?  Was Sandra Parker even there?  I think I've -- I

15   think I've beaten that dead horse enough.  But my point is,

16   she was not part of any huddle, if there was one, which is

17   highly doubtful.

18          So I'm coming close to the end here.  And that's the

19   video that I showed you.  I wanted to show it earlier.

20          And then inside the Capitol, no hand motions, she

21   was calm, no sort of inoffensive actions -- she was doing

22   inoffensive actions, sorry.  And you only see her helping

23   William Isaacs and escorting him out.  That's all the actions

24   that you see her doing.  Far from what someone who is -- they

25   are suggesting that the type of person she is, this fighter.

Closing Argument - Machado

1    Doesn't look like she had any fight in her at the U.S. Capitol

2    because that wasn't the case.

3         I'm coming up close, and so if you indulge me.  I'm

4    going to tell you just a little story about my -- and just if

5    you can bear with me a little sec.  So I have a daughter, and

6    she is now in her third year of college.  And I used to love

7    reading to her when she was five, four or five, which is a

8    long time ago.  One of her favorite books was this one,

9    Dolphins.  It was a Step Into Reading - Dolphins.  We liked it

10   because she liked dolphins I like dolphins, nice connection.

11        There's an interesting story in here which kind

12   of -- I keep this on my shelf for this reason.  It talks about

13   the fact that back in the 70s, there used to be a time in

14   which fishermen would go and they were looking for tuna fish.

15   And they'd take their nets and they drag it, and they're just,

16   you know, doing their regular fishing.  And along the way,

17   they'd catch lots of tuna fish, but they'd catch a dolphin or

18   two.  And when they caught that dolphin or two, they didn't

19   care.  Fish meat is fish meat, but, you know, they just put it

20   in there.  Although I guess they're mammals.  Meat is meat.  I

21   guess I'll leave it at that.  And the fact of the matter is,

22   that's their job.  They were just fishing and trying to make a

23   living.

24        Well, word got out about this, and what happened was

25   consumers heard that they were taking these beautiful

Closing Argument - Machado

1    dolphins, and they were capturing them and putting them in

2    cans of tuna fish.  And the consumers were outraged.  They

3    were not happy about this happening.  So what you have, and if

4    you take a look at your can of tuna fish when you get home,

5    put a little dot on there, and it was that it was dolphin-free

6    tuna.  Because the fact of the matter is, people did not want

7    to eat tuna -- or did not want to eat dolphin, they wanted to

8    eat tuna.  They did not want dolphins dying just because of

9    these fishermen trying to make a living.

10          Ladies and gentlemen, let me suggest to you, the

11   government's doing their job.  They're the fishermen here.

12   They came and they dragged their nets, and they're taking

13   everyone that they can.  That's their job.  And I -- and they

14   do their job well.  I have high respect for the individuals

15   that are here.  But the fact of the matter is, when you're

16   dragging a net, you'll get lots of tuna, but every so often

17   you'll get a dolphin.

18          Ladies and gentlemen, you are the consumers.  You

19   can reject and say, no, they haven't proven their case beyond

20   a reasonable doubt.  No, I am not going to accept what they

21   have to say.  I am rejecting it.  And the way that you do that

22   is because they haven't proven their case beyond a reasonable

23   doubt.

24          You can and should, given the evidence that we have

25   shown, vote not guilty unanimously on all the counts as to

Closing Argument - Brennwald

1   Sandra Parker.  I ask you to do that.  And I do that not in an

2   attempt to hide evidence, but in an attempt to show you the

3   evidence they have and saying, that's the best that you can

4   do?

5          Ladies and gentlemen, be the good consumer and

6   choose the right way and please vote not guilty on behalf of

7   Ms. Sandra Parker.  Thank you.

8          THE COURT:  Mr. Machado, thank you.

9          Mr. Brennwald.

10         MR. BRENNWALD:  You'll notice I didn't bring a

11  computer up with me.  My regular assistant is taking care of

12  her baby, and I am too old to know how to do this.  I think

13  I'm the oldest lawyer in here, seriously.

14         Anyway, I'm going to start where Mr. Machado

15  stopped, about the verdict that we're asking you to render.

16  You'll notice when you look at the verdict form that you

17  haven't seen yet, that it says guilty and not guilty.  Well,

18  you'll think, okay, that's obvious.  Well, it's not obvious.

19  Because what people are thinking on the outside, not you, but

20  people looking at cases on TV or whatever, how many times have

21  we heard, oh, that person was found innocent?

22         Not guilty, I hate to tell you, does not mean

23  innocent.  And I'm not suggesting our clients are not

24  innocent.  What I'm talking to you about is the burden of

25  proof.  The government has the prove this case to you.  We

1    don't.  They have a standard that they have to meet.  If they

2    don't meet that standard of guilty beyond a reasonable doubt,

3    then it's not guilty beyond a reasonable doubt.

4            So just to make sure I'm clear on that, sometimes

5    jurors will deliberate and think, you know, I can't say that

6    I'm convinced a person's not guilty beyond a reasonable doubt,

7    but that's not how it works, because you're not finding people

8    guilty or innocent, you're questioning whether the government

9    has proven to that level.  If the government hasn't gotten

10   there, then the fallback is, well, they're not guilty beyond a

11   reasonable doubt.  So I just want to make sure that's clear.

12           Seems like everybody's talking about their life and

13   their kids and things like that.  I'm going to try to minimize

14   it, but it's hard to do sometimes when you're trying to give

15   examples.

16           Talk about guns for a second.  Bennie Parker likes

17   guns.  Bennie Parker has several dozen guns, or he did.  And

18   the government's talked to you about guns in this case.  They

19   brought in the gun, the AR-15 that was at his house.  They

20   brought in another handgun.  And they've talked about QRFs.

21   They've shown you videos of people coming through hotel

22   lobbies with these gun cases.  They brought gun cases here.

23   And they've done that in this case for one reason and one

24   reason only, to scare you, because they think that because

25   you're D.C. residents, that guns are going to freak you out.

1          You know why I'm telling you that, because guns have

2    nothing to do with Mr. Parker in this case and the case

3    itself, nothing.  It would have something to do with him if he

4    had brought the guns to D.C.  It would have even had something

5    to do with him if he had brought the guns to the Comfort Inn

6    across the river in Virginia.  But a man who supposedly was

7    going to overthrow the government and has an arsenal that he

8    could use to help Ukraine with, left them all back at D.C. --

9    back in Ohio except for the handgun he carries with him all

10   the time and an AR-15 that he wanted to try to shoot.  Little

11   inside secret, I think he probably wanted to show it off, too,

12   to people.  People who have guns like that think it's pretty

13   cool.

14          He didn't bring anything to D.C.  He didn't bring

15   anything to the hotel.  So the guns really have nothing to do

16   with this case.  There's a jury instruction that says that you

17   can look at his possession of guns, his legal possession of

18   guns to decide whether he was going to do something unlawful.

19   Well, what evidence is there that he was going to do anything

20   unlawful when he didn't bring them here?  He didn't bring them

21   to Boston, Virginia, B-o-s-t-o-n.  He left them an hour and a

22   half from here.  How does that have anything to do with this

23   case?  It doesn't.  But people are scared of guns.

24          I am not a gun nut at all.  But I -- I had a gun

25   when I was eight years old.  I used to love to shoot it out

1    the window of my house.  I was on the second floor in a small

2    village in Switzerland, in case you're wondering where

3    Brennwald comes from.  Brennwald, you've never heard that name

4    in your life.  If you go to Switzerland, it's like Johnson and

5    Smith.  Like a Swiss person, if he hears the name Brennwald,

6    will know that it's brenn and wald is forest and they just

7    know it.

8          I had a gun in Switzerland when I was eight years

9    old.  I would shoot it out the second-floor window of my

10   house, try to hit trees.  Lived in a little village.  One

11   window looked at some mountains that were 6,000 feet high that

12   would be considered foothills, the other looked out at the

13   French Alps across the lake.  And my parents thought nothing

14   of getting me a gun.

15         When I was 13, my friends and I were shooting M16s,

16   which is basically the AR-15, when I was 13 years old.  So I

17   tell you this because in the city, and if you've never really

18   been anywhere else, I get why guns scare people.  They're used

19   to carjack, to rob, to rape, to steal.  I know that.  But

20   where Mr. Parker grew up in Ohio, it's just not like that.

21         I think I said this to you in opening, in my opening

22   statement, but I know about a story where these four people --

23   I'm sorry, where this family up in the foothills above Denver,

24   Colorado were killed.  Four guys came up to their ranch,

25   there's nobody else around, no police anywhere in sight, and

1    the people didn't have guns and they got killed, all of them.

2             So guns mean different things to different people.

3    But let me just finish up with this.  Guns have nothing to do

4    with this case other than to try to scare you and freak you

5    out.  And that's not how you're supposed to decide this case.

6             I'm going to try not to repeat everything else

7    everybody said because your time is precious.  If it's any

8    consolation to you, know that although this is one case,

9    you're dealing with six people's lives.  And so you've

10   actually really handled six cases, which may or may not seem

11   fair to you, but really you've helped the system work through

12   six cases, so it's not like you just sat on one case for six

13   weeks or five weeks.

14            This case, ladies and gentlemen, hinges on one

15   statement from one witness.  Literally the entire case hinges

16   on one statement from one witness, Caleb Berry.  Not a single

17   other witness said anything to you about this group of people

18   having a plan to stop the certification.

19            Now, the charge, the first charge in the indictment,

20   conspiracy to obstruct an official proceeding, the

21   certification was a official proceeding.  They're alleging

22   that these people agreed amongst themselves to interfere or

23   stop the vote count on January 6.  That's what conspiracy to

24   obstruct the official proceeding is about, Count 1.

25            Count 2 is the sister charge of actually obstructing

1    the official proceeding.  Same thing.

2          Count 3, if I'm not mistaken, is conspiracy to

3    prevent members of Congress from discharging their duties.

4    That's also really the same thing.  I mean, if you're doing

5    one, you're sort of doing the other.

6          And then Count 5 -- and I'm skipping 4 and the other

7    counts because Mr. Parker is not charged with that.  Count 5

8    is entering and remaining on restricted grounds, either at the

9    Capitol building itself or outside.  You saw the outline of

10   the outside.

11         Mr. Berry, Caleb Berry, is the only person who said

12   one thing, Kelly Meggs told us we were going to go inside the

13   Capitol to stop the vote count.  That's the only evidence you

14   have of that.

15         Now, it was interesting because I'm listening to

16   Mr. Woodward this morning, and we're talking about two

17   different huddles that Mr. Berry supposedly talked about, and

18   I say "supposedly" because I'm not convinced there was any

19   specific huddle he was really aware of.  He talked about --

20   Mr. Woodward seemed to suggest that maybe that huddle where

21   that conversation supposedly took place was at the bottom of

22   the hill, where they were gathering before they walked up.

23         And by the way, just for fun, and it's not really

24   fun but it's interesting, that video that Mr. Machado showed

25   you and that Mr. Woodward showed you, you can see the huddle

1     at the northwest Capitol where you can see the fencing behind

2     it, there's a woman pushing a stroller up like 30 feet ahead.

3     I mean, that's the group that was going up there.

4            But then there's supposed to be another huddle at

5     the base of the stairs on the east side.  And Mr. Berry at one

6     point said that's where the conversation happened, and that's

7     the video Mr. Machado showed you, where you saw some Oath

8     Keepers talking and then you saw camera that was -- the camera

9     belonged to Sandra Parker, where she's filming and somebody

10    asked where they're from.  You can see people like 10, 20 feet

11    away talking.  Maybe Kelly Meggs, I don't know.  And if that's

12    where the huddle happened, if that's where the conversation

13    happened, then it's clear Sandra Parker wasn't paying

14    attention.  And it's clear Mr. Parker wasn't anywhere near

15    there because he was way at the bottom.  We'll get to that in

16    a second.

17           So that's what this case rests on.  So you have to

18    ask yourself, do you trust, beyond a reasonable doubt, that

19    Mr. Berry is honest and truthful?  In thinking about that,

20    think about what Mr. Berry is going through himself.

21    Mr. Berry denied, and maybe he's right, that he was 120 pounds

22    soaking wet.  He might be 140 pounds soaking wet.  And I asked

23    him about fear.  Were you afraid that day, January 6, of

24    Antifa, afraid of the government not giving him a good

25    recommendation?  I guarantee you he's afraid of going to jail.

1     Guys like that don't do well in jail, a young kid like that.

2            So when you're thinking about a cooperator's

3     motivation to lie -- now, you saw Harry Dunn.  He was the last

4     witness we had yesterday.  If I'm in prison, he's my buddy,

5     right.  He's like six foot six, 280, 300.  I mean, I'm

6     thinking he could be a lineman for a football team.  That's my

7     buddy, not Caleb Berry.

8            And you might think I'm overstating it, but I'm not.

9     When people sleep, when they wake up in the middle of the

10    night and they're thinking, wow, the police want to talk to

11    me, I might be in trouble, I might go to jail, you start to

12    have these funny feelings about what will happen you if you go

13    to jail.  And that's surely what Mr. Berry had to be thinking.

14    So at that point, how do I help myself.

15           I have seen -- I've been doing this since 1986.  Do

16    the math.  I have seen brother testify against brother in

17    court.  My client's like, oh, my brother's not going to come

18    testify against me.  Trust me, when you and your butt is on

19    the line, and you're scared enough, you will do what you have

20    to do.  So that's where we are with Mr. Berry.

21           Now, the other thing about Mr. Berry is, he didn't

22    say anything about this when he wrote out his 11-page

23    handwritten statement for the police.  They wanted him to

24    write out something, tell us what you think.  And I showed him

25    this 11-page statement and he reviewed it.  And I copied it

1    front and back just off the computer so I'd save paper, but

2    it's 11 pages, and I showed him the whole thing.  And he

3    admitted that he actually did talk about -- he didn't call it

4    a huddle when he was not in court, he called it a circle.  And

5    said that, After everything happened, we gathered in a circle

6    to talk about everything that had happened.

7           The only time in this statement he talked about

8    getting together to talk, when he first wrote down 11

9    single-spaced pages of what happened, was a circle where they

10   talked about it afterwards.

11          And he mentions that they had gone in there because

12   two of their members had gotten separated.  And we've heard

13   that from others.  Two people in the Oath Keepers had gone up

14   to the Capitol and got separated.  They were going to go get

15   them.  But then somehow eventually he starts throwing in when

16   he talks to the government and the police, somehow this vote

17   count idea comes in because that's really what the government

18   wants.

19          So this is June 19, 2021.  Two days later, June 21

20   of 2021, he talks to the police again.  And they prepare a

21   ten-page single-spaced document, very detailed, of all the

22   things he knew about that day, the day before, the day of, the

23   day after.

24          MS. HUGHES:  My apologies, Mr. Brennwald.

25          MR. BRENNWALD:  I'm sorry?

1    MS. HUGHES:  We will object to this.  My apologies.

2    THE COURT:  Sustained.

3    MR. BRENNWALD:  So as he admitted, nowhere in that

4    statement when he's talking to the police does he say anything

5    about a huddle to stop the vote count.  Eventually when he

6    sees the light, he starts talking about the vote count.

7    He later testified in a hearing, sometime after all

8    this, and I asked him about it.  And you may or may not recall

9    this, it's been a long trial.  I started asking him about a

10   question he was asked by Mr. Nestler in that prior hearing and

11   an answer he gave.  And he gave the answer -- I read it to

12   him.  And Mr. Nestler, before I could get the next question

13   out, jumped up and said, wait, I want Mr. Brennwald to read

14   the next two lines.  I was going to get to the next two lines

15   to prove my point, but Mr. Nestler understandably was worried

16   I might not.  The question he was asked and that he answered,

17   under oath --

18   MS. HALLER:  Same objection.

19   THE COURT:  All right.

20   MR. BRENNWALD:  The question he was asked and that

21   he answered under oath was:  What did you personally want

22   Congress to do that day?  Right, January 6.  What did you

23   personally want Congress to do that day?  Answer:

24   Four thoughts --

25   MS. HALLER:  Same objection, Your Honor.

1          MR. BRENNWALD:  I read this to him.  He answered

2     it.

3          Acknowledge our presence.

4          THE COURT:  Hang on, Mr. Brennwald.

5          Jury's recollection will control as to whether this

6     was actually part of the examination of Mr. Berry or not.

7          Go ahead.

8          MR. BRENNWALD:  Acknowledge our presence, right.  So

9     he wanted Congress to acknowledge our presence.  Acknowledge

10    that we were pissed, his word.

11         No. 3, acknowledge that we felt like we were

12    wronged, that's three.

13         No. 4, and to actually listen to us.

14         And you know what, that's really what most people

15    there that day wanted.  There is no doubt that some people

16    wanted more.  We've all seen videos, whether in court or just

17    in general, of people climbing scaffolding, breaking windows,

18    pushing police, pepper-spraying or tear-gassing police, taking

19    flagpoles and hitting police, all kinds of completely criminal

20    acts, completely.

21         But I'm going to tell you, most people there that

22    day wanted to shout and scream and say this is messed up.  And

23    they shouldn't have gone to the Capitol to do it.  If you want

24    to do that, stay outside, stay where you're supposed to be and

25    shout and scream.  But some people couldn't help themselves.

1              But that's what it was about.

2              And so this whole weekend, January 5, January 6, was

3      the Stop the Steal rally, right, stop the steal.  Well, as

4      Mr. Machado showed you, stop the steal wasn't about going

5      inside, at least not for 90 percent of the people, 98 percent

6      of the people, it was not about going in and finding Nancy

7      Pelosi or Mike Pence, it was about shouting and having their

8      voices heard.  It was about writing to Congress, it was about

9      yelling and screaming, hoping that they hear us.

10             That's what Mr. Parker was talking about in his

11     video when he's interviewed by this, my fellow Swiss person,

12     ironically, at 3:40 p.m.  3:40 p.m.  He's talking to this

13     Swiss reporter.  And he's asked about the process.  Mr. Parker

14     starts to talk.  And he says, We just had an election that was

15     stolen.  And he talks about the suitcases that disappeared.

16             That's the stuff he would listen to and hear on Fox

17     news.  If he had listened to CNN, MSNBC, New York Times,

18     Washington Post, any other outlet, if he had listened to Gabe

19     Sterling, the election expert from Georgia, where this

20     supposedly happened, if he had heard that press conference, he

21     would have heard that no, there weren't any suitcases that

22     disappeared and came back.

23             What happened is, they were told to shut down for

24     the day and then it's like, oh, no, we're going to keep

25     counting, so they pulled the stuff back out.  Nothing was

1    switched, there was no suitcases.  There was all voting ballot

2    boxes.  But he never heard that.  So he's telling this Swiss

3    reporter, yeah, we just had an election that was stolen

4    because literally, 74 million people never listen to anything

5    but their little echo chamber.

6              And then the guy says to him, Do you think it's

7    right, going inside?  And I want you to listen to that

8    carefully.  You'll have the video back there.  Literally, I

9    heard it five or six times until I picked up all the little

10   words.  But he literally says to him, Is it right going inside

11   the Congress?  Basically, is it right for them to go inside

12   the building.

13             And by this time, at 3:40, Mr. Parker had been up

14   there for a little bit of time.  Now, you know he didn't come

15   up with the rest of the folks around 2:00-something because he

16   couldn't make it.  He was too tired.  But he came up

17   eventually and he went up there and by 3:40 -- I'm cleaning up

18   my language for you.  My wife would love me to use the real

19   words because she likes to talk like that, but I'm not going

20   to do it in court, unlike Mr. Greene.  A lot of stuff had been

21   happening.  A lot of the bad stuff had been happening, right.

22   And he saw it, so he says, yeah, not exactly.  Not exactly

23   legal.  People were breaking things, people were

24   pepper-spraying, not exactly legal.  But what can they do with

25   all these people there?

Closing Argument - Brennwald

1          So interestingly, that ambiguous statement, like
2     what is he talking about, the government will interpret the
3     way they want to interpret it, what can they do with all these
4     people?  These people were all in there -- well, most of them,
5     to protest, to shout, to yell.  They can't shut them all up.
6     They can't muzzle them all.  They can't keep everybody quiet.
7     People are pissed.  And they're not going to be able to stop
8     them from what he might have thought was exercising their
9     First Amendment rights.  Well, you can do that, but there's
10    time, place, and manner as the law provides.
11         So that's what he says.  And then he goes on to talk
12    about a civil war in the future.  Obviously if this was going
13    to be a civil war that day, he would have brought 21 guns,
14    right.  I mean, you don't come to a civil war -- I'm going to
15    overthrow the government, but I better not break the law in
16    D.C. for guns, right, I mean, I can't break the law for D.C.,
17    I'm just going to overthrow the government.
18         I don't think in 1776, when the so-called Colonists
19    wanted to overthrow the British government, that they were
20    worried about the British government arresting them for having
21    a gun, right.  I mean, we have to win, we have to do what we
22    have to do.  So when you look at it carefully, that's what he
23    was talking about.
24         So let me move on to the charges.  Again, first
25    charge, conspiracy to obstruct official proceeding.  These

1    jury instructions are pretty long.  My copy is 46 pages, at

2    least it's double-spaced.  And it talks about the conspiracy,

3    you heard the judge talking about earlier.  You have to find

4    beyond a reasonable doubt that Mr. Parker knew that there was

5    a conspiracy, right.

6           And the question is, did he know that there was a

7    conspiracy?  Did he hear Kelly Meggs in one of these two

8    alleged huddles talk about stopping the count?  Was he there

9    when it happened?  You saw when they were walking from the

10   Ellipse to the Capitol, Mr. and Mrs. Parker were kind of

11   dragging and lagging behind.

12          So you also saw in a video where it shows

13   Mr. Parker, this other older guy he didn't know, outside the

14   fenced area.  The other group's not there anymore, they've

15   left.  So if the huddle that the government claims happened at

16   the base of the east steps, that's what the government wants

17   you believe, and it works for me because if that's where

18   Mr. Berry said that, Mr. Parker was nowhere around, he doesn't

19   even know there's a conspiracy.

20          When he tells his wife -- and by the way, the

21   government said that he told her, Go ahead.  That's not what

22   he told her.  He told her, If you want to go, go ahead.  Why

23   does that matter?  Two reasons.  Number one, he wasn't telling

24   her to go, he was saying, if you want to go, go, which implies

25   if you don't want to go, don't go, it's not my choice, it's

1    not my call.

2              Why was he saying that though?  This is the

3    important part.  He didn't know anybody in D.C. other than his

4    wife, and he was aware of Jessica and Donovan and they were

5    all leaving.  So the question is, should I leave you behind?

6    Are you going to be okay?  Will I be able the find you after

7    with all these people?  She's worried about him.  That's how

8    she is.  He's like, if you want to go, go.  He's being nice to

9    her.

10             So the government will come back and say, well,

11   that's aiding and abetting, he was encouraging her.  He wasn't

12   encouraging her.  He was letting her know that it was up to

13   her.  If she wants to go, she wants to go.  If she doesn't

14   want to go, she can stay there with him and they can go.

15             So that's one of the elements of the obstruction

16   charge.  Obstruction -- the government can try to convict

17   Mr. Parker and the others of obstruction in four ways.  And

18   you'll see that in the jury instructions.  Number one is they

19   actually obstructed it, they actually obstructed the

20   proceeding.  Number two, that they tried or attempted to do

21   it.  Number three, that somebody aided and abetted somebody

22   else.  Number four, this concept, that I'm still having a hard

23   time with sometimes mentally, is co-conspirator liability.  If

24   you're involved in a conspiracy and somebody else does

25   something as part of the conspiracy, that's reasonably

Closing Argument - Brennwald

1    foreseeable, then you're also liable.  So if Mr. Parker, for

2    instance, knew that there was a conspiracy and knew that it's

3    certainly possible in that conspiracy that somebody might

4    decide to go up in the Capitol and try to stop the vote count,

5    and you see how kind of ridiculous that gets.

6         The jury instructions, and I know you'll read them

7    carefully, they actually say -- and I'm not telling you that

8    this was the way it was, but this says under the headings on

9    page 21, if any counsel want to follow along, this is Judge

10   Mehta's words to you that you'll have in the jury room, I also

11   want to caution you that mere knowledge of a plan, an unlawful

12   plan.  Mere knowledge, like let's say Mr. Parker heard it,

13   that's it.  Doesn't make him guilty.  It's not sufficient.

14   Even if he acquiesced or agreed to the unlawful plan, not

15   sufficient.

16        The fact that the presence of his wife and others in

17   the Congress had the collateral effect of delaying the vote

18   count because they had to get everybody else out, doesn't make

19   him guilty at all.  In other words, you can go back there and

20   say to yourselves, well, wait, they were in for a while, it

21   took a while, they clearly delayed it whether they wanted to

22   or not.  Well, that's not the standard.  They had to have

23   wanted to delay it.  They had to want to do that.  So as long

24   as that's not proven, then we don't have any guilt on that

25   charge.

Closing Argument - Brennwald

1           It's kind of hard to come in after somebody else has

2    been going on for 45 minutes and everybody's tired.  I get it.

3    This is my only shot to really talk to you about Mr. Parker.

4           When you have a strong case, when you have the truth

5    on your side, as the government claims it has, you don't have

6    to twist words.  What am I talking about?  Twice on

7    cross-examination of Mr. Parker and even today, the government

8    said that Ms. Watkins told Mr. Parker to bring his guns.  That

9    implies a chain of hierarchy, right, there's a boss and he's

10   following along, he's part of this militia.  That's not what

11   he said in his responses on the stand.  He said she told me it

12   would be okay.

13          Now, you might think that's a subtle difference, but

14   we're listening to it and trust me, these words are meant to

15   influence you.  Lawyers don't just throw words out hopefully

16   for the sake of hearing themselves talk.  Ms. Watkins did not

17   tell him to bring any guns; he had asked her if he could and

18   she said yes.  First she said no, then she said yes.

19          Secondly, the government told you in closing today

20   that Mr. Parker told Sandra to go on in.  Wrong again.  Go in

21   is a stronger way to prove to you aiding and abetting, but

22   again, that's not what he said.  He said, If you want to go,

23   go.

24          The government argued to you that his bringing guns

25   to Winchester is some evidence he was planning to do something

Closing Argument - Brennwald

1    unlawful.  How?  How?  If you're going to show up in D.C. in

2    your hotel, without guns, how does that prove anything?  It

3    doesn't.  If you had brought your guns to D.C., or even to

4    Virginia to the hotel, and left them with this QRF, that

5    would, but he never did that.  He didn't know what a QRF was.

6            These texts that were going back and forth between

7    Jessica and Bennie Parker, It was good to see you, Hope you

8    have a good Christmas, and at one point she's like, Hey, are

9    you all up?  Yeah, we're up.  And then she says somebody's QRF

10   at one point because he talks about the guns, and she says,

11   No, we're going to have a QRF.  Blank, no response.  Don't

12   know what that is, don't want to sound stupid, I wasn't in the

13   military.  Ms. Hughes, when she was cross-examining him, said

14   something to him about his military thing, and he's like I

15   wasn't in the military.

16           Another thing said in the government's closing

17   today, Mr. Parker and Mrs. Parker stayed in the QRF hotel.

18   Seriously.  They stayed in a hotel that Jessica had found for

19   them, where they were staying.  To say that they stayed in

20   this QRF hotel, gives a completely false meaning.

21           Mr. Parker supposedly coordinated with Jessica

22   Watkins on bringing guns to this area.  False.

23           Mr. Parker marched to the Capitol.  Marched, like

24   soldiers, militia.  You saw him in the video.  He's ambling

25   on.  But march gives you a different picture.  This is why

 1    these words are used.  This was not an accident, ladies and

 2    gentlemen.

 3            Mr. Parker, quote, peeled off from this group before

 4    the second huddle.  Peeled off.  He didn't peel off.  He

 5    stopped walking, and the others eventually left.

 6            Mr. Parker actually talked about this huddle where

 7    you saw the people at the bottom of the hill and said that

 8    they were talking about radios and handing out radios like,

 9    okay, here's a radio for you, a radio for you, whatever, and

10    that.  So had nothing to do with that.

11            Duck Duck Go, it can't be traced.  This is not a

12    Signal chat.  This is not text messages.  This is a website

13    where you can actually look up something and people can't know

14    what you're looking up.  I've looked up things I really don't

15    want people to know I looked up.  It's nothing to do with

16    January 6.

17            The Parker's mobilized by deleting evidence.  I've

18    been out on some pretty bad dates in my life before I got

19    married, and I can guarantee you that after a few of those, I

20    deleted a person's number.  They might have very well deleted

21    mine, I'm sure.  When you want nothing else to do with

22    somebody, like Mr. Parker and Ms. Parker wanted nothing to do

23    with Jessica and Donovan after all this craziness, that's what

24    you would expect them to do.

25            So let me conclude, ladies and gentlemen, by telling

1    you about this.  Mr. Woodward used an example about beyond a

2    reasonable doubt.  And I think every lawyer probably has their

3    favorite way to try to explain the concept.  The definition

4    that you'll see in your instructions at page 3 says, if after

5    careful, honest, and impartial consideration of all of the

6    evidence, you cannot say that you are firmly convinced, firmly

7    convinced of the defendant's guilt, then you have a reasonable

8    doubt, and you check not guilty.  It doesn't say convinced.  I

9    mean, think about the word "convinced," I'm convinced he's

10   guilty.  Firmly convinced.

11        It goes on to explain that a -- it's the kind of

12   reasonable doubt that would -- I'm sorry, reasonable doubt is

13   the kind of doubt that would cause a reasonable person, after

14   careful and thoughtful reflection, to hesitate to act in the

15   graver or more important matters in life.  Mr. Woodward gave

16   you this example of the boat and he's going to get on a boat.

17   Growing up in Switzerland, we have different things going on.

18   And people would jump off mountains with parachutes.

19   Eventually it turned into something called base jumping.

20   Base, B-a-s-e, stands for buildings, antennas, spans like a

21   bridge span, or earth, you can literally jump off, and that's

22   what they do in a little -- not little, huge cliff above

23   Lauterbrunnen near the village of Murren.

24        I'll spell it for you later.

25        People jump off a cliff.  Literally, it's just a

1    cliff.  You just jump off.  That's all you got to do, just

2    jump off.  You can jump off with a canopy which is just your

3    parachute that you open on the way down, or you can wear a

4    wingsuit with a canopy.  A wingsuit looks kind of like a

5    flying squirrel.  So you literally just leap off, and you can

6    just fly above the ground.  That's what I would call a time to

7    hesitate, right, in the graver moments of life, and that's

8    what I want you to think about.  Because what these people are

9    thinking about is, did I pack my parachute correctly?  What

10   about wind currents?

11          The idea, when you jump, is to either have no wind

12   or wind to your back.  Unlike an airplane where you want the

13   fly into the wind for lift, you don't want wind pushing you,

14   coming in front of you and pushing you towards the cliff,

15   because you're literally falling down and you don't want to

16   get pushed back.

17          You also don't want to run into somebody else.  If

18   you look in Wikipedia at base jumping vests, seems like every

19   third one is Swiss Alps, Swiss Alps, Swiss Alps.  Parachute

20   failed to deploy.  Jumper collided with another jumper.  Et

21   cetera, et cetera.  That's a time to make sure that you know

22   that you have done everything right.

23          And that's the shoes you're in.  If you are

24   comfortable, after you've looked at everything and thought

25   about everything, in concluding and being firmly convinced

1    that Mr. Parker is guilty of these offenses, one or more,

2    beyond a reasonable doubt, it is your duty to convict him.

3         I know I'm a defense lawyer in this case, but we

4    care about right and wrong.  We don't want lawlessness to

5    exist in our society.  So it's your duty.  But if you have a

6    reasonable doubt, you should find him -- you must find him not

7    guilty.

8         Reasonable doubt, as defined even more, but

9    basically -- and I've had this happen before.  I've

10   represented one of Will Smith's close friends a few years ago,

11   and the jury acquitted him, and I'm convinced it was because

12   he was one of Will Smith's close friends.

13             THE COURT:  Mr. Brennwald.

14             MR. BRENNWALD:  Okay.  So if somebody thought he was

15   cute, someone in the jury thought he's a cute guy, that is not

16   a reasonable doubt.  Even if you think Mr. Parker is a nice

17   guy, that's not a reasonable doubt, because nice people do bad

18   things sometimes.  But I submit to you that when you heard

19   Mr. Parker testify, bare his soul, he told you the truth.  He

20   was upset, he didn't like what had happened, he was obviously

21   misguided, but he didn't know of any plan to stop the count,

22   he didn't join any plan, certainly didn't help anybody do

23   anything.  He was outside.

24        So, thank you again for your time.  It's time for

25   somebody else to get up here.

Closing Argument - Brennwald

1            One last thing I have to tell you -- I'm sorry about

2      this.  The government, when we finish, and you may or may not

3      know about this, they get to come back one more time, right.

4      Called rebuttal.  Because they have the burden of proof, so

5      they actually get to come back.

6            I don't get to come back and rebut their rebuttal.

7      And every time I've tried a case over the 37 years, I've

8      always been sitting there when they say stuff thinking, wait,

9      wait, wait, that's not right or you're misquoting or you're

10     misunderstanding or twisting.  I can't say that.

11           So I literally have to ask you to listen critically

12     when they come back with the rebuttal, because people can tell

13     you anything.  People can use words.  I could tell you, Hi, my

14     name is Bill Clinton and if you didn't know better, you'd say,

15     okay, Hi, nice to meet you, Bill.  Just because somebody says

16     it doesn't make it true, so please listen critically.  I don't

17     envy your task of having to remember this, sort through it,

18     but you seem like you will do a great job, and I thank you for

19     your time.

20           THE COURT:  All right.  Thank you, Mr. Brennwald.

21           Okay.  Let's take a break now before we have our

22     next closing.  It's now quarter -- it's ten of 3:00.  We will

23     resume at five after 3:00.  See you all shortly.  Thank you.

24           (Jury left the courtroom.)

25           THE COURT:  Okay.  See everybody shortly.  Thank

1    you.

2              (A recess was taken.)

3              THE COURT:  Mr. Shipley.

4              MR. SHIPLEY:  Yes, sir.

5              THE COURT:  Put it at 50/50 we'll get to you today

6    I.

7              MR. SHIPLEY:  I'm sorry?

8              THE COURT:  Said put it at 50/50 whether we can get

9    it to you today.

10             MR. SHIPLEY:  Yeah, I'm kind of doing the math and

11   the math doesn't look good.

12             MR. BRENNWALD:  It's Mr. Machado's fault, he went

13   about 30.

14             MR. MACHADO:  I said 40.  And I would have hit it

15   but for the technical issues.  Sorry, Judge.

16             (Jury entered the courtroom.)

17             THE COURT:  All right.  Have a seat.  We are ready

18   for Mr. Cooper.  Mr. Cooper, you are up next.

19             MR. COOPER:  Your Honor, very brief.

20             (Bench conference on the record.)

21             MR. COOPER:  Can I ask the Court to consider

22   allowing the jury to remove their masks for closing

23   arguments.

24             THE COURT:  Why?

25             MR. COOPER:  I'd like to see their faces as they see

1    mine.  If they're comfortable.

2              THE COURT:  I haven't made the dispensation for

3    others, so I'm just going to stay consistent throughout the

4    trial.  Okay.

5              MR. COOPER:  Well, if I would have been first, I

6    would have asked for it first.

7              THE COURT:  I'm not going to make the request at

8    this point.  All right.  Thank you.

9              (The following proceedings were had in open court.)

10             MR. COOPER:  Hello.  Remember me?  Now, you haven't

11   heard very much from me since I was up here about five, five

12   weeks ago, something like that.  And there's a really good

13   reason for that.  Now, we, myself, my folks, Laura -- don't

14   stand up Laura.  We've been sitting over there looking at you.

15   You've been sitting over there looking at us.  And we, that's

16   us, and you, we've all experienced the same thing.  And that

17   is what I told you, what I promised you five weeks ago has

18   come to pass.  I told you the evidence was going to show Laura

19   Steele is innocent of these charges.  And the evidence does

20   show that.

21             Before we get to the evidence, there are three

22   principles of law the judge instructed on you, some of my

23   colleagues have already gone over, that I want to gloss over

24   briefly too.  Now one of the dirty little secrets of being a

25   lawyer is you spend three years in law school learning how to

1    be a lawyer and then the rest of your career trying to unlearn

2    that.  One of the things we all try to do is try to speak to

3    people plainly in plain English.  So I want to go over some of

4    the legal principles with you in plain English.

5           The first is the presumption of innocence.  That

6    basically means this:  That whenever somebody's charged by the

7    government with a criminal count, they are presumed to be

8    innocent, doesn't matter who they are, could be me, could be

9    you, could be the judge, doesn't matter.  That person is

10   presumed to be innocent all the way through to the end of

11   trial.  When you first walked in here through that door, five

12   weeks ago, Laura was sitting right there.  And she was

13   presumed to be innocent then.  Take a look.  She still is.

14   And the only way that changes is if you, the jury decide to

15   take that away from her.  Nobody else can do it.  The

16   government can't do it.  Judge can't do it.  None of us can.

17   Only you.  You are the fact finder.

18           Which brings me to point two.  The burden of proof.

19   I have a little gig teaching trial stuff to some college kids.

20   One of the questions I always ask them is:  During the stage

21   of a trial at what point does the burden of proof shift from

22   the government?  And you'd be amazing the answers we get.  The

23   truth of the matter is, never.  Never.  They had it when they

24   started.  They have it now.  If there are any questions that

25   you have in the evidence you've heard, holes in theories --

1     and I'll get to theories in a minute -- if you have any
2     questions, you don't look that way.  This is where they get
3     resolved (indicating.)  And if they don't, it is held against
4     them not against us.
5              On the subject of theories, I'll level with you, I'm
6     not going to give you much of a theory.  Because who cares.
7     It's not my theory that's important.  You don't have to
8     believe me.  But you've got to believe them.  You have to buy
9     into their theory.  Not mine.  Nobody else's.
10             Brings me to the third one.  Reasonable doubt.  Now,
11    I was not lucky enough to grow up in Switzerland, so I don't
12    know anything about parachutes.  And I didn't grow up anywhere
13    near boats, know very little about them too.  So here's how I
14    like to think about it.  You go to the fridge one morning --
15    sorry refrigerator, sometimes I forget where I am -- you go to
16    the fridge one morning and you open the door and you go, oof,
17    what is that?  You don't know what it is.  It could be the
18    milk, it could be the eggs, could be that moldy little green
19    piece of pizza there in the bottom.  You have no idea.  But
20    the point is this:  Something made you pause or hesitate, in
21    the more important decisions in life.  That's it.  That's what
22    this case is.  You open the door and something stinks.  You
23    don't have to know what it is.  You all don't have to agree.
24    Some of you may like the pizza.  If something smells bad you
25    walk away.  That's what you need to do here.

1                Now, I promised you -- I told you I'd promise you

2      something in opening.  I'm going to make you another promise

3      today.  I'm not going to yell at you.  I'm going to try really

4      hard not to do that.  But I promised you the evidence would

5      show you that Laura Steele did not enter into a conspiracy.  I

6      just said I wasn't going to yell and I started to do it,

7      didn't I.  I'm sorry.  Calm down.  Did not enter into a

8      conspiracy to obstruct an official proceeding.  She did not.

9      She did not individually obstruct an official proceeding or

10     aid and abet others to do that.  Didn't.  She did not engage

11     in any effort to interfere with any police officer with

12     respect to a civil disorder.  And as for destruction of

13     property, well, she didn't do anything.  Didn't touch

14     anything.  There's no evidence that says she did.

15               Now, as I said when we started off, the key word

16     here is "merely present."  That's all she was.  She was just

17     there.  And when you look at the videotapes, all of them.

18     There was a whole bunch of them, I can't remember numbers.

19     Look at them and in each one where Laura's supposed to be,

20     look at what she's doing.  And you can usually tell by the

21     black floppy hat.  Remember the black floppy hat?  Yeah,

22     follow that around.  No, don't do that.  Look at what she's

23     not doing.

24               Here's what she's not doing:  She's not chanting,

25     she's not fist pumping, there was no outrage, she's not

1    yelling stupid stuff about taking back the country or stopping

2    the steal or this is our house.  She's not out there declaring

3    that a civil war is imminent.  She's just there, merely

4    present, in the background, doing nothing.  Remember when I

5    told you in opening they're trying to get you to find her

6    automatically guilty by merely being present.  But this

7    morning Judge Mehta told you merely a spectator is not enough.

8    You got to do something.  Again, I'll belabor the point, look

9    at it, watch it, use your own eyes.  I asked you to do that in

10   opening now you're going to have to chance to do it.  Just

11   there.  Just in the background.  Doing nothing.

12           Now, the evidence has shown you that irrespective --

13   you know what, I don't care about Stewart Rhodes.  Stewart

14   Rhodes has nothing to do with these people.  They don't know

15   him.  Never spoken to him neither by phone.  Certainly, with

16   respect to Laura, not by chat.  No idea what's in his head,

17   but it doesn't even matter, because the reason they show up is

18   to do the security plan at the Ellipse.  And you know that's

19   objectively true.  How do you know that's objectively true?

20   Because they go to the Ellipse.  If this is a conspiracy to

21   obstruct Congress, then what are they doing at the Ellipse?

22   No, they go to the Ellipse for the rally.  That's a fact.

23           Here's another fact:  They were there for the better

24   part of the morning.  I think it was 1:25 Ms. Hughes told us

25   that Rhodes starts mouthing off about Pence.  They're there

1    the better part, so just after lunch.  Until what happens?  I

2    was expecting to hear that somebody gets them together and

3    says, hey, let's all go off and storm the Capitol.  And I'll

4    get to the storming in a little bit.  But no, that's not what

5    happens, is it?

6              I told you -- you heard this in opening.  I told you

7    this in opening.  Jess Watkins yells, move.  That's it.

8    That's it.  That is hardly conveying to the other people in

9    the group that our plan has now changed and we're about to go

10   do something terribly nefarious down the other end of

11   Pennsylvania Avenue.  Move.  And they moved out.

12             So as they're moving off down Pennsylvania Avenue,

13   the government's shown you footage and text messages about

14   Jess Watkins on Zello.  Okay.  Fine.  Fair enough.  I don't

15   care what she says on Zello.  I don't care who she says it to.

16   She does not say it to these people.  But they're supposed to

17   interpret this.  How?  Where's the evidence of interpretation?

18             Now we talk about storming a second ago.  And the

19   government used the word "marched."  But I want you to pay

20   attention to the video footage, and I'm not going to bore you

21   by showing over and over again, it happened all the time, over

22   and over, the same case.  I'm not going to do it.  We're going

23   to ask you to go watch it yourself.  The footage of them

24   walking down Penn Avenue, the Capitol's in the background,

25   march the government says.

1          I want you to pay attention to the lackadaisical

2     manner in which that march is taking place.  It's hardly the

3     Charge of the Light Brigade.  Remember the ridicule you heard

4     from the stand, the idea of these -- forgive me, everyone --

5     these old folks storming the Capitol, storming Congress, being

6     capable of that.  I'm not being cruel.  I'm not being

7     insulting.  I'm just calling it as it is.  These folks are not

8     doing that.

9          The government uses words like "mobilization,"

10    "militarized," the government would have you believe they're a

11    combination between the Viet Cong and Nazis goosestepping down

12    the Champs-Elysees.  Seriously, look at them.  They look like

13    a bunch of folks that's just came off a cruise ship tour.  And

14    I should know.

15         Let me talk about the huddle.  The huddle is just

16    absurd.  The only person who gives you this nonsense is our

17    old friend Caleb.  Poor Caleb.  Poor Caleb, can't seem to get

18    it right.  You know my grandmother once told me when I was a

19    kid, it's really easy to tell the truth.  You only got one

20    thing to remember.  When you start to make things up, well,

21    now you've got to be a little clever.  Now you've got to

22    remember who you said -- what you said to whom, when you said

23    it, but Caleb can't do that.  Story changes.

24         Now, one thing I want to bring up about Caleb, is

25    let's face it, Caleb's done a deal with the government.

1    Caleb's done a deal with the government where he hopes they're

2    going to be lenient with him.  He's still pending sentencing.

3    He knows that if he's a good boy, well, that he's in the

4    chips, right?  But if he's not, well...

5            And here's something else, speaking of reasonable

6    doubt, think about this:  You take your kids in the morning to

7    the school bus.  You stand there, school bus pulls up, doors

8    open, and you're about to push your kids on to the bus.  And

9    who's driving it?  Caleb.  Don't tell me that you don't pause

10   about putting your kids on the bus that that guy's driving.

11   You pause.  You're hesitant.  And this guy's the linchpin.

12   This guy is where they say these folks are learning from.  He

13   gives them the time.  These folks learn it from.  That guy.

14           Let's talk about other stuff you're going to know

15   about Laura and why she was not in D.C. that day with anything

16   to do with stopping the steal.  Fact:  No helmet, no combat

17   gear, no matching gear.  Fact:  No weapons, no radio, no way

18   to communicate an agreement.  She's not in the chats.  She's

19   not in the same hotels.  She didn't even book the hotel

20   herself, that was her brother.

21           Again, we talked about intent.  They had a slide so

22   let's talk about intent.  First follow along with that.  Said

23   well, Laura knew all about the certification process in the

24   messages.  That's not what she said.  She said about

25   certification -- certification in the states, not in Congress,

1    in Congress, and that was right after the election.  She's not

2    talking about certification here.  And how do you know she's

3    not talking about that?  Because she gives us a date, doesn't

4    she.  She tells us what the important date is.  And does she

5    say it's January 6th?  No.  She says it's January 20th, the

6    inauguration.  And I will put it to you as somebody who is not

7    a fan of Joseph Biden would think that is a pretty big day.

8           Let's talk about -- said I wasn't going to show you

9    videos and pictures, and I'm not, going to keep that promise.

10   I want to talk about there's a -- I want to take you to the

11   Senate hallway.  And there's two things I want to highlight

12   about that.  The first one is a still photograph, and I think

13   it's 1500.4 or 1079, I might have gotten the numbers wrong but

14   you know what it is.  Government says, points Laura out in it,

15   interestingly enough when they did that if you notice they

16   didn't go to the little wide framing out version, just said

17   there she is.  Ms. Hughes did actually say to you.  Go look

18   yourself.  Yeah, go do it.  Go look at yourself.  You want to

19   know why?  It's not her.  Did she have on the black hat?

20   Huh-uh.  Black space, you can't see what that is.

21          And if they try to tell you it is, here we go back

22   again to the burden of proof, because it's your job to say,

23   oh, really?  Prove it to me.  Show me that's her.  And while

24   we're on about that, the government's presentation, they

25   played a video about the struggle in the Senate hallway where

Closing Argument - Brennwald

1    you actually saw some pushing and shoving and heard it.  And

2    who is not in that?  Laura.

3           Let's talk about destruction of property.

4    Destruction of property is not laughable.  It's certainly not

5    laughable what happened to the Capitol building.  But with

6    respect to Laura Steele, that horse is not coming out of the

7    gate.  That charge is purely attributing other people's

8    actions to her.  Why?  Merely present.  Has anybody told you

9    that she even touched anything, never mind broke?  No.

10          I'm trying to focus you on the evidence.  I'm not

11   trying to interpret stuff.  I'm not trying to talk you into

12   anything.  I'm telling you what the evidence showed you.  And

13   what you didn't hear.  The answer to all these questions,

14   she's not in the pictures, she didn't touch anything, she

15   didn't talk to anybody, she had no helmet, no combat gear, no

16   radio, no way of communicating.

17          I did say something to you in opening, probably the

18   closest thing I got to not being accurate, I said something

19   about the fire pit, didn't I?  Remember that?  So they put the

20   guy on the stand, the guy -- the agent, excuse me, I'm not

21   being disrespectful, the agent that executed the search

22   warrant.  And he showed us a whole bunch of photographs.

23   Mildly interesting, garage, shed, the yard, the basement,

24   (INAUDIBLE) in the basement because it was, well, a basement,

25   a fire pit, what else?  What did they find that showed you she

1    destroyed property?  Did he tell you there was something in

2    the fire pit?  I'm not interpreting this, straight question.

3    Did he tell you there was something in the fire pit?  No.  The

4    government glossed over that, didn't say anything to you about

5    that.

6            But there was something he found, if you remember.

7    It was a photograph of a pair of khakis and a pair of boots.

8    And he said he characterized it, I believe, as being

9    consistent with her attire on the 6th.  That was it.  And they

10   Ms. Hughes said to you, and they did a thorough search of the

11   property, where was the attic?  It struck me that you didn't

12   see any suitcases in those pictures.  I keep my suitcases in

13   the attic.  Did they not go up there?

14           Now, as for Facebook.  What is she's accused of

15   having said and having deleted?  Is it the stuff about Trump

16   and the peaceful transition, because you saw all that.  Now,

17   you've seen masses of -- I had no idea what metadata was

18   before I started this two years ago -- but you have masses of

19   information from texts and the original text and the scopes

20   you heard of stuff like that, and they don't show you what the

21   Facebook was that she's supposed to have taken down.

22   Remember, burden of proof (Indicating.)  Kind of wish I could

23   do that on the little screen here and put it over the table

24   here.

25           Now, I'm done.  I get to take no further part in

1  this.  You may not have heard much from me.  This is the last

2  you will hear from me.  My colleagues are right, the

3  government gets to have the last word.  We do not get any

4  further response.  So I have one parting request of you, if

5  something pops up that implicates us, I would just ask that

6  you pause for a minute and just pose yourself the question, I

7  wonder what Cooper would say about that if he had the chance,

8  because I don't.

9          And so I will now sit down.  I will sit down and I

10 will trust in this process.  I will trust in you.  And I will

11 trust that you will come back with the only fair, the only

12 just, the only right verdict, and that is to find Laura Steele

13 not guilty.  Thank you so much.

14         THE COURT:  Thank you, Mr. Cooper.

15         Mr. Rossi.

16         MR. ROSSI:  United States, defense counsel,

17 defendants.  May I proceed, Your Honor?

18         THE COURT:  Yes.

19         MR. ROSSI:  Thank you, sir.  On February 9th I was

20 the last one to give an opening and maybe today I'll be the

21 last one to speak to you.  So I hope that I'm able to present

22 to you a case and a theory of a case regarding William Andrew

23 Isaacs.

24         Members of the jury, William Isaacs was unique, he

25 was different, and alone in many ways.  Life was always harder

Closing Argument - Rossi

1    for him.  When he walked he always had a figurative vest that

2    would often slow him down in times of chaos, stress, and

3    challenges.  This very young man was born with ASD and faced

4    many challenges from the time he could walk.  His younger

5    brother also has ASD, and he's in a group home.  In school,

6    before he was 18, he struggled mightily.  He almost failed

7    many grades.

8            In the summer of 2018, in the summer of 2018 he

9    loved his country so much, he wanted to serve his country so

10   much, he joined the Navy.  He enlisted.  Because he wanted to

11   be an EMT like his dad, his hero.

12           Sadly, William was let go by the military and

13   informed he could never apply again.  Now, he testified that

14   during boot camp he was there about eight weeks.  And he was

15   flapping his hands, and he -- they had to repeat orders, plus

16   he couldn't do the physical challenges.  They let him go.

17   This seasoned, experienced foot soldier that's on that chart

18   that I'm not going to show you because we've seen it a hundred

19   times, the chart that William Isaac is on with other retired

20   police officers, military, people that had experience, who did

21   in fact serve their country, and he's on that chart with Caleb

22   Berry, and I'll get to him in a moment.  The one who said or

23   wrote, I will die for my country, who is part of those chats.

24   But when he was asked why didn't you join the military?  I had

25   a girlfriend.

1    In January of 2019, a couple months after he had

2    been released by the Navy, they discharged him, something

3    happened to him.  Something -- on January 30th, 2019, around

4    2:00 a.m., William was in his room.  And his stepmom was

5    screaming, his father was on the floor.  And William came out

6    of his room and his father was on the floor.  And his mother

7    had tried to give him CPR.  And then she started calling 911.

8    And then William tried to give him CPR and he wasn't

9    successful.  And his father died either at that moment or on

10   the way to the hospital or at the hospital.

11   At the funeral of his father, a few days later, talk

12   about adding insult to injury, when you are grieving, his

13   stepmother kicked him out of the house.  And then he lived

14   with his grandmother, Nana.  Unique, different, and alone in

15   many ways.

16   During those very difficult years for William Andrew

17   Isaacs, his birth mother Beth Santoro, and you heard her

18   testify, she re-entered his life.  She re-entered his life for

19   obvious reasons.  You don't have to be a rocket scientist that

20   when Beth and William's dad got divorced, things got tense and

21   there was a separation.  But another person re-entered

22   William's life, and this is very important for this case.

23   Because that person who entered his life, other than his

24   mother, was the major motivating force behind the reason for

25   William to be at the Ellipse, about 50 feet away from Donald

 1    J. Trump and listening to the president of the United States

 2    speak.  Her name was Tracy Isaac, his aunt on his dad's side.

 3            Now, I'm going to be very charitable with this one.

 4    She entered his life but was not the greatest influence.  And

 5    when William was on the stand bearing his soul to you -- and

 6    I'll get to his testimony in a moment -- this wonderful young

 7    man, who has ASD, can just absolutely stun you with his

 8    brilliance.  He can stun you with his brilliance at the same

 9    time he has ASD, which is triggered during stressful times.

10            And William said on the stand, and I hope you

11    remember, he was talking about Aunt Tracy.  And he said that

12    she had interesting political views, probably was glued to the

13    television on a certain network, and probably accessed certain

14    social media that many folks think is a little over the top.

15    But William said that his aunt did not believe the earth was

16    flat, however, she questioned that.  And then William said,

17    quote, that in itself is a form of insanity, unquote.  So this

18    was the individual who was guiding William Andrew Isaacs

19    during a time of depression and remorse.

20            And let's fast forward, in January of 2020, this

21    major influence on his life said, you know what, William,

22    you're a little down for obvious reasons; got discharged from

23    the Navy, tragically you saw your father die or come close to

24    death, join the Oath Keepers.  This is January of 2020.  And

25    William did some research and he went on the website.  And in

Closing Argument - Rossi

1    William's mind the Oath Keepers was a peaceful group,

2    patriotic.  Their website had descriptions of what its mission

3    was, who were members.  William still harbored this desire to

4    replicate what his dad did, be a fireman.  That's why he

5    joined the Navy, to try to get some medical training.  And so

6    he joined.  He didn't go to any meetings.  He didn't engage in

7    any dialogues and blog talking about political views.  He

8    joined the Oath Keepers because Aunt Tracy strongly

9    recommended it.

10            And then in the days before January 6, he traveled

11   down a long road from Kissimmee, Florida to Washington D.C.  A

12   long road.  And he attended the rally.  And then he went to

13   the Capitol for roughly 20 to 24 minutes.  And that is why we

14   are here.

15            I'm going to get to the charges in the indictment in

16   a moment.  And I'm going to give you a list of what I consider

17   items of reasonable doubt.  And I'm going to go through them

18   seriatim.  There's over ten and I'm going to go very slowly.

19   But I do want to say this:  I wasn't born in the DMV area.  I

20   was born in Connecticut.  My two parents are buried in

21   Middletown, Connecticut.  And I moved here in 1979.  And I've

22   been in the District for several years and then I moved to

23   Alexandria, Virginia.  And all my three kids went to T.C.

24   Williams High School, now Alexandria City.

25            But here's something my late mama told me, etched in

1    my brain, is when somebody does something good to you,

2    something nice to you, you always, always say thank you.  So I

3    mean this from the bottom of my heart.  You have been here

4    since -- a long time.  And you have schedules, you have

5    family, you have friends, and we have taken time out of your

6    lives to do justice.  And you have given us a gift with your

7    time.  And I want to say thank you on behalf of William and

8    Mr. Chuck Greene.

9         So let's get to the charges in the indictment.  And

10   reasonable doubt.  I'm just going to show you a front page,

11   but I'm just going to list the charges that William is facing.

12   He's facing seven charges.  Seven.  And Ms. Hughes I think

13   listed out the charges, but I'm just going to repeat them a

14   little bit, if I may.

15        No. 1 is the big charge, the one that Caleb Berry

16   pleaded guilty to and he's facing a maximum possible, maximum

17   sentence of 20 years according to the plea agreement.  20

18   years possible.  It's conspiracy to obstruct an official

19   proceeding, that's Count 1.  And my colleagues and Ms. Hughes,

20   they described that, and I'm not going to go through every

21   detail at this moment.

22        Second count against William is aiding and abetting

23   that conspiracy, which is Count 1.

24        Count 3 members of the jury, is another conspiracy.

25   Conspiracy to present -- I'm sorry, conspiracy to prevent an

Closing Argument - Rossi

1    officer from discharging his duties.  That's 3.

2            Count 4 is destruction of government property and

3    aiding and abetting, even though William himself never stole

4    anything, never destroyed anything, Count 4 that's the charge.

5            Count 5, entering and remaining in a restricted

6    building.

7            Count 6, it's unique only to him, it's civil

8    disorder.

9            And Count 7 is civil disorder, aiding and abetting.

10           Seven counts.  Of all the defendants in this case,

11   he has seven and one other defendant has seven, the rest are

12   less.  This individual who's unique, different, and alone is

13   facing seven serious, serious charges.

14           But I want to say this about this document, and it's

15   just one page, but it's the indictment.  I want to say this:

16   It has no evidentiary value.  And since this trial began, when

17   William walked through that door, and through the well and he

18   sat down, every day, do you know what you saw, members of the

19   jury?  And I said this in my opening, you saw an innocent man.

20           And here's why:  This indictment is based on

21   probable cause, which is a very low burden.  A grand jury's a

22   different scenario than you folks.  It's the -- and there's

23   nothing wrong with this, this is the way -- this is the way

24   the process works.  But the burden of proof is lower, very

25   low, probable cause.  Prosecutor is there with a witness.  And

Closing Argument - Rossi

1    then you present this to the grand jury.  Nothing wrong with

2    that.

3              But what I want to stress is, just because you have

4    this indictment doesn't mean he's guilty.  And that's why in

5    voir dire the Judge Mehta supervised and kept us all in line

6    like we were cats, that's why a voir dire there was a question

7    about if you've been indicted do you think the person's

8    guilty?  Because if you had that view that's not fair to

9    William.  That's not fair to anybody.  And that's not fair to

10   the United States of America.

11             Now, let's talk about reasonable doubt.  And

12   everybody before me has mentioned reasonable doubt.  I just

13   want to mention this, if you have a gut that William is

14   possibly guilty, or you have a gut that he may be guilty,

15   likely guilty, probably guilty, no.  Reasonable doubt is a

16   heavy burden.  And that's why this country is so great.  You

17   can be charged with any crime from the small to the large, the

18   unremarkable to the heinous, and that burden is so darn heavy.

19   It is heavy.  It's heavier than the vest that William Isaac

20   wore on January 6th.  And if you are not satisfied -- I'm

21   going to just read you some language from that.

22             Oh, did I leave that there?  Begging your

23   indulgence.  I'm sorry, members of the jury.  Yeah, I'm sorry.

24   Members of the jury, I apologize, I didn't bring everything

25   up.

1          Page 3.  And you all will get a copy of this.

2     Please, go page 3 of the jury instructions.  Please.  First

3     off, you have to read these jury instructions.  You have to.

4     There are two Bibles in this case.  Two.  One is the

5     Constitution of the United States.  The other Bible is the law

6     that Judge Mehta gives you.  So this is your New Testament, if

7     you will.

8          But on page 3, first paragraph, there's a sentence

9     that says, quote, "Reasonable doubt, as the name implies, is a

10    doubt based on reason.  A doubt for which you have a reason

11    based upon the evidence or lack of."  And then it says in

12    paragraph 2, "Reasonable doubt is the kind of doubt that would

13    cause a reasonable person, after careful and thoughtful

14    reflection, to hesitate -- to hesitate -- to act in a grave or

15    more important matters in life."  And I'm going to give you a

16    list of reasonable doubt items that should cause you, each one

17    by themselves but definitely combined, definitely combined,

18    that cause you to hesitate, to hesitate.  Because you can't

19    rely on kind of, likely, possible.

20         The other thing about the New Testament, the jury

21    instructions, is intent.  On pages 19 and 20 -- 19 and 20,

22    please study those.  Because I submit to you respectfully,

23    when you read 19 and 20, you're going to -- a red flag and

24    loud gongs are going to go off, that's William.  That's

25    William.  You have to determine that the defendant took

1    actions in question deliberately and voluntarily.  That the

2    defendant's acts must have been the product of the defendant's

3    conscious objective, rather than the product -- and I stress

4    this -- of mistake, accident, or mere negligence.

5           It is not necessary for the defendant to know every

6    member of the conspiracy.  And the defendant may only know one

7    member and be part of a conspiracy.  Folks, William didn't

8    know anybody.  Aunt Tracy wasn't around that day.  She was

9    in -- she was somewhere, either outside or inside the Capitol,

10   but she wasn't in that stack 1.  But he didn't know anybody.

11   As he said on the stand, I knew nicknames, but I didn't know

12   these people.  They blew me off.  They blew me off.

13          And no disrespect to the other defendants, he was a

14   very young man.  He was a very young man.  And I'm not going

15   to play the videos.  My goodness gracious we saw so many

16   videos, so many text messages, your mind's going to explode.

17   But if you look at those videos, William looks to the side, he

18   doesn't look engaged with anybody.  He looks like he's

19   following people, because they're Oath Keepers, he had an Oath

20   Keeper T-shirt, didn't have any patches, but he had an Oath

21   Keeper T-shirt and he's following those people.

22          Association.  Here's another one.  Page 20, please

23   go to page 20.  It's the middle paragraph, it says, quote,

24   "Mere similarity of conduct, or the fact that persons may have

25   assembled together and discussed common aims and interests

1    does not necessarily establish membership in a conspiracy."

2    This sentence is priceless, because it reeks of William.  It

3    reeks of William.

4            And I play -- used to play a lot of chess.  Mr.

5    Machado mentioned the dolphins, and throwing a net out for

6    fish and accidentally getting dolphins.  So I'm stealing his

7    analogy.  I'm going to add another one.  William Isaac, if

8    this were a chess game, you have the king, queen, rook,

9    castle, and then in the next row are those little pawns.  I

10   submit to you William was even less than a pawn.  And to draw

11   the fish analogy, he was a minnow.

12           So let's go to my list.  And I'm going to go very

13   slowly because I want you to take notes if you're taking

14   notes.  I call it my road map -- Ms. Hughes used road map,

15   that's all I going to say.  We didn't steal each other's

16   words, it's just road map.  I want to give you a road map to

17   reasonable doubt.  And as I said before, I'm not saying that

18   each one is going to hit the home run, but combined --

19   combined -- you may say one does, but combined surely raises

20   reasonable doubt, causes you to hesitate.

21           Point one, let's start with the Autism Spectrum

22   Disorder.  Item one.  Let me be clear, and I'll be very blunt.

23   I'm going to lay it out there.  You heard William Isaac

24   testify for about three hours.  And if you believe that

25   William Isaac was putting on a show, an academy award

1  performance, if you believe that he was faking it and trying

2  to pull the wool over your eyes, if you believe that, then

3  he's guilty.  I'm his attorney in a closing representing him,

4  and I'm telling you, if you believe that, then he's guilty.

5       However, I submit to you, what you saw in that

6  witness box was a young man who was bearing his soul, bearing

7  his soul with or without the headphones.  And it was at times

8  painful to watch.  How could it not move you?  And I submit to

9  you that everything he said in his testimony is consistent

10  with, corroborates and buttresses the testimony of other

11  people in the documents.  I submit to you that his testimony

12  does all that.

13       Let's begin with ASD.  There's an instruction on it.

14  And Judge Mehta has given you that instruction.  And

15  essentially I'm paraphrasing, always read the instruction.

16  You may consider ASD, mind blindness, as a factor.  And we are

17  not arguing -- we are not arguing that ASD excuses William's

18  conduct.  We are not arguing it negates his ability to form

19  the intent.  But we are saying it's a factor for you to

20  consider.  Because you've heard from Dr. Sperry, and you could

21  observe it on the stand, that was pretty stressful.  That

22  witness chair is stressful.  He knows you're staring at him.

23  He knows that.  He knows the judge is looking at him.  The

24  prosecutors, everybody's looking at him.  People in the

25  audience are looking at him.  And we had a fair number of

1    people in that audience, that was stressful.

2            But let's just talk about the expert, then I'll move

3    on -- I'm going to move on to point 2.  But we called Dr.

4    Sperry, they called Dr. Askenazi -- I'll call her Dr. A,

5    because I mispronounce her name.  Dr. A.  And they agreed on

6    one thing at least, he has autism.  They agreed on that.  But

7    there was some disagreements.  And I just want you to give

8    credibility more to Dr. Sperry, a lot more than Dr. A.

9            And here's why:  Dr. Sperry has been doing ASD work

10   for 40 years.  You will get her resume, it's WI, William Isaac

11   1, for 40 years, four zero.  She has eight people that work

12   for her.  She mentioned she's had thousands of clients with

13   ASD that she's treated, diagnosed and the like.  It's her

14   mission, it's her life, it's her passion.  And yes, she was

15   paid.  But she's being paid by the Court and there's nothing

16   wrong with that.

17           Then you have Dr. A.  And she's paid too.  There's

18   nothing unethical about that.  And she's being paid by the

19   Department of Justice.  But that's where the similarities end.

20   Dr. A is not an expert in this area.  No.  No.  She's able to

21   diagnose and treat, possibly, and she had a couple of cases.

22           MS. HUGHES:  Objection, Your Honor.

23           THE COURT:  She has been qualified to testify Mr. --

24           MR. ROSSI:  She's a qualified expert.  She is a

25   qualified expert.  But you still can judge her credibility,

Closing Argument - Rossi

1    even though she's a qualified expert, you can.  And she makes

2    $420 an hour, her business is legal referrals.  And she does a

3    little bit of ASD, but she's done a fair amount of death

4    penalty work for the federal government.  And this is

5    something that came up during cross-examination.  Her resume

6    does not mention ASD one time.

7            No. 2, the authoritative work that -- one page of

8    which she sent to the prosecution, it's called *Handbook of*

9    *Forensic Neuropsychology*, she sent the government one page.

10   And at the bottom of that one page had a sentence that was cut

11   off.  And this was brought to her attention on cross, and it

12   was read into the record.  Quote, "Given gross clues, such as

13   laughing and crying, they can conclude that the person may be

14   happy or sad, but the subtle expressions of facial and body

15   language are not read."  Prosody, P-r-o-s-o-d-y, I looked that

16   up because I had never heard of it, it means patterns of

17   rhythm and sound in poetry.  "Prosody seems to be poorly

18   perceived at best.  And the person does not have the foggiest

19   idea what the other's feeling or that it could be different

20   from what he or she is feeling."

21           Stop there.  That's mind blindness.  And William has

22   mind blindness.  He can't judge whether somebody's telling a

23   joke, the tone of voice, the poetry of words and sounds.  They

24   don't click with him.  So I ask you this:  When you're going

25   through the seven charges, please think about that.  When

1    you're determining whether William purposely, deliberately,

2    and intentionally entered a conspiracy.

3           Let's go to point two.  Point two.  I mentioned a

4    little bit before why William joined the Oath Keepers.  And

5    this is important because you have to decide at the moment of

6    truth on January 6, before he went into the Capitol, what was

7    in his mind.  You have to be a brain surgeon, if you will.

8    And figure out what was in his mind when he went up those

9    steps and did everything he's alleged to have done.

10          But what happens before that moment is also

11   relevant.  Some individuals joined the Oath Keepers because

12   they wanted to die, or were willing to die.  And you say a lot

13   of text messages, you saw Caleb Berry testify, and there were

14   other people that were just darn right mad.  They were mad.

15   William joined because Aunt Tracy Isaacs said, hey, join, it's

16   a good group.  It may help you with your depression,

17   essentially.

18          So when William joined, he didn't have bad motives.

19   He didn't have malintent.  He didn't have the desire to climb

20   the steps of the capitol and stop the vote.  He joined for a

21   year, I think it was ten bucks, I forget the amount.  So

22   that's something to consider when you get to that moment of

23   deciding whether he committed those seven crimes.

24          Point two reasonable doubt -- I'm sorry, reasonable

25   doubt point three.  There was no premeditation with William.

1    He didn't go to any training camps.  He wasn't on any GoTo

2    meetings.  There was no planning.  And planning and

3    premeditation and doing something before helps you determine

4    what happens at the moment of truth.  My goodness gracious, we

5    saw a lot of stuff back in September against certain

6    individuals, november, early December.  William was under the

7    radar.  He didn't do any of that.  No Zello.  No -- I think it

8    was the list for Michael Greene, there were like 45 chat

9    groups or whatever they are.  Was William on any of them?  No.

10               I had Agent Abrams on the stand and remember I was

11   doing this (Indicating.)  I think she got up to eight or nine

12   chat groups.  No.  William was on one chat group.  It was the

13   Florida, DC OP Florida, I forget the name, but it was one chat

14   group Gator 1, Kelly Meggs and the others.  He joined that

15   chat group on or about January 3rd.  That's not somebody who's

16   premeditatedly about to enter a conspiracy to stop the

17   electoral vote.

18               Now, to be fair there were searches, and they were

19   brought up that he did searches, I forget the dates, but it

20   was before January 6, after the election.  And they were

21   articles.  But there was no search for, you know, how do you

22   stop the electoral vote or anything like that.  It was a

23   political search, but it doesn't mean he's going to charge the

24   Capitol.

25               Let's now go to point 4 of my reasonable doubt list.

Closing Argument - Rossi

1    No gun.  Let me talk about that for a moment.  You saw a photo

2    of a gun being held by someone with a dog or cat in the

3    background, and it was Christmas day of 2020.  So it's obvious

4    Beth Santoro said he was over at my house on Christmas.  It's

5    fairly likely he was over at Tracy Isaacs' house, according to

6    William.

7            This one -- this one really does it for me.  In the

8    Rossi home Christmas was a big deal.  And we used to fight

9    with my mama to open presents on Christmas Eve.  And she

10   always let us open one.  There were four Rossi boys and she

11   couldn't handle them, so you can open one.  And then Christmas

12   we opened the rest.  But Christmas day was a beautiful thing.

13           And Aunt Tracy, oh God, Aunt Tracy gives, I put air

14   quotes, gives a gun to William.  However, she keeps the gun,

15   registers the gun in her name, and possesses the gun at her

16   house.  I just ask, I wonder why?  He didn't have a gun.  The

17   other people maybe, but not him.  He had no mace, although he

18   did get maced.  No ropes.  No objects that could hurt people.

19   He came up and I'm not going to -- I don't have the vest here,

20   but in my opening I brought out the vest, he had that little

21   medical thing, and there were a bunch of -- lot of band aids,

22   but that was it.  Oh, and he had a -- he had a Oath Keepers

23   T-shirt he got when he got up there to volunteer.

24           Point five.  Point five of the reasonable doubt

25   list.  And this one is interesting.  William Isaacs said when

Closing Argument - Rossi

1    he was -- and you can see it in that video, I don't need to
2    play it again.  That video that is just a mob of people, a mob
3    and people are yelling and screaming and boy, there's a, you
4    know, some patriotic chats, a lot of vulgarities.  People are
5    pushing and he's going like this (indicating.)  And you can
6    hear in that video before William gets in, "Stop pushing."

7            Now it wasn't William, but William said on the
8    stand, when he was in that mob pit -- in the mob pit before he
9    went into the Columbia doors into the Rotunda doors, he's like
10   this (indicating.)  And he said on the stand, I was pushed,
11   crushed, and I felt like my rib's going to break.  Well Dr. A,
12   Askenazi, that was consistent with what he told her.  And
13   there was no indication from her that that statement wasn't
14   sincere.

15           Oh, by the way, this well orchestrated stack, these
16   soldiers who were going up the Capitol steps, east side to get
17   in, okay, and William was like the first one in, he was almost
18   the head of the spear.  Here's what happened:  They get up to
19   the top on the ledge, this is before they went in.  And
20   William Isaac is so excited, it was glorious.  There's a video
21   that you've been shown several times, at least once, maybe
22   twice, William is standing, the door's here, he just got to
23   the ledge and people are chanting, I mean, it's just chaos,
24   and William's doing this (indicating.)  This head of the
25   spear, this soldier, is like entranced like he's in Disney

1  World.

2         Point 6, reasonable doubt.  Moniker, this is almost

3  endearing.  The first time he shows up on the chat or near it,

4  he says, "I'm William Isaacs."  Is that a person who's a

5  criminal and is going to conspire with people to charge the

6  Capitol to stop the electoral vote?  I'm William Isaacs.  No

7  attempt to hide under the radar, to keep things quiet.  He's

8  William.  All right.

9         Let's go to point.  7, point 7.  You've heard a lot

10  about this individual, Caleb Berry.  I'm not going to repeat

11  everything, I just want to focus on a couple things, maybe

12  three.  The huddles.  There were actually three huddles,

13  members of the jury.  Mr. Woodward in his closing and during

14  cross of Mr. Berry, huddle one, that was the one, northwest

15  side when they're walking on the sidewalk and they were going

16  to do the fish hook to the east side.  That's huddle one.

17         Huddle two, and this is the government's theory, and

18  every prosecutor has a theory.  And I stress theory.  Their

19  theory is that there was a huddle at the bottom of the steps

20  and then they went in with that stack, where William was

21  towards the front and then he gets to the top and he takes a

22  video like he's at Disney World.  Some soldier.

23         Then there's a third stack, and I call this the

24  praying stack.  And that was shown during Mr. Berry's

25  testimony.  And you should look at that stack, I mean that

1    huddle.  Please, please, underline it, huddle three, look at

2    it.  That symbolizes the relationship between William and the

3    rest of the crew.  How so you may ask?  The third huddle is

4    when they were praying.  I don't know who had his knee down,

5    but praying in the Rotunda.  And I ask you this:  If that

6    "let's go in and stop the vote" comment had been made by Kelly

7    Meggs, allegedly, that was a big deal, probably done in the

8    third huddle.

9          And the reason I say this, and here's my reason for

10   saying this, William Berry (sic) at the end of Mr. Greene's

11   cross and other crosses, he was going back and forth, huddle

12   one, huddle two, he was shown huddle three.  And at the end of

13   the day do you have the right to hesitate as to where that

14   huddle took place?  Do you have the right to hesitate and

15   pause and question and scratch your head, where was that

16   huddle, if it occurred.  Was it the third huddle in the

17   Rotunda?

18          And the reason I mention that, go to the video, when

19   they're doing the praying.  Where's William?  He's about 40

20   feet away taking a selfie, yelling and screaming.  In that

21   Rotunda it was total chaos.  Harry Dunn said that.  Loud,

22   noisy, chanting, yelling, people repeating -- Officer Harry

23   Dunn, a hero -- repeating the phrases and words of another.

24   The fight's not over.  William's in a zone, if you will.  And

25   he's repeating the fight's not over.  Donald Trump said the

1    fight's not over.  Donald Trump the president of the United

2    States said it about 20 times, variations of that.  People in

3    that Rotunda were saying fight's not over, variations of that.

4    And he repeats it himself.  And that is evidence that he

5    joined a conspiracy?  Please.  Please.

6         Last thing about Caleb Berry, I'm not going to

7    mention that he wrote an 11-page biography, essentially, that

8    probably took several hours, and he said that he brought that

9    statement, which had a huge omission in it.  And he sat down

10   and at the proffer, where they're telling him if you lie you

11   will be charged with false statements or obstruction, at that

12   proffer he didn't just give them the bio, he read it.  He read

13   the lie to the agents that had the big omission.  And it

14   didn't mention the huddle at all, much less any location.

15        And then Mr. Shipley on his cross brought out that

16   in the grand jury Mr. Caleb Berry then has an epiphany, an

17   epiphany.  He says stop the electoral vote five times over

18   three pages, almost like a parrot.  And I mention this for one

19   reason.  He's facing two charges with his plea agreement.  The

20   first big charge is a possible maximum of 20 years.  Then

21   there's another charge, a possible maximum of five years.  And

22   it could be consecutive.

23        Okay.  Mr. Brennwald mentioned this, you're facing

24   25 years, and there's an instruction on motive and credibility

25   and inconsistent statements, let me give you the pages.  On

1    page 5 of the jury instructions, the New Testament, on page 5,

2    there's an instruction on credibility of witnesses.  You are

3    the sole judge of the credibility of the witnesses.  In other

4    words, you alone are to determine whether to believe any

5    witness and the extent to which any witness should be

6    believed.

7         The other instruction I want you to look at is page

8    6 and page 7, this is a beaut.  This one's a beaut.  You have

9    evidence that Caleb Berry entered into a plea agreement with

10   the government, pursuant to which he agreed to testify

11   truthfully.  I'm now on page 7.  You may consider whether a

12   witness who has entered into a plea agreement has an interest

13   different from other types of witnesses.  Done.  You may

14   consider whether the plea agreement the witness has entered

15   into has motivated him to testify falsely against defendants.

16   This is where the rubber meets the road.  And this is the word

17   from the judge:  Quote, the testimony of a witness who has

18   entered into a plea agreement should be considered with

19   caution, unquote.

20        Hesitate, pause, reasonable doubt.  And the

21   government's going to come up -- well, the government may say

22   in rebuttal, and I can't speak after their rebuttal, thank

23   goodness -- but they're going to say he could be charged with

24   perjury, he could be charged with obstruction of justice.

25   Well, here's the problem with that argument:  When he read

1    that lie at his proffer, after being told he could be charged

2    with false statements if he lies, and minimization is a lie,

3    and Caleb Berry learned the word minimize in his proffer, did

4    he get charged for that lie?  No.

5            Read the plea agreement and look with a fine eye at

6    the testimony of his, of Caleb Berry.  The three huddles.  Is

7    it door No. 1, door No. 2, door No. 3?  That was point 7.

8            Point 8.  Point 8.  Let's now go to Count 6.  Count

9    6 is -- Count 6 is William -- civil disorder is Count 6 and he

10   was accused of interfering with Marc Carrion, who's a hero, a

11   gentleman, and a scholar.  I think he was one of the first

12   witnesses.  Great witness.  But I go back to that video, you

13   have to show that his interference with Marc Carrion was

14   purposeful, intentional, and not the result of a mistake or

15   accident.  And look at that video, and he's being pushed in

16   there.  And Marc Carrion's right here.  And Officer Carrion's

17   getting pushed and all that.  But if you're in a mob and

18   people are pushing from behind and you're almost breaking your

19   ribs, that's not an intentional act, that's mistake.

20           Point 9.  William said that he came up to do

21   security for President Trump.  And a young kid like him,

22   having a chance to be near a president is an unbelievable

23   thing.  It's unbelievable.  And he believed in Trump.  He

24   believed in the election issues.  He believed in it.  He had

25   Aunt Tracy as his mentor, how can you help the kid from not

1     believing in that, when that's your guardian angel.

2              But let's talk about area 8.  And Mr. Woodward

3     really effectively and brilliantly talked about area 8.

4     Mr. Brown, I think it was Steven Brown.  There was a speaker's

5     stage, area 8 on that day.  And you heard from William, when

6     he was at the rally and President Trump and the other speakers

7     ended, they heard President Trump say, let's go to the

8     Capitol.  I'm going to go with you.  Of course, he didn't.

9     But I'm going to go with you.  Let's fight, fight, fight.

10    Fight like hell.

11             Now, I want to say this, we are not arguing that the

12    president of the United States issued an order that William

13    should go into the Capitol.  We are not arguing that William

14    went into the Capitol pursuant to a order from the president

15    of the United States.  He's not as crazy as Stewart Rhodes

16    waiting for the president to invoke the Insurrection Act.

17    That's crazy talk.  But the comments of President Trump, this

18    very young man, unique, different, and alone, I'm going to go.

19    And he went there with two objectives in mind.  One was they

20    were walking, they were escorting somebody, and there could

21    have been possible speakers.  Area 9 -- I'm sorry, area 8,

22    point 9.

23             All right.  Point 10, point 10.  Headphones.  We

24    heard a lot about headphones.  A lot.  And you heard from her

25    mother -- his mother, Beth Santoro on Christmas of 2020, he

Closing Argument - Rossi

1    wore headphones in school, when he's in the class he wore

2    headphones.  It helped him.  It helped him.  And he was

3    allowed to do it during this trial.  But he said to you -- he

4    said to you about point 10, the headphones, why didn't you

5    wear headphones William?  And his answer was very reasonable.

6    He said, I had a new phone and I couldn't hook it up to my new

7    phone.  And it was early, I wanted to get to the Ellipse

8    early, you know, around 6:00 a.m., whatever it was.  And he

9    left them at the hotel.

10          Was that stupid?  Yeah.  But think about this:  If

11   he was going to be that soldier on that fancy chart, he was

12   going to really be a soldier, he would have said I'm not

13   wearing headphones, I'm wearing my helmet.  But he had no

14   helmet.  And the absence of the helmet, folks, suggests that

15   he was going to wear headphones.  And this gets to ASD.  It

16   doesn't negate, excuse, but when you're subject to stress,

17   noise, cacophony -- if that's the way you pronounce it, that

18   was William's word -- if you're exposed to that, especially in

19   the Rotunda, the hallway, it has an effect on you.

20          Point 11.  Point 11.  Did William use harsh language

21   about Muriel Bowser, the mayor of this city?  Yes.  But why?

22   He explained it.  He thought wrongly, because he's with his

23   aunt, you know, texting, he thought wrongly that Muriel Bowser

24   had issued an order that all the hotels, restaurants, and bars

25   are going to be closed.  They had already paid for their

Closing Argument - Rossi

1    hotel.  They had already paid for the hotel.  And he got

2    angry.  He got angry and he vented.  And that's the story

3    behind the Muriel Bowser comment.  It's not an indicator that

4    he's coming up here to hurt people.  He didn't come here with

5    a gun.  He didn't go to the QRF headquarters in Arlington.  He

6    didn't have any intent to harm anybody.

7              Point 12, is that 11?  Hold on a second.  That was

8    11.  Point No. 12 for reasonable doubt.  I think I've already

9    answered this.  The fight's not over.  That's another

10   indicator of a conspiracy, according to the government's

11   theory.  Officer Harry Dunn answered that one, people yelling,

12   chanting and repeating.  I think it's fair to say when William

13   Isaac was in that Rotunda, it's highly likely he's either

14   repeating what others have said or something that was said at

15   the rally.  It's not an indicator that he joined a conspiracy.

16             Point 13, he was essentially the alleged head of the

17   spear of the stack, he was the first one in.  I'm almost done

18   members of the jury.  I'm almost done.  And when he got in --

19   he got in around 2:39 p.m.  And when he got in, and please

20   watch the video, he goes to the right.  He goes to the right.

21   When the others came in at 2:41 was William waiting for them?

22   This head of the spear, this conspirator?  No, he was off and

23   about.  And when the gang of 13, the circle of 13, came in,

24   they went towards the left.  That doesn't show much of a

25   conspiracy if he's part of it.

Closing Argument - Rossi

1          Point 14.  Quote, he wanted Trump to stay in office.
2     That one is wrong.  He said to you on the stand, when he came
3     here, he knew that would probably be the last speech President
4     Trump would probably give.  And he admired President Trump.
5     He admired President Trump.  But he didn't come here because
6     he wanted to go to the rally and then do a beeline to the
7     Capitol to stop the vote.
8          Members of the jury, those are my 14 points that I
9     hope you consider under the wonderful light of the jury
10    instructions.  And as I said, not each one alone causes you to
11    hesitate and pause, but the combination sure does.
12         Let's talk about your role as judges of the facts.
13    And I'm going to end with a story because everyone's been
14    telling stories, I think I'm entitled to say one.  The judge
15    sitting on the bench is the judge of the law.  As I said, he
16    gave you the New Testament in terms of jury instructions.  But
17    you are the judges of the facts.  And if we could afford it or
18    tradition would allow it, you all should get black robes,
19    because you have a wonderful role in this criminal justice
20    process.  You are giving us a gift by serving and being judges
21    of the facts.
22         And here's the one favor I ask of you, when you go
23    into the deliberation room, I said this in my opening, and
24    there's a famous prayer that has four asks.  And I want to ask
25    you this:  Please don't succumb to temptation, please.  And

1    let the four major members of the family of emotion enter that

2    deliberation room; bias for one side, prejudice against one

3    side, empathy with somebody, or sympathy for somebody.  You

4    have to be dispassionate and impartial.  When Judge Mehta did

5    the jury selection that was one of our questions, all of us,

6    can you be impartial.

7         And I know it's hard.  We saw a lot of videos that

8    are just -- that make your stomach curl.  We saw text messages

9    from people that didn't know William from Adam that make your

10   stomach curl.  There was some bad stuff going on.  The west

11   side of the capitol.  And I know we are 300 yards, three

12   football fields from the Capitol.  This is one of the most

13   historic cases anybody will be in, because the alleged crime

14   scene is literally in our view from the cafeteria.  Every day.

15   You can't help but be reminded.  But you are going to rise to

16   the occasion.  I know it.  I know it.

17        And here's my ending story.  And I beg your

18   indulgence and it's the end.  I love poetry, and I read you

19   that word prosody about knowing the rhythm and words in

20   poetry.  I want to give you some poetry that I think will help

21   you in your deliberations.  Please indulge me.

22        On January 20th, 1961, 300 yards away, on the east

23   side of the capitol there was the inauguration of John

24   Fitzgerald Kennedy.  And growing up in an Italian home in

25   Connecticut, my mama used to almost make us do the sign of the

1   cross when his name was mentioned.  He was from Massachusetts,

2   my beloved New England.  And at the inauguration, it almost

3   didn't occur because the night before there was ten inches of

4   snow.  And as you all know, in the DMV when it snows that

5   much, people panic.  You remember Snowmageddon in February

6   2010, we got over 50 inches.  I'm surprised we didn't shut

7   down the government for three months.

8           But at that inauguration in January of 1961, JFK

9   loved a poet, who was 86 years old, very frail.  And JFK asked

10  the poet to write a poem especially for the inauguration.  And

11  so this frail 86-year-old poet gets up there.  And it was a

12  beautiful day.  Sun, not a cloud in the sky.  And when there's

13  snow, that sun beats off the snow and it blinds you.  And he

14  was blinded.  And when he was holding his papers, his poem,

15  his hands were shaking and the wind was blowing.  And vice

16  president Lyndon Johnson tried to block the wind and JFK and

17  his wife Jackie are sitting there embarrassed for him.

18          So guess what this poet did?  He recited from memory

19  a poem that was also JFK's favorite, the "Gift outright."  And

20  I just mentioned the gift outright that you have given us by

21  your time and your attention.  That's a gift to us.  And he

22  recited it from memory.  But I want to speak about another

23  poem that he wrote.  And that poet is Robert Frost.  Robert

24  Frost.  And it's The Road not Taken."  The Road not taken.

25  Quote, Two roads diverged in a wood, and I -- I took the one

1    less traveled by.  And that shall make all the difference,

2    unquote.

3           And when William came to the Capitol and came to the

4    rally, he made a bad decision.  He took the wrong road.  He

5    did make a mistake, but that doesn't make him criminal.  That

6    mistake, that wrong road does not make him criminal.  And when

7    you go into the deliberation room, you're going to come to

8    where the road diverges and, of course, the prosecutor argues

9    for one word, but you have another choice.  It's two words.

10   And with your verdict pen, you have the power to say that

11   you're pausing, you're hesitating, you have reasonable doubt.

12   You have the power to do that with your verdict pen.  You have

13   the power to say this very young man who was unique,

14   different, and alone, got caught up in this vortex of just

15   uncontrolled rhetoric.  You have the power to make the most

16   important decision on each count of William Isaacs' life.

17          So members of the jury, I ask you, this is my last

18   ask, I ask you find William not guilty.  And that -- and that

19   shall make all the difference.

20          Thank you, Judge.

21          THE COURT:  All right.  Thank you, Mr. Rossi.

22          All right.  It was probably a little overambitious

23   today to think you would get through every closing.  It's now

24   20 of 5:00, and you've all had a long day, so we'll adjourn

25   for the day.  We'll resume at 9:30 tomorrow.  We have one

1    closing left and the government's rebuttal, some very short

2    final instructions from me, all of which we should be able to

3    accomplish tomorrow morning.

4            Thank you for being here early today.  Thank you for

5    the long day put in.  I look forward to seeing you in the

6    morning.  Thank you very much.  Have a good night.

7            (Jury left the courtroom.)

8            THE COURT:  Okay.  Just have a quick seat everybody

9    before we adjourn for the day.

10           Mr. Shipley, just to confirm you're still at about

11   an hour?

12           MS. REDDEN:  Yes, Your Honor.

13           THE COURT:  Sorry, Ms. Redden, okay.  Good.  Have an

14   idea of length for rebuttal?

15           MR. EDWARDS:  I would say an hour, Your Honor, just

16   to be conservative.  Might be a little less, but I would say

17   an hour.

18           THE COURT:  An hour would put us on track.  Going to

19   stop around noon or so, give or take.

20           Okay.  Finally, as to our juror matter.  I'm going

21   to exercise my authority under Rule 24(c)(1) to convert the

22   alternate, who is currently in seat 7, who is juror 1188, and

23   make our juror in seat 12 the second alternate juror 1528.  I

24   do think there is a real risk that that juror will be unable

25   to perform for the length of the potential deliberations.  The

1    first trial that involved five defendants, the Rhodes case,

2    lasted three days.  Second trial involved four defendants,

3    lasted two days, the jury deliberations were two days,

4    including a weekend.

5            There are more defendants in this case, one more

6    defendant in this case than the first trial.  The evidence is

7    actually quite disparate, even more disparate in this case

8    with respect to individual defendants than it has been, I

9    think, in the first two trials.  And so I fear two things;

10   one, that the jury selection will take more -- the jury

11   deliberations could take more than four days.  And equally

12   concerned that a juror who is anxious to get on a plane

13   departing for London Thursday night might feel coerced to

14   reach a verdict.

15           I'll also note the following that the juror who is

16   currently in seat 7 that is an alternate, 1188 who will become

17   a deliberating juror, there was actually no objection made by

18   defense counsel pre-voir dire to that juror.  And there was no

19   objection to seating that individual after voir dire.  Juror

20   in seat 12 there was an objection to actually seating that

21   juror pre-voir dire and no objection post-voir dire.  So

22   you're getting somebody as to whom there's been no objection

23   lodged at any point during the jury selection process.

24           Okay.  Anything else before we adjourn for the

25   evening?

1          MR. NESTLER:  Just to confirm tomorrow's schedule.

2     They will be excused at 12:30?

3          THE COURT:  Yes.

4          MR. NESTLER:  Thank you.

5          THE COURT:  Thank you all very much.  See you

6     tomorrow.

7          (The proceedings were concluded at 4:45 p.m.)

8

9          I, Christine Asif, RPR, FCRR, do hereby certify that
      the foregoing is a correct transcript from the stenographic
      record of proceedings in the above-entitled matter.

10
                    _____/s/_____
11                     Christine T. Asif
                    Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

< Dates >.
February 2010
    7084:5.
February 9th
    7056:19.
January 3rd
    7071:15.
January 5, January 6
    7031:2.
January 6 6994:5,
    6994:19, 7002:22,
    7024:23, 7026:23,
    7029:22, 7039:16,
    7060:10, 7070:6,
    7071:20.
January 6th 7053:5,
    7063:20.
June 19, 2021
    7028:19.
June 21 7028:19.
March 7th 6990:9.
$420 7069:2.
.
.
< 0 >.
00-something
    7032:15.
.
.
< 1 >.
1 7007:10, 7008:25,
    7024:24, 7061:15,
    7061:19, 7061:23,
    7065:10, 7068:11,
    7071:14, 7078:7.
10 7026:10, 7079:23,
    7080:4.
1025 6991:37.
103 6999:5.
1079 7053:13.
11 7028:2, 7028:8,
    7080:20, 7081:7,
    7081:8.
11-page 7027:22,
    7027:25, 7076:7.
1188 7086:22,
    7087:16.
12 7081:7, 7081:8,
    7086:23, 7087:20.
120 7026:21.

12:30 7088:2.
13 7023:15, 7023:16,
    7081:16, 7081:23.
135 7007:10.
14 7082:1, 7082:8.
140 7026:22.
1500.4 7053:13.
1528 7086:23.
1776 7033:18.
18 7057:6.
1808 6991:19.
19 7064:21,
    7064:23.
1961 7083:22,
    7084:8.
1979 7060:21.
1986 7027:15.
1:25 6990:10,
    7049:24.
.
.
< 2 >.
2 7009:2, 7014:19,
    7024:25, 7032:15,
    7064:12, 7068:3,
    7069:7, 7078:7.
20 7026:10, 7060:13,
    7061:17, 7064:21,
    7064:23, 7065:22,
    7065:23, 7076:2,
    7076:20, 7085:24.
20001 6990:39,
    6991:10, 6992:27.
20003 6990:47.
20007 6991:39.
20010 6991:20.
20036 6991:30.
2018 7057:8.
2019 7058:1,
    7058:3.
202 6990:29, 6991:11,
    6991:21, 6991:31,
    6991:40.
2020 6997:20,
    7059:20, 7059:24,
    7072:3, 7079:25.
2021 7028:20.
2023 6990:9.
20579 6990:28.
20th 7053:5,

7083:22.
21 7033:13, 7036:9.
21-28 6990:7.
214 6992:11.
22 6990:12.
228-1341 6992:20.
24 7060:13.
24(c)(1 7086:21.
25 7076:24.
252-7277 6990:29.
280 7027:5.
2:00 7058:4.
2:39 7081:19.
2:41 7081:21.
.
.
< 3 >.
3 7025:2, 7030:11,
    7040:4, 7061:24,
    7062:1, 7064:1,
    7064:2, 7064:8,
    7078:7.
30 7026:2, 7044:13.
30-second 7006:3,
    7006:24.
300 7027:5, 7083:11,
    7083:22.
301 6990:48.
30th 7058:3.
310 6990:38.
32801 6991:47.
3300 6992:8.
333 6992:26.
350 6991:9.
352-2615 6991:31.
37 7043:7.
3:00 7043:22,
    7043:23.
3:40 7031:12,
    7032:13, 7032:17.
.
.
< 4 >.
4 7025:6, 7030:13,
    7062:2, 7062:4,
    7071:25.
40 7044:14, 7068:10,
    7068:11, 7075:19.
400 6991:8,
    6991:38.

400-1434 6991:11.
407 6991:48.
45 7037:2, 7071:8.
46 7034:1.
4:45 7088:7.
.
.
< 5 >.
5 7025:6, 7025:7,
    7062:5, 7077:1.
50 7058:25, 7084:6.
50/50 7044:5,
    7044:8.
503 6990:37.
55 6991:46.
5:00 7085:24.
5th 6991:8.
.
.
< 6 >.
6 7062:7, 7074:2,
    7077:8, 7078:8,
    7078:9.
6,000 7023:11.
601 6990:27,
    6991:27.
648-1700 6991:48.
699-8429 6992:11.
6:00 7080:8.
6th 7055:9.
.
.
< 7 >.
7 7062:9, 7074:9,
    7077:8, 7077:11,
    7078:7, 7086:22,
    7087:16.
700 6992:9.
703 6990:40.
70s 7018:13.
74 7032:4.
745 6992:18.
75219 6992:10.
.
.
< 8 >.
8 7078:8, 7079:2,
    7079:3, 7079:5,
    7079:21.
808 6992:20.

808shipleylaw@gmail.c
    om 6992:21.
86 7084:9.
86-year-old
    7084:11.
.
.
< 9 >.
9 7078:20, 7079:21,
    7079:22.
90 7031:5.
900 6991:28.
911 7058:7.
922 6990:46.
928-7727 6990:48.
965-8100 6991:40.
96734 6992:19.
98 7031:5.
9803 7000:5.
989-0840 6990:40.
996-7447 6991:21.
9:30 7085:25.
_____/s/_____
    _____ 7088:13.
.
.
< A >.
A. 6991:6, 6991:7,
    7068:5, 7068:8,
    7068:17.
a.m. 7058:4,
    7080:8.
abet 7048:10.
abetted 7035:21.
abetting 7013:23,
    7014:3, 7014:6,
    7014:9, 7035:11,
    7037:21, 7061:22,
    7062:3, 7062:9.
ability 7012:25,
    7067:18.
able 6994:14,
    7016:11, 7033:7,
    7035:6, 7056:21,
    7068:20, 7086:2.
above 7001:17,
    7023:23, 7040:22,
    7041:6.
above-entitled
    7088:11.

Abrams 7071:10.
absence 7080:14.
absolutely 7059:7.
absurd 7051:16.
academy 7066:25.
accept 7019:20.
accessed 7059:13.
accident 7039:1,
    7065:4, 7078:15.
accidentally
    7066:6.
accomplish 7012:24,
    7086:3.
according 7061:17,
    7072:5, 7081:10.
accurate 7054:18.
accuse 7013:2.
accused 7055:14,
    7078:10.
Acknowledge 7030:3,
    7030:8, 7030:9,
    7030:11.
acquiesced 7036:14.
acquitted 7042:11.
across 7022:6,
    7023:13.
Act 7040:14, 7064:14,
    7078:19, 7079:16.
acting 7013:18,
    7015:4.
action 7015:4.
actions 7004:12,
    7017:21, 7017:22,
    7017:23, 7054:8,
    7065:1.
acts 7030:20,
    7065:2.
actual 7010:6.
actually 6996:25,
    7002:24, 7006:8,
    7015:15, 7017:3,
    7024:10, 7024:25,
    7028:3, 7030:6,
    7030:13, 7035:19,
    7036:7, 7039:6,
    7039:13, 7043:5,
    7053:17, 7054:1,
    7074:12, 7087:7,
    7087:17, 7087:20.
Adam 7083:9.

add 7016:16,
 7066:7.
adding 7058:12.
addition 7011:11.
additional 6999:19.
adjourn 7085:24,
 7086:9, 7087:24.
admired 7082:4,
 7082:5.
admitted 7028:3,
 7029:3.
adults 7011:19.
afford 7082:17.
afraid 7026:23,
 7026:24, 7026:25.
Afternoon 6990:13,
 6993:22.
afterwards 7009:7,
 7010:1, 7010:10,
 7013:12, 7013:20,
 7028:10.
age 6996:4.
Agent 7054:20,
 7054:21, 7071:10.
agents 7076:13.
ago 7018:8, 7042:10,
 7045:12, 7045:17,
 7046:12, 7050:18,
 7055:18.
agree 7047:23.
agreed 6999:17,
 7012:7, 7024:22,
 7036:14, 7068:5,
 7068:6, 7077:10.
agreement 7011:25,
 7012:2, 7012:23,
 7012:25, 7015:9,
 7017:14, 7052:18,
 7061:17, 7076:19,
 7077:9, 7077:12,
 7077:14, 7077:18,
 7078:5.
ahead 7015:25,
 7026:2, 7030:7,
 7034:21, 7034:22.
aid 6999:4, 6999:6,
 7048:10.
aided 7035:21.
aiding 7013:23,
 7014:3, 7014:6,

7014:8, 7035:11,
 7037:21, 7061:22,
 7062:3, 7062:9.
aids 7072:21.
aims 7065:25.
air 7072:13.
airplane 7041:12.
al 6990:10.
Alexandra 6990:24.
Alexandria 7060:23,
 7060:24.
alleged 7034:8,
 7070:9, 7081:16,
 7083:13.
allegedly 7006:15,
 7075:7.
alleging 7024:21.
allow 7082:18.
allowed 7005:6,
 7080:3.
allowing 7044:22.
allows 7000:8.
almost 7057:6,
 7073:17, 7074:2,
 7076:18, 7078:18,
 7081:17, 7081:18,
 7083:25, 7084:2.
alone 7056:25,
 7058:14, 7062:12,
 7077:4, 7079:18,
 7082:10, 7085:14.
Alps 7023:13,
 7041:19.
Already 7000:10,
 7011:5, 7011:8,
 7012:22, 7045:23,
 7080:25, 7081:1,
 7081:8.
alternate 7086:22,
 7086:23, 7087:16.
Although 7004:14,
 7018:20, 7024:8,
 7072:17.
amazing 7046:22.
ambiguous 7033:1.
ambling 7038:24.
Amendment 7001:13,
 7033:9.
America 6990:5,
 7001:4, 7063:10.

Amit 6990:16.
amongst 7024:22.
amount 7069:3,
 7070:21.
analogy 7066:7,
 7066:11.
and/or 6998:20.
Andrew 7056:22,
 7058:16, 7059:18.
angel 7079:1.
angry 7001:25,
 7081:2.
animus 7004:12.
Answer 6995:18,
 7029:11, 7029:23,
 7054:13, 7080:5.
answered 7029:16,
 7029:21, 7030:1,
 7081:9, 7081:11.
answers 7046:22.
antennas 7040:20.
Antifa 6999:15,
 7026:24.
anxious 7087:12.
anybody 7035:3,
 7042:22, 7054:8,
 7054:15, 7063:9,
 7065:8, 7065:10,
 7065:18, 7081:6,
 7083:13.
Anyway 7020:14.
apologies 6994:13,
 6996:4, 6999:1,
 7028:24, 7029:1.
apologize 7063:24.
appalled 7000:16.
Apparently 7004:18.
APPEARANCES 6990:20,
 6991:1, 6992:1.
apply 7057:13.
approved 6994:7.
AR-15 7021:19,
 7022:10, 7023:16.
Area 7004:20,
 7004:25, 7005:5,
 7005:18, 7005:20,
 7005:21, 7034:14,
 7038:22, 7060:19,
 7068:20, 7079:2,
 7079:3, 7079:5,

7079:21.
areas 7005:18.
argued 7037:24.
argues 7085:8.
arguing 7067:17,
    7067:18, 7079:11,
    7079:13.
argument 7077:25.
arguments 7044:23.
Arlington 7081:5.
around 7023:25,
    7032:15, 7034:18,
    7048:22, 7058:3,
    7065:8, 7080:8,
    7081:19, 7086:19.
arresting 7033:20.
arsenal 7022:7.
articles 7071:21.
ASD 7057:3, 7057:5,
    7059:7, 7059:9,
    7067:13, 7067:16,
    7067:17, 7068:9,
    7068:13, 7069:3,
    7069:6, 7080:15.
Asif 6992:24, 7088:9,
    7088:14.
Askenazi 7068:4,
    7073:12.
asks 7082:24.
aspect 7015:24.
assembled 7065:25.
assistance 6996:12,
    7004:8.
assistant 7020:11.
assisting 7013:19.
Association
    7065:22.
assuming 6995:19.
assumption 7012:7.
attempt 7020:2,
    7074:7.
attempted 7035:20.
Attend 7002:2.
attended 7060:12.
attending 7002:3.
attention 6993:23,
    7026:14, 7050:20,
    7051:1, 7069:11,
    7084:21.
attic 7055:11,

7055:13.
attire 7055:9.
attired 6998:15.
Attorney 6990:26,
    7067:3.
attributing 7054:7.
audience 7067:25,
    7068:1.
Aunt 7059:2, 7059:11,
    7059:15, 7060:8,
    7065:8, 7070:15,
    7072:13, 7078:25,
    7080:23.
authoritative
    7069:7.
authority 7086:21.
Autism 7066:21,
    7068:6.
automatically
    7049:6.
available 7003:13,
    7007:8.
Avenue 6990:46,
    6991:27, 6992:8,
    6992:26, 7050:11,
    7050:12, 7050:24.
award 7066:25.
aware 7025:19,
    7035:4.
awareness 7014:16.
away 7002:24, 7003:2,
    7017:12, 7026:11,
    7046:15, 7047:25,
    7058:25, 7075:20,
    7083:22.
.
.
< B >.
B-a-s-e 7040:20.
B-o-s-t-o-n
    7022:21.
baby 7020:12.
back 6993:13, 7004:5,
    7004:16, 7016:8,
    7018:13, 7022:8,
    7022:9, 7028:1,
    7031:22, 7031:25,
    7032:8, 7035:10,
    7036:19, 7038:6,
    7041:12, 7041:16,

7043:3, 7043:5,
    7043:6, 7043:12,
    7049:1, 7053:21,
    7056:11, 7071:5,
    7075:11, 7078:12.
background 7049:4,
    7049:11, 7050:24,
    7072:3.
backing 7013:13.
bad 7032:21, 7039:18,
    7042:17, 7047:24,
    7070:18, 7083:10,
    7085:4.
ballot 7032:1.
band 7072:21.
bank 7014:3.
bar 7017:4.
bare 7042:19.
bars 7080:24.
Base 7012:20,
    7014:13, 7026:5,
    7034:16, 7040:19,
    7040:20, 7041:18.
based 7000:1,
    7062:20, 7064:10,
    7064:11.
basement 7054:23,
    7054:24.
Basically 6994:22,
    6995:7, 6995:8,
    6997:12, 7023:16,
    7032:11, 7042:9,
    7046:6.
battle 7003:17.
bear 7006:6, 7011:2,
    7018:5.
bearing 7059:5,
    7067:6.
beaten 7017:15.
beats 7084:13.
beaut 7077:8.
beautiful 7018:25,
    7072:12, 7084:12.
became 6996:21.
become 7001:15,
    7087:16.
beeline 7082:6.
beforehand 6995:21,
    6995:24.
beg 7083:17.

began 7062:16.
Begging 7063:22.
begin 7067:13.
beginning 6994:21,
   7016:14.
behalf 6993:16,
   7020:6, 7061:7.
behind 7011:13,
   7026:1, 7034:11,
   7035:5, 7058:24,
   7078:18, 7081:3.
belabor 7049:8.
believe 7003:7,
   7034:17, 7047:8,
   7051:10, 7055:8,
   7059:15, 7066:24,
   7067:1, 7067:2,
   7067:4, 7077:4.
believed 7077:6,
   7078:23, 7078:24.
believes 6994:4.
believing 7079:1.
belonged 7026:9.
beloved 7084:2.
Ben 6998:6, 6998:9.
Bench 7044:20,
   7082:15.
Bennie 6990:44,
   6997:5, 6998:20,
   6999:11, 7004:15,
   7008:12, 7009:4,
   7010:1, 7010:9,
   7010:23, 7013:10,
   7016:16, 7016:17,
   7021:16, 7021:17,
   7038:7.
Berry 7006:15,
   7010:15, 7011:8,
   7012:1, 7024:16,
   7025:11, 7025:17,
   7026:5, 7026:19,
   7026:20, 7026:21,
   7027:7, 7027:13,
   7027:20, 7027:21,
   7030:6, 7034:18,
   7057:22, 7061:15,
   7070:13, 7074:10,
   7074:14, 7074:24,
   7075:10, 7076:6,
   7076:16, 7077:9,

   7078:3, 7078:6.
Besides 7010:15.
best 7009:21, 7020:3,
   7069:18.
Beth 7058:17,
   7058:20, 7072:4,
   7079:25.
better 7012:20,
   7033:15, 7043:14,
   7049:23, 7050:1.
beyond 6994:10,
   7014:17, 7019:19,
   7019:22, 7021:2,
   7021:3, 7021:6,
   7021:10, 7026:18,
   7034:4, 7040:1,
   7042:2.
bias 7083:2.
Bible 7064:5.
Bibles 7064:4.
Biden 7001:3,
   7053:7.
big 7004:19, 7053:7,
   7061:15, 7072:8,
   7075:7, 7076:13,
   7076:20.
Bill 7043:14,
   7043:15.
bio 7076:12.
biography 7076:7.
birth 7058:17.
bit 7003:12, 7010:2,
   7016:13, 7032:14,
   7050:4, 7061:14,
   7069:3, 7070:4.
bits 7000:5.
Black 7048:21,
   7053:19, 7053:20,
   7082:18.
Blank 7038:11.
blatant 7001:11.
blew 7065:12.
blinded 7084:14.
blindness 7067:16,
   7069:21, 7069:22.
blinds 7084:13.
block 7084:16.
blog 7060:7.
blowing 7084:15.
blue 6999:7.

blunt 7066:22.
boat 7040:16.
boats 7047:13.
body 7069:14.
book 7052:19.
books 7018:8.
boot 7057:14.
boots 7055:7.
bore 7050:20.
born 7057:3, 7060:19,
   7060:20.
boss 7037:9.
Boston 7022:21.
bottles 7003:21,
   7003:22.
bottom 7025:21,
   7026:15, 7039:7,
   7047:19, 7061:3,
   7069:10, 7074:19.
Bowser 7080:21,
   7080:23, 7081:3.
Box 6992:18,
   7067:6.
boxes 7032:2.
boy 7052:3, 7073:3.
boys 7072:10.
brain 7061:1,
   7070:7.
Brand 6991:18.
bravado 7009:13.
break 6993:14,
   6995:6, 7011:17,
   7033:15, 7033:16,
   7043:21, 7073:11.
breaking 7013:17,
   7030:17, 7032:23,
   7078:18.
bredden@reddenlawtexa
   s.com 6992:13.
brenn 7023:6.
Brennwald 6990:44,
   6990:45, 6993:5,
   6993:15, 6996:25,
   6997:6, 7020:9,
   7023:3, 7023:5,
   7028:24, 7028:25,
   7029:13, 7030:4,
   7042:13, 7043:20,
   7076:23.
bridge 7040:21.

brief 7044:19.
briefly 7014:13,
    7045:24.
Brigade 7051:3.
brilliance 7059:8.
brilliantly 7079:3.
bring 6993:10,
    7002:23, 7017:10,
    7020:10, 7022:14,
    7022:20, 7037:8,
    7037:17, 7051:24,
    7063:24.
bringing 7037:24,
    7038:22.
Brings 7046:18,
    7047:10.
British 7033:19,
    7033:20.
Britt 6992:6.
broke 7054:9.
brother 7027:16,
    7027:17, 7052:20,
    7057:5.
brought 7021:19,
    7021:20, 7021:22,
    7022:4, 7022:5,
    7033:13, 7038:3,
    7069:11, 7071:19,
    7072:20, 7076:8,
    7076:15.
Brown 7079:4.
bucks 7070:21.
buddy 7027:4,
    7027:7.
Building 6991:29,
    7025:9, 7032:12,
    7054:5, 7062:6.
buildings 7015:23,
    7040:20.
bunch 7016:7,
    7048:18, 7051:13,
    7054:22, 7072:21.
burden 7020:24,
    7043:4, 7046:18,
    7046:21, 7053:22,
    7055:22, 7062:21,
    7062:24, 7063:16,
    7063:18.
buried 7060:20.
bus 7052:7, 7052:8,

    7052:10.
business 7069:2.
busy 7007:1,
    7012:5.
butt 7027:18.
buttresses 7067:10.
buy 7047:8.
.
.
< C >.
cacophony 7080:17.
cafeteria 7083:14.
Caleb 7006:15,
    7010:15, 7011:7,
    7012:1, 7024:16,
    7025:11, 7027:7,
    7051:17, 7051:23,
    7051:24, 7051:25,
    7052:1, 7052:9,
    7057:21, 7061:15,
    7070:13, 7074:10,
    7076:6, 7076:16,
    7077:9, 7078:3,
    7078:6.
call 7014:4, 7028:3,
    7035:1, 7041:6,
    7066:14, 7068:4,
    7074:23.
Called 7028:4,
    7040:19, 7043:4,
    7068:3, 7068:4,
    7069:8.
calling 7051:7,
    7058:7.
calls 6997:2.
Calm 7017:21,
    7048:7.
camera 7005:1,
    7026:8.
cammo 7003:12,
    7004:1.
camp 7057:14.
camps 7071:1.
canopy 7041:2,
    7041:4.
cans 7019:2.
capable 7051:6.
capturing 7019:1.
car 7016:25.
card 6999:6.

care 7018:19,
    7020:11, 7042:4,
    7049:13, 7050:15.
career 7046:1.
careful 7040:5,
    7040:14, 7064:13.
carefully 7032:8,
    7033:22, 7036:7.
cares 7047:6.
carjack 7023:19.
Carlton 6991:36.
carries 7022:9.
Carrion 7078:10,
    7078:13, 7078:16.
carrying 7007:25.
cases 7020:20,
    7021:22, 7024:10,
    7024:12, 7068:21,
    7083:13.
castle 7066:9.
cat 7072:2.
catch 7018:17.
cats 7063:6.
caught 7018:18,
    7085:14.
cause 7001:20,
    7040:13, 7062:21,
    7062:25, 7064:13,
    7064:16, 7064:18.
causes 7066:20,
    7082:10.
caution 7036:11,
    7077:19.
certain 7059:13,
    7071:5.
Certainly 7036:3,
    7042:22, 7049:15,
    7054:4.
certification
    7024:18, 7024:21,
    7052:23, 7052:25,
    7053:2.
certify 7088:9.
cetera 7041:21.
chain 7037:9.
chair 7067:22.
challenges 7057:3,
    7057:4, 7057:16.
chamber 7032:5.
Champs-elysee

7051:12.
chance 7049:10,
  7056:7, 7078:22.
change 7012:11.
changed 7050:9.
changes 7046:14,
  7051:23.
chanting 7048:24,
  7073:23, 7075:22,
  7081:12.
chaos 7057:2,
  7073:23, 7075:21.
characterized
  7055:8.
Charge 7004:6,
  7015:10, 7024:19,
  7024:25, 7033:25,
  7035:16, 7036:25,
  7051:3, 7054:7,
  7061:15, 7062:4,
  7071:23, 7074:5,
  7076:20, 7076:21.
charged 7025:7,
  7046:6, 7063:17,
  7076:11, 7077:23,
  7077:24, 7078:1,
  7078:4.
charges 7033:24,
  7045:19, 7060:15,
  7061:9, 7061:11,
  7061:12, 7061:13,
  7062:13, 7069:25,
  7076:19.
charitable 7059:3.
Charles 6991:43,
  6991:44.
chart 7057:17,
  7057:19, 7057:21,
  7080:11.
chat 7039:12,
  7049:16, 7071:8,
  7071:12, 7071:13,
  7071:15, 7074:3.
chats 7052:18,
  7057:23, 7073:4.
check 7010:5,
  7040:8.
checking 6995:22.
checks 6996:23.
cheering 7004:1.

cheers 7003:25.
chess 7066:4,
  7066:8.
chips 7052:4.
chitchatting
  7012:5.
choice 7034:25,
  7085:9.
choose 7020:6.
choosing 7000:4.
chopped 7006:2,
  7006:3.
Christine 6992:24,
  7088:9, 7088:14.
christine_asif@dcd.us
  courts.gov
  6992:28.
Christmas 7038:8,
  7072:3, 7072:4,
  7072:8, 7072:9,
  7072:11, 7072:12,
  7079:25.
Chuck 7061:8.
circle 7028:4,
  7028:5, 7028:9,
  7081:23.
cities 7002:13.
City 7023:17,
  7060:24, 7080:21.
civil 7033:12,
  7033:13, 7033:14,
  7048:12, 7049:3,
  7062:7, 7062:9,
  7078:9.
claims 7006:15,
  7034:15, 7037:5.
class 7080:1.
cleaning 7032:17.
clear 7001:4, 7021:4,
  7021:11, 7026:13,
  7026:14, 7066:22.
clearly 7003:1,
  7003:17, 7036:21.
clever 7051:21.
click 7069:24.
clicked 7015:25.
client 6995:9,
  6996:24, 7009:8,
  7027:17.
clients 6994:4,

7020:23, 7068:12.
cliff 7040:22,
  7040:25, 7041:1,
  7041:14.
climb 7070:19.
climbing 7030:17.
Clinton 7043:14.
close 7017:18,
  7018:3, 7042:10,
  7042:12, 7059:23.
Closed 7004:20,
  7004:25, 7005:19,
  7005:21, 7080:25.
closest 7054:18.
closing 7037:19,
  7038:16, 7043:22,
  7044:22, 7067:3,
  7074:13, 7085:23,
  7086:1.
clothing 6998:13.
cloud 7084:12.
clues 7069:12.
CNN 7031:17.
co-conspirator
  7035:23.
coerced 7087:13.
collateral 7036:17.
colleagues 7045:23,
  7056:2, 7061:19.
college 7018:6,
  7046:19.
collided 7041:20.
Colonists 7033:18.
Colorado 7023:24.
Columbia 6990:2,
  7073:9.
combat 7052:16,
  7054:15.
combination 7051:11,
  7082:11.
combined 7064:17,
  7066:18, 7066:19.
comes 7023:3,
  7028:17.
Comfort 7022:5.
comfortable 7041:24,
  7045:1.
coming 6993:24,
  6994:16, 6995:22,
  6999:13, 7010:19,

7017:18, 7018:3,
7021:21, 7041:14,
7054:6, 7081:4.
comment 7075:6,
7081:3.
commenting 7013:7.
comments 7009:13,
7079:17.
committed 6999:3,
7070:23.
common 7065:25.
communicate
7052:18.
communicating
7054:16.
communications
6997:2, 7009:15.
completely 7030:19,
7030:20, 7038:20.
computer 7006:21,
7020:11, 7028:1.
concept 7014:4,
7035:22, 7040:3.
concepts 7012:17,
7012:21.
concerned 6998:16,
6998:19, 6999:13,
6999:15, 7000:17,
7004:22, 7087:12.
conclude 7039:25,
7069:13.
concluded 7088:7.
concluding 7041:25.
conclusion 7000:9.
conduct 7065:24,
7067:18.
conference 7031:20,
7044:20.
confirm 7086:10,
7088:1.
confuse 7000:3.
Cong 7051:11.
Congress 7015:7,
7015:13, 7025:3,
7029:22, 7029:23,
7030:9, 7031:8,
7032:11, 7036:17,
7049:21, 7051:5,
7052:25, 7053:1.
congressmen 6994:22,

7001:14.
Connecticut 7060:20,
7060:21, 7083:25.
connection 6996:19,
7018:10.
Connie 6991:17.
conscious 7065:3.
consciousness
7008:19.
consecutive
7076:22.
conservative
7086:16.
consider 7001:23,
7044:21, 7060:16,
7067:16, 7067:20,
7070:22, 7077:11,
7077:14, 7082:9.
consideration 6995:5,
7040:5.
considered 7023:12,
7077:18.
consistent 7045:3,
7055:9, 7067:9,
7073:12.
consolation 7024:8.
conspiracies
7013:1.
conspiracy. 7066:1.
conspirator
7081:22.
conspire 7074:5.
Constitution 6992:26,
7064:5.
constitutional
7001:2.
consumer 7020:5.
consumers 7018:25,
7019:2, 7019:18.
contact 7015:19.
contacted 7001:18.
context 7009:23.
continue 6993:15.
CONTINUED 6991:1,
6992:1.
continuing 7007:12.
contrary 6998:25,
7013:16.
contributing
7002:7.

control 7030:5.
conversation 6998:21,
6998:24, 7003:9,
7006:12, 7006:16,
7007:1, 7007:4,
7007:6, 7009:8,
7009:11, 7011:1,
7011:12, 7011:13,
7012:6, 7017:2,
7025:21, 7026:6,
7026:12.
Conversations 6998:6,
6998:9, 7014:12,
7016:20.
convert 7086:21.
conveying 7050:8.
convict 7035:16,
7042:2.
convinced 7021:6,
7025:18, 7040:6,
7040:7, 7040:8,
7040:9, 7040:10,
7041:25, 7042:11.
cool 7022:13.
Cooper 6991:6,
6991:7, 7044:18,
7056:7, 7056:14.
cooperate 7010:17.
cooperating
7008:13.
cooperator 7027:2.
coordinated
7038:21.
copied 7027:25.
copies 7014:25.
copy 7034:1,
7064:1.
correct 7005:11,
7088:10.
correctly 7041:9.
corroborates
7067:10.
corrupt 7015:4.
corruptly 7014:19,
7015:4.
counsel 7010:13,
7036:9, 7056:16,
7087:18.
Count 6998:19,
7008:4, 7014:19,

7024:23, 7024:24,
7024:25, 7025:2,
7025:6, 7025:7,
7025:13, 7028:17,
7029:5, 7029:6,
7034:8, 7036:4,
7036:18, 7042:21,
7046:7, 7061:19,
7061:22, 7061:23,
7061:24, 7062:2,
7062:4, 7062:5,
7062:7, 7062:9,
7078:8, 7078:9,
7085:16.
counting 7031:25.
country 7049:1,
7057:9, 7057:21,
7057:23, 7063:16.
counts 7014:14,
7019:25, 7025:7,
7062:10.
couple 7008:24,
7009:15, 7012:21,
7058:1, 7068:21,
7074:11.
course 6994:22,
7079:8, 7085:8.
court. 7045:9.
courtroom. 6993:12,
7043:24, 7044:16,
7086:7.
covered 7010:14.
covering 7012:19.
cowering 6994:22.
CPR 7058:7, 7058:8.
CR 6990:7.
craziness 7039:23.
crazy 7001:8,
7079:15, 7079:17.
credibility 7068:8,
7068:25, 7076:24,
7077:2, 7077:3.
crew 7075:3.
crime 7063:17,
7083:13.
crimes 7070:23.
criminal 7030:19,
7046:7, 7074:5,
7082:19, 7085:5,
7085:6.

critically 7043:11,
7043:16.
cross 7069:11,
7074:14, 7075:11,
7076:15, 7084:1.
cross-examination
7037:7, 7069:5.
cross-examining
7038:13.
crosses 7075:11.
Crowl 6996:16,
7008:10, 7008:16.
cruel 7051:6.
cruise 7051:13.
crushed 7073:11.
crying 7069:13.
curl 7083:8,
7083:10.
currently 7086:22,
7087:16.
currents 7041:10.
cut 7069:10.
cute 7042:15.
.
.
.
< D >.
D. 6990:27,
6990:37.
dad 7057:11, 7058:20,
7059:2, 7060:4.
Dallas 6992:10.
damage 7015:16.
darn 7063:18,
7070:14.
database 7010:5.
date 7053:3,
7053:4.
dates 7039:18,
7071:19.
daughter 7018:5.
Day 6990:12, 6994:21,
7002:22, 7013:12,
7026:23, 7028:22,
7028:23, 7029:22,
7029:23, 7030:15,
7030:22, 7031:24,
7033:13, 7052:15,
7053:7, 7062:18,
7065:8, 7072:3,
7072:12, 7075:13,

7079:5, 7083:14,
7084:12, 7085:24,
7085:25, 7086:5,
7086:9.
days 7010:1, 7028:19,
7058:11, 7060:10,
7087:2, 7087:3,
7087:11.
DC 6991:20,
7071:13.
dead 7017:15.
deafening 7001:16.
deal 6996:25,
7000:19, 7000:24,
7004:19, 7051:25,
7052:1, 7072:8,
7075:7.
dealing 6994:6,
7024:9.
dealt 7008:10.
death 7059:24,
7069:3.
December 7071:6.
Decide 6995:4,
7022:18, 7024:5,
7036:4, 7046:14,
7070:5.
decided 6999:16.
deciding 7070:23.
decision 7085:4,
7085:16.
decisions 7047:21.
declaring 7049:2.
Defendant 6990:34,
6990:43, 6991:5,
6991:16, 6991:34,
6992:5, 7040:7,
7062:11, 7064:25,
7065:2, 7065:5,
7065:6, 7087:6.
Defendants 6990:12,
6996:6, 7056:17,
7062:10, 7065:13,
7077:15, 7087:1,
7087:2, 7087:5,
7087:8.
Defense 7001:1,
7001:19, 7001:22,
7042:3, 7056:16,
7087:18.

defined 7042:8.
definitely 7064:17.
definition 7040:3.
delay 7036:23.
delayed 7036:21.
delaying 7036:17.
deleted 7039:20,
   7055:15.
deleting 7039:17.
deliberate 7021:5.
deliberately 7065:1,
   7070:1.
deliberating
   7087:17.
deliberation 7082:23,
   7083:2, 7085:7.
deliberations
   7083:21, 7086:25,
   7087:3, 7087:11.
denied 7026:21.
Denver 7023:23.
departing 7087:13.
Department 7068:19.
deploy 7041:20.
depression 7059:19,
   7070:16.
described 7061:20.
descriptions
   7060:2.
desire 7060:3,
   7070:19.
destroy 7015:21.
destroyed 7055:1,
   7062:4.
destroying 7013:17.
Destruction 7015:14,
   7048:12, 7054:3,
   7054:4, 7062:2.
destructive 7008:2.
detail 7061:21.
detailed 7028:21.
determine 6995:2,
   7064:25, 7071:3,
   7077:4.
determining 6994:19,
   7070:1.
developed 6996:19.
diagnose 7068:21.
diagnosed 7068:13.
dialogues 7060:7.

die 7057:23, 7059:23,
   7070:12.
died 7058:9.
difference 7008:9,
   7037:13, 7085:1,
   7085:19.
different 7012:12,
   7024:2, 7025:17,
   7038:25, 7040:17,
   7056:25, 7058:14,
   7062:12, 7062:22,
   7069:19, 7077:13,
   7079:18, 7085:14.
difficult 7058:16.
difficulties
   6994:13.
diligent 6993:23.
dire 7063:5, 7063:6,
   7087:18, 7087:19,
   7087:21.
dirty 7045:24.
disagreements
   7068:7.
disappeared 7031:15,
   7031:22.
discharge 7015:7.
discharged 7058:2,
   7059:22.
discharging 7025:3,
   7062:1.
discussed 7015:23,
   7016:21, 7065:25.
discussion 7017:5.
discussions 6997:5,
   6997:7, 7016:25.
Disney 7073:25,
   7074:22.
Disorder 7048:12,
   7062:8, 7062:9,
   7066:22, 7078:9.
disorderly 7008:2.
disparate 7087:7.
dispassionate
   7083:4.
dispensation
   7045:2.
disrespect 7065:13.
disrespectful
   7054:21.
District 6990:1,

6990:2, 6990:17,
   7060:22.
diverged 7084:25.
diverges 7085:8.
divorced 7058:20.
DMV 7060:19,
   7084:4.
document 7028:21,
   7062:14.
documents 7067:11.
dog 7072:2.
dolphin 7018:17,
   7018:18, 7019:7,
   7019:24.
dolphin-free
   7019:5.
Dolphins 7018:9,
   7018:10, 7019:1,
   7019:8, 7066:5,
   7066:6.
Dominic 7008:10.
Donald 7058:25,
   7075:25, 7076:1.
donate 7001:20.
donated 7001:18.
donating 7002:6.
donation 7001:23.
Done 7001:17,
   7021:23, 7041:22,
   7051:25, 7052:1,
   7055:25, 7069:3,
   7070:9, 7075:7,
   7077:13, 7081:17,
   7081:18.
Donovan 6996:15,
   6998:12, 7008:14,
   7008:16, 7017:4,
   7035:4, 7039:23.
door 7015:17,
   7015:21, 7046:11,
   7047:16, 7047:22,
   7062:17, 7073:22,
   7078:7.
doors 7005:12,
   7005:14, 7052:7,
   7073:9.
dot 7019:5.
double-spaced
   7034:2.
doubtful 7017:17.

down 6995:6, 7028:8,
  7031:23, 7041:3,
  7041:15, 7048:7,
  7050:10, 7050:12,
  7050:24, 7051:11,
  7055:21, 7056:9,
  7057:2, 7059:22,
  7060:11, 7062:18,
  7075:4, 7076:9,
  7084:7.
dozen 7021:17.
drag 7018:15.
dragged 7019:12.
dragging 7019:16,
  7034:11.
draw 7066:10.
dressed 7003:18,
  7012:13.
driver 7014:5.
driving 7052:9,
  7052:10.
Duck 7039:11.
Dunn 7027:3, 7075:21,
  7075:23, 7081:11.
During 6995:9,
  7002:21, 7002:22,
  7046:20, 7057:14,
  7058:16, 7059:9,
  7059:19, 7069:5,
  7074:13, 7074:24,
  7080:3, 7087:23.
duties 7015:7,
  7025:3, 7062:1.
duty 7042:2,
  7042:5.
dying 7019:8.
.
.
< E >.
E-mail 7001:9,
  7001:11, 7001:14,
  7002:20.
e-mails 7002:7.
earlier 6999:22,
  7007:23, 7017:19,
  7034:3.
early 7071:6, 7080:7,
  7080:8, 7086:4.
earth 7040:21,
  7059:15.

East 6991:46,
  7008:25, 7026:5,
  7034:16, 7073:16,
  7074:16, 7083:22.
easy 7051:19.
eat 7019:7, 7019:8.
echelons 7014:11.
echo 7032:5.
Ed 7010:5.
Edmund 6991:17.
Edwards 6990:25.
effect 7006:18,
  7008:17, 7036:17,
  7080:19.
effectively 7079:3.
effort 7048:11.
eggs 7047:18.
eight 7022:25,
  7023:8, 7057:14,
  7068:11, 7071:11.
either 7025:8,
  7041:11, 7058:9,
  7065:9, 7081:13.
elected 7001:7.
Election 6997:21,
  6998:18, 7000:7,
  7000:18, 7001:1,
  7001:6, 7001:11,
  7001:18, 7001:22,
  7002:13, 7016:24,
  7031:14, 7031:19,
  7032:3, 7053:1,
  7071:20, 7078:24.
elections 6997:20.
electoral 7071:17,
  7071:22, 7074:6,
  7076:17.
elements 7035:15.
eliminated 7006:3.
Ellipse 7034:10,
  7049:18, 7049:20,
  7049:21, 7049:22,
  7058:25, 7080:7.
Email 6990:30,
  6990:41, 6990:49,
  6991:12, 6991:22,
  6991:32, 6991:41,
  6991:49, 6992:12,
  6992:21.
embarrassed

7084:17.
emotion 6994:20,
  7083:1.
empathy 7083:3.
EMT 7057:11.
encouraging 7035:11,
  7035:12.
end 7008:22, 7017:18,
  7046:10, 7050:10,
  7068:19, 7075:10,
  7075:12, 7082:13,
  7083:18.
endearing 7074:3.
ended 7079:7.
ending 7083:17.
energy 6996:5.
engage 7048:10,
  7060:6.
engaged 7065:18.
England 7084:2.
English 7046:3,
  7046:4.
enlisted 7057:10.
enough 7017:15,
  7027:19, 7047:11,
  7049:7, 7050:14,
  7053:15.
enter 7014:16,
  7048:5, 7048:7,
  7071:16, 7083:1.
entered 6993:12,
  7044:16, 7058:23,
  7059:4, 7070:2,
  7077:9, 7077:12,
  7077:14, 7077:18.
entering 7015:22,
  7025:8, 7062:5.
entire 7024:15.
entirely 7008:13.
entitled 7082:14.
entranced 7073:25.
envy 7043:17.
epiphany 7076:16,
  7076:17.
equally 7087:11.
escorting 6999:18,
  7004:14, 7013:20,
  7016:21, 7017:1,
  7017:23, 7079:20.
especially 6993:25,

7080:18, 7084:10.
essentially 7005:8,
    7067:15, 7070:17,
    7076:7, 7081:16.
establish 7066:1.
Et 6990:10, 7041:20,
    7041:21.
etched 7060:25.
ethnic 6995:4.
Euene 6991:35.
Eve 7072:9.
evening 7087:25.
Eventually 7028:15,
    7029:5, 7032:17,
    7039:5, 7040:19.
everybody 6993:13,
    7021:12, 7024:7,
    7033:6, 7036:18,
    7037:2, 7043:25,
    7063:12, 7067:24,
    7086:8.
everyone 6994:4,
    7012:7, 7019:13,
    7051:4, 7082:13.
everything 7013:11,
    7024:6, 7028:5,
    7028:6, 7041:22,
    7041:24, 7041:25,
    7063:24, 7067:9,
    7070:9, 7074:11.
evidence 6995:20,
    7000:11, 7005:1,
    7008:1, 7009:21,
    7010:3, 7012:1,
    7015:20, 7019:24,
    7020:2, 7020:3,
    7022:19, 7025:13,
    7037:25, 7039:17,
    7040:6, 7045:18,
    7045:19, 7045:21,
    7046:25, 7048:4,
    7048:14, 7049:12,
    7050:17, 7054:10,
    7054:12, 7064:11,
    7076:4, 7077:9,
    7087:6.
evidentiary
    7062:16.
exactly 7012:12,
    7013:24, 7032:22,

7032:24.
examination 7030:6.
example 7040:1,
    7040:16.
examples 7021:15.
except 7022:9.
excited 7073:20.
excuse 7054:20,
    7080:16.
excused 7088:2.
excuses 7067:17.
executed 7054:21.
exercise 7086:21.
exercising 7033:8.
Exhibit 6999:5,
    7000:5, 7007:10.
exhibits 7003:14.
exist 7042:5.
exiting 7007:24.
expect 7039:24.
expecting 7050:2.
experience 7057:20.
experienced 7045:16,
    7057:17.
expert 7031:19,
    7068:2, 7068:20,
    7068:24, 7068:25,
    7069:1.
explain 7040:3,
    7040:11.
explained 7002:5,
    7080:22.
explode 7065:16.
exposed 7080:18.
expressions
    7069:14.
extent 7000:22,
    7009:16, 7077:5.
eye 7078:5.
eyes 7049:9,
    7067:2.
.
.
< F >.
F. 6990:44.
face 7051:25.
Facebook 7055:14,
    7055:21.
faced 7057:3.
faces 7044:25.

facial 7069:14.
facing 7061:11,
    7061:12, 7061:16,
    7062:13, 7076:19,
    7076:23.
factor 7067:16,
    7067:19.
facts 6995:2, 6995:5,
    7082:12, 7082:17,
    7082:21.
failed 7041:20,
    7057:6.
Fair 6995:5, 7024:11,
    7050:14, 7056:11,
    7063:8, 7063:9,
    7067:25, 7069:3,
    7071:18, 7081:12.
fairly 7072:5.
faking 7067:1.
fallback 7021:10.
falling 7041:15.
False 7038:20,
    7038:22, 7076:11,
    7078:2.
falsely 7077:15.
family 7023:23,
    7061:5, 7083:1.
famous 7082:24.
fan 7053:7.
fancy 7080:11.
Fantastic 6996:13,
    7004:21.
Far 6993:24, 6998:15,
    6998:18, 6999:18,
    7004:8, 7004:17,
    7004:22, 7006:5,
    7008:22, 7009:15,
    7011:15, 7015:10,
    7016:3, 7017:24.
fashion 7013:18.
fast 7059:20.
father 7058:5,
    7058:6, 7058:9,
    7058:11, 7059:23.
fault 6993:11,
    7044:12.
favor 7082:22.
favorite 7018:8,
    7040:3, 7084:19.
favoritism 6995:3.

FBI 7009:18.
FCRR 6992:24,
    7088:9.
fear 6994:20,
    6994:25, 6995:2,
    7026:23, 7087:9.
Federal 6992:25,
    7069:4.
feel 7013:7,
    7087:13.
feeling 6994:23,
    7069:19.
feeling. 7069:20.
feelings 7027:12.
feet 7023:11, 7026:2,
    7026:10, 7058:25,
    7075:20.
fellow 7031:11.
felt 7030:11,
    7073:11.
fenced 7034:14.
fencing 7026:1.
few 7039:19, 7042:10,
    7058:11.
Fields 6991:36,
    7083:12.
Fight 7000:2, 7002:5,
    7002:6, 7002:7,
    7018:1, 7072:8,
    7075:24, 7075:25,
    7076:1, 7076:3,
    7079:9, 7079:10,
    7081:9.
fight. 7002:4.
fighter 7017:25.
figurative 7057:1.
figure 7004:15,
    7070:8.
filming 7026:9.
final 7086:2.
Finally 7086:20.
find 7034:3, 7035:6,
    7042:6, 7049:5,
    7054:25, 7056:12,
    7085:18.
finder 7046:17.
finding 7021:7,
    7031:6.
Fine 6993:9, 7050:14,
    7078:5.

finish 7024:3,
    7043:2.
fire 7054:19,
    7054:25, 7055:2,
    7055:3.
fireman 7060:4.
Firmly 7040:6,
    7040:10, 7041:25.
Fish 7018:14,
    7018:17, 7018:19,
    7019:2, 7019:4,
    7066:6, 7066:11,
    7074:16.
fishermen 7018:14,
    7019:9, 7019:11.
fishing 7018:16,
    7018:22.
fist 7004:1,
    7048:25.
Fitzgerald 7083:24.
five 7018:7, 7024:13,
    7032:9, 7043:23,
    7045:11, 7045:17,
    7046:11, 7072:24,
    7076:17, 7076:21,
    7087:1.
flag 7064:23.
flagpoles 7030:19.
flapping 7057:15.
flat 7059:16.
floor 7023:1, 7058:5,
    7058:6.
floppy 7048:21.
Florida 6991:47,
    7010:24, 7060:11,
    7071:13.
fly 7041:6,
    7041:13.
flying 7041:5.
focus 7054:10,
    7074:11.
foggiest 7069:18.
Folks 7010:25,
    7032:15, 7045:13,
    7051:5, 7051:7,
    7051:13, 7052:12,
    7052:13, 7059:14,
    7062:22, 7065:7,
    7080:14.
follow 7012:9,

7036:9, 7048:22,
    7052:22.
following 7004:6,
    7037:10, 7045:9,
    7065:19, 7065:21,
    7087:15.
foot 7027:5,
    7057:17.
footage 7050:13,
    7050:20, 7050:23.
football 7027:6,
    7083:12.
foothills 7023:12,
    7023:23.
Force 7001:19,
    7001:22, 7058:24.
foregoing 7088:10.
Forensic 7069:9.
foreseeable 7036:1.
forest 7023:6.
forget 7047:15,
    7070:21, 7071:13,
    7071:19.
forgive 7051:4.
form 7020:16,
    7059:17, 7067:18.
forth 7038:6,
    7075:11.
forthright 7010:20.
forward 7059:20,
    7086:5.
found 7000:12,
    7020:21, 7038:18,
    7055:6.
founded 7001:2.
Four 7018:7, 7023:22,
    7023:24, 7029:24,
    7035:17, 7035:22,
    7068:11, 7072:10,
    7082:24, 7083:1,
    7087:2, 7087:11.
Fox 7031:16.
frail 7084:9,
    7084:11.
framing 7053:16.
Frankly 6997:11,
    7001:13, 7009:22,
    7013:9.
fraud 7000:18,
    7001:11, 7002:14.

freak 7021:25,
   7024:4.
free 7010:11.
French 7023:13.
fridge 7047:14,
   7047:16.
friend 7051:17.
friends 7023:15,
   7042:10, 7042:12,
   7061:5.
front 7006:25,
   7007:5, 7016:9,
   7028:1, 7041:14,
   7061:10, 7074:21.
Frost 7084:23,
   7084:24.
frozen 7003:22.
full 7009:16,
   7015:16.
fullest 7000:22.
fun 7025:23,
   7025:24.
funeral 7058:11.
funny 7027:12.
future 7033:12.
.
.
< G >.
Gabe 7031:18.
game 7066:8.
gang 7081:23.
garage 7054:23.
gate 7054:7.
gates 7005:23.
gathered 7028:5.
gathering 7025:22.
Gator 7071:14.
gave 7008:12,
   7011:21, 7029:11,
   7040:15, 7082:16.
gear 7007:16,
   7052:17, 7054:15.
gender 6995:4.
general 7003:9,
   7030:17.
gentleman 7078:11.
gentlemen 6994:24,
   6997:19, 7006:6,
   7009:1, 7009:21,
   7010:18, 7014:8,

7019:10, 7019:18,
   7020:5, 7024:14,
   7039:2, 7039:25.
Georgia 7031:19.
gets 7036:5, 7050:2,
   7056:3, 7073:6,
   7074:21, 7080:15,
   7084:11.
getting 7014:21,
   7014:25, 7017:8,
   7023:14, 7028:8,
   7066:6, 7078:17,
   7087:22.
Gift 7061:6, 7082:20,
   7084:19, 7084:20,
   7084:21.
gig 7046:19.
girlfriend 7057:25.
give 7021:14, 7047:6,
   7056:20, 7058:7,
   7058:8, 7060:16,
   7064:15, 7066:16,
   7068:7, 7076:12,
   7076:25, 7082:4,
   7083:20, 7086:19.
Given 7019:24,
   7061:6, 7067:14,
   7069:12, 7084:20.
gives 6994:23,
   7002:20, 7038:20,
   7038:25, 7051:16,
   7052:13, 7053:3,
   7064:6, 7072:13,
   7072:14.
giving 6995:1,
   7004:2, 7026:24,
   7082:20.
glorious 7073:20.
gloss 7045:23.
glossed 7055:4.
glued 7059:12.
gmg@cmgpa.com
   6991:49.
goal 7014:17.
God 7072:13.
gongs 7064:24.
goodness 7005:7,
   7065:15, 7071:4,
   7077:23.
goosestepping

7051:11.
Goto 7071:1.
gotten 7021:9,
   7028:12, 7053:13.
gracious 7065:15,
   7071:4.
grades 7057:7.
grand 7062:21,
   7063:1, 7076:16.
grandmother 7051:18,
   7058:14.
Granted 6997:20.
grassy 7004:20,
   7005:18, 7005:21.
grave 7064:14.
gravel 7006:8,
   7011:10.
graver 7040:15,
   7041:7.
Great 7043:18,
   7063:16, 7078:12.
greatest 7059:4.
green 7047:18.
Greene 6991:43,
   6991:45, 6992:6,
   7032:20, 7061:8,
   7071:8, 7075:10.
grew 7023:20.
grieving 7058:12.
gross 7069:12.
grossi@carltonfields.
   com 6991:41.
ground 7041:6.
grounds 7015:23,
   7025:8.
group 6999:22,
   7007:25, 7008:22,
   7009:10, 7011:19,
   7024:17, 7026:3,
   7034:14, 7039:3,
   7050:9, 7057:5,
   7060:1, 7070:16,
   7071:12, 7071:14,
   7071:15.
groups 7071:9,
   7071:12.
grow 7047:11,
   7047:12.
Growing 7040:17,
   7083:24.

guarantee 7026:25,
    7039:19.
guardian 7079:1.
guess 7005:20,
    7014:5, 7018:20,
    7018:21, 7084:18.
guesswork 6995:19.
guiding 7059:18.
guilt 7008:19,
    7036:24, 7040:7.
guilty 7000:21,
    7014:6, 7019:25,
    7020:6, 7020:17,
    7020:22, 7021:2,
    7021:3, 7021:6,
    7021:8, 7021:10,
    7036:13, 7036:19,
    7040:8, 7040:10,
    7042:1, 7042:7,
    7049:6, 7056:13,
    7061:16, 7063:4,
    7063:8, 7063:14,
    7063:15, 7067:3,
    7067:4, 7085:18.
gun 7021:19, 7021:22,
    7022:24, 7023:8,
    7023:14, 7033:21,
    7072:1, 7072:2,
    7072:14, 7072:15,
    7072:16, 7081:5.
Guns 7017:10,
    7021:16, 7021:17,
    7021:18, 7021:25,
    7022:1, 7022:4,
    7022:5, 7022:12,
    7022:15, 7022:17,
    7022:18, 7022:23,
    7023:18, 7024:1,
    7024:2, 7024:3,
    7033:13, 7033:16,
    7037:8, 7037:17,
    7037:24, 7038:2,
    7038:3, 7038:10,
    7038:22.
gut 7063:13,
    7063:14.
guy 7032:6, 7034:13,
    7042:15, 7042:17,
    7052:10, 7052:11,
    7052:12, 7052:13,

    7054:20.
Guys 7023:24,
    7027:1.
.
.
.
< H >.
half 7002:25, 7003:2,
    7003:11, 7006:3,
    7017:11, 7022:22.
Haller 6991:25,
    6991:26.
hallerjulia@outlook.c
    om 6991:32.
hallway 7053:11,
    7053:25, 7080:19.
hand 7017:20.
Handbook 7069:8.
handgun 7021:20,
    7022:9.
handing 7039:8.
handle 6997:6,
    7072:11.
handled 7024:10.
hands 7057:15,
    7084:15.
handwritten
    7027:23.
Hang 7030:4.
happen 7014:5,
    7015:2, 7027:12,
    7042:9.
happened 7013:11,
    7018:24, 7026:6,
    7026:12, 7026:13,
    7028:5, 7028:6,
    7028:9, 7031:20,
    7031:23, 7034:9,
    7034:15, 7042:20,
    7050:21, 7054:5,
    7058:3, 7073:18.
happening 7002:17,
    7019:3, 7032:21.
happens 7050:1,
    7050:5, 7070:10,
    7071:4.
happy 6997:18,
    6997:24, 7000:17,
    7019:3, 7069:14.
harbored 7060:3.
hard 7021:14,

    7035:22, 7037:1,
    7048:4, 7083:7.
harder 7056:25.
hardly 7050:8,
    7051:2.
harm 7081:6.
Harry 7027:3,
    7075:21, 7075:22,
    7081:11.
harsh 7080:20.
hat 7048:21,
    7053:19.
hate 7020:22.
head 7049:16,
    7073:18, 7073:24,
    7075:15, 7081:16,
    7081:22.
headings 7036:8.
Headphones 7067:7,
    7079:23, 7079:24,
    7080:1, 7080:2,
    7080:4, 7080:5,
    7080:13, 7080:15.
headquarters
    7081:5.
hear 7013:11, 7031:9,
    7031:16, 7034:7,
    7050:2, 7054:13,
    7056:2, 7073:6.
hearing 7029:7,
    7029:10, 7037:16.
hears 7023:5.
heart 7061:3.
heavier 7063:19.
heavy 7063:16,
    7063:18, 7063:19.
heinous 7063:18.
held 7047:3,
    7072:2.
hell 7079:10.
Hello 7045:10.
helmet 7003:18,
    7003:23, 7052:16,
    7054:15, 7080:13,
    7080:14.
Help 6999:3, 6999:8,
    6999:18, 7008:4,
    7008:6, 7012:13,
    7012:14, 7013:4,
    7022:8, 7027:14,

7030:25, 7042:22,
7070:16, 7078:25,
7083:15, 7083:20.
helped 7012:15,
7024:11, 7080:2.
helpful 7002:9.
helping 6998:23,
7004:8, 7007:17,
7007:20, 7007:21,
7007:24, 7013:24,
7015:5, 7016:21,
7017:22.
helps 7071:3.
hereby 7088:9.
hero 7057:11,
7075:23, 7078:10.
herself 7052:20.
hesitant 7052:11.
Hesitate 7040:14,
7041:7, 7047:20,
7064:14, 7064:18,
7066:20, 7075:13,
7075:14, 7077:20,
7082:11.
hesitating 7085:11.
hide 7000:15, 7020:2,
7074:7.
hierarchy 7037:9.
High 7019:14,
7023:11, 7060:24.
higher 7014:11.
highlight 7000:20,
7053:11.
highly 7017:17,
7081:13.
hill 7025:22,
7039:7.
hinges 7024:14,
7024:15.
historic 7083:13.
hit 7023:10, 7044:14,
7066:18.
hitting 7030:19.
Hold 7013:9,
7081:7.
holding 7084:14.
holes 7046:25.
home 7019:4, 7057:5,
7066:18, 7072:8,
7083:24.

homework 6997:14.
honest 7026:19,
7040:5.
Honor 6993:2,
6993:19, 7014:23,
7029:25, 7044:19,
7056:17, 7068:22,
7086:12, 7086:15.
Honorable 6990:16.
hook 7074:16,
7080:6.
Hope 6993:14, 7038:7,
7056:21, 7059:10,
7082:9.
hopefully 7037:15.
hopes 7052:1.
hoping 7031:9.
horse 7017:15,
7054:6.
hospital 7058:10.
hotel 7017:7,
7021:21, 7022:15,
7038:2, 7038:4,
7038:17, 7038:18,
7038:20, 7052:19,
7080:9, 7081:1.
hotels 7052:19,
7080:24.
hour 7002:24,
7017:11, 7022:21,
7069:2, 7086:11,
7086:15, 7086:17,
7086:18.
hours 7002:25,
7003:2, 7066:24,
7076:8.
house 7000:13,
7009:19, 7021:19,
7023:1, 7023:10,
7049:2, 7058:13,
7072:4, 7072:5,
7072:16.
Huddle 7007:6,
7011:5, 7011:6,
7017:13, 7017:16,
7025:19, 7025:20,
7025:25, 7026:4,
7026:12, 7028:4,
7029:5, 7034:15,
7039:4, 7039:6,

7051:15, 7074:14,
7074:16, 7074:17,
7074:19, 7075:1,
7075:3, 7075:8,
7075:11, 7075:12,
7075:14, 7075:16,
7076:14.
huddles 7025:17,
7034:8, 7074:12,
7078:6.
huge 7040:22,
7076:9.
Hughes 6990:24,
7028:24, 7029:1,
7038:13, 7049:24,
7053:17, 7055:10,
7061:12, 7061:19,
7066:14.
Huh-uh 7053:20.
hundred 7057:18.
hurt 7072:18,
7081:4.
.
.
< I >.
I. 7044:6, 7048:7.
ID 7008:11.
idea 7001:8, 7014:9,
7028:17, 7041:11,
7047:19, 7049:16,
7051:4, 7055:17,
7069:19, 7086:14.
ideals 7001:2.
identify 7003:12.
illegal 6999:19,
7013:6.
imagine 7011:19.
immediately
7008:12.
imminent 7049:3.
impartial 7040:5,
7083:4, 7083:6.
impede 7014:21.
implicates 7056:5.
implies 7034:24,
7037:9, 7064:9.
important 7006:5,
7035:3, 7040:15,
7047:7, 7047:21,
7053:4, 7058:22,

7064:15, 7070:5,
7085:16.
importantly 6997:4,
6999:25.
improper 7002:19,
7003:15, 7013:14,
7013:16, 7016:3.
improperly 6995:3.
in. 6993:10, 7002:20,
7005:25, 7012:10,
7016:4, 7037:20,
7041:23, 7073:19,
7081:17, 7086:5.
inappropriate
6996:18.
INAUDIBLE 7054:24.
inauguration 7053:6,
7083:23, 7084:2,
7084:8, 7084:10.
inches 7084:3,
7084:6.
including 7087:4.
inconsistent
7076:25.
indicate 6997:7,
7003:6, 7008:3,
7015:12, 7016:3.
indicated 6999:11,
7005:17, 7016:17.
indicates 7000:16,
7000:19.
Indicating. 7047:3,
7055:22, 7071:11,
7073:5, 7073:10,
7073:24.
indication 6996:23,
6998:20, 7004:2,
7004:23, 7005:2,
7005:3, 7005:10,
7005:16, 7005:24,
7007:16, 7009:12,
7016:22, 7017:8,
7073:13.
indicator 7081:3,
7081:10, 7081:15.
indicted 7010:3,
7063:7.
indictment 7010:3,
7024:19, 7060:15,
7061:9, 7062:15,

7062:20, 7063:4.
individual 7006:13,
7059:18, 7062:12,
7074:10, 7087:8,
7087:19.
individually
7048:9.
individuals 6994:8,
7017:9, 7019:14,
7070:11, 7071:6.
indulge 7018:3,
7083:21.
indulgence 6994:11,
7063:23, 7083:18.
influence 7037:15,
7059:4, 7059:21.
influenced 6995:4.
information 7000:15,
7055:19.
informed 7057:13.
injury 7058:12.
inkling 7016:10.
Inn 7022:5.
innocence 7046:5.
innocent 7020:21,
7020:23, 7020:24,
7021:8, 7045:19,
7046:8, 7046:10,
7046:13, 7062:19.
inoffensive 7017:21,
7017:22.
insanity 7059:17.
inside 7007:22,
7007:24, 7013:13,
7017:20, 7022:11,
7025:12, 7031:5,
7032:7, 7032:10,
7032:11, 7065:9.
insignias 7003:4.
instance 7036:2.
Instead 7008:14.
instructed 7045:22.
instruction 7022:16,
7067:13, 7067:14,
7067:15, 7076:24,
7077:2, 7077:7.
instructions 6995:1,
7014:24, 7034:1,
7035:18, 7036:6,
7040:4, 7064:2,

7064:3, 7064:21,
7077:1, 7082:10,
7082:16, 7086:2.
insult 7058:12.
insulting 7051:7.
Insurrection
7079:16.
integrity 7001:1,
7001:6.
intended 7014:20.
intent 7015:21,
7052:21, 7052:22,
7064:21, 7067:19,
7081:6.
intentional 7078:14,
7078:19.
intentionally 7000:3,
7070:2.
interest 7077:12.
interesting 7008:8,
7018:11, 7025:15,
7025:24, 7054:23,
7059:12, 7072:25.
interestingly 7033:1,
7053:15.
interests 7065:25.
interfere 7024:22,
7048:11.
interference
7078:13.
interfering
7078:10.
interpret 7033:2,
7033:3, 7050:17,
7054:11.
interpretation
7050:17.
interpreting
7055:2.
interviewed
7031:11.
Investigated
7000:21.
invoke 7079:16.
involved 6994:9,
7013:23, 7017:8,
7035:24, 7087:1,
7087:2.
ironically 7031:12.
irrespective

7049:12.
Isaac 7057:19,
   7059:2, 7063:19,
   7066:7, 7066:23,
   7066:25, 7068:10,
   7073:20, 7081:13.
Isaacs 6991:35,
   7007:21, 7007:25,
   7012:15, 7013:19,
   7017:23, 7056:23,
   7056:24, 7058:17,
   7059:18, 7070:15,
   7072:5, 7072:25,
   7074:6, 7085:16.
Isaacs. 7074:4.
issue 6994:8.
issued 7079:12,
   7080:24.
issues 7044:15,
   7078:24.
Italian 7083:24.
Item 7066:22.
items 7009:19,
   7060:17, 7064:16.
itself 6995:20,
   7022:3, 7025:9,
   7059:17.
.
.
< J >.
J. 6991:35, 7059:1.
Jackie 7084:17.
jail 7026:25, 7027:1,
   7027:11, 7027:13.
January 7053:5,
   7058:1, 7058:3,
   7059:20, 7059:24,
   7083:22, 7084:8.
Jefferson 6991:37.
Jeffrey 6990:23.
Jeffrey.nestler@usdoj
   .gov 6990:31.
Jess 7050:7,
   7050:14.
Jessica 6996:15,
   6998:12, 7003:19,
   7008:9, 7008:14,
   7017:4, 7035:4,
   7038:7, 7038:18,
   7038:21, 7039:23.

JFK 7084:8, 7084:9,
   7084:16, 7084:19.
job 7004:21, 7018:22,
   7019:11, 7019:13,
   7019:14, 7043:18,
   7053:22.
John 6990:35,
   6990:36, 7083:23.
johnlmachado@gmail.co
   m 6990:41.
Johnson 7023:4,
   7084:16.
join 7008:22,
   7010:10, 7012:24,
   7042:22, 7057:24,
   7059:24, 7070:15.
joined 7015:9,
   7057:10, 7060:5,
   7060:6, 7060:8,
   7070:4, 7070:11,
   7070:15, 7070:18,
   7070:20, 7071:14,
   7076:5, 7081:15.
joke 7069:23.
Joseph 7053:7.
Jr 6991:17,
   6992:15.
Judge 6990:17,
   6994:2, 6994:25,
   6995:1, 7034:3,
   7036:9, 7044:15,
   7045:22, 7046:9,
   7046:16, 7049:7,
   7063:5, 7064:6,
   7067:14, 7067:23,
   7068:25, 7069:22,
   7077:3, 7077:17,
   7082:14, 7082:15,
   7083:4, 7085:20.
judges 7082:12,
   7082:17, 7082:20.
Julia 6991:25,
   6991:26.
jump 7012:17,
   7040:18, 7040:21,
   7040:25, 7041:1,
   7041:2, 7041:11.
jumped 7029:13.
Jumper 7041:20.
jumping 7040:19,

7041:18.
Juror 7086:20,
   7086:22, 7086:23,
   7086:24, 7087:12,
   7087:15, 7087:17,
   7087:18, 7087:19,
   7087:21.
jurors 7021:5.
Justice 7061:6,
   7068:19, 7077:24,
   7082:19.
.
.
< K >.
Kailua 6992:19.
Kathryn 6990:22.
Keep 7016:5, 7018:12,
   7031:24, 7033:6,
   7053:9, 7055:12,
   7074:7.
Keeper 7003:6,
   7010:9, 7065:20,
   7065:21.
Keepers 6996:7,
   6996:21, 6997:1,
   6997:11, 6998:10,
   7003:3, 7003:10,
   7004:22, 7006:14,
   7006:25, 7007:3,
   7010:10, 7010:24,
   7011:16, 7026:8,
   7028:13, 7059:24,
   7060:1, 7060:8,
   7065:19, 7070:4,
   7070:11, 7072:22.
keeps 7001:15,
   7072:14.
Kelly 7010:7, 7011:4,
   7011:25, 7025:12,
   7026:11, 7034:7,
   7071:14, 7075:6.
Kennedy 7083:24.
kept 7012:8,
   7063:5.
key 7048:15.
khakis 6998:14,
   7055:7.
kicked 7058:13.
kid 7027:1, 7051:19,
   7078:21, 7078:25.

kids 7021:13,
   7046:19, 7052:6,
   7052:8, 7052:10,
   7060:23.
killed 7023:24,
   7024:1.
Kind 6996:16,
   7005:19, 7006:2,
   7013:21, 7015:25,
   7018:11, 7034:10,
   7036:5, 7037:1,
   7040:11, 7040:13,
   7041:4, 7044:10,
   7055:22, 7064:12,
   7064:19.
kinds 7030:19.
king 7066:8.
Kissimmee 7060:11.
knee 7075:4.
knowing 7015:24,
   7083:19.
knowingly 7015:22,
   7016:1, 7016:13.
knowledge 7015:11,
   7016:1, 7036:11,
   7036:12.
knows 7009:7, 7052:3,
   7067:22, 7067:23.
.
.
< L >.
L. 6990:35, 6992:6,
   6992:16.
lack 7064:11.
lackadaisical
   7051:1.
Ladies 6994:24,
   6997:19, 7006:6,
   7009:1, 7009:21,
   7010:18, 7014:8,
   7019:10, 7019:18,
   7020:5, 7024:14,
   7039:1, 7039:25.
lagging 7034:11.
lake 7023:13.
language 7032:18,
   7063:21, 7069:15,
   7080:20.
large 7063:17.
Last 7027:3, 7043:1,

7056:1, 7056:3,
   7056:20, 7056:21,
   7076:6, 7082:3,
   7085:17.
lasted 7087:2,
   7087:3.
late 7060:25.
later 6997:18,
   7006:4, 7006:9,
   7014:2, 7028:19,
   7029:7, 7040:24,
   7058:11.
laughable 7015:15,
   7054:4, 7054:5.
laughing 7069:13.
Laura 6991:6,
   7045:13, 7045:14,
   7045:18, 7046:12,
   7048:5, 7048:19,
   7049:16, 7052:15,
   7052:23, 7053:14,
   7054:2, 7054:6,
   7056:12.
Lauterbrunnen
   7040:23.
Law 6990:36, 6991:7,
   6991:18, 6991:26,
   6991:44, 6992:7,
   6992:16, 7000:22,
   7001:5, 7015:8,
   7033:10, 7033:15,
   7033:16, 7045:22,
   7045:25, 7064:5,
   7082:15.
lawlessness 7042:4.
Lawn 6992:8.
lawyer 7020:13,
   7040:2, 7042:3,
   7045:25, 7046:1.
Lawyers 7037:15.
lay 7066:23.
leader 7004:7.
leading 7004:6.
leap 7041:5.
learn 7052:13.
learned 7078:3.
learning 7045:25,
   7052:12.
least 7002:24,
   7014:10, 7031:5,

7034:2, 7068:6,
   7073:21.
leave 7018:21,
   7035:5, 7063:22.
leaving 7035:5.
ledge 7073:19,
   7073:23.
Lee 6992:15.
left 7002:23,
   7008:15, 7017:11,
   7022:8, 7022:21,
   7034:15, 7038:4,
   7039:5, 7043:24,
   7080:9, 7081:24,
   7086:1, 7086:7.
legal 7012:17,
   7022:17, 7032:23,
   7032:24, 7046:4,
   7069:2.
Leigh 6990:22.
length 7086:14,
   7086:25.
lenient 7052:2.
less 7062:12,
   7066:10, 7076:14,
   7085:1, 7086:16.
letting 7035:12.
level 6996:5, 7007:1,
   7007:3, 7021:9,
   7047:5.
levels 7014:11.
liability 7035:23.
liable 7036:1.
lie 7027:3, 7076:10,
   7076:13, 7078:1,
   7078:2, 7078:4.
lies 7078:2.
Life 7021:12, 7023:4,
   7039:18, 7040:15,
   7041:7, 7047:21,
   7056:25, 7058:18,
   7058:22, 7058:23,
   7059:4, 7059:21,
   7068:14, 7085:16.
life. 7064:15.
lift 7041:13.
Light 7029:6, 7051:3,
   7082:9.
likely 7063:15,
   7064:19, 7072:5,

7081:13.
likes 7021:16,
 7032:19.
linchpin 7011:7,
 7052:11.
line 6995:9, 6995:21,
 7004:5, 7016:6,
 7016:7, 7027:19,
 7063:5.
lineman 7027:6.
lines 7029:14.
list 7060:16,
 7061:11, 7064:16,
 7066:12, 7071:8,
 7071:25, 7072:25.
listed 7061:13.
listen 7030:13,
 7031:16, 7032:4,
 7032:7, 7043:11,
 7043:16.
listened 7031:17,
 7031:18.
listening 6993:24,
 7025:15, 7037:14,
 7059:1.
Literally 7024:15,
 7032:4, 7032:8,
 7032:10, 7040:21,
 7040:25, 7041:5,
 7041:15, 7043:11,
 7083:14.
Lived 7023:10,
 7058:13.
lives 7024:9,
 7061:6.
living 7018:23,
 7019:9.
LLP 6990:45.
lobbies 7021:22.
location 7012:4,
 7076:14.
locked 7005:12.
lodged 7087:23.
logical 7012:8.
London 7087:13.
long 7018:8, 7029:9,
 7034:1, 7036:23,
 7060:11, 7060:12,
 7061:4, 7085:24,
 7086:5.

looked 7023:11,
 7023:12, 7039:14,
 7039:15, 7041:24,
 7069:15.
looking 6997:10,
 7012:14, 7018:14,
 7020:20, 7039:14,
 7045:14, 7045:15,
 7067:23, 7067:24,
 7067:25.
looks 6996:8, 7041:4,
 7065:17, 7065:18.
loser 6997:22.
lost 7008:15.
lot 6994:18, 6994:20,
 6995:12, 6995:19,
 7012:19, 7032:20,
 7032:21, 7066:4,
 7068:8, 7070:12,
 7071:5, 7072:21,
 7073:4, 7074:9,
 7079:24, 7083:7.
lots 6997:19, 7005:1,
 7018:17, 7019:16.
Loud 7064:24,
 7075:21.
love 7018:6, 7022:25,
 7032:18, 7083:18.
loved 7057:9,
 7084:9.
low 7062:21,
 7062:25.
lower 7062:24.
lucky 7047:11.
lunch 6993:14,
 7050:1.
Lyndon 7084:16.
.
.
< M >.
M. 6991:44.
M16s 7023:15.
mace 7072:17.
maced 7072:18.
Machado 6990:35,
 6990:36, 6993:2,
 6993:18, 6993:19,
 7006:20, 7020:8,
 7020:14, 7025:24,
 7026:7, 7031:4,

7044:12, 7066:5.
mad 7070:14.
major 7058:24,
 7059:21, 7083:1.
malintent 7070:19.
mama 7060:25, 7072:9,
 7083:25.
mammals 7018:20.
man 7022:6, 7057:3,
 7059:7, 7062:19,
 7065:14, 7067:6,
 7079:18, 7085:13.
manner 7033:10,
 7051:2.
map 7005:15, 7066:14,
 7066:16.
Marc 7078:10,
 7078:13, 7078:16.
march 7038:25,
 7050:25, 7051:2.
Marched 7038:23.
marched. 7050:19.
married 7039:19.
masks 7044:22.
Massachusetts
 7084:1.
masses 7055:17,
 7055:18.
matching 7052:17.
math 7027:16,
 7044:10, 7044:11.
matter 6994:5,
 6995:18, 6996:24,
 6997:23, 7009:3,
 7010:22, 7018:21,
 7019:6, 7019:15,
 7034:23, 7046:8,
 7046:9, 7046:23,
 7049:17, 7086:20,
 7088:11.
matters 7040:15,
 7064:15.
maximum 7061:16,
 7076:20, 7076:21.
mayor 7080:21.
mean 6996:3, 6997:21,
 7003:25, 7009:16,
 7009:20, 7020:22,
 7024:2, 7025:4,
 7026:3, 7027:5,

7033:14, 7033:16,
7033:21, 7040:9,
7061:3, 7063:4,
7071:23, 7073:23,
7074:25.
meaning 7002:6,
7038:20.
means 7046:6,
7069:16.
meant 6999:24,
7037:14.
Meat 7018:19,
7018:20.
media 7059:14.
medic 6999:3,
6999:6.
medical 7004:8,
7007:16, 7007:19,
7060:5, 7072:21.
meet 7021:1, 7021:2,
7043:15.
meetings 7060:6,
7071:2.
meets 7077:16.
Meggs 6991:17,
7010:7, 7011:4,
7012:1, 7025:12,
7026:11, 7034:7,
7071:14, 7075:7.
Mehta 6990:16,
7036:10, 7049:7,
7063:5, 7064:6,
7067:14, 7083:4.
member 6998:7,
6998:8, 6998:9,
7010:7, 7065:6,
7065:7.
Members 6996:21,
6996:25, 7010:6,
7015:7, 7015:13,
7025:3, 7028:12,
7056:24, 7060:3,
7061:24, 7062:18,
7063:23, 7063:24,
7074:13, 7081:18,
7082:8, 7083:1,
7085:17.
membership 6996:22,
7010:5, 7066:1.
memory 7084:18,

7084:22.
mentally 7035:23.
mention 7010:24,
7011:6, 7063:13,
7069:6, 7075:18,
7076:7, 7076:14,
7076:18.
mentioned 6994:25,
7010:23, 7010:24,
7010:25, 7012:23,
7063:12, 7066:5,
7068:12, 7070:3,
7076:23, 7084:1,
7084:20.
mentions 7028:11.
mentor 7078:25.
Mere 7036:11,
7036:12, 7065:4,
7065:24.
Merely 7048:16,
7049:3, 7049:6,
7049:7, 7054:8.
message 7009:25.
messages 6997:16,
6998:4, 6999:24,
7000:10, 7039:12,
7050:13, 7052:24,
7065:16, 7070:13,
7083:8.
messed 7001:7,
7030:22.
met 6996:15,
7017:3.
metadata 7055:17.
Michael 6992:6,
7071:8.
middle 7027:9,
7065:23.
Middletown 7060:21.
mightily 7057:6.
Mike 7031:7.
Mildly 7054:23.
militarized
7051:10.
military 6997:13,
7038:13, 7038:14,
7038:15, 7057:12,
7057:20, 7057:24.
militia 7037:10,
7038:24.

milk 7047:18.
million 7032:4.
mind 7000:12,
7012:11, 7054:9,
7060:1, 7065:16,
7067:16, 7069:21,
7069:22, 7070:7,
7070:8, 7079:19.
minds 6996:17,
7000:8, 7014:10.
mine 7039:21, 7045:1,
7047:9.
minimization
7078:2.
minimize 7021:13,
7078:3.
minnow 7066:11.
minute 7003:5,
7005:13, 7047:1,
7056:6.
minutes 7037:2,
7060:13.
misguided 7042:21.
mispronounce
7068:5.
misquoting 7043:9.
missed 7002:10.
missing 7009:2,
7009:3, 7009:4.
mission 7008:4,
7008:5, 7011:16,
7012:9, 7060:2,
7068:14.
mistake 7065:4,
7078:14, 7078:19,
7085:5, 7085:6.
mistaken 7025:2.
misunderstanding
7043:10.
mob 7073:2, 7073:8,
7078:17.
mobilization
7051:9.
mobilized 7039:17.
moldy 7047:18.
moment 7006:1,
7011:7, 7015:24,
7057:22, 7058:9,
7059:6, 7060:16,
7061:21, 7070:5,

7070:10, 7070:22,
7071:4, 7072:1.
moments 7041:7.
Moniker 7074:2.
month 6993:25.
months 7058:1,
7084:7.
morning 7025:16,
7047:14, 7047:16,
7049:7, 7049:24,
7052:6, 7086:3,
7086:6.
mother 7058:6,
7058:17, 7058:24,
7079:25.
motions 7017:20.
motivated 7077:15.
motivating 7058:24.
motivation 7027:3.
motive 6997:17,
7076:24.
motives 7070:18.
mountains 7023:11,
7040:18.
mouthing 7049:25.
Move 7033:24, 7050:7,
7050:11, 7067:8,
7068:2, 7068:3.
moved 7050:11,
7060:21, 7060:22.
moving 7050:12.
MR. BRENNWALD 6993:6,
6993:9, 6993:17,
7006:20, 7020:10,
7029:3, 7029:20,
7030:1, 7030:8,
7042:14, 7044:12.
MR. COOPER 7044:19,
7044:21, 7044:25,
7045:5, 7045:10.
MR. EDWARDS
7086:15.
MR. MACHADO 6993:21,
6994:13, 7006:22,
7044:14.
MR. NESTLER 6993:2,
7088:1, 7088:4.
MR. ROSSI 7056:16,
7056:19, 7068:24.
MR. SHIPLEY 7044:4,

7044:10.
Ms 6995:11, 6995:14,
6995:17, 6995:24,
7013:19, 7016:18,
7020:7, 7028:24,
7029:1, 7037:8,
7037:16, 7038:13,
7039:22, 7049:24,
7053:17, 7055:10,
7061:12, 7061:19,
7066:14, 7086:13.
MS. HALLER 7029:18,
7029:25.
MS. HUGHES 7068:22.
MS. REDDEN 7086:12.
MSNBC 7031:17.
Muriel 7080:21,
7080:23, 7081:3.
Murren 7040:23.
muzzle 7033:6.
myself 7027:14,
7045:13.

.

.

< N >.
name 7023:3, 7023:5,
7043:14, 7059:2,
7064:9, 7068:5,
7071:13, 7072:15,
7084:1.
names 7009:2,
7010:7.
Nana 7058:14.
Nancy 7031:6.
Navy 7057:10, 7058:2,
7059:23, 7060:5.
Nazis 7051:11.
near 7026:14,
7040:23, 7047:13,
7074:3, 7078:22.
necessarily 7066:1.
necessary 7065:5.
necessity 7013:7.
need 6999:9, 7000:19,
7000:24, 7001:9,
7002:13, 7013:11,
7047:25, 7073:1.
needed 6998:14.
needs 7014:2.
nefarious 7050:10.

negate 7080:16.
negates 7067:18.
negligence 7065:4.
neither 7013:5,
7049:15.
Nestler 6990:23,
7029:10, 7029:12,
7029:15.
net 7019:16,
7066:5.
nets 7018:15,
7019:12.
network 7059:13.
Neuropsychology
7069:9.
New 7031:17, 7064:6,
7064:20, 7077:1,
7080:6, 7082:16,
7084:2.
news 7031:17.
next 6993:3, 6993:4,
7003:15, 7029:12,
7029:14, 7043:22,
7044:18, 7066:9.
nice 6993:14,
7018:10, 7035:8,
7042:16, 7042:17,
7043:15, 7061:2.
nicknames 7065:11.
night 7027:10,
7084:3, 7086:6,
7087:13.
nine 7071:11.
No. 6990:7, 7009:2,
7016:15, 7030:11,
7030:13, 7053:5,
7054:9, 7055:3,
7061:15, 7063:15,
7068:20, 7069:7,
7071:9, 7071:12,
7078:4, 7078:7,
7081:8.
Nobody 7023:25,
7046:15, 7047:9.
nod 7011:21.
noise 7080:17.
noisy 7075:22.
None 6997:9, 7009:14,
7011:22, 7015:18,
7046:16.

nonsense 7051:16.
noon 7086:19.
nor 6998:19.
northwest 7026:1,
    7074:14.
note 7087:15.
notes 7066:13,
    7066:14.
Nothing 6995:20,
    6997:13, 6998:24,
    6999:19, 6999:20,
    7002:2, 7003:6,
    7003:15, 7004:23,
    7008:18, 7009:6,
    7009:19, 7012:9,
    7022:2, 7022:3,
    7022:15, 7023:13,
    7024:3, 7031:25,
    7039:10, 7039:15,
    7039:21, 7039:22,
    7049:4, 7049:11,
    7049:14, 7062:23,
    7063:1, 7068:15,
    7068:18.
Notice 7006:14,
    7020:10, 7020:16,
    7053:15.
november 7071:6.
nowhere 7029:3,
    7034:18.
Number 7034:23,
    7035:18, 7035:20,
    7035:21, 7035:22,
    7039:20, 7067:25.
numbers 7002:16,
    7048:18, 7053:13.
nut 7022:24.
NW 6990:27, 6990:37,
    6991:8, 6991:19,
    6991:27, 6991:37,
    6992:26.
.
.
< O >.
Oak 6992:8.
Oath 6996:7, 6996:21,
    6997:1, 6997:10,
    6998:10, 7003:3,
    7003:6, 7003:9,
    7004:22, 7006:14,

7006:24, 7007:3,
    7010:9, 7010:10,
    7010:24, 7011:15,
    7026:7, 7028:13,
    7029:17, 7029:21,
    7059:24, 7060:1,
    7060:8, 7065:19,
    7065:20, 7070:4,
    7070:11, 7072:22.
object 7029:1.
Objection 7029:18,
    7029:25, 7068:22,
    7087:17, 7087:19,
    7087:20, 7087:21,
    7087:22.
objective 7065:3.
objectively
    7049:19.
objectives 7079:19.
objects 7072:18.
observe 7067:21.
obsessed 7000:7.
obstruct 7014:15,
    7014:20, 7024:20,
    7024:24, 7033:25,
    7048:8, 7048:9,
    7049:21, 7061:18.
obstructed 7035:19.
obstructing 7014:19,
    7024:25.
Obstruction 7035:15,
    7035:16, 7035:17,
    7076:11, 7077:24.
obvious 7020:18,
    7058:19, 7059:22,
    7072:3.
Obviously 7000:16,
    7010:8, 7010:16,
    7033:12, 7042:20.
occasion 7083:16.
occur 7084:3.
occurred 7012:2,
    7075:16.
odd 6996:18.
of. 7064:11.
offenses 7042:1.
Office 6990:26,
    6990:36, 6991:7,
    6991:44, 7082:1.
Officer 7005:17,

7048:11, 7062:1,
    7075:22, 7078:16,
    7081:11.
officers 7008:8,
    7008:10, 7057:20.
Offices 6991:26,
    6992:16.
Official 6992:25,
    7014:15, 7014:19,
    7014:21, 7024:20,
    7024:21, 7024:24,
    7025:1, 7033:25,
    7048:8, 7048:9,
    7061:18, 7088:15.
often 7019:16,
    7057:2.
Ohio 7007:13, 7022:9,
    7023:20.
old 7010:25, 7020:12,
    7022:25, 7023:9,
    7023:16, 7051:5,
    7051:17, 7084:9.
older 6996:3,
    6999:11, 6999:14,
    7034:13.
oldest 7020:13.
omission 7076:9,
    7076:13.
once 7051:18,
    7073:21.
online 6997:11.
onwards 7009:11.
oof 7047:16.
OP 7071:13.
open 7041:3, 7045:9,
    7047:16, 7047:22,
    7052:8, 7072:9,
    7072:10, 7072:11.
opened 7072:12.
opening 6995:16,
    7023:21, 7048:2,
    7049:5, 7049:10,
    7050:6, 7050:7,
    7054:17, 7056:20,
    7062:19, 7072:20,
    7082:23.
opinions 6997:20,
    6997:21, 7000:1.
opportunity
    7000:14.

opposed 7008:10.
opposition 7008:18.
orchestrated
    7073:15.
order 7079:12,
    7079:14, 7080:24.
orders 7057:15.
organize 7002:13.
origin 6995:4.
original 7055:19.
Orlando 6991:47.
others 6996:5,
    7010:8, 7028:13,
    7035:17, 7036:16,
    7039:5, 7045:3,
    7048:10, 7071:14,
    7081:14, 7081:21.
ourself 6998:3.
outlet 7031:18.
outline 7025:9.
outrage 7048:25.
outraged 7019:2.
outright 7084:20.
outright. 7084:19.
outside 7020:19,
    7025:9, 7025:10,
    7030:24, 7034:13,
    7042:23, 7065:9.
overambitious
    7085:22.
overstating 7027:8.
overthrow 7022:7,
    7033:15, 7033:17,
    7033:19.
overwhelm 7002:15.
own 7000:1, 7003:19,
    7010:15, 7010:21,
    7017:7, 7049:9.
.
.
< P >.
P-r-o-s-o-d-y
    7069:15.
P. 6990:16.
p.m. 6990:10,
    7031:12, 7081:19,
    7088:7.
pack 7041:9.
Page 7036:9, 7040:4,
    7061:10, 7062:15,

7064:1, 7064:2,
    7064:8, 7065:22,
    7065:23, 7069:7,
    7069:9, 7069:10,
    7077:1, 7077:7,
    7077:8, 7077:11.
pages 7028:2, 7028:9,
    7034:1, 7064:21,
    7076:18, 7076:25.
paid 7068:15,
    7068:17, 7068:18,
    7080:25, 7081:1.
painful 7067:8.
pair 7055:7.
panic 7084:5.
paper 7028:1.
papers 7084:14.
Parachute 7041:3,
    7041:9, 7041:19.
parachutes 7040:18,
    7047:12.
paragraph 7064:8,
    7064:12, 7065:23.
paraphrasing
    7067:15.
parents 7023:13,
    7060:20.
Park 6991:19.
parrot 7076:18.
participating
    7004:8.
particular 6996:17.
Particularly 7012:3,
    7015:18.
parties 7000:21.
parting 7056:4.
parts 6995:7,
    7012:18.
party 7001:21.
pass 7045:18.
passed 7015:17.
passion 7068:14.
patches 7003:3,
    7065:20.
path 7005:9, 7005:17,
    7016:2.
patriotic 7060:2,
    7073:4.
patterns 7069:16.
Pause 6994:12,

7047:20, 7052:9,
    7052:11, 7056:6,
    7075:15, 7077:20,
    7082:11.
pausing 7085:11.
pawn 7066:10.
pawns 7066:9.
pay 7050:19,
    7051:1.
paying 6993:23,
    7026:13.
pcooper@petercooperla
    w.com 6991:13.
peaceful 6996:1,
    7055:16, 7060:1.
peel 7039:4.
Peeled 7039:3,
    7039:4.
Pelosi 7031:7.
pen 7085:10,
    7085:12.
penalty 7069:4.
Pence 7031:7,
    7049:25.
pending 7052:2.
Penn 7050:24.
Pennsylvania 6990:46,
    6991:27, 7050:11,
    7050:12.
pepper-spraying
    7030:18, 7032:24.
perceived 7069:18.
percent 7031:5.
perform 7086:25.
performance 7067:1.
Perhaps 7002:8,
    7011:25, 7013:3.
perjury 7077:24.
person 6997:24,
    7001:25, 7002:1,
    7004:13, 7012:8,
    7015:3, 7015:15,
    7017:25, 7020:21,
    7021:6, 7023:5,
    7025:11, 7031:11,
    7039:20, 7040:13,
    7046:9, 7051:16,
    7058:21, 7058:23,
    7063:7, 7064:13,
    7069:13, 7069:18,

7074:4.
personally 7029:21,
  7029:23.
persons 7012:24,
  7065:24.
Peter 6991:6,
  6991:7.
Philadelphia 7002:14,
  7002:18.
phone 7006:7,
  7016:18, 7049:15,
  7080:6, 7080:7.
photo 7072:1.
photograph 7008:25,
  7053:12, 7055:7.
photographs
  7054:22.
phrase 7008:19.
phrases 7075:23.
physical 7057:16.
picked 7032:9.
picking 7000:4.
picture 7003:4,
  7004:10, 7004:18,
  7007:15, 7007:22,
  7008:23, 7013:19,
  7038:25.
pictures 6996:7,
  7013:13, 7053:9,
  7054:14, 7055:12.
piece 7047:19.
pieces 7000:6.
Pine 6991:46.
pissed 7030:10,
  7033:7.
pit 7054:19, 7054:25,
  7055:2, 7055:3,
  7073:8.
pizza 7047:19,
  7047:24.
place 7005:8, 7013:5,
  7025:21, 7033:10,
  7051:2, 7075:14.
plain 7046:3,
  7046:4.
plainly 7046:3.
Plaintiff 6990:7.
plan 7024:18,
  7036:11, 7036:12,
  7036:14, 7042:21,

7042:22, 7049:18,
  7050:9.
plane 7087:12.
planning 6998:21,
  7011:15, 7012:12,
  7037:25, 7071:2.
plans 7017:1.
play 7006:9, 7065:15,
  7066:4, 7073:2.
played 7053:25.
Plaza 7005:7, 7005:8,
  7005:10, 7008:25.
plea 7061:17,
  7076:19, 7077:9,
  7077:12, 7077:14,
  7077:18, 7078:5.
pleaded 7061:16.
Please 7001:5,
  7001:22, 7010:5,
  7020:6, 7043:16,
  7064:2, 7064:22,
  7065:22, 7069:25,
  7075:1, 7076:5,
  7081:19, 7082:25,
  7083:21.
PLLC 6992:7.
plus 7001:18,
  7057:15.
poem 7084:10,
  7084:14, 7084:19,
  7084:23.
poet 7084:9, 7084:10,
  7084:11, 7084:18,
  7084:23.
poetry 7069:17,
  7069:23, 7083:18,
  7083:20.
pointed 7006:2.
points 7053:14,
  7082:8.
police 6997:12,
  7008:8, 7008:13,
  7023:25, 7027:10,
  7027:23, 7028:16,
  7028:20, 7029:4,
  7030:18, 7030:19,
  7048:11, 7057:20.
political 6996:19,
  7059:12, 7060:7,
  7071:23.

Poor 7051:17.
poorly 7069:17.
pops 7056:5.
portion 7013:12,
  7013:13.
Portman 7001:10.
pose 7056:6.
position 7016:11.
positions 6996:19.
possesses 7072:15.
possession 7022:17.
possibility
  7015:21.
possible 7011:9,
  7012:4, 7036:3,
  7061:16, 7061:18,
  7064:19, 7076:20,
  7076:21, 7079:21.
possibly 7063:14,
  7068:21.
Post 7031:18.
post-voir 7087:21.
potential 7086:25.
pounds 7026:21,
  7026:22.
power 7085:10,
  7085:12, 7085:13,
  7085:15.
prayer 7082:24.
praying 7074:24,
  7075:4, 7075:5,
  7075:19.
pre-voir 7087:18,
  7087:21.
precious 7024:7.
prejudice 6995:2,
  7083:2.
premeditatedly
  7071:16.
premeditation
  7070:25, 7071:3.
prepare 7028:20.
presence 7030:3,
  7030:8, 7030:9,
  7036:16.
present 7049:4,
  7049:6, 7054:8,
  7056:21, 7061:25,
  7063:1.
present. 7048:16.

presentation 7009:20, 7053:24.
presented 6998:2, 6998:3.
presenter 6993:4.
presenting 6994:18, 6995:7.
presents 7072:9.
President 7001:21, 7059:1, 7076:1, 7078:21, 7078:22, 7079:6, 7079:7, 7079:12, 7079:14, 7079:16, 7079:17, 7082:3, 7082:4, 7082:5, 7084:16.
press 7031:20.
presumed 7046:7, 7046:10, 7046:13.
presumption 7046:5.
pretty 7022:12, 7034:1, 7039:18, 7053:7, 7067:21.
prevent 7025:3, 7061:25.
preventing 7015:7.
previous 7010:13.
previously 7003:10, 7004:13.
priceless 7066:2.
principles 7045:22, 7046:4.
prior 7016:20, 7017:2, 7017:4, 7029:10.
prison 7027:4.
probable 7062:21, 7062:25.
probably 6999:21, 7004:13, 7022:11, 7040:2, 7054:17, 7059:12, 7059:13, 7063:15, 7075:7, 7076:8, 7082:3, 7082:4, 7085:22.
problem 6994:15, 7077:25.
proceed 7004:24, 7056:17.
proceeded 7005:22.

proceeding 7005:5, 7014:15, 7014:20, 7014:21, 7024:20, 7024:21, 7024:24, 7025:1, 7033:25, 7035:20, 7048:8, 7048:9, 7061:19.
Proceedings 6990:15, 7045:9, 7088:7, 7088:11.
proceedings. 6994:12.
process 7000:23, 7001:1, 7001:6, 7001:7, 7031:13, 7052:23, 7056:10, 7062:24, 7082:20, 7087:23.
product 7065:2, 7065:3.
proffer 7076:10, 7076:12, 7078:1, 7078:3.
promise 7015:1, 7048:1, 7048:2, 7053:9.
promised 7045:17, 7048:1, 7048:4.
pronounce 7080:17.
proof 6999:4, 7020:25, 7043:4, 7046:18, 7046:21, 7053:22, 7055:22, 7062:24.
proofreading 7002:8.
proper 7000:23.
property 7015:14, 7048:13, 7054:3, 7054:4, 7055:1, 7055:11, 7062:2.
Prosecuted 7000:22.
prosecution 7069:8.
Prosecutor 7062:25, 7074:18, 7085:8.
prosecutors 7067:24.
Prosody 7069:15, 7069:17, 7083:19.
protect 7010:21.

protest 7033:5.
Prove 7014:17, 7015:20, 7020:25, 7029:15, 7037:21, 7038:2, 7053:23.
proven 7019:19, 7019:22, 7021:9, 7036:24.
provided 7013:15.
provides 7033:10.
providing 7014:23.
pull 7003:7, 7067:2.
pulled 7002:12, 7008:11, 7031:25.
pulls 7052:7.
pumping 7048:25.
pumps 7004:2.
purchase 6998:13.
purchased 6998:14.
purely 7054:7.
purpose 7012:24.
purposeful 7078:14.
purposely 7070:1.
purposes 7003:20.
pursuant 7077:10, 7079:14.
push 7052:8.
pushed 7041:16, 7073:10, 7078:15, 7078:17.
pushing 7026:2, 7030:18, 7041:13, 7041:14, 7054:1, 7073:5, 7078:18.
pushing. 7073:6.
Put 7000:2, 7000:20, 7001:25, 7003:11, 7018:19, 7019:5, 7044:5, 7044:8, 7053:6, 7054:19, 7055:23, 7072:13, 7086:5, 7086:18.
putting 7003:1, 7019:1, 7052:10, 7066:25.
.
.
< Q >.
QRF 7038:4, 7038:5,

7038:9, 7038:11,
7038:17, 7038:20,
7081:5.
Qrfs 7021:20.
qualified 7068:23,
7068:24, 7068:25,
7069:1.
quarter 7043:22.
queen 7066:8.
question 7029:10,
7029:12, 7029:16,
7029:20, 7034:6,
7035:5, 7055:2,
7056:6, 7063:6,
7065:1, 7075:15.
questioned 7059:16.
questioning 7021:8.
questions 7011:3,
7046:20, 7046:24,
7047:2, 7054:13,
7083:5.
quick 7086:8.
quiet 7033:6,
7074:7.
quite 7013:16,
7087:7.
Quote 7039:3,
7059:17, 7064:9,
7065:23, 7069:12,
7077:17, 7082:1,
7084:25.
quotes 7072:14.
.
.
< R >.
R. 6990:10.
race 6995:4.
radar 7071:7,
7074:7.
radio 7039:9,
7052:17, 7054:16.
radios 7039:8.
raises 7066:19.
Rakoczy 6990:22.
rallies 6995:25,
6996:1, 7002:2.
rally 6996:16,
6999:13, 7002:3,
7016:21, 7017:1,
7031:3, 7049:22,

7060:12, 7079:6,
7081:15, 7082:6,
7085:4.
rampant 7002:14.
ranch 7023:24.
rape 7023:19.
rather 6995:25,
7001:1, 7017:6,
7065:3.
re-entered 7058:18,
7058:21.
reach 7087:14.
Read 6997:11,
7029:11, 7029:13,
7030:1, 7036:6,
7063:21, 7064:3,
7064:23, 7067:15,
7069:12, 7076:12,
7077:25, 7078:5,
7083:18.
read. 7069:15.
Reading 7018:7,
7018:9.
ready 6993:15,
7001:25, 7044:17.
real 7032:18,
7086:24.
realized 7006:4.
really 7022:15,
7023:17, 7024:10,
7024:11, 7025:4,
7025:19, 7025:23,
7028:17, 7030:14,
7037:3, 7039:14,
7045:12, 7048:3,
7051:19, 7053:23,
7072:7, 7079:3,
7080:12.
reason 7018:12,
7021:23, 7021:24,
7045:13, 7049:17,
7058:24, 7064:10,
7075:9, 7075:18,
7076:19.
reasonably 7035:25.
reasons 7034:23,
7058:19, 7059:22.
rebut 7043:6.
rebuttal 7043:4,
7043:6, 7043:12,

7077:22, 7086:1,
7086:14.
recall 7029:8.
recess 7044:2.
recited 7084:18,
7084:22.
recognize 7010:6,
7010:8.
recollection
7030:5.
recommendation
7026:25.
recommended 7060:9.
record 7069:12,
7088:11.
record. 7044:20.
recovered 7000:14.
recruit 6998:6,
6998:9.
red 7064:23.
Redden 6992:6,
6992:7, 7086:13.
reeks 7066:2,
7066:3.
referrals 7069:2.
referring 7017:3.
reflection 7040:14,
7064:14.
refrigerator
7047:15.
regard 7015:6.
regarding 7056:22.
registers 7072:15.
regular 7018:16,
7020:11.
regularly 6998:12.
reject 7019:19.
rejecting 7019:21.
relationship
7075:2.
released 7058:2.
relevant 7070:11.
rely 7064:19.
remaining 7025:8,
7062:5.
Remember 6995:16,
7000:13, 7016:8,
7043:17, 7045:10,
7048:18, 7048:21,
7049:4, 7051:3,

7051:20, 7051:22,
7054:19, 7055:6,
7055:22, 7059:11,
7071:10, 7084:5.
reminded 7083:15.
reminder 7016:6.
remorse 7059:19.
remove 7044:22.
render 7020:15.
repeat 7024:6,
7057:15, 7061:13,
7074:10.
repeating 7075:22,
7075:23, 7075:25,
7081:12, 7081:14.
repeats 7076:4.
replicate 7060:4.
Reporter 6992:24,
6992:25, 7031:13,
7032:3, 7088:15.
represented
7042:10.
representing
7067:3.
republic 7001:2.
republican 7001:21.
request 6998:12,
7045:7, 7056:4.
requested 6999:20.
requirement
7014:20.
requires 7015:3,
7015:10.
research 7059:25.
residents 7021:25.
resolved 7047:3.
respect 7019:14,
7048:12, 7049:16,
7054:6, 7087:8.
respectfully 6996:4,
7064:22.
response 7038:11,
7056:4.
responses 7037:11.
rest 7032:15, 7046:1,
7062:11, 7072:12,
7075:3.
restaurants
7080:24.
restricted 7015:23,

7025:8, 7062:5.
rests 7026:17.
result 7078:14.
results 6997:18.
resume 7043:23,
7068:10, 7069:5,
7085:25.
retired 6997:12,
7057:19.
reviewed 7027:25.
revolution 7003:1.
revolutionary
7001:12.
rewind 7006:23.
rhetoric 7085:15.
Rhodes 7009:24,
7014:10, 7049:13,
7049:14, 7049:25,
7079:15, 7087:1.
rhythm 7069:17,
7083:19.
rib 7073:11.
ribs 7078:19.
ridicule 7051:3.
ridiculous 6998:1,
7036:5.
rights 7033:9.
rise 7083:15.
risk 7086:24.
river 7022:6.
Road 6991:19,
7060:11, 7060:12,
7066:14, 7066:16,
7077:16, 7084:24,
7085:4, 7085:6,
7085:8.
roads 7084:25.
roar 7001:16.
Rob 7001:10, 7014:3,
7023:19.
robbery 7014:7.
Robert 7084:23.
Robertson 6990:45.
robes 7082:18.
rocket 7058:19.
role 6999:9, 7004:7,
7082:12, 7082:19.
rook 7066:8.
room 7036:10, 7058:4,
7058:6, 7082:23,

7083:2, 7085:7.
ropes 7072:18.
Rossi 6991:35,
7056:15, 7072:8,
7072:10, 7085:21.
Rotunda 7073:9,
7075:5, 7075:17,
7075:21, 7076:3,
7080:19, 7081:13.
roughly 7060:13.
row 7066:9.
RPR 6992:24,
7088:9.
rubber 7077:16.
Rule 7001:5,
7086:21.
run 7041:17,
7066:18.
.
.
< S >.
S. 6990:23,
6991:29.
sad 7069:14.
Sadly 7057:12.
safety 6999:15.
sake 7005:7,
7037:16.
Santoro 7058:17,
7072:4, 7079:25.
sat 7024:12, 7062:18,
7076:9.
satisfied 7063:20.
save 7028:1.
saw 6999:21, 7004:13,
7007:19, 7007:23,
7025:9, 7026:7,
7026:8, 7027:3,
7032:22, 7034:9,
7034:12, 7038:24,
7039:7, 7054:1,
7055:16, 7059:23,
7062:18, 7062:19,
7065:15, 7067:5,
7070:13, 7071:5,
7072:1, 7083:7,
7083:8.
saying 7006:12,
7007:2, 7007:17,
7011:14, 7011:20,

7020:3, 7034:24,
7035:2, 7066:17,
7067:19, 7075:10,
7076:3.
Says 6995:8, 7001:8,
7001:13, 7001:17,
7008:16, 7020:17,
7022:16, 7031:14,
7032:6, 7032:10,
7032:22, 7033:11,
7036:8, 7038:9,
7038:10, 7040:4,
7043:15, 7048:14,
7050:3, 7050:15,
7050:25, 7053:5,
7053:14, 7064:9,
7064:11, 7065:23,
7074:4, 7076:17.
scaffolding
7030:17.
scare 7021:24,
7023:18, 7024:4.
scared 7022:23,
7027:19.
scenario 7062:22.
scene 7083:14.
schedule 7088:1.
schedules 7061:4.
scholar 7078:11.
School 7045:25,
7052:7, 7057:5,
7060:24, 7080:1.
scientist 7058:19.
scopes 7055:19.
scratch 7075:15.
scream 7030:22,
7030:25.
screaming 7031:9,
7058:5, 7073:3,
7075:20.
screen 6994:15,
7055:23.
SE 6990:46.
search 7054:21,
7055:10, 7071:21,
7071:23.
searches 7071:18,
7071:19.
seasoned 7057:17.
seat 7044:17, 7086:8,

7086:22, 7086:23,
7087:16, 7087:20.
seated 6993:13.
seating 7087:19,
7087:20.
sec 7018:5.
Second 6994:21,
6996:10, 7002:10,
7003:11, 7012:18,
7017:6, 7021:16,
7023:1, 7026:16,
7039:4, 7050:18,
7061:22, 7081:7,
7086:23, 7087:2.
second-floor
7023:9.
Secondly 7037:19.
secret 7022:11.
secrets 7045:24.
security 7049:18,
7078:21.
seeing 7006:20,
7006:21, 7016:9,
7086:5.
seem 7002:1, 7024:10,
7043:18, 7051:17.
Seemed 6999:20,
7025:20.
Seems 7021:12,
7041:18, 7069:17.
seen 6996:6, 7003:24,
7003:25, 7004:10,
7004:21, 7020:17,
7027:15, 7027:16,
7030:16, 7055:17,
7057:18.
sees 7029:6.
seized 7009:18,
7009:19.
selection 7083:5,
7087:10, 7087:23.
self-interest
7010:16, 7010:21.
selfie 7075:20.
Senate 7053:11,
7053:25.
Senator 7001:10,
7001:11.
sends 7009:25.
sense 6994:6.

sent 7069:8,
7069:9.
sentence 7061:17,
7064:8, 7066:2,
7069:10.
sentencing 7052:2.
separated 7028:12,
7028:14.
separation 7058:21.
September 7071:5.
seriatim 7060:18.
serious 7062:13.
Seriously 7020:13,
7038:18, 7051:12.
serve 7057:9,
7057:21.
serving 7082:20.
Session 6990:13.
Seven 7061:12,
7062:10, 7062:11,
7062:13, 7069:25,
7070:23.
several 7010:1,
7021:17, 7060:22,
7073:21, 7076:8.
sfbrennwald@cs.com
6990:49.
shaking 7084:15.
shall 7085:1,
7085:19.
share 6994:19.
sharing 7016:17,
7016:18.
shed 7054:23.
sheer 7002:16.
shelf 7018:12.
shift 7046:21.
ship 7051:13.
Shipley 6992:15,
6992:17, 7044:3,
7044:7, 7076:15,
7086:10.
shoes 7041:23.
shoot 7022:10,
7022:25, 7023:9.
shooting 7023:15.
short 7086:1.
shortly 7043:23,
7043:25.
shot 7037:3.

shouldn't 7030:23.
shout 7030:22,
  7030:25, 7033:5.
shouting 7031:7.
shoving 7054:1.
Show 6994:10,
  6997:16, 6997:18,
  7000:6, 7002:2,
  7005:15, 7015:20,
  7017:19, 7020:2,
  7022:11, 7038:1,
  7045:18, 7045:20,
  7048:5, 7049:17,
  7053:8, 7053:23,
  7055:20, 7057:18,
  7061:10, 7066:25,
  7078:13, 7081:24.
Showed 6994:21,
  6996:2, 7003:10,
  7004:11, 7005:2,
  7005:16, 7007:23,
  7008:7, 7008:23,
  7009:16, 7016:2,
  7017:19, 7025:24,
  7025:25, 7026:7,
  7027:24, 7028:2,
  7031:4, 7054:12,
  7054:22, 7054:25.
showing 6994:14,
  7004:21, 7005:15,
  7050:21.
shown 6999:21,
  7004:25, 7011:9,
  7011:11, 7016:7,
  7019:25, 7021:21,
  7049:12, 7050:13,
  7073:21, 7074:24,
  7075:12.
shows 6996:23,
  7034:12, 7074:3.
shut 7031:23, 7033:5,
  7084:6.
sic 7075:10.
side 6996:4, 6998:1,
  6999:14, 7004:16,
  7026:5, 7037:5,
  7059:2, 7065:17,
  7073:16, 7074:15,
  7074:16, 7083:2,
  7083:3, 7083:11,

7083:23.
sides 6997:21.
sidewalk 7074:15.
sight 7023:25.
sightseeing 7012:5.
sign 7005:3,
  7083:25.
Signal 7039:12.
significance
  7009:20.
signs 7004:19,
  7004:25, 7016:4,
  7016:5.
similar 6996:18.
similarities
  7068:19.
similarity 7065:24.
simply 7004:4,
  7004:12, 7005:11,
  7005:15.
sincere 7073:14.
single 7024:16.
single-spaced 7028:9,
  7028:21.
sir 7044:4,
  7056:19.
sister 7024:25.
sit 7056:9.
sitting 7043:8,
  7045:14, 7045:15,
  7046:12, 7082:15,
  7084:17.
situation 6994:5,
  6994:7, 6996:2,
  6998:2, 7009:9,
  7015:5.
six 7024:9, 7024:10,
  7024:12, 7027:5,
  7032:9.
skipped 7017:5.
skipping 7025:6.
sky 7084:12.
sleep 7027:9.
slide 6994:21,
  7052:21.
slightly 7002:22.
slow 7057:2.
slowly 7060:18,
  7066:13.
small 7001:23,

7023:1, 7063:17.
smells 7047:24.
Smith 7047:3,
  7042:10, 7042:12.
snow 7084:4,
  7084:13.
Snowmageddon
  7084:5.
snows 7084:4.
so-called 7033:18.
soaking 7026:22.
social 7059:14.
society 7042:5.
soldier 7057:17,
  7073:25, 7074:22,
  7080:11, 7080:12.
soldiers 7038:24,
  7073:16.
sole 7077:3.
solely 6995:5.
somebody 7026:9,
  7035:21, 7035:24,
  7036:3, 7037:1,
  7038:9, 7039:22,
  7041:17, 7042:14,
  7042:25, 7043:15,
  7046:6, 7050:2,
  7053:6, 7061:1,
  7069:22, 7071:15,
  7079:20, 7083:3,
  7087:22.
somehow 7003:8,
  7028:15, 7028:16.
someone 7011:14,
  7017:24, 7042:15,
  7072:2.
sometime 7029:7.
sometimes 7021:4,
  7021:14, 7035:23,
  7042:18, 7047:15.
somewhere 7065:9.
Sorry 6993:6,
  6994:17, 7017:22,
  7023:23, 7028:25,
  7040:12, 7043:1,
  7044:7, 7044:15,
  7047:15, 7048:7,
  7061:25, 7063:23,
  7070:24, 7079:21,
  7086:13.

sort 6997:17,
    7004:12, 7005:2,
    7006:11, 7006:15,
    7007:1, 7007:6,
    7011:13, 7012:2,
    7016:3, 7017:21,
    7025:5, 7043:17.
soul 7042:19, 7059:5,
    7067:6, 7067:7.
sound 7006:10,
    7038:12, 7069:17.
sounds 7069:23.
space 7053:20.
span 7040:21.
spans 7040:20.
speaker 7079:4.
speakers 7013:5,
    7079:6, 7079:21.
speaking 6998:18,
    7011:4, 7052:5.
spear 7073:18,
    7073:25, 7081:17,
    7081:22.
specific 6998:4,
    7025:19.
specifically 7000:11,
    7005:3.
spectator 7049:7.
Spectrum 7066:21.
speech 7082:3.
spell 7040:24.
spend 7045:25.
Sperry 7067:20,
    7068:4, 7068:8,
    7068:9.
spoken 7049:15.
squirrel 7041:5.
stack 7065:10,
    7073:15, 7074:20,
    7074:23, 7074:24,
    7074:25, 7081:17.
stage 7046:20,
    7079:5.
stairs 7026:5.
stand 6995:11,
    7001:5, 7037:11,
    7045:14, 7051:4,
    7052:7, 7054:20,
    7059:5, 7059:10,
    7065:11, 7067:21,

7071:10, 7073:8,
    7073:10, 7082:2.
standard 7021:1,
    7021:2, 7036:22.
standing 7006:17,
    7073:22.
stands 7040:20.
Stanley 6991:17.
Stanley@brandwoodward
    law.com 6991:23.
staring 7067:22.
start 7020:14,
    7027:11, 7051:20,
    7066:21.
started 7029:9,
    7046:24, 7048:6,
    7048:15, 7055:18,
    7058:7.
starts 7028:15,
    7029:6, 7031:14,
    7049:25.
statement 6995:16,
    7000:12, 7023:22,
    7024:15, 7024:16,
    7027:23, 7027:25,
    7028:7, 7029:4,
    7033:1, 7073:13,
    7076:9.
statements 7076:11,
    7076:25, 7078:2.
States 6990:1,
    6990:5, 6990:17,
    7052:25, 7056:16,
    7059:1, 7063:10,
    7064:5, 7076:2,
    7079:12, 7079:15.
stay 7030:24,
    7035:14, 7045:3,
    7082:1.
stayed 7038:17,
    7038:18, 7038:19.
staying 7038:19.
Steal 7001:22,
    7023:19, 7031:3,
    7031:4, 7049:2,
    7052:16, 7066:15.
stealing 7066:6.
Steele 6991:6,
    7045:19, 7048:5,
    7054:6, 7056:12.

stenographic
    7088:10.
Step 7018:9.
Stephen 6990:44.
stepmom 7058:4.
stepmother 7058:13.
steps 7034:16,
    7070:9, 7070:20,
    7073:16, 7074:19.
Sterling 7031:19.
Steven 7079:4.
Stewart 7009:24,
    7014:10, 7049:13,
    7079:15.
stinks 7047:22.
stole 7062:3.
stolen 7031:15,
    7032:3.
stomach 7083:8,
    7083:10.
Stop 7001:21, 7008:3,
    7011:18, 7015:12,
    7016:23, 7024:18,
    7024:23, 7025:13,
    7029:5, 7031:3,
    7031:4, 7033:7,
    7036:4, 7042:21,
    7069:21, 7070:20,
    7071:16, 7071:22,
    7073:6, 7074:6,
    7075:6, 7076:17,
    7082:7, 7086:19.
stopped 7020:15,
    7039:5.
stopping 7004:23,
    7011:6, 7034:8,
    7049:1, 7052:16.
stories 7082:14.
storm 6997:24,
    7000:9, 7001:9,
    7001:25, 7050:3.
storming 7009:13,
    7016:23, 7050:4,
    7050:18, 7051:5.
Story 7018:4,
    7018:11, 7023:22,
    7051:23, 7081:2,
    7082:13, 7083:17.
straight 7055:2.
Street 6990:27,

6990:37, 6991:8,
6991:37, 6991:46.
stress 7057:2,
7063:3, 7065:3,
7074:18, 7080:16.
stressful 7059:9,
7067:21, 7067:22,
7068:1.
stroller 7026:2.
strong 6997:20,
7037:4.
stronger 7037:21.
strongly 7060:8.
struck 7055:11.
struggle 7053:25.
struggled 7057:6.
study 7064:22.
stuff 7031:16,
7031:25, 7032:20,
7032:21, 7043:8,
7046:19, 7049:1,
7052:14, 7054:11,
7055:15, 7055:20,
7071:5, 7083:10.
stun 7059:7,
7059:8.
stupid 7038:12,
7049:1, 7080:10.
subject 7047:5,
7080:16.
submit 7042:18,
7064:22, 7066:10,
7067:5, 7067:8,
7067:11.
subtle 7037:13,
7069:14.
successful 7058:9.
succumb 7082:25.
sudden 7011:17.
sufficient 7036:13,
7036:15.
suggest 6995:13,
6997:23, 6997:25,
6999:25, 7002:16,
7003:8, 7010:18,
7013:10, 7013:22,
7019:10, 7025:20.
suggested 7003:23.
Suggesting 7001:20,
7008:15, 7017:25,

7020:23.
suggestion 6998:22.
suggests 7080:14.
suitcases 7031:15,
7031:21, 7032:1,
7055:12.
Suite 6990:38,
6991:9, 6991:28,
6991:38, 6992:9.
summer 7057:8.
Sun 7084:12,
7084:13.
supervised 7063:5.
support 7002:2.
supposed 7001:24,
7002:17, 7024:5,
7026:4, 7030:24,
7048:19, 7050:16,
7055:21.
supposedly 7022:6,
7025:17, 7025:18,
7025:21, 7031:20,
7038:21.
Supreme 7001:18.
surely 7027:13,
7066:19.
surgeon 7070:7.
surprised 7084:6.
Sustained 7029:2.
Swiss 7023:5,
7031:11, 7031:13,
7032:2, 7041:19.
switched 7032:1.
Switzerland 7023:2,
7023:4, 7023:8,
7040:17, 7047:11.
symbolizes 7075:2.
sympathy 6995:3,
7083:3.
system 7024:11.
.
.
.
< T >.
T-shirt 7010:12,
7065:20, 7065:21,
7072:23.
T-shirts 7010:11.
T. 6992:24,
7088:14.
table 7055:23.

Taken. 7044:2,
7084:24.
talked 6998:5,
7010:22, 7011:4,
7011:24, 7017:4,
7021:18, 7021:20,
7025:17, 7025:19,
7028:7, 7028:10,
7039:6, 7052:21,
7079:3.
talks 7007:13,
7010:2, 7018:12,
7028:16, 7028:20,
7031:15, 7034:2,
7038:10.
tape 7007:19.
Task 7001:19,
7001:22, 7043:17.
teaching 7046:19.
team 7027:6.
tear-gassing
7030:18.
Technical 6994:13,
7044:15.
television 7059:13.
tells 7034:20,
7053:4.
temptation 7082:25.
ten 7043:22, 7060:18,
7070:21, 7084:3.
ten-page 7028:21.
tense 7058:20.
terms 7082:16.
terribly 7050:10.
Testament 7064:6,
7064:20, 7077:1,
7082:16.
testified 7029:7,
7057:13.
testify 7013:8,
7027:16, 7027:18,
7042:19, 7058:18,
7066:24, 7068:23,
7070:13, 7077:10,
7077:15.
testimony 6998:19,
7011:20, 7016:17,
7059:6, 7067:9,
7067:10, 7067:11,
7074:25, 7077:17,

7078:6.
Texas 6992:10.
text 7016:15,
    7039:12, 7050:13,
    7055:19, 7065:16,
    7070:13, 7083:8.
texting 7080:23.
texts 6997:7,
    7009:22, 7016:16,
    7016:18, 7038:6,
    7055:19.
themselves 7014:24,
    7024:22, 7030:25,
    7037:16, 7064:17.
theories 7046:25,
    7047:1, 7047:5.
theory 7047:6,
    7047:7, 7047:9,
    7056:22, 7074:17,
    7074:18, 7074:19,
    7081:11.
They've 7001:24,
    7016:7, 7021:20,
    7021:21, 7021:23,
    7034:14.
they. 7006:4.
thinking 7020:19,
    7026:19, 7027:2,
    7027:6, 7027:10,
    7027:13, 7041:9,
    7043:8.
third 7017:6, 7018:6,
    7041:19, 7047:10,
    7074:23, 7075:3,
    7075:8, 7075:16.
Thomas 6991:37.
thorough 7055:10.
thoroughly 7000:20.
though 7035:2,
    7062:3, 7069:1.
thoughtful 7040:14,
    7064:13.
thoughts 7029:24.
thousands 7068:12.
three 6995:7,
    7012:18, 7030:12,
    7035:21, 7045:21,
    7045:25, 7060:23,
    7066:24, 7070:25,
    7074:12, 7075:1,

7075:12, 7076:18,
    7078:6, 7083:11,
    7084:7, 7087:2.
throughout 7045:3.
throw 7013:21,
    7037:15.
throwing 7003:21,
    7028:15, 7066:5.
Thursday 7087:13.
tired 7032:16,
    7037:2.
today 7037:7,
    7037:19, 7038:17,
    7044:5, 7044:9,
    7048:3, 7056:20,
    7085:23, 7086:4.
together 6997:15,
    7012:24, 7028:8,
    7050:2, 7065:25.
tomorrow 7085:25,
    7086:3, 7088:1,
    7088:6.
tone 7069:23.
took 7000:5, 7006:2,
    7016:2, 7025:21,
    7036:21, 7064:25,
    7075:14, 7076:8,
    7084:25, 7085:4.
top 7059:14, 7073:19,
    7074:21.
total 7075:21.
touch 7012:20,
    7048:13, 7054:14.
touched 7054:9.
touching 7014:13.
tour 7051:13.
tourist 7006:19.
tourists 7007:2.
towards 7041:14,
    7074:21, 7081:24.
traced 7039:11.
track 7086:18.
Tracy 7059:2,
    7059:11, 7060:8,
    7065:8, 7070:15,
    7072:5, 7072:13,
    7078:25.
tradition 7082:18.
tragically 7059:23.
train 7002:13.

training 6999:4,
    7060:5, 7071:1.
Transcript 6990:15,
    7088:10.
transition 7055:16.
traveled 6998:17,
    7060:10, 7085:1.
treat 7068:21.
treated 7068:13.
trees 7023:10.
Trial 6990:15,
    7000:23, 7029:9,
    7045:4, 7046:11,
    7046:19, 7046:21,
    7062:16, 7080:3,
    7087:1, 7087:2,
    7087:6.
trials 7087:9.
tried 6997:16,
    7001:24, 7035:20,
    7043:7, 7058:7,
    7058:8, 7084:16.
triggered 7059:9.
trip 7016:20,
    7017:3.
trouble 7027:11.
Troy 6990:25.
true 7043:16,
    7049:19.
Trump 7000:25,
    7001:3, 7001:7,
    7001:21, 7002:9,
    7002:13, 7055:15,
    7059:1, 7075:25,
    7076:1, 7078:21,
    7078:23, 7079:6,
    7079:7, 7079:17,
    7082:1, 7082:4,
    7082:5.
Trust 7026:18,
    7027:18, 7037:14,
    7056:10, 7056:11.
truth 7037:4,
    7042:19, 7046:23,
    7051:19, 7070:6,
    7071:4.
truthful 7026:19.
truthfully 7077:11.
try 6996:9, 7021:13,
    7022:10, 7023:10,

7024:4, 7024:6,
   7035:16, 7036:4,
   7040:3, 7046:2,
   7048:3, 7053:21,
   7060:5.
trying 6995:12,
   6999:25, 7000:3,
   7002:16, 7003:8,
   7008:3, 7008:4,
   7009:10, 7010:20,
   7013:2, 7013:21,
   7015:12, 7016:23,
   7018:22, 7019:9,
   7021:14, 7046:1,
   7049:5, 7054:10,
   7054:11, 7067:1.
Tuesday 6990:9.
tuna 7018:14,
   7018:17, 7019:2,
   7019:4, 7019:6,
   7019:7, 7019:8,
   7019:16.
turned 7040:19.
TV 7020:20.
Twice 7037:6,
   7073:22.
twist 7037:6.
twisting 7043:10.
Two 6997:21, 7009:22,
   7010:15, 7012:18,
   7012:23, 7013:1,
   7018:18, 7025:16,
   7028:12, 7028:13,
   7028:19, 7029:14,
   7034:7, 7034:23,
   7035:20, 7046:18,
   7053:11, 7055:18,
   7060:20, 7064:4,
   7070:3, 7070:24,
   7074:17, 7075:12,
   7076:19, 7079:19,
   7084:25, 7085:9,
   7087:3, 7087:9.
type 7017:25.
types 7077:13.
.
.
< U >.
Uber 7014:4,
   7014:5.

Ukraine 7022:8.
unable 7086:24.
unanimously
   7019:25.
unannounced
   7000:13.
unbelievable 7078:22,
   7078:23.
uncivilized
   7013:18.
uncontrolled
   7085:15.
underline 7075:1.
underlying 7015:10.
understand 7010:4.
understandably
   7029:15.
unethical 7068:18.
Unique 7056:24,
   7058:14, 7062:7,
   7062:12, 7079:18,
   7085:13.
United 6990:1,
   6990:5, 6990:17,
   7056:16, 7059:1,
   7063:10, 7064:5,
   7076:1, 7079:12,
   7079:15.
unlawful 7012:24,
   7014:17, 7022:18,
   7022:20, 7036:11,
   7036:14, 7038:1.
unlearn 7046:1.
Unlike 7032:20,
   7041:12.
unlocking 7005:13.
unquote 7059:17,
   7077:19, 7085:2.
unremarkable
   7063:18.
Until 7006:4, 7032:9,
   7050:1.
uprising 6997:13.
upset 7000:7,
   7042:20.
uses 7051:9.
using 7000:23.
.
.
< V >.

value 7062:16.
variations 7076:2,
   7076:3.
vented 7081:2.
verdict 7020:15,
   7020:16, 7056:12,
   7085:10, 7085:12,
   7087:14.
version 7053:16.
vest 7057:1, 7063:19,
   7072:19, 7072:20.
vests 7041:18.
via 7016:15.
vice 7084:15.
videos 6999:21,
   7003:24, 7003:25,
   7004:4, 7007:10,
   7013:17, 7021:21,
   7030:16, 7053:9,
   7065:15, 7065:16,
   7065:17, 7083:7.
videotapes 7048:17.
Viet 7051:11.
view 7063:8,
   7083:14.
views 7059:12,
   7060:7.
village 7023:2,
   7023:10, 7040:23.
violated 7005:2.
violation 7015:8.
Vips 6999:18,
   7016:21.
Virginia 7002:24,
   7017:11, 7022:6,
   7022:21, 7038:4,
   7060:23.
visceral 6994:23.
voice 7069:23.
Voices 7001:15,
   7001:16, 7031:8.
voir 7063:5, 7063:6,
   7087:19.
voluntarily 7016:22,
   7065:1.
volunteer 7072:23.
volunteering
   6998:23.
volunteers 7004:9.
vortex 7085:14.

vote 6998:18, 7011:6,
    7011:18, 7016:24,
    7019:25, 7020:6,
    7024:23, 7025:13,
    7028:16, 7029:5,
    7029:6, 7036:4,
    7036:17, 7070:20,
    7071:17, 7071:22,
    7074:6, 7075:6,
    7076:17, 7082:7.
voting 7032:1.
vs 6990:8.
vulgarities 7073:4.
.
.
< W >.
wait 7029:13,
    7036:20, 7043:8,
    7043:9.
waiting 7079:16,
    7081:21.
wake 7027:9.
wald 7023:6.
walk 7005:8, 7047:25,
    7057:4.
walked 7025:22,
    7046:11, 7057:1,
    7062:17.
walking 7004:4,
    7004:12, 7004:18,
    7004:23, 7005:5,
    7005:9, 7016:4,
    7034:9, 7039:5,
    7050:24, 7074:15,
    7079:20.
Wanted 6997:24,
    7000:6, 7004:17,
    7014:25, 7017:19,
    7019:7, 7022:10,
    7022:11, 7027:23,
    7030:9, 7030:15,
    7030:16, 7030:22,
    7033:19, 7036:21,
    7036:23, 7039:22,
    7057:9, 7057:10,
    7070:12, 7080:7,
    7082:1, 7082:6.
wanting 7000:2.
wants 7000:9,
    7010:16, 7010:17,

7028:18, 7034:16,
    7035:13.
war 7033:12, 7033:13,
    7033:14, 7049:3.
warrant 7054:22.
Washington 6990:8,
    6990:28, 6990:39,
    6990:47, 6991:10,
    6991:20, 6991:30,
    6991:39, 6992:27,
    6996:1, 6996:2,
    7002:18, 7031:18,
    7060:11.
watch 7049:9,
    7050:23, 7067:8,
    7081:20.
water 7003:21,
    7003:22.
Watkins 7008:9,
    7037:8, 7037:16,
    7038:22, 7050:7,
    7050:14.
ways 7035:17,
    7056:25, 7058:15.
weapons 7002:23,
    7052:17.
wear 6998:14, 7041:3,
    7080:5, 7080:15.
wearing 7003:3,
    7003:5, 7007:16,
    7080:13.
website 7039:12,
    7059:25, 7060:2.
weekend 7031:2,
    7087:4.
weeks 7024:13,
    7045:12, 7045:17,
    7046:12, 7057:14.
weird 7014:4.
Welcome 6993:13.
West 6991:38,
    7083:10.
wet 7026:22.
whatever 7009:5,
    7011:13, 7020:20,
    7039:9, 7071:9,
    7080:8.
whatsoever 6997:9,
    7005:24, 7012:1.
whenever 7046:6.

whether 6994:8,
    7011:5, 7021:8,
    7022:18, 7030:5,
    7030:16, 7036:21,
    7044:8, 7069:22,
    7070:1, 7070:23,
    7077:4, 7077:11,
    7077:14.
Whip 7010:6.
whole 7016:7, 7028:2,
    7031:2, 7048:18,
    7054:22.
whom 7051:22,
    7087:22.
WI 7068:10.
wide 7053:16.
wife 7003:12,
    7032:18, 7034:20,
    7035:4, 7036:16,
    7084:17.
Wikipedia 7041:18.
willfully 7015:9.
Williams 7060:24.
willing 7070:12.
win 7033:21.
Winchester 7002:23,
    7017:11, 7037:25.
wind 7041:10,
    7041:11, 7041:12,
    7041:13, 7084:15,
    7084:16.
window 7023:1,
    7023:9, 7023:11.
windows 7030:17.
wingsuit 7041:4.
winner 6997:22.
wish 7055:22.
without 6995:2,
    6996:9, 7038:2,
    7067:7.
witness 7024:15,
    7024:16, 7024:17,
    7027:4, 7062:25,
    7067:6, 7067:22,
    7077:5, 7077:12,
    7077:14, 7077:17,
    7078:12.
witnesses 7077:2,
    7077:3, 7077:13,
    7078:12.

woman 7026:2.
wonder 7056:7,
    7072:16.
wonderful 7059:6,
    7082:9, 7082:19.
wondering 7023:2.
wood 7084:25.
Woodward 6991:17,
    6991:18, 6999:22,
    7004:11, 7004:21,
    7010:14, 7011:8,
    7025:16, 7025:20,
    7025:25, 7040:1,
    7040:15, 7074:13,
    7079:2.
wool 7067:2.
word 6994:25, 7002:4,
    7006:4, 7010:14,
    7011:8, 7011:23,
    7018:24, 7030:10,
    7040:9, 7048:15,
    7050:19, 7056:3,
    7077:16, 7078:3,
    7080:18, 7083:19,
    7085:9.
words 7032:10,
    7032:19, 7036:10,
    7036:19, 7037:6,
    7037:14, 7037:15,
    7039:1, 7043:13,
    7051:9, 7066:16,
    7069:23, 7075:23,
    7077:4, 7083:19,
    7085:9.
wore 7063:20,
    7080:1.
work 6996:9, 7024:11,
    7068:9, 7068:11,
    7069:4, 7069:7.
works 7021:7,
    7034:17, 7062:24.
World 7074:1,
    7074:22.
worried 7029:15,
    7033:20, 7035:7.
worth 6993:25,
    7010:10.
wow 7027:10.
write 7027:24,
    7084:10.

writes 7002:14,
    7010:2.
writing 7002:6,
    7031:8.
wronged 7030:12.
wrongly 7080:22,
    7080:23.
wrote 7027:22,
    7028:8, 7057:23,
    7076:7, 7084:23.
.
.
< Y >.
yard 7054:23.
yards 7083:11,
    7083:22.
year 7018:6,
    7070:21.
years 7022:25,
    7023:8, 7023:16,
    7042:10, 7043:7,
    7045:25, 7055:18,
    7058:16, 7060:22,
    7061:17, 7061:18,
    7068:10, 7068:11,
    7076:20, 7076:21,
    7076:24, 7084:9.
yell 7033:5, 7048:3,
    7048:6.
yelling 7031:9,
    7049:1, 7073:3,
    7075:20, 7075:22,
    7081:11.
yells 7050:7.
yesterday 7027:4.
York 7031:17.
young 7027:1, 7057:3,
    7059:6, 7065:14,
    7067:6, 7078:21,
    7079:18, 7085:13.
younger 7010:25,
    7057:4.
yourself 7026:18,
    7050:23, 7053:18,
    7056:6.
yourselves 7036:20.
.
.
< Z >.
Zello 7050:14,

    7050:15, 7071:7.
zero 7068:11.
zone 7075:24.
Zsuzsa 6991:25.