# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3141**  **September Term, 2024**

**1:21-cr-00028-APM-16**
**1:21-cr-00028-APM-20**
**1:21-cr-00028-APM-4**
**1:21-cr-00028-APM-5**
**1:21-cr-00028-APM-7**
**1:21-cr-00028-APM-9**

**Filed On: February 19, 2025**

United States of America,

    Appellee

    v.

Michael S. Greene, also known as Michael Dean Simmons,

    Appellant

------------------------------

Consolidated with 23-3179, 23-3191, 23-3200, 23-3201, 23-3203, 23-3204, 23-3205, 23-3206

## O R D E R

Upon consideration of the unopposed motion to dismiss government cross-appeals, it is

**ORDERED** that the motion be granted and Nos. 23-3201, 23-3203, 23-3204, 23-3205, and 23-3206 be dismissed. It is

**FURTHER ORDERED** that the consolidation of Nos. 23-3201, 23-3203, 23-3204, 23-3205, and 23-3206 with No. 23-3141, et al., be terminated.

The Clerk is directed to issue the mandate forthwith in Nos. 23-3201, 23-3203, 23-3204, 23-3205, and 23-3206.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
        Laura M. Morgan
        Deputy Clerk