UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANDRA PARKER and<br><br>BENNIE PARKER,<br><br>    Defendants. | Case No. 21-CR-28 (APM) |

### UNITED STATES' MOTION TO VACATE CONVICTIONS AND DISMISS INDICTMENT WITH PREJUDICE, WITH RESPECT TO THESE TWO DEFENDANTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to vacate the convictions of Sandra Parker and Bennie Parker and to dismiss the Indictment with respect to these two defendants with prejudice.

The Parkers were charged by Indictment, along with several alleged co-conspirators, with offenses related to their role in a conspiracy with other members and affiliates of the Oath Keepers to breach the United States Capitol and stop Congress from certifying the 2020 presidential election on January 6, 2021. Specifically, the Indictment charged the Parkers and their co-defendants with conspiracy to obstruct an official proceeding, in violation of 18 U.S.C. § 1512(k) (Count One); obstruction of an official proceeding and aiding and abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2 (Count Two); conspiracy to use force, intimidation, or threats to prevent officers of the United States from discharging their duties, in violation of 18 U.S.C. § 372 (Count Three); and entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1) (Count Five). ECF 684. Defendant Sandra Parker and several co-defendants were also charged with destruction of government property and aiding and abetting, in violation

1

of 18 U.S.C. §§ 1361 and 2 (Count Four), for damage to the Capitol's East Rotunda Doors entrance area. *Id.* Additionally, Defendant Sandra Parker and several co-defendants were charged with interfering with law enforcement officers incident to a civil disorder and aiding and abetting, in violation of 18 U.S.C. §§ 231(a)(3), 2 (Counts Six through Seven), for joining a group that attempted to push past officers guarding a hallway that led from the Rotunda to the Senate Chamber. *Id.*

After a several-week jury trial that occurred in February and March of 2023, the jury returned its verdicts on March 20 and 21, 2023. The jury found Defendant Sandra Parker guilty of all the charges against her. Defendant Bennie Parker was convicted of conspiracy to obstruct an official proceeding and entering or remaining in a restricted building or grounds. The jury acquitted him of the other charges.

The Parkers did not notice an appeal of their convictions, but the government noticed a cross-appeal regarding the Court's sentences of these defendants and their four co-defendants at trial. The Parkers did file motions with this Court to vacate their convictions for §§ 1512(k) and 1512(c)(2), ECF Nos. 1203 and 1204, following the Supreme Court's decision in *United States v. Fischer*, 603 U.S. ----, 144 S. Ct. 2176 (June 28, 2024). Those motions are still pending. The government has withdrawn and the Court of Appeals has dismissed the government's cross-appeal, and the mandate with respect to the Parkers has returned to this Court.

On January 20, 2025, the President issued the Executive Order entitled, "Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021." In accordance with that Executive Order and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves to vacate the

Parkers' convictions and to dismiss the charges in the Indictment against these defendants, with prejudice.

The government has consulted with counsel for the Parkers, and neither oppose this motion.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


_____/S/_____
KATHRYN L. RAKOCZY
Assistant United States Attorney
D.C. Bar No. 994-559
601 D Street, NW
Washington, D.C. 20530
Kathryn.Rakoczy@usdoj.gov
(202) 252-6928